UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,

for Exoneration from or Limitation of Liability.

Docket No. _____

*IN ADMIRALTY*

## MOTION TO ACCEPT INTERIM STIPULATION FOR VALUE AND STIPULATION FOR COSTS AND FOR THE ENTRY OF RESTRAINING ORDER AND ORDER FOR ISSUANCE OF NOTICE

Petitioners GRACE OCEAN PRIVATE LIMITED ("Owner"), owner of the M/V DALI (the "Vessel"), and SYNERGY MARINE PTE LTD, manager of the Vessel, by their undersigned attorneys, move the Court to enter an Order accepting the Interim Stipulation for Value and Stipulation for Costs proffered by Petitioners, and to enter a Restraining Order and Order that Notice of the commencement of this proceeding be issued, all as prayed for in the Petition herein.

_____/s/_____
DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202

(410) 949-2900

BLANK ROME LLP
William R. Bennett III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Counsel for Petitioners*

SEWARD & KISSEL LLP
Bruce G. Paulsen (*not admitted in Maryland*)
Paulsen@sewkis.com
One Battery Park Plaza
New York, NY 10004

*Of Counsel for Synergy Marine Pte Ltd*


*Applications for admission *pro hac vice* forthcoming