UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. _____<br><br>*IN ADMIRALTY* |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO ACCEPT INTERIM STIPULATION FOR VALUE AND STIPULATION FOR COSTS AND FOR THE ENTRY OF RESTRAINING ORDER AND ORDER FOR ISSUANCE OF NOTICE**

Petitioners GRACE OCEAN PRIVATE LIMITED ("Owner"), owner of the M/V DALI (the "Vessel"), and SYNERGY MARINE PTE LTD, manager of the Vessel, by their undersigned attorneys, hereby submit this Memorandum of Points and Authorities in support of their Motion to Accept Interim Stipulation for Value and Stipulation for Costs and for the Entry of Restraining Order and Order for Issuance of Notice.

**POINTS OF AUTHORITIES**

Rule F, Supplemental Rules of the Federal Rules of Civil Procedure for Certain Admiralty and Maritime Claims.

United States District Court for the District of Maryland Local Admiralty Rule (F).

        /s/
_____
DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Counsel for Petitioners*

SEWARD & KISSEL LLP
Bruce G. Paulsen (*not admitted in Maryland*)
Paulsen@sewkis.com
One Battery Park Plaza
New York, NY 10004

*Of Counsel for Synergy Marine Pte Ltd*


*Applications for admission *pro hac vice* forthcoming