UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. _____<br><br>*IN ADMIRALTY* |

### NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, *et. seq.*, claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is

not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated:     Baltimore, Maryland
           April __, 2024

_____
Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com

Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Counsel for Petitioners*