UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## MOTION FOR ADMISSION PRO HAC VICE

I, Robert B. Hopkins, am a member in good standing of the bar of this Court. I am moving the admission of Thomas H. Belknap, Jr. to appear pro hac vice in this case as counsel for GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Connecticut – 11/1/1996 | Supreme Court of the United States – 5/15/2023 |
| New York – 11/1/1997 | United States Court of Appeals for the Second Circuit – 2007 |

United States Court of Appeals for
the Fifth Circuit – 2007

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Laurie G. Furshman (Bar No. 29604) is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| _/s/Robert B. Hopkins_____ <br> Signature | __/s/_____ <br> Signature (signed by Robert B. Hopkins with permission of Thomas H. Belknap, Jr.) |
| Robert B. Hopkins, (Bar No. 06017) <br> Duane Morris LLP <br> 100 International Drive, Suite 700 <br> Baltimore, MD 21202 <br> Phone: (410) 949-2900 <br> Fax: (410) 949-2901 <br> Email: rbhopkins@duanemorris.com | Thomas H. Belknap, Jr. <br> Blank Rome LLP <br> 1271 Avenue of the Americas <br> New York, NY 10020 <br> Phone: (212) 885-5000 <br> Fax: (212) 885-5001 <br> Email: Thomas.Belknap@BlankRome.com |