UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition | * | |
| of | * | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | Civil Case No. 24-941 |
| | * | |
| and | * | |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | * | |
| | * | |
| for Exoneration from or Limitation of Liability | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The above-captioned matter has been randomly assigned to me. In his capacity as Chief Judge, the Honorable James K. Bredar carries on average fifty percent of the case load of the other judges of this court. His term as Chief Judge ends April 30, 2024. Cases in this court are routinely reassigned to ensure an appropriate balance among judges. In keeping with this practice, and in view of the volume of claims likely to be filed in this action, some requiring immediate attention, the interests of the litigants are better served by assigning this case to Chief Judge Bredar. Chief Judge Bredar has consented to this reassignment. Accordingly, Madam Clerk is directed to transfer this and related actions to Chief Judge Bredar.

It is so ORDERED this 1st day of April, 2024.

/s/_____
Julie R. Rubin
United States District Judge