UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. _____<br><br>*IN ADMIRALTY* |

ORDER ALLOWING INTERIM STIPULATION FOR VALUE
AND STIPULATION FOR COSTS

AND NOW, this  1  day of  April , 2024, upon consideration of the Petition for Exoneration from or Limitation of Liability ("Petition"), and the supporting declaration and proposed orders submitted by Petitioners,

It is hereby **ORDERED** and **DECREED** that:

1. Petitioners may file an Interim Stipulation for Value and Stipulation for Costs in the amount of $43,671,000, with interest at the rate of 6% *per annum* thereon from April 1, 2024, which amount includes security for costs in the amount of $1,000 pursuant to Local Admiralty Rule (f) of the Court; and

2. Any claimant in or party to this proceeding may apply by motion to have the amount of such Stipulation increased or diminished as the case may be on the filing of any report of due appraisement of Petitioner GRACE OCEAN PRIVATE LIMITED's interest in the M/V DALI

(the "Vessel") ordered by the Court, or on the filing of any report of due appraisement of GRACE OCEAN PRIVATE LIMITED's interest in the Vessel ordered by the Court, or on the ultimate determination of the Court on exceptions to any such appraisement report.

_____
Judge, United States District Court for the District of Maryland

cc: all counsel of record