UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,

for Exoneration from or Limitation of Liability.

Docket No. _____

*IN ADMIRALTY*

## RESTRAINING ORDER AND ORDER
## FOR ISSUANCE OF NOTICE THAT CLAIMS BE FILED

AND NOW, this __1__ day of __April__, 2024, upon consideration of the Petition for Exoneration from or Limitation of Liability ("Petition"), and the supporting declaration and proposed orders submitted by Petitioners,

It is hereby **ORDERED** and **DECREED** that:

1. Petitioners shall issue a notice to all persons asserting claims with respect to which the Petition seeks exoneration from or limitation of liability, admonishing them to file their respective claims with the Clerk of this Court, located at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201, and to serve a copy of such claims upon Petitioners' attorneys on or before September 24, 2024;

2. In accordance with Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule (c)(2),

Petitioners shall provide the required notice by publication in the Baltimore Sun, the Daily Record, and the Washington Post once in each week for four (4) successive weeks before the return date of said notice; and

3. No later than the date of the second publication, Petitioners shall mail a copy of said notice to every person known to have any claim against Petitioners or the M/V DALI (the "Vessel"), or to their attorneys, if known. With respect to death claims, such notice shall be provided to the decedent at his last known address, if known, and also to any person who has made a claim on account of such death.

It is further hereby **ORDERED** and **DECREED** that:

4. The commencement of or further prosecution of any claims or causes of action against Petitioners and/or the Vessel arising out of the Casualty (as defined in the Petition) except in this action is hereby enjoined and/or stayed and/or restrained until the hearing and determination of this proceeding.

**IT IS SO ORDERED.**

_____
Judge, United States District Court for the District of Maryland

cc: all counsel of record