UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## MOTION FOR ADMISSION PRO HAC VICE

I, Robert B. Hopkins, am a member in good standing of the bar of this Court. I am moving the admission of Alan Weigel to appear pro hac vice in this case as counsel for GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Connecticut – 11/1/1999 | U.S. District Court - Southern District of New York – 10/9/2001 |
| New York – 11/1/2000 | U.S. District Court - Eastern District of New York – 10/9/2001 |
| | U.S. District Court - District of Connecticut – 5/1/2009 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Laurie G. Furshman (Bar No. 29604) is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Robert B. Hopkins* | /s/ |
| Signature | Signature (signed by Robert B. Hopkins with permission of Alan Weigel) |
| Robert B. Hopkins, Bar No. 06017 | Alan Weigel |
| Duane Morris LLP | Blank Rome LLP |
| 100 International Drive, Suite 700 | 1271 Avenue of the Americas |
| Baltimore, MD 21202 | New York, NY 10020 |
| Phone: (410) 949-2900 | Phone: (212) 885-5000 |
| Fax: (410) 949-2901 | Fax: (212) 885-5001 |
| Email: rbhopkins@duanemorris.com | Email: Alan.Weigel@BlankRome.com |