## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

_____        *

**Plaintiff,**

                              *

**v.**                                 **Case No.** _____

                                     *

_____        *

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span style="font-size:small">(name of LLC party)</span>

_____          _____
<span style="font-size:small">(name of member)</span>                                              <span style="font-size:small">(state of citizenship)</span>

_____          _____
<span style="font-size:small">(name of member)</span>                                              <span style="font-size:small">(state of citizenship)</span>

_____          _____
<span style="font-size:small">(name of member)</span>                                              <span style="font-size:small">(state of citizenship)</span>

_____          _____
<span style="font-size:small">(name of member)</span>                                              <span style="font-size:small">(state of citizenship)</span>

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____          _____
Date                                                     Signature

                                                         _____
                                                         Printed name and bar number

                                                         _____
                                                         Address

                                                         _____
                                                         Email address

                                                         _____
                                                         Telephone number

                                                         _____
                                                         Fax number