IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * * * | Civ. No. JKB-24-941<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court is in receipt of correspondence from the Petitioners, Grace Ocean Private Limited and Synergy Marine Pte, Ltd., (ECF No. 23), which the Court will treat as a motion. Having reviewed the Petitioners' submission and the relevant Admiralty and Maritime Supplemental Rules of the Federal Rules of Civil Procedure, it is ORDERED that THE CLERK SHALL STRIKE the phrase "answer due by 5/13/2024" from the docket entry for ECF No. 17 and the phrase "answer due by 5/16/2024" from the docket entry for ECF No. 21. *See* Fed. R. Civ. P. Supp. R. F(5) (requiring answers from claimants challenging limitation or exoneration, but not requiring further responsive pleadings from petitioners).

DATED this __3__ day of May, 2024.

BY THE COURT:

_James K. Bredar_
James K. Bredar
United States District Judge