Adam J. Levitt
**DiCello Levitt LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: 312-214-7900

## APPENDIX

**State Courts:**

| State | Date of Admission |
|---|---|
| Supreme Court of Illinois | 11/4/1993 |
| Supreme Court of New York | 3/18/2013 |
| Supreme Court of North Carolina | 06/09/2023 |
| Superior Court of the District of Columbia | 3/31/2023 |
| Supreme Court of New Mexico | 10/12/2023 |
| Supreme Court of Arizona | 10/30/2023 |

**Federal Courts:**

| Court | Date of Admission |
|---|---|
| U.S. Supreme Court | 8/28/1998 |
| Judicial Panel Multidistrict Litigation | 1/10/2011 |
| U.S. Court of Appeals, First Circuit | 10/3/2002 |
| U.S. Court of Appeals, Second Circuit | 1/15/2014 |
| U.S. Court of Appeals, Third Circuit | 11/19/2013 |
| U.S. Court of Appeals, Fourth Circuit | 5/3/2018 |
| U.S. Court of Appeals, Seventh Circuit | 5/5/2021 |
| U.S. Court of Appeals, Eighth Circuit | 8/18/2009 |

| Court | Date |
|---|---|
| U.S. Court of Appeals, Ninth Circuit | 12/27/2011 |
| U.S. Court of Appeals, Eleventh Circuit | 9/17/2019 |
| U.S. Court of Federal Claims | 11/1/2022 |
| U.S. District Court, District of Colorado | 11/6/2007 |
| U.S. District Court, District of Connecticut | 7/31/2015 |
| U.S. District Court, Central District of Illinois | 10/1/2012 |
| U.S. District Court, Northern District of Illinois | 12/16/1993 |
| U.S. District Court, Southern District of Illinois | 7/16/2001 |
| U.S. District Court, Northern District of Indiana | 9/15/2001 |
| U.S. District Court, Eastern District of Michigan | 1/11/2018 |
| U.S. District Court, Western District of Michigan | 5/5/2020 |
| U.S. District Court, District of Minnesota | 10/24/2016 |
| U.S. District Court, District of Nebraska | 10/3/2000 |
| U.S. District Court, Eastern District of New York | 3/19/2020 |
| U.S. District Court, Southern District of New York | 9/13/2017 |
| U.S. District Bankruptcy Court, Southern District of New York | 9/13/2017 |
| U.S. District Court, Northern District of Ohio | 3/26/2020 |
| U.S. District Court, Northern District of Texas | 12/2/2002 |
| U.S. District Court, Southern District of Texas | 11/7/2012 |

| | |
|---|---|
| U.S. District Court, Eastern District of Wisconsin | 4/23/2020 |
| U.S. District Court, Western District of Wisconsin | 5/2/2017 |
| U.S. District Court, Southern District of Indiana | 12/28/2023 |