UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,
for Exoneration from or Limitation of Liability.

Civil Action No. 1:24-cv-00941

*IN ADMIRALITY*

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Sara Gross, am a member in good standing of the bar of this Court. I am moving the admission of Diandra Sima Debrosse Zimmermann to appear *pro hac vice* in this case as counsel for the Mayor and City Council of Baltimore.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| **State Court & Date of Admission** | **U.S. Court & Date of Admission** |
|---|---|
| State of Alabama, 4/27/2007 | Judicial Panel on Multidistrict Litigation, 7/23/2015 |
| District of Columbia, 12/22/2021 | U.S. Court of Appeals, Eleventh Circuit, 5/6/2022 |
| State of New York, 4/11/2023 | U.S. District Court, Middle District of Alabama, 7/27/2012 |
| | U.S. District Court, Northern District of Alabama, 7/13/2010 |
| | U.S. District Court, Southern District of Alabama, 7/13/2010 |
| | U.S. District Court, District of Colorado, 5/3/2018 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 1 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Ebony M. Thompson (Bar No. 18968), is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT: | PROPOSED ADMITTEE: |
|---|---|
| */s/ Sara Gross* | */s/* |
| Signature | Signature (signed by Sara Gross, with permission of Diandra Debrosse Zimmermann) |
| Sara Gross (Bar No. 27704) | Diandra Debrosse Zimmermann |
| Baltimore City Department of Law | **DiCello Levitt LLP** |
| 100 North Holliday Street | 505 20th Street North, Suite 1500 |
| Baltimore, Maryland 21202 | Birmingham, Alabama 35203 |
| Phone: 410-396-3947 | Phone: 205-855-5700 |
| Email: sara.gross@baltimorecity.gov | Fax: 205-855-5784 |
| | Email: fu@dicellolevitt.com |