UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALITY* |

## MOTION FOR ADMISSION PRO HAC VICE

I, Sara Gross, am a member in good standing of the bar of this Court. I am moving the admission of Andrew R. Duffy, to appear pro hac vice in this case as counsel for the Mayor and City Council of Baltimore.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Supreme Court of Pennsylvania, 12/20/95 | Eastern District of Pennsylvania, 11/2/2000 |
| Supreme Court of New Jersey, 12/18/95 | United States District Court, District of New Jersey, 1/1/99 |
| | U.S. Court of Appeals for the Third Circuit, 1/18/2006 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT:

*/s/ Sara Gross*
Signature

Sara Gross (Bar No. 27704)
Baltimore City Department of Law
100 North Holliday Street
Baltimore, Maryland 21202
Phone: 410-396-3947
Email: sara.gross@baltimorecity.gov

PROPOSED ADMITTEE:

*/s/*
Signature (signed by Sara Gross, with permission of Andrew R. Duffy)

Andrew R. Duffy, Esq.
Saltz Mongeluzzi Bendesky PC
1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania 19103
Phone: 215-575-2988
Fax: 215-496-0999
Email: aduffy@smbb.com