UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## NOTICE OF APPEARANCE

Please take notice of the appearance of William H. Murphy, Jr., Andrew K. O'Connell, Ronald E. Richardson and the law firm of Murphy, Falcon & Murphy, and Jason P. Foster, and the Pence Law Firm PLLC, as counsel for Claimant, Damon Davis.  All pleadings, notices and other papers served herein should be directed to counsel for Claimant as follows:

William H. Murphy, Jr., Esq. Bar No. 07985
Andrew K. O'Connell, Esq. Bar No. 28168
Ronald E. Richardson, Esq. Bar No. 04673
Murphy, Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202
Telephone: (410) 951-8744
Facsimile: (410) 539-6599
Email:
Billy.Murphy@murphyfalcon.com
Andrew.Oconnell@murphyfalcon.com
Ronald.Richardson@murphyfalcon.com

Jason P. Foster, Esq.
Pence Law Firm PLLC
10 Hale Street, 4th Floor
Charleston, WV  25301
Telephone: (304) 345-7250
Facsimile: (304) 553-7227
Email: jfoster@pencefirm.com

1

Dated this 17th day of May 2024.

**DAMON DAVIS,**

**By Counsel:**

     */s/ Andrew K. O'Connell*
William H. Murphy, Jr., Esq.
Andrew K. O'Connell, Esq.
Ronald E. Richardson, Esq.
Murphy, Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202
Telephone: (410) 951-8744
Facsimile: (410) 539-6599
Email:
Billy.murphy@murphyfalcon.com
Andrew.oconnell@murphyfalcon.com
Ronald.richardson@murphyfalcon.com

and

Jason P. Foster, Esq. (Pro hac vice admission pending)
Pence Law Firm PLLC
10 Hale Street, 4th Floor
Charleston, WV  25301
Telephone: (304) 345-7250
Facsimile: (304) 553-7227
Email: jfoster@pencefirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**of**<br><br>**GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,**<br><br>**and**<br><br>**SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,**<br><br>**for Exoneration from or Limitation of Liability** | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## CERTIFICATE OF SERVICE

In compliance with Supplemental Federal Rule F(5), I HEREBY CERTIFY that on the 17th day of May, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

                                             */s/ Andrew K. O'Connell*
                                             Andrew K. O'Connell, Esq.