| | |
|---|---|
| **From:** | Bennett III, William R. |
| **Sent:** | Friday, April 12, 2024 4:09 PM EDT |
| **To:** | Walker, Lawrence F.; Brown, Thomas M. (CIV); Abel, Christopher A.; Belknap, Thomas; Carlson, Kierstan; Weigel, Alan M.; 'Paulsen, Bruce'; Hopkins, Robert B. |
| **CC:** | Phelan, Robert W.; Luccaro, Daniel J.; Sump, David H.; Collett, Michael D.; mark.coberly@wrvblaw.com; William J. Pallas Esquire (pallas@freehill.com); matheson@freehill.com; Sullivan, Jessica (CIV); Amy, Jeanne L. (CIV); Delemarre, Michelle (CIV); Bogen, Guyer S. (CIV) |
| **Subject:** | [EXTERNAL] RE: M/V DALI Disaster |
| **Attachments:** | Vessel Access Safety Message.pdf |

**CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**

Dear all:

We acknowledge receipt of your various messages concerning the crew, documents and records, access to the vessel and fuel samples. We address these globally herein.

1. **Witnesses** – We have already made clear that we fully intend for all crew members to remain aboard the vessel for the foreseeable future and that, in the event it becomes necessary for a crew member to leave the vessel that we will give everyone as much notice as possible so that arrangements can be made to preserve their testimony. Bear in mind that the NTSB separately expects the crew to be available to give testimony at the MBI in due course. We note everyone's requests for exhaustive personal information about each and every crew member. We do not intend to provide this personal information at this time; however, we confirm that we will provide sufficient information in due course to locate any crew member after they leave the vessel if and when that becomes an issue.

Attachment 1