NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

# DuaneMorris®

*FIRM and AFFILIATE OFFICES*

ROBERT B. HOPKINS
DIRECT DIAL: +1 410 949 2937
PERSONAL FAX: +1 410 949 2976
*E-MAIL:* rbhopkins@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

June 19, 2024

*VIA CM/ECF*

The Honorable James K. Bredar
U.S. District Court for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard St.
Baltimore, Maryland 21201

>   **Re:**   *In the Matter of the Petition of Grace Ocean Private Limited et al for Exoneration from or Limitation of Liability*, **Civil Case No. 1:24-cv-00941-JKB**

Dear Judge Bredar,

   We, along with our co-counsel Blank Rome LLP, represent Petitioners, Grace Ocean Private Limited and Synergy Marine Pte Ltd, in the above-referenced matter.

   I am writing with regard to the hearing set for tomorrow, June 20, 2024 at 10:00 a.m. in Courtroom 5A.  I will be in attendance at the hearing, but my co-counsel, William Bennett of Blank Rome, is presently in Singapore and as such we respectfully request that he be permitted to attend tomorrow's hearing via telephone.

   Thank you in advance for your consideration.

                     Respectfully submitted,

                     Robert B. Hopkins

RBH:reg
cc: All counsel of record (by ECF)