# EXHIBIT A

# James Ulwick

| | |
|---|---|
| **From:** | Bennett III, William R. <william.bennett@blankrome.com> |
| **Sent:** | Wednesday, June 19, 2024 4:52 PM |
| **To:** | David Reisman |
| **Cc:** | Amy, Jeanne L. (CIV); Phelan, Robert W.; McMillan, Neil; Adam J. Levitt; Walker, Lawrence F.; Andrew J. Connolly;  Andrew K. O'Connell ; Andrew R. Duffy; Bill Jackson; Cesar Ornelas; Chris Stewart; Craig Sico; Luccaro, Daniel J.; Daniel O. Rose; Daniel Schwartz; Diandra Debrosse Zimmermann; DDiSandro; Eli Hare; Eviealle Dawkins; Gregory F. Coleman; Guyer Bogen; Imran O. Shaukat; James Ulwick; James Bartlett III; James R. DeMay; Jason P. Foster; Jeanne Amy; jgoodman; Jessica Sullivan; John Langley; Justin Miller; R. Keith Jarrett; Kyle McGee; Laurie Furshman; Marc D. Grossman; Mark Coberly; Mark Lanier; Mark Meredith; Melissa Byroade; Melissa K. Sims; Michael Roth; Michelle Delemarre; Paul Bekman; Peggy Ward; Peter Mavroghenis; Raymond Waid; Rob Hopkins; Ronald E. Richardson; Roy L. Mason; Sara Aguiñiga; Sara.Gross; Scott Partridge; Thomas M. Brown; Todd D. Lochner; Tom Langley; Victoria J. Maniatis; William H. Murphy; Zachary E. Howerton; Belknap, Thomas; Carlson, Kierstan; Merkel, Dana; Weigel, Alan M.; Hamra, Noe |
| **Subject:** | Re: [External Email] Petitioner's First Production of Documents |

David,

We agree to them conditions mentioned below.

Kind regards,

Bill


**William R. Bennett III** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 F: 917.332.3858 | william.bennett@blankrome.com

Winner of Lloyd's List America's 2019 Excellence in Maritime Law


Sent from iPhone


> On Jun 20, 2024, at 03:52, David Reisman <DReisman@liskow.com> wrote:
>
> Bill
>
> In exchange for the claimants withdrawing the motion (ECF No. 43) and letter (ECF No. 44) requesting an emergency pre-trial conference or hearing, Grace Ocean Private Limited and Synergy Marine Pte Ltd. (the "Vessel Interests) agree as follows:
>
>   1. Vessel Interests will substantively respond to written discovery and requests for production in advance of Rule 26 schedule and within 30 days after service.  For the witnesses at issue,

1

claimants demand and Vessel Interests will produce - at a minimum – all statements made related to the subject allision, personnel files, employment contracts, training files, the SMS manual, and records of audits. This provision of the agreement does not limit the scope or duration of discovery, it merely confirms the Vessel Interests' agreement to respond to discovery prior to the Rule 26 schedule.

2. Depositions of Madathilparambil Chandrasekharan, Shiju (AB-1); Subramanian Selvakumar (AB-2); Margasseri Rajan (AB-3); Kumar Sunil (OS); Dominic Peeris Dobus Peeris (Oiler-1); Venu Sivalingam (Fitter); Kashmiri Lal (Cook); Nadammal Shershad (GS); Aviral Manihal (TME) and Mahesh Balaji Ankade (TEO) to be taken during the period allowed for depositions per the Court's scheduling order in the M/V DALI Limitation Action (USDC DMD No. 24-00941) (the "Litigation"), but no sooner than November 2024 (and in any event – unless otherwise agreed to in writing by claimants - after claimants' receipt of all substantive discovery responses).
3. Counsel for the vessel interests, William R. Bennett III, will accept service of subpoenas for the depositions of the above referenced witnesses.
4. The depositions of the above referenced witnesses will be conducted pursuant to the United States Federal Rules of Civil Procedure, regardless of the location where the depositions are taken.
5. The depositions of the above referenced witnesses will be taken in London or elsewhere by written agreement of all parties to the Litigation.
6. Vessel Interests guarantee the appearance of the witnesses at the depositions in London, or elsewhere by written agreement of all parties to the Litigation.
7. Sanctions for the Vessel Interests' violation of this agreement shall be determined by the Court.
8. This agreement shall have no precedential effect with respect to any other witness.

