IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED,** *et al.*, **for Exoneration from or Limitation of Liability** | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Yesterday, counsel for Claimants Damon Davis and the Mayor and City Council of Baltimore (the "City") requested that the Court convene an emergency conference to address their fears that certain members of the crew of the M/V Dali would soon depart the jurisdiction without having first been deposed. (*See* ECF Nos. 43, 44.) Counsel asked that the Court enjoin such departures. (*Id.*) Rather than convene a conference, the Court set the matter in for a hearing to commence at 10:00 a.m. tomorrow. (ECF No. 45.) The Court also restricted certain conduct and actions by Petitioners and the United States, pending the hearing. (*Id.*)

This evening, counsel for the City advised that they now withdraw their request for an emergency conference (ECF No. 49), pursuant to an agreement ostensibly reached between and among all current parties referencing certain discovery to occur, including future depositions of these crew members. (*See* ECF No. 49-1.) The agreement between the City and the Petitioners strikes the Court as a sensible resolution to this issue.

Notably, counsel for Davis has not docketed a withdrawal of his request for a conference nor has he stated explicitly that he joins the agreement evidently in place between the City and the Petitioners.

Accordingly, because the agreement has not yet been explicitly endorsed by all parties, the hearing will go forward as scheduled at 10:00 a.m. tomorrow, June 20, 2024.

DATED this __19th__ day of June, 2024.

BY THE COURT:

/s/ James K. Bredar
_____
James K. Bredar
United States District Judge
