# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### (NORTHERN DIVISION)

--------------------------------------------------------------x

In the Matter of The Petition of

GRACE OCEAN PRIVATE LIMITED, as Owner     Docket No: 1:24-cv-00941
of the M/V DALI,

         *IN ADMIRALTY*

        And

SYNERGY MARINE PTE LTD, as Manager of the
M/V DALI,

For Exoneration from or Limitation of Liability.

--------------------------------------------------------------x

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

      Kindly enter the appearances of Lawrence F. Walker, of the law firm Cozen O'Connor, on behalf of the Claimant, Ace American Insurance Company as subrogee of the Maryland Transportation Authority for its Claim in the above-captioned action for all purposes as counsel and requests that all further pleadings and other materials relevant to this action, be served upon said attorney.

Dated this 20th day of June 2024

                         Respectfully submitted,

                         COZEN O'CONNOR

                         *s/ Lawrence F. Walker*
                         Lawrence F. Walker, Esq.  (Bar #31059)
                         Cozen O'Connor
                         One Liberty Place
                         1650 Market Street, Suite 2800
                         Philadelphia, PA 19103
                         Ph: 215-665-2000
                         lwalker@cozen.com

## <u>CERTIFCATE OF SERVICE</u>

I hereby certify that on June 20, 2024, a copy of the foregoing Entry of Appearance and Certificate of Service was electronically filed and served by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


*s/ Lawrence F. Walker*
Lawrence F. Walker (Bar #31059)