UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## CLAIMANT DAMON DAVIS' NOTICE OF WITHDRAWAL OF EMERGENCY MOTION FOR PRETRIAL CONFERENCE

COMES NOW Claimant Damon Davis ("Claimant"), by counsel William H. Murphy, Jr., Andrew K. O'Connell, Ronald E. Richardson and the law firm of Murphy, Falcon & Murphy, and Jason P. Foster, and the Pence Law Firm PLLC., and states the following in support of his notice of withdrawal of his Emergency Motion For Pretrial Conference:

1. On June 18, 2024, Claimant filed his Emergency Motion for Discovery Conference ECF 43.

2. Later that day, the City of Baltimore filed its motion, ECF 44, seeking similar relief.

3. In light of the agreement reached between Claimant and petitioners regarding the matters at issue in said motions, claimant hereby withdraws his emergency motion.

Dated this 20th day of June, 2024.

1

**DAMON DAVIS,**

**By Counsel:**

    */s/ Andrew K. O'Connell*
William H. Murphy, Jr., Esq.
Andrew K. O'Connell, Esq.
Ronald E. Richardson, Esq.
Murphy, Falcon & Murphy
One South Street, 30th Floor
Baltimore, MD 21202
Telephone: (410) 951-8744
Facsimile: (410) 539-6599
Email:
Billy.murphy@murphyfalcon.com
Andrew.oconnell@murphyfalcon.com
Ronald.richardson@murphyfalcon.com

and

Jason P. Foster, Esq. (Pro hac vice admission pending)
Pence Law Firm PLLC
10 Hale Street, 4th Floor
Charleston, WV  25301
Telephone: (304) 345-7250
Facsimile: (304) 553-7227
Email: jfoster@pencefirm.com

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>**GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,**<br><br>and<br><br>**SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,**<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## CERTIFICATE OF SERVICE

In compliance with Supplemental Federal Rule F(5), I HEREBY CERTIFY that on the 20th day of June, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

                                                            */s/ Andrew K. O'Connell*
                                                          Andrew K. O'Connell, Esq.