UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>**GRACE OCEAN PRIVATE LIMITED**, as Owner of the M/V DALI,<br><br>and<br><br>**SYNERGY MARINE PTE LTD**, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**NOTICE OF APPEARANCE**

Please take notice of the appearance of Adam J. Levitt and the law firm of DiCello Levitt LLP, as counsel for the Mayor and City Council of Baltimore. All pleadings, notices and other papers served herein should be directed to counsel for Claimant as follows:

Adam J. Levitt *(Pro Hac Vice)*
Daniel R. Schwartz *(Pro Hac Vice)*
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Phone: 312-214-7900
Fax: 312-253-1443
Email: alevitt@dicellolevitt.com
      dschwartz@dicellovelitt.com

Diandra Debrosse Zimmermann *(Pro Hac Vice)*
**DICELLO LEVITT LLP**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
Phone: 205-855-5700
Fax: 205-855-5784
Email: fu@dicellolevitt.com

June 20, 2024                              MAYOR AND CITY COUNCIL OF BALTIMORE

**By Counsel:**

*/s/Adam J. Levitt*
Adam J. Levitt *(Pro Hac Vice)*
Daniel R. Schwartz *(Pro Hac Vice)*
**DiCello Levitt LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Phone: 312-214-7900
Fax: 312-253-1443
Email: alevitt@dicellolevitt.com
           dschwartz@dicellovelitt.com

Diandra Debrosse Zimmermann *(Pro Hac Vice)*
**DiCello Levitt LLP**
505 20th Street North, Suite 1500
Birmingham, Alabama 35203
Phone: 205-855-5700
Fax: 205-855-5784
Email: fu@dicellolevitt.com

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**of**<br><br>**GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,**<br><br>**and**<br><br>**SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,**<br><br>**for Exoneration from or Limitation of Liability** | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### CERTIFICATE OF SERVICE

In compliance with Rule 5 of the Federal Rules of Civil Procedure, I HEREBY CERTIFY that on the 20th day of June, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*s/Adam J. Levitt*
Adam J. Levitt *(Pro Hac Vice)*