# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of ) | |
| ) | |
| GRACE OCEAN PRIVATE LIMITED, ) | |
| As Owner of the M/V DALI, ) | Civil Action No. 1:24-cv-00941 |
| ) | |
| And ) | *IN ADMIRALTY* |
| ) | |
| SYNERGY MARINE PRIVATE LIMITED, ) | |
| As Manager of the M/V DALI, ) | |
| ) | |
| For Exoneration from or Limitation of Liability ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this Court. In accordance with Local Rule 701(1)(b), I also certify that I am a federal government attorney, an active member in good standing of the highest court of the State of Maryland, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

**(signature page follows)**

Dated: June 26, 2024	Respectfully submitted,

*[signature]*

THOMAS M. BROWN
Bar No. 30334
Trial Attorney
Aviation, Space & Admiralty Litigation
U.S. Department of Justice, Civil Division
175 N Street NE
Washington, D.C. 20002
thomas.m.brown@usdoj.gov
Tel: (202) 616-4036
Fax: (202) 616-4002