IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

| | |
|---|---|
| In the Matter of the Petition ) | |
| ) | |
| of ) | |
| ) | Civil Action No. 1:24-941-JKB |
| GRACE OCEAN PRIVATE LIMITED, as ) | |
| Owner of the M/V DALI, ) | |
| ) | |
| and ) | |
| ) | |
| ) | IN ADMIRALTY |
| SYNERGY MARINE PTE LTD, as Manager ) | |
| of the M/V DALI, ) | |
| ) | |
| ) | |
| for Exoneration from or Limitation of ) | |
| Liability. ) | |
| _____) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Michelle T. Delemarre as counsel for the United States of America.

In accordance with Local Rule 701(1)(b), I certify that I am a federal government attorney, an active member in good standing in the Commonwealth of Massachusetts, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

Dated: June 26, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

<u>/s/ *Michelle T. Delemarre*</u>
MICHELLE T. DELEMARRE
Mass. Bar No.: 558868
Aviation, Space & Admiralty Litigation
U.S. Department of Justice, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Michelle.delemarre@usdoj.gov
Tel: (202) 616-4037
Fax: (202) 616-4002
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2024, the foregoing was filed in the United States District Court for the District of Maryland via the Court's CM-ECF system, which will provide notice of this filing to counsel of record.

/s/ Michelle T. Delemarre
MICHELLE T. DELEMARRE