IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____

| | |
|---|---|
| In the Matter of the Petition ) | |
| ) | |
| of ) | |
| ) | Civil Action No. 1:24-941-JKB |
| GRACE OCEAN PRIVATE LIMITED, as ) | |
| Owner of the M/V DALI, ) | |
| ) | |
| and ) | |
| ) | |
| ) | IN ADMIRALTY |
| SYNERGY MARINE PTE LTD, as Manager ) | |
| of the M/V DALI, ) | |
| ) | |
| ) | |
| for Exoneration from or Limitation of ) | |
| Liability. ) | |
| _____) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Laine M. Goodhue as counsel for the United States of America.

In accordance with Local Rule 701(1)(b), I certify that I am a federal government attorney, an active member in good standing of the highest court in the Commonwealth of Virginia, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

DATE: June 26, 2024         Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

By:

/s/ *Laine M. Goodhue*
LAINE M. GOODHUE
Va. Bar No.: 78840
Trial Attorney
Aviation, Space & Admiralty Litigation
U.S. Department of Justice, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Laine.M.Goodhue@usdoj.gov
Tel: (202) 616-4123
Fax:  (202) 616-4002
*Counsel for the United States of America*