IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of ) | |
| ) | |
| GRACE OCEAN PRIVATE LIMITED, ) | |
| as Owner of the M/V DALI, ) | Civil Action No. 1:24-941-JKB |
| ) | |
| and ) | *IN ADMIRALTY* |
| ) | |
| SYNERGY MARINE PRIVATE LIMITED, ) | |
| as Manager of the M/V DALI, ) | |
| ) | |
| for Exoneration from or Limitation of Liability ) | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the United States of America.

In accordance with Local Rule 701(1)(b), I certify that I am a federal government attorney, an active member in good standing of the highest court of the State of Washington, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

Dated: June 26, 2024

        Respectfully submitted,

        BRIAN M. BOYNTON
        Principal Deputy Assistant Attorney General
        Civil Division

        */s/ Guyer S. Bogen*
        GUYER S. BOGEN
        Bar No. 53452 (WA)
        Trial Attorney
        Aviation, Space & Admiralty Litigation
        U.S. Department of Justice, Civil Division
        175 N Street NE
        Washington, D.C. 20002
        Guyer.S.Bogen@usdoj.gov
        Tel: (202) 742-6370
        Fax: (202) 616-4159
        *Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2024, the foregoing was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

        */s/ Guyer S. Bogen*
        GUYER S. BOGEN