UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### ENTRY OF APPEARANCE

Please enter the appearance of Anthony J. M. Kikendall, White and Williams LLP, in the above-captioned matter as counsel for Zurich American Insurance Company ("Zurich"), and direct that all notices, motions, etc., given or required to be given and/or served in this case upon Zurich be given and/or served upon the undersigned.

Date:   August 14, 2024                                   Respectfully submitted,

                                                                     */s/ Anthony J. M. Kikendall*
                                                                     Anthony J. M. Kikendall
                                                                     Fed. Bar No.: 21905
                                                                     kikendalla@whiteandwilliams.com
                                                                     White and Williams LLP
                                                                     600 Washington Avenue
                                                                     Suite 303
                                                                     Towson, Maryland 21204
                                                                     443-761-6500
                                                                     443-761-6519 (fax)
                                                                     *Attorneys for Zurich American Insurance Company*

33290338v.1

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY, that on the 14th day of August, 2024, a copy of the foregoing was served electronically upon those parties listed on the docket as being entitled to receive electronic notices through CM/ECF as follows, including:

              */s/ Anthony J. M. Kikendall*____
              Anthony J. M. Kikendall