**updateRob's Bar and Court Admissions**

Pennsylvania   12/14/1988
New Jersey   1/6/1999
New York   6/30/2018
U.S. Court of Appeals for the Fourth Circuit   8-24-2004
U.S. Court of Appeals for the Sixth Circuit   6-8-2000
U.S. Court of Appeals for the Third Circuit   5/12/1993
U.S. Court of Appeals for the Eleventh Circuits   9/15/2007
U.S. District Court for the District of New Jersey   2/1/1999
U.S. District Court for the Eastern District of Pennsylvania  4/19/1989
U.S. District Court for the Middle District of Pennsylvania   3/12/2000
U.S. District Court for the Western District of Pennsylvania   9/24/1999
U.S. District Court for the Western District of Michigan   9/30/1998
U.S. District Court for the Western District of Wisconsin   3/24/2016
U.S. Supreme Court   10/15/2001
U.S. District Court Eastern District of New York   8/27/2020
U.S. District Court Southern District of New York   8/18/2020
U.S. District Court for the District of Nebraska   4/3/2024

<u>In English:</u>

The Commonwealth of Pennsylvania since 1988

The State of New Jersey since 1998

United States Courts of Appeals for the Sixth, Fourth, and Third Circuits

United States District Courts for the Eastern, Middle, and Western Districts of Pennsylvania

United States District Court for the District of New Jersey

United States District Court for the Western District of Michigan

United States District Court for the Western District of Wisconsin

United States Supreme Court

17180215v.1