IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, <br> **Plaintiff,** <br><br> v. <br><br> SYNERGY MARINE PTE LTD, as Manager of the M/V DALI <br> **Defendant.** | * <br> * <br> *    Case No. 1:24-cv-00941-JKB <br> * <br> * |

### MOTION FOR ADMISSION PRO HAC VICE

I, Anthony J.M. Kikendall Esq., am a member in good standing of the bar of this Court. I am moving the admission of CoraAnn M. Foley to appear pro hac vice in this case as counsel for Zurich American Insurance Company.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Delaware (12/14/2022) | U.S. District Court for the District of Delaware (3/29/2023) |
| Pennsylvania (5/2/2023) | U.S. Bankruptcy Court for the District of Delaware (3/31/2023) |
| | U.S. District Court for the Eastern District of Pennsylvania (9/6/2023) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or **Anthony J.M. Kikendall Esq.**, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *[signature]* | *CoraAnn Foley* |
| Signature | Signature |
| **Anthony J.M. Kikendall Esq.** | **CoraAnn M. Foley** |
| Printed name and bar number — 21905 | Printed name |
| **White and Williams LLP** | **White and Williams LLP** |
| Office name | Office name |
| 600 Washington Avenue, Ste 300, Towson, MD 21204 | 1650 Market Street Suite 1800  Philadelphia  PA  19103 |
| Address | Address |
| 443-761-6514 | 215-8646846 |
| Telephone number | Telephone number |
| 443-761-6519 | 215 789 7502 |
| Fax Number | Fax Number |
| kikendalla@whiteandwilliams.com | Foleyc@whiteandwilliams.com |
| Email Address | Email Address |