IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____       *

**Plaintiff,**

                                *

**v.**                            **Case No.** _____

                                *

_____       *

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
<br>(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
<br>(name of party)

_____.
<br>(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
<br>(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____        *Bryan Short*
Date                                  Signature

                                      _____
                                      Printed name and bar number

                                      _____
                                      Address

                                      _____
                                      Email address

                                      _____
                                      Telephone number

                                      _____
                                      Fax number