IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of )<br>)<br>GRACE OCEAN PRIVATE LIMITED, )<br>as Owner of the M/V DALI, )<br>)<br>and )<br>)<br>SYNERGY MARINE PTE LTD, )<br>as Manager of the M/V DALI, )<br>)<br>for Exoneration from or Limitation of Liability. )<br>) | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## NOTICE OF APPEARANCE

Please enter the appearance of Kelly M. Marzullo, Bar No. 28036, as counsel for Claimant United States of America.

                                                Respectfully submitted,

                                                Erek L. Barron
                                                United States Attorney

                                  By: */s/ Kelly M. Marzullo*
                                       Kelly M. Marzullo (Bar No. 28036)
                                       Assistant United States Attorney
                                       36 South Charles Street, 4th Floor
                                       Baltimore, Maryland 21201
                                       (410) 209-4956 (direct)
                                       (410) 962-2310 (fax)
                                       kelly.marzullo@usdoj.gov