# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition | ) |
| | ) |
| of | ) |
| | ) Civil Action No. 1:24-941-JKB |
| GRACE OCEAN PRIVATE LIMITED, as | ) |
| Owner of the M/V DALI, | ) |
| | ) |
| and | ) |
| | ) |
| | ) IN ADMIRALTY |
| SYNERGY MARINE PTE LTD, as Manager | ) |
| of the M/V DALI, | ) |
| | ) |
| | ) |
| for Exoneration from or Limitation of | ) |
| Liability. | ) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Jessica G. Sullivan as counsel for the United States of America.

In accordance with Local Rule 701(1)(b), I certify that I am a federal government attorney, an active member in good standing of the bar in the state of Louisiana, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

Dated: September 18, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

*/s/ Jessica G. Sullivan*
JESSICA G. SULLIVAN
Louisiana Bar No. 27633
Senior Trial Attorney
Aviation, Space & Admiralty Litigation
U.S. Department of Justice, Civil Division
P.O. Box 14271
Washington, D.C. 20044-4271
Jessica.Sullivan@usdoj.gov
Tel: (202) 616-4044
Fax: (202) 616-4002
*Counsel for the United States of America*

## CERTIFICATE OF SERVICE

I certify that on September 18, 2024, the foregoing was filed in the United States District Court for the District of Maryland through the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

*/s/ Jessica G. Sullivan*
JESSICA G. SULLIVAN