UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE, LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 1:24-cv-941<br><br>*IN ADMIRALTY* |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Andrew J. Connolly, Esquire and Colin E. Burgess, Esquire of the law firm of Post & Schell, LLC in the above-captioned matter on behalf of Claimant/Respondent, Brawner Builders, Inc. All pleadings, notices, and other papers served herein should be directed to the undersigned counsel for Claimant/Respondent, Brawner Builders, Inc.

**POST & SCHELL, P.C.**

**Dated:** 9/18/24        **BY:** _____
Andrew J. Connolly, Esquire (2088)
Colin E. Burgess, Esquire (20665)
Post & Schell, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103
Tel.: 215-587-1000
Fax: 215-587-1444
aconnolly@postschell.com
cburgess@postschell.com

**CERTIFICATE OF SERVICE**

In compliance with Rule 5 of the Federal Rules of Civil Procedure, I HEREBY CERTIFY that on the 18th day of September, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CMF/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*Andrew J Connolly*
_____
Andrew J. Connolly, Esquire (20882)