IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al. *

**Plaintiff,**

v. * Case No. JKB 1:24-CV-941

*

**Defendant.** *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Brawner Builders, Inc.__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☒ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

As an insurance carrier for Brawner Builders, Inc., Zurich American Insurance Co. may, in the future, have a subrogation interest in the outcome of the litigation.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

9/18/24
Date

*Andrew J. Connolly*
Signature

Andrew J. Connolly, Esq. (20882)
Printed name and bar number

Three Logan Square, 1717 Arch St., 24th Floor, Philadelphia, PA 19103
Address

AConnolly@postschell.com
Email address

215-587-1000
Telephone number

215-587-1444
Fax number