## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al.

    **Plaintiff,**

    **v.**

    **Defendant.**

\*

\*

\*

\*

\*

**Case No.** JKB 1:24-CV-941

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that Damon Davis
                                                       (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
                                                                 (name of party)

_____.
                          (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
               (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<small>(name of LLC party)</small>

_____          _____
<small>(name of member)</small>                                                    <small>(state of citizenship)</small>

_____          _____
<small>(name of member)</small>                                                    <small>(state of citizenship)</small>

_____          _____
<small>(name of member)</small>                                                    <small>(state of citizenship)</small>

_____          _____
<small>(name of member)</small>                                                    <small>(state of citizenship)</small>

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

09/20/2024
_____
Date

/s/ Ronald E. Richardson
_____
Signature

Ronald E. Richardson (Bar No. 04673)
_____
Printed name and bar number

One South St, 30th Fl, Baltimore, MD 21202
_____
Address

Ronald.richardson@murphyfalcon.com
_____
Email address

(410) 951-8744
_____
Telephone number

(410) 539-6599
_____
Fax number