UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD,<br>as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941 |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Nicholas Katz as counsel for John Condliffe, Lillian Hummel, Maria del Carmen Castellon Quintana, Eban Perez, Jesus Castillo, Wilder Castillo Cabrera, Nora Hilda de Jesus Lopez Orellana de Guerra, and Mackon Mahomed Guerra Lopez.

In accordance with Local Rule 701(1)(a), I certify that I am an active member in good standing of the District Court for the District of Maryland, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

Dated: September 20, 2024

Respectfully submitted,
*/s/ Nicholas Katz*
NICHOLAS KATZ

1

CASA, Inc.
8151 15th Avenue
Hyattsville, MD 20783
(240) 491-5743
*nkatz@wearecasa.org*

## **CERTIFICATE OF SERVICE**

I certify that on September 20, 2024, the foregoing was filed in the United States District Court for the District of Maryland through the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

*/s/ Nicholas Katz*
Nicholas Katz