## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al.                   *

**Plaintiff,**
                                            *

**v.**                                      *        Case No. <u>JKB 1:24-CV-941</u>
                                            *

_____                       *

**Defendant.**                              *

### DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that <u>Jeffrey D. Katz</u>
                                                          (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
                                                              (name of party)

_____ .
                              (names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____ .
                    (names of entities with possible financial interests)

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

_____          _____
(name of member)                                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

9/20/2024                                                     /s/Matt Simmons
_____          _____
Date                                                               Signature

                                                                   Matt Simmons (Fed. Bar Id. 14700)
                                                                   _____
                                                                   Printed name and bar number

                                                                   401 E. Jefferson St., Suite 208, Rockville, MD  20850
                                                                   _____
                                                                   Address

                                                                   Matt@HoyaLaw.com
                                                                   _____
                                                                   Email address

                                                                   (240) 671-4058
                                                                   _____
                                                                   Telephone number

                                                                   _____
                                                                   Fax number