IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al.            *

**Plaintiff,**

                                       *

v.                                     Case No. JKB 1:24-CV-941

                                       *

**Defendant.**                         *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Bertalia Verenice Martinez Funez__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
<br>(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

9/20/2024
Date

/s/Matt Simmons
Signature

Matt Simmons (Fed. Bar Id. 14700)
Printed name and bar number

401 E. Jefferson St., Suite 208, Rockville, MD 20850
Address

Matt@HoyaLaw.com
Email address

(240) 671-4058
Telephone number

Fax number