## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### ENTRY OF APPEARANCE

Please enter the appearance of Anthony J. M. Kikendall, White and Williams LLP, in the above-captioned matter as counsel for Brawner Builders, Inc. ("Brawner"), and direct that all notices, motions, etc., given or required to be given and/or served in this case upon Brawner be given and/or served upon the undersigned.

Date:   September 20, 2024          Respectfully submitted,

 

*/s/ Anthony J.M. Kikendall*
Anthony J. M. Kikendall
Fed. Bar No.: 21905
kikendalla@whiteandwilliams.com
White and Williams LLP
600 Washington Avenue
Suite 303
Towson, Maryland 21204
443-761-6500
443-761-6519 (fax)
*Attorneys for Brawner Builders, Inc.*

33653018v.1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on the 20th day of September, 2024, a copy of the foregoing was served electronically upon those parties listed on the docket as being entitled to receive electronic notices through CM/ECF as follows, including:

                                               */s/ Anthony J.M. Kikendall*
                                               Anthony J. M. Kikendall

33653018v.1