## IN THE UNITES STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## **DISCLOSURE OF CORPORATE INTEREST ADDENDUM**

The following corporate affiliations exist with Zurich American Insurance Company:

1. Zurich Insurance Group Limited
2. Genevoise Life Insurance Company Ltd.
3. Orion Rechtsschutz Versicherungsgesellschaft
4. Zurich Finance Company AG
5. Zurich Group Holding AG
6. Zurich Insurance Company Ltd.
7. Farmers Reinsurance Company
8. Zurich American Life Insurance Company
9. Zurich Holding Company of America
10. American Guarantee and Liability Insurance Company
11. American Zurich Insurance Company
12. Assurance Company of America

33641231v.1

13. Centre Group Holdings (U.S.) Limited

14. Colonial American Casualty and Surety Company

15. Farmers Group, Inc.

16. 21st Century Insurance Group

17. Bristol West Insurance Group

18. Farmers Insurance Exchange

19. Farmers Insurance of Columbus Inc.

20. Fire Insurance Exchange

21. Farmers Insurance Hawaii

22. Hawaii Insurance Consultants, Ltd.

23. Farmers New World Life Insurance Co.

24. Fire Underwriters Association

25. Foremost Insurance Company

26. American Federation Insurance Company

27. Foremost Property & Casualty Insurance Company

28. Foremost Signature Insurance Company

29. Southern Way Insurance Agency

30. The Fidelity and Deposit Company of Maryland

31. Investors Brokerage Services Inc.

32. Kemper Investors Life Insurance Company

33. Maryland Casualty Company

34. Northern Insurance Company of New York

35. Rural Community Insurance Company

36. Steadfast Insurance Company

37. Universal Underwriters Insurance Company

38. Universal Underwriters Life Insurance

39. Universal Underwriters of Texas Insurance Company

40. Empire Fire & Marine Insurance Co.

41. Zurich Capital Markets

42. AAS Zurich Latvia Ltd.

43. Centre Group Holdings Limited

44. Chilena Consolidada Seguros de Vida S.A.

45. Chilena Consolidada Seguros Generales S.A.

46. Consisa

47. Cover-More Group Limited

48. Travelex Insurance Services, Inc.

49. Eagle Star Life Assurance Co. Ltd.

50. Eagle Star Malta Ltd.

51. PT Asuransi Adira Dinamika

52. P.T. Zurich Asuransi Indonesia Tbk

53. P.T. Zurich Insurance Indonesia

54. Societa Italiana Assicurazioni e Reassicurazioni S.p.A.

55. Standard Insurance Co., Inc.

56. Zuerich Versicherungs-Aktiengesellschaft

57. Zurich AG

58. Zuerich Insurance AG

59. Zurich Deutscher Herold Lebenversicherung AG

60. Zurich Insurance AG

61. Zurich Insurance AG

62. Zurich Assurance Ltd.

63. Zurich Australia Limited

64. Zurich Australian Insurance Ltd.

65. Zurich Beteiligungs-Aktiengesellschaft

66. Zurich Brasil Seguros S.A.

67. Zurich Compagnie Marocaine Dassurances

68. Zurich Companhia de Seguros S.A.

69. Zurich Compania de Seguros S.A.

70. Zurich Financial Services Australia Ltd.

71. Zurich Financial Services Taiwan Ltd.

72. Zurich Global Corporate UK Ltd.

73. Zurich Group Frankfurt

74. Zurich International (Deutschland) Versicherungs AG

75. Zurich GSG Ltd.

76. Zurich Iguazu Compania de Seguros (Vidal)

77. Zurich Insurance Company (Poland) SA

78. Zurich Insurance Company (Russia) Ltd.

79. Zurich Insurance Group (Hong Kong)

80. Zurich Insurance plc

81. Zurich International (Belgique) S.A.

33641231v.1

-5-

82. Zurich International (Bermuda) Ltd.

83. Zurich International de Venezuela C.A. de Corretaje de Reaseguros

84. Zurich International (Italia) S.p.A.

85. Zurich International (Nederland) N.V.

86. Zurich International Services (Luxembourg) S.A.

87. Zurich International (UK) Limited

88. Zurich Investment Management Ltd.

89. Zurich Investment Services Ltd.

90. Zurich Investments Life

91. Zurich Investments SGR

92. Zurich Italy Bank S.p.A.

93. Zurich Life Assurance plc

94. Zurich Life Insurance Malaysia Berhad

95. Zurich Pacific Insurance Pty. Ltd.

96. Zurich Santander Seguros Mexico, S.A.

97. Zurich Seguros S.A.

98. Zurich Versicherungs-Aktiengesellschaft

99. Zurich Vida Compania de Seguros S.A.

100. Allied Zurich plc (Holding)

101. Centre Reinsurance Holdings Ltd.

102. Centre Insurance International Company

103. Centre Reinsurance International Company

104. Centre Reinsurance Ltd.

105. Thai Metropole Zurich Insurance Co. Ltd.

106. Allied Zurich Holdings Limited

107. Deutscher Herold Aktiengesellschaft

108. OnePath Life Australia Holdings Pty Limited

109. OnePath Life Limited

110. Rex-Zdhl S.C.S. Sicav-SIF

111. ZCM Matched Funding Corp.

112. ZCM (U.S.) Limited

113. Zurich American Company, LLC

114. Zurich Deutscher Herold Lebensversicherung Aktiengesellschaft

115. Zurich Employment Services Limited

116. Zurich Financial Services EUB Holdings Limited

117. Zurich Financial Services (UKISA) Limited

118. Zurich Holding Ireland Limited

119. Zurich Holdings Malaysia Berhad

120. Zurich Holdings (UK) Limited

121. Zurich Immobilien (Deutschland) AG & Co. KG

122. Zurich Latin America Holding S.L.

123. Zurich Life Insurance Company Ltd.

124. Zurich Minas Brasil Seguros S.A.

125. Zurich Resseguradora Brasil S.A.

126. Zurich Ruckversicherungs-Gesellschaft AG

127. Zurich Santander Brasil Seguros e Previdencia S.A.

33641231v.1

128. Zurich Santander Holding Dos (Spain), S.L.

129. Zurich Santander Holding (Spain), S.L.

130. Zurich Santander Insurance America, S.L.

131. Zurich Santander Seguros de Vida Chile S.A.

132. Zurich Structured Finance, Inc.

133. Zurich UK General Services Limited

134. Zurich Vida, Compania de Seguros y Reaseguros, S.A.