IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al           *

**Plaintiff,**

                                    *

**v.**                                  Case No. JKB 1:24-CV-941

                                    *

                                    *

**Defendant.**                          *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■  The following corporate affiliations exist with  ACE American Insurance Company :
(name of party)

ACE American Insurance Company is a Pennsylvania corporation and is the lead member of the Chubb U. S. Group of Insurance Companies, a subsidiary of INA Holdings Corporation, with Chubb Limited as the ultimate parent company.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span style="text-align:center">(name of LLC party)</span>

_____  _____
(name of member)                              (state of citizenship)

_____  _____
(name of member)                              (state of citizenship)

_____  _____
(name of member)                              (state of citizenship)

_____  _____
(name of member)                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

9/20/2024

Date

*Lawrence Walker* (signature)

Signature

Lawrence F. Walker (31059)

Printed name and bar number

One Liberty Place, Ste. 2800, 1650 Market St., Philadelphia, PA 19103

Address

lwalker@cozen.com

Email address

215-665-6920

Telephone number

215-701-2120

Fax number

2