## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## (NORTHERN DIVISION)

---------------------------------------------------------------x

In the Matter of The Petition of

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,

And

SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,

For Exoneration from or Limitation of Liability.

---------------------------------------------------------------x

Docket No: 1:24-cv-00941

*IN ADMIRALTY*

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearances of Daniel J. Luccaro, of the law firm Cozen O'Connor, on behalf of the Claimant, Ace American Insurance Company for its Claim in the above-captioned action for all purposes as counsel and requests that all further pleadings and other materials relevant to this action, be served upon said attorney.

Dated: September 20, 2024

Respectfully Submitted,

*/s/ Daniel J. Luccaro*
Daniel J. Luccaro, Esq.
(D. Md. Bar ID 31079)
Cozen O'Connor
One Liberty Place
1650 Market St., Suite 2800
Philadelphia, PA 19103
Ph.: 215-665-6968
dluccaro@cozen.com
*Counsel for Claimant Ace American Insurance Company*

LEGAL\72965916\1

## CERTIFCATE OF SERVICE

I hereby certify that on June 20, 2024, a copy of the foregoing Entry of Appearance and Certificate of Service was electronically filed and served by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

      *s/ Lawrence F. Walker*
      Lawrence F. Walker (Bar #31059)

2