**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as          Docket No. JKB 24-cv-941
Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as
MANAGER of the M/V DALI,

For Exoneration from or Limitation of
Liability.


<u>**ENTRY OF APPEARANCE IN A CIVIL CASE**</u>

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

     Please enter my appearance as counsel in this case for the Claimant, Rosa Emerita

Sandoval Paz.

     I certify that I am admitted to practice in this Court.


               Respectfully Submitted,

               <u>/s/ John R. Solter, Jr.</u>
               John R. Solter, Jr.
               Federal Bar ID 27483
               **Azrael, Franz, Schwab, Lipowitz & Solter, LLC**
               101 E. Chesapeake Avenue, 5th Floor
               Baltimore, Maryland 21286
               Phone: (410) 821-6800
               Fax: (410) 821-1265
               Email:  jsolter@azraelfranz.com
               **Attorney for Rosa Emerita Sandoval Paz**