UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as    Docket No. JKB 24-cv-941
Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as
MANAGER of the M/V DALI,

For Exoneration from or Limitation of
Liability.

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the Claimant, Rosa Emerita Sandoval Paz.

I certify that I am admitted to practice in this Court.

Respectfully Submitted,

/s/ Judson H. Lipowitz
Judson H. Lipowitz
Federal Bar ID 05138
**Azrael, Franz, Schwab, Lipowitz & Solter, LLC**
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
Phone: (410) 821-6800
Fax: (410) 821-1265
Email: jlipowitz@azraelfranz.com
**Attorney for Rosa Emerita Sandoval Paz**