## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## SCHEDULE A

Claimant Liberty Mutual Insurance Company, is a corporation duly organized and existing under and by virtue of the laws of the State of Massachusetts, with an office and place of business at 28 Liberty Street, 3rd Floor, New York, New York, 10005.

## GENERAL AVERAGE INDEMNITY AND/OR CONTRIBUTION

| | |
|---|---|
| Date of Shipment: | 3/25/2024 |
| Port of Shipment: | Baltimore, MD |
| Port of Discharge: | Singapore |
| Container Number: | SEGU2323402 |
| Consignee: | DIXON VALVE SINGAPORE PTE LTD |
| Shipment: | Iron/Pipe Fittings |
| Ref. Numbers: | NEWCAR000596551/ 40001963 |

| | |
|---|---|
| Date of Shipment: | 3/21/2024 |
| Port of Shipment: | New York, NY |
| Port of Discharge: | Shanghai, China |
| Container Numbers: | FFAU2015980; MSMU4864722; CAIU4580341; TGBU7427643; MSDU7397100; BEAU5933958; MSDU8620604; MSDU7216706; MEDU7368240; MEDU7791288 |
| Consignee: | To Order / ZHANGJIAGANG NEW BOY WOOD INDUSTRY |

|  |  |
|---|---|
|  | COMPANY., LTD |
| Shipment: | Debarked Ash Logs |
| Ref. Numbers: | NEWCAR000590749/ 40001964 |

| | |
|---|---|
| Date of Shipment: | 3/20/2024 |
| Port of Shipment: | Newark, NJ |
| Port of Discharge: | Ennore Chennai, India |
| Container Numbers: | MRKU8304507; MRKU7376143 |
| Consignee: | HDFC BANK LTD |
| Shipment: | Lead Battery Plates |
| Ref. Numbers: | NEWCAR000585595/ 40001965 |

| | |
|---|---|
| Date of Shipment: | 3/22/2024 |
| Port of Shipment: | Norfolk, VA |
| Port of Discharge: | Ningbo, China |
| Container Number: | MRKU8586205 |
| Consignee: | NINGBO CIMEI IMPORT & EXPORT CO., LTD |
| Ref. Number: | NEWCAR000590740/ 40001966 |

| | |
|---|---|
| Date of Shipment: | 3/22/2024 |
| Port of Shipment: | Norfolk, VA |
| Port of Discharge: | Ningbo, China |
| Container Number: | MRKU7920365 |
| Consignee: | ZHEJIANG HAILIANG CO., LTD |
| Ref. Number: | NEWCAR000590740/ 40001966 |

| | |
|---|---|
| Date of Shipment: | 3/22/24 |
| Port of Shipment: | Norfolk, VA |
| Port of Discharge: | Ningbo, China |
| Container Numbers: | MSKU9613098; MRSU3817562; HASU4015005; MRKU5871770 |
| Consignee: | JCC RENEWABLE RESOURCE CO. LTD |
| Shipment: | Recycling Material, Metal |
| Ref. Number: | NEWCAR000590740/ 40001966 |

| | |
|---|---|
| Date of Shipment: | 3/13/2024 |
| Port of Shipment: | Newark, NJ |
| Port of Discharge: | Jebel Ali, United Arab Emirates |
| Container Number: | TCKU7191065 |
| Consignee: | ASHKHAR METALS FZE |
| Shipment: | Aluminum Scrap Mix |
| Ref. Number: | NEWCAR000591057/ 40001967 |