IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re Grace Ocean Private Ltd. et al          *

**Plaintiff,**
                                              *
v.                                                  Case No. 1:24-CV-00941 JKB
                                              *

_____                      *

**Defendant.**                                *

### MOTION FOR ADMISSION PRO HAC VICE

I, Matthew H. Simmons, am a member in good standing of the bar of this Court. I am moving the admission of Angela M. Tabares to appear pro hac vice in this case as counsel for Jeffrey D. Katz and Bertalia V. M. Funez.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas - 11/4/2016 | Southern District of Texas - 6/30/2020 |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __Matthew H. Simmons__, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
*[signature]*
Signature

Matthew H. Simmons - 14700
Printed name and bar number

Law Offices of Matt Simmons Esq.
Office name

401 E Jefferson St., Suite 208, Rockville MD  20850
Address

(240) 671-4058
Telephone number

Fax Number

Matt@HoyaLaw.com
Email Address

PROPOSED ADMITTEE
*[signature]*
Signature

Angela Tabares
Printed name

Cesar Ornelas Law
Office name

14607 San Pedro Ave. San Antonio, Texas 78232
Address

(726) 200-2529
Telephone number

(888) 342-8033
Fax Number

atabares@oinjurylaw.com
Email Address