# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as MANAGER of the M/V DALI,<br><br>For Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941 |

## MOTION FOR ADMISSION PRO HAC VICE

I, __ _  _Bruce M. Plaxen, Esq._____ am a member in good standing of the bar of this Court. I am moving the admission of ___Justin D. Miller_____ to appear pro hac vice in this case as counsel for claimants Julio Cervantes Suarez, Marisela Hernandez Salgado, Mark Binstock, Emilio Hernandez Salgado, Lucia Estrella Zambrano, Matthew Bogin, Mariela Hernandez, John Condliffe, Lillian Hummel, Miguel Leonardo Luna Lemus, Karina Elizabeth Luna Lemus; Marvin Yubini Luna Lemus, Jeffrey Goldstein, Eduar Yoel Flores Lopez, Yeslin Yamileth Lopes Flores, and Dilia Flores.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State Court of Georgia, October, 2004 | U.S. District Court, Northern District of Georgia, March 17, 2006 |
| Georgia Court of Appeals, April, 2013 | |
| Georgia Superior Court, October, 2004 | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ____0____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __Bruce M. Plaxen, Esq._____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT                                          PROPOSED ADMITTEE

*/s/ Bruce M. Plaxen*                            */s/ Justin D. Miller*
_____                          _____
Signature                                       Signature
                                                (signed by Bruce M. Plaxen with
                                                permission of Justin D. Miller)

Bruce M. Plaxen (Bar No. 05378)                 Justin D. Miller
_____                          _____
Printed name and bar number                     Printed name

Plaxen Adler Muncy, P.A.                         Stewart Miller Simmons Trial Attorneys
_____                          _____
Office name                                     Office name

10211 Wincopin Circle, Suite 620,                55 Ivan Allen Jr. Blvd, Suite 700
Columbia, MD 21044                               Atlanta, Georgia 30308
_____                          _____
Address                                         Address

410-730-7737                                     404-328-7570
_____                          _____
Telephone number                                Telephone number

410-730-1615                                     470-223-0730
_____                          _____
Fax Number                                      Fax Number

bplaxen@plaxenadler.com

Email Address

jmiller@smstrial.com

Email Address