UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as MANAGER of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941 |

## MOTION FOR ADMISSION PRO HAC VICE

I, __Bruce M. Plaxen, Esq.__ am a member in good standing of the bar of this Court. I am moving the admission of __Kevin J. Mahoney__ to appear pro hac vice in this case as counsel for claimants Julio Cervantes Suarez, Marisela Hernandez Salgado, Mark Binstock, Emilio Hernandez Salgado, Lucia Estrella Zambrano, Matthew Bogin, Mariela Hernandez, John Condliffe, Lillian Hummel, Miguel Leonardo Luna Lemus, Karina Elizabeth Luna Lemus; Marvin Yubini Luna Lemus, Jeffrey Goldstein, Eduar Yoel Flores Lopez, Yeslin Yamileth Lopes Flores, and Dilia Flores.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of New Jersey, Supreme Court December 8, 2014 | U.S. District Court, District of New Jersey, November 10, 2015 |
| State of New York, Supreme Court July 15, 2015 | U.S. District Court, Southern District of New York, January 8, 2016 |
| | U.S. District Court, Eastern District of New York, February 2, 2016 |
| | U.S. District Court, District of New Mexico, February 17, 2022 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ___0___ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __Bruce M. Plaxen, Esq._____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Bruce M. Plaxen* | */s/ Kevin J. Mahoney* |
| Signature | Signature |
|  | (signed by Bruce M. Plaxen with permission of Kevin J. Mahoney) |
| Bruce M. Plaxen (Bar No. 05378) | Kevin J. Mahoney |
| Printed name and bar number | Printed name |
| Plaxen Adler Muncy, P.A. | Kreindler & Kreindler LLP |
| Office name | Office name |
| 10211 Wincopin Circle, Suite 620, Columbia, MD 21044 | 485 Lexington Ave., Fl. 28 New York, NY 10017 |
| Address | Address |
| 410-730-7737 | 212-973-3490 |
| Telephone number | Telephone number |
| 410-730-1615 | 212-972-9432 |
| Fax Number | Fax Number |

| | |
|---|---|
| bplaxen@plaxenadler.com | kmahoney@kreindler.com |
| Email Address | Email Address |