**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as MANAGER of the M/V DALI,<br><br>For Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941 |

## <u>MOTION FOR ADMISSION PRO HAC VICE</u>

I, ___ _Bruce M. Plaxen, Esq._____ am a member in good standing of the bar of this Court. I am moving the admission of ___Michael T. Roth_____ to appear pro hac vice in this case as counsel for claimants <u>Julio Cervantes Suarez, Marisela Hernandez Salgado, Mark Binstock, Emilio Hernandez Salgado, Lucia Estrella Zambrano, Matthew Bogin, Mariela Hernandez, John Condliffe, Lillian Hummel, Miguel Leonardo Luna Lemus, Karina Elizabeth Luna Lemus; Marvin Yubini Luna Lemus, Jeffrey Goldstein, Eduar Yoel Flores Lopez, Yeslin Yamileth Lopes Flores, and Dilia Flores</u>.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of Georgia, State Court November 1, 2016 | U.S. District Court, Northern District of Georgia, November 5, 2018 |
| State of Georgia, Appellate Court November 18, 2016 | |
| State of Georgia, Supreme Court November 18, 2016 | |
| | |

3.  During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court ____0____ time(s).

4.  The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5.  The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.  The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.  Either the undersigned movant or __Bruce M. Plaxen, Esq._____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8.  **The $100.00 fee for admission pro hac vice accompanies this motion.**

9.  We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

/s/ Bruce M. Plaxen
_____
Signature

PROPOSED ADMITTEE

/s/ Michael T. Roth
_____
Signature
(signed by Bruce M. Plaxen with permission of Michael T. Roth)

Bruce M. Plaxen (Bar No. 05378)
_____
Printed name and bar number

Michael T. Roth
_____
Printed name

Plaxen Adler Muncy, P.A.
_____
Office name

Stewart Miller Simmons Trial Attorneys, LLC
_____
Office name

10211 Wincopin Circle, Suite 620, Columbia, MD 21044
_____
Address

55 Ivan Allen Jr. Boulevard, Suite 700 Atlanta, Georgia 30308
_____
Address

410-730-7737
_____
Telephone number

404-328-7591
_____
Telephone number

410-730-1615
_____

470-223-0730
_____

| | |
|---|---|
| Fax Number | Fax Number |
| bplaxen@plaxenadler.com | mroth@smstrial.com |
| Email Address | Email Address |