IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of | |
| GRACE OCEAN PRIVATE LIMITED,<br>As Owner of the M/V DALI, | Civil Action No. 1:24-cv-00941 |
| And | ***IN ADMIRALTY*** |
| SYNERGY MARINE PRIVATE LIMITED,<br>As Manager of the M/V DALI, | |
| For Exoneration from or Limitation of Liability | |

**ENTRY OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for the United States of America.

I certify that I am admitted to practice in this Court. In accordance with Local Rule 701(1)(b), I also certify that I am a federal government attorney, an active member in good standing of the highest court of the District of Columbia, of good private and professional character, and am familiar with the Code of Professional Responsibility, the Federal Rules of Civil Procedure and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of the United States District Court for the District of Maryland.

**(signature page follows)**

Dated: September 23, 2024        Respectfully submitted,

/s/ Jill Rosa
_____
JILL DAHLMANN ROSA
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Torts Branch
Aviation, Space & Admiralty Litigation
175 N Street NE, 11th Floor
Washington DC 20002
Jill.Rosa@usdoj.gov
Tel: (202) 307-2013
Fax: (202) 616-4002