# Exhibit A

| Container No. | House B/L No. | Master B/L No. | Cargo | Invoice Value | USD equivalent (CIF) | Underwriter | Shipper | Consignee | Load Port | Disport |
|---|---|---|---|---|---|---|---|---|---|---|
| TXGU6968184 | DSV05679208 | | 200 BAGS FERRIUP | JPY9,339,000 | $57,938.69 | AXA XL London | Glanbia Foods, Inc | Glanbia Japan K.K. | Norfolk, USA | Tokyo, Japan |
| MSDU6336029 | 6260025805 | | Beauty Products | $197,000.00 | $197,000.00 | MSIG Malaysia | Valram Luxury Linited | Luxury Ventures PTE LTD | Norfolk, USA | Singapore |
| MSNU7758902 | 6260025809 | MEDUVD625665 | Beauty Products | $450,926.62 | $450,926.62 | MSIG Malaysia | Expeditors | Expeditors Malaysia | Norfolk, USA | Port Klang, Malaysia |
| MSDU7285306 | | | Beauty Products | | | | | | | |
| MEDU7136795 | | MEDUVD269936 | Synthetic Resin | $226,245.60 | $226,245.60 | STARR USA | Ticona Polymers | Celanese (Nanjing) Chemical Co., Ltd | New York, USA | Shanghai, China |
| MSDU7637876 | | | Synthetic Resin | $9,135.82 | $9,135.82 | | | | | |
| MRKU8411589 | INTE271404D | No | cake mix | $29,047.11 | $29,047.11 | QIC Qatar | Dawn Food Products, Inc | Masterbaker Marketing FZCO | Newark, USA | Jebel Ali, UAE |
| MRKU6541270 | | No | cake mix | $54,510.61 | $54,510.61 | | | | | |
| SUDU7835973 | INTE271317D | No | baking mix | $28,131.85 | $28,131.85 | | Dawn Food Products, Inc | Masterbaker Marketing FZCO | Newark, USA | Jebel Ali, UAE |
| MRKU9645154 | | No | baking mix | $32,083.93 | $32,083.93 | | | | | |
| CAAU2200882 | INTE271272D | MAEU 235584225 | cake mix | $42,685.09 | $42,685.09 | | Seamates International Inc | Master Baker Tading Co | Newark, USA | Bahrain |
| MEDU2546117 | No | MEDUVD631424 | Electrolytic Tinplate Sheets | $21,550.88 | $21,550.88 | GA Insurance, Kenya | Reynolds Services Inc. | Zebakt Industries LTD | Baltimore, USA | Mombasa, Kenya |
| MSKU4204707 | No | MAEU 237062299 | Compressor Scrap | USD78,790.14 | $78,790.15 | QIC Dubai | ALA International FZE | Brothers Metal Works PVT LTD | Baltimore, USA | Port Qasim, Pakistan |
| TLLU2391683 | No | | | | | | | | | |
| MRKU6706908 | No | | | | | | | | | |
| MSKU5513676 | No | | | | | | | | | |
| MRKU7041330 | No | MAEU 237337813 | Iron & Steel Scrap | USD27,549.03 | $27,549.04 | | ALA International FZE | Brothers Metal Works PVT LTD | Baltimore, USA | Port Qasim, Pakistan |
| MRSU3316597 | No | MAEU 236820368 | Aluminium Scrap | USD34,712.70 | $34,712.71 | | ALA International FZE | Virgo aluminum Limited | Baltimore, USA | Mundra Port, India |
| SUDU6584934 | No | MAEU SII281619 | Aluminium Scrap | USD33,100.70 | $33,100.71 | | ALA International FZE | To Order | Newark, USA | Mundra Port, India |
| MRKU6542276 | No | MAEU 237247207 | Iron & Steel Scrap | USD27,003.57 | $27,003.58 | | ALA International FZE | Brothers Metal Works PVT LTD | Newark, USA | Port Qasim, Pakistan |
| HPCU2352789 | No | MEDUVD435719 | Copper for Recycling | USD159,570.69 | $159,570.70 | STARR USA | Kataman Metals LLC | Zhejiang Arts & Crafts IMP & EXP Co., Ltd | New York, USA | Ningbo, China |
