# Exhibit C

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| SEGU6816881 | N/A | MEDUVD632612 | aluminum material in bulk | AIG Claims, Inc | USD | 21,396.51 |
| FFAU3708974 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | 8,251,776.00 |
| FFAU3755019 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MEDU4362720 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MEDU4393038 | EBKG07641109 | DFW0317471 | 240T Dive system | AIG Claims, Inc | USD | included in above |
| MEDU4562225 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MEDU7269205 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MEDU7834374 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MSCU5313067 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MSDU6302311 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MSDU6713858 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MSDU6769820 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| MSDU6770610 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| BMOU5638962 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| CAAU5610200 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| TGBU4510250 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| TGCU5257496 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| TLLU8598301 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| TXGU5475028 | EBKG07641109 | DFW0317471 | 240T Drive System | AIG Claims, Inc | USD | included in above |
| CAIU9567532 | NA | MEDUVD630566 | Aluminum Waste | AIG Claims, Inc | USD | USD     155,984.21 |
| TGBU5571899 | NA | MEDUVD630566 | Aluminum Waste | AIG Claims, Inc | USD | included in above |
| MSDU5863350 | NA | MEDUVD630566 | Aluminum Waste | AIG Claims, Inc | USD | included in above |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MSMU4474513 | NA | MEDUVD630566 | Aluminum Waste | AIG Claims, Inc | USD | included in above |
| MRKU3949191 | N02M24EX01854 | MAEU236569683 | Animal Feed | AIG EUROPE S.A | USD | 101,227.46 |
| MSMU2203148 | NA | C4902480045 | Refractory Materials | AIG Europe S.A | USD | 67,051.53 |
| MSMU3231843 | NA | C4902480045 | Refractory Materials | AIG Europe S.A | USD | included in above |
| CAAU2202458 | NA | MAEU235825170 | Shredded Aluminium Scrap | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 47,495.29 |
| MRKU6520214 | NA | MAEU235825170 | Shredded Aluminium Scrap | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | included in above |
| SUDU7369730 | NA | MAEU235825099 | Shredded S.S. Scrap | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 52,133.12 |
| TTNU1042396 | NA | MAEU235825099 | Shredded S.S. Scrap | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | included in above |
| MRKU5228363 | NA | MAEU236206925 | Ford truck chassis | AIG Claims, Inc | USD | 171,074.00 |
| MSCU4822497 | NA | MEDUVD566430 | noryl ppx resin, polymers of styrene | AIG UK Ltd | USD | 68,415.80 |
| INBU5192245 | NA | MEDUVD566430 | noryl resin, polyethers | AIG UK Ltd | USD | 53,900.00 |
| TTNU5865582 | NA | MEDUVD558163 | noryl resin, polyethers | AIG UK Ltd | USD | 58,520.00 |
| MSDU4014975 | NA | MEDUVD543561 | noryl resin, polyethers | AIG UK Ltd | USD | 91,817.60 |
| MSCU4880940 | NA | MEDUVD543561 | noryl resin, polyethers | AIG UK Ltd | USD | 91,817.60 |
| TTNU4929609 | NA | MEDUVD557090 | noryl resin, polyethers | AIG UK Ltd | USD | 60,800.00 |
| MSDU4578743 | NA | MEDUVD556605 | noryl resin, polyethers | AIG UK Ltd | USD | 55,063.00 |
| TRHU7727264 | LAX0263401 | ZIMUNYC9073607 | Electronic Components | AIG Claims, Inc | USD | 211,165.94 |
| GESU3663845 |  | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | 1,113,739.20 |
| MRKU6742187 |  | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MRKU6832803 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MRKU7185050 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MRKU7443299 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MRKU7544838 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MRKU9528585 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MRSU0312896 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MSKU3654741 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MSKU3873740 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MSKU5731317 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MSKU7621453 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MSKU7918879 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| SUDU1375269 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| SUDU7599688 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| SUDU7865068 | | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | AIG Claims, Inc | USD | included in above |
| MSKU0912009 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | 235,071.75 |
| TRHU4836488 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |
| MRKU3447779 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |
| MRSU3566132 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MRSU4593507 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |
| TCLU6359104 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |
| MSKU0357328 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |
| TCKU7432115 | | MAEU609986447 | Alumina | AIG Claims, Inc | USD | included in above |
