# Exhibit D

| Container no. | Master / Ocean B/L No. / Waybill No. | Cargo Description | Invoice value | Freight cost | Currency | MBL shipper | MBL consignee | Voyage loadport | Voyage discharge port |
|---|---|---|---|---|---|---|---|---|---|
| MSMU3382794 | MEDUVD631143 | Recycling materials for Brass | 122,013.02 | 1,140.00 | USD | SeaLink International | Ningbo Hongkai | Norfolk, VA | Ningbo, China |
| MSMU1034932 | | Recycling materials for Brass | 113,493.79 | 1,140.00 | USD | SeaLink International | Ningbo Hongkai | Norfolk, VA | Ningbo, China |
| MSMU5505136 | MEDUVD671248 | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| CRSU9178366 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| TCLU5857611 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MSDU5283201 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MSMU6457475 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MEDU8607288 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| FFAU1643410 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MSMU7658730 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| CAAU5815685 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| FFAU4131146 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MEDU7577173 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| TLLU8735533 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MEDU9417446 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MEDU8921555 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| CLHU9072195 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MSDU6593644 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| TCLU7745591 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MSMU4338498 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MSMU6255371 | | Waste paper | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| MEDU9446737 | | Waste paper | 109,068.50 | 9,109.00 | USD | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| CRXU8687695 | SUTUSA578496 | Process Oil | 17,703.81 | 745.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| CRXU8694797 | | Process Oil | 17,853.78 | 745.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU2630499 | 6402632 | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| SLZU2505434 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU0110184 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU7948944 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| TCLU9021321 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| SEGU8154510 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RFCU8223412 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU2503909 | | Process Oil | 145,218.14 | 6,400.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU5446361 | 6402528 | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU5346974 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU4549616 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |

| Container | Booking | Commodity | Value | Weight | Currency | Shipper | Consignee | Port | Destination |
|---|---|---|---|---|---|---|---|---|---|
| RMCU5442962 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU4644254 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| SEGU8014925 | | Process Oil | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| RMCU7947655 | | Process Oil | 128,186.12 | 5,600.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| MRKU9545670 | 237014483 | VA Kyanite | 10,875.94 | | USD | OL USA LLC | Magus Marketing | Norfolk, VA | Vishakhapatnam, Ind |
| TRHU2607271 | ZIMUNYC9072184 | Household goods | 17,246.50 | 1,641.00 | USD | Shipco Transport | Breea Noelle Gould | Baltimore | Kolkata, India |
| ZIMU1061226 | ZIMUORF971742 | Pumps, parts and accessories | 91,156.27 | 2,240.00 | USD | Expeditors ORF USA | Expeditors Japan | Norfolk, VA | Yokohama, Japan |
| MSDU1173778 | MEDUVD659839 | Recycling materials for Copper | 161,499.22 | 770.00 | USD | David J Joseph Company | Zhejiang Juding Co | Baltimore | Ningbo, China |
| MSMU1988186 | MEDUVD584086 | Recycling materials for Copper | 155,847.28 | 840.00 | USD | David J Joseph Company | Zhejiang Juding Co | | |
