# Exhibit E

| Container No | House Bill of Lading | Master Bill of Lading | Description of Cargo | CIF Invoice | CIF - US$ | Currency | Shipper | Consignee | Load Port | Discharge Port |
|---|---|---|---|---|---|---|---|---|---|---|
| SUDU5977536 | | SII279653 | ALUMINIUM SCRAP ZORBA AS PER ISRI | 215,103.08 | 215,103.08 | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| MRKU4446437 | | SII279653 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| MRSU5733331 | | SII279653 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| TRHU6178642 | | SII279653 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| MRSU4629826 | | SII279653 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| CAAU5938967 | | MAEU237340162 | ALUMINIUM SCRAP ZORBA AS PER ISRI | 220,947.71 | 220,947.71 | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| TCNU3265797 | | MAEU237340162 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| GCXU5526304 | | MAEU237340162 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| HASU4989289 | | MAEU237340162 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| MRKU5038342 | | MAEU237340162 | ALUMINIUM SCRAP ZORBA AS PER ISRI | | | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |
| MSDU5553190 | ATL0258245 | | EMPTY RACK | 2,095,176.00 | 28,013.76 | US$ | JOHN DEERE KERNERSVILLE LLC | HITACHI KENKI LOGISTICS TECHNOLOGY CO. LTD | NORFOLK - USA | TOKYO |
| MSDU5989862 | ATL0258245 | | EMPTY RACK | 1,818,049.00 | 26,474.39 | US$ | JOHN DEERE KERNERSVILLE LLC | HITACHI KENKI LOGISTICS TECHNOLOGY CO. LTD | NORFOLK - USA | TOKYO |
| MSMU7862662 | ATL0258245 | | EMPTY RACK | 1,738,593.00 | 22,821.21 | US$ | JOHN DEERE KERNERSVILLE LLC | HITACHI KENKI LOGISTICS TECHNOLOGY CO. LTD | NORFOLK - USA | TOKYO |
| BMOU6793583 | | MEDUVD657676 | WALNUT KD LUMBER | 41,170.15 | 299.76 | US$ | KING CITY FORWARDING USA INC AS NVOCC FOR BUTSURIN LTD | PT. YAMAHA MUSIC MANUFACTURING INDONESIA | BALTIMORE - USA | JAKARTA |
| MSCU5092367 | | MEDUVD570333 | HARD MAPLE KD LUMBER | 33,696.05 | 245.34 | US$ | KING CITY FORWARDING USA INC AS NVOCC FOR BUTSURIN LTD | HANGZHOU YAMAHA MUSICAL INSTRUMENTS CO. LTD | NEW YORK - USA | NINGBO |

| Container No | House Bill of Lading | Master Bill of Lading | Description of Cargo | CIF Invoice | CIF - US$ | Currency | Shipper | Consignee | Load Port | Discharge Port |
|---|---|---|---|---|---|---|---|---|---|---|
| MEDU4001040 | | MEDUVD570333 | HARD MAPLE KD LUMBER | 34,237.11 | 249.28 | US$ | KING CITY FORWARDING USA INC AS NVOCC FOR BUTSURIN LTD | HANGZHOU YAMAHA MUSICAL INSTRUMENTS CO. LTD | NEW YORK - USA | NINGBO |
| MSMU485612 | | MEDUVD631499 | 1 INTERMEDIATE BULK CONTAINER OF SOYABEAN | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | JAKARTA |
| BSIU9614619 | | SSPHORF1108634 | CONT TARE | 141,171.90 | 141,171.90 | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| DRYU9657684 | | SSPHORF1108634 | CONT TARE | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| JXLU7820486 | | SSPHORF1108634 | CONT TARE | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| TLLU4452670 | | SSPHORF1108634 | CONT TARE | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| CAIU2141838 | | SII282519 | CAST IRON SCRAP/HMS | | 33,936.84 | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | BHUWALKA CASTINGS & FORGING PVT LTD | NEWARK PORT, USA | ENNORE, CHENNAI |
| MSKU4421873 | | SII282519 | CAST IRON SCRAP/HMS | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | BHUWALKA CASTINGS & FORGING PVT LTD | NEWARK PORT, USA | ENNORE, CHENNAI |
| TGBU3757565 | | SII282519 | CAST IRON SCRAP/HMS | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | BHUWALKA CASTINGS & FORGING PVT LTD | NEWARK PORT, USA | ENNORE, CHENNAI |
| CAIU3784612 | | 236425349 | HEAVY MELTING STEEL SCRAP | | 97,907.58 | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| CAXU3309532 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| MRKU8329763 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| MSKU3333490 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| MSKU3398233 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| FCIU4263089 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| TTNU1245829 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| SUDU7820628 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| MRKU9907892 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |

| Container No | House Bill of Lading | Master Bill of Lading | Description of Cargo | CIF Invoice | CIF - US$ | Currency | Shipper | Consignee | Load Port | Discharge Port |
|---|---|---|---|---|---|---|---|---|---|---|
| MRKU8761355 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| MRKU8010483 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| TCKU1437260 | | 236425349 | HEAVY MELTING STEEL SCRAP | | | US$ | SEALINK INTERNATIONAL INC C/O METALMAN EXIM (S) PTE LTD | TO ORDER | NEWARK PORT, USA | ENNORE, CHENNAI |
| MSDU7992314 | | MEDUVD0626747 | WHITE OAK LUMBER, KD HSN 44079100 | 17,215.73 | 17,215.73 | US$ | HILLEBRAND GORI USA LLC BALTIMORE | SHENZHEN YIMAXING IMPORT 8 EXPORT CO.,LTD. | NORFOLK, VA | YANTIAN, CHINA |
| MSNU7761836 | | MEDUVD0626747 | OF WHITE OAK LUMBER, KD, HSI/ 44079100 | 17,307.16 | 17,307.16 | US$ | HILLEBRAND GORI USA LLC BALTIMORE | SHENZHEN YIMAXING IMPORT 8 EXPORT CO.,LTD. | NORFOLK, VA | YANTIAN, CHINA |
| HASU4587850 | | S240309835SE | Kitchen Equipment/Dehydrator- 2 pcs | | - | US$ | | | | |