UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE PETITION<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>IN ADMIRALTY |

**DECLARATION OF JUSTIN M. HEILIG
IN SUPPORT OF MOTION FOR EXTENSION OF TIME
FOR CARGO INTERESTS TO FILE CLAIMS**

I, Justin M. Heilig, hereby declare pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the law firm Hill Rivkins LLP, which represents various Cargo Interests having claims or potential claims in relation to the allision of the M/V DALI (the "Vessel") with the Francis Scott Key Bridge on March 26, 2024 (the "Allision").

2. I submit this Declaration in support of the motion seeking a four-month extension of the time for all Cargo Interests, including but not limited to those represented by W.E. Cox Claims Group (USA) LLC and W K Webster & Co. Ltd ("Movants"), to file claims on or before January 24, 2025.

3. The Cargo Interests include shippers, consignees, owners, and/or insurers of containerized cargoes that were aboard the Vessel at the time of the Allision, which gave rise to the above-captioned proceeding commenced by Grace Ocean Private Limited and Synergy Marine Pte Ltd

as Petitioners seeking exoneration from or limitation of liability for all claims and damage incurred during or arising out of the subject voyage.

4.  W. E. Cox Claims Group (USA) LLC is an entity organized and existing under Pennsylvania law with an office and place of business at 2785 Route 115 Ste 201, Effort, PA 18330-9529, and is the authorized claims agent for certain Cargo Interests more fully identified in Exhibit A hereto.

5.  W K Webster & Co Ltd is an entity organized and existing under foreign law with an office and place of business at Webster House, 207 Longlands Road, Sidcup, Kent, DA15 7JH, United Kingdom, and is the authorized claims agent for certain Cargo Interests more fully identified in Exhibit B hereto.

6.  Various other Cargo Interests having potential claims who are represented by other co-counsel firms are identified in Exhibits C through E.

7.  Exhibits A through E hereto identify various shipments of cargo on board the Vessel at the time of the Allision by *inter alia* container number and bill of lading or sea waybill number.

8.  On September 3, 19, and 23, 2024, I conferred on behalf of Movants with counsel for Petitioners and various parties or anticipated parties, (a) advising that many containers will not be delivered to destination until after the current deadline for lodging claims expires, and (b) requesting their voluntary agreement to a 4-month extension of time for the filing of claims until January 24, 2025. Of those who responded, no party opposed the motion for an extension so long as (a) the Court permits full discovery, including third-party discovery, to commence in the meantime, with cargo interests being bound by all discovery and court orders, and (b) the extension would only apply to claims asserted by cargo interests, including but not limited to the Movants herein.

9.      Movants do not object to the foregoing conditions but, as I noted to counsel for the other parties, Cargo Interests likely will not be able to *provide* discovery for several more months for the same reasons which prompted the proposed extension in the first place.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 23rd day of September 2024 at New York, New York.

*[signature]*

Justin M. Heilig
HILL RIVKINS LLP