# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE PETITION<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## ORDER

Upon consideration of the Motion for Extension of Time for Cargo Interests to File Claims in this Proceeding, and the supporting declaration and exhibits thereto,

It is hereby **ORDERED** and **DECREED** that:

1. The deadline for the Cargo Interests to file claims in this proceeding is hereby extended to January 24, 2025; and

2. The extension of the deadline for the Cargo Interests to file claims shall not delay discovery between the Petitioners and parties who have filed claims in this proceeding or third-party discovery.

_____          _____
Date                                                              James K. Bredar
                                                                         United States District Judge