

September 24, 2024

**VIA E-MAIL**

**Lawrence F. Walker**
Direct Phone  215-665-6920
Direct Fax    215-701-2120
lwalker@cozen.com

**Hugh J. Marbury**
Direct Phone  202-747-0781
Direct Fax    202-559-7715
hmarbury@cozen.com

**Robert W. Phelan**
Direct Phone  212-908-1274
Direct Fax    866-850-7490
rphelan@cozen.com

**Daniel J. Luccaro**
Direct Phone  215-665-6968
Direct Fax    215-701-2368
dluccaro@cozen.com

The Hon. James K. Bredar, Chief District Judge
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5A
Baltimore, MD 21201

**Re:   In the Matter of the Petition of Grace Ocean Private Limited et al. for Exoneration from Limitation of Liability, Case No.: 1:24-cv-00941.**

Dear Judge Bredar:

Cozen O'Connor represents the subrogation interests of Ace American Insurance Company ("Ace") as subrogee of the Maryland Transportation Authority, one of the Claimants, and submits this joint request for a Scheduling Conference.

Inasmuch as the local rules dictate that discovery shall not commence until a Scheduling Order is entered, the parties request an in-person conference to discuss certain scheduling matters relative to motions and discovery.

The Claimants consulted with other Claimants and the Petitioners. There was no objection to this request, other than Petitioners' request that the conference be scheduled after September 30, 2024.

Inasmuch as the Court has already ordered a Hearing on the Motion for an Extension of Time for Cargo Interests to File Claims in This Proceeding (ECF No. 144) is set for **10:00 a.m. on Tuesday, October 1, 2024**, and invited Counsel for all other parties to attend and participate at their option, we are respectfully requesting that the Scheduling Conference occur at the same time.

The Hon. James K. Bredar, Chief District Judge
September 24, 2024
Page 2

---

Thank you in advance for your time and consideration.

Sincerely,

Cozen O'Connor

*/s/ Lawrence F. Walker*

By:   Lawrence F. Walker
      Hugh J. Marbury
      Robert W. Phelan
      Daniel J. Luccaro