UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## SCHEDULE A

Claimant NEW YORK MARINE AND GENERAL INSURANCE COMPANY is a corporation duly organized and existing under and by virtue of the laws of the State of New York, with an office and place of business at Morristown, New Jersey.

### GENERAL AVERAGE INDEMNITY AND/OR CONTRIBUTION

| | |
|---|---|
| Date of Shipment: | 03/15/2024 |
| Port of Shipment: | U.S.A. Sunnyvale, CA / New York, U.S. |
| Port of Discharge: | Colombo, Sri Lanka / India / Chennai, India / Bengaluru, Karnataka |
| Container Number: | #O4586444 / 586444 / #ZCSU732657-6 Seal # 9702752 |
| Shipper: | Pavan Anirudh Poosarla, 1220, North Fair Oaks Avenue, Sunnyvale California, 94089 United States |
| Consignee: | Pavan Anirudh Poosarla 20, Watch Factory Road, Phase -1, Yeswanthpur Bengaluru, Karnataka 560013 |
| Shipment: | Used household goods and Personal Effects |
| Ref. Numbers: | BOL#3221357 / ASST240421 / NDI / VVO |

| | |
|---|---|
| Date of Shipment: | 03/26/2024 |
| Port of Shipment: | U.S.A. / Chestertown MD via Baltimore MD |
| Port of Discharge: | Australia / Sydney |
| Container Number: | INKU6448479 Seal # UL5104573 |
| Shipper: | Creafill Fibers Corp., 10200 Worton Road, Chestertown, MD 21620, USA |
| Consignee: | Omya Australia Pty. Ltd., Level 1, 280 Pacific Highway, Lindfield, NSW 2070, Australia |
| Shipment: | New bagged goods (excluding cement, fertilizer, and fishmeal) |
| Ref. Numbers: | BOL#25350482; WAYBILL#ZIMUNYC9071444 |

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Shipment: | Newark, New Jersey |
| Port of Discharge: | Jebel Ali / United Arab Emirates |
| Container Number: | TCNU8037357; FFAU5371239; MRKU3779916 |
| Shipper: | Swift Cargo Inc c/o Elite Paper LLC, 92 Farm Brook CT, Hamden, CT 06514 |
| Consignee: | Scandinavian Paper Industries Co. LLC, Industrial Area 15 Near National Paints, Roundabout Opposite Ocean Rubber Factory Sharjah UAE |
| Shipment: | White Paper Reels, Paper Matter (excl Newsprint, Kraft & Paper Rolls) |
| Ref. Numbers: | 236568376 |