UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## SCHEDULE B

Claimant CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, AXIS SYNDICATE 1686, is an unincorporated insurance syndicate in the business of underwriting policies at Lloyd's of London, London, England. The sole member of Axis Syndicate 1686 is Axis Capital Holdings Limited, incorporated under the laws of Bermuda.

### GENERAL AVERAGE INDEMNITY AND/OR CONTRIBUTION

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Shipment: | New York |
| Port of Discharge: | Kolkata, India |
| Container Number: | ZCSU8971492/1069279 |
| Shipper: | Sofrin Yoshimura, 135 Crossways Park Dr., Suite HEX 405 Woodbury, New York, 11787 USA |
| Consignee: | Exide Industries Limited 91 New Chord Road Athpur, Shamnagar, 24 Parganas (N) Parganas 743 128 India |
| Shipment: | Sprocket Space Outer, Drive Chain Sprocket, Sprocket Spacer, Screw Nuts, etc. |
| Ref. Numbers: | Shipco No. 10822693 |