UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Local Rule 103.3, NOW COMES Claimant/Respondent, LIBERTY MUTUAL INSURANCE COMPANY, ("Claimant"), by its attorneys, James D. Skeen, Terry L. Goddard Jr, and Skeen & Kauffman, L.L.P., and hereby provides disclosure of affiliations and financial interest information in compliance with Local Rule 103.3 of this Court.

Liberty Mutual Insurance Company is a company organized under the laws of the State of Massachusetts with its principal place of business located at 175 Berkeley Street, Boston, Massachusetts. Liberty Mutual Holding Company Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc. LMHC Massachusetts Holdings Inc. owns 100% of the stock of Liberty Mutual Group Inc. Liberty Mutual Group Inc. owns 100% of the stock of Liberty Mutual

Insurance Company.  There are no other entities with a direct financial interest in the outcome of this litigation other than Liberty Mutual Insurance Company.

    Respectfully submitted this 24th day of September, 2024.

/s/ James D. Skeen
James D. Skeen (00010)
Terry L. Goddard Jr. (15460)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T:  (410) 625-2252
F:  (410) 625-2292
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

*Attorneys for Liberty Mutual Insurance Company*

## Certificate of Service

    I hereby certify that on the 24th day of September, 2024, I uploaded the foregoing and any attachments/exhibits to the Court's CM/ECF system for filing and service on all interested parties.

/s/ Terry L. Goddard Jr.
Terry L. Goddard Jr.