**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**of**<br><br>**GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,**<br><br>**And**<br><br>**SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,**<br><br>**for Exoneration from or Limitation of Liability** | **Docket No. JKB 24-cv-941**<br><br>**IN ADMIRALTY** |

**DISCLOSURE OF CORPORATE INTEREST**

    I certify, as counsel in this case, that Fornazor International, Inc. is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

Dated: September 24, 2024                Respectfully submitted,

                                            **FORNAZOR INTERNATIONAL INC.**

                                            By:   */s/ Randy C. Sparks, Jr.*
                                                        Of Counsel

Randy C. Sparks, Jr. (MD Fed. Bar No. 06648)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23219
Telephone: (804) 771-5709
Facsimile: (888) 360-9092
Email: rcsparks@kaufcan.com

and

John M. Bredehoft (MD Fed. Bar No. 04043)
KAUFMAN & CANOLES, P.C.
150 W. Main Street
Suite 2100
Norfolk, VA 23510
Telephone: (757) 624-3225
Facsimile:  (888) 360-9092
Email:  jmbredehoft@kaufcan.com

*Counsel for Fornazor International Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of September 2024, I filed the above Disclosure of Corporate Interest with the U.S. District Court for the District of Maryland, which will give notice to all other parties who have filed in this matter.  Also this is to certify that I have served a copy of this disclosure on Counsel for Petitioner's by sending a copy by U.S. mail postage prepaid to:

DUANE MORRIS, LLP
Robert B. Hopkins
Email:  rbhopkins@duanemorris.com
Laurie G. Furshman
Email:  Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
Telephone:   (410) 949-2900

And

BLANK ROME, LLP
William R. Bennett, III
Email:  William.Bennett@blankrome.com
Thomas H. Belknap
Email:  Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Email:  Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, D.C. 20006
Telephone:   (202) 420-2200

                                                         */s/ Randy C. Sparks, Jr.*
Randy C. Sparks, Jr.  (MD Fed. Bar No. 06648)
KAUFMAN & CANOLES, P.C.
Two James Center
1021 East Cary Street, Suite 1400
Richmond, VA 23129
Telephone:  (804) 771-5700
Facsimile:  (888) 360-9092
Email:  rcsparks@kaufcan.com
*Counsel for Fornazor International Inc.*