UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition ) <br> ) <br> of ) <br> ) <br> GRACE OCEAN PRIATE LIMITED, as ) <br> Owner of the M/V DALI, ) <br> ) <br> and, ) <br> ) <br> SYNERGY MARINE PTE LTD, as Manager ) <br> of the M/V DALI, ) <br> ) <br> for Exoneration from or Limitation of Liability ) <br> ) | Docket. No. JKV 24-cv-941 <br><br> *IN ADMIRALTY* |

ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of James R. Tate, of the law firm Tate Bywater, on behalf of the Claimant, Hussain A. Al Dosariy, for his Claim in the above-captioned action for all purposes as counsel and requests that all further pleadings and other materials relevant to this action, be served upon said attorney.

Dated this 24th day of September 2024

Respectfully Submitted,

_____
James R. Tate, Esq. Bar No.: 14376
TATE BYWATER
2740 Chain Bridge Rd.
Vienna, VA 22181
T: (703) 938-5100
F: (703) 991-0605
jtate@tatebywater.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2024, a copy of the foregoing Entry of Appearance and Certificate of Service was electronically filed and served by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____
James R. Tate, Esq. Bar No.: 14376

2