# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

In the Matter of the Petition of
Grace Ocean Private Limited, as
Owner of the M/V Dali, et al.

**Plaintiff,**

v.

**Defendant.**

\*
\*
\*
\*
\*

Case No. **JKB 24-cv-941**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☑ I certify, as party/counsel in this case that **Claimant, Baltimore County**
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

September 24, 2024
Date

/s/ Paul D. Bekman
Signature

Paul D. Bekman (Bar No. 00019)
Printed name and bar number

1829 Reisterstown Road, Suite 200
Address

bekman@mdtrialfirm.com
Email address

410-539-6633
Telephone number

410-625-9554
Fax number

## **CERTIFICATE OF SERVICE**

In compliance with Local Rule 102.1(c), I hereby certify that on the 24th day of September, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system, which wills end notice of electronic filing to all counsel who are CM/ECF participants.

/s/
Paul D. Bekman (Bar No. 00019)
Attorney for Claimant Baltimore County