UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Margaret Fonshell Ward, am a member in good standing of the bar of this Court. I am moving the admission of David L. Reisman to appear *pro hac vice* in this case as counsel for Claimant STATE OF MARYLAND. We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | | U.S. Court & Date of Admission | |
|---|---|---|---|
| Louisiana | 10/16/1992 | Eastern District of Louisiana | 10/30/1992 |
| | | Middle District of Louisiana | 10/30/1992 |
| | | Western District of Louisiana | 10/30/1992 |
| Texas | 07/10/2003 | Southern District of Texas | 06/05/2024 |
| | | U.S. Court of Appeals, 5th Circuit | 11/15/2022 |
| | | U.S. Court of Appeals, 6th Circuit | 5/13/2020 |
| | | U.S. Supreme Court | 10/06/1997 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Zachary S. Greenbaum (Bar No. 30587), also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Margaret Fonshell Ward* | */s/ David L. Reisman* |
| Margaret Fonshell Ward, Bar No. 04586 | David L. Reisman |
| DOWNS WARD BENDER HERZOG & KINTIGH, P.A. | Liskow & Lewis |
| 1350 McCormick Road | Hancock Whitney Center |
| Executive Plaza 3, Suite 400 | 701 Poydras Street, Suite 5000 |
| Hunt Valley, Maryland 21031 | New Orleans, LA 70139 |
| P: 410-584-2800 | Phone: (504) 556-4016 |
| mward@downs-ward.com | dreisman@liskow.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of September, 2024, a copy of the foregoing Motion for Admission Pro Hac Vice was served via CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward