IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean et al                *

**Plaintiff,**

                                        *

v.                                         Case No. JKB 1:24-CV-941

                                        *

**Defendant.**                          *

**DISCLOSURE OF CORPORATE INTEREST**

**Check all that apply:**

☒ I certify, as party/counsel in this case that  Hussain Ali Saeed Al Dosariy
                                                 (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____ :
                                                   (name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of _____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
| --- | --- |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

September 24, 2024
Date

/s/ James R. Tate
Signature

James R. Tate, No. 14376
Printed name and bar number

2740 Chain Bridge Road, Vienna, VA 22181
Address

jtate@tatebywater.com
Email address

703-938-5100
Telephone number

703-991-0605
Fax number

2