IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: Grace Ocean, et al | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-cv-941-JKB |
| | * | |
| | | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with  Claimant NAVISION SHIPPING DK A/S f/k/a NAVISION SHIPPING A/S :
(name of party)

100% owned by Navision Shipping Holding APS, which in turn is 90% owned by Navision Trading APS and 10% owned by Navison Partners APS, both privately held.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

September 24, 2024

Date

/s/ Ashley L. Ensor

Signature

Ashley L. Ensor (#19902)

Printed name and bar number

Gorman & Williams 36 S Charles St., Ste 900, Baltimore MD 21201

Address

aensor@GW-Law.com

Email address

410-528-0600

Telephone number

410 528-0602

Fax number

2