IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al          *

**Plaintiff,**

                                    *

v.                                     Case No. 1:24-cv-941-JKB

                                    *

**Defendant.**                    *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with Claimant STAR BULK (SINGAPORE) PTE. LTD:
(name of party)

owned by Star Bulk Carriers Corp, a publicly held corporation traded on NASDAQ (SBLK).
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

| | |
|---|---|
| September 24, 2024 | /s/ Ashley L. Ensor |
| Date | Signature |
| | Ashley L Ensor (#19902) |
| | Printed name and bar number |
| | Gorman & Williams 36 S Charles St., Ste 900, Baltimore MD 21201 |
| | Address |
| | aensor@GW-Law.com |
| | Email address |
| | 410-528-0600 |
| | Telephone number |
| | 410 528-0602 |
| | Fax number |