EXHIBIT 1

Case 1:24-cv-00941-JKB   Document 191-1   Filed 09/24/24   Page 1 of 19



**RBZ000HK**
State Farm Mutual Automobile Insurance Company

# Auto Claim File Print
# Financial Information

**Route To:**

## BASIC CLAIM INFORMATION

**Claim Number:** 20-65D1-96L
**Date of Loss:** 03-26-2024
**Policy Number:** 1997-849-20D
**Named Insured:** HUNTER, MARIA

## FINANCIAL SUMMARY

**Coverage in Force**     * = Forced Coverage

A 100/300/50,P1 2,500,D100,G250,H,R1 50/1500,U 100/300/50

Named Insured(s)
394 - Comp-Flood/Rising Water       Tier:       Tier Reason:

| Status | Reserve Amount | Last Reserve | Coverage Type |
|---|---|---|---|
| PD - 04-23-2024 | 0 | 15,370 | Primary |
| **Indemnity Paid** | **Sub/Salvage** | **Net Indemnity** | **Expenses Paid** |
| $19,714.80 | $0.00 | $19,714.80 | $0.00 |
| **Assigned To** | **Unit** | **Location** | **SOJ** | **Matter:** |
| Jamecqua Gaines (VAFBR7) | TL C ATL Unit 41 | TL C Office - ATL | MD | **Negotiation:** |
| | | | | **Attorney Rep:** |

Named Insured(s)
501 - Rental Reimbursement       Tier:       Tier Reason:

| Status | Reserve Amount | Last Reserve | Coverage Type |
|---|---|---|---|
| PD - 05-20-2024 | 0 | 520 | Primary |
| **Indemnity Paid** | **Sub/Salvage** | **Net Indemnity** | **Expenses Paid** |
| $450.00 | $0.00 | $450.00 | $0.00 |
| **Assigned To** | **Unit** | **Location** | **SOJ** | **Matter:** |
| Jamecqua Gaines (VAFBR7) | TL C ATL Unit 41 | TL C Office - ATL | MD | **Negotiation:** |
| | | | | **Attorney Rep:** |

## CLAIM TOTALS

| COL/Participant | Indemnity Paid | Ded Refund | Sub/Salvage | Net Indemnity | Expenses Paid |
|---|---|---|---|---|---|
| 394 / Named Insured(s) | $19,714.80 | $0.00 | $0.00 | $19,714.80 | $0.00 |
| 501 / Named Insured(s) | $450.00 | $0.00 | $0.00 | $450.00 | $0.00 |
| Totals: | $20,164.80 | $0.00 | $0.00 | $20,164.80 | $0.00 |

## PAYMENTS

C denotes consolidated payment
E denotes EFT payment
P previously converted payment from CAT/CMR

| Payment Number | | Issued Date | Payee | Status | Amount | Auth ID |
|---|---|---|---|---|---|---|
| 121117610K | E | 05-20-2024 | ENTERPRISE RENT-A-CAR | Paid | $450.00 | ECSAPY |
| 121078912K | E | 04-23-2024 | MARIA HUNTER | Paid | $4,477.87 | VAFQBS |
| 121041817J | | 03-27-2024 | CREDIT ACCEPTANCE CORPORATION | Paid | $15,236.93 | GU7H |
| | | | | **Grand Total:** | $20,164.80 | |

Continued on Claim File Print - File History Information report

STATE FARM CONFIDENTIAL INFORMATION
Distribution on a Business Need to Know Basis Only



# MARKET VALUATION REPORT

*Prepared for STATE FARM INSURANCE COMPANIES*



### CLAIM INFORMATION

| | |
|---|---|
| Owner | Hunter , Maria<br>27 Flaxton Ct<br>Windsor Mill, MD 21244-1942 |
| Loss Vehicle | 2020 Nissan Maxima SL |
| Loss Incident Date | 03/26/2024 |
| Claim Reported | 03/27/2024 |

### INSURANCE INFORMATION

| | |
|---|---|
| Report Reference Number | 118292950 |
| Claim Reference | 20-65d1-96I01 |
| Claim Rep | Sargent, John |
| Odometer | 67,379 |
| Last Updated | 03/27/2024 12:00 PM |



### VALUATION SUMMARY

| | |
|---|---|
| **Base Vehicle Value** | **$ 18,580.00** |
| **Adjusted Vehicle Value** | **$ 18,580.00** |
| Vehicular Tax (6%) | + $ 1,114.80 |
| Tax reflects applicable state, county and municipal taxes. | |
| **Value before Deductible** | **$ 19,694.80** |
| Deductible* | - $ 100.00 |
| **Total** | **$ 19,594.80** |

Adjustments indicated with an Asterisk (*) have been determined by STATE FARM INSURANCE COMPANIES and have been added here for convenience.

