IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean et al            *

**Plaintiff,**
                                    *

v.                                      Case No. JKB 1:24-cv-941
                                    *

_____           *

**Defendant.**                      *

**MOTION FOR ADMISSION PRO HAC VICE**

I, James R. Tate, am a member in good standing of the bar of this Court. I am moving the admission of Travis D. Tull to appear pro hac vice in this case as counsel for Hussain A. Al Dosariy.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Commonwealth of Virginia, 10/12/2001 | Eastern District of Virginia, 2001 |
| | U.S. 4th Circuit, 11/10/2021 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or **James R. Tate**, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
*/s/ James Tate*
Signature
James R. Tate, Esq. Bar No.:41376
Printed name and bar number
Tate Bywater
Office name
2740 Chain Bridge Road, Vienna, VA 22181
Address
703-938-5100
Telephone number
703-991-0605
Fax Number
jtate@tatebywater.com
Email Address

PROPOSED ADMITTEE
*/s/ Travis Tull*
Signature
Travis D. Tull, Esq.
Printed name
Tate Bywater
Office name
2740 Chain Bridge Road, Vienna, VA 22181
Address
703-938-5100
Telephone number
703-991-0605
Fax Number
ttull@tatebywater.com
Email Address