# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition ) | |
| ) | |
| of ) | |
| ) | |
| GRACE OCEAN PRIATE LIMITED, as ) | |
| Owner of the M/V DALI, ) | Docket. No. JKB 24-cv-941 |
| ) | |
| and, ) | ***IN ADMIRALTY*** |
| ) | |
| SYNERGY MARINE PTE LTD, as Manager ) | |
| of the M/V DALI, ) | |
| ) | |
| for Exoneration from or Limitation of Liability ) | |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter the appearance of Todd Lochner, of the law firm Lochner Law Firm, P.C., on behalf of the Claimants R.E. West, Inc., E. Marine Motor Yacht Saled PTY LTD., Captain C Logistics LLC, American Publishing LLC, B&R Constructions Services, Inc., International Trading Solutions, Inc, and all others similarly situated, for their Claim in the above-captioned action for all purposes as counsel and requests that all further pleadings and other materials relevant to this action, be served upon said attorney.

Dated this 24th day of September 2024
 
Respectfully submitted,

*/s/ Todd D. Lochner*
Todd D. Lochner (25691)
Lochner Law Firm, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, Maryland 21403
Tel: 410-716-4400
Fax: 410-716-4405
tlochner@lochnerlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2024, a copy of the foregoing Entry of Appearance and Certificate of Service was electronically filed and served by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Todd D. Lochner*
Todd D. Lochner (25691)