UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## CERTIFICATE OF PUBLICATION

The undersigned attorney for Petitioners, GRACE OCEAN PRIVATE LIMITED, as owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as manager of the M/V DALI, hereby certifies that, in accordance with this Court's Restraining Order and Order for Issuance of Notice that Claims be Filed dated April 1, 2024 (*see* ECF No. 8) and Rule F(4) of the Supplemental Rules for Certain Admiralty and Maritime Claims for the Federal Rules of Civil Procedure, the Notice to Claimants of Petition for Exoneration from or Limitation of Liability was published in The Baltimore Sun, Maryland The Daily Record, and The Washington Post once a week for four successive weeks on June 28, July 5, July 12, and July 19 as reflected in the Affidavits of Proof of Publication of The Baltimore Sun Media Group, Maryland The Daily Record, and The Washington Post attached hereto as **Exhibits A**, **B**, and **C**, respectively.

Dated: September 24, 2024                    Respectfully submitted,

                                                        */s/*

Robert B. Hopkins (Bar No. 06017)
Laurie G. Furshman (Bar No. 29604)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
RBHopkins@duanemorris.com
Lgfurshman@duanemorris.com
Phone: (410) 949-2900
Facsimile: (410) 949-2901

William R. Bennett III (admitted *pro hac vice*)
Thomas H. Belknap, Jr. (admitted *pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
Phone: (212) 885-5000
Facsimile: (212) 885-5001

Kierstan L. Carlson (admitted *pro hac vice*)
BLANK ROME LLP
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
Phone: (202) 420-2200
Facsimile: (202) 420-2201

*Counsel for Petitioners*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of September, 2024, a copy of the foregoing Certificate of Publication with exhibits was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

*/s/*
Robert B. Hopkins (Bar No. 06017)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
RBHopkins@duanemorris.com

DM1\15735593.1