

**THE BALTIMORE SUN MEDIA GROUP**

200 St Paul Street Suite 2490
Baltimore, MD 21202
tel: 410/332-6000
800/829-8000

WE HEREBY CERTIFY, that the annexed advertisement of Order No 7657323

**Sold To:**
Duane Morris LLP - CU80121346
100 International Dr
Ste 700
Baltimore, MD 21202

**Bill To:**
Duane Morris LLP - CU80121346
100 International Dr
Ste 700
Baltimore, MD 21202

Was published in "The Baltimore Sun", "Daily", a newspaper printed and published in Baltimore City and/or Baltimore County on the following dates:

Jun 28, 2024; Jul 05, 2024; Jul 12, 2024; Jul 19, 2024

The Baltimore Sun Media Group

By _Shanna Evans_

Subscribed and sworn to before me this _19_ day of _July_ 20_24_

By _Michele Elaine_
Notary Public

My commission expires _____

[Notary Seal: MICHELE ELAINE GRIESBAUER, NOTARY PUBLIC, Comm. Exp. Oct 5, 2027, Baltimore County, STATE OF MARYLAND]

# Classified MARKETPLACE

Reach more than 800k readers a week!

View more classifieds online at baltimoresun.com/classifieds · Place an ad: 410.539.7700 | placeanad.baltimoresun.com

## LEGAL NOTICES

**CITY OF BALTIMORE DEPARTMENT OF PUBLIC WORKS OFFICE OF ENGINEERING AND CONSTRUCTION NOTICE OF LETTING**

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for WATER CONTRACT NO. 1448-Urgent Need Water infrastructure Rehabilitation and improvements Phase 1-FY25 will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M on July 24, 2024. Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates in Room 215, City Hall at Noon. The proposed Contract Documents may be examined, without charge, at the Dept. of Rec & Parks at 2600 Madison Ave, Baltimore, Md. 21217 by appointment only on Mondays - Fridays, 8:30am – 4:00pm by emailing benitaj.randolph@baltimorecity.gov as of June 28, 2024 and copies may be purchased for a non-refundable cost of $100.00. A SharePoint link to a PDF of the Construction Drawings will be provided to all prospective bidders. Conditions and requirements of the Bid are found in the bid package. All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact the Committee at 4 South Frederick Street, 4th Floor, Baltimore, Maryland 21202. If a bid is submitted by a joint venture ("JV"), then in that event, the document that established the JV shall be submitted with the bid for verification purposes. The Prequalification Category required for bidding on this project is B02551 Water Mains. Cost Qualification Range for this work shall be $7,200,000.01 to $8,200,000.00. A "Pre-Bidding Information" session will be conducted via Microsoft Teams at 11:30am EST on July 11, 2024. Email your contact information to kbrower@baltimorerecty.gov to receive an invite to the Microsoft Team (video conference meeting) no later than 3:00pm EST, July 10, 2024. Principle Items of work for this project are Removal of Site improvements and Structures, Demolition of One Story Buildings, Earthwork, Underground Utilities, Storm Water facilities, New One-Story Buildings, New Swimming Pools, New Misters, New Site Amenities including Fencing, Landscaping, Hardscaping, Paving (including new sidewalk) and Curbs. The MBE goal is 10% and WBE goal is 9%. APPROVED: M. Celeste Amato, Clerk, Board of Estimates

June 28 & 29                  7657370

**CITY OF BALTIMORE DEPARTMENT OF RECREATION AND PARKS NOTICE OF LETTING**

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for BALTIMORE CITY NO. RP23891 Greater Model Pools will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M. August 7, 2024. Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates in Room 215, City Hall at Noon. The proposed Contract Documents may be examined, without charge, at the Dept. of Rec & Parks at 2600 Madison Ave, Baltimore, Md. 21217 by appointment only on Mondays - Fridays, 8:30am – 4:00pm by emailing benitaj.randolph@baltimorecity.gov as of June 28, 2024 and copies may be purchased for a non-refundable cost of $100.00. A SharePoint link to a PDF of the Construction Drawings will be provided to all prospective bidders. Conditions and requirements of the Bid are found in the bid package. All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact the Committee at 4 South Frederick Street, 4th Floor, Baltimore, Maryland 21202. If a bid is submitted by a joint venture ("JV"), then in that event, the document that established the JV shall be submitted with the bid for verification purposes. The Prequalification Category required for bidding on this project is G90073 Swimming Pool Construction and Repair or E13001 Three Story and Under. Cost Qualification Range for this work shall be $7,200,000.01 to $8,200,000.00. A "Pre-Bidding Information" session will be conducted via Microsoft Teams at 11:30am EST on July 11, 2024. Email your contact information to kbrower@baltimorerecty.gov to receive an invite to the Microsoft Team (video conference meeting) no later than 3:00pm EST, July 10, 2024. Principle Items of work for this project are Removal of Site improvements and Structures, Demolition of One Story Buildings, Earthwork, Underground Utilities, Storm Water facilities, New One-Story Buildings, New Swimming Pools, New Misters, New Site Amenities including Fencing, Landscaping, Hardscaping, Paving (including new sidewalk) and Curbs. The MBE goal is 10% and WBE goal is 9%. APPROVED: Khalil Zaied Acting Director - Department of Public Works

June 28 & 29                  7657555

**HOUSING AUTHORITY OF BALTIMORE CITY BOLLARD INSTALLATION AT VARIOUS HABC DEVELOPMENTS IFB NUMBER: B-2013-24**

The Housing Authority of Baltimore City ("HABC") will issue an Invitation for Bids ("IFB") for interested and qualified contractors to submit sealed bids to furnish and install traffic bollards at various HABC developments.

