Maryland The Daily Record
200 St. Paul Place
Baltimore, MD, 21202
Phone: 4435248100

# MARYLAND
# THE DAILY RECORD

## Affidavit of Publication

To: Duane Morris LLP - Rosemary Goldburn
100 International Dr, Ste 700
Baltimore, MD, 212025184

Re: Legal Notice 2624768,

GRACE OCEAN PRIVATE LIMITED and SYNERGY MARINE PTE LTD

We hereby certify that the annexed advertisement was published in Maryland The Daily Record, a Daily newspaper published
in the State of Maryland 4 time(s) on the following date(s):
06/28/2024, 07/05/2024, 07/12/2024, 07/19/2024

By *[signature]*

Joy Hough
Authorized Designee of the Publisher

**Notices**

Robert B. Hopkins
Laurie G. Furshman
Duane Morris LLP
100 International Drive, Suite 700
Baltimore, Maryland 21202

UNITED STATES DISTRICT COURT - DISTRICT OF MARYLAND - NORTHERN DIVISION - Docket No. JKB 24-cv-941 - *IN ADMIRALTY* - In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, for Exoneration from or Limitation of Liability.

### Notice To Claimants Of Petition For Exoneration From Or Limitation Of Liability

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated: Baltimore, Maryland
April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200
*Counsel for Petitioners*
je28,jy5,12,19 2624763

## Construction

**CITY OF BALTIMORE
DEPARTMENT OF RECREATION AND PARKS
NOTICE OF LETTING**

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for **BALTIMORE CITY NO. RP23891 Greater Model Pools** will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M. **August 7, 2024**. Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates in Room 215, City Hall at Noon. The proposed Contract Documents may be examined, without charge, at the Dept. of Rec & Parks at 2600 Madison Ave, Baltimore, Md. 21217 by appointment only on Mondays - Fridays, 8:30am - 4:00pm by emailing benitai.randolph@baltimorecity.gov as of **June 28, 2024** and copies may be purchased for a non-refundable cost of **$100.00**. A SharePoint link to a PDF of the Construction Drawings will be provided to all prospective bidders. **Conditions and requirements of the Bid are found in the bid package.** All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact the Committee at 4 South Frederick Street, 4th Floor, Baltimore, Maryland 21202. If a bid is submitted by a joint venture ("JV"), then in that event, the document that established the JV **shall be submitted with the bid for verification purposes.** The Prequalification Category required for bidding on this project is **G90073 Swimming Pool Construction and Repair or E13001 Three Story and Under.** Cost Qualification Range for this work shall be **$7,200,000.00 to $8,200,000.00.** A "Pre-Bidding Information" session will be conducted via Microsoft Teams at 11:30am EST on **July 11, 2024.** Email your contact information to kbrower@baltimorecity.gov to receive an invite to the Microsoft Team (video conference meeting) no later than **3:00pm EST, July 10, 2024.** Principle Items of work for this project are Removal of Site Improvements and Structures, Demolition of One- Story Buildings, Earthwork, Underground Utilities, Storm Water facilities, New One-Story Buildings, New Swimming Pools, New Misters, New Site Amenities including Fencing, Landscaping, Hardscaping, Paving (including new sidewalk) and Curbs. The MBE goal is **10%** and WBE goal is **9%.**
APPROVED: M. Celeste Amato, Clerk, Board of Estimates
je28,jy1 2625809

## Construction

**CITY OF BALTIMORE
DEPARTMENT OF PUBLIC WORKS
OFFICE OF ENGINEERING AND CONSTRUCTION
NOTICE OF LETTING**

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for **WATER CONTRACT NO. 1448-Urgent Need Water Infrastructure Rehabilitation and Improvements Phase 1-FY25** will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M. on **July 24, 2024.** Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates and can be watched live on CharmTV's cable channel 25/1085HD; charmtvbaltimore.com/watch-live or listen in at (443) 984-1696 (ACCESS CODE: 0842939) from City Hall at Noon. The Contract Documents may be examined, without charge, at Contract Administration 4 South Frederick Street Baltimore, Maryland 21202 on the 3rd floor (410) 396-4041 as of **June 28, 2024** and copies may be purchased for a non-refundable cost of **100.00**. **Conditions and requirements of the Bid are found in the bid package.** All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact OBC at 4 S Frederick St., 4th Floor, Baltimore, MD 21202. If a bid is submitted by a joint venture ("JV"), then in that event, the document that established the JV **shall be submitted with the bid for verification purposes.** The Prequalification Category required for bidding on this project is **B02551 Water Mains.** Cost Qualification Range for this work shall be **$10,000,000.01 to $15,000,000.00.**
A "Pre-Bidding Information" session will be conducted via Microsoft Teams. Vendor can call 443-984-1696 Passcode: 4174591# on **July 12, 2024** at **10:00 AM.**
To purchase a bid book, please make an electronic request at:
https://publicworks.baltimorecity.gov/dpw-construction-projects-notice-letting and dpwbidopportunities@baltimorecity.gov. For further inquiries about purchasing bid documents, please contact the assigned Contract Administrator Latonia.Walston@baltimorecity.gov
**Principal items of work for this contract include, but are not limited to:**
Urgent need water main repairs and replacement as necessary, including, but not limited to, replacement/installation of various size new ductile iron pipe, valves, fittings, and appurtenances replacement/installation of fire hydrants, small (residential) meter settings and meter vaults, renew and replacement of existing water services, sidewalk restoration, curb and gutter, roadway paving, sedimentation and erosion control measures and maintenance of traffic, as required.
The MBE goal is **8%** The WBE goal is **5%**
APPROVED: Clerk, Board of Estimates
APPROVED: Khalil Zaied, Acting Director Department of Public Works
je28,jy1 2625675

## Other

**Health Resources and Services Administration
NOTICE TO THE PUBLIC OF FINDING OF
NO SIGNIFICANT IMPACT
For Southern Streams Health and Wellness Center**

In accordance with the National Environmental Policy Act, the Council on Environmental Quality regulations for implementing NEPA (40 CFR Parts 1500 through 1508) and the HHS General Administration Manual Part 30 Environmental Protection (February 25, 2000), HRSA has determined that the Southern Streams Health and Wellness Center proposed by Mary Harvin Transformation Center Community Development will have no significant adverse impact on the quality of the human environment. As a result of this FONSI, an Environmental Impact Statement will not be prepared.
The Health Resources and Services Administration (HRSA) of the Department of Health and Human Services (HHS) provides discretionary grant and cooperative agreement awards to support health centers expand their capacity to provide primary and preventive health care services to medically underserved populations nationwide.
Mary Harvin Transformation Center Community Development in Baltimore, MD has applied for HRSA grant funding. The applicant proposes to use grant funds to construct an approximately 123,000 sq. ft. health and wellness center that will include approximately 67,000 sq. ft. of office space and a 125-car garage located at 1501 N. Chester Street. The applicant has submitted an Environmental Assessment (EA) that documents impacts of the proposed action. This EA is incorporated by reference into this FONSI.
Additional project information is contained in the Environmental Assessment for this project, which is on file at the following address for public examination upon request between the hours of 9 a.m. and 5 p.m., Monday through Friday.
Southern Baptist Church
1701 N. Chester Street
Baltimore, MD 21213
Attn: Dr. Donte L. Hickman Sr.
Phone: (410) 732-8566
Email: pastorhickman@southernbaptistchurch.org
No further environmental review of this project is proposed prior to final approval from HRSA.
Public Comments
Any individual, group, or agency disagreeing with this determination or wishing to comment on these projects may submit written comments to the Mary Harvin Transformation Center Community Development Corporation, Dr. Donte L. Hickman Sr., President, at the above referenced address.
HRSA will consider all comments received within 15 days of this "Notice" prior to final approval from HRSA.
je28,jy5 2625277