Please confirm your acceptance right away so the Court and parties can be notified of this agreement.

**David L. Reisman**
Shareholder

<image001.png>

Direct: 504.556.4016
Mobile: 504.813.3680
dreisman@liskow.com


<image002.png>

<image003.png>
Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com**

<image004.png>

---

**From:** Bennett III, William R. <william.bennett@blankrome.com>
**Sent:** Tuesday, June 18, 2024 9:34 AM
**To:** David Reisman <DReisman@liskow.com>; Amy, Jeanne L. (CIV) <Jeanne.L.Amy@usdoj.gov>; Phelan, Robert W. <RPhelan@cozen.com>

**Cc:** McMillan, Neil <Neil.McMillan@BlankRome.com>; Adam J. Levitt <alevitt@dicellolevitt.com>; Walker, Lawrence F. <LWalker@cozen.com>; Andrew J. Connolly <aconnolly@postschell.com>; Andrew K. O'Connell <Andrew.Oconnell@murphyfalcon.com>; Andrew R. Duffy <aduffy@smbb.com>; Bill Jackson <bjackson@kelleydrye.com>; Cesar Ornelas <cesar@oinjurylaw.com>; Chris Stewart <cstewart@smstrial.com>; Craig Sico <csico@shhlaw.com>; Luccaro, Daniel J. <DLuccaro@cozen.com>; Daniel O. Rose <DRose@kreindler.com>; Daniel R. Schwartz <dschwartz@dicellolevitt.com>; David Reisman <DReisman@liskow.com>; Diandra S. Debrosse Zimmermann <fu@dicellolevitt.com>; E. Douglas DiSandro, Jr. <ddisandro@smbb.com>; Eli J. Hare <ehare@dicellolevitt.com>; Éviealle Dawkins <edawkins@dicellolevitt.com>; Gregory F. Coleman <gcoleman@milberg.com>; Guyer Bogen <Guyer.S.Bogen@usdoj.gov>; Imran O. Shaukat <ishaukat@semmes.com>; James A. Ulwick <julwick@dicellolevitt.com>; James Bartlett III <JBartlett@semmes.com>; James R. DeMay <jdemay@milberg.com>; Jason P. Foster <jfoster@pencefirm.com>; Jeanne Amy <Jeanne.L.Amy@usdoj.gov>; Jeffrey P. Goodman <jgoodman@smbb.com>; Jessica Sullivan <Jessica.Sullivan@usdoj.gov>; John Langley <John.Langley@kennedyslaw.com>; Justin Miller <jmiller@smstrial.com>; R. Keith Jarrett <rkjarrett@liskow.com>; Kyle McGee <kmcgee@gelaw.com>; Laurie Furshman <LGFurshman@duanemorris.com>; Marc D. Grossman <mgrossman@milberg.com>; Mark Coberly <mark.coberly@wrvblaw.com>; Mark Lanier <mark.lanier@lanierlawfirm.com>; Mark Meredith <Mark.Meredith@rooselaw.co.uk>; Melissa Byroade <MByroade@kelleydrye.com>; Melissa K. Sims <msims@milberg.com>; Michael Roth <mroth@smstrial.com>; Michelle Delemarre <Michelle.Delemarre@usdoj.gov>; Paul Bekman <bekman@mdtrialfirm.com>; Peggy Ward <mward@downs-ward.com>; Peter Mavroghenis <Peter.Mavroghenis@shoresidelaw.com>; Raymond Waid <RWaid@liskow.com>; Rob Hopkins <RBHopkins@duanemorris.com>; Phelan, Robert W. <RPhelan@cozen.com>; Ronald E. Richardson <Ronald.Richardson@murphyfalcon.com>; Roy L. Mason <rlm@smouseandmason.com>; Sara Aguiñiga <saguiniga@dicellolevitt.com>; Sara Gross <sara.gross@baltimorecity.gov>; Scott Partridge <scott@partridgellc.com>; Thomas M. Brown <Thomas.M.Brown@usdoj.gov>; Todd D. Lochner <tlochner@boatinglaw.com>; Tom Langley <Tom.Langley@kennedys.com>; Victoria J. Maniatis <vmaniatis@milberg.com>; William H. Murphy <Billy.Murphy@murphyfalcon.com>; Zachary E. Howerton <zeh@smouseandmason.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>; Carlson, Kierstan <kierstan.carlson@blankrome.com>; Merkel, Dana <dana.merkel@blankrome.com>; Weigel, Alan M. <alan.weigel@blankrome.com>; Hamra, Noe <noe.hamra@BlankRome.com>
**Subject:** RE: [External Email] Petitioner's First Production of Documents