| MSMU2103581 | No | MEDUVD440909 | Copper for Recycling | USD168,379.26 | $168,379.27 | | | Ningbo Yuhan Industrial Co., Ltd | | |
| DFSU2314405 | No | MEDUVD453027 | Copper for Recycling | USD165,101.46 | $165,101.47 | | | Ningbo Yuhan Industrial Co., Ltd | | |
| EXFU0711890 | 5003743 | No | Emery 979-U Fatty Acid | USD35,098.08 | $35,098.09 | STARR USA | Independence Oilfield Chemiclas LLC | Solentis FZCO | Newark, USA | Jebel Ali, UAE |
| GMCU3055937 | | | Emery 979-U Fatty Acid | USD34,903.76 | $34,903.77 | | | | | |
| TCKU3234575 | 9000195363 | MEDUVD595785 | goods | USD178,386.56 | $178,386.57 | STARR USA | | | Baltimore, USA | Singapore |
| HASU4668083 | HICH24030039 | No | Imuthane PST-80A | USD39,191.04 | $39,191.05 | AXA XL Italy | COIM Asia Pacific Pte Ltd | Swagath Urethane PVT Ltd | New York, USA | Chennai, India |
| CAIU6327116 | 40093112 | MEDUVD631234 | 30 Drums Bronze Pre-mix | USD107,699.95 | $107,699.96 | STARR USA | SCM Metal Products Inc | Prorite (Malaysia) Sdn BHD | Norfolk, USA | Port Klang, Malaysia |
| ZCSU7697094 | MSP/CLM/D02185 | No | Photographic Supplies | USD34,647.93 | $34,647.94 | various c/o AMWINS | SAATI Advanced Chemicals LLC | E Screen Syste, PVT Ltd | New York, USA | Colombo, Sri Lanka |
| BSIU9609546 | No | ZIMUORF971117 | 24,898KG Soybean Meal | $51,221.69 | $51,221.69 | Allianz Sri Lanka | Fornazor International Inc | Nelna Farm (Private) Ltd | Norfolk, USA | Colombo, Sri Lanka |
| ZCSU6630861 | | | 25,420KG Soybean Meal | $51,221.69 | $51,221.69 | | | | | |
| SEGU5193869 | | | 25,430KG Soybean Meal | $51,221.69 | $51,221.69 | | | | | |
| ZCSU7290494 | | | 24,884KG Soybean Meal | $51,221.69 | $51,221.69 | | | | | |
| ZCSU7697094 | NYC/CLM/D81547-H | No | chemicals | USD2,699.80 | $2,699.81 | Allianz Sri Lanka | Jos. H. Lowenstein & Sons, Inc | Harumi Holdings (PVT) Ltd | New York, USA | Colombo, Sri Lanka |
| MNBU3187373 | No | MAEU720013610 | PFAD 335D | USD148,188.60 | $148,188.61 | STARR USA | The Chemours Company FC, LLC | The Chemours (Changshu) Fluoro Technology Company Limited | Baltimore, USA | Shanghai, China |
| MNBU9112258 | No | MAEU720026452 | TVG-412 Polymer Resin | USD112,883.40 | $112,883.41 | | | | | |
| MNBU4358059 | No | MAEU720042382 | FP601 | USD158,000.72 | $158,000.73 | | | The Chemours Chemical (Shanghai) Co Ltd | | |
| MSKU9863100 | No | MAEU236115318 | Fire Fighting Equipment | $752,117.19 | $752,117.19 | Watinaya | Seamates International Inc | Reda Trading & Development Co | Newark, USA | Dammam, Saudi Arabia |
| HASU4210526 | No | | Fire Fighting Equipment | | | | | | | |
| SUDU6645583 | No | MAEU236302565 | Steel Cylinders | | | | | | | |
| DRYU2918873 | N1899744MBA | No | Hose Reels Capacity 3/8 | USD11,604 | $11,605.00 | Jubilee Allianz Kenya | Hannay Reels | Engineering Development Limited | New York, USA | Mombasa, Kenya |
| MSNU7301900 | | MEDUVD626614 | Lumber | $31,453.20 | $31,453.20 | Munich Re | Carolina Ocean Linese | to the order of Kkookmin Bank | Baltimore, MD USA | South Korea |