| MRSU5393123 | | MAEU720032183 | Alumina | AIG Claims, Inc | USD | 185,619.26 |
| TRHU4539751 | | MAEU720032183 | Alumina | AIG Claims, Inc | USD | included in above |
| HASU4786419 | | MAEU720032183 | Alumina | AIG Claims, Inc | USD | included in above |
| TCLU9322599 | | MAEU720032183 | Alumina | AIG Claims, Inc | USD | included in above |
| MRSU3662706 | | MAEU720032183 | Alumina | AIG Claims, Inc | USD | included in above |
| MSMU5605285 | N240275 | MEDUVD643726 | Donated relief cargo | AIG Claims, Inc | USD | 10,000.00 |
| HASU1475985 | | MAEU236008140 | Lecithin Yelkin SS | AIG UK Ltd | USD | 32,800.00 |
| MSDU6217971 | SDB73S004072 | TBC | Gas Dryer | AIG Claims, Inc | USD | 52,390.48 |
| FFAU1244730 | SDB73S004071 | TBC | Gas Dryer | AIG Claims, Inc | USD | 52,390.48 |
| TXGU5340383 | SDB73S004073 | TBC | Gas Dryer | AIG Claims, Inc | USD | 52,390.48 |
| MSDU5031160 | SDB73S004070 | TBC | Gas Dryer | AIG Claims, Inc | USD | 49,509.90 |
| MRSU6124237 | | MAEUSII283768 | Aluminum Scrap | AIG Claims, Inc | USD | 36,958.25 |
| SEGU4184116 | | MAEUSII281956 | Recycling Materials for Brass | AIG Claims, Inc | USD | 136,139.88 |
| MSKU1210938 | | MAEUSII279183 | Aluminum Scrap | AIG Claims, Inc | USD | 38,091.73 |
| SUDU1327018 | | MAEUSII282494 | Recycling Material Copper | AIG Claims, Inc | USD | 199,219.21 |
| TCLU2404904 | | MAEUSII282494 | Recycling Material Copper | AIG Claims, Inc | USD | 197,501.63 |
| MSKU7170597 | | MAEUSII282494 | Recycling Material Copper | AIG Claims, Inc | USD | 196,981.15 |
| MRKU2101971 | | MAEUSII282491 | Recycling Material Copper | AIG Claims, Inc | USD | 198,054.90 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MRSU5813798 | | MAEUSII282491 | Recycling Material Copper | AIG Claims, Inc | USD | 213,962.97 |
| AMFU8901349 | | MAEUSII282491 | Recycling Material Copper | AIG Claims, Inc | USD | 200,985.62 |
| PONU0486639 | | MAEUSII283106 | Recycling Material Copper | AIG Claims, Inc | USD | 622,043.77 |
| MRKU9201036 | | MAEUSII283106 | Recycling Material Copper | AIG Claims, Inc | USD | included in above |
| MSKU7908572 | | MAEUSII283106 | Recycling Material Copper | AIG Claims, Inc | USD | included in above |
| ZIMU1025363 | | ZIMUNYC9070521 | Recycling Materials Brass | AIG Claims, Inc | USD | 293,554.42 |
| TGBU2013698 | | ZIMUNYC9070521 | Recycling Materials Brass | AIG Claims, Inc | USD | included in above |
| MSKU7722295 | | MAEUSII283109 | Recycling Materials Brass | AIG Claims, Inc | USD | 286,244.06 |
| MRKU8953023 | | MAEUSII283109 | Recycling Materials Brass | AIG Claims, Inc | USD | included in above |
| MRSU5398275 | | MAEUSII281229 | Stainless Steel Scrap | AIG Claims, Inc | USD | 30,564.80 |
| TRHU6312113 | | MAEUSIII284786 | Recycling Materials Brass | AIG Claims, Inc | USD | 149,135.32 |
| MSMU6495881 | | MEDUVD660803 | Mixed Metals | AIG Claims, Inc | USD | 106,792.07 |
| TCNU8986796 | | MEDUVD645085 | Mixed Metals | AIG Claims, Inc | USD | 75,521.25 |
| SUDU7632123 | | NACSOE24024184 | plate backing paper | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 29,715.24 |
| CLHU4808848 | | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | USD | 47,647.84 |
| MSDU4284158 | | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | USD | included in above |
| MSDU4329695 | | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | USD | included in above |
| MSMU6937598 | | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | USD | included in above |
| MSMU7091293 | | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | USD | included in above |
| MSMU7442736 | | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | USD | included in above |
| MSDU9700140 | | MEDUVD635607 | Levasil | AIG Claims, Inc | USD | 36,591.24 |
| MSDU9701439 | | MEDUVD635607 | Levasil | AIG Claims, Inc | USD | 36,591.24 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| OTPU6144270 | | MEDUVD635607 | Levasil | AIG Claims, Inc | USD | 36,591.24 |
| GCXU5585903 | | MAEU236285033 | Vehicles | AIG Claims, Inc | USD | 17,257.45 |
| TEMU7412134 | | ZIMUORF96964301 | OLD AND USED RUBBER TYRE SCRAP | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 3,100.62 |
| MSDU6341621 | | MEDUVD567826 | Styenics Polymer | AIG Seguros México | USD | 119,974.00 |
| MSMU5866761 | | MEDUVD567826 | Styenics Polymer | AIG Seguros México | USD | included in above |
| MSDU5164115 | | MEDUVD567826 | Styenics Polymer | AIG Seguros México | USD | included in above |
| TRHU3374209 | | BANQ1058123440 | Titanium Dioxide | AIG UK Ltd | USD | 110,000.00 |
| SEGU2598992 | | BANQ1058123440 | Titanium Dioxide | AIG UK Ltd | USD | included in above |
| HASU1342977 | | SGCJSHIP10287 | DHB 2 X2, SINGLE SIDE | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 129,884.27 |
| HASU4668083 | | N1899476MAA | Copper Cored SS Wire | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 130,455.14 |
| TCKU1899946 | | 32971 | Pharma (SHEFFIELD LACTOSE ANHYDROUS DT 80KG) | TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 50,809.86 |
| SUDU7525237 | | MAEU237059919 | Iron and Steel Remeltable | AIG Claims, Inc | USD | 19,754.87 |
| HASU1551895 | | MAEU237059919 | Iron and Steel Remeltable | AIG Claims, Inc | USD | 19,722.52 |
| TTNU1294150 | | MAEU237059919 | Iron and Steel Remeltable | AIG Claims, Inc | USD | 19,233.41 |