| MEDU8924169 | MEDUVD502757 | Mixed aluminium scrap | 37,188.84 | | | David J Joseph Company | Fen Jie Metals | Norfolk, VA | Port Klang |
| MSCU7513824 | | Mixed aluminium scrap | 36,868.92 | | | | | | |
| MSMU8984900 | | Mixed aluminium scrap | 35,604.12 | 3,890.00 | USD | | | | |
| CAIU8951965 | MEDUVD496364 | Mixed copper scrap | 63,755.94 | 1,330.00 | USD | David J Joseph Company | Grand environment | Norfolk, VA | Port Klang |
| SEGU6922780 | MEDUVD555441 | Mixed copper scrap | 180,816.04 | 1,500.00 | USD | David J Joseph Company | Ningbo Jintian | Norfolk, VA | Ningbo, China |
| MEDU7213588 | MEDUVD670646 | Red Oak lumber | 25,554.43 | | USD | Ally Global Logistics | Order of Shipper | Baltimore | Qingdao, China |
| MSMU6460761 | | Red Oak lumber | 23,501.40 | | USD | Ally Global Logistics | Order of Shipper | Baltimore | Qingdao, China |
| TGBU9328357 | | Red Oak lumber | 23,446.20 | 1,480.00 | USD | Ally Global Logistics | Order of Shipper | Baltimore | Qingdao, China |
| CLHU4675540 | MEDUVD664250 | Black asphalt paint | 30,600.00 | 3,940.00 | USD | Rohlig USA | Rohlig China | Baltimore | Dalian, China |
| MEDU8854729 | MEDUVD636258 | Cobalt pellets | | | | Gilscot Guidroz | Japan Ltd Brodery | Norfolk, VA | Yokohama, Japan |
| MEDU7732881 | | Cobalt pellets | 494,959.00 | 1,580.00 | USD | Gilscot Guidroz | Japan Ltd Brodery | Norfolk, VA | Yokohama, Japan |
| TEMU1046830 | ZIMUORF971055 | Silica sand | | | | Seamates Int Inc | Golden Bat(Far East) | Norfolk, VA | Manila, Philipines |
| ZIMU31346511 | | Silica sand | 144,247.00 | | USD | | | | |
| TEMU3480871 | MEDUVD631846 | Recycled aluminium | 96,621.51 | | USD | Steel Bro Int | Smart Sky Int | Norfolk, VA | Hong Kong |
| MRKU9105095 | MAEUSII284780 | Recycling material for brass | 131,736.77 | | USD | Steel Bro Int | Henan Guohe | Newark | Ningbo, China |
| HASU4139454 | MAEUSII284738 | Aluminium scrap | 34,676.31 | | USD | Steel Bro Int | Dong Nam | Baltimore | Busan, S Korea |

| Container | Bill of Lading | Commodity | Amount | Amount 2 | Currency | Shipper | Consignee | Port | Destination |
|---|---|---|---|---|---|---|---|---|---|
| MRSU4715082 | MAEUSII284739 | Aluminium scrap | 33,118.11 | | USD | Steel Bro Int | Dong Nam | Baltimore | Busan, S Korea |
| | | | | | | | | | |
| TGHU0667095 | MAEU236246749 | Copper/aluminuim/heavy metal scrap | 31,339.15 | | USD | Steel Bro Int | Shastri Steels | Baltimore | Pipapav, India |
| | | | | | | | | | |
| ZCSU8927946 | ZIMUORF969737 | Walnut logs | 31,132.50 | | USD | Ally Global Logistics | HDFC Bank Limited | New York | Kolkata, India |
| ZCSU7483277 | | Walnut logs | 30,975.00 | | USD | | | New York | Kolkata, India |
| | | | | | | | | | |
| MSDU5371323 | MEDUVD518753 | Debarked red oak sawlogs | 68,201.93 | 5,239.56 | | Ally Global Logistics | To Order | Baltimore | Dalian, China |
| MSCU5406663 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MSDU8489454 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| FFAU1667325 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| FSCU9968609 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MEDU8965656 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| DRYU9216919 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MSDU8677153 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| CAAU5904519 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| CAIU4655733 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| | | | | | | | | | |
| MSDU8310635 | MEDUVD670067 | Debarked red oak sawlogs | 65,712.45 | 5,232.17 | | Ally Global Logistics | To Order | Baltimore | Dalian, China |
| MSMU7005490 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| FBLU0163016 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| TGBU7807469 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MEDU7959237 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| FFAU3915360 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| FFAU3792500 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MSDU8814507 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MEDU9376080 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| MSMU8401201 | | Debarked red oak sawlogs | | | | | | Baltimore | Dalian, China |