The total may not represent the total of the settlement as other factors (e.g. license and fees) may need to be taken into account.

---

The CCC ONE® Market Valuation Report reflects CCC Intelligent Solutions Inc.'s opinion as to the value of the loss vehicle, based on information provided to CCC by STATE FARM INSURANCE COMPANIES.

Loss vehicle has 25% greater than average mileage of 54,000.

**BASE VEHICLE VALUE**

This is derived per our Valuation methodology described on the next page.

**ADJUSTED VEHICLE VALUE**

This is determined by adjusting the Base Vehicle Value to account for the actual condition of the loss vehicle and certain other reported attributes, if any, such as refurbishments and after factory equipment.

**Inside the Report**

Valuation Methodology............................ 2
Vehicle Information.................................. 3
Vehicle Condition...................................... 6
Comparable Vehicles............................... 8
Valuation Notes...................................... 11
Supplemental Information..................... 12

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

# CCC ONE. MARKET VALUATION REPORT

Owner: Hunter , Maria
Claim: 20-65d1-96I01

# VALUATION METHODOLOGY

## How was the valuation determined?



### CLAIM INSPECTION

STATE FARM INSURANCE COMPANIES has provided CCC with the zip code where the loss vehicle is garaged, loss vehicle VIN, mileage, equipment, as well as loss vehicle condition, which is used to assist in determining the value of the loss vehicle.



### DATABASE REVIEW

CCC maintains an extensive database of vehicles that currently are or recently were available for sale in the U.S. This database includes vehicles that CCC employees have physically inspected, as well as vehicles advertised for sale by dealerships or private parties. All of these sources are updated regularly.

### SEARCH FOR COMPARABLES

When a valuation is created the database is searched and comparable vehicles in the area are selected. The zip code where the loss vehicle is garaged determines the starting point for the search. Comparable vehicles are similar to the loss vehicle based on relevant factors.



### CALCULATE BASE VEHICLE VALUE

Adjustments to the price of the selected comparable vehicles are made to reflect differences in vehicle attributes, including mileage and options. Dollar adjustments are based upon market research.

Finally, the Base Vehicle Value is the weighted average of the adjusted values of the comparable vehicles based on the following factors:
- Source of the data (such as inspected versus advertised)
- Similarity (such as equipment, mileage, and year)
- Proximity to the loss vehicle's primary garage location
- Recency of information



© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**

Owner: Hunter , Maria
Claim: 20-65d1-96I01

# VEHICLE INFORMATION

## VEHICLE DETAILS

| | |
|---|---|
| Location | WINDSOR MILL, MD 21244-1942 |
| VIN | 1N4AA6DV7LC368825 |
| Year | 2020 |
| Make | Nissan |
| Model | Maxima |
| Trim | SL |
| Body Type | Sedan |
| Engine | - |
|    Cylinders | 6 |
|    Displacement | 3.5L |
|    Fuel Type | Gasoline |
|    Carburation | Gasoline Direct Injection |
| Transmission | Automatic Transmission |
| Curb Weight | 3648 lbs |

Vehicles sold in the United States are required to have a manufacturer assigned Vehicle Identification Number(VIN). This number provides certain specifications of the vehicle.

Please review the information in the Vehicle Information Section to confirm the reported mileage and to verify that the information accurately reflects the options, additional equipment or other aspects of the loss vehicle that may impact the value.

## VEHICLE HISTORY SUMMARY

| | | |
|---|---|---|
| CCC VINguard® | 3 Vehicle Market History Information | 06/12/2020 |
| Experian AutoCheck | No Title Problem Found | |
| National Highway Traffic Safety Administration | 1 Recall | |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

  MARKET VALUATION REPORT    Owner: Hunter , Maria
Claim: 20-65d1-96I01

## VEHICLE INFORMATION

**VEHICLE EQUIPMENT**

To the left is the equipment of the loss vehicle that STATE FARM INSURANCE COMPANIES provided to CCC.