BIDS WILL BE DUE no later than 2:00 p.m. Eastern Time on Friday, August 2, 2024

A non-mandatory pre-bid conference will be held on Wednesday, July 17, 2024, at 11:00 a.m., which will be scheduled as a virtual meeting.

The entire IFB can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 8, 2024

Questions regarding the IFB should be directed in writing to the address and individual indicated below and must include the reference: HABC IFB Number B-2013-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
417 E. Fayette Street, Room 414
Baltimore, Maryland 21202
Attention: James Mobley, Senior Buyer
Tel: 410-396-3105
james.mobley@habc.org

Baltimore Sun         June 28 & July 5         7658117

**HOUSING AUTHORITY OF BALTIMORE CITY REQUEST FOR PROPOSALS EMPLOYEE AND DEVELOPMENT TRAINING SERVICES RFP NUMBER: B-2012-24**

The Housing Authority of Baltimore City ("HABC") requests proposals from interested and qualified vendors to submit proposals to conduct customized instructor led training sessions for approximately 661 employees and managers.

PROPOSALS WILL BE DUE no later than 2:00 p.m. Eastern Time on Friday, August 2, 2024

A non-mandatory pre-proposal conference will be held on Wednesday, July 17, 2024, at 10:00 a.m., which will be scheduled as a virtual meeting.

The entire RFP can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 8, 2024

Questions regarding the RFP should be directed in writing to the address and individual indicated below and must include the reference: HABC RFP Number B-2012-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
417 E. Fayette Street, Room 414
Baltimore, Maryland 21202
Attention: James Mobley, Senior Buyer
Tel: 410-396-3105
james.mobley@habc.org

Baltimore Sun         June 28, July 5         7658106

## LEGAL NOTICES

**City of Baltimore Department of Finance Bureau of Procurement**

Sealed proposals addressed to the Board of Estimates of Baltimore will be Received until, but not later than 11:00 am local time on the following dates for the stated requirements.

July 10, 2024
*RETRO COMMISSIONING STUDY for a LARGE BUILDING RFQ-000570

July 24, 2024
* PAVEMENT MARKING & SIGNAGE SERVICES for BALTIMORE CITY RFQ-000558

August 7,2024
* SOUND SYSTEM FOR MYERS PAVILION RFQ-000515
* MAINTENANCE REPAIR & INSTALLATION SERVICES FOR ELECTRIC SECURITY SYSTEMS RFQ-000596

ENTIRE SOLICITATION CAN BE VIEWED AND DOWNLOADED BY VISITING THE WEBSITE: https://wd1.myworkdaysite.com/supplier/baltimorecity/SupplierSite
6/21 & 6/28                  7654234

HACA's proposed changes to the Admissions and Continued Occupancy Plan (ACOP) and Public Housing Lease are available for public review and comment. You can view the proposed changes by going to the Public Notices on our website at https://www.hacamd.org/public-notices. Please provide written comments on the proposed changes to info@hacamd.org or HACA, Attention William Eberle, 1217 Madison Street, Annapolis, MD 21403. A public meeting will be held on Tuesday, August 6, 2024 at 5:30 pm at the Robinwood Recreation Center, Annapolis, MD

June 28, July 12         7657532

POSTING your job has never been so easy. advertise. baltimoresun.com

**UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND NORTHERN DIVISION**

In the Matter of the Petition
of
GRACE OCEAN PRIVATE LIMITED, as
Owner of the M/V DALI,
and
SYNERGY MARINE PTE LTD, as
Manager of the M/V DALI,
for Exoneration from or Limitation of Liability.

Docket No. JKB 24-cv-941
IN ADMIRALTY

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated:   Baltimore, Maryland
         April 1, 2024



Katie Nader, Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com

Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW, Washington, DC 20006
202-420-2200

Counsel for Petitioners

## AUTOMOBILES



**2017 MERCEDES-BENZ C-CLASS** 43k miles, panoramic roof, VG cond. grey with creme int. $21,100 410-530-0453

### TRUCKS

**2002 CHEVROLET S-10** Black, fully equip, w/snow plow & 4 extra snow tires. AT, runs good $2990. Call 410-227-2300

### MISCELLANEOUS

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-337-5228 www.dental50plus.com/MDDC #6258

**DONATE YOUR CAR/TRUCK/RV** - Lutheran Mission Society of MD Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044. 410-228-8437 www.CompassionPlace.org