**TO PLACE LEGAL ADVERTISING
CALL 443-992-7728**

**Independence Day
Office Closed – July 4, 2024**

| Edition Of: | Deadline: | Cancellation |
|---|---|---|
| Fri. July 5 | Mon. July 1 at 10:00am(Auctions) 2pm(Other) | Tues. July 2 at Noon |
| Mon. July 8 | Wed. July 3 at 10:00am(Auctions) 2pm(Other) | Fri. July 5 at Noon |

## Baltimore County

**NOTICE OF ZONING HEARING**
The Administrative Law Judge of Baltimore County, by authority of the Zoning Act and Regulations of Baltimore County, will hold a virtual hearing and/or in person (upon request) on the property identified herein as follows:
**CASE NUMBER: 2024-0132-SPH**
7310 Park Heights Avenue
Northeast of intersection of Howard & Randall Avenues, west of Balt. City/County line
3rd Election District - 2nd Councilmanic District
Legal Owners: Har Sinai-Oheb Shalom Congregation, Inc.
Contract Purchaser/Lessee: Ohr Chadash Congregation, Inc.
Special Hearing to confirm that the location of accessory structures 1, 2 and 3 as shown on the Site Plan to accompany Petition for Zoning Hearing conforms to the requirements of BCZR, Section 400, or in the alternative, to approve the location of accessory structures 1, 2 and 3 as shown on the site plan to accompany Zoning Petition. From BCZR, Section 500.7 to determine whether the Administrative Hearing officer should approve the site plan for buildings devoted to educational activity (K thru 8th Grade School) in accordance with the requirements of BCZR, Section 1B01.1.B.1.g(10), including finding that the restrictions contained in BCZR, Section 1B01.1.B.1.a through e do not apply to the proposed project. Special Hearing to confirm that the accessory off-street parking provided on the site conforms to the requirements of BCZR, Section 409 or in the alternative, approve a modified parking plan as shown on the plan to accompany Petition for Zoning Hearing pursuant to BCZR, Section 409.12.B.; approve such further and other relief as the nature of this case may require.
Hearing: Thursday, July 18, 2024 at 1:30 p.m.
For information on how to participate in the hearings please go to www.baltimorecountymd/gov/adminhearings no later than 48 hours prior to the hearing. You will be asked to provide your contact information and the case number provided above. You may also call 410-887-3868, ext. 0.
je28 2626147

## Baltimore County

**NOTICE OF ZONING HEARING**
The Administrative Law Judge of Baltimore County, by authority of the Zoning Act and Regulations of Baltimore County, will hold a virtual hearing and/or in person (upon request) on the property identified herein as follows:
**CASE NUMBER: 2024-0149-SPHA**
11350 McCormick Road
Corner of southside of Shawan Road, east side of McCormick Road
8th Election District - 3rd Councilmanic District
Legal Owners: Executive Plaza, LLC
Special Hearing 1. To allow an identification sign to be erected on a canopy structure as this structural sign type is defined in Section 450.5.B.3 of the BCZR rather than be attached to a building wall in a parallel plane to the wall (sign type E). 2. To allow freestanding signs to have 4 sides rather than 2 sides (sign types G,H). Variance 1. To allow apartment windows facing an internal property line other than a street line to be as close as 0 ft. thereto in lieu of the required 25 ft., pursuant to Sec. 235A.2 of the BCZR. 2. To allow amenity open space rations of 0.12, 0.14 and 0.13 for Parcels II, III and V, respectively. 3. To allow a maximum building height of 89 ft. in lieu of the permitted 40 ft. and 87 ft. in lieu of the permitted 50 ft. pursuant to Sec. 234.1 and 231.1 of the BCZR. 4. To allow a total of 12 identification signs (wall-mounted sign types A-D, canopy sign type E, freestanding sign type H) accessory to a multi-family building with sign areas/faces of 14, 17, 25, 28, 140 and 600 sq. ft. (for a total of 1,191 sq. ft.) in lieu of the one identification sign permitted for a single road frontage with a sign/area face of 25 sq. ft. pursuant to Sec. 450.4.Table of Sign Regulations.6(a) of BCZR. 5. To allow freestanding identification signs with a height of 9 ft. in lieu of the permitted 6 ft., pursuant to Sec. 450.4.Table of Sign Regulations.6(a) of the BCZR (sign type H). 6. To allow an identification sign to be installed on the top of a canopy a distance of 1 ft. from the wall and a distance of 6 ft. above the vertical face of the canopy in lieu of the requirement that the sign be wall-mounted, pursuant to Sec. 450.4.Table of Sign Regulations.6(a), BCZR. 7. To allow freestanding directional signs with sign areas/faces of 14 sq. ft. each in lieu of the permitted 8 sq. ft. and to allow the multi-family community name/logo on a directional sign to exceed 30% of the total sign area, pursuant to Sec. 450.4.Table of Sign Regulations.1.3, BCZR (sign Type G). 8. To allow wall-mounted directional signs with sign areas/faces of 28 sq. ft. each in lieu of the permitted 8 sq. ft., pursuant to Sec. 450.4.Table of Sign Regulations.1.3 of the BCZR (sign type F). 9. To allow freestanding signs within a single premises to be as close as 2 ft. apart in lieu of the required 100 ft. signs larger than 8 sq. ft. each, pursuant to Section 450.5.B.4.a, BCZR.
Hearing: Thursday, July 18, 2024 at 10:00 a.m.
Friday, July 19, 2024 at 10:00 a.m. (if needed)
For information on how to participate in the hearings please go to www.baltimorecountymd/gov/adminhearings no later than 48 hours prior to the hearing. You will be asked to provide your contact information and the case number provided above. You may also call 410-887-3868, ext. 0.
je28 2626146

## Notices

10 August, 2023
LOST TITLE APPLICATION NO.: 2451522
OFFICE OF TITLES
NOTICE PURSUANT TO SECTION 82 OF THE REGISTRATION OF TITLES ACT (RTA)
WHEREAS the applicant(s) in the above stated application has/have declared that the following duplicate Certificate of Title has been lost, I HEREBY GIVE NOTICE that I intend to cancel the said Certificate of Title and issue a new one in duplicate fourteen days after the last publication of this advertisement.
Volume: 1236
Folio: 331
Place: Part of Cross
Parish: Clarendon
Registered proprietor(s): Avis Tetteh
/s/ L. Dunbar
Deputy Registrar of Titles
To: Zuleika A Jess, Attorney-at-law
je28 2625643