**[EXTERNAL EMAIL]**

Counsel:

Our clients are in the process of arranging for replacement crew for the DALI. We have been advised that the U.S. Coast Guard will permit certain crew members to return to their home countries but has requested that other crew members remain in the United States. The crew members who will be permitted to return home are: Madathilparambil Chandrasekharan, Shiju (AB-1); Subramanian Selvakumar (AB-2); Margasseri Rajan (AB-3); Kumar Sunil (OS); Dominic Peeris Dobus Peeris (Oiler-1); Venu Sivalingam (Fitter); Kashmiri Lal (Cook); Nadammal Shershad (GS).

All of these crew members have been interviewed by DOJ and DOJ does not object to their departure from the United States.

In anticipation of potential requests to depose these crew members, we requested that USCG assist with securing temporary parole from CBP following their replacement in

3

order to allow the crew members to briefly remain in the United States. USCG denied our request. Accordingly, the crew members will be transported directly from the Vessel to the airport prior to its departure from Baltimore (likely on or about June 20th).

We also discussed the possibility of depositions with the crew members' criminal counsel, Owen Duffy. Mr. Duffy indicated that, if his clients were noticed for depositions, he would advise them to invoke their 5th Amendment privilege.

Under the circumstances, we see no purpose in convening depositions on an emergency basis simply to accomplish this formality, but please let us know asap if anyone feels otherwise.

Kind regards,

**William "Bill" R. Bennett III**
**PARTNER** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 | F: 917.332.3858 | william.bennett@blankrome.com

**Other Offices:** *California (Los Angeles and San Francisco); Delaware (Wilmington); Florida (Ft. Lauderdale and Tampa); Illinois (Chicago); massachusetts (Boston); New Jersey (Princeton); Ohio (Cincinnati); Texas (Houston and Dallas); Pennsylvania (Philadelphia and Pittsburgh); and Washington D.C.*

*"Law Firm of the Year" in Admiralty & Maritime Law in U.S. News – Best Lawyers® 2023*

---

**From:** Walker, Lawrence F. <LWalker@cozen.com>
**Sent:** Friday, June 14, 2024 8:07 AM
**To:** Bennett III, William R. <william.bennett@blankrome.com>
**Cc:** McMillan, Neil <Neil.McMillan@BlankRome.com>; Adam J. Levitt <alevitt@dicellolevitt.com>; Andrew J. Connolly <aconnolly@postschell.com>; Andrew K. O'Connell <Andrew.Oconnell@murphyfalcon.com>; Andrew R. Duffy <aduffy@smbb.com>; Bill Jackson <bjackson@kelleydrye.com>; Cesar Ornelas <cesar@oinjurylaw.com>; Chris Stewart <cstewart@smstrial.com>; Craig Sico <csico@shhlaw.com>; Luccaro, Daniel J. <DLuccaro@cozen.com>; Daniel O. Rose <DRose@kreindler.com>; Daniel R. Schwartz <dschwartz@dicellolevitt.com>; David Reisman <DReisman@liskow.com>; Diandra S. Debrosse Zimmermann <fu@dicellolevitt.com>; E. Douglas DiSandro, Jr. <ddisandro@smbb.com>; Eli J. Hare <ehare@dicellolevitt.com>; Évielle Dawkins <edawkins@dicellolevitt.com>; Gregory F. Coleman <gcoleman@milberg.com>; Guyer Bogen <Guyer.S.Bogen@usdoj.gov>; Imran O. Shaukat <ishaukat@semmes.com>; James A. Ulwick <julwick@dicellolevitt.com>; James Bartlett III <JBartlett@semmes.com>; James R. DeMay <jdemay@milberg.com>; Jason P. Foster <jfoster@pencefirm.com>; Jeanne Amy <Jeanne.L.Amy@usdoj.gov>; Jeffrey P. Goodman <jgoodman@smbb.com>; Jessica Sullivan <Jessica.Sullivan@usdoj.gov>; John Langley <John.Langley@kennedyslaw.com>; Justin Miller <jmiller@smstrial.com>; Keith Jerrett <rkjarrett@liskow.com>; Kyle McGee <kmcgee@gelaw.com>; Laurie Furshman <LGFurshman@duanemorris.com>; Marc D. Grossman <mgrossman@milberg.com>; Mark Coberly <mark.coberly@wrvblaw.com>; Mark Lanier <mark.lanier@lanierlawfirm.com>; Mark Meredith <Mark.Meredith@rooselaw.co.uk>; Melissa Byroade <MByroade@kelleydrye.com>; Melissa K. Sims <msims@milberg.com>; Michael Roth <mroth@smstrial.com>; Michelle Delemarre <Michelle.Delemarre@usdoj.gov>; Paul Bekman <bekman@mdtrialfirm.com>; Peggy Ward <mward@downs-ward.com>; Peter Mavroghenis <Peter.Mavroghenis@shoresidelaw.com>; Raymond Waid <RWaid@liskow.com>; Rob Hopkins <RBHopkins@duanemorris.com>; Phelan, Robert W. <RPhelan@cozen.com>; Ronald E. Richardson <Ronald.Richardson@murphyfalcon.com>; Roy L. Mason