| TCNU5271891 | | ZIMUNYC9073067 | Lumber | $23,339.60 | $23,339.60 | | Carolina Ocean Linese | Qingdao Zhong Mei Lin | Baltimore, MD USA | Qingdao China |
| TRHU1487720 | SFMASE00037626 | FMASE00037626 | 20 Packages Auto Parts | $206,486.32 | $206,486.32 | Uninsured | Delcoline Inc. | Al-Maglouth Auo Spare parts LLC | Baltimore, MD | Ad Dammam, Saudi Arabia |
| TRHU4849090 | SFMASE00037966 | | 42 Packages Auto Parts | $253,102.55 | $253,102.55 | | Delcoline Inc. | A1 Jebal A1 Shameka for Tranding company | Baltimore, MD | Ad Dammam, Saudi Arabia |
| FSCU8175010 | MSPA35486 | ZIMUNYC9072821 | Motorcycles | JPY19,800,516 | $135,525.02 | | Harley Davidson Motor Company | Harley Davison Japan K.K. | Baltimore, MD | Yokohama, Japan |
| JXLU6194541 | | | Motorcycles | JPY20,068,864 | $137,361.73 | | | | | |
| TCKU6758529 | | | Motorcycles | JPY19,570,461 | $133,980.36 | | | | | |
| JXLU6192929 | 6140053211 | | Mortorcycles & parts | US$321,264 | $321,264.00 | | Harley Davidson Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DRYU9116571 | 6140053210 | ZIMUNYC9072447 | Mortorcycles & parts | US$308,716.00 | $308,716.00 | | Harley Davidson Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| GCXU5343509 | 6140053144 | | Mortorcycles & parts | US$293,173.00 | $293,173.00 | | Harley Davdison Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| MAGU5446129 | 6140053075 | ZIMUNYC9071806 | Motorcycles | US$156,081.12 | $156,081.12 | Starr USA | Harley Davidson Motor Company | Harley Davidson Asia Pacific PTE | Baltimore, MD | Singapore |
| MRKU3918776 | 6140053042 | 236364320 | Motorcycles & Parts | US$ 121,332.80 | $121,332.80 | | Harley Davidson Motor Company | Classic Motors DBA | Baltimore, MD | Shuwaikh |
| MSKU9094990 | 6140053208 | 237059319 | Motorcycles | US$238,128.85 | $238,128.85 | | Harley Davidson Motor Company | Mohammad Ali Al Mutllaq Sons Co. | Baltimore, MD | Dammam |
| MRSU6089579 | 6140053209 | | Motorcycles | US$ 291,076.99 | $291,076.99 | | Harley Davidson Motor Company | Mohammad Ali Al Mutlaq Sons Co. | Baltimore, MD | Dammam |
| BMOU4425535 | 6140053212 | ZIMUNYC9072447 | Motorcycles & Parts | US$324,729.00 | $324,729.00 | | Harley Davidson Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| MSKU9094990 (2) | 6140052883 | 237059319 (2) | Motorcycles | US$65,920.81 | $65,920.81 | | Harley Davidson Motor Company | Mohammad Ali Al Mutlaq Sons Co. | Baltimore, MD | Dammam |
| | | | | | | | | | | |
| MRKU0132741 | | | | | | | | | | |
| MSKU6768368 | | | | | | | | | | |
| MRKU0801451 | | | | $114,000 | $114,000 | | | | | |
| MRKU0291039 | | | | | | | | | | |
| MRKU0400567 | | | | | | RB Jones Marine/Atain ins. Co. | North American Energy LLC | Gravita India Ltd. | Baltimore,MD | Mundra Guarat, India |
| MRKU2489867 | | | | | | | | | | |
| HASU4495310 | | | | $94,000 | $94,000 | | | | | |
| CAAU5948590 | | | | | | | | | | |
| TGHU680172 | | | | | | | | | | |