| HASU1404235 | | MAEUSII281193 | Iron and Steel Remeltable | AIG Claims, Inc | USD | 24,629.67 |
| MRKU7460465 | | MAEUSII281193 | Iron and Steel Remeltable | AIG Claims, Inc | USD | 23,905.95 |
| MSKU3784880 | | MAEUSII281336 | Iron and Steel Remeltable | AIG Claims, Inc | USD | 19,164.86 |
| MRKU4360014 | | MAEU236452801 | Vehicles | AIG Claims, Inc | USD | 38,906.78 |
| MRKU3910610 | CH2S24040574 | 81953841 | Plateform | AIG Europe SA / TATA AIG GENERAL INSURANCE COMPANY LTD. | USD | 5,784.91 |
| MEDU4749978 | SAN0032614 | MEDUVD380907 | Hypurcel Polyurethane Foam | AIG Australia Ltd. | USD | 46,549.79 |
| MRKU3910610 | | 10820528 | Rheological Additives | AIG UK Ltd | USD | 13,586.14 |
| ZCSU8971492 | SE121186 | 81931815 | Natural Smoke Flavourings | AIG UK Ltd | USD | 5,272.82 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| ZCSU8971492 | | BANQ1057376506 | Hard Hat Suspension | AIG Claims, Inc | USD | 4,748.26 |
| TCNU5552420 | | ZIMUORF1108549 | Electric hose and other components | Federal Insurance Company | USD | USD 35,621.73 |
| BEAU5856574 | | MEDUVD607788 | Household good and personal effects | Federal Insurance Company | USD | 118,350.00 |
| MSMU8128252 | | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | USD | 31,954.00 |
| MSMU8461556 | | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | USD | included in above |
| MSMU8186135 | | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | USD | included in above |
| MEDU4495322 | | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | USD | included in above |
| MEDU7881329 | | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | USD | included in above |
| TRHU8717532 | | MEDUVD657858 | Electrical Equipment - Dead Tank Circuit Breaker | Insurance Company of North America | USD | 170,310.00 |
| MRKU3750804 | | MAEU236956426 | Aluminium Scrap "Taint Tabor" | Federal Insurance Company | USD | 35,064.31 |
| MRSU4641170 | | MAEU236991793 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 6,072.57 |
| TCKU6640011 | | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | 17,918.81 |
| MRSU3718847 | | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | included in above |
| MRSU6328647 | | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | included in above |
| MRKU2794135 | | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | included in above |
| MRKU3012919 | | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | included in above |
| TGBU5325956 | | MAEU237336224 | Aluminium Scrap "Taint Tabor" | Federal Insurance Company | USD | 38,157.92 |
| FFAU2343763 | | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 24,671.92 |
| CAAU6077903 | | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| SEKU4639605 | | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TCNU6133768 | | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU9422698 | | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 29,027.91 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MRSU4560946 | | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TCNU8559460 | | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU3628105 | | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU1044349 | | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU0948399 | | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 32,313.58 |
| PONU8052259 | | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU2893570 | | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TCNU3025440 | | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU0995739 | | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| CAAU6673409 | | MAEU235647460 | Waste Paper: Residential | Federal Insurance Company | USD | 8,376.14 |
| TCKU7600501 | | MAEU235647460 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| CAAU6448938 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | 41,053.59 |
| MRSU5198106 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| TCKU7191316 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRKU2072913 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRSU6514024 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| TRHU5168510 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| TRHU4438139 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRKU5435442 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| CAAU6512596 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRKU3599555 | | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRSU5509743 | | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 28,934.01 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---:|
| TRHU6183398 | | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| SEKU4466393 | | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU4400969 | | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU5913360 | | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| HASU4125297 | | MAEU236232560 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | 10,178.19 |
| MRSU5066218 | | MAEU236232560 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | included in above |
| HASU5184648 | | MAEU236232560 | Waster Paper: Bale Compressed | Federal Insurance Company | USD | included in above |
| MRSU4620032 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 65,202.72 |