| | | | | | | | | | |
| ZCSU6877743 | ZIMUORF971368 | Walnut logs | 51,437.10 | | | Ally Global Logistics | Houzhou Yida | Norfolk, VA | Shanghai |
| ZCSU6701013 | | Walnut logs | | | | | | Norfolk, VA | Shanghai |
| ZCSU6927551 | | Walnut logs | | | | | | Norfolk, VA | Shanghai |
| | | | | | | | | | |
| CAIU7494680 | MEDUVD574558 | Cherry KD lumber | 16,731.36 | | USD | Ally Global Logistics | To Order | New York | Shanghai |
| TRHU7271050 | | Cherry KD lumber | 25,536.00 | | USD | | | New York | Shanghai |
| MSMU4935786 | | Cherry KD lumber | 27,517.00 | | USD | | | New York | Shanghai |
| TCLU9792972 | | Cherry KD lumber | 11,226.54 | | USD | | | New York | Shanghai |
| | | | | | | | | | |
| MEDU8841260 | MEDUVD537258 | Debarked ash logs | 15,688.05 | 1,856.55 | USD | Ally Global Logistics | To Order | New York | Dalian, China |
| | | | | | | | | | |
| FFAU1998642 | MEDUVD572099 | Debarked ash logs | 15,912.50 | 2,261.55 | USD | Ally Global Logistics | To Order | New York | Dalian, China |
| | | | | | | | | | |
| MSMU4964526 | MEDUVD668467 | Black walnut lumber | 26,156.87 | 1,509.74 | USD | Ally Global Logistics | To Order | Baltimore | Surabaya, Indonesia |
| MSDU5985002 | | Black walnut lumber | 25,944.00 | | | | | | |
| | | | | | | | | | |
| ZCSU6868680 | ZIMUORF969499 | Walnut logs | 81,746.30 | | | Ally Global Logistics | Century Plyboards | Norfolk, VA | Kolkata, India |
| ZCSU6660927 | | Walnut logs | | | | | | Norfolk, VA | Kolkata, India |

| Container | Booking | Description | Amount | Amount 2 | Currency | Shipper | Consignee | POD | POL |
|---|---|---|---|---|---|---|---|---|---|
| ZCSU6913054 | ZIMIORF969786 | Walnut logs | 88,838.40 | 3,315.85 | USD | Ally Global Logistics | To Order | Norfolk, VA | Shanghai |
| ZCSU7465381 | | Walnut logs | | | | | | Norfolk, VA | Shanghai |
| ZCSU7698640 | | Walnut logs | | | | | | Norfolk, VA | Shanghai |
| GCXU5002992 | | Walnut logs | | | | | | | Shanghai |
| ZCSU7626608 | ZIMUORF971385 | Red oak KD lumber | 15,025.40 | | USD | Ally Global Logistics | To Order | Norfolk, VA | Yantian, China |
| JXLU6161907 | | Red oak KD lumber | 14,558.70 | | USD | | | Norfolk, VA | Yantian, China |
| MSKU0990090 | SII284040 | Recycling material for copper | 187,075.60 | | USD | Sealink International | Ningbo CIMEI | Baltimore | Ningbo, China |
| SUDU7474741 | SII285629 | Recycling material for copper | 226,245.94 | | USD | SeaLink International | Zhejiang Hailiang Co | Norfolk, VA | Ningbo, China |
| MSMU6627946 | MEDUVD676692 | Rough milled timber | 62,915.60 | | USD | King City Forwarding | Qingdao Herson Supp | Baltimore | Qingdao, China |
| FDCU0292155 | | Rough milled timber | 45,500.80 | 1,460.22 | USD | | | Baltimore | Qingdao, China |
| TGHU5039785 | MEDUVD630103 | Fibreboard boxes | 155,321.14 | | USD | Lubrizol | Iwase Cosfa | Norfolk, VA | Tokyo, Japan |
| JLXU7025042 | ZIMUNYC9072345 | Yellow Soybeans | | | | Andersons | To Order | Baltimore | Qingdao, China |
| SEGU5203397 | | Yellow Soybeans | | | | | | Baltimore | Qingdao, China |
| TCKU7153846 | | Yellow Soybeans | | | | | | Baltimore | Qingdao, China |
| TCNU2757149 | | Yellow Soybeans | | | | | | Baltimore | Qingdao, China |
| TCNU2760899 | | Yellow Soybeans | | | | | | Baltimore | Qingdao, China |
| TCNU3690190 | | Yellow Soybeans | | | | | | Baltimore | Qingdao, China |
| TEMU7785652 | | Yellow Soybeans | 92,287.85 | | USD | | | Baltimore | Qingdao, China |
| CAIU9229900 | ZIMUORF971384 | Red oak KD lumber | 22,458.15 | | USD | Ally Global Logistics | To Order | Norfolk, VA | Yantian, China |
| ZCSU7397142 | ZIMUORF971384 | Red oak KD lumber | 21,789.30 | | USD | Ally Global Logistics | To Order | Norfolk, VA | Yantian, China |
| ZCSU6789513 | ZIMUORF971384 | Red oak KD lumber | 14,328.60 | | USD | Ally Global Logistics | To Order | Norfolk, VA | Yantian, China |
| GAOU6900171 | ZIMUORF971384 | Red oak KD lumber | 14,378.00 | | USD | Ally Global Logistics | To Order | Norfolk, VA | Yantian, China |