✓ **Standard** This equipment is included in the base configuration of the vehicle at time of purchase.

📄 **Additional** Equipment that is not Standard but was noted to be on the loss vehicle.

| | | |
|---|---|---|
| Odometer | 67,379 | |
| Transmission | Automatic Transmission | ✓ |
| Power | Power Steering | ✓ |
| | Power Brakes | ✓ |
| | Power Windows | ✓ |
| | Power Locks | ✓ |
| | Power Mirrors | ✓ |
| | Power Driver Seat | ✓ |
| | Power Passenger Seat | ✓ |
| Decor/Convenience | Air Conditioning | ✓ |
| | Climate Control | ✓ |
| | Tilt Wheel | ✓ |
| | Cruise Control | ✓ |
| | Rear Defogger | ✓ |
| | Intermittent Wipers | ✓ |
| | Console/Storage | ✓ |
| | Overhead Console | ✓ |
| | Navigation System | ✓ |
| | Keyless Entry | ✓ |
| | Telescopic Wheel | ✓ |
| | Heated Steering Wheel | ✓ |
| | Message Center | ✓ |
| | Home Link | ✓ |
| | Remote Starter | ✓ |
| Seating | Bucket Seats | ✓ |
| | Leather Seats | ✓ |
| | Heated Seats | ✓ |
| Radio | AM Radio | ✓ |
| | FM Radio | ✓ |
| | Stereo | ✓ |
| | Search/Seek | ✓ |
| | CD Player | ✓ |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

  **MARKET VALUATION REPORT**  Owner: Hunter , Maria
Claim: 20-65d1-96l01

# VEHICLE INFORMATION

## VEHICLE EQUIPMENT

| | | |
|---|---|---|
| | Steering Wheel Touch Controls | ✓ |
| | Auxiliary Audio Connection | ✓ |
| | Premium Radio | ✓ |
| | Satellite Radio | ✓ |
| **Wheels** | Aluminum/Alloy Wheels | ✓ |
| **Roof** | Electric Glass Roof | ✓ |
| | Skyview Roof | ✓ |
| **Safety/Brakes** | Air Bag (Driver Only) | ✓ |
| | Passenger Air Bag | ✓ |
| | Anti-lock Brakes (4) | ✓ |
| | 4-wheel Disc Brakes | ✓ |
| | Front Side Impact Air Bags | ✓ |
| | Head/Curtain Air Bags | ✓ |
| | Backup Camera | ✓ |
| | Parking Sensors | ✓ |
| | Rear Side Impact Air Bags | ✓ |
| | Hands Free | ✓ |
| | Xenon Or L.E.D. Headlamps | ✓ |
| | Alarm | ✓ |
| | Traction Control | ✓ |
| | Stability Control | ✓ |
| | Intelligent Cruise | ✓ |
| | Lane Departure Warning | ✓ |
| | Blind Spot Detection | ✓ |
| **Exterior/Paint/Glass** | Dual Mirrors | ✓ |
| | Heated Mirrors | ✓ |
| | Tinted Glass | ✓ |
| | Signal Integrated Mirrors | ✓ |
| | Clearcoat Paint | ✓ |
| | Metallic Paint | 📋 |

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

  MARKET VALUATION REPORT

Owner: Hunter , Maria
Claim: 20-65d1-96l01

# VEHICLE CONDITION

**COMPONENT CONDITION**

|  | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **INTERIOR** | | | |
| Seats | AVERAGE PRIVATE | **Guideline:** Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Carpets | AVERAGE PRIVATE | **Guideline:** Clean. No significant tears, holes and/or burn marks. No significant wear. No bare spots. Lightly worn primarily in driver's area. | $ 0 |
| Dashboard | AVERAGE PRIVATE | **Guideline:** Few small scratches and/or gouges. Minimal damage to components. Light wear. | $ 0 |
| Headliner | AVERAGE PRIVATE | **Guideline:** Clean. No significant holes and/or burn marks. No significant scuffing. | $ 0 |
| **EXTERIOR** | | | |
| Sheet Metal | AVERAGE PRIVATE | **Guideline:** Few dings. No rust. All panels intact and properly aligned. | $ 0 |
| Trim | AVERAGE PRIVATE | **Guideline:** No broken and/or missing components. No dents. Few dings. | $ 0 |
| Paint | AVERAGE PRIVATE | **Guideline:** Few small chips and/or scratches. No peeling and/or flaking. Minor swirl marks. Slight Fading. | $ 0 |
| Glass | AVERAGE PRIVATE | **Guideline:** Light surface scratches and/or pitting. | $ 0 |
| **MECHANICAL** | | | |
| Engine | AVERAGE PRIVATE | **Guideline:** Minor seepage. Belts and hoses firm, show minimal wear. Minimal dirt and grease in engine compartment. | $ 0 |
| Transmission | AVERAGE PRIVATE | **Guideline:** Fluid slightly discolored. A few areas of seepage. | $ 0 |