**ELIMINATE GUTTER CLEANING FOREVER!** LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-844-566-3227

## MISCELLANEOUS

**GET DISH SATELLITE TV + Internet!** Free Install, Free HD-DVR Upgrade, 80,000 On-Demand Movies, Plus Limited Time Up To $600 in Gift Cards. Call Today! 1-855-407-6870

### WANTED TO BUY

**ANTIQUES AND COLLECTIBLES** Paying top cash for antiques and collectibles. Housecalls made with prompt, courteous service seven days a week and 25 years of experience! Buying toys, trains, militaria, glassware, advertising merchandise, paper items and much more! Contact Mason or Megan 443-306-8816

**FREON WANTED:** Certified buyer looking for R11, R12, R22 & more! Call Clarissa at 312-535-8384.



I Buy Records

I BUY LARGE LP ALBUM COLLECTIONS FOR CASH Rock,Metal,Jazz,Soul,+More, LARGE collections 410-900-5657 kronysrecords.com

**Classifieds work for you!**

BALTIMORE SUN MEDIA

**Call 410-332-6300**



Selling a home?

Go to www.baltimoresun.com/advertiser

THE BALTIMORE SUN MEDIA GROUP

# Renting or Selling Your Home?
reach your buyers at
## placeanad.baltimoresun.com

The right place to advertise your Merchandise, Pets, Auto, Real Estate, Tag Sales & Flea Markets, Vacation Property, Wanted to Buy Items and more!

# Classified MARKETPLACE

Reach more than 800k readers a week!

View more classifieds online at baltimoresun.com/classifieds · Place an ad: 410.539.7700 | placeanad.baltimoresun.com

**LEGAL NOTICES**

---

**HOUSING AUTHORITY OF BALTIMORE CITY**
**REQUEST FOR PROPOSALS**
**EMPLOYEE AND DEVELOPMENT TRAINING SERVICES**
**RFP NUMBER: B-2012-24**

The Housing Authority of Baltimore City ("**HABC**") requests proposals from interested and qualified vendors to submit proposals to conduct customized instructor led training sessions for approximately 661 employees and managers.

PROPOSALS WILL BE DUE no later than 2:00 p.m. Eastern Time on **Friday, August 2, 2024**

A non-mandatory pre-proposal conference will be held on **Wednesday, July 17, 2024, at 10:00 a.m.**, which will be scheduled as a virtual meeting.

The entire RFP can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 8, 2024

Questions regarding the RFP should be directed in writing to the address and individual indicated below and must include the reference: HABC RFP Number B-2012-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
417 E. Fayette Street, Room 414
Baltimore, Maryland 21202
Attention: James Mobley, Senior Buyer
Tel: 410-396-3105
james.mobley@habc.org

Baltimore Sun   June 28, July 5   7658106

---

**HOUSING AUTHORITY OF BALTIMORE CITY**
**INVITATION FOR BIDS**
**BOLLARD INSTALLATION AT VARIOUS HABC DEVELOPMENTS**
**IFB NUMBER: B-2013-24**

The Housing Authority of Baltimore City ("**HABC**") will issue an Invitation for Bids ("IFB") for interested and qualified contractors to submit sealed bids to furnish and install traffic bollards at various HABC developments.

BIDS WILL BE DUE no later than 2:00 p.m. Eastern Time on **Friday, August 2, 2024**

A non-mandatory pre-bid conference will be held on **Wednesday, July 17, 2024, at 11:00 a.m.**, which will be scheduled as a virtual meeting.

The entire IFB can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 8, 2024

Questions regarding the IFB should be directed in writing to the address and individual indicated below and must include the reference: HABC IFB Number B-2013-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
417 E. Fayette Street, Room 414
Baltimore, Maryland 21202
Attention: James Mobley, Senior Buyer
Tel: 410-396-3105
james.mobley@habc.org

Baltimore Sun   June 28 & July 5   7658117

---

**City of Baltimore**
**Department of Finance**
**Bureau of Procurement**

Sealed proposals addressed to the Board of Estimates of Baltimore will be Received until, but not later than 11:00 am local time on the following dates for the stated requirements.

**August 21, 2024**
* WATER METER SERVICES RFQ-000508
* HEAVY DUTY ALUMINUM TENTS WITH LOGO RFQ-000609
ENTIRE SOLICITATION CAN BE VIEWED AND DOWNLOADED BY VISITING THE WEBSITE: https://wd1.myworkdaysite.com/supplier/baltimorecity/SupplierSite
7/5 & 7/12   7662189

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

In the Matter of the Petition
of
GRACE OCEAN PRIVATE LIMITED, as
Owner of the M/V DALI,
and
SYNERGY MARINE PTE LTD, as
Manager of the M/V DALI,
for Exoneration from or Limitation of Liability.