## Notices

**Robert B. Hopkins
Laurie G. Furshman
Duane Morris LLP
100 International Drive, Suite 700
Baltimore, Maryland 21202**
UNITED STATES DISTRICT COURT - DISTRICT OF MARYLAND - NORTHERN DIVISION - Docket No. JKB 24-cv-941 - *IN ADMIRALTY* - In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, for Exoneration from or Limitation of Liability.
**Notice To Claimants Of Petition For Exoneration From Or Limitation Of Liability**
Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").
All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.
Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.
Dated: Baltimore, Maryland
April 1, 2024
/s/ Katie Nader
Clerk of the Court
U.S. District Court for the District of Maryland
DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore. MD 21202
(410) 949-2900
BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200
*Counsel for Petitioners*
je28,jy5,12,19 2624763

## Notices

**NOTICE TO PUBLIC**
DESCRIPTION: Private property, Bowley's Quarters, Map: 0091, Grid: 0015, Parcel: 0302 & 0383, Lots 1 and 2, more particularly described in metes and bounds recorded among the land records of Baltimore County, Liber: 38995, Folio: 189
INFORMATION: www.4103358000.com/PN
je14,21,28 2620818

## Howard County

**Steffani Langston, Esquire
502 Washington Avenue, Suite 700
Towson Maryland 21204**
CIRCUIT COURT FOR HOWARD COUNTY, MARYLAND, 9250 Judicial Way, Ellicott City, Maryland, 21043 - To: JEFFERY JERMAIN WALKER, FLORIDA - Case Number: C-13-FM-24-000604 - IN THE MATTER OF JEFFERY JERMAIN WALKER, JR.
**NOTICE OF PETITION FOR CHANGE OF NAME OF A MINOR
(Md. Rule 15-901(d))**
FOR CHANGE OF NAME TO:
Jeffrey John Michael Cruz
Name petitioner wants minor to be known as
A petition to change the name of Jeffrey Jermain Walker, Jr. to Jeffrey John Michael Cruz has been filed with this court.
You must consent to (agree) or object to (oppose) the petition in writing no later than 30 days after being served (receiving) this notice and the documents filed in this case. **If you do not file a written consent or objection within 30 days of being served with this notice, the court will consider your silence to be consent and may grant the name change.**
You can use form CC-DR-063 (Parent's/Guardian's/Custodian's Consent/Objection to Change of Name of a Minor).
Any objection must be supported by an affidavit (a written statement signed by oath or affirmation) and served on all parties. (Md. Rule 1-321.)
Changing the name of the minor will not change an existing child support obligation or paternity.
WAYNE A. ROBEY
Clerk of the Circuit Court
je14,21,28 2621378

## Baltimore City

**Bonita Pinkney
9613 Harford Road,
Parkville, Maryland 21234-2150**
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the
**Estate of (207269) Mildred J. Crowder**
Notice is given that BONITA PINKNEY, 9613 Harford Road, Parkville, Maryland 21234-2150, was on June 21, 2024, appointed personal representative(s) of the estate of Mildred J. Crowder who died on June 5, 2024, with a will.
Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.
All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 21st day of December, 2024.
Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or
(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.
BONITA PINKNEY, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.
je28,jy5,12 2626204

## Baltimore City

**Bonnie A. Travieso, Esquire
Travieso & Ziegler, LLC
600 Wyndhurst Avenue, Suite 246,
Baltimore, Maryland 21210**
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the
**Estate of (206066) John A. Talbott**
Notice is given that SUSAN W. TALBOTT, 3908 North Charles Street, #101, Baltimore, Maryland 21218, was on June 21, 2024, appointed personal representative(s) of the estate of John A. Talbott who died on November 29, 2023, with a will.
Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.
All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 21st day of December, 2024.
Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or
(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.
SUSAN W. TALBOTT, Personal Representative(s)
True Test-Copy: BELINDA K. CONAWAY
Register of Wills for Baltimore City
111 N. Calvert Street, Maryland 21202.
je28,jy5,12 2626202

## Baltimore City

**Brandi Denika Davis
2831 Joseph Avenue,
Brooklyn, Maryland 21225-1134**
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the
**Estate of (207279) Aleasa Mae Faulkner**
Notice is given that BRANDI DENIKA DAVIS, 2831 Joseph Avenue, Brooklyn Maryland 21225-1134, was on June 21, 2024, appointed personal representative(s) of the estate of Aleasa Mae Faulkner who died on May 26, 2024, without a will.
Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.
All persons having any objection to the appointment shall file their objection with the Register of Wills on or before the 21st day of December, 2024.
Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death or
(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claim within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.
BRANDI DENIKA DAVIS, Personal Representative(s)
True Test-Copy: BELINDA K. CONAWAY
Register of Wills for Baltimore City
111 N. Calvert Street, Maryland 2120[2]
je28,jy5,12 2626195

This page consists entirely of classified legal notices (probate notices, estate notices, zoning hearing notices, federal court admiralty notice, and an HRSA environmental FONSI notice). The content is legal-notice boilerplate published in The Daily Record.

## Other

### Health Resources and Services Administration
### NOTICE TO THE PUBLIC OF FINDING OF NO SIGNIFICANT IMPACT
### For Southern Streams Health and Wellness Center

In accordance with the National Environmental Policy Act, the Council on Environmental Quality regulations for implementing NEPA (40 CFR Parts 1500 through 1508) and the HHS General Administration Manual Part 30 Environmental Protection (February 25, 2000), HRSA has determined that the Southern Streams Health and Wellness Center proposed by Mary Harvin Transformation Center Community Development will have no significant adverse impact on the quality of the human environment. As a result of this FONSI, an Environmental Impact Statement will not be prepared.

The Health Resources and Services Administration (HRSA) of the Department of Health and Human Services (HHS) provides discretionary grant and cooperative agreement awards to support health centers expand their capacity to provide primary and preventive health care services to medically underserved populations nationwide.

Mary Harvin Transformation Center Community Development in Baltimore, MD has applied for HRSA grant funding. The applicant proposes to use grant funds to construct an approximately 123,000 sq. ft. health and wellness center that will include approximately 67,000 sq. ft. of office space and a 125-car garage located at 1501 N. Chester Street. The applicant has submitted an Environmental Assessment (EA) that documents impacts of the proposed action. This EA is incorporated by reference into this FONSI.

Additional project information is contained in the Environmental Assessment for this project, which is on file at the following address for public examination upon request between the hours of 9 a.m. and 5 p.m., Monday through Friday.

Southern Baptist Church
1701 N. Chester Street
Baltimore, MD 21213
Attn: Dr. Donte L. Hickman Sr.
Phone: (410) 732-8566
Email: pastorhickman@southernbaptistchurch.org

No further environmental review of this project is proposed prior to final approval from HRSA.

**Public Comments**

Any individual, group, or agency disagreeing with this determination or wishing to comment on these projects may submit written comments to the Mary Harvin Transformation Center Community Development Corporation, Dr. Donte L. Hickman Sr., President, at the above referenced address.