<rlm@smouseandmason.com>; Sara Aguiñiga <saguiniga@dicellolevitt.com>; Sara Gross <sara.gross@baltimorecity.gov>; Scott Partridge <scott@partridgellc.com>; Thomas M. Brown <Thomas.M.Brown@usdoj.gov>; Todd D. Lochner <tlochner@boatinglaw.com>; Tom Langley <Tom.Langley@kennedys.com>; Victoria J. Maniatis <vmaniatis@milberg.com>; William H. Murphy <Billy.Murphy@murphyfalcon.com>; Zachary E. Howerton <zeh@smouseandmason.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>; Carlson, Kierstan <kierstan.carlson@blankrome.com>; Merkel, Dana <dana.merkel@blankrome.com>; Weigel, Alan M. <alan.weigel@blankrome.com>; Hamra, Noe <noe.hamra@BlankRome.com>
**Subject:** RE: Petitioner's First Production of Documents

Good morning Bill,

We will review your request for documents and revert in due course.



**Lawrence F. Walker**
**Member | Cozen O'Connor**
One Liberty Place, 1650 Market Street Suite 2800 **|** Philadelphia, PA 19103
P: 215-665-6920 F: 215-701-2120
Pronouns: he, him, his
Email | Bio | Map | cozen.com

---

**From:** Bennett III, William R. <william.bennett@blankrome.com>
**Sent:** Thursday, June 13, 2024 4:15 AM
**To:** Walker, Lawrence F. <LWalker@cozen.com>
**Cc:** McMillan, Neil <Neil.McMillan@BlankRome.com>; Adam J. Levitt <alevitt@dicellolevitt.com>; Andrew J. Connolly <aconnolly@postschell.com>; Andrew K. O'Connell <Andrew.Oconnell@murphyfalcon.com>; Andrew R. Duffy <aduffy@smbb.com>; Bill Jackson <bjackson@kelleydrye.com>; Cesar Ornelas <cesar@oinjurylaw.com>; Chris Stewart <cstewart@smstrial.com>; Craig Sico <csico@shhlaw.com>; Luccaro, Daniel J. <DLuccaro@cozen.com>; Daniel O. Rose <DRose@kreindler.com>; Daniel R. Schwartz <dschwartz@dicellolevitt.com>; David Reisman <DReisman@liskow.com>; Diandra S. Debrosse Zimmermann <fu@dicellolevitt.com>; E. Douglas DiSandro, Jr. <ddisandro@smbb.com>; Eli J. Hare <ehare@dicellolevitt.com>; Évieallle Dawkins <edawkins@dicellolevitt.com>; Gregory F. Coleman <gcoleman@milberg.com>; Guyer Bogen <Guyer.S.Bogen@usdoj.gov>; Imran O. Shaukat <ishaukat@semmes.com>; James A. Ulwick <julwick@dicellolevitt.com>; James Bartlett III <JBartlett@semmes.com>; James R. DeMay <jdemay@milberg.com>; Jason P. Foster <jfoster@pencefirm.com>; Jeanne Amy <Jeanne.L.Amy@usdoj.gov>; Jeffrey P. Goodman <jgoodman@smbb.com>; Jessica Sullivan <Jessica.Sullivan@usdoj.gov>; John Langley <John.Langley@kennedyslaw.com>; Justin Miller <jmiller@smstrial.com>; Keith Jerrett <rkjarrett@liskow.com>; Kyle McGee <kmcgee@gelaw.com>; Laurie Furshman <LGFurshman@duanemorris.com>; Marc D. Grossman <mgrossman@milberg.com>; Mark Coberly <mark.coberly@wrvblaw.com>; Mark Lanier <mark.lanier@lanierlawfirm.com>; Mark Meredith <Mark.Meredith@rooselaw.co.uk>; Melissa Byroade <MByroade@kelleydrye.com>; Melissa K. Sims <msims@milberg.com>; Michael Roth <mroth@smstrial.com>; Michelle Delemarre <Michelle.Delemarre@usdoj.gov>; Paul Bekman <bekman@mdtrialfirm.com>; Peggy Ward <mward@downs-ward.com>; Peter Mavroghenis <Peter.Mavroghenis@shoresidelaw.com>; Raymond Waid <RWaid@liskow.com>; Rob Hopkins <RBHopkins@duanemorris.com>; Phelan, Robert W. <RPhelan@cozen.com>; Ronald E. Richardson <Ronald.Richardson@murphyfalcon.com>; Roy L. Mason <rlm@smouseandmason.com>; Sara Aguiñiga <saguiniga@dicellolevitt.com>; Sara Gross <sara.gross@baltimorecity.gov>; Scott Partridge <scott@partridgellc.com>; Thomas M. Brown <Thomas.M.Brown@usdoj.gov>; Todd D. Lochner <tlochner@boatinglaw.com>; Tom Langley