| MRSU3011242 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| CIPU5124790 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| HASU4947724 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TCKU7862688 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU8264900 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| CAAU6064819 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU4549369 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU6229657 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TEMU6320429 | | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU2067624 | | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | USD | 29,974.56 |
| MSKU1235617 | | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | USD | included in above |
| MRSU6092607 | | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | USD | included in above |
| MRKU3037100 | | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | USD | included in above |
| MRSU5477522 | | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | USD | included in above |
| MSKU8441625 | | MAEU236536057 | Waste Paper: Post Consumed | Federal Insurance Company | USD | 17,746.80 |
| MRKU4111881 | | MAEU236536057 | Waste Paper: Post Consumed | Federal Insurance Company | USD | included in above |
| MRSU4278655 | | MAEU236536057 | Waste Paper: Post Consumed | Federal Insurance Company | USD | included in above |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MRSU5327121 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 65,034.45 |
| MRKU2429169 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TCLU5290981 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU9093967 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU1600659 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| SUDU5941791 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU4114371 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TLLU5835061 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU1821990 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| CAAU5292780 | | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| CAAU5303523 | | MAEU236228140 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 18,763.86 |
| MRSU5890367 | | MAEU236228140 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU6242435 | | MAEU236228140 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU5755198 | | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | USD | 27,813.32 |
| GCXU5659190 | | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| TCNU6474445 | | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| MIEU2010001 | | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| MRSU6235971 | | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| MSKU0303928 | | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 30,602.00 |
| MRKU4369217 | | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU6294146 | | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| UETU5708777 | | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU5625289 | | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| MRKU6369875 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 64,727.31 |
| SUDU8934570 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU3814429 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| HASU5185984 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU1824659 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU4765645 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU2250152 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU5238675 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRSU4185090 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| TCNU1349219 | | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| FSCU8291200 | | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | USD | 18,218.08 |
| MRSU4704719 | | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRSU5221654 | | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| MRKU3266235 | | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| HASU4465018 | | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | USD | included in above |
| HASU4553700 | | MAEU236788303 | Waste Paper: Box Board | Federal Insurance Company | USD | 8,004.24 |
| MRKU3915817 | | MAEU236788303 | Waste Paper: Box Board | Federal Insurance Company | USD | included in above |
| MRSU5992651 | | MAEU236788303 | Waste Paper: Box Board | Federal Insurance Company | USD | included in above |
| MRSU3758372 | | MAEU235993399 | Waste Paper: Corrugated | Federal Insurance Company | USD | 24,220.80 |
| MRKU6213645 | | MAEU235993399 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| FCIU8678123 | | MAEU235993399 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| MRKU2755817 | | MAEU235993399 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| MSKU1530504 | | MAEU235993399 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| CAAU5256648 | | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | 30,936.35 |
| SUDU6818014 | | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU6017621 | | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MSKU8367364 | | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| BEAU6361899 | | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | USD | included in above |
| MRKU6313222 | | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | 224,578.10 |