STATE FARM INSURANCE COMPANIES uses condition inspection guidelines to determine the condition of key components of the loss vehicle prior to the loss. The guidelines describe physical characteristics for these key components, for the condition selected based upon age. Inspection Notes reflect observations from the appraiser regarding the loss vehicle's condition.

CCC makes dollar adjustments that reflect the impact the reported condition has on the value of the loss vehicle as compared to Average Private condition. These dollar adjustments are based upon interviews with dealerships across the United States.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**  | Owner: Hunter , Maria
Claim: 20-65d1-96l01

# 🚗 VEHICLE CONDITION

## COMPONENT CONDITION

|  | Condition | Inspection Notes/Guidelines | Value Impact |
|---|---|---|---|
| **TIRES** | | | |
| Front Tires | AVERAGE PRIVATE | **Guideline:**<br>41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| Rear Tires | AVERAGE PRIVATE | **Guideline:**<br>41% to 68% of new. Example: Typical new car tires are 11/32, loss measures at 5/32 = 46% (5/11) | $ 0 |
| **Total Condition Adjustments** | | | **$ 0** |

 **MARKET VALUATION REPORT**  Owner: Hunter , Maria
Claim: 20-65d1-96I01

## COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Odometer | 67,379 | 61,024 | 76,034 | 76,138 |
| Automatic Transmission | ✓ | ✓ | ✓ | ✓ |
| Power Steering | ✓ | ✓ | ✓ | ✓ |
| Power Brakes | ✓ | ✓ | ✓ | ✓ |
| Power Windows | ✓ | ✓ | ✓ | ✓ |
| Power Locks | ✓ | ✓ | ✓ | ✓ |
| Power Mirrors | ✓ | ✓ | ✓ | ✓ |
| Power Driver Seat | ✓ | ✓ | ✓ | ✓ |
| Power Passenger Seat | ✓ | ✓ | ✓ | ✓ |
| Air Conditioning | ✓ | ✓ | ✓ | ✓ |
| Climate Control | ✓ | ✓ | ✓ | ✓ |
| Tilt Wheel | ✓ | ✓ | ✓ | ✓ |
| Cruise Control | ✓ | ✓ | ✓ | ✓ |
| Rear Defogger | ✓ | ✓ | ✓ | ✓ |
| Intermittent Wipers | ✓ | ✓ | ✓ | ✓ |
| Console/Storage | ✓ | ✓ | ✓ | ✓ |
| Overhead Console | ✓ | ✓ | ✓ | ✓ |
| Navigation System | ✓ | ✓ | ✓ | ✓ |
| Keyless Entry | ✓ | ✓ | ✓ | ✓ |
| Telescopic Wheel | ✓ | ✓ | ✓ | ✓ |
| Heated Steering Wheel | ✓ | ✓ | ✓ | ✓ |
| Message Center | ✓ | ✓ | ✓ | ✓ |
| Home Link | ✓ | ✓ | ✓ | ✓ |
| Remote Starter | ✓ | ✓ | ✓ | ✓ |
| Bucket Seats | ✓ | ✓ | ✓ | ✓ |
| Leather Seats | ✓ | ✓ | ✓ | ✓ |
| Heated Seats | ✓ | ✓ | ✓ | ✓ |
| AM Radio | ✓ | ✓ | ✓ | ✓ |
| FM Radio | ✓ | ✓ | ✓ | ✓ |
| Stereo | ✓ | ✓ | ✓ | ✓ |
| Search/Seek | ✓ | ✓ | ✓ | ✓ |
| CD Player | ✓ | ✓ | ✓ | ✓ |
| Steering Wheel Touch Controls | ✓ | ✓ | ✓ | ✓ |
| Auxiliary Audio Connection | ✓ | ✓ | ✓ | ✓ |
| Premium Radio | ✓ | ✓ | ✓ | ✓ |
| Satellite Radio | ✓ | ✓ | ✓ | ✓ |
| Aluminum/Alloy Wheels | ✓ | ✓ | ✓ | ✓ |
| Electric Glass Roof | ✓ | ✓ | ✓ | ✓ |
| Skyview Roof | ✓ | ✓ | ✓ | ✓ |
| Drivers Side Air Bag | ✓ | ✓ | ✓ | ✓ |