Docket No. JKB 24-cv-941

IN ADMIRALTY

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated:   Baltimore, Maryland
         April 1, 2024

Katie Nader, Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW, Washington, DC 20006
202-420-2200

Counsel for Petitioners

---

**Selling a car?**

Go to
www.baltimoresun.com/advertiser

THE BALTIMORE SUN MEDIA GROUP

---

**Posting your job has never been easier.**

advertise.baltimoresun.com

THE BALTIMORE SUN

---

**Classifieds work for you!**

BALTIMORE SUN
MEDIA

**Call**
**410-332-6300**

---

**Renting your home has never been easier.**

www.advertise.baltimoresun.com

THE BALTIMORE SUN
baltimoresun.com

---

**Posting your JOB has never been So Easy**

advertise.
baltimoresun.com



tribune publishing
recruitment services

Stop wasting time searching for jobs.
Find the right jobs with tribune publishing recruitment

# Classified MARKETPLACE

*Reach more than 800k readers a week!*

View more classifieds online at baltimoresun.com/classifieds • Place an ad: 410.539.7700 | placeanad.baltimoresun.com

## LEGAL NOTICES

**HOUSING AUTHORITY OF BALTIMORE CITY
REQUEST FOR PROPOSALS
HABC CCTV SYSTEMS
RFP NUMBER: B-2014-24**

The Housing Authority of Baltimore City ("HABC") is requesting proposals from interested and qualified vendors to submit proposals to provide CCTV related services and maintenance for HABC's current CCTV Systems, Software, & Equipment.

PROPOSALS WILL BE DUE no later than 2:00 p.m. Eastern Time on Friday, August 16, 2024.

A non-mandatory pre-proposal conference will be held on Wednesday, July 31, 2024, at 10:00 a.m., which will be scheduled as a virtual meeting.

The entire RFP can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 22, 2024.

Questions regarding the RFP should be directed in writing to the address and individual indicated below and must include the reference: HABC RFP Number B-2014-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
417 E. Fayette Street, Room 414
Baltimore, Maryland 21202
Attention: James Mobley, Senior Buyer
Tel: 410-396-3105
james.mobley@habc.org

Baltimore Sun    July 12 & 19    7664992

---

**HOUSING AUTHORITY OF BALTIMORE CITY
REQUEST FOR PROPOSALS
PROPERTY MANAGEMENT SERVICES
RFP NUMBER: B-2015-24**

The Housing Authority of Baltimore City ("HABC") is requesting proposals from interested and qualified property management companies to provide property management services for certain properties owned by HABC and to establish a pool of qualified management companies to manage properties identified by HABC in the future.

PROPOSALS WILL BE DUE no later than 2:00 p.m. Eastern Time on Friday, August 16, 2024.

A non-mandatory pre-proposal conference will be held on Wednesday, July 31, 2024, at 11:00 a.m., which will be scheduled as a virtual meeting.

Responders shall also comply with all applicable requirements of Section 3 of the Housing and Urban Development Act of 1968, 12 U.S.C. Section 1701u.

The entire RFP can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 22, 2024.

Questions regarding the RFP should be directed in writing to the address and individual indicated below and must include the reference: HABC RFP Number B-2015-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
Attention: James Mobley, Senior Buyer
Tel: (410) 396-3105
James.moblet@habc.org

Baltimore Sun    July 12 & 19    7664980

---

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

In the Matter of the Petition
of
GRACE OCEAN PRIVATE LIMITED, as
Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as
Manager of the M/V DALI,

for Exoneration from or Limitation of Liability.

Docket No. JKB 24-cv-941
IN ADMIRALTY

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated:   Baltimore, Maryland
         April 1, 2024



Katie Nader, Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com

Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW, Washington, DC 20006
202-420-2200

*Counsel for Petitioners*

---

HACA's proposed changes to the Admissions and Continued Occupancy Plan (ACOP) and Public Housing Lease are available for public review and comment. You can view the proposed changes by going to the Public Notices on our website at https://www.hacamd.org/public-notices. Please provide written comments on the proposed changes to info@hacamd.org or HACA, Attention William Eberle, 1217 Madison Street, Annapolis, MD 21403. A public meeting will be held on Tuesday, August 6, 2024 at 5:30 pm at the Robinwood Recreation Center, Annapolis, MD

June 28, July 12    7657532

---

**City of Baltimore
Department of Finance
Bureau of Procurement**

Sealed proposals addressed to the Board of Estimates of Baltimore will be Received until, but not later than 11:00 am local time on the following dates for the stated requirements.

August 21, 2024
* WATER METER SERVICES RFQ-000508
* HEAVY DUTY ALUMINUM TENTS WITH LOGO RFQ-000609
ENTIRE SOLICITATION CAN BE VIEWED AND DOWNLOADED BY VISITING THE WEBSITE: https://wd1.myworkdaysite.com/supplier/baltimorecity/SupplierSite