HRSA will consider all comments received within 15 days of this "Notice" prior to final approval from HRSA.

je28,jy5 2625277

## Baltimore County

### NOTICE OF ZONING HEARING

The Administrative Law Judge of Baltimore County, by authority of the Zoning Act and Regulations of Baltimore County, will hold a virtual hearing and/or in person (upon request) on the property identified herein as follows:
CASE NUMBER: 2024-0147-SPHA
11417 Notchcliff Road
Eastside of Notchcliff Road, southwest of Glen Arm Road
11th Election District - 3rd Councilmanic District
Legal Owner: James Tyler
Special Hearing to permit an accessory building on a parcel of land without a principal building existing. Variance to permit an accessory building in lieu of a principal building, and a height of 21 ft. in lieu of the required maximum height of 15 ft. per Section 400.3, BCZR.
Hearing: Wednesday, July 24, 2024 at 10:00 a.m.
For information on how to participate in the hearings please go to www.baltimorecountymd.gov/adminhearings no later than 48 hours prior to the hearing. You will be asked to provide your contact information and the case number provided above. You may also call 410-887-3868, ext. 0.

jy5 2627454

## Notices

Robert B. Hopkins
Laurie G. Furshman
Duane Morris LLP
100 International Drive, Suite 700
Baltimore, Maryland 21202

UNITED STATES DISTRICT COURT - DISTRICT OF MARYLAND - NORTHERN DIVISION - Docket No. JKB 24-cv-941 - IN ADMIRALTY - In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, for Exoneration from or Limitation of Liability.

**Notice To Claimants Of Petition For Exoneration From Or Limitation Of Liability**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, et seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated: Baltimore, Maryland
April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06021)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore. MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington. DC 20006
202-420-2200
Counsel for Petitioners

je28,jy5,12,19 2624768

## Baltimore City

Brandon Gaskins, Sr.
621 Markham Road,
Baltimore, Maryland 21229-4408
IN THE ORPHANS' COURT FOR (OR) BEFORE THE REGISTER OF WILLS FOR BALTIMORE CITY, MARYLAND - IN THE ESTATE OF:

### Rickelle Berry; Estate No. 206123
### Notice of Judicial Probate

To all Persons Interested in the above estate:
You are hereby notified that a petition has been filed by BRANDON GASKINS for judicial probate and for the appointment of a personal representative. A hearing will be held at Orphans' Court for Baltimore City, 111 North Calvert Street-Room 303, Baltimore, MD 21202 on August 1, 2024 at 10:00 AM.
This hearing may be transferred or postponed to a subsequent time. Further information may be obtained by reviewing the estate file in the office of the Register of Wills.

BELINDA K. CONAWAY, Register of Wills,
True Test–Copy: BELINDA K. CONAWAY,
111 N. Calvert Street, Baltimore, Maryland 21202

jy5,12 2627518

## Baltimore City

John G. Rolker
Law Offices of John G. Rolker, LLC
920 Providence Road, #405,
Towson, Maryland 21286
Small Estate Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (206687) Mary Bernadette Healey aka: Bernadette Mary Healey

Notice is given that GREGORY AYD, 802 Swift Court, Towson, Maryland 21286 was on June 24, 2024, appointed personal representative(s) of the small estate of Mary Bernadette Healey aka: Bernadette Mary Healey who died on November 21, 2023, without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills within 30 days after the date of publication of this Notice. All persons having an objection to the probate of the will shall file their objections with the Register of Wills within six months after the date of publication of this Notice.

All persons having claims against the decedent must serve their claims on the undersigned personal representative(s) or file them with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death; except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Thirty days after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claims will be barred unless the creditor presents the claim within thirty days from the mailing or other delivery of the notice. Any claim not served or filed within that time, or any extension provided by law, is unenforceable thereafter.

GREGORY AYD, Personal Representative(s).
True Test–Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202

jy5 2627517

## Baltimore City

Aaron Taylor
939 Homestead Street,
Baltimore, Maryland 21218-3607
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (207233) Barbara Lynn Taylor

Notice is given that AARON TAYLOR, 939 Homestead Street, Baltimore, Maryland 21218-3607, was on June 14, 2024, appointed personal representative(s) of the estate of Barbara Lynn Taylor who died on April 7, 2024, without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills on or before the 14th day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

AARON TAYLOR, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202.

je21,28,jy5 2624271

## Baltimore City

Angela Spence
3634 Columbus Drive,
Baltimore, Maryland 21215-6120
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (207202) Joyce Elaine Spence

Notice is given that ANGELA SPENCE, 3634 Columbus Drive, Baltimore, Maryland 21215-6120, was on June 14, 2024, appointed personal representative(s) of the estate of Joyce Elaine Spence who died on February 4, 2024, without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills on or before the 14th day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

ANGELA SPENCE, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202.

je21,28,jy5 2624263

## Baltimore City

Ann Marie Codori
200 Wyndhurst Avenue,
Baltimore, Maryland 21210-2408
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (205733) Laurence M. Codori aka: Laurence Murray Codori, Jr.

Notice is given that ANN MARIE CODORI, 200 Wyndhurst Avenue, Baltimore, Maryland 21210-2408, was on June 14, 2024, appointed personal representative(s) of the estate of Laurence M. Codori aka: Laurence Murray Codori, Jr. who died on November 3, 2023, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 14th day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

ANN MARIE CODORI, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202.

je21,jy5 2624262

## Baltimore City

Bonita Pinkney
9613 Harford Road,
Parkville, Maryland 21234-2150
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (207269) Mildred J. Crowder

Notice is given that BONITA PINKNEY, 9613 Harford Road, Parkville, Maryland 21234-2150, was on June 21, 2024, appointed personal representative(s) of the estate of Mildred J. Crowder who died on June 5, 2024, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 21st day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

BONITA PINKNEY, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.

je28,jy5,12 2626204

## Baltimore City

Bonnie A. Travieso, Esquire
Travieso & Ziegler, LLC
600 Wyndhurst Avenue, Suite 246,
Baltimore, Maryland 21210
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (206066) John A. Talbott

Notice is given that SUSAN W. TALBOTT, 3908 North Charles Street, #101, Baltimore, Maryland 21218, was on June 21, 2024, appointed personal representative(s) of the estate of John A. Talbott who died on November 29, 2023, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 21st day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

SUSAN W. TALBOTT, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.

je28,jy5,12 2626202

## Baltimore City

Brandi Denika Davis
2831 Joseph Avenue,
Brooklyn, Maryland 21225-1134
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (207279) Aleasa Mae Faulkner

Notice is given that BRANDI DENIKA DAVIS, 2831 Joseph Avenue, Brooklyn, Maryland 21225-1134, was on June 21, 2024, appointed personal representative(s) of the estate of Aleasa Mae Faulkner who died on May 26, 2024, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills on or before the 21st day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

BRANDI DENIKA DAVIS, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.

je28,jy5,12 2626195

## Baltimore City

Carl N. Ziegler, Esquire
Travieso & Ziegler, LLC
600 Wyndhurst Avenue, Suite 246
Baltimore, Maryland 21210
Notice of Appointment Notice to Creditors
Notice to Unknown Heirs to all Persons Interested in the

### Estate of (207213) John F. LaClair

Notice is given that REID A. LACLAIR, 1214 John Street, Baltimore, Maryland 21217, REBECCA H. HANSON, 1214 John Street, Baltimore, Maryland 21217, were on June 12, 2024, appointed personal representative(s) of the estate of John F. LaClair who died on May 6, 2024, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 12th day of December, 2024.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

REID A. LACLAIR, REBECCA H. HANSON, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.