<Tom.Langley@kennedys.com>; Victoria J. Maniatis <vmaniatis@milberg.com>; William H. Murphy <Billy.Murphy@murphyfalcon.com>; Zachary E. Howerton <zeh@smouseandmason.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>; Carlson, Kierstan <kierstan.carlson@blankrome.com>; Merkel, Dana <dana.merkel@blankrome.com>; Weigel, Alan M. <alan.weigel@blankrome.com>; Hamra, Noe <noe.hamra@BlankRome.com>
**Subject:** Re: Petitioner's First Production of Documents

**\*\*EXTERNAL SENDER\*\***

Larry,

Please produce the entire underwriting and claim files your client possesses for the Francis Scott Ket Bridge, including proof your client has made payment for the bridge damage.

Kind regards,

Bill


**William R. Bennett III** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 F: 917.332.3858 | william.bennett@blankrome.com

Winner of Lloyd's List America's 2019 Excellence in Maritime Law


Sent from iPhone


> On Jun 11, 2024, at 09:52, Walker, Lawrence F. <LWalker@cozen.com> wrote:
>
> Gentlemen,
>
> Item 94 on your Index relates to "IE-4 440V Switchboard 001-H2677 MVSB REV_B.pdf" bates range 3386-3642.
>
> That document does not exist in the production.  In fact, the previous document, the 6.6kV switchboard was produced twice.  The 6.6kV switchboard document was produced in the bates location for the 440V switchboard.
>
> Please send along the 440 drawings that were intended to be produced.
>
> Thank you.



Lawrence F. Walker
Member | Cozen O'Connor
One Liberty Place, 1650 Market Street Suite 2800 | Philadelphia, PA 19103
P: 215-665-6920 F: 215-701-2120
Pronouns: he, him, his
Email | Bio | Map | cozen.com