| GCXU5559226 | | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| MRKU5308854 | | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| MSKU0518211 | | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| MRKU6455227 | | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| CAAU6277218 | | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| MRSU4996945 | | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | 146,818.92 |
| MRKU5067382 | | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| MSKU0319190 | | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| MRSU5841300 | | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | USD | included in above |
| CAAU5785744 | | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | USD | 23,295.36 |
| MRSU4139161 | | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| GCXU5752317 | | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| MRKU5381665 | | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | USD | included in above |
| | | 81957293 | Closed woven fabric of yarns coated | ACE American Insurance Company | USD | 12,646.28 |
| MSMU6627946 | | MEDUVD676692 | Walnut Lumber | Federal Insurance Company | USD | 57,915.60 |
| FDCU0292155 | | MEDUVD676692 | Walnut Lumber | Federal Insurance Company | USD | 40,500.80 |
| MSKU5092670 | | MAEUSII284997 | Aluminium Flakes | Chubb Insurance Hong Kong Limited | USD | 75,880.31 |
| MRKU8762942 | | MAEUSII284997 | Aluminium Flakes | Chubb Insurance Hong Kong Limited | USD | included in above |
| MSKU4798208 | | MAEU236304895 | Motor Overhead Coiling Doors | Chubb Insurance Hong Kong Limited | USD | 56,231.62 |
| MSDU8868150 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | 47,518.35 |
| MSMU6786172 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| TRHU5138840 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| MSMU7908758 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| MSMU5609660 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| MSCU5068566 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| MSMU6427573 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| BMOU6575529 | | MEDUVD671883 | RED OAK | Federal Insurance Company | USD | included in above |
| UETU5275430 | | ZIMUORF1108587 | ASTEC FX UNIFORMITY TEST SYSTEM | ACE American Fire and Marine Insurance Company Korea | USD | 1,020,541.96 |
| HASU5007848 | | MAEU236822597 | Used Household Goods and Personal Effects | Chubb European Group SE | USD | 83,354.85 |
| HASU4890383 | | MAEU236449123 | Pet Food | ACE American Fire and Marine Insurance Company Korea | USD | 26,069.44 |
| HASU5025245 | | MAEU236449315 | Pet Food | ACE American Fire and Marine Insurance Company Korea | USD | 26,934.55 |
| MSCU5441900 | | MEDUVD628859 | RECYCLING MATERIAL FOR BRASS | Anova Marina Insurance Services, LLC | USD | 155,005.85 |
| TXGU5482407 | | MEDUVD628867 | RECYCLING MATERIAL FOR BRASS | Anova Marina Insurance Services, LLC | USD | 135,233.43 |
| TRHU8075710 | | MEDUVD628875 | RECYCLING MATERIAL FOR BRASS | Anova Marina Insurance Services, LLC | USD | 152,967.35 |
| RMCU250390-9 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 15,655.15 |
| RFCU822341-2 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 14,427.78 |
| SEGU815451-0 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 19,200.00 |
| TCLU902132-1 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency - see ROE | Invoice Value |
|---|---|---|---|---|---|---|
| RMCU794894-4 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 15,028.94 |
| RMCU011018-4 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 19,200.00 |
| SLZU250543-4 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 15,655.15 |
| RMCU263049-9 | 6402632 | MAEU236953649 | Container Shell ONLY | Lonham Group Ltd | USD | 15,028.94 |
| RMCU794765-5 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 14,427.78 |
| SEGU801492-5 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU464425-4 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU544296-2 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU454961-6 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU534697-4 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU544636-1 | 6402528 | MAEU236953711 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU451056-9 | 6401096 | MAEU236303808 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| MBJU250015-4 | 6400000 | MAEU237011614 | Container Shell ONLY | Lonham Group Ltd | USD | 15,028.94 |
| RMCU644181-0 | N/A | MAEU720020986 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| PCVU253882-8 | N/A | MAEU720020985 | Container Shell ONLY | Lonham Group Ltd | USD | 19,200.00 |
| PCVU254088-8 | N/A | MAEU720026712 | Container Shell ONLY | Lonham Group Ltd | USD | 19,200.00 |
| RMCU544049-2 | N/A | MAEU720026720 | Container Shell ONLY | Lonham Group Ltd | USD | 13,850.67 |
| RMCU263428-3 | N/A | MAEU720013765 | Container Shell ONLY | Lonham Group Ltd | USD | 15,655.15 |

| Container # | HBL# | BL# | Cargo Description | Insurers | Currency | Invoice Value |
|---|---|---|---|---|---|---|
| CAIU8927850 | CWSEBKG08147902 | MEDUVD622738 | Medical Equipment (Anesthesia Machines), Medical Supplies, Used Household Goods and Personal Effects | Great American Insurance Group | USD | 115,610.53 |