**Comp 1**     Updated Date: 01/15/2024
**2020 Nissan Maxima SI 6 3.5l Gasoline Gasoline Direct Injection**
**VIN** 1N4AA6DV9LC380684
**Dealership** Koons Ford Sterling
**Telephone** (571) 568-5815
**Source** Autotrader
**Stock #** 000P2003
**Distance from** Windsor Mill, MD
40 Miles - Sterling, VA

**Comp 2**     Updated Date: 02/13/2024
**2020 Nissan Maxima SI 6 3.5l Gasoline Gasoline Direct Injection**
**VIN** 1N4AA6DV2LC362902
**Dealership** Sheehy Hyundai Of Waldorf
**Telephone** (301) 843-5300
**Source** Autotrader
**Stock #** V1173R
**Distance from** Windsor Mill, MD
49 Miles - Waldorf, MD

**Comp 3**     Updated Date: 01/05/2024
**2020 Nissan Maxima SI 6 3.5l Gasoline Gasoline Direct Injection**
**VIN** 1N4AA6DV2LC370708
**Dealership** Banister Ford Of Marlow Hgts
**Contact** Shanise Craft
**Telephone** (301) 265-5710
**Source** Inspected Inventory
**Stock #** PF961
**Distance from** Windsor Mill, MD
35 Miles - Suitland, MD

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Take Price** is the amount that the dealership will accept to sell the inspected vehicle, though a lower price may be obtainable through negotiation.

 **CCC ONE. MARKET VALUATION REPORT**

Owner: Hunter , Maria
Claim: 20-65d1-96l01

# COMPARABLE VEHICLES

| Options | Loss Vehicle | Comp 1 | Comp 2 | Comp 3 |
|---|---|---|---|---|
| Passenger Air Bag | ✓ | ✓ | ✓ | ✓ |
| Anti-lock Brakes (4) | ✓ | ✓ | ✓ | ✓ |
| 4-wheel Disc Brakes | ✓ | ✓ | ✓ | ✓ |
| Front Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Head/Curtain Air Bags | ✓ | ✓ | ✓ | ✓ |
| Backup Camera | ✓ | ✓ | ✓ | ✓ |
| Parking Sensors | ✓ | ✓ | ✓ | ✓ |
| Rear Side Impact Air Bags | ✓ | ✓ | ✓ | ✓ |
| Hands Free | ✓ | ✓ | ✓ | ✓ |
| Xenon Or L.E.D. Headlamps | ✓ | ✓ | ✓ | ✓ |
| Alarm | ✓ | ✓ | ✓ | ✓ |
| Traction Control | ✓ | ✓ | ✓ | ✓ |
| Stability Control | ✓ | ✓ | ✓ | ✓ |
| Intelligent Cruise | ✓ | ✓ | ✓ | ✓ |
| Lane Departure Warning | ✓ | ✓ | ✓ | ✓ |
| Blind Spot Detection | ✓ | ✓ | ✓ | ✓ |
| Dual Mirrors | ✓ | ✓ | ✓ | ✓ |
| Heated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Tinted Glass | ✓ | ✓ | ✓ | ✓ |
| Signal Integrated Mirrors | ✓ | ✓ | ✓ | ✓ |
| Clearcoat Paint | ✓ | ✓ | ✓ | ✓ |
| Metallic Paint | ✓ | ✓ | ✓ | ✓ |
| **List Price** | | $ 21,500 | $ 18,995 | |
| **Take Price** | | | | $ 22,345 |
| **Adjustments:** | | | | |
| Mileage | | - $ 691 | + $ 735 | + $ 742 |
| Condition[1] | | - $ 2,051 | - $ 2,051 | - $ 2,051 |
| **Adjusted Comparable Value** | | **$ 18,758** | **$ 17,679** | **$ 21,036** |