7/5 & 7/12    7662189

---

**CITY OF BALTIMORE
DEPARTMENT OF RECREATION AND PARKS
NOTICE OF LETTING**

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for BALTIMORE CITY NO. RP24812 Congressman Elijah Cummings Recreation Center will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M. August 21, 2024. Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates in Room 215, City Hall at Noon. The proposed Contract Documents may be examined, without charge, at the Dept. of Rec & Parks at 2600 Madison Ave, Baltimore, Md. 21217 by appointment only on Mondays - Fridays, 8:30am – 4:00pm by emailing benitaj.randolph@baltimorecity.gov as of July 12, 2024 and copies may be purchased for a non-refundable cost of $100.00. A SharePoint link to a PDF of the Construction Drawings will be provided to all prospective bidders. Conditions and requirements of the Bid are found in the bid package. All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact the Committee at 4 South Frederick Street, 4th Floor, Baltimore, Maryland 21202. If a bid is submitted by a joint venture ("JV"), then in that event, the document that established the JV must be submitted with the bid for verification purposes. The Prequalification Category required for bidding on this project is E13001. Three Story and Under. Cost Qualification Range for this work shall be $12,000,000.00 to $17,000,000.00. A "Pre Bidding Information" session will be conducted via Microsoft Teams at 10:00am EST on July 23, 2024. Email your contact information to ldecker@baltimorecity.gov to receive an invite to the Microsoft Team video conference meeting no later than 3:00pm EST, July 22, 2024. Removal of Site Improvements, Earthwork, Underground Utilities, Storm Water facilities, Retaining, Site Amenities, Landscaping, Hardscaping, Paving and Curbs. Concrete Foundations, Piles and Grade Beams, Masonry and Steel Structure, Mechanical Systems, Plumbing Systems, Electrical and Photovoltaic Systems, Fire Protection Systems, Gymnasium and Fitness Finishes and Equipment, Office and Conference Finishes and Equipment. The MBE goal is 14.06% and WBE goal is 7.19%.
APPROVED: M. Celeste Amato, Clerk, Board of Estimates
July 12 & 13    7663652

---

**CITY OF BALTIMORE
DEPARTMENT OF PUBLIC WORKS
OFFICE OF ENGINEERING AND CONSTRUCTION
NOTICE OF LETTING**

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for SANITARY CONTRACT NO. 985-Rehabilitation of The High Level Interceptor will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M on August 21, 2024. Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates and can be watched live on CharmTV's cable channel 25/1085HD; char mtvbaltimore.com/watch-live or listen in at (443) 984-1696 (ACCESS CODE: 0842939) from City Hall at Noon. The Contract Documents may be examined, without charge, at Contract Administration 4 South Frederick Street Baltimore, Maryland 21202 on the 3rd floor (410) 396-4041 as of July 12, 2024 and copies may be purchased for a non-refundable cost of 100.00. Conditions and requirements of the Bid are found in the bid package. All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact OBC at 4 S Frederick St., 4th Floor, Baltimore, MD 21202. If a bid is submitted by a joint venture "JV"), then in that event, the document that established the JV shall be submitted with the bid for verification purposes. The Prequalification Category required for bidding on this project is B02552 – Sewer Construction and G90099-Lining Sewers and Drains via Cured In-Place Pipe. Cost Qualification Range for this work shall be $40,000,000.01 to $50,000,000.00.
A "Pre-Bidding Information" session will be conducted via Microsoft Teams. Vendors can call 1 667-228-6519 Conference ID: 785242811# or Meeting ID: 257 241 356 894 PASSCODE: yELE34 on Wednesday, July 31, 2024 at 10:00 AM. All bid inquiries must be emailed to: Cynthia.harry@baltimorecity.gov; Darryn.Mobley@baltimorecity.gov by the deadline of August 9, 2024. Questions received in writing by the deadline will only be considered.
To purchase a bid book, please make an electronic request at: https://publicworks.baltimorecity.gov/dpw-construction-projects-notice-letting and dpwbidopportunities@baltimorecity.gov. For further inquiries about purchasing bid documents, please contact the assigned Contract Administrator Cynthia. Harry@baltimorecity.gov.
Principal items of work for this contract include, but are not limited to: Sewer cleaning and closed circuit television g(CCTV) inspection; Cured-in-place pipe (CIPP) lining of large diameter sanitary sewers; Segmental sliplining of large diameter sanitary sewers; Installation of new small diameter sanitary sewers; Manhole and junction chamber rehabilitation and replacement work.
The MBE goal is 22%
The WBE goal is 16%
APPROVED: Clerk,
Board of Estimates
APPROVED: Khalil Zaied
Acting Director
Department of Public Work
July 12 & 13    7663984

---

## APARTMENTS BALTIMORE CITY

**NW BALTO.** Summer Special $1800 moves you in. 2nd flr duplex. Kit. upon request. 5 min from Rodgers Ave Subway Station. $1000 mo. 443-506-7941

## TRUCKS

**2002 CHEVROLET S-10** Black, fully equip, w/snow plow & 4 extra snow tires. AT, runs good $2990. Call 410-227-2300

## PARTS & SERVICE

**PONT/OLD 4 CYL ENG** 5 speed man tran, computer, wire harn, low low mi, selling due to health, $1500 443-846-5399

## MISCELLANEOUS

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental information Kit with all the details! 1-855-337-5228 www.dental50plus.com/MDDC #6258