je20,27,jy5 2623916

## Construction

### CITY OF BALTIMORE
### DEPARTMENT OF RECREATION AND PARKS
### NOTICE OF LETTING

Sealed Bids or Proposals, in duplicate addressed to the Board of Estimates of the Mayor and City Council of Baltimore and marked for **BALTIMORE CITY NO. RP24812 Congressman Elijah Cummings Recreation Center** will be received at the Office of the Comptroller, Room 204 City Hall, Baltimore, Maryland until 11:00 A.M. **August 21, 2024**. Positively no bids will be received after 11:00 A.M. Bids will be publicly opened by the Board of Estimates in Room 215, City Hall at Noon. The proposed Contract Documents may be examined, without charge, at the Dept. of Rec & Parks at 2600 Madison Ave, Baltimore, Md. 21217 by appointment only on Mondays - Fridays, 8:30am - 4:00pm by emailing benitaj.randolph@baltimorecity.gov as of **July 12, 2024** and copies may be purchased for a non-refundable cost of **$100.00.** A SharePoint link to a PDF of the Construction Drawings will be provided to all prospective bidders. **Conditions and requirements of the Bid are found in the bid package.** All contractors bidding on this Contract must first be prequalified by the City of Baltimore Contractors Qualification Committee. Interested parties should call (410) 396-6883 or contact the Committee at 4 South Frederick Street, 4th Floor, Baltimore, Maryland 21202. **If a bid is submitted by a joint venture ("JV"), then in that event, the document that established the JV shall be submitted with the bid for verification purposes.** The Prequalification Category required for bidding on this project is **E13001 Three Story and Under.** Cost Qualification Range for this work shall be **$12,000,000.00** to **$17,000,000.00.** A "Pre- Bidding Information" session will be conducted **via Microsoft Teams at 10:00am EST** on **July 23, 2024**. Email your contact information to ldecker@baltimorecity.gov to receive an invite to the Microsoft Team (video conference meeting) no later than **3:00pm EST, July 22, 2024**. Removal of Site Improvements, Earthwork, Underground Utilities, Storm Water facilities, Retaining, Site Amenities, Landscaping, Hardscaping, Paving and Curbs. Concrete Foundations, Piles and Grade Beams, Masonry and Steel Structure, Mechanical Systems, Plumbing Systems, Electrical and Photovoltaic Systems, Fire Protection Systems, Gymnasium and Fitness Finishes and Equipment, Office and Conference Finishes and Equipment. The MBE goal is **14.06%** and WBE goal is **7.19%.**
**APPROVED: M. Celeste Amato, Clerk, Board of Estimates**
jy12,15 2629668

## Other

### BOARD OF LIQUOR LICENSE COMMISSIONERS FOR BALTIMORE CITY
### NOTICE - JULY 2024

Petitions have been filed by the following applicants for licenses to sell alcoholic beverages at the premises set opposite their respective names. The real property for these applications will be posted on or about July 15, 2024. Written protests concerning any application will be accepted until and including the time of the hearing. Public hearings may be scheduled on or after July 25, 2024 at 10:30 AM in City Hall; 100 N. Holliday Street, Room 215, Baltimore, Maryland 21202. Please visit llb.baltimorecity.gov under the link for "Hearing Schedules" for confirmation of the date, time, and place for all matters being heard by the Board.

**1. CLASS "A" BEER, WINE & LIQUOR LICENSE**
**Applicant:** Nihit, Inc. T/a Mueller's Deli - Brijesh Patel, Hiralben Patel, and Thomas Carl Long
**Petition:** Transfer of ownership requesting delivery of alcoholic beverages
**Premises:** 7205-07 Harford Road 21234
*(City Council District: 3rd; State Legislative District: 45th)*

**2. CLASS "B" BEER, WINE & LIQUOR LICENSE**
**Applicant:** Peter Zhang Baltimore, LLC T/a Peter Chang - Christopher Mak Chen
**Petition:** Transfer of ownership
**Premises:** 1923 Ashland Avenue 21205
*(City Council District: 13th; State Legislative District: 45th)*

**Applicant:** Merve Pizza, LLC T/a Trade Name Pending - Mehmet Guclu
**Petition:** New restaurant license requesting live entertainment, outdoor table service, and delivery of alcoholic beverages
**Premises:** 33 W. North Avenue 21201
*(City Council District: 12th; State Legislative District: 40th)*

**Applicant:** Micky's Joint, LLC T/a Micky's Joint - Krista Ann Cushman
**Petition:** Transfer of ownership with continuation of live entertainment and outdoor table service, requesting off-premises catering and delivery of alcoholic beverages
**Premises: 5402 Harford Road 21214**
*(City Council District: 3rd; State Legislative District: 45th)*

**Applicant:** Port House, LLC T/a Port House, LLC - Georgio Comninos, Despina Forakis, and Eleni Fotiadou
**Petition:** New restaurant license
**Premises:** 6500 Riverview Avenue 21222
*(City Council District: 1st; State Legislative District: 46th)*

**Applicant:** Gastro Social, Inc. T/a Gastro Social - Leo E. Patalinghug
**Petition:** Transfer of ownership with continuation of outdoor table service
**Premises:** 806 Stiles Street 21202
*(City Council District: 1st; State Legislative District: 46th)*

**3. CLASS "BD7" BEER, WINE & LIQUOR LICENSE**
**Applicant:** Locals Only Baltimore, LLC T/a Locals Only - Andrew Wheeler
**Petition:** Transfer of ownership requesting outdoor table service
**Premises:** 25 E. Cross Street 21230
*(City Council District: 11th; State Legislative District: 46th)*

**Applicant:** Havana Management, Inc. T/a Little Havana - Marc Gentile and Brittany Talbott
**Petition:** Transfer of ownership with continuation of outdoor table service, requesting off-premises catering
**Premises:** 1325 Key Highway 21230
*(City Council District: 11th; State Legislative District: 46th)*
jy12,15 2629641

## Baltimore City

### Notice of Filing a Petition For Termination of Parental Rights

To: Nathaniel L. Covington III

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T23297003

All persons who believe themselves to be parents of a female child born on 5/11/22 Baltimore, Md. to Lainga Anntoinette Henderson DOB: (12/15/81) and Nathaniel L. Covington III DOB: (3/3/67)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 12, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy12 2629877

## Baltimore City

### Notice of Filing a Petition For Termination of Parental Rights

To: Alyssa Nichole Storto

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T24008005

All persons who believe themselves to be parents of a female child born on 3/15/23 Baltimore, Md. to Alyssa Nichole Storto DOB: (11/4/92) and Unknown Father DOB: (Unknown)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 12, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy12 2629879

## Baltimore City

### Notice of Filing a Petition For Termination of Parental Rights

To: Lainga Anntoinette Henderson

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T23297003

All persons who believe themselves to be parents of a female child born on 5/11/22 Baltimore, Md. to Lainga Anntoinette Henderson DOB: (12/15/81) and Nathaniel L. Covington III DOB: (3/3/67)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 12, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy12 2629876

## Baltimore City

### Notice of Filing a Petition For Termination of Parental Rights

To: Shawna Genae Sharp

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T24030002

All persons who believe themselves to be parents of a male child born on 3/31/13 Baltimore, Md. to Shawna Genae Sharp DOB: (9/23/80)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 12, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy12 2629884