**From:** McMillan, Neil <Neil.McMillan@BlankRome.com>
**Sent:** Friday, June 7, 2024 8:18 PM
**To:** Adam J. Levitt <alevitt@dicellolevitt.com>; Andrew J. Connolly <aconnolly@postschell.com>; Andrew K. O'Connell <Andrew.Oconnell@murphyfalcon.com>; Andrew R. Duffy <aduffy@smbb.com>; Bill Jackson <bjackson@kelleydrye.com>; Cesar Ornelas <cesar@oinjurylaw.com>; Chris Stewart <cstewart@smstrial.com>; Craig Sico <csico@shhlaw.com>; Luccaro, Daniel J. <DLuccaro@cozen.com>; Daniel O. Rose <DRose@kreindler.com>; Daniel R. Schwartz <dschwartz@dicellolevitt.com>; David Reisman <DReisman@liskow.com>; Diandra S. Debrosse Zimmermann <fu@dicellolevitt.com>; E. Douglas DiSandro, Jr. <ddisandro@smbb.com>; Eli J. Hare <ehare@dicellolevitt.com>; Éviealle Dawkins <edawkins@dicellolevitt.com>; Gregory F. Coleman <gcoleman@milberg.com>; Guyer Bogen <Guyer.S.Bogen@usdoj.gov>; Imran O. Shaukat <ishaukat@semmes.com>; James A. Ulwick <julwick@dicellolevitt.com>; James Bartlett III <JBartlett@semmes.com>; James R. DeMay <jdemay@milberg.com>; Jason P. Foster <jfoster@pencefirm.com>; Jeanne Amy <Jeanne.L.Amy@usdoj.gov>; Jeffrey P. Goodman <jgoodman@smbb.com>; Jessica Sullivan <Jessica.Sullivan@usdoj.gov>; John Langley <John.Langley@kennedyslaw.com>; Justin Miller <jmiller@smstrial.com>; Keith Jerrett <rkjarrett@liskow.com>; Kyle McGee <kmcgee@gelaw.com>; Laurie Furshman <LGFurshman@duanemorris.com>; Walker, Lawrence F. <LWalker@cozen.com>; Marc D. Grossman <mgrossman@milberg.com>; Mark Coberly <mark.coberly@wrvblaw.com>; Mark Lanier <mark.lanier@lanierlawfirm.com>; Mark Meredith <Mark.Meredith@rooselaw.co.uk>; Melissa Byroade <MByroade@KelleyDrye.com>; Melissa K. Sims <msims@milberg.com>; Michael Roth <mroth@smstrial.com>; Michelle Delemarre <Michelle.Delemarre@usdoj.gov>; Paul Bekman <bekman@mdtrialfirm.com>; Peggy Ward <MWard@downs-ward.com>; Peter Mavroghenis <Peter.Mavroghenis@shoresidelaw.com>; Raymond Waid <RWaid@liskow.com>; Rob Hopkins <RBHopkins@duanemorris.com>; Phelan, Robert W. <RPhelan@cozen.com>; Ronald E. Richardson <Ronald.Richardson@murphyfalcon.com>; Roy L. Mason <rlm@smouseandmason.com>; Sara Aguiñiga <saguiniga@dicellolevitt.com>; Sara Gross <sara.gross@baltimorecity.gov>; Scott Partridge <scott@partridgellc.com>; Thomas M. Brown <Thomas.M.Brown@usdoj.gov>; Todd D. Lochner <tlochner@boatinglaw.com>; Tom Langley <Tom.Langley@kennedys.com>; Victoria J. Maniatis <vmaniatis@milberg.com>; William H. Murphy <Billy.Murphy@murphyfalcon.com>; Zachary E. Howerton <zeh@smouseandmason.com>
**Cc:** Bennett III, William R. <william.bennett@blankrome.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>; Carlson, Kierstan <kierstan.carlson@blankrome.com>; Merkel, Dana <dana.merkel@blankrome.com>; Weigel, Alan M. <alan.weigel@blankrome.com>; Hamra, Noe <noe.hamra@BlankRome.com>
**Subject:** RE: Petitioner's First Production of Documents

**\*\*EXTERNAL SENDER\*\***

Dear Counsel:

You should have just received a notification from ShareFile to access Petitioner's first production of documents. To access the files, please click on the link from the ShareFile notification, enter your email address and then create a password. Once the zip file has

been downloaded, it will prompt you to enter a password. The password to download the enclosed zip file is: fl/5&8R)vq

Please let us know if you have any issues downloading the documents.

Best regards,

**Neil P. McMillan** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5444 | F: 917.332.3841 | C: 917.742.2484 | neil.mcmillan@blankrome.com




***********************************************************************
*******************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

***********************************************************************
*******************************


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**


**Notice: This communication, including attachments, may contain information that is confidential and protected by the attorney/client or other privileges. It constitutes non-public information intended to be conveyed only to the designated recipient(s). If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient who is responsible for delivering it to the intended recipient, or you believe that you have received this communication in error, please notify the sender immediately by return e-mail and promptly delete this e-mail, including attachments without reading or saving them in any manner. The unauthorized use, dissemination, distribution, or reproduction of this e-mail, including attachments, is prohibited and may be unlawful.**

**Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.**

9