**Distance** is based upon a straight line between loss and comparable vehicle locations.

[1]The **Condition Adjustment** sets that comparable vehicle to Average Private condition, which the loss vehicle is also compared to in the Vehicle Condition section.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**   Owner: Hunter , Maria
Claim: 20-65d1-96I01

#  COMPARABLE VEHICLES

## ADDITIONAL COMPARABLE VEHICLES

| Source | Vehicle | Price | Adjusted Comparable Value |
|---|---|---|---|
| **Comp 4** Source: Autotrader Fair Oaks Chrysler Jeep Dodge Chantilly, VA (703) 961-9900 47 Miles From Windsor Mill, MD | **2020 Nissan Maxima SI 6 3.5l Gasoline Gasoline Direct Injection** Odometer: 63,708 VIN: 1N4AA6DV5LC361288 Stock #: PLC361288 Updated Date: 02/01/2024 | $ 18,884 (List) | $ 16,452 |
| **Comp 5** Source: Autotrader Priority Nissan Chantilly Chantilly, VA (703) 889-3700 47 Miles From Windsor Mill, MD | **2020 Nissan Maxima SI 6 3.5l Gasoline Gasoline Direct Injection** Odometer: 57,790 VIN: 1N4AA6DV9LC380345 Stock #: LC380345P Updated Date: 03/05/2024 | $ 20,550 (List) | $ 17,394 |

**Additional Comparable Vehicles** are in summary format, but are adjusted the same as those on the previous page.

**Comparable vehicles** used in the determination of the Base Vehicle Value are not intended to be replacement vehicles but are reflective of the market value, and may no longer be available for sale.

**List Price** is the sticker price of an inspected dealer vehicle and the advertised price for the advertised vehicle.

**Distance** is based upon a straight line between loss and comparable vehicle locations.

© Copyright 2021 CCC Intelligent Solutions Inc. All Rights Reserved.

 **MARKET VALUATION REPORT**  Owner: Hunter , Maria
Claim: 20-65d1-96I01

# VALUATION NOTES

This Market Valuation Report has been prepared exclusively for use by STATE FARM INSURANCE COMPANIES, and no other person or entity is entitled to or should rely upon this Market Valuation Report and/or any of its contents. CCC is one source of vehicle valuations, and there are other valuation sources available.

Regulations concerning vehicle value include Code of Maryland Regulations 31.15.12. In accordance with COMAR 31.15.12.05, if an offer of settlement is made, you may accept the offer or, in writing, reject the settlement offer and make a counteroffer pursuant to COMAR 31.15.12.06 based on (a) Dealer quotations for a substantially similar motor vehicle; (b) Advertisements for a substantially similar motor vehicle; or (c) Any other source of valuation for a substantially similar motor vehicle.

**CCC ONE. MARKET VALUATION REPORT**   Owner: Hunter , Maria
Claim: 20-65d1-96I01

# SUPPLEMENTAL INFORMATION


### VEHICLE HISTORY INFORMATION

**VINguard®**

VINguard® Message: VINguard has decoded this VIN without any errors

**Vehicle Market History Information:**

| | |
|---|---|
| This vehicle was reported to CCC on 06/12/2020 | Mileage: 6989 |
| Location: Dealer Advertised in BALTIMORE, MD | |
| This vehicle was reported to CCC on 06/12/2020 | Mileage: 6989 |
| Location: Dealer Advertised in BALTIMORE, MD | |
| This vehicle was reported to CCC on 06/12/2020 | Mileage: 6989 |
| Location: Dealer Advertised in BALTIMORE, MD | |

 **MARKET VALUATION REPORT**  Owner: Hunter , Maria
Claim: 20-65d1-96I01

# SUPPLEMENTAL INFORMATION

### EXPERIAN® AUTOCHECK® VEHICLE HISTORY REPORT

| TITLE CHECK | | RESULTS FOUND |
|---|---|---|
| Abandoned | ✓ | No Abandoned Record Found |
| Damaged | ✓ | No Damaged Record Found |
| Fire Damage | ✓ | No Fire Damage Record Found |
| Grey Market | ✓ | No Grey Market Record Found |
| Hail Damage | ✓ | No Hail Damage Record Found |
| Insurance Loss | ✓ | No Insurance Loss Record Found |
| Junk | ✓ | No Junk Record Found |
| Rebuilt | ✓ | No Rebuilt Record Found |
| Salvage | ✓ | No Salvage Record Found |