**DONATE YOUR CAR/TRUCK/RV** - Lutheran Mission Society of MD Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044. 410-228-8437   www.CompassionPlace.org

**ELIMINATE GUTTER CLEANING FOREVER!** LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-844-566-3227

**GET DISH SATELLITE TV + Internet!** Free Install, Free HD-DVR Upgrade, 80,000 On-Demand Movies, Plus Limited Time Up To $600 In Gift Cards. Call Today! 1-855-407-6870

## WANTED TO BUY

**ANTIQUES AND COLLECTIBLES** Paying top cash for antiques and collectibles. Housecalls made with prompt, courteous service seven days a week and 25 years of experience! Buying toys, trains, militaria, glassware, advertising merchandise, paper items and much more! Contact Mason or Megan 443-306-8816

**FREON WANTED:** Certified buyer looking for R11, R12, R22 & more! Call Clarissa at 312-535-8384.

---

## WANTED TO BUY



**I BUY LARGE LP ALBUM COLLECTIONS FOR CASH** Rock,Metal,Jazz,Soul,+More, LARGE collections 410-900-5657 kronysrecords.com

## DOGS



**GOLDEN RETRIEVER PUPPIES** 3 weeks old, $1000. AKC and ACA registered. Dewormed, vaccinated, vet checked and microchipped. Ready for your home August 3, 2024 check out our website, www.sicklerfarm.com or call 304-457-6615 or 304-677-9896 for details. Delivery available.

---

*Selling your merchandise and pets has never been easier.*
advertise.baltimoresun.com
THE BALTIMORE SUN

---

# Classifieds work for you!

BALTIMORE SUN MEDIA

**Call
410-332-6300**

---

*Selling your car has never been easier.*
advertise.baltimoresun.com

THE BALTIMORE SUN

---

# SELLING your stuff has never been so easy.
advertise.baltimoresun.com

---

# Selling That Old Appliance?
reach your buyers at
# placeanad.baltimoresun.com

The right place to advertise your Merchandise, Pets, Auto, Real Estate, Tag Sales & Flea Markets,

# Classified MARKETPLACE

Reach more than 800k readers a week!

View more classifieds online at baltimoresun.com/classifieds · Place an ad: 410.539.7700 | placeanad.baltimoresun.com

## LEGAL NOTICES

**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

In the Matter of the Petition of

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,

for Exoneration from or Limitation of Liability.

Docket No. JKB 24-cv-941
IN ADMIRALTY

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated: Baltimore, Maryland
April 1, 2024

Katie Nader, Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW, Washington, DC 20006
202-420-2200

Counsel for Petitioners

---

**HOUSING AUTHORITY OF BALTIMORE CITY
REQUEST FOR PROPOSALS
HABC CCTV SYSTEMS
RFP NUMBER: B-2014-24**

The Housing Authority of Baltimore City ("HABC") is requesting proposals from interested and qualified vendors to submit proposals to provide CCTV related services and maintenance for HABC's current CCTV Systems, Software, & Equipment.

PROPOSALS WILL BE DUE no later than 2:00 p.m. Eastern Time on Friday, August 16, 2024.

A non-mandatory pre-proposal conference will be held on Wednesday, July 31, 2024, at 10:00 a.m., which will be scheduled as a virtual meeting.

The entire RFP can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 22, 2024.

Questions regarding the RFP should be directed in writing to the address and individual indicated below and must include the reference: HABC RFP Number B-2014-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
417 E. Fayette Street, Room 414
Baltimore, Maryland 21202
Attention: James Mobley, Senior Buyer
james.mobley@habc.org

Baltimore Sun    July 12 & 19    7664992

---

**HOUSING AUTHORITY OF BALTIMORE CITY
REQUEST FOR PROPOSALS
PROPERTY MANAGEMENT SERVICES
RFP NUMBER: B-2015-24**

The Housing Authority of Baltimore City ("HABC") is requesting proposals from interested and qualified property management companies to provide property management services for certain properties owned by HABC and to establish a pool of qualified management companies to manage properties identified by HABC in the future.

PROPOSALS WILL BE DUE no later than 2:00 p.m. Eastern Time on Friday, August 16, 2024.

A non-mandatory pre-proposal conference will be held on Wednesday, July 31, 2024 at 11:00 a.m., which will be scheduled as a virtual meeting.

Responders shall also comply with all applicable requirements of Section 3 of the Housing and Urban Development Act of 1968, 12 U.S.C. Section 1701u.

The entire RFP can be viewed and downloaded by visiting https://habc.bonfirehub.com/projects on or after Monday, July 22, 2024.

Questions regarding the RFP should be directed in writing to the address and individual indicated below and must include the reference: HABC RFP Number B-2015-24.

Housing Authority of Baltimore City
Division of Fiscal Operations, Procurement Department
Attention: James Mobley, Senior Buyer
Tel: (410) 396-3105
James.moblet@habc.org

Baltimore Sun    July 12 & 19    7664980

---

**City of Baltimore
Department of Finance
Bureau of Procurement**

Sealed proposals addressed to the Board of Estimates of Baltimore will be Received until, but not later than 11:00 am local time on the following dates for the stated requirements.