## Baltimore City

### Notice of Filing a Petition For Termination of Parental Rights

To: Shawna Genae Sharp

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T24030003

All persons who believe themselves to be parents of a male child born on 8/23/14 Baltimore, Md. to Shawna Genae Sharp DOB: (9/23/80)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 12, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy12 2629885

## Baltimore City

### Notice of Filing a Petition For Termination of Parental Rights

To: Unknown Father

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T24008005

All persons who believe themselves to be parents of a female child born on 3/15/23 Baltimore, Md. to Alyssa Nichole Storto DOB: (11/4/92) and Unknown Father DOB: (Unknown)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 12, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy12 2629881

## Notices

**Robert B. Hopkins**
**Laurie G. Furshman**
**Duane Morris LLP**
100 International Drive, Suite 700
Baltimore, Maryland 21202
UNITED STATES DISTRICT COURT - DISTRICT OF MARYLAND - NORTHERN DIVISION - Docket No. JKB 24-cv-941 - *IN ADMIRALTY* - In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, for Exoneration from or Limitation of Liability.

**Notice To Claimants Of Petition For Exoneration From Or Limitation Of Liability**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated: Baltimore. Maryland
April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore. MD 21202
(410) 949-2900
BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington. DC 20006
202-420-2200
*Counsel for Petitioners*
je28,jy5,12,19 2624768

## Baltimore City

**D. Gregory Howard**, Esquire
**Howard & Howard Attorneys at Law**
298 Butler Road
Reisterstown, Maryland 21136
**Notice To Creditors Of A Revocable Trust**
**To All Persons Interested In**

### The Trust Of Marshall Pittman
### (that is, the 2002 Marshall Pittman and
### Frances Pittman Revocable Family Trust):

This is to give notice that Marshall A. Pittman ("the Decedent") died on or about April 24, 2023, Mr. Pittman was preceded in death by his wife, Ms. Frances L. Pittman.

Before the Decedent's death, the Decedent created a Revocable Trust for which the undersigned, Mrs. Diane Elise Hickman, whose address is 13002 Augustas Progress Drive, Bowie, MD 20720, is now the Trustee.

To have a Claim satisfied from the property of this Trust, a person who has a Claim against the Decedent must present the Claim on or before the date that is 6 months after the date of the First Publication of This Notice to the undersigned Trustee at the address stated above for the Trustee.

The Claim must include the following information:
A verified written statement of the Claim indicating its basis;
The name and address of the claimant;
If the claim is not yet due, the date on which it will become due;
If the claim is contingent, the nature of the contingency;
If the claim is secured, a description of the security; and
The specific amount claimed.

Any Claim not presented to the Trustee on or before that date or any extension provided by law is unenforceable.

/s/ Diane Elise Hickman
Diane Elise Hickman, Trustee

Date of First Publication: July 12, 2024
jy12,19,26 2629875

## Baltimore City

**Diana G. Khan**, Esquire
10451 Mill Run Circle, #400,
Owings Mills, Maryland 21117
**Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

### Estate of (206086) Marie P. Sanders

Notice is given that VINCENT SANDERS, JR., 11619 North Landis Avenue, Waynesboro, Pennsylvania 17268, was on July 5, 2024, appointed personal representative(s) of the estate of Marie P. Sanders who died on December 13, 2023, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment or to the probate of the decedent's will shall file their objections with the Register of Wills on or before the 5th day of January, 2025.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

VINCENT SANDERS, JR., Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.

jy12,19,26 2629978

## Baltimore City

**Ebony Ellerba-McNill**
4814 Laurel Avenue,
Baltimore, Maryland 21215-6402
**Small Estate Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

### Estate of (207385) Sheila Mildred Ellerba

Notice is given that EBONY ELLERBA-MCNILL, 4814 Laurel Avenue, Baltimore, Maryland 21215-6402, was on July 5, 2024, appointed personal representative(s) of the small estate of Sheila Mildred Ellerba who died on January 19, 2024, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills within 30 days after the date of publication of this Notice. All persons having an objection to the probate of the will shall file their objections with the Register of Wills within six months after the date of publication of this Notice.

All persons having claims against the decedent must serve their claims on the undersigned personal representative(s) or file them with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death; except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Thirty days after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claims will be barred unless the creditor presents the claim within thirty days from the mailing or other delivery of the notice. Any claim not served or filed within that time, or any extension provided by law, is unenforceable thereafter.

EBONY ELLERBA-MCNILL, Personal Representative(s).
True Test--Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202

jy12 2629982

## Baltimore City

**Matt C. Wathen**, Esquire
**Stouffer Legal, LLC**
658 Kenilworth Drive, Suite 203,
Towson, Maryland 21204
**Small Estate Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

### Estate of (206411) Yvonne R. Cook

Notice is given that SHAVONNE COOK, 905 West Leigh Street, Richmond, Virginia 23220, was on July 5, 2024, appointed personal representative(s) of the small estate of Yvonne R. Cook who died on November 9, 2023, with a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills within 30 days after the date of publication of this Notice. All persons having an objection to the probate of the will shall file their objections with the Register of Wills within six months after the date of publication of this Notice.

All persons having claims against the decedent must serve their claims on the undersigned personal representative(s) or file them with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:

(1) Six months from the date of the decedent's death; except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or

(2) Thirty days after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claims will be barred unless the creditor presents the claim within thirty days from the mailing or other delivery of the notice. Any claim not served or filed within that time, or any extension provided by law, is unenforceable thereafter.

SHAVONNE COOK, Personal Representative(s).
True Test--Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202

jy12 2629980

Visit **TheDailyRecord.com** to subscribe or **call 877-615-9536**

MARYLAND
**THE DAILY RECORD**

## Goods and Services

**City of Baltimore**
**Department of Finance**
**Bureau of Procurement**

Sealed proposals addressed to the Board of Estimates of Baltimore will be Received until, but not later than 11:00 am local time on the following dates for the stated requirements.

August 21, 2024
- WATER METER INSTALLATION RFQ-000508
- TENTS WITH LOGO HEAVY DUTY ALUMINUM RFQ-000609
- MAINTENANCE REPAIR AND INSTALLATION SERVICES FOR VARIOUS OVERHEAD DOORS RFQ-000186
- NIKON PRODUCTS RFQ-000583

ENTIRE SOLICITATION CAN BE VIEWED AND DOWNLOADED BY VISITING THE WEBSITE:
https://wd1.myworkdaysite.com/supplier/baltimorecity/SupplierSite
jy19,26 2632926

## Montgomery County

**MONTGOMERY COUNTY COUNCIL PUBLIC HEARINGS**
**July 30, 2024, at 1:30 p.m.**
*Deadline to sign up to speak is July 29 at 2 p.m.*

- Resolution to approve Supplemental Appropriation #25-4 to the Fiscal Year 2025 Operating Budget, Montgomery County Government, Department of Health and Human Services, Maryland Community Health Resources Commission Hub [illegible] (Source of Funds: State Grant)

[illegible] in advance to provide testimony in-person or virtually at a public [illegible] Council hearing room in the Council office building and [illegible] and video via the Council's website [illegible] or by calling 240-777-7803 for phone testimony. Add[illegible] may be mailed to Stella B. Werner Council Office Building, 100 [illegible], MD 20850. For more information, please call 240-777-7900.
jy19 2632955