| EVENT CHECK | | RESULTS FOUND |
|---|---|---|
| NHTSA Crash Test Vehicle | ✓ | No NHTSA Crash Test Vehicle Record Found |
| Frame Damage | ✓ | No Frame Damage Record Found |
| Major Damage Incident | ✓ | No Major Damage Incident Record Found |
| Manufacturer Buyback/Lemon | ✓ | No Manufacturer Buyback/Lemon Record Found |
| Odometer Problem | ✓ | No Odometer Problem Record Found |
| Recycled | ✓ | No Recycled Record Found |
| Water Damage | ✓ | No Water Damage Record Found |
| Salvage Auction | ✓ | No Salvage Auction Record Found |

| VEHICLE INFORMATION | | RESULTS FOUND |
|---|---|---|
| Accident | 📋 | Accident Record Found |
| Corrected Title | ✓ | No Corrected Title Record Found |
| Driver Education | ✓ | No Driver Education Record Found |
| Fire Damage Incident | ✓ | No Fire Damage Incident Record Found |
| Lease | ✓ | No Lease Record Found |
| Lien | ✓ | No Lien Record Found |
| Livery Use | ✓ | No Livery Use Record Found |
| Government Use | ✓ | No Government Use Record Found |
| Police Use | ✓ | No Police Use Record Found |
| Fleet | 📋 | Fleet Record Found |
| Rental | 📋 | Rental Record Found |
| Fleet and/or Rental | 📋 | Fleet and/or Rental Record Found |
| Repossessed | ✓ | No Repossessed Record Found |
| Taxi use | ✓ | No Taxi use Record Found |
| Theft | ✓ | No Theft Record Found |
| Fleet and/or Lease | 📋 | Fleet and/or Lease Record Found |
| Emissions Safety Inspection | ✓ | No Emissions Safety Inspection Record Found |
| Duplicate Title | ✓ | No Duplicate Title Record Found |

CCC provides STATE FARM INSURANCE COMPANIES information reported by Experian regarding the **2020 Nissan Maxima (1N4AA6DV7LC368825)**. This data is provided for informational purposes. Unless otherwise noted in this Valuation Detail, CCC does not adjust the value of the loss vehicle based upon this information.

**LEGEND :**
✓ No Event Found
⊖ Event Found
📋 Information Needed

**TITLE CHECK**
THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no significant title events. When found, events often indicate automotive damage or warnings associated with the vehicle.

**EVENT CHECK**
THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no historical events that indicate a significant automotive problem. These problems can indicate past previous car damage, theft, or other significant problems.

**VEHICLE INFORMATION**
INFORMATION FOUND

AutoCheck found additional information on this vehicle. These records will provide more history for this loss vehicle

**ODOMETER CHECK**
THIS VEHICLE CHECKS OUT

AutoCheck's result for this loss vehicle show no indication of odometer rollback or tampering was found. AutoCheck determines odometer rollbacks by searching for records that indicate odometer readings less than a previously reported value. Other odometer events can report events of tampering, or possible odometer breakage.

**CCC ONE.**   MARKET VALUATION REPORT   | Owner: Hunter , Maria
Claim: 20-65d1-96l01

# SUPPLEMENTAL INFORMATION

 **FULL HISTORY REPORT RUN DATE: 03/27/2024**

Below are the historical events for this vehicle listed in chronological order.