August 21, 2024
* WATER METER INSTALLATION RFQ-000508
* TENTS WITH LOGO HEAVY DUTY ALUMINUM RFQ-000609
* MAINTENANCE REPAIR AND INSTALLATION SERVICES FOR VARIOUS OVERHEAD DOORS RFQ-000186
* NIKON PRODUCTS RFQ-000588

ENTIRE SOLICITATION CAN BE VIEWED AND DOWNLOADED BY VISITING THE WEBSITE: https://wd1.myworkdaysite.com/supplier/baltimorecity/SupplierSite
7/19 & 7/26    7667590

---

**CITY OF BALTIMORE
DEPARTMENT OF TRANSPORTATION
PUBLIC NOTICE**

In an effort to educate the community and receive public comment the upcoming project, a community meeting will be held.

PUBLIC MEETING FOR
Old Town Mall Improvements
Saturday, July 27, 2024
10:00 AM to 1:00 PM
420 Aisquith Street, Baltimore, MD 21202

If you have any questions, comments or need special accommodations please contact: via mail Caitlin Audette, Design Planner Department of Planning 417 E. Fayette St., 8th Floor, Baltimore, MD 21202. Or by leaving a voicemail at 410.396.8354.

Accommodation requests should be received by Wednesday, July, 24, 2024 Comments on the general scope should be received by Monday, August 12, 2024

Receive regular updates via Facebook, at Baltimore City Department of Transportation's project website www.streetsofbaltimore.com/oldtownmall, or on "X" formerly known as Twitter at @BmoreCityDOT.
Corren Johnson, DIRECTOR
DEPT OF TRANSPORTATION
July 19 & 24    7667372

---

**BALTIMORE CITY COUNCIL
PUBLIC HEARING ON
BILL NO. 23-0350**

The Economic and Community Development Committee of the Baltimore City Council will conduct a public hearing on City Council Bill No. 23-0350 on Tuesday, August 13 th , at 2:00 p.m. in the Clarence "Du" Burns Chamber, City Hall, 100 N. Holliday Street, 4th Floor, Baltimore, MD 21202. Information on how the public can participate in the hearing virtually, via Webex, will be available at https://baltimore.legistar.com/Calendar.aspx.

23-0350 – Rezoning – 420 North Haven Street

FOR the purpose of changing the zoning for the property known as 420 North Haven Street (Block 6265A, Lot 011), as outlined in red on the accompanying plat, from the I-2 Zoning District to the C-3 Zoning District.

BY amending Article– Zoning. Zoning District Maps Sheet 58 Baltimore City Revised Code (Edition 2000)

Applicant: Bang Bang Investments, LLC

For more information, contact the Committee Staff at (410) 396-1091.

NOTE: This bill is subject to amendment by the Baltimore City Council.
SHARON GREEN MIDDLETON
Chair
7/19/24    7663948

---

**Deborah Cole, Psy.D.**
announces that she will be closing her psychological practice on September 30, 2024, at which time records will be destroyed, unless she is notified by email at psychologyNart@gmail.com or by calling her office at (410) 988-3335 by August 30, 2024 of a request for records, which can be picked up at 9881 Brokenland Pkwy, Columbia, MD 21046 ONLY by appointment on September 24, 25, or 26, 2024.
July 18 thru Aug 1    7667387

---

## LEGAL NOTICES

**ATTENTION:**
If you or someone you know worked at Ezrine Auto Centers located in Westminster, Towson and/or Baltimore City, MD between 1973 and 1980, please call Betsy at Simmons Hanly Conroy toll-free at (855) 988-2537. You can also email Betsy at bwilliams@simmonsfirm.com.
July 18 thru July 24    7668101

---

**NOTICE OF PUBLIC HEARING
PROPOSED ISSUE OF PRIVATE ACTIVITY REVENUE BONDS BY THE MARYLAND ECONOMIC DEVELOPMENT CORPORATION FOR THE BENEFIT OF P3 FOUNDATION, INC.**

The Maryland Economic Development Corporation will hold a public hearing on Monday, July 29, 2024 at 12:00 P.M. local time. The hearing is open to the public via telephonic conference call. The toll-free dial-in number is (888) 857-7121, and the passcode is 4105285526#. The purpose of the meeting is to consider the following:

The issuance and sale by the Maryland Economic Development Corporation (the "Corporation"), pursuant to Sections 10-101 through 10-133, inclusive, of the Economic Development Article of the Annotated Code of Maryland, as amended, of one or more series of its non-recourse limited obligation revenue bonds, pursuant to a plan of finance, in an aggregate principal amount not to exceed $24,000,000 (the "Bonds"). The Bonds will be issued in one or more series from time to time and loaned to P3 RS Office Holdings, LLC, a Maryland limited liability company (the "Borrower"), whose sole member is P3 Foundation Inc., a North Carolina non-profit corporation and organization described in Section 501(c)(3) of the Internal Revenue Code of 1986, as amended (the "Code"), to finance a portion of the costs of a certain project (the "Project"), consisting of: (a) the acquisition of a ground leasehold interest from the City of North Avenue, Baltimore, Maryland 21217 (at the corner of N. North Avenue and Linden Avenue), (the "Property"), (b) the construction on the Property of an approximately 63,183 rentable square foot building, to include office, training, and event space, including, to the extent permissible under the Act, a publicly accessible cafe for the ground level, together with certain other necessary and useful capital improvements and expenditures (collectively, the "Improvements") and, together with the Property, the "Facility"), (c) funding interest on the Bonds and any necessary reserves related to such non-recourse, limited obligation revenue bonds, and (d) paying certain costs relating to the issuance of the Bonds and other related eligible costs.

The Borrower will lease the Facility to the Mayor and City Council of Baltimore (the "City") for use as the new headquarters of the Mayor's Office of Employment Development ("MOED"). MOED will be the principal user of the Facility. The Bonds, if issued, are intended to be issued as qualified 501(c)(3) bonds pursuant to Section 145 of the Code.

Interested persons are invited to attend the public hearing and will have a reasonable opportunity to express their views, both orally and in writing, on the proposed issue of the Bonds and the location and nature of the proposed facilities to be financed or refinanced. Written statements may be submitted to the Corporation at or prior to the time of the public hearing. Any written statement submitted prior to the hearing should be sent to the following address: Maryland Economic Development Corporation, 7 St. Paul Street, Suite 940, Baltimore, Maryland 21202, Attention: Executive Director.
MARYLAND ECONOMIC DEVELOPMENT CORPORATION
J. Thomas Sadowski, Jr.
Executive Director
7/19/24    7668753

---

## APARTMENTS
### BALTIMORE CITY

**NW BALTO.** Summer Special $1800 moves you in. 2nd flr duplex. Kit. upon request. 5 min from Rodgers Ave Subway Station. $1000 mo. 443-506-7941

### ROOMS

**CATONSVILLE** Female to share non smoking house, $600 mo. Call 410-215-8492.

### ANTIQUES, ART, COLLECTIBLES

**ANTIQUE RADIOS** 11 - Antique Bendix Bakelite and Wooden Case Radios. $50-$100/ea OBO. Contact: George at 803-269-7221

### MISCELLANEOUS

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-337-5228 www.dental50plus.com/MDDC #6258

**DONATE YOUR CAR/TRUCK/RV** - Lutheran Mission Society of MD Compassion Place ministries help local families with- food, clothing, counseling. Tax deductible. MVA licensed #W1044. 410-228-8437    www.CompassionPlace.org

**ELIMINATE GUTTER CLEANING FOREVER!** LeafFilter, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call 1-844-566-3227

**GET DISH SATELLITE** TV + Internet! Free Install, Free HD-DVR Upgrade, 80,000 On-Demand Movies, Plus Limited Time Up To $600 In Gift Cards. Call Today! 1-855-407-6870

### WANTED TO BUY

**ANTIQUES AND COLLECTIBLES** Paying top cash for antiques and collectibles. Housecalls made with prompt, courteous service seven days a week and 25 years of experience! Buying toys, trains, militaria, glassware, advertising merchandise, paper items and much more! Contact Mason or Megan 800-649-8816

**FREON WANTED:** Certified buyer looking for R11, R12, R22 & more! Call Clarissa at 312-535-8384.

### YARD SALES
#### HOWARD COUNTY

**PRICED TO SELL**

**DAYTON**
Furniture: couches, tables, chairs, ottomans, dining room set, kitchen hutch, table and chairs
Garden Tools and Other tools
Men/Women Clothing
Linens - blankets, queen quilt, tablecloths
Pictures and frames
Area Rugs, Oriental, 8x10, 11x14, Round
Books -adult/children
DVDs
CDs
VHS
Cassette tapes
Players for above
Mirrors
Board Games
Decor
14041 Big Branch Dr, 21036
Saturday, July 20th
8a.m. to 1p.m.

### DOGS

**ENGLISH SPRINGER SPANIEL** Family raised, vet checked. These loyal, lovable puppies make great pets & companions. $575, 484-764-7115

**GOLDEN RETRIEVER PUPPIES** 3 weeks old, $1000. AKC and ACA registered. Dewormed, vaccinated, vet checked and microchipped. Ready for your home August 3, 2024 check out our website, www.sicklerfarm.com or call 304-457-6615 or 304-677-9896 for details. Delivery available.

**SHIH TZU** Beautiful Purebred Shih tzu puppies males and females call Natalie 410-960-5953 anytime $600.

---

**Renting or Selling Your Home?**
reach your buyers at
placeanad.baltimoresun.com

Selling your STUFF has never been So Easy
advertise. baltimoresun.com

Selling your car has never been easier.
advertise.baltimoresun.com
THE BALTIMORE SUN

The right place to advertise your Merchandise, Pets, Auto, Real Estate, Tag Sales & Flea Markets, Vacation Property, Wanted to Buy Items and more!