## Baltimore City

**Notice of Filing a Petition For Termination of Parental Rights**

To: Keosha Iesha Thompson

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T23355003

All persons who believe themselves to be parents of a female child born on 10/22/18 Baltimore, Md. to Keosha Iesha Thompson DOB: (11/13/94) and Brian Manuel Vanstory DOB: (7/7/90)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 19, 2024, you will have agreed to the permanent loss of your parental rights to this child.

jy19 2632961

## Baltimore City

**Notice of Filing a Petition For Termination of Parental Rights**

To: Unknown Father

You are hereby notified that a guardianship case has been filed in the Circuit Court for Baltimore City, Case: T24087001

All persons who believe themselves to be parents of a female child born on 6/30/23 Baltimore, Md. to Teja J. Wingate DOB: (3/11/96) and Unknown Father DOB: (Unknown)

shall file a written response. A copy of the show cause order may be obtained from the Juvenile Clerk's office at the Baltimore City Juvenile Justice Center, 300 N. Gay Street, Room A3320, Baltimore, MD 21202 and 443-263-6300. If you do not file a written Objection by August 19, 2024, you will have agreed to the permanent loss of your parental rights to this child.

## Notices

STATE OF SOUTH CAROLINA, COUNTY OF HORRY, IN THE COURT OF COMMON PLEAS FIFTEENTH JUDICIAL CIRCUIT - IN THE COURT OF COMMON PLEAS FIFTEENTH JUDICIAL CIRCUIT - CASE NO: 2024-CP-26-01265 - Willie Jenkins, Jr., Plaintiff, vs. Tammy Gladden, Kenneth Gladden, III, Keith Gladden, Terrell Gladden, Tamera Gladden, Tameka Gladden, Towanda Gladden, Nicholas Gladden, Jr., Cynthia Gladden Spence, and John Doe and Mary Roe, designating any and all other persons known or unknown who have any right, title, estate, interest or lien in and upon the real estate described herein, the armed forces, and all other persons claiming to be heirs or assigns of Nancy Lee Gladden, Kenneth Gladden, Nicholas Gladden, Frank Jenerett, Essie Bellamy, and Elneeda Williams, deceased, Defendants.
**NOTICE OF APPOINTMENT OF GUARDIAN AD LITEM**
**TO: THE DEFENDANTS JOHN DOE AND MARY ROE**
YOU WILL PLEASE TAKE NOTICE that George E. Graham, Esquire, 2015 Highway 378, Conway, South Carolina, has been appointed Guardian ad Litem for any known or unknown who may have or claim to have any right, title and interest or lien in and upon the real property described in this action, any known or unknown minors, infants, or persons under a disability, persons in the armed forces and all other persons claiming to be heirs or assigns of Nancy Lee Gladden, Kenneth Gladden, Nicholas Gladden, Frank Jenerett, Essie Bellamy and Elneeda Williams, deceased, and he is authorized to appear and defend this action on behalf of said Defendants, unless said Defendants, if any, shall within thirty (30) days of service as provided herein, procure a Guardian ad Litem to be appointed for themselves in this action.

JOHN C. THOMAS, P.A.
/s/ John C. Thomas
John C. Thomas
Attorney for Plaintiff
107 Lewis Street
Conway, SC 29528
(843) 248-6277
Conway, South Carolina

Conway, South Carolina
June 5, 2024
jy19,26,an2 2625653

## What are Rights of Redemption?

Properties that have liens filed against them for unpaid taxes or other municipal charges may be sold at public auction at jurisdictional tax sales. Rights of Redemption notices serve notice that all efforts have been exhausted to secure the payment of those liens and foreclosure proceedings have been initiated.

**MARYLAND**
**THE DAILY RECORD**

## Notices

**Robert B. Hopkins**
**Laurie G. Furshman**
**Duane Morris LLP**
100 International Drive, Suite 700
Baltimore, Maryland 21202

UNITED STATES DISTRICT COURT - DISTRICT OF MARYLAND - NORTHERN DIVISION - Docket No. JKB 24-cv-941 - *IN ADMIRALTY* - In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, for Exoneration from or Limitation of Liability.

**Notice To Claimants Of Petition For Exoneration From Or Limitation Of Liability**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel"), have filed a Petition pursuant to 46 U.S.C. §§ 30501, *et seq.*, claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and her allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys, BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated: Baltimore, Maryland
April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court for the District of Maryland

DUANE MORRIS LLP
Robert B. Hopkins (Bar No. [illegible])
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900
BLANK ROME LLP
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200
*Counsel for Petitioners*
je28,jy5,12,19 2624768

## Baltimore City

**Arlisha Michelle Doctor**
6033 South 42nd Street,
Phoenix, Arizona 85042-5241
**Small Estate Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

**Estate of (207447) Antonio Joseph Doctor**

Notice is given that ARLISHA MICHELLE DOCTOR, 6033 South 42nd Street, Phoenix, Arizona 85042-5241, was on July 12, 2024, appointed personal representative(s) of the small estate of Antonio Joseph Doctor who died on December 10, 2023, without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills within 30 days after the date of publication of this Notice. All persons having an objection to the probate of the will shall file their objections with the Register of Wills within six months after the date of [illegible]

undersigned personal representative(s) or file them with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death; except if the decedent died before October 1, 1992, nine months from the date of the decedent's death; or
(2) Thirty days after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claims will be barred unless the creditor presents the claim within thirty days from the mailing or other delivery of the notice. Any claim not served or filed within that time, or any extension provided by law, is unenforceable thereafter.

ARLISHA MICHELLE DOCTOR, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Baltimore, Maryland 21202
jy19 2633075

## Baltimore City

**Carlton McNeil**
203 Grove Park Road,
Brooklyn, Maryland 21225-2610
**Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

**Estate of (207448) Viola Annabelle Griesser**

Notice is given that CARLTON MCNEIL, 203 Grove Park Road, Brooklyn, Maryland 21225-2610, was on July 12, 2024, appointed personal representative(s) of the estate of Viola Annabelle Griesser who died on July 4, 2022, without a will.

Further information can be obtained by reviewing the estate file in the office of the Register of Wills or by contacting the personal representative(s) or the attorney.

All persons having any objection to the appointment shall file their objections with the Register of Wills on or before the 12th day of January, 2025.

Any person having a claim against the decedent must present the claim to the undersigned personal representative(s) or file it with the Register of Wills with a copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death, except if the decedent died before October 1, 1992, nine months from the date of the decedent's death, or
(2) Two months after the personal representative mails or otherwise delivers to the creditor a copy of this published notice or other written notice, notifying the creditor that the claim will be barred unless the creditor presents the claims within two months from the mailing or other delivery of the notice. A claim not presented or filed on or before that date, or any extension provided by law, is unenforceable thereafter. Claim forms may be obtained from the Register of Wills.