| EVENT DATE | RESULTS FOUND | ODOMETER READING | DATA SOURCE | EVENT DETAIL |
|---|---|---|---|---|
| 03/03/2020 | FL | | Police Report | Left Front Impact with Another Vehicle |
| 03/03/2020 | FL | | Police Report | Vehicle Damage Reported as Disabling |
| 03/03/2020 | FL | | Police Report | Vehicle Was Towed |
| 03/05/2020 | FL | | Police Report | Accident Reported |
| 03/05/2020 | FL | | Police Report | Vehicle Was Towed |
| 03/16/2020 | FL | 6948 | Auto Auction | Reported at Auto Auction |
| 03/16/2020 | FL | 6949 | Auto Auction | Auction Announced as Fleet/Lease |
| 03/25/2020 | FL | | Motor Vehicle Dept. | Registration Event/ Renewal (Lease Reported) |
| 03/25/2020 | FL | | Motor Vehicle Dept. | Titled or Registered as a Rental Vehicle, or Part of a Rental Fleet |
| 09/03/2020 | BALTIMORE, MD | 6989 | Dealer Record | Vehicle in Dealer Inventory |
| 09/23/2020 | BALTIMORE, MD | 7124 | Motor Vehicle Dept. | Title (Lien Reported) |
| 09/23/2020 | BALTIMORE, MD | | Motor Vehicle Dept. | Registration Event/ Renewal |
| 05/13/2022 | RANDALLSTOWN, MD | 44164 | Damage Report | Accident or Damage Reported |
| 05/13/2022 | | | Damage Report | Minor Damage Reported |
| 01/09/2023 | GWYNN OAK, MD | 55199 | Service Record | Multiple Point Vehicle Inspection |
| 01/09/2023 | GWYNN OAK, MD | | Service Record | Engine Serviced |
| 01/09/2023 | GWYNN OAK, MD | | Service Record | Lube, Oil And/Or Filter Changed |
| 01/30/2023 | WINDSOR MILL, MD | | Motor Vehicle Dept. | Registration Event/ Renewal |

**AUTOCHECK TERMS AND CONDITIONS:**

Experian's Reports are compiled from multiple sources. It is not always possible for Experian to obtain complete discrepancy information on all vehicles; therefore, there may be other title brands, odometer readings or discrepancies that apply to a vehicle that are not reflected on that vehicle's Report. Experian searches data from additional sources where possible, but all discrepancies may not be reflected on the Report.

These Reports are based on information supplied to Experian by external sources believed to be reliable, BUT NO RESPONSIBILITY IS ASSUMED BY EXPERIAN OR ITS AGENTS FOR ERRORS, INACCURACIES OR OMISSIONS. THE REPORTS ARE PROVIDED STRICTLY ON AN "AS IS WHERE IS" BASIS, AND EXPERIAN FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE REGARDING THIS REPORT.

**CCC ONE. MARKET VALUATION REPORT**

Owner: Hunter , Maria
Claim: 20-65d1-96l01

# SUPPLEMENTAL INFORMATION

YOU AGREE TO INDEMNIFY EXPERIAN FOR ANY CLAIMS OR LOSSES, INCLUDING COSTS, EXPENSES AND ATTORNEYS FEES, INCURRED BY EXPERIAN ARISING DIRECTLY OR INDIRECTLY FROM YOUR IMPROPER OR UNAUTHORIZED USE OF AUTOCHECK VEHICLE HISTORY REPORTS.

Experian shall not be liable for any delay or failure to provide an accurate report if and to the extent which such delay or failure is caused by events beyond the reasonable control of Experian, including, without limitation, "acts of God", terrorism, or public enemies, labor disputes, equipment malfunctions, material or component shortages, supplier failures, embargoes, rationing, acts of local, state or national governments, or public agencies, utility or communication failures or delays, fire, earthquakes, flood, epidemics, riots and strikes.

These terms and the relationship between you and Experian shall be governed by the laws of the State of Illinois (USA) without regard to its conflict of law provisions. You and Experian agree to submit to the personal and exclusive jurisdiction of the courts located within the county of Cook, Illinois.

**CCC ONE. MARKET VALUATION REPORT** | Owner: Hunter , Maria
Claim: 20-65d1-96l01

# SUPPLEMENTAL INFORMATION

 **NHTSA VEHICLE RECALL**

**NHTSA Campaign ID :** 20V570000

**Mfg's Report Date :** SEP 21, 2020

**Component :** VISIBILITY:GLASS, SIDE/REAR

**Potential Number Of Units Affected :** 150

**Summary :** Nissan North America, Inc. (Nissan) is recalling certain 2020 Altima, Maxima and Leaf vehicles. The rear window glass may not remain properly secured to the vehicle.

**Consequence :** Rear window glass that separates from the vehicle can increase the risk of a crash.

**Remedy :** Nissan will notify owners, and dealers will replace the back window glass, free of charge. The recall began November 4, 2020. Owners may contact Nissan customer service at 1-800-867-7669. Nissan's number for this recall is PC752.

**Manufacturer Recall No. :** PC752

The National Highway Traffic Safety Administration has issued 1 safety related recall notices that may apply to the above valued vehicle.