CARLTON MCNEIL, Personal Representative(s).
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore City,
111 N. Calvert Street, Maryland 21202.
jy19,26,f2 2633072

## Baltimore City

**Issac Klien**
25 Hooks Lane, Suite 210,
Pikesville, Maryland 21208-1619
IN THE ORPHANS' COURT FOR (OR) BEFORE THE REGISTER OF WILLS
FOR BALTIMORE CITY, MARYLAND - IN THE ESTATE OF:

**Daqua'r Gerrod Harrison; Estate No. 207408**

**Notice of Judicial Probate**

To all Persons Interested in the above estate:
You are hereby notified that a petition has been filed by ISAAC KLEIN, Esquire for judicial probate and for the appointment of a personal representative. A hearing will be held at Orphans' Court for Baltimore City, 111 North Calvert Street-Room 303, Baltimore, MD 21202 on August 8, 2024 at 10:30 AM.
This hearing may be transferred or postponed to a subsequent time. Further information may be obtained by reviewing the estate file in the office of the Register of Wills.

BELINDA K. CONAWAY, Register of Wills,
True Test-Copy: BELINDA K. CONAWAY,
Register of Wills for Baltimore
111 N. Calvert Street, Baltimore, Maryland 21202
jy19,26 2633096

## Baltimore City

**Jacob Deaven, Esquire**
**Parker, Simon, & Kokolis, LLC**
110 North Washington Street, Suite 500,
Rockville, Maryland 20850
IN THE ORPHANS' COURT FOR (OR) BEFORE THE REGISTER OF W
FOR BALTIMORE CITY, MARYLAND - IN THE ESTATE OF:

**Barbara Ann Plantholt; Estate No. 207390**

**Notice of Judicial Probate**

To all Persons Interested in the above estate:
You are hereby notified that a petition has been filed by THOMAS J. KOK Esquire for judicial probate and for the appointment of a personal represent A hearing will be held at Orphans' Court for Baltimore City, 111 North C Street-Room 303, Baltimore, MD 21202 on August 9, 2024 at 10:00 AM.
This hearing may be transferred or postponed to a subsequent time. Fu information may be obtained by reviewing the estate file in the office of Register of Wills.

BELINDA K. CONAWAY, Register of
True Test-Copy: BELINDA K. CON
111 N. Calvert Street, Baltimore, Maryland
jy19,26 2633065

## Baltimore City

**Jacob Deaven, Esquire**
**Parker, Simon, & Kokolis, LLC**
110 North Washington Street, Suite 500,
Rockville, Maryland 20850
IN THE ORPHANS' COURT FOR (OR) BEFORE THE REGISTER OF W
FOR BALTIMORE CITY, MARYLAND - IN THE ESTATE OF:

**Carolyn Jean Dunn; Estate No. 20569**

**Notice of Judicial Probate**

To all Persons Interested in the above estate:
You are hereby notified that a petition has been filed by THOMAS J. KOK Esquire for judicial probate and for the appointment of a personal represent A hearing will be held at Orphans' Court for Baltimore City, 111 North C Street-Room 303, Baltimore, MD 21202 on August 9, 2024 at 10:00 AM.
This hearing may be transferred or postponed to a subsequent time. Fu information may be obtained by reviewing the estate file in the office of Register of Wills.

BELINDA K. CONAWAY, Register of
True Test-Copy: BELINDA K. CON
111 N. Calvert Street, Baltimore, Maryland
jy19,26 2633064

## Baltimore City

**Jacob Deaven, Esquire**
**Parker, Simon, & Kokolis, LLC**
110 North Washington Street, Suite 500,
Rockville, Maryland 20850
IN THE ORPHANS' COURT FOR (OR) BEFORE THE REGISTER OF W
FOR BALTIMORE CITY, MARYLAND - IN THE ESTATE OF:

**James Albert Reilly; Estate No. 20741**

**Notice of Judicial Probate**

To all Persons Interested in the above estate:
You are hereby notified that a petition has been filed by THOMAS J. KOK Esquire for judicial probate and for the appointment of a personal represent A hearing will be held at Orphans' Court for Baltimore City, 111 North C Street-Room 303, Baltimore, MD 21202 on August 9, 2024 at 10:00 AM.
This hearing may be transferred or postponed to a subsequent time. Fu information may be obtained by reviewing the estate file in the office of Register of Wills.

BELINDA K. CONAWAY, Register of
True Test-Copy: BELINDA K. CON
111 N. Calvert Street, Baltimore, Maryland

## Baltimore City

**Jacob Deaven, Esquire**
**Parker, Simon, & Kokolis, LLC**
110 North Washington Street, Suite 500,
Rockville, Maryland 20850
**Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

**Estate of (206975) Sylvester Wilbert Felton, Sr.**

Notice is given that THOMAS J. KOKOLIS, Esquire, 110 North Washin Street, Suite 500, Rockville, Maryland 20850, was on June 10, 2024, appo personal representative(s) of the estate of Sylvester Wilbert Felton, Sr. who on October 30, 2018, with a will.

Further information can be obtained by reviewing the estate file in the o of the Register of Wills or by contacting the personal representative(s) o attorney.

All persons having any objection to the appointment or to the probate o decedent's will shall file their objections with the Register of Wills on or b the 10th day of November, 2024.

Any person having a claim against the decedent must present the claim t undersigned personal representative(s) or file it with the Register of Wills w copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death, except if the dece died before October 1, 1992, nine months from the date of the decedent's d or
(2) Two months after the personal representative mails or otherwise del to the creditor a copy of this published notice or other written notice, noti the creditor that the claim will be barred unless the creditor presents the cl within two months from the mailing or other delivery of the notice. A claim presented or filed on or before that date, or any extension provided by la unenforceable thereafter. Claim forms may be obtained from the Regist Wills.

THOMAS J. KOKOLIS, Esquire, Personal Representativ
True Test-Copy: BELINDA K. CONA
Register of Wills for Baltimore
111 N. Calvert Street, Maryland 2
jy19,26,f2 2633067

## Baltimore City

**Kimberly Griffin**
4715 Vancouver Road,
Baltimore, Maryland 21229-4414
**Notice of Appointment Notice to Creditors**
**Notice to Unknown Heirs to all Persons Interested in the**

**Estate of (207456) Earline Griffin**

Notice is given that KIMBERLY GRIFFIN, 4715 Vancouver Road, Baltim Maryland 21229-4414, was on July 12, 2024, appointed personal representati of the estate of Earline Griffin who died on May 8, 2024, without a will.

Further information can be obtained by reviewing the estate file in the o of the Register of Wills or by contacting the personal representative(s) or attorney.

All persons having any objection to the appointment shall file their object with the Register of Wills on or before the 12th day of January, 2025.

Any person having a claim against the decedent must present the claim t undersigned personal representative(s) or file it with the Register of Wills w copy to the undersigned on or before the earlier of the following dates:
(1) Six months from the date of the decedent's death, except if the dece died before October 1, 1992, nine months from the date of the decedent's d or
(2) Two months after the personal representative mails or otherwise deli to the creditor a copy of this published notice or other written notice, noti the creditor that the claim will be barred unless the creditor presents the cl within two months from the mailing or other delivery of the notice. A claim presented or filed on or before that date, or any extension provided by la unenforceable thereafter. Claim forms may be obtained from the Regist Wills.

KIMBERLY GRIFFIN, Personal Representativ
True Test-Copy: BELINDA K. CONA
Register of Wills for Baltimore
111 N. Calvert Street, Maryland 21
jy19,26,f2 2633066