Ad # 0012464759  Case 1:24-cv-00941-JKB   Document 195-3   Filed 09/24/24   Page 1 of 6
Mamex Duane Morris LLP-Acc    Size 148.0 lines

Class  815    PO# na           Authorized By ROBERT B. HOPKINS      Account 2010321389

## PROOF OF PUBLICATION

### The Washington Post

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Felecia Scott well known to me to be ACCOUNTING SPECIALIST of The Washington Post, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates, and was circulated in the Washington metropolitan area including specifically the following counties and independent cities: District of Columbia; in Maryland: Allegany, Anne Arundel, Baltimore (Independent City), Baltimore, Calvert, Caroline, Carroll, Charles, Dorchester, Frederick, Garrett, Harford, Howard, Kent, Montgomery, Prince George's, Queen Anne's, St. Mary's, Somerset, Talbot, Washington, Wicomico, Worcester. In Virginia: Accomack, Albemarle, Alexandria (Independent City), Arlington, Augusta, Bath, Caroline, Charlottesville (Independent City), Chesapeake (Independent City), Chesterfield, Clarke, Colonial Heights (Independent City), Culpeper, Danville (Independent City), Essex, Fairfax (Independent City), Fairfax, Falls Church (Independent City), Fauquier, Fluvanna, Frederick, Fredericksburg (Independent City), Gloucester, Greene, Hampton (Independent City), Hanover, Harrisonburg (Independent City), Henrico, Hopewell (Independent City), Isle of Wight, King George, Lancaster, Lexington (Independent City), Loudoun, Louisa, Lynchburg (Independent City), Madison, Manassas (Independent City), Manassas Park (Independent City), Nelson, Newsport News (Independent City), Norfolk (Independent City), Northumberland, Orange, Page, Petersburg (Independent City), Portsmouth (Independent City), Prince Edward, Prince George, Prince William, Radford (Independent City), Rappahannock, Richmond (Independent City), Richmond, Roanoke (Independent City), Rockingham, Shenandoah, Spotsylvania, Stafford, Staunton (Independent City), Suffolk (Independent City), Virginia Beach (Independent City), Warren, Waynesboro (Independent City), Westmoreland, Williamsburg (Independent City), Winchester (Independent City), York.

Published 4.0 time(s). 06/28/2024, 07/05/2024, 07/12/2024, 07/19/2024

Account 2010321389

Witness my hand and official seal this  19th day of July 2024

My commission expires     11/30/2026



UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

Docket No. JKB 24-cv-941
**IN ADMIRALTY**

**In the Matter of the Petition**
**Of GRACE OCEAN PRIVATE LIMITED,**
**as Owner of the M/V DALI,**
**And**
**SYNERGY MARINE PTE LTD,**
**as Manager of the M/V DALI,**
**For Exoneration from on Limitation of Liability.**

### NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel") have filed a Petition pursuant to 46 U.S.C §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys. BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.

Dated: Baltimore, Maryland April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court of the District of Maryland

**DUANE MORRIS LLP**
**Robert B. Hopkins**
**(Bar No. 06017)**
**rbhopkins@duanemorris.com**
**Laurie G. Furshman**
**(Bar No. 29604)**
**Lgfurshman@duanemorris.com**
**100 International Drive, Suite 700**
**Baltimore, MD 21202**
**(410) 949-2900**

**BLANK ROME LLP**
**William R. Bennett III**
**William.Bennett@blankrome.com**
**Thomas H. Belknap, Jr.**
**Thomas.Belknap@blankrome.com**

**Kierstan L. Carlson**
**Kierstan.Carlson@blankrome.com**
**1825 Eye St. NW**
**Washington, DC 20006 202-420-2200**

*Counsel for Petitioners*

# The Washington Post
# CLASSIFIED

the local expert on local jobs — washingtonpost.com/recruit
homes for sale, commercial real estate — washingtonpost.com/realestate
rentals — washingtonpost.com/rentals
merchandise, garage sales, auctions, tickets — washingtonpost.com/merchandise
dogs, cats, birds, fish — washingtonpost.com/pets
Trustee Sales 202-334-5782 — mypublicnotices.com/washingtonpost/PublicNotice.asp

For Recruitment advertisements, go to washingtonpost.com/recruit or call 202-334-4100 (toll free 1-800-765-3675)
To place an ad, go to washingtonpostads.com or call 202-334-6200
Non-commercial advertisers can now place ads 24/7 by calling 202-334-6200
Legal Notices: 202-334-7007
Auctions, Estate Sales, Furniture: 202-334-7029
Biz Ops/Services: 202-334-5787

## 1405 Cars

### TOYOTA
**TOYOTA 2015 COROLLA** Extra clean, 1 owner, 99K miles. $12,000/best offer. Call **202-219-8035**

## 1408 Antiques & Classics

**WANTED VINTAGE SPORTS CARS & CLASSICS** - Especially Mercedes, Porsche, Jaguar. Highest prices paid for the very best examples. Call Bob **703-966-0122**

## 1447 Autos Wanted

**DONATE YOUR CAR/TRUCK/RV** Lutheran Mission Society of MD Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044. **410-228-8437** www.CompassionPlace.org

**Seeking --Domestic Positions**

**CAREGIVER** Avail to care for your loved one. Live in/out. Will do Dr appts, daily hygiene, grocery shopping, & daily activities. Cleaning services also avail. Exc refs. 30+yrs exp. Call Laverne **301-996-1385**

## 815 Legal Notices

### SAIL ZAMBEZI LTD (In Voluntary Liquidation)
NOTICE is hereby given that the voluntary liquidation and dissolution of SAIL ZAMBEZI LTD commenced on 11 June 2024 and that Harry J Thompson of Harbour House, P.O. Box 4428, Road Town, Tortola, British Virgin Islands has been appointed voluntary Liquidator of the Company.
Dated 13 June 2024
Harry J Thompson Liquidator

## 820 Official Notices

**ABC LICENSE:** Look Tysons LLC trading as Look Dine-in Cinemas 1667 Silver Hill Drive, Fairfax County McLean, Virginia 22102. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Mixed Beverage Restaurant license to sell or manufacture alcoholic beverages. Robert Thoele, Chief Financial Officer. **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

**Notice of Fireworks Display Date:**
Wednesday, July 3, 2024
**Rain Date:**
Monday, September 2, 2024
**Location, Time and Duration of Display:**
6160 Connecticut Avenue, Chevy Chase, Maryland 20815. Approximately 9:15 p.m. 20 minutes in length.
For any questions or concerns regarding this display, please call the Fire Marshal at 240-620-1814 during normal business hours.

## 825 Bids & Proposals

### KIPP DC
PUBLIC CHARTER SCHOOLS
**REQUEST FOR PROPOSALS**
Mental Health Services
KIPP DC is soliciting proposals from qualified vendors for Mental Health Services. The RFP can be found on KIPP DC's website at www.kippdc.org/procurement. Proposals should be uploaded to the website no later than 5:00 PM EST on July 19, 2024. Questions should be addressed to ashley.henry@kippdc.org.
**Student Support Team Consulting and Administrative Services**
KIPP DC is soliciting proposals from qualified vendors for Student Support Team Consulting and Administrative Services. The RFP can be found on KIPP DC's website at www.kippdc.org/procurement. Proposals should be uploaded to the website no later than 5:00 PM EST on September 3, 2024. Questions should be addressed to nancy.meakem@kippdc.org.

### PUBLIC NOTICE
**REQUEST FOR PROPOSALS (RFP) 4-2285 "FEDERAL LEGISLATIVE ADVOCACY AND CONSULTING SERVICES"**
The Orange County Transportation Authority (OCTA) invites proposals from qualified firms to provide federal legislative advocacy and consulting services.
Proposals are due on or before 2:00 p.m., August 13, 2024. A pre-proposal conference will be held on July 16, 2024 at 10:00 a.m. EST in Washington D.C.
Firms may download the RFP at https://cammnet.octa.net.

**Aviation, Boats, RVs Motorcycles Directory**

## 35 Sailboats

**1981 CROSBY CAT BOAT** Diesel. Colonial Beach. $16,500. Call **704-425-4108**



## 815 Legal Notices

### UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND NORTHERN DIVISION

Docket No. JKB 24-cv-941
IN ADMIRALTY

**In the Matter of the Petition OF GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, And SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, For Exoneration from or Limitation of Liability.**

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel") have filed a Petition pursuant to 46 U.S.C §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").
All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys. BLANK ROME LLP and DUANE MORRIS LLP. Contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.
Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.
Dated: Baltimore, Maryland April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court of the District of Maryland

**DUANE MORRIS LLP**
Robert B. Hopkins
(Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman
(Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

**BLANK ROME LLP**
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com
Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006202-420-2200

*Counsel for Petitioners*

## 850 Montgomery County

### TRUSTEE'S SALE
21712 Slidell Rd, Boyds, MD 20841

Trustee's Sale of valuable fee simple property improved by premises known as 21712 Slidell Rd, Boyds, MD 20841. By virtue of the power and authority contained in a Deed of Trust, dated April 14, 2005, and recorded in Liber 29908 at Page 375 among the land records of the County of Montgomery, in the original principal amount of $100,000.00. Upon default and request for sale, the undersigned trustees will offer for sale at public auction at the Courthouse for the COUNTY OF MONTGOMERY, at Judicial Center's Monroe Street Entrance, 50 Maryland Avenue, Rockville, Maryland, on **July 10, 2024 at 1:00 PM**, all that property described in said Deed of Trust including but not limited to:

**Tax ID# 11-02961726**

Said property is in fee simple and is improved by a dwelling and is sold in "as is condition" and subject to all superior covenants, conditions, liens, restrictions, easement, rights-of-way, as may affect same, if any.

**TERMS OF SALE:** A deposit of 10% of the sale price, cash or certified funds shall be required at the time of sale. The balance of the purchase price with interest at 6.00% per annum from the date of sale to the date of payment will be paid within TEN DAYS after the final ratification of the sale.

Adjustments on all taxes, public charges and special or regular assessments will be made as of the date of sale and thereafter assumed by purchaser.

If applicable, condominium and/or homeowners association dues and assessments that may become due after the time of sale will be the responsibility of the purchaser. Title examination, conveyancing, state revenue stamps, transfer taxes, title insurance, and all other costs incident to settlement are to be paid by the purchaser. Time is of the essence for the purchaser, otherwise the deposit will be forfeited and the property may be resold at risk and costs of the defaulting purchaser. If the sale is not ratified or if the Substitute Trustees are unable to convey marketable title in accord with these terms of sale, the purchaser's only remedy is the return of the Deposit. Trustee's File No. 21-289381.

William M. Savage, et al., Substitute Trustees.

LOGS LEGAL GROUP LLP,
Mailing Address: 10130 Perimeter Parkway, Suite 400,
Charlotte, North Carolina 28216
(410) 769-9797

Jun 21,28,Jul 5 2024    0012462805

## 851 Prince Georges County

### IN THE CIRCUIT COURT FOR THE COUNTY OF PRINCE GEORGE'S, MARYLAND

**WILLIAM M. SAVAGE, et al.**
Trustee(s)
Plaintiff(s)

VS.

**DEREK J RICHARDSON**
Defendant(s)
Mortgagor(s)

CIVIL NO. C-16-CV-23-005413

**NOTICE**

NOTICE IS HEREBY GIVEN, this **12 day of June, 2024**, by the Circuit Court for the County of Prince George's, Maryland and by the authority thereof, that the sale made by William M. Savage, Gregory N. Britto, Angela M. Tonello, Rachel S. Feinstein, Trustees, of the Real Property designated as **401 Bryan Point Road, Accokeek, MD 20607**, and reported in the above entitled cause, will finally ratified and confirmed, unless cause to the contrary thereof be shown on or before the **12 day of July, 2024** next; provided a copy of this order be inserted in THE WASHINGTON POST, 1150 15th Street, Washington DC, MD published in said County of Prince George's once a week for three successive weeks before the **12 day of July, 2024**. The report states the amount of the sale to be **$192,000.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jun 14,21,28 2024    0012463695

## 851 Prince Georges County

**Brock and Scott, PLLC**
5431 Oleander Drive
Wilmington NC, 28403

### SUBSTITUTE TRUSTEES' SALE OF VALUABLE FEE SIMPLE PROPERTY KNOWN AS
**8635 Seasons Way, Unit 8-B
Lanham, MD 20706**

Under and by virtue of the power of sale contained in a certain Deed of Trust to SIM TITLES LLC, Trustee(s), dated April 25, 2022, and recorded among the Land Records of PRINCE GEORGE'S COUNTY, MARYLAND in Liber 47607, folio 584, the holder of the indebtedness secured by this Deed of Trust having appointed the undersigned Substitute Trustees, by instrument duly recorded among the aforesaid Land Records, default having occurred under the terms thereof, and at the request of the party secured thereby, the undersigned Substitute Trustee will offer for sale at public auction at THE PRINCE GEORGE'S COUNTY COURTHOUSE LOCATED AT FRONT OF THE DUVAL WING OF THE COURTHOUSE COMPLEX 14735 MAIN ST, UPPER MARLBORO, MD 20772 ON,

**JULY 8, 2024 at 10:00 AM**

ALL THAT FEE SIMPLE LOT OF GROUND and improvements thereon situated in PRINCE GEORGE'S COUNTY, MD and described as follows:

UNIT 8-B IN THE PROJECT KNOWN AS "FOUR SEASONS CONDOMINIUMS, FALL SEVEN", AS PER PLAT THEREOF RECORDED IN CONDOMINIUM PLAT BOOK WWW 81 AT PLAT 77 AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND AS THE SAME IS OTHERWISE IDENTIFIED AND ESTABLISHED IN THE MASTER DEED DATED NOVEMBER 14, 1972 AND RECORDED NOVEMBER 20, 1972 IN LIBER 4151 AT FOLIO 309, AMONG THE AFORESAID LAND RECORDS. TOGETHER WITH THE RIGHT OF INGRESS AND EGRESS TO AND FROM SAID PROPERTY AND THE RIGHT TO USE, FOR ALL PROPER PURPOSES, IN COMMON WITH THE PARTY OF THE FIRST PART, IT'S SUCCESSORS AND ASSIGNS AND ALL OTHER OCCUPANTS FROM TIME TO TIME AND ALL PORTIONS OF THE PROJECT DESIGNATED BY STATUTE AND THE MASTER DEEDS AS COMMON ELEMENTS. PARCEL ID: 21-2292472 COMMONLY KNOWN AS: 8635 SEASONS WAY, UNIT 8-B, LANHAM, MARYLAND 20706

The property will be sold in an "AS IS WHERE IS" condition without either express or implied warranty or representation, including but not limited to the description, fitness for a particular purpose or use, structural integrity, physical condition, construction, extent of construction, workmanship, materials, liability, zoning, subdivision, environmental condition, merchantability, compliance with building or housing codes or other laws, ordinances or regulations, or other similar matters, and subject to easements, agreements and restrictions of record which affect the same, if any. The property will be sold subject to all conditions, liens, restrictions and agreements of record affecting same including any condominium and of HOA assessments pursuant to Md Real Property Article 11-110.

**TERMS OF SALE:** A deposit of $24,000.00 payable in certified check or by a cashier's check will be required from purchaser at time of sale, balance in immediately available funds upon final ratification of sale by the Circuit Court of PRINCE GEORGE'S COUNTY, MARYLAND interest to be paid at the rate of 4.5 % on unpaid purchase money from date of sale to date of settlement. The secured party herein, if a bidder, shall not be required to post a deposit. Third party purchaser (excluding the secured party) will be required to complete full settlement of the purchase of the property within TEN (10) CALENDAR DAYS of the ratification of the sale by the Circuit Court otherwise the purchaser's deposit shall be forfeited and the property will be resold at the risk and expense, of the defaulting purchaser. All other public charges and private charges or assessments, including water/sewer charges, ground rent, taxes if any, to be adjusted to date of sale. Cost of all documentary stamps and transfer taxes and all other costs incident to the settlement shall be borne by the purchaser. If applicable, condominium and/or homeowner association dues and assessments will be adjusted to date of sale. If the sale is rescinded or not ratified for any reason, including post sale lender audit, or the Substitute Trustees are unable to convey insurable title or a resale is to take place for any reason, the purchaser(s) sole remedy in law or equity shall be limited to the refund of the aforementioned deposit. The purchaser waives all rights and claims against the Substitute Trustees whether known or unknown. These provisions shall survive settlement Upon refund of the deposit, this sale shall be void and of no effect, and the purchaser shall have no further claim against the Substitute Trustees. The sale is subject to post-sale review of the status of the loan and that if any agreement to cancel the sale was entered into by the lender and borrower prior to the sale then the sale is void and the purchaser's deposit shall be refunded without interest. Additional terms and conditions, if applicable, maybe announced at the time and date of sale. Sale is subject to the attestation by the Borrower in accordance with Section 5.A of the Governor's order of 10.16.2020. File No. (23-23672 )

BRENNAN FERGUSON, JOHN C. HANRAHAN,
JEREMY B. WILKINS, AMANDA DRISCOLE,
ROBERT A. OLIVERI, PAUL HEINMULLER,
Substitute Trustees


HARVEY WEST
AUCTIONEERS, LLC
300 E. Joppa Road
Hampton Plaza - Suite 1103
Baltimore, MD 21286
410-769-9797

Jun 21,28,Jul 5 2024    0012461625

## 852 Anne Arundel County

### IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

William M. Savage, et al.
Substitute Trustees

Versus

Vernon Parfitt, et al.
Defendant

No. C-02-CV-24-000632

**NOTICE**

Notice is hereby issued this **Wednesday, June 12, 2024** that the sale of the property in the proceedings mentioned, made and reported by William M. Savage, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **22nd day of July 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **12th day of July 2024** next. The report states that the amount of sale of the property at **7036 HARBOUR VILLAGE COURT, #7036-1, ANNAPOLIS, MD 21403** to be **$340,000.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jun 28,Jul 5,12 2024    0012464656

## 852 Anne Arundel County

### IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

Nicole Lipinski
Substitute Trustees

Versus

Estate of Deborah Anderson
Defendant

No. C-02-CV-23-002455

**NOTICE**

Notice is hereby issued this **Friday, June 21, 2024** that the sale of the property in the proceedings mentioned, made and reported by Nicole E Lipinski, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **22nd day of July 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **22nd day of July 2024** next. The report states that the amount of sale of the property at **5600 PATRICK HENRY DRIVE, BROOKLYN PARK, MARYLAND 21225** to be **$182,750.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jun 14,21,28 2024    0012463695

## 851 Prince Georges County

**Brock and Scott, PLLC**
5431 Oleander Drive
Wilmington NC, 28403

### SUBSTITUTE TRUSTEES' SALE OF VALUABLE FEE SIMPLE PROPERTY KNOWN AS
**9407 Myrtle Ave
Bowie, MD 20720**

Under and by virtue of the power of sale contained in a certain Deed of Trust to CHICAGO TITLE, Trustee(s), dated June 20, 2016, and recorded among the Land Records of PRINCE GEORGE'S COUNTY, MARYLAND in Liber 23445, folio 664, RERECORDED IN BOOK 31975, PAGE 205, MODIFIED APRIL 25, 2008 IN BOOK 31380, PAGE 426, the holder of the indebtedness secured by this Deed of Trust having appointed the undersigned Substitute Trustees, by instrument duly recorded among the aforesaid Land Records, default having occurred under the terms thereof, and at the request of the party secured thereby, the undersigned Substitute Trustee will offer for sale at public auction at THE PRINCE GEORGE'S COUNTY COURTHOUSE LOCATED AT FRONT OF THE DUVAL WING OF THE COURTHOUSE COMPLEX 14735 MAIN ST, UPPER MARLBORO, MD 20772 ON,

**JULY 8, 2024 at 10:00 AM**

ALL THAT FEE SIMPLE LOT OF GROUND and improvements thereon situated in PRINCE GEORGE'S COUNTY, MD and described as follows:

BEING KNOWN AS LOT NUMBERED EIGHTY-NINE (89), BLOCK LETTERED A AS SHOWN ON A PLAT ENTITLED "PLAT FOUR, ADNELL SUBDIVISION" AS PER PLAT THEREOF RECORDED IN PLAT BOOK VJ 187 AT PLAT 76 AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY AND AS RATIFIED BY AGREEMENT RECORDED IN LIBER 15044, FOLIO 606.

Property is subject to a IRS Right of Redemption.

The property will be sold in an "AS IS WHERE IS" condition without either express or implied warranty or representation, including but not limited to the description, fitness for a particular purpose or use, structural integrity, physical condition, construction, extent of construction, workmanship, materials, liability, zoning, subdivision, environmental condition, merchantability, compliance with building or housing codes or other laws, ordinances or regulations, or other similar matters, and subject to easements, agreements and restrictions of record which affect the same, if any. The property will be sold subject to all conditions, liens, restrictions and agreements of record affecting same including any condominium and of HOA assessments pursuant to Md Real Property Article 11-110.

**TERMS OF SALE:** A deposit of $45,000.00 payable in certified check or by a cashier's check will be required from purchaser at time of sale, balance in immediately available funds upon final ratification of sale by the Circuit Court of PRINCE GEORGE'S COUNTY, MARYLAND interest to be paid at the rate of 4.14 % on unpaid purchase money from date of sale to date of settlement. The secured party herein, if a bidder, shall not be required to post a deposit. Third party purchaser (excluding the secured party) will be required to complete full settlement of the purchase of the property within TEN (10) CALENDAR DAYS of the ratification of the sale by the Circuit Court otherwise the purchaser's deposit shall be forfeited and the property will be resold at the risk and expense, of the defaulting  purchaser. All other public charges and private charges or assessments, including water/sewer charges, ground rent, taxes if any, to be adjusted to date of sale. Cost of all documentary stamps and transfer taxes and all other costs incident to the settlement shall be borne by the purchaser. If applicable, condominium and/or homeowner association dues and assessments will be adjusted to date of sale. If the sale is rescinded or not ratified for any reason, including post sale lender audit, or the Substitute Trustees are unable to convey insurable title or a resale is to take place for any reason, the purchaser(s) sole remedy in law or equity shall be limited to the refund of the aforementioned deposit. The purchaser waives all rights and claims against the Substitute Trustees whether known or unknown. These provisions shall survive settlement Upon refund of the deposit, this sale shall be void and of no effect, and the purchaser shall have no further claim against the Substitute Trustees. The sale is subject to post-sale review of the status of the loan and that if any agreement to cancel the sale was entered into by the lender and borrower prior to the sale then the sale is void and the purchaser's deposit shall be refunded without interest. Additional terms and conditions, if applicable, maybe announced at the time and date of sale. Sale is subject to the attestation by the Borrower in accordance with Section 5.A of the Governor's order of 10.16.2020. File No. (13-25549 )

THOMAS W. HODGE, BRENNAN FERGUSON,
CHRISTINE N. JOHNSON, JEANA MCMURRAY,
ROBERT A. OLIVERI, MELISSA ALCOCER,
Substitute Trustees


HARVEY WEST
AUCTIONEERS, LLC
300 E. Joppa Road
Hampton Plaza - Suite 1103
Baltimore, MD 21286
410-769-9797

Jun 21,28,Jul 5 2024    0012461634

## 852 Anne Arundel County

### IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY

Brennan Ferguson, et al.
Substitute Trustees

Versus

Donna Marie Rawls a/k/a
Donna Marie Barnes
Defendant

No. C-02-CV-20-000585

**NOTICE**

Notice is hereby issued this **Friday, June 07, 2024** that the sale of the property in the proceedings mentioned, made and reported by Abiebatu M. Bah, Esq., Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **8th day of July 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **8th day of July 2024** next. The report states that the amount of sale of the property at **1709 LEISURE WAY, CROFTON MD 21114** to be **$207,500.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jun 14,21,28 2024    0012463651

## 851 Prince Georges County

**Brock and Scott, PLLC**
5431 Oleander Drive
Wilmington NC, 28403

### SUBSTITUTE TRUSTEES' SALE OF VALUABLE FEE SIMPLE PROPERTY KNOWN AS
**5603 GARDEN DRIVE
Clinton, MD 20735**

Under and by virtue of the power of sale contained in a certain Deed of Trust to KELLY WELCH, Trustee(s), dated June 20, 2016, and recorded among the Land Records of PRINCE GEORGE'S COUNTY, MARYLAND in Liber 38383, folio 142, the holder of the indebtedness secured by this Deed of Trust having appointed the undersigned Substitute Trustees, by instrument duly recorded among the aforesaid Land Records, default having occurred under the terms thereof, and at the request of the party secured thereby, the undersigned Substitute Trustee will offer for sale at public auction at THE PRINCE GEORGE'S COUNTY COURTHOUSE LOCATED AT FRONT OF THE DUVAL WING OF THE COURTHOUSE COMPLEX 14735 MAIN ST, UPPER MARLBORO, MD 20772 ON,

**JULY 8, 2024 at 10:00 AM**

ALL THAT FEE SIMPLE LOT OF GROUND and improvements thereon situated in PRINCE GEORGE'S COUNTY, MD and described as follows:

LOT TWO (2) IN BLOCK THREE (3) AS SHOWN ON THE PLAT ENTITLED, "SECTION TWO, PENNYTON ESTATES", AS PER PLAT THEREOF RECORDED IN PLAT BOOK WWW 57 AT PLAT 25 AMONG THE LAND RECORDS OF PRINCE GEORGE'S COUNTY, MARYLAND. ALSO KNOWN AS 5603 GARDEN DRIVE; CLINTON, MARYLAND 20735.

The property will be sold in an "AS IS WHERE IS" condition without either express or implied warranty or representation, including but not limited to the description, fitness for a particular purpose or use, structural integrity, physical condition, construction, extent of construction, workmanship, materials, liability, zoning, subdivision, environmental condition, merchantability, compliance with building or housing codes or other laws, ordinances or regulations, or other similar matters, and subject to easements, agreements and restrictions of record which affect the same, if any. The property will be sold subject to all conditions, liens, restrictions and agreements of record affecting same including any condominium and of HOA assessments pursuant to Md Real Property Article 11-110.

**TERMS OF SALE:** A deposit of $17,000.00 payable in certified check or by a cashier's check will be required from purchaser at time of sale, balance in immediately available funds upon final ratification of sale by the Circuit Court of PRINCE GEORGE'S COUNTY, MARYLAND interest to be paid at the rate of 4% on unpaid purchase money from date of sale to date of settlement. The secured party herein, if a bidder, shall not be required to post a deposit. Third party purchaser (excluding the secured party) will be required to complete full settlement of the purchase of the property within TEN (10) CALENDAR DAYS of the ratification of the sale by the Circuit Court otherwise the purchaser's deposit shall be forfeited and the property will be resold at the risk and expense, of the defaulting  purchaser. All other public charges and private charges or assessments, including water/sewer charges, ground rent, taxes if any, to be adjusted to date of sale. Cost of all documentary stamps and transfer taxes and all other costs incident to the settlement shall be borne by the purchaser. If applicable, condominium and/or homeowner association dues and assessments will be adjusted to date of sale. If the sale is rescinded or not ratified for any reason, including post sale lender audit, or the Substitute Trustees are unable to convey insurable title or a resale is to take place for any reason, the purchaser(s) sole remedy in law or equity shall be limited to the refund of the aforementioned deposit. The purchaser waives all rights and claims against the Substitute Trustees whether known or unknown. These provisions shall survive settlement Upon refund of the deposit, this sale shall be void and of no effect, and the purchaser shall have no further claim against the Substitute Trustees. The sale is subject to post-sale review of the status of the loan and that if any agreement to cancel the sale was entered into by the lender and borrower prior to the sale then the sale is void and the purchaser's deposit shall be refunded without interest. Additional terms and conditions, if applicable, maybe announced at the time and date of sale. Sale is subject to the attestation by the Borrower in accordance with Section 5.A of the Governor's order of 10.16.2020 . File No. (17-07422 )

BRENNAN FERGUSON, CHRISTINE N. JOHNSON,
ROBERT A. OLIVERI, MELISSA ALCOCER,
Substitute Trustees


HARVEY WEST
AUCTIONEERS, LLC
300 E. Joppa Road
Hampton Plaza - Suite 1103
Baltimore, MD 21286
410-769-9797

Jun 21,28,Jul 5 2024    0012461627

## 872 Fairfax County

### TRUSTEE'S SALE OF
11013 Santa Clara Drive,
Fairfax, VA 22030

In execution of a Deed of Trust in the original principal amount of $453,347.00 dated September 11, 2015 recorded among the land records of the Circuit Court for Fairfax County on September 14, 2015 as Instrument Number: 2015036350:004, the undersigned appointed Substitute Trustee will offer for sale at public auction, at the Main entrance of the Courthouse for the Circuit Court of Fairfax County, 4110 Chain Bridge Rd, Fairfax, VA 22030 on **August 5, 2024 at 12:45 PM** the property described in said Deed of Trust, located at the above address and briefly described as: All that certain land, together with improvements thereon, situate in Fairfax County, Virginia, more particularly described as follows:

LOT ONE HUNDRED TWENTY FOUR (124), Section TWO (2), FAIRFAX VILLA, and Resubdivision of Parcel A, Section ONE (1), FAIRFAX VILLA, as the same appears duly dedicated, platted and recorded in Deed Book 1897 at page 48, among the land records of Fairfax County, Virginia. Tax ID: 0573070124.

**TERMS OF SALE:** A bidder's deposit of $13,000.00 or 10% of the sale price, whichever is lower, will be required in the form of a certified or cashier's check. Cash will not be accepted as a deposit. settlement within fifteen (15) days of sale, otherwise Trustee may forfeit deposit. Additional terms to be announced at sale. This is a communication from a debt collector. This notice is an attempt to collect on a debt and any information obtained will be used for that purpose. (Trustee # 24-000580)

Substitute Trustee: ALG Trustee, LLC C/O Orlans PC PO Box 2548, Leesburg, VA 20177 (703) 777-7101 website: www.Orlans.com The Vendor Cowlis Holding Services will be used in conjunction with this sale.

May 31,Jun 7,14,21,28,Jul 5,12 2024 0012461605



Manage your print subscription!
wapo.st/my-post

Give a gift that delivers every day
Gift subscriptions
washingtonpost.com/my-post
The Washington Post
S0114 2x5.25

## 878 Stafford County

### TRUSTEE SALE
124 Douglas Dr,
Stafford, VA 22554
Stafford County

In execution of a Deed of Trust in the original principal amount of $213,000.00, dated February 3, 2022 recorded in the Clerk's Office of the Circuit Court of the Stafford County, Virginia, in Document No. 220003076, at the request of the holder of the Note, the undersigned Trustee will offer for sale at public auction at the entrance to the Judicial Center, 1300 Courthouse Road, Stafford, on July 30, 2024 at 10:00 AM the property described in said deed, located at the above address and briefly described as:

Lot 105A, Alta Courthouse Square Townhomes, with any improvements thereon

Subject to any and all covenants, conditions, restrictions, easements, and all other matters of record taking priority over the Deed of Trust, if any, affecting the aforesaid property.

**TERMS OF SALE:** A deposit of $20,000.00 or 10% of the sales price, whichever is lower, cash or certified check will be required at the time of sale, but no more than $10,000.00 of cash will be accepted, with settlement within fifteen (15) days from the date of sale. Sale is subject to post sale confirmation that the borrower did not file for protection under the U.S. Bankruptcy Code prior to the sale which affects the validity of the sale, as well as to post-sale confirmation of the status of the loan with the loan servicer including, but not limited to, determination of whether the borrower entered into any repayment agreement, reinstated or paid off the loan prior to the sale. In any such event, the sale shall be null and void, and the Purchaser's sole remedy, in law or equity, shall be the return of his deposit without interest. Additional terms may be announced at the time of sale. Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that this firm is a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

SAMUEL I. WHITE, P.C., Trustee

This is a communication from a debt collector.
FOR INFORMATION CONTACT:
SAMUEL I. WHITE, P.C. (89018) 448 Viking Drive Suite 350 Virginia Beach, VA 23452 757-457-1460 - Call Between 9:00 a.m. and 5:00 p.m. or visit our website at www.siwpc.net

Jun 28,Jul 5 2024    0012464644

## DC • SOUTHEAST
### Apartments
### Condos • Co-ops

**Morris Road Apartments**
**Waitlist Opening for one day! Two bedrooms only August 23, 2024 10:00am-3:00pm**
1535 Morris Rd. S.E. #101 Washington, D.C. 20020
Must bring valid government issued Non-Drivers or driver's card, original birth certificate, and social security cards for all household members. No lining up at night. If you need to make a reasonable accommodation request, contact us at: compliance@horringtc.com
Equal Housing Opportunity

## DISTRICT OF COLUMBIA
### Roommates

**NW PETWORTH** - Large furn room in quiet home, close to shops, on busline. $795. **301-529-5430**

**SE** - Just renovated, wall-to-wall carpet, $200 & up per week. Central AC/Heat. Call **202-207-5569**

## MARYLAND
### Roommates

**BERWYN HEIGHTS** - Furn room. $750/month all incl. Near public transp. Call/Text **301-332-4907**

**BOWIE** - 1 room for rent w/ pvt entrance, shared bath, cable included. Call **301-442-5242**

**COLLEGE PARK/ADELPHI** - 1BR bsmt $1000. House to shr. All util Inc. N/S. M Pref. **240-423-7923**

**Upper Marlboro/Perrywood, F Pref/** NS Pvt ba, wifi,car useful, clean/quiet employed, $800. **301-390-5608**

## 225 Collectibles

**BUYING:** Baseball Cards and collections + all sports cards. Call **202-322-7241**

**HARPERS WEEKLY PERIODICALS FOR SALE** 1859-1911. Includes Civil War Era. Call **703-624-9204**

## 245 Electronics

Get **DISH Satellite TV + Internet!** Free Install, Free HD-DVR Upgrade, $0,000, On-Demand Movies, Plus Limited Time Up To $600 In Gift Cards. Call Today! **1-855-407-6870**

## Home & Garden

Eliminate gutter cleaning forever! **LeafFilter**, the most advanced debris-blocking gutter protection. Schedule a FREE LeafFilter estimate today. 15% off Entire Purchase. 10% Senior & Military Discounts. Call **1-844-566-3227**.

## 310 Dogs for Sale

**BRITTANY SPANIEL PUPS - AKC reg.** Born May 2nd. Males & females. Available now. Gubpee, VA. Photos upon request. **540-905-0605**

**GOLDEN DOODLE PUPPIES** Avail July 27, 2024. 1 girl, 5 boys. Charlottesville, VA. Call **540-974-5472**

**MINI POODLE PUPPIES** - AKC, vet health check, 1st shots, worming, parents on site, personal pets. Born 4/19/24. $750. **Call 1-443-239-7420**

**Mini Schnauzer Puppies, Pure bred,** for sale, shots, dewormed, healthy, happy, ready for their new home. No papers. **724-991-1978**

**PEMBROKE WELSH CORGIS 2 REG CKC Tri color, 8 weeks on July 3rd. 1 female, 1 male, will have first set of shots. $1400. 240818148**

**PUDDLES DACHSHUNDS from Physicians** Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance - NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information kit with all the details! **1-855-337-5228** www.dental50plus.com/MDDC#6258

## Business and Financial Opportunities /Services

Call **202-334-5787** or email: adv.legalservices@washpost.com

### INSURANCE SERVICES

# The Washington Post
# CLASSIFIED

washingtonpost.com/classifieds     FRIDAY, JULY 5, 2024     EZ     D7

- the local expert on local jobs — washingtonpost.com/recruit
- homes for sale, commercial real estate — washingtonpost.com/realestate
- rentals — washingtonpost.com/rentals
- merchandise, garage sales, auctions, tickets — washingtonpost.com/merchandise
- dogs, cats, birds, fish — washingtonpost.com/pets
- Trustee Sales 202-334-5782 — mypublicnotices.com/washingtonpost/PublicNotice.asp

For Recruitment advertisements, go to **washingtonpost.com/recruit** or call **202-334-4100** (toll free 1-800-765-3675)

To place an ad, go to **washingtonpost.com/ads** or call **202-334-6200**
Non-commercial advertisers can now place ads 24/7 by calling 202-334-6200

Legal Notices: 202-334-7007
Auctions, Estate Sales, Furniture: 202-334-7029
Biz Ops/Services: 202-334-5787

---

## 815 Legal Notices

**HEARING EXAMINER NOTICE**
**BA CASE NO. 24-002C**
**August 7, 2024; 5:30 P.M.**

**Lala Cho t/a 4th Trimester Physical Therapy, LLC: Petitioner**

Notice is hereby given that a public hearing as scheduled above will be held by the Hearing Examiner of Howard County, as a Hybrid Hearing in the **Banneker Room at the george Howard Building, 3430 Courthouse Drive, Ellicott City, Maryland**, on the petition of said Petitioner, filed under **Section 131.0.N.11** of the Howard County Zoning Regulations for a physical therapy and personal training Home Occupation use, located in the **R-20 Residential: Single** Zoning District on that land belonging to the Petitioner, located on the east side of Simpkins Court and, approximately 100 feet east from the intersection of Lynn Lane and Simpkins Court, known as 5420 Simpkins Court, also known as (Tax Map 31, Grid 20, Parcel 206, Lot 12) containing approximately 0.459 acre, as shown on file in this case in the Division of Public Service and Zoning Administration.

---

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

Docket No. JKB 24-cv-941
IN ADMIRALTY

**In the Matter of the Petition**
**Of GRACE OCEAN PRIVATE LIMITED,**
as Owner of the M/V DALI,
And
**SYNERGY MARINE PTE LTD,**
as Manager of the M/V DALI,
For Exoneration from or Limitation of Liability.

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel") have filed a Petition pursuant to 46 U.S.C §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").

All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys. BLANK ROME LLP and DUANE MORRIS LLP contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.

Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.
Dated: Baltimore, Maryland April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court of the District of Maryland

**DUANE MORRIS LLP**
Robert B. Hopkins
(Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman
(Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

**BLANK ROME LLP**
William R. Bennett III
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.
Thomas.Belknap@blankrome.com

Kierstan L. Carlson
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006202-420-2200

Counsel for Petitioners

---

## 825 Bids & Proposals

**PUBLIC NOTICE**
**DISADVANTAGED BUSINESS ENTERPRISE**
**PROPOSED FEDERAL FY 2025-2027 GOAL**

The Potomac and Rappahannock Transportation Commission (PRTC) and the Virginia Railway Express (VRE), in accordance with requirements of the U.S. Department of Transportation as set forth in 49 C.F.R. Part 26, as amended, hereby notifies the public that it is recommending the following Disadvantaged Business Enterprise (DBE) goal for applicable procurement contracts assisted by the Federal Transit Administration during Federal FY 2025-2027. The overall proposed DBE goal for Federal Fiscal Years 2025-2027 is 14.7%.

A Copy of the DBE goal and rationale of how it was selected is available for inspection from 9:00 a.m. to 5:00 p.m. (Local Times) at the PRTC Administrative Offices at 14700 Potomac Mills Road in Woodbridge for 30 days following the date of publication of this notice. Written comments on this goal will be accepted for 30 days from the date of publication of this notice. Comments should be addressed to: PRTC (Attn: Cynthia Porter Johnson, cporter-johnson@omniride.com), 14700 Potomac Mills Road, Woodbridge, Virginia 22192.

---

## 1447 Autos Wanted

**DONATE YOUR CAR/TRUCK/RV**
Lutheran Mission Society of MD Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044.
410-228-8437
www.CompassionPlace.org

---

## 820 Official Notices

**ABC LICENSE:** SSH Arlington, LLC trading as Hilton Garden Inn (Arlington Courthouse Plaza) 1333 N Courthouse Road, (Arlington County) Arlington, VA 22201-2507. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Hotel with Mixed Beverage Restaurant license to sell or manufacture alcoholic beverages. StepStone Hospitality Inc., sole member; Michele Russo, President, Wendy Royce, VP; Blair Wills, VP;John Patrick Rollo, Secretary/Treasurer **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

**ABC LICENSE:** Look Tysons LLC trading as Look Dine-In Cinemas 1667 Silver Hill Drive, (Fairfax County) McLean, Virginia 22102. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Mixed Beverage Restaurant license to sell or manufacture alcoholic beverages. Robert Thoele, Chief Financial Officer. **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

---

## 852 Anne Arundel County

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**Nicole Lipinski**
**Substitute Trustees**

Versus

**Estate of Deborah Anderson**
**Defendant**

**No. C-02-CV-23-002455**

**NOTICE**

Notice is hereby issued this **Friday, June 21, 2024** that the sale of the property in the proceedings mentioned, made and reported by Nicole E Lipinski, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **22nd day of July 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **22nd day of July 2024** next. The report states that the amount of sale of the property at **7036 HARBOUR VILLAGE COURT, #7036-1, ANNAPOLIS, MD 21403** to be **$340,000.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jun 28, Jul 5, 12 2024    0012464656

---

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**William M. Savage, et. al.**
**Substitute Trustees**

Versus

**Vernon Parfitt, et. al.**
**Defendant**

**No. C-02-CV-24-000632**

**NOTICE**

Notice is hereby issued this **Wednesday, June 12, 2024** that the sale of the property in the proceedings mentioned, made and reported by William M. Savage, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **12th day of July 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **12th day of July 2024** next. The report states that the amount of sale of the property at **5600 PAT-RICK HENRY DRIVE, BROOKLYN PARK, MARYLAND 21225** to be **$182,750.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD

Jun 21, 28, Jul 5 2024    0012463672

---

## 840 Trustees Sale - DC

**Pardo & Drazin, LLC**
Russell S. Drazin, Attorney
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015
202-223-7900

**TRUSTEE'S SALE**
**OF REAL PROPERTY**
**1702 Brentwood Road, NE**
**Washington, DC 20018**
**Lot 0004 in Square 4137**

Under a power of sale contained in a certain Deed of Trust ("Deed of Trust") dated August 15, 2022 and recorded on June 5, 2023 as Instrument No. 2023046705 from ActuarialEstate LLC (also known of record as Actuarial Estate PLLC and ActuarialEstate LLC), a District of Columbia limited liability company, as grantor, to Russell S. Drazin ("Trustee"), as trustee, for the benefit of WCP Fund I LLC, a Delaware limited liability company, as beneficiary, securing that certain Commercial Deed of Trust Note dated August 15, 2022 in the principal amount of $57,250.00, default having occurred under the terms thereof, and following the mailing and recordation of an Affidavit of Non-Residential Mortgage Foreclosure and a Notice of Foreclosure Sale of Real Property or Condominium Unit, at the request of the current noteholder, Trustee will sell at public auction at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, on

**JULY 9, 2024 AT 2:10 PM**

ALL THAT LOT OF GROUND AND THE IMPROVEMENTS THEREON (if any) situated in the City of Washington, District of Columbia, known as 1702 Brentwood Road, NE, Washington, DC 20018, and more fully described in the Deed of Trust.

The property will be sold in an "AS IS" condition, with no warranty of any kind, and subject to conditions, restrictions, agreements, liens, and encumbrances of record affecting the same – except those encumbrances of record that are extinguished by operation of District of Columbia law by virtue of the foreclosure of the Deed of Trust. Without limitation, the property will be sold subject to that certain Deed of Trust dated August 15, 2022 and recorded on June 5, 2023 as Instrument No. 2023046704 from ActuarialEstate PLLC (also known of record as Actuarial Estate PLLC and ActuarialEstate LLC), a District of Columbia limited liability company, as grantor, to Russell S. Drazin, as trustee, for the benefit of WCP Fund I LLC, a Delaware limited liability company, as beneficiary, securing that certain Commercial Deed of Trust Note dated August 15, 2022 in the principal amount of $1,188,000.00.

Purchaser will take title to the property subject to all taxes, water and sewer charges, and other utility charges, if any. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. Purchaser shall be responsible for obtaining physical possession of the property.

TERMS OF SALE: A deposit of $130,000.00 by cashier's check will be required of purchaser at the time and place of sale. Purchaser shall settle within thirty (30) days of sale. TIME SHALL BE OF THE ESSENCE WITH RESPECT TO SETTLEMENT BY PURCHASER. Balance of the purchase price to be paid in cash or certified funds at settlement. Interest to be paid on the unpaid purchase money from the date of sale to the date of settlement at the applicable interest rate set forth in the debt instrument secured by the Deed of Trust. Purchaser shall be responsible for payment of all settlement costs.

The noteholder and its affiliates, if a bidder, shall not be required to post a deposit or to pay interest.

In the event that purchaser does not settle as required for any reason, purchaser shall be in default. Upon such default, the deposit shall be forfeited to Trustee and all of the expenses of this sale (including legal fees and costs, and full commission on the gross sale price) shall be charged against and paid out of the forfeited deposit. Trustee may resell the property at the risk and expense of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Defaulting purchaser shall be liable to Trustee for legal fees and costs incurred by Trustee in connection with such default.

If Trustee is unable to settle as set forth herein, purchaser's sole remedy at law and in equity shall be limited to a refund of the deposit and the sale shall be considered null and void and of no effect whatsoever.

Trustee reserves the right, in Trustee's sole discretion, to reject any and all bids, to withdraw the property from sale at any time before or at the auction, to extend the time to receive bids, to waive or modify the deposit requirement, to waive or modify the requirement that interest be paid on the unpaid purchase money, and/or to extend the period of time for settlement.

Additional terms may be announced at the sale. The successful bidder will be required to execute and deliver to Trustee a memorandum or contract of the sale at the conclusion of bidding.

Russell S. Drazin, Trustee



Jun 25,27,Jul 1,3,5 2024    0012463113

---

**Pardo & Drazin, LLC**
Russell S. Drazin, Attorney
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015
202-223-7900

**TRUSTEE'S SALE OF**
**REAL PROPERTY**
**431 Atlantic Street, SE**
**Washington, DC 20032**
**Lot 0802 in Square 6166**

Under a power of sale contained in a certain Deed of Trust ("Deed of Trust") dated April 20, 2022 and recorded on April 28, 2022 as Instrument No. 2022046905 from Native Washingtonian Limited Liability Company (also known of record as Native Washingtonian LLC), a District of Columbia limited liability company, as grantor, to Russell S. Drazin ("Trustee"), as trustee, for the benefit of WCP Fund I LLC, a Delaware limited liability company, as beneficiary, securing that certain Commercial Deed of Trust Note dated April 20, 2022 in the principal amount of $41,250.00, default having occurred under the terms thereof, and following the mailing and recordation of an Affidavit of Non-Residential Mortgage Foreclosure and a Notice of Foreclosure Sale of Real Property or Condominium Unit, at the request of the current noteholder, Trustee will sell at public auction at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, on

**JULY 9, 2024 AT 2:05 PM**

ALL THAT LOT OF GROUND AND THE IMPROVEMENTS THEREON (if any) situated in the City of Washington, District of Columbia, known as 431 Atlantic Street, SE, Washington, DC 20032, and more fully described in the Deed of Trust.

The property will be sold in an "AS IS" condition, with no warranty of any kind, and subject to conditions, restrictions, agreements, liens, and encumbrances of record affecting the same – except those encumbrances of record that are extinguished by operation of District of Columbia law by virtue of the foreclosure of the Deed of Trust. Without limitation, the property will be sold subject to that certain Deed of Trust dated April 20, 2022 and recorded on April 28, 2022 as Instrument No. 2022046904 from Native Washingtonian Limited Liability Company (also known of record as Native Washingtonian LLC), a District of Columbia limited liability company, as grantor, to Russell S. Drazin, as trustee, for the benefit of WCP Fund I LLC, a Delaware limited liability company, as beneficiary, securing that certain Commercial Deed of Trust Note dated April 20, 2022 in the principal amount of $701,250.00.

Purchaser will take title to the property subject to all taxes, water and sewer charges, and other utility charges, if any. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. Purchaser shall be responsible for obtaining physical possession of the property.

TERMS OF SALE: A deposit of $60,000.00 by cashier's check will be required of purchaser at the time and place of sale. Purchaser shall settle within thirty (30) days of sale. TIME SHALL BE OF THE ESSENCE WITH RESPECT TO SETTLEMENT BY PURCHASER. Balance of the purchase price to be paid in cash or certified funds at settlement. Interest to be paid on the unpaid purchase money from the date of sale to the date of settlement at the applicable interest rate set forth in the debt instrument secured by the Deed of Trust. Purchaser shall be responsible for payment of all settlement costs.

The noteholder and its affiliates, if a bidder, shall not be required to post a deposit or to pay interest.

In the event that purchaser does not settle as required for any reason, purchaser shall be in default. Upon such default, the deposit shall be forfeited to Trustee and all of the expenses of this sale (including legal fees and costs, and full commission on the gross sale price) shall be charged against and paid out of the forfeited deposit. Trustee may resell the property at the risk and expense of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Defaulting purchaser shall be liable to Trustee for legal fees and costs incurred by Trustee in connection with such default.

If Trustee is unable to settle as set forth herein, purchaser's sole remedy at law and in equity shall be limited to a refund of the deposit and the sale shall be considered null and void and of no effect whatsoever.

Trustee reserves the right, in Trustee's sole discretion, to reject any and all bids, to withdraw the property from sale at any time before or at the auction, to extend the time to receive bids, to waive or modify the deposit requirement, to waive or modify the requirement that interest be paid on the unpaid purchase money, and/or to extend the period of time for settlement.

Additional terms may be announced at the sale. The successful bidder will be required to execute and deliver to Trustee a memorandum or contract of the sale at the conclusion of bidding.

Russell S. Drazin, Trustee



Jun 25,27,Jul 1,3,5 2024    0012463106

---

**Pardo & Drazin, LLC**
Russell S. Drazin, Attorney
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015
202-223-7900

**TRUSTEE'S SALE**
**OF REAL PROPERTY**
**1228 Pleasant Street, SE**
**Washington, DC 20020**
**Lot 0802 in Square 5791**

Under a power of sale contained in a certain Deed of Trust ("Deed of Trust") dated May 19, 2022 as Instrument No. 202205497 from Native Washingtonian Limited Liability Company (also known of record as Native Washingtonian LLC), a District of Columbia limited liability company, as grantor, to Russell S. Drazin, as trustee, for the benefit of WCP Fund I LLC, a Delaware limited liability company, as beneficiary, securing that certain Commercial Deed of Trust Note dated April 28, 2022 in the principal amount of $594,000.00, default having occurred under the terms thereof, and following the mailing and recordation of an Affidavit of Non-Residential Mortgage Foreclosure and a Notice of Foreclosure Sale of Real Property or Condominium Unit, at the request of the current noteholder, Trustee will sell at public auction at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, on

**JULY 9, 2024 AT 2:40 PM**

ALL THAT LOT OF GROUND AND THE IMPROVEMENTS THEREON (if any) situated in the City of Washington, District of Columbia, known as 1228 Pleasant Street, SE, Washington, DC 20020, and more fully described in the Deed of Trust.

The property will be sold in an "AS IS" condition, with no warranty of any kind, and subject to conditions, restrictions, agreements, liens, and encumbrances of record affecting the same – except those encumbrances of record that are extinguished by operation of District of Columbia law by virtue of the foreclosure of the Deed of Trust.

Purchaser will take title to the property subject to all taxes, water and sewer charges, and other utility charges, if any. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. Purchaser shall be responsible for obtaining physical possession of the property.

TERMS OF SALE: A deposit of $40,000.00 by cashier's check will be required of purchaser at the time and place of sale. Purchaser shall settle within thirty (30) days of sale. TIME SHALL BE OF THE ESSENCE WITH RESPECT TO SETTLEMENT BY PURCHASER. Balance of the purchase price to be paid in cash or certified funds at settlement.

Interest to be paid on the unpaid purchase money from the date of sale to the date of settlement at the applicable interest rate set forth in the debt instrument secured by the Deed of Trust. Purchaser shall be responsible for payment of all settlement costs.

The noteholder and its affiliates, if a bidder, shall not be required to post a deposit or to pay interest.

In the event that purchaser does not settle as required for any reason, purchaser shall be in default. Upon such default, the deposit shall be forfeited to Trustee and all of the expenses of this sale (including legal fees and costs, and full commission on the gross sale price) shall be charged against and paid out of the forfeited deposit. Trustee may resell the property at the risk and expense of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Defaulting purchaser shall be liable to Trustee for legal fees and costs incurred by Trustee in connection with such default.

If Trustee is unable to settle as set forth herein, purchaser's sole remedy at law and in equity shall be limited to a refund of the deposit and the sale shall be considered null and void and of no effect whatsoever.

Trustee reserves the right, in Trustee's sole discretion, to reject any and all bids, to withdraw the property from sale at any time before or at the auction, to extend the time to receive bids, to waive or modify the deposit requirement, to waive or modify the requirement that interest be paid on the unpaid purchase money, and/or to extend the period of time for settlement.

Additional terms may be announced at the sale. The successful bidder will be required to execute and deliver to Trustee a memorandum or contract of the sale at the conclusion of bidding.

Russell S. Drazin, Trustee



Jun 25,27,Jul 1,3,5 2024    0012463135

---

**Pardo & Drazin, LLC**
Russell S. Drazin, Attorney
4400 Jenifer Street, NW, Suite 2
Washington, DC 20015
202-223-7900

**TRUSTEE'S SALE**
**OF REAL PROPERTY**
**325 Parkland Place, SE**
**Washington, DC 20032**
**Lot 0068 in Square 5988**

Under a power of sale contained in a certain Deed of Trust ("Deed of Trust") dated September 16, 2022 and recorded on January 4, 2023 as Instrument No. 2023000790 from Native Washingtonian Limited Liability Company (also known of record as Native Washingtonian LLC), a District of Columbia limited liability company, as grantor, to Russell S. Drazin ("Trustee"), as trustee, for the benefit of WCP Fund I LLC, a Delaware limited liability company, as beneficiary, securing that certain Commercial Deed of Trust Note dated September 16, 2022 in the principal amount of $682,500.00, default having occurred under the terms thereof, and following the mailing and recordation of an Affidavit of Non-Residential Mortgage Foreclosure and a Notice of Foreclosure Sale of Real Property or Condominium Unit, at the request of the current noteholder, Trustee will sell at public auction at the office of Harvey West Auctioneers, Inc., 5335 Wisconsin Avenue, NW, Suite 440, Washington, DC 20015, on

**JULY 9, 2024 AT 2:35 PM**

ALL THAT LOT OF GROUND AND THE IMPROVEMENTS THEREON (if any) situated in the City of Washington, District of Columbia, known as 325 Parkland Place, SE, Washington, DC 20032, and more fully described in the Deed of Trust.

The property will be sold in an "AS IS" condition, with no warranty of any kind, and subject to conditions, restrictions, agreements, liens, and encumbrances of record affecting the same – except those encumbrances of record that are extinguished by operation of District of Columbia law by virtue of the foreclosure of the Deed of Trust.

Purchaser will take title to the property subject to all taxes, water and sewer charges, and other utility charges, if any. Purchaser assumes the risk of loss or damage to the property from the date of sale forward. Purchaser shall be responsible for obtaining physical possession of the property.

TERMS OF SALE: A deposit of $40,000.00 by cashier's check will be required of purchaser at the time and place of sale. Purchaser shall settle within thirty (30) days of sale. TIME SHALL BE OF THE ESSENCE WITH RESPECT TO SETTLEMENT BY PURCHASER. Balance of the purchase price to be paid in cash or certified funds at settlement.

Interest to be paid on the unpaid purchase money from the date of sale to the date of settlement at the applicable interest rate set forth in the debt instrument secured by the Deed of Trust. Purchaser shall be responsible for payment of all settlement costs.

The noteholder and its affiliates, if a bidder, shall not be required to post a deposit or to pay interest.

In the event that purchaser does not settle as required for any reason, purchaser shall be in default. Upon such default, the deposit shall be forfeited to Trustee and all of the expenses of this sale (including legal fees and costs, and full commission on the gross sale price) shall be charged against and paid out of the forfeited deposit. Trustee may resell the property at the risk and expense of the defaulting purchaser. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the property. Defaulting purchaser shall be liable to Trustee for legal fees and costs incurred by Trustee in connection with such default.

If Trustee is unable to settle as set forth herein, purchaser's sole remedy at law and in equity shall be limited to a refund of the deposit and the sale shall be considered null and void and of no effect whatsoever.

Trustee reserves the right, in Trustee's sole discretion, to reject any and all bids, to withdraw the property from sale at any time before or at the auction, to extend the time to receive bids, to waive or modify the deposit requirement, to waive or modify the requirement that interest be paid on the unpaid purchase money, and/or to extend the period of time for settlement.

Additional terms may be announced at the sale. The successful bidder will be required to execute and deliver to Trustee a memorandum or contract of the sale at the conclusion of bidding.

Russell S. Drazin, Trustee

Jun 25,27,Jul 1,3,5 2024    0012463133

---

**Business and Financial Opportunities/Services**
Call 202-334-5787 or email businessops@washpost.com

**INSURANCE SERVICES**
DENTAL INSURANCE from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance – NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! 1-855-337-5228 dental50plus.com/MDDC#6258

**more BOOKS?**
Washington Post newsletters deliver more of what you're looking for.
Discover and subscribe for free at washingtonpost.com/newsletters

**WELL+BEING** Tips and guidance on food, fitness and mental health. washingtonpost.com/wellbeing

Manage your print subscription! wapo.st/my-post

**Give the gift of awareness** Gift subscriptions washingtonpost.com/my-post

**WELL+BEING** Tips and guidance on food, fitness and mental health. washingtonpost.com/wellbeing

**Give a gift that delivers every day** Gift subscriptions washingtonpost.com/my-post The Washington Post





**more TECH?** Washington Post newsletters deliver more of what you're looking for. Discover and subscribe for free at washingtonpost.com/newsletters

The Washington Post
# CLASSIFIED
D6
washingtonpost.com/classifieds
FRIDAY, JULY 12, 2024
EZ

the local expert on local jobs — washingtonpost.com/recruit
homes for sale, commercial real estate — washingtonpost.com/realestate
rentals — washingtonpost.com/rentals
merchandise, garage sales, auctions, tickets — washingtonpost.com/merchandise
dogs, cats, birds, fish — washingtonpost.com/pets
Trustee Sales 202-334-5782 — mypublicnotices.com/washingtonpost/PublicNotice.asp

For Recruitment advertisements, go to **washingtonpost.com/recruit** or call 202-334-4100 (toll free 1-800-765-3675)

To place an ad, go to **washingtonpostads.com** or call 202-334-6200
**Non-commercial advertisers can now place ads 24/7 by calling 202-334-6200**

**Legal Notices:** 202-334-7007
**Auctions, Estate Sales, Furniture:** 202-334-7029
**Biz Ops/Services:** 202-334-5787

## 815 Legal Notices

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

Docket No. JKB 24-cv-941
***IN ADMIRALTY***

**In the Matter of the Petition**
**Of GRACE OCEAN PRIVATE LIMITED,**
**as Owner of the M/V DALI,**
**And**
**SYNERGY MARINE PTE LTD,**
**as Manager of the M/V DALI,**
**For Exoneration from on Limitation of Liability.**

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel") have filed a Petition pursuant to 46 U.S.C §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").
All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys. BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.
Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.
Dated: Baltimore, Maryland April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court of the District of Maryland

**DUANE MORRIS LLP**
**Robert B. Hopkins**
**(Bar No. 06017)**
**rbhopkins@duanemorris.com**
**Laurie G. Furshman**
**(Bar No. 29604)**
**Lgfurshman@duanemorris.com**
**100 International Drive, Suite 700**
**Baltimore, MD 21202**
**(410) 949-2900**

**BLANK ROME LLP**
**William R. Bennett III**
**William.Bennett@blankrome.com**
**Thomas H. Belknap, Jr.**
**Thomas.Belknap@blankrome.com**

**Kierstan L. Carlson**
**Kierstan.Carlson@blankrome.com**
**1825 Eye St. NW**
**Washington, DC 20006202-420-2200**

***Counsel for Petitioners***

## 830 Special Notices

**NOTICE OF NON-DISCRIMINATORY POLICY AS TO STUDENTS**
The Osher Lifelong Learning Institute (OLLI) is a non-profit educational organization conducted by and for individuals of retirement age which admits students of any race, ethnicity, gender, sexuality, and nationality. All rights, privileges, programs, and activities are generally accorded or made available to all students at the Institute. OLLI does not discriminate on the basis of gender, class, race, religion, sexuality, nationality, or spirituality in the administration of its educational and admissions policies, scholarship programs, and all other OLLI-administered programs. For further information, call (202) 895-4860, or email us at olli@american.edu.

## 1408 Antiques & Classics

**WANTED VINTAGE SPORTS CARS & CLASSICS -** Especially Mercedes, Porsche, Jaguar.
Highest prices paid for the very best examples.
**Call Bob 703-966-0122**

## 1447 Autos Wanted

**DONATE YOUR CAR/TRUCK/RV**
**Lutheran Mission Society of MD** Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044.
410-228-8437
www.CompassionPlace.org

## 815 Legal Notices

**ABC LICENSE:** Lidl US Operations LLC trading as Lidl 5935 Centreville Crest Lane Centreville (Fairfax County) Virginia 22182. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Gourmet Shop Wine and Beer Off-Premises license to sell or manufacture alcoholic beverages. Radoslaw Liberski, Officer **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

**ABC LICENSE:** SF Markets LLC (Used in VA by SFM LLC) trading as Sprouts Farmers Market 1021B Edwards Ferry Rd NE Leesburg (Loudoun County) Virginia 20176-3347. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Gourmet Shop Wine & Beer Off-Premises license to sell or manufacture alcoholic beverages. Brandon Lombardi, Secretary **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

All medical records retained by Laura Primakoff, Ph.D will be destroyed after September 3, 2024. Clients can obtain their records or have them transferred by contacting Dr.Primakoff at drprimakoff@gmail.com, calling 301-299-6888, or coming to Davis Library, 6400 Democracy Blvd., Bethesda on September 3 between 10am and 12noon.

Comprehensive Medical Services Corporation is applying for a Certificate of Need to establish a one operating room ambulatory surgery center. A Letter of Intent will be filed with the District of Columbia State Health Planning and Development Agency (SHPDA). The facility will be located at 2112 F Street, NW, Suite 802, Washington, DC 20037 in Ward 2. For additional information contact the SHPDA at 202-442-5875.

On July 9, 2024, NOAA Fisheries published proposed incidental harassment authorization for public comment in the Federal Register (open until August 8, 2024), pursuant to the Marine Mammal Protection Act. The proposed IHA would authorize the "take" of marine mammals incidental to the City and Borough of Sitka Gary Paxton Industrial Park Vessel Haulout Project in Sitka, Alaska. You can find information related to this action at https://www.fisheries.noaa.gov/action/incidental-take-authorization-city-and-borough-sitkas-gary-paxton-industrial-park-vessel.

## 820 Official Notices

**ABC LICENSE**: SSH Arlington, LLC trading as Hilton Garden Inn (Arlington Courthouse Plaza) 1333 N Courthouse Road, (Arlington County) Arlington, VA 22201-2507. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Hotel with Mixed Beverage Restaurant license to sell or manufacture alcoholic beverages. StepStone Hospitality Inc., sole member; Michelle Russo, President; Wendy Russo, VP; Blair Wills, VP;John Patrick Rollo, Secretary/Treasurer **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

## 830 Special Notices

**Public Notice**
All medical records retained by Dana O'Brien, PhD, LLC will be destroyed after September 5, 2024. Clients can obtain their records or have them transferred by contacting Dr. O'Brien at dr.danaobrien@gmail.com, calling 3014934320, or coming to 11119 Rockville Pike, #200, Rockville, MD on Sept. 5 between 9:00 and11:00 AM.

## 852 Anne Arundel County

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**John Ansell, et al.**
**Substitute Trustees**

**Versus**

**Jamal Riddick**
**Defendant**

**No. C-02-CV-23-000335**

**NOTICE**

Notice is hereby issued this **Friday, July 05, 2024** that the sale of the property in the proceedings mentioned, made and reported by Abiebatu M. Bah, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **5th day of August 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **5th day of August 2024** next. The report states that the amount of sale of the property at **4718 IDLEWILDE ROAD, SHADY SIDE, MARYLAND 20764** to be **$144,500.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD

Jul 12,19,26 2024 0012465636

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**Nicole Lipinski**
**Substitute Trustees**

**Versus**

**Estate of Deborah Anderson**
**Defendant**

**No. C-02-CV-23-002455**

**NOTICE**

Notice is hereby issued this **Friday, June 21, 2024** that the sale of the property in the proceedings mentioned, made and reported by Nicole E Lipinski, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **22nd day of July 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **22nd day of July 2024** next. The report states that the amount of sale of the property at **7036 HARBOUR VILLAGE COURT, #7036-1, ANNAPOLIS, MD 21403** to be **$340,000.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jun 28,Jul 5,12 2024 0012464656

## 840 Trustees Sale - DC

**TRUSTEE'S SALE**
**Of Valuable Real Estate located in the District of Columbia**
known as
**1535 – 1545 New Jersey Avenue NW,**
**Washington, DC 20001**
**(the "Property")**

By virtue of a certain Deed of Trust, Assignment of Rents, and Security Agreement duly recorded in the land records of the District of Columbia on September 9, 2013 as Instrument No. 2013104689 (the "Deed of Trust") and in accordance with the Notice of Foreclosure Sale recorded June 12, 2024 as Instrument No. 2024054824, Public law 90-566, an Affidavit of Non-Residential Mortgage Foreclosure, and at the request of the party secured by the Deed of Trust, the Trustee will sell at public auction at the office of HARVEY WEST AUCTIONEERS INC., 5335 WISCONSIN AVENUE, N.W., SUITE 440, WASHINGTON, D.C. 20015, on **July 23, 2024 at 11:00 a.m.** the Property described in the Deed of Trust, including certain land and premises, situate in the District of Columbia, and being now known as

All of Square East of Square numbered Five Hundred Ten (510) in the District of Columbia.

NOTE: Said property now known for purposes of assessment and taxation as Lot 800 in the square East of Square 510.

**Property Address:1535-1545 New Jersey Avenue, N.W., Washington, DC 20001**

**TAX ID: Square 0510-E, Lot 0800**

Terms of Sale
The Property will be sold "WHERE IS" and in "AS IS" condition and the purchaser shall assume the risk of loss or damage to the property after the time of the foreclosure sale. Neither the Trustee, the party secured by the Deed of Trust, the auctioneer, nor any of their respective agents, successors or assigns (collectively, the "Selling Parties") make any representation or warranties, express or implied, with respect to the Property, or any tenancies or parties in possession, including without limitation, the description, use, structural integrity, physical condition, construction, extent of construction, workmanship, materials, habitability, marketability, or insurability (hazard or title), subdivision, zoning, environmental condition, compliance with building codes or other laws (such as Americans with Disabilities Act), ordinances or regulations, fitness for a particular purpose, or merchantability of all or any part of the Property. The purchaser waives and releases the Selling Parties from any and all claims the purchaser or the purchaser's successors or assigns may have now or may have in the future relating to the sale or the condition of the Property. The Property will be sold subject to rights of parties in possession, any building or housing violations, easements, agreements, restrictions, terms, rights of way, covenants, conditions, rights of redemption, other encumbrances, statutes, if any, affecting the Property, whether or not of record and all statutes, ordinances or court rules, to the extent such things have priority over the Deed of Trust and to the extent such things survive the foreclosure sale. The Property is also sold subject to a post-sale audit of the status of the loan. All interested bidders are specifically encouraged to review all federal, state and local statutes, ordinances, and court rules concerning the Property and to contact the appropriate governmental authorities prior to the sale date regarding the Property, including without limitation, encumbrances, liens, violations, permitted uses and the requirements, if any, for registration, obtaining possession, cure of violations, construction, completion, or development. The Trustee will not deliver possession to the purchaser, who shall be solely responsible for obtaining possession of the Property.

A deposit of $50,000.00 will be required at the time of sale, such deposit to be in the form of a cashier's check or certified check, or in such other form as the Trustee may determine in his sole discretion. Whenever the purchaser is also the party secured by the Deed of Trust, payment of the required Deposit and purchase price is made by crediting the amount thereof to the indebtedness. The balance of the purchase price with interest thereon at 10% per annum from the date of sale to the date of settlement shall be paid within thirty (30) days after the date of sale unless such time is extended at the sole discretion of the Trustee. There will be no abatement of interest due from the purchaser if settlement is delayed for any reason whatsoever. The party secured by the Deed of Trust shall not be obligated to pay interest if it is the purchaser. TIME IS OF THE ESSENCE FOR THE PURCHASER.

Real property taxes, water charges, condominium fees and/or homeowner association dues, all public charges/assessments payable on an annual basis, including sanitary and/or metropolitan district charges, if applicable, to be adjusted for the current year to date of sale and assumed thereafter by the purchaser. All costs incident to the settlement and conveyancing including, without limitation, examination of title, conveyancing, all recordation taxes and charges, all transfer taxes and charges, title insurance premiums, notary fees, settlement fees and all other costs incident to settlement shall be at the cost of the purchaser. Conveyance of the Property shall be by Trustee's Deed, without covenant or warranty, express or implied, specifically including marketability or insurability as to hazard or title. The Trustee will not sign any loan or settlement document which makes or implies any warranty with regard to the Property. In the event the Trustee is unable for any reason to convey marketable title, the purchaser's sole remedy at law or in equity shall be to request and receive a return of the Deposit, after which this sale shall be void and of no effect and the purchaser shall have no further claim against the Trustee, the Selling Parties, or the Property.

In the event of a default by the purchaser, the deposit shall be forfeited to the Trustee and all expenses of the sale, including attorney fees and full commission on the gross sales price, shall be charged against and paid from the forfeited deposit. The Trustee or secured party shall be entitled to avail themselves of any legal or equitable rights against the defaulting purchaser. Any resale shall be at the risk and cost of the defaulting purchaser and shall include any attorney's fees or costs in connection with all litigation, including appeals, involving the Property or the proceeds of a resale; or contesting the right to conduct a resale; or seeking to invalidate this sale or any resale. The defaulting purchaser shall not be entitled to any surplus proceeds or profits resulting from any resale of the Property regardless of any improvements made. This advertisement, as amended or supplemented by any oral announcements during the conduct of the sale, constitutes the entire terms upon which the Property shall be offered for sale.

Patricia Sweeney, Sole Acting Trustee.

FOR INFORMATION CONTACT:
David Shames at 240-687-3382

HARVEY WEST AUCTIONEERS, INC.
5335 Wisconsin Ave., NW, Ste 440
Washington, DC 20015
202-463-4567
www.hwestauctions.com

Jul 9,12,16,19,22 2024 0012463865

## 840 Trustees Sale - DC

**BARNES & THORNBURG LLP**
**555 12TH STREET, NW**
**SUITE 1200**
**WASHINGTON, DC 20004**
**202-371-6351**

**SUBSTITUTE TRUSTEE'S SALE**
**NEWLY CONSTRUCTED 20-UNIT APARTMENT BUILDING**
**WITH A FIRST FLOOR COMMERCIAL UNIT**
**KNOWN AS**
**"THE V AT GEORGIA AVENUE"**
**3557 – 3559 GEORGIA AVENUE, NW**
**WASHINGTON, DC 20010**

By virtue of a certain Construction Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing (the "Deed of Trust"), duly recorded February 28, 2020 as Instrument No. 2020028612 among the Land Records of the District of Columbia (the "Land Records"), which Deed of Trust also constitutes a security agreement and creates a security interest in all fixtures and personal property described in the Deed of Trust, a default having occurred in the payment of the indebtedness secured thereby and the covenants contained therein, and at the request of the party secured thereby (the "Noteholder"), and following mailing of a Notice of Foreclosure Sale recorded with the Recorder on June 21, 2024 as Instrument No. 2024057994 and Affidavit of Non-Residential Mortgage Foreclosure recorded with the Recorder on November 15, 2022 as Instrument No. 2022112985, and the recordation of a Deed of Removal of Substitute Trustee and Appointment of New Substitute Trustee recorded with the Recorder on June 21, 2024 as Instrument No. 2024057994 and at the request of the party secured thereby (the "Noteholder"), the undersigned Substitute Trustee, will sell, at public auction, within the office of ALEX COOPER AUCTIONEERS, INC., 4910 MASSACHUSETTS AVENUE, N.W., SUITE 100, WASHINGTON, D.C. on

**THURSDAY, JULY 25, 2024 AT 12:15 PM**

All that certain lot or parcel of land located and being in the City of Washington in the District of Columbia and being more particularly described as follows:

Lot numbered Eighty-nine (0089) in Square numbered Three Thousand Thirty-Three (3033) in the subdivision made by Miriam E. Ochoa and Rafael Rodriquez, Jr. as per plat recorded in the Office of the Surveyor for the District of Columbia in Book 196 at page 107.

Property description: The property is improved by a newly constructed 6-story corner building containing 10 one-bedroom and 10 two-bedroom units. The first floor has a commercial unit. There is storage in the lower level.

TOGETHER WITH any and all buildings, structures, improvements or appurtenances now erected on the above-described land, including, without limitation, all equipment, apparatus, machinery and fixtures of any kind or character forming a part of said buildings, structures, improvements or appurtenances, and any furniture, furnishings, equipment, machinery and other personal property owned and located in, upon or about the above-described land and any buildings thereon all as more particularly described in the aforesaid Deed of Trust (collectively, the "Property").

**TANGIBLE AND INTANGIBLE PROPERTY**
**PERSONAL PROPERTY**

Pursuant to the Construction Deed of Trust, Security Agreement, Assignment of Rents and Fixture Filing as evidenced by UCC Financing Statement duly recorded February 27, 2020 as U.C.C. Initial Filing No: 2020 1421132. Service Request No: 20201609227 among the Delaware Department of State and upon occurrence of a default thereunder, the Noteholder, Parkview Financial REIT, LP, as the holder of a security interest and lien on all of the tangible and intangible assets of the Debtor, will sell at public auction on the same date and at the same time and place, ALL OF THE FIXTURES and TANGIBLE AND INTANGIBLE PROPERTY, ETC. of the Debtor located on or about the Real Estate (that is subject to the security interest and lien of Parkview Financial REIT, LP and not owned by any third party.)

**TERMS OF SALE:** ALL CASH. The Property will be offered as an entirety only. The bid which yields the highest price for the Property will be accepted by the Substitute Trustee (unless the sale is postponed or cancelled) and all bids will be provisional until acceptance. Notwithstanding the foregoing, the Substitute Trustee absolutely reserves the right to postpone the sale and/or cancel the sale at any time until the auctioneer announces that the Property is "sold" and the deposit in the required amount and form is received by the Substitute Trustee. A deposit in the amount of **$100,000** in the form of a cashier's check or certified check will be required as a condition to bidding. The deposit must be increased to **10% of the purchase price within two (2) business days after the sale**, which increased deposit must be in the form of a cashier's check or certified check and delivered to the office of the Substitute Trustee. The Noteholder secured by the Deed of Trust (or any related party) shall be exempted by the Substitute Trustee from submitting any bidding deposit. The Substitute Trustee will, as a condition of the sale, require all potential bidders except the Noteholder to show their deposit before any bidding begins. The retained deposit of the successful purchaser shall be applied, without interest, to the successful purchaser's credit at settlement; provided, however, that in the event the successful purchaser fails to consummate the purchase in accordance with the terms of sale as herein provided, such deposit, at the option of the Substitute Trustee, will be forfeited. The terms of sale must be complied with and settlement consummated thereon within 45 days from day of sale unless extended at the sole discretion of the Substitute Trustee. TIME IS OF THE ESSENCE. The balance of the purchase price over and above the retained deposit, with interest thereon at the note rate then being charged from the date of sale through the date of receipt of the balance of the purchase price, will be due at settlement in certified funds; and if not so paid, the Substitute Trustee reserves the right to retain the deposit and resell the Property at the risk and cost of the defaulting purchaser, after such advertisement and on such terms as the Substitute Trustee may deem proper, and to avail themselves and the Noteholder of any legal or equitable rights against the defaulting purchaser.

The Property is sold subject to the rights, if any, of parties in possession, if such rights have priority over the Deed of Trust, and to any and all covenants, conditions, restrictions, easements, rights of way, and limitations of record. The Property will be sold "WHERE IS" and in "AS IS" condition without any warranty as to condition, express or implied, and without any representation or warranty as to the accuracy of the information furnished to prospective bidders by the Substitute Trustee or any other party and without any other representations or warranty of any nature. Without limiting the generality of the foregoing, the Property will be sold without representation or warranty as to (i) title to the Property, (ii) the nature, condition, structural integrity, or fitness for a particular use of any improvements, fixtures or personal property included within the Property, (iii) the environmental condition of the Property or the compliance of the Property with federal, state and local laws and regulations concerning the presence or disposal of hazardous substances, (iv) compliance of the Property with the Americans with Disabilities Act or any similar law, or (v) compliance of the Property with any zoning laws or ordinances and any and all applicable safety codes, and acceptance of the Deed to the Property by the successful purchaser shall constitute a waiver of any claims against the Substitute Trustee or the Noteholder concerning any of the foregoing matters. The successful purchaser recognizes that any investigation, examination or inspection of the Property is within the control of the owner or other parties in possession of the Property and not within the control of the Substitute Trustee or the Noteholder.

Conveyance shall be by Substitute Trustee's Deed, without covenant or warranty, express or implied. The risk of loss or damage by fire or other casualty to the Property from and after the date of sale will be upon the successful purchaser. Sold subject to all taxes, ground rents, public charges, assessments, sewer, water, drainage and other public improvements whether assessments have been levied or not. The Noteholder and Substitute Trustee assume no liability for fuel, gas, electricity, utilities and other operating charges accrued before or after the sale and all such charges shall be the sole responsibility of the purchaser from the date of sale. All costs incident to the settlement and conveyancing including, without limitation, examination of title, conveyancing, all recordation taxes and charges, all transfer taxes and charges, title insurance premiums, notary fees, settlement fees and all other costs incident to settlement shall be at the cost of the successful purchaser. If the Substitute Trustee cannot convey title, the purchaser's sole remedy is a return of deposit. Further particulars may be announced at the time of sale. For further information, please contact James E. Van Horn 202-371-6351.

James E. Van Horn
Substitute Trustee

ALEX COOPER auctioneers
4910 Massachusetts Avenue, N.W. • Suite 100
Washington, DC 20016 • 202.364.0306
www.alexcooper.com

Jul 9,12,16,19,22,24 2024 0012465621

## 840 Trustees Sale - DC

Martin Law Group
8065 Leesburg Pike Suite 750
Vienna, VA 22182
703.834.5550

**SUBSTITUTE TRUSTEE'S SALE**

**2404 WISCONSIN AVENUE, N.W.**
**WASHINGTON, DC 20007**

**CURRENTLY USED AS A RESTAURANT**

**(Square 1300, Lot 0333)**

In execution of the power of sale contained in a certain Deed of Trust and Security Agreement dated as of September 30, 2021 and recorded on November 1, 2021 as Instrument No. 2021144471 with the District of Columbia Recorder of Deeds (the "Recorder") in the original principal amount of $2,300,000.00 (the "Deed of Trust"), which Deed of Trust also constitutes a security agreement and creates a security interest in all fixtures and personal property described in the Deed of Trust, a default having occurred in the payment of the indebtedness secured thereby and the covenants contained therein, and at the request of the party secured thereby (the "Noteholder"), and following mailing of a Notice of Foreclosure Sale of Real Property or Condominium Unit which was recorded on June 13, 2024 as Instrument No. 2024054878 and Affidavit of Non-Residential Mortgage Foreclosure, which was recorded with the Recorder on June 4, 2024 as Instrument No. 2024052193, and the recordation of a Deed of Appointment of Substitute Trustee (Trustee) with the Recorder as Instrument No. 2024052192, the undersigned Trustee will sell, at public auction, within the office of ALEX COOPER AUCTIONEERS, INC., 4910 MASSACHUSETTS AVENUE, N.W., SUITE 100, WASHINGTON, D.C. 20016 on **July 17, 2024 at 1:00 PM** that certain land and premises commonly described as 2404 Wisconsin Avenue, N.W., Washington, D.C. 20007, which has the following legal description as set forth in the Deed of Trust:

Lot 333 in Square 1300 in a subdivision made by Elie Fabre, as per plat recorded in Liber No. 39 at folio 48 in the Office of The Surveyor for the District of Columbia.

**FIXTURES**
Pursuant to the Deed of Trust and the UCC Financing Statements recorded in Land Records as Instrument Nos. 202114473 and 202114474, the Beneficiary holds a security interest and lien on all of the tangible and intangible assets of Borrower and will sell at public auction on the same date and at the same time and place, ALL OF THE FIXTURES of Borrower located on or about the Real Estate that is subject to the security interest and lien of Beneficiary and not owned by any third party.

TOGETHER WITH any and all buildings, structures, improvements or appurtenances now erected on the above-described land, including, without limitation, all equipment, apparatus, machinery and fixtures of any kind or character forming a part of said buildings, structures, improvements or appurtenances, and any furniture, furnishings, equipment, machinery and other personal property owned and located in, upon or about the above-described land and any buildings thereon all as more particularly described in the aforesaid Deed of Trust (the "Property"). Pursuant to Section 28:9-604 of the D.C. Code, the Trustee is proceeding against both the real property and the personal property described in the Deed of Trust.

**TERMS OF SALE:** ALL CASH. The bid which yields the highest price for the Property will be accepted by the Trustee (unless the sale is postponed or cancelled) and all bids will be provisional until acceptance. Notwithstanding the foregoing, the Trustee absolutely reserves the right to postpone the sale and/or cancel the sale at any time until the auctioneer announces that the Property is "sold" and the deposit in the required amount and form is received by the Trustee. A deposit in the amount of $75,000.00 will be required at the time of sale. Such deposit must be by cashier's check or certified check or in such other form as the Trustee may determine in his sole discretion. The deposit must be increased to 10% of the winning bid amount and delivered to the Trustee within two (2) business day after the consummation of the sale in the same form of funds as the initial deposit. Failure to timely tender the deposit or increased deposit shall constitute a material default by the purchaser. The Noteholder (or any related party) shall be exempted by the Trustee from submitting any bidding deposit. The Trustee will, as a condition of the sale, require all potential bidders except the Noteholder (or any related party) to show their deposit before any bidding begins. The retained deposit of the successful purchaser shall be applied, without interest, to the successful purchaser's credit at settlement, provided, however, that in the event the successful purchaser fails to consummate the purchase in accordance with the terms of sale as herein provided, such deposit, at the option of the Trustee, will be forfeited. The terms of sale must be complied with and settlement consummated thereon within thirty (30) days from day of sale unless extended at the sole discretion of the Trustee. TIME IS OF THE ESSENCE. The balance of the purchase price, over and above the retained deposit, with interest thereon at the current interest rate contained in the Note from the date of sale through the date of receipt of the balance of the purchase price, will be due at settlement in cash or certified funds; and if not so paid, the Trustee reserves the right to retain the deposit and resell the Property at the risk and cost of the defaulting purchaser, after such advertisement and on such terms as the Trustee may deem proper, and to avail himself and the Noteholder of any legal or equitable rights against the defaulting purchaser, including, without limitation, the recovery of all of Noteholder's costs, expenses and reasonable attorneys' fees to conduct both sales, plus any deficiency resulting from such subsequent sale and the cost of collecting same.

The Property is sold subject to the rights, if any, of any parties in possession, if such rights have priority over the Deed of Trust, and to any and all covenants, conditions, restrictions, easements, rights of way, and limitations of record. The Property will be sold "WHERE IS" and in "AS IS" condition without any warranty as to condition, express or implied, and without any representation or warranty as to the accuracy of the information furnished to prospective bidders by the Trustee or any other party and without any other representations or warranty of any nature. Without limiting the generality of the foregoing, the Property will be sold without representation or warranty as to (i) title to the Property, (ii) the nature, condition, structural integrity, or fitness for a particular use of any improvements, fixtures or personal property included within the Property, (iii) the environmental condition of the Property or the compliance of the Property with federal, state and local laws and regulations concerning the presence or disposal of hazardous substances, (iv) compliance of the Property with the Americans with Disabilities Act or any similar law, or (v) compliance of the Property with any zoning laws or ordinances and any and all applicable safety codes, and acceptance of the Deed to the Property by the successful purchaser shall constitute a waiver of any claims against the Trustee or the Noteholder concerning any of the foregoing matters. The successful purchaser recognizes that any investigation, examination or inspection of the Property is within the control of the owner or other parties in possession of the Property and not within the control of the Trustee or the Noteholder.

Conveyance shall be by Substitute Trustee's Deed, without covenant or warranty, express or implied. The risk of loss or damage by fire or other casualty to the Property from and after the date of sale will be upon the successful purchaser. Adjustment of all taxes, ground rents, public charges, assessments, sewer, water, drainage and other public improvements will be made as of the date of sale and are to be assumed and paid thereafter by the successful purchaser, whether assessments have been levied or not. The Noteholder and Trustee assume no liability for fuel, gas, electricity, utilities and other operating charges accrued before or after the sale and all such charges shall be the sole responsibility of the purchaser from the date of sale. All costs incident to the settlement and conveyancing including, without limitation, examination of title, conveyancing, all recordation taxes and charges, all transfer taxes and charges, title insurance premiums, notary fees, settlement fees and all other costs incident to settlement shall be at the cost of the successful purchaser. If the Trustee cannot convey title, the purchaser's sole remedy is a return of deposit. Further particulars may be announced at the time of sale. For further information, please contact John E. Reid, Esquire at 703-834-5550.

Jeffery T. Martin, Jr.
Substitute Trustee

ALEX COOPER auctioneers
4910 Massachusetts Avenue, N.W. • Suite 100
Washington, DC 20016 • 202.364.0306
www.alexcooper.com

Jul 8,10,12,15,16 2024 0012465474

Manage your print subscription! wapo.st/my-post S0435_1x.5

WELL+BEING Tips and guidance on food, fitness and mental health. washingtonpost.com/wellbeing S0437 1x.5

Give the gift of discovery
Gift subscriptions
washingtonpost.com/my-post
The Washington Post
S0390-1x1.5

WELL+BEING
Tips and guidance on food, fitness and mental health.
washingtonpost.com/wellbeing
S0437 1x1.5

Manage your print subscription!
wapo.st/my-post
S0435_1x1.5

Give a gift that delivers every day
Gift subscriptions
washingtonpost.com/my-post
The Washington Post
S0390-1x2

Manage your print subscription!
wapo.st/my-post
S0435_1x2

WELL+BEING
Tips and guidance on food, fitness and mental health.
washingtonpost.com/wellbeing
S0437 1x2

The Washington Post
# CLASSIFIED
D7
washingtonpost.com/classifieds
FRIDAY, JULY 19, 2024
EZ

the local expert on local jobs — washingtonpost.com/recruit
homes for sale, commercial real estate — washingtonpost.com/realestate
rentals — washingtonpost.com/rentals
merchandise, garage sales, auctions, tickets — washingtonpost.com/merchandise
dogs, cats, birds, fish — washingtonpost.com/pets
Trustee Sales 202-334-5782 — mypublicnotices.com/washingtonpost/PublicNotice.asp

For Recruitment advertisements, go to **washingtonpost.com/recruit** or call 202-334-4100 (toll free 1-800-765-3675)

To place an ad, go to **washingtonpostads.com** or call 202-334-6200
**Non-commercial advertisers can now place ads 24/7 by calling 202-334-6200**

**Legal Notices:** 202-334-7007
**Auctions, Estate Sales, Furniture:** 202-334-7029
**Biz Ops/Services:** 202-334-5787

## 815 Legal Notices

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

Docket No. JKB 24-cv-941
***IN ADMIRALTY***

**In the Matter of the Petition**
**Of GRACE OCEAN PRIVATE LIMITED,**
**as Owner of the M/V DALI,**
**And**
**SYNERGY MARINE PTE LTD,**
**as Manager of the M/V DALI,**
**For Exoneration from on Limitation of Liability.**

**NOTICE TO CLAIMANTS OF PETITION FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

Notice is hereby given that GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI (the "Vessel") have filed a Petition pursuant to 46 U.S.C §§ 30501, et. seq., claiming the right to exoneration from or limitation of liability for all claims and damage incurred during or arising out of the Vessel's voyage commencing on or about March 26, 2024 from Baltimore, Maryland bound for Colombo, Sri Lanka with an ultimate destination of Yantian, China and allision with the Francis Scott Key Bridge in Baltimore (the "Casualty").
All persons having such claims must file them with the Clerk of this Court at the United States Court House, 101 West Lombard Street, Baltimore, MD 21201 no later than September 24, 2024. Such claims must be served upon Petitioners' attorneys. BLANK ROME LLP and DUANE MORRIS LLP, contact information for whom is listed below. Personal attendance at the Court is not required, but failure to file claims with the Clerk and failure to serve claims upon Petitioners' attorneys will result in default.
Any claimant who files a claim with this Court and wishes to contest the allegations in the Petition must file an answer to said Petition and serve such answer upon Petitioners' attorneys.
Dated: Baltimore, Maryland April 1, 2024

/s/ Katie Nader
Clerk of the Court
U.S. District Court of the District of Maryland

**DUANE MORRIS LLP**
**Robert B. Hopkins**
**(Bar No. 06017)**
**rbhopkins@duanemorris.com**
**Laurie G. Furshman**
**(Bar No. 29604)**
**Lgfurshman@duanemorris.com**
**100 International Drive, Suite 700**
**Baltimore, MD 21202**
**(410) 949-2900**

**BLANK ROME LLP**
**William R. Bennett III**
**William.Bennett@blankrome.com**
**Thomas H. Belknap, Jr.**
**Thomas.Belknap@blankrome.com**

**Kierstan L. Carlson**
**Kierstan.Carlson@blankrome.com**
**1825 Eye St. NW**
**Washington, DC 20006202-420-2200**

***Counsel for Petitioners***

## 1408 Antiques & Classics

**WANTED VINTAGE SPORTS CARS & CLASSICS -** Especially Mercedes, Porsche, Jaguar. Highest prices paid for the very best examples. **Call Bob 703-966-0122**

## 1447 Autos Wanted

**DONATE YOUR CAR/TRUCK/RV**
**Lutheran Mission Society of MD** Compassion Place ministries help local families with food, clothing, counseling. Tax deductible. MVA licensed #W1044.
410-228-8437
www.CompassionPlace.org

## 815 Legal Notices

**ABC LICENSE:** SF Markets LLC (Used in VA by SFM LLC) trading as Sprouts Farmers Market 1021B Edwards Ferry Rd NE Leesburg (Loudoun County) Virginia 20176-3347. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Gourmet Shop Wine & Beer Off-Premises license to sell or manufacture alcoholic beverages. Brandon Lombardi, Secretary **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

**ABC LICENSE:** Lidl US Operations LLC trading as Lidl 5935 Centreville Crest Lane Centreville (Fairfax County) Virginia 22182. The above establishment is applying to the VIRGINIA ALCOHOLIC BEVERAGE CONTROL (ABC) AUTHORITY for a Gourmet Shop Wine and Beer Off-Premises license to sell or manufacture alcoholic beverages. Radoslaw Liberski, Officer **NOTE:** Objections to the issuance of this license must be submitted to ABC no later than 30 days from the publishing date of the first of two required newspaper legal notices. Objections should be registered at www.abc.virginia.gov or (800) 552- 3200.

All medical records retained by Laura Primakoff, Ph.D will be destroyed after September 3, 2024. Clients can obtain their records or have them transferred by contacting Dr.Primakoff at drprimakoff@gmail.com, calling 301-299-6888, or coming to Davis Library, 6400 Democracy Blvd., Bethesda on September 3 between 10am and 12noon.

**PUBLIC NOTICE**

Pathways Healthcare, LLC d/b/a Pathways Healthcare is applying for a Certificate of Need for the addition of home health services. A Letter of Intent will be filed with the District of Columbia State Health Planning and Development Agency (SHPDA). The facility will be located at 5101 Wisconsin Avenue, NW, Washington, DC 20016 in Ward 3. For additional information, contact the SHPDA at 202-442-5875.

## 825 Bids & Proposals

**KIPP DC**
**PUBLIC CHARTER SCHOOLS**
**REQUEST FOR PROPOSALS**
**Exterior and Interior Door Design, Installation, and Related Services**
KIPP DC is soliciting proposals from qualified vendors for Exterior and Interior Door Replacement, Installation, and Related Services. The RFP can be found on KIPP DC's website at www.kippdc.org/procurement. Proposals should be uploaded to the website no later than 5:00 PM EST on July 30, 2024. Questions should be addressed to toussaint.webster@kippdc.org.

Business and
Financial
Opportunities
/Services
Call 202-334-5787 or
email businessopps@washpost.com

**INSURANCE SERVICES**

**DENTAL INSURANCE** from Physicians Mutual Insurance Company. Coverage for 350 plus procedures. Real dental insurance – NOT just a discount plan. Do not wait! Call now! Get your FREE Dental Information Kit with all the details! **1-855-337-5228** dental50plus.com/MDDC#6258

## 825 Bids & Proposals

On July 17, 2024, NOAA Fisheries published proposed incidental harassment authorization renewal for public comment in the Federal Register (open until August 1, 2024), pursuant to the Marine Mammal Protection Act. The proposed IHA renewal would authorize the "take" of marine mammals incidental to the Invenergy Wind Offshore, LLC's Site Characterization Surveys in the New York Bight. You can find information related to this action at: https://www.fisheries.noaa.gov/action/incidental-take-authorization-invenergy-wind-offshore-llcs-site-characterization-surveys-new.

## 830 Special Notices

**Public Notice**
All medical records retained by Dana O'Brien, PhD, LLC will be destroyed after September 5, 2024. Clients can obtain their records or have them transferred by contacting Dr. O'Brien at dr.danaobrien@gmail.com, calling 3014934320, or coming to 11119 Rockville Pike, #200, Rockville, MD on Sept. 5 between 9:00 and11:00 AM.

## 852 Anne Arundel County

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**Diane S. Rosenberg**
**Mark D. Meyer**
**Substitute Trustees**

**Versus**

**Keenan William Ellerbe**
**Defendant**

**No. C-02-CV-22-000582**

**NOTICE**

Notice is hereby issued this **Friday, July 12, 2024** that the sale of the property in the proceedings mentioned, made and reported by Mark D. Meyer, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **12th day of August 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **12th day of August 2024** next. The report states that the amount of sale of the property at **1809 LABROTT LANE, ANNAPOLIS, MD 21401** to be **$456,000.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jul 19,26,Aug 2 2024 0012466419

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**Keith Yacko, et al,**
**Substitute Trustees**

**Versus**

**Darnell K. Dunbar, et al,**
**Defendant**

**No. C-02-CV-24-000448**

**NOTICE**

Notice is hereby issued this **Friday, July 12, 2024** that the sale of the property in the proceedings mentioned, made and reported by Jennifer Deardorff, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **12th day of August 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **12th day of August 2024** next. The report states that the amount of sale of the property at **312 N HAMMONDS FERRY RD LINTHICUM, MD 21090** to be **$320,000.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD.

Jul 19,26,Aug 2 2024 0012466104

**WELL+BEING**
Tips and guidance on food, fitness and mental health.
washingtonpost.com/wellbeing
S0437 1x1.5

## 840 Trustees Sale - DC

**Alderman, Devorsetz & Hora PLLC5637**
**1025 Connecticut Avenue, NW**
**Suite 615**
**Washington, DC 20036**
**Phone (202) 969-8220**
**www.adhlawfirm.com**

**CONDOMINIUM ASSOCIATION'S SALE OF VALUABLE CONDOMINIUM UNIT NUMBER 105 (SQUARE 5637, LOT 2008) CONTAINED WITHIN PREMISES of 1800 28th Place SE in Washington DC 20020**. Pursuant to the District of Columbia Condominium Act of 1976, Section 313 as well as the Declaration and Bylaws identified below, as amended, and in accordance with Public Law 90-566 and 42 D.C. Code Section 1903.13 as amended, notice was filed on June 21, 2024 and at the request of the Attorney for the Unit Owners Association, we shall sell at public auction on **July 25, 2024 at 12:00pm at the office of Alex Cooper Auctioneers, Inc. at 4910 MASSACHUSETTS AVE., NW, SUITE 100, WASHINGTON, DC 20016,** the following described premises situated in the District of Columbia and designated as and being part of Lot numbered One Hundred Five (105) in the subdivision made by East of the River Community Development Corporation in Square numbered Five Thousand Six Hundred Thirty-Seven (5637), as per plat recorded in Book 199 at Page 175 among the Records of the Office of the Surveyor for the District of Columbia, being more particularly designated as:

Unit No. 105 of "The Highlands Condominium," according to the Declaration of Condominium recorded August 10, 2006, as Instrument No. 2006109741 and the Bylaws of Condominium relating thereto recorded August 10, 2006, as Instrument No. 2006109742, among the Land Records of the District of Columbia, and as per plat pf Condominium subdivision recorded in Condominium Book No. 59 at page 37, in the Office of the Surveyor for the District of Columbia.

Said property being now known for assessment and taxation purposes as Lot numbered Two Thousand and Eight (2008) in Square Five Thousand Six Hundred Thirty-Seven (5637).

Together with all the appurtenances incident to said Unit, as contained in said Declaration of Condominium, as amended. Subject, however, to all the provisions, restrictions, easements and conditions as contained in said Declaration of Condominium, as amended, and Bylaws relating thereto, as amended.

The Condominium Declaration allocates to the Condominium Unit an undivided interest (stated as a percentage) in the Common Elements of the Condominium (hereinafter called the "Percentage Interest"). The Percentage Interest of the Condominium Unit is set forth in the Declaration of the Condominium.

**TERMS OF SALE**: Sold subject to real estate taxes and shall also be subject to any other superior liens, encumbrances, and municipal assessments, if any, the further particulars of which may be announced at time of sale. Pursuant to DC Code Section 42-1903.13(c)(4)(B), the Notice of Foreclosure Sale of Condominium Unit for Assessments Due ("Notice") must indicate (and does indicate) whether the foreclosure sale is for a 6-month priority lien and not subject to a deed of trust, or for more than the 6-month priority lien, but subject to a deed of trust. With respect to the Notice related to this foreclosure sale, more than 6 months has been selected on the Notice, subject to a deed of trust, because the statute requires a selection of one of those two choices (either for a 6-month priority lien and not subject to a deed of trust, or for more than the 6-month priority lien, but subject to a deed of trust). There does not appear to be a deed of trust to which this condominium lien foreclosure is subject, however.

A deposit of $10,000.00 will be required at time of sale, such deposit to be in cash, certified check, or in such other form as the attorney for the Unit Owners Association in its sole discretion requires. All conveyances, recording, recordation tax, transfer tax, etc. at purchaser's cost. All adjustments made as of date of sale. The balance of the purchase price, together with interest at the rate of 10% per annum from date of sale to date of receipt of the balance of the purchase price, must be paid in cash or by cashier's or certified check and all other terms to be complied with within 30 days, otherwise deposit is forfeited and the property may be re-advertised and resold at the discretion of the owner's Association and at the risk and cost of the defaulting purchaser. Association shall convey a deed pursuant to 42 D.C. Code Section 1903.13, as amended, and makes no further representations or warranties as to title. The Association cannot guarantee clear title or the purchaser's ability to obtain Title Insurance. For this reason, the purchaser may not be able to obtain financing and therefore must be able to pay the purchase balance in any case within 30 days. In the event of failure on the part of the Association to convey such deed purchaser's sole remedy shall be return of deposit. Contact: T. Cary Devorsetz at 202-969-8220, attorney for The Highlands Condominium.

ALEX COOPER *auctioneers*
4910 Massachusetts Avenue, N.W. • Suite 100
Washington, DC 20016 • 202.364.0306
www.alexcooper.com

Jul 15,19,24 2024 0012465828

## 852 Anne Arundel County

**IN THE CIRCUIT COURT FOR ANNE ARUNDEL COUNTY**

**John Ansell, et al.**
**Substitute Trustees**

**Versus**

**Jamal Riddick**
**Defendant**

**No. C-02-CV-23-000335**

**NOTICE**

Notice is hereby issued this **Friday, July 05, 2024** that the sale of the property in the proceedings mentioned, made and reported by Abiebatu M. Bah, Substitute Trustee BE RATIFIED AND CONFIRMED, unless cause to the contrary thereof be shown on or before the **5th day of August 2024** next; provided, a copy of this Notice be inserted in some newspaper published in Anne Arundel County, once in each of three successive weeks before the **5th day of August 2024** next. The report states that the amount of sale of the property at **4718 IDLEWILDE ROAD, SHADY SIDE, MARYLAND 20764** to be **$144,500.00**.

Scott A. Poyer
Circuit Court for
Anne Arundel County, MD

Jul 12,19,26 2024 0012465636

Manage your print subscription!
**wapo.st/my-post**
S0435_1x1.5

## 873 Prince William County

**TRUSTEE'S SALE OF**
**2464 Potomac River Blvd, Dumfries, VA 22026**

In execution of a Deed of Trust in the original principal amount of $795,328.00 dated June 4, 2021 recorded among the land records of the Circuit Court for Prince William County on June 8, 2021 as Instrument Number: 202106080068972, the undersigned appointed Substitute Trustee will offer for sale at public auction, at the Main entrance of the courthouse for the Circuit Court of Prince William County, 9311 Lee Ave, Manassas, VA 20110 on **September 10, 2024 at 4:00 PM** the property described in said deed of trust, located at the above address and briefly described as: All that certain lot, piece or parcel of land, with all improvements thereon and all appurtenances thereto belonging, located and being in the County of Prince William, Commonwealth of Virginia, and being designated as follows:

Lot 40, Phase 2A, Section 2, HARBOR STATION, as the same is duly dedicated in instrument Number 201304080036005, and as shown on plat at Instrument Number 201304080036006, recorded among the land records of Prince William County, Virginia. Tax ID: 8289-86-7506.

TERMS OF SALE: A bidder's deposit of $15,000.00 or 10% of the sale price, whichever is lower, will be required in the form of a certified or cashier's check. Cash will not be accepted as a deposit. Settlement within fifteen (15) days of sale, otherwise Trustee may forfeit deposit. Additional terms to be announced at sale. This is a communication from a debt collector. This notice is an attempt to collect on a debt and any information obtained will be used for that purpose. (Trustee # 24-005881)

Substitute Trustee: ALG Trustee, LLC C/O Orlans PC PO Box 2548, Leesburg, VA 20177 (703) 777-7101 website: www.Orlans.com The Vendor XOME.COM will be used in conjunction with this sale.

Jul 5,12,19,26,Aug 2,9,16 2024 0012465492

## 840 Trustees Sale - DC

**Ballard Spahr LLP**
**1909 K St., NW, 12th Floor**
**Washington, DC 20006**
**202-661-2200**

**SUBSTITUTE TRUSTEE'S SALE**
**MIXED-USE BUILDING**
**2600-2606 WADE ROAD, SE**
**WASHINGTON, DC 20020**

By virtue of a certain Deed of Trust from 2600 Wade Road LLC ("**Borrower**"), to Sun Hee Kim, as Trustee dated September 22, 2017 and recorded October 2, 2017 as Instrument No. 2017108621 among the Land Records of the District of Columbia ("**Land Records**"), securing Wilmington Savings Fund Society, FSB, in the original principal sum of $1,080,000 (the "**Deed of Trust**"), and affected by Deed of Appointment of Substitute Trustee, dated June 20, 2024 and recorded June 24, 2024 as Instrument No. 2024058105 in the Land Records, appointing John D. Sadler, as Substitute Trustee ("**Substitute Trustee**") a default having occurred in the payment of the indebtedness secured thereby and the covenants contained therein, and at the request of Noteholder, and following mailing of a Notice of Foreclosure Sale of Real Property or Condominium Unit, which was recorded on June 24, 2024 as Instrument No. 2024058316 and Amended Notice of Foreclosure Sale of Real Property or Condominium was recorded on July 8, 2024 as Instrument No. 2024062652 and Affidavit of Non-Residential Mortgage Foreclosure, recorded on June 24, 2024 as Instrument No. 2024058319 respectively, in the Land Records, the undersigned Substitute Trustees, either of, will sell, at public auction, within the office of **ALEX COOPER AUCTIONEERS, INC., 4910 MASSACHUSETTS AVENUE, N.W., SUITE 100, WASHINGTON, D.C. 20016** on

**THURSDAY, JULY 25, 2024 AT 11:35 AM**

All that certain lot or parcel of land situated, lying and being in the District of Columbia, and being described as follows:

Part of Lot Numbered (9) in Section Numbered Eight (8) BARRY FARM, as per plat recorded in the Office of the Surveyor for the District of Columbia in Liber Levy Court 2 at Folio 1 described as follows:

BEGINNING at the intersection of the Southerly line of Summer Road with the Easterly line of Wade Road as said roads were widened by proceedings in District Court Case Number 1420 in the Supreme Court of District of Columbia and shown on plat recorded in said Surveyor's Office in Liber 67 at Folio 40, and running thence Southeasterly along the Southerly line of Summer Road, 32 feet thence South 38 degrees 19 West 51.18 feet, thence South 51 degrees 41 East 4 Feet thence South 38 degrees 19 minutes West 6.50 feet, thence South 51 degrees 41 minutes East 25 Feet to the Southeasterly line of that part of said Lot 9 conveyed by Willian Jackson and wife, Mathias Matthews by Deed recorded in Liber 1974 at Folio 54 of the Land Records of the District of Columbia, thence Southwesterly along the Southeasterly line of said arc of Lot 9 conveyed to Matthews 32 Feet more or less to said Easterly line of Wade Road thence Northeasterly along said Easterly line of Wade Road, 89.77 Feet to the place of beginning according to the plat of survey dated August 24, 1942, and recorded in said Surveyor's book 142 on Page 183.

NOTE: At the date hereof the above-described land in known for assessment and taxation purposes as Lot 888 in Square 5867.

(the "**Real Estate**").

The property is a mixed-use building with street level retail space and eight residential units.

TOGETHER WITH any and all buildings, structures, improvements or appurtenances now erected on the Real Estate, including, without limitation, all equipment, apparatus, machinery and fixtures of any kind or character forming a part of said buildings, structures, improvements or appurtenances and located in, upon or about the Real Estate and any buildings thereon all as more particularly described in the Deed of Trust (collectively, the "**Property**"). The "Property" does not include any property owned by any tenants at the Property.

**TERMS OF SALE:** ALL CASH. The Property will be offered as an entirety only. The bid that yields the highest price for the Property will be accepted by the Substitute Trustee (unless the sale is postponed or cancelled) and all bids will be provisional until acceptance. Notwithstanding the foregoing, the Substitute Trustee absolutely reserve the right to postpone the sale and/or cancel the sale at any time until the auctioneer announces that the Property is "sold" and the deposit in the required amount and form is received by the Substitute Trustee. A deposit in the amount of $50,000 will be required at the time of sale as a condition to bidding. Such deposit must be by cashier's check or certified check or in such other form as the Substitute Trustee may determine in his sole discretion. The deposit must be increased to 10% of the purchase price within 2 business days after completion of the sale, and delivered to the Substitute Trustee in the same form of funds as the initial deposit. In the event the successful purchaser fails to deliver the additional deposit as and when required, the initial deposit will be forfeited. Noteholder (or any related party) shall be exempted by the Substitute Trustee from submitting any bidding deposit or, if they are the winning bidder, any additional deposit. The Substitute Trustee will, as a condition of the sale, require all potential bidders, except Noteholder, to show their deposit before any bidding begins. The retained deposit of the successful purchaser shall be applied, without interest, to the successful purchaser's credit at settlement; provided, however, that in the event the successful purchaser does not consummate the purchase in accordance with the terms of sale as herein provided, the entire deposit will be forfeited. The terms of sale must be complied with and settlement consummated thereon within 45 calendar days from the day of sale unless extended at the sole discretion of the Substitute Trustee. TIME IS OF THE ESSENCE. The balance of the purchase price over and above the retained deposit, with interest thereon at the rate then being charged under the Note secured by the Deed of Trust, from the date of sale through the date of receipt of the balance of the purchase price, will be due at settlement by bank wire transfer; and if not so paid, the Substitute Trustee reserve the right to retain the entire deposit and resell the Property at the risk and cost of the defaulting purchaser, after such advertisement and on such terms as the Substitute Trustee may deem proper, and to avail themselves and Noteholder of any legal or equitable rights against the defaulting purchaser.

The Property is sold subject to the rights, if any, of parties in possession, if such rights have priority over the Deed of Trust, and to any and all covenants, conditions, restrictions, easements, rights of way and limitations of record and such facts as would be revealed by an accurate survey of the Property. The Property will be sold "WHERE IS" and in "AS IS" condition without any warranty as to condition, express or implied, and without any representation or warranty as to the accuracy of the information furnished to prospective bidders by the Substitute Trustee or any other party, if any, and without any other representations or warranty of any nature. The Property will also be sold without any contingency for the successful purchaser to perform any due diligence investigation of the Property prior to settlement. Without limiting the generality of the foregoing, the Property will be sold without representation or warranty as to (i) title to the Property, (ii) the nature, condition, structural integrity or fitness for a particular use of any improvements or fixtures included within the Property, (iii) the environmental condition of the Property or the compliance of the Property with federal, state and local laws and regulations concerning the presence or disposal of hazardous substances, (iv) compliance of the Property with the Americans with Disabilities Act or any similar law, or (v) compliance of the Property with any zoning laws or ordinances and any and all applicable safety codes. Acceptance of the Substitute Trustee Deed to the Property by the successful purchaser shall constitute a waiver of any and all claims against the Substitute Trustee or Noteholder concerning any of the foregoing matters. The successful purchaser recognizes that any investigation, examination or inspection of the Property is within the control of the owner or other parties in possession of the Property and not within the control of the Substitute Trustee or Noteholder.

Conveyance shall be by Substitute Trustee's Deed, without covenant or warranty, express or implied. The risk of loss or damage by fire or other casualty to the Property from and after the time of sale will be upon the successful purchaser. The Property is sold subject to all taxes, ground rents, public charges, assessments, sewer, water, drainage and other public improvements, if any, whether assessments have been levied or not, and all unfunded lease and capital improvement costs, if any, all of which shall be the sole responsibility of the successful purchaser. Noteholder and Substitute Trustee assume no liability for fuel, gas, electricity, utilities and other operating charges accrued before or after the sale and all such charges shall be the sole responsibility of the successful purchaser from the date of sale. All costs incident to the settlement and conveyancing including, without limitation, examination of title, conveyancing, all (i) recordation taxes, fees and charges, (ii) transfer taxes, fees and charges, (iii) title insurance premiums, (iv) notary fees, (v) settlement and escrow fees, and (vi) all other fees, costs and charges incident to settlement shall be at the cost of the successful purchaser. If the Substitute Trustee cannot convey title, the purchaser's sole remedy is a return of the deposit without interest. Further particulars may be announced at the time of sale. For further information, please contact Paul Cooper at paul@alexcooper.com or 443-470-1437.

John D. Sadler
Substitute Trustee

ALEX COOPER *auctioneers*
4910 Massachusetts Avenue, N.W. • Suite 100
Washington, DC 20016 • 202.364.0306
www.alexcooper.com

Jul 15,17,19,22,24 2024 0012466013

## 840 Trustees Sale - DC

**Ballard Spahr LLP**
**1909 K St., NW, 12th Floor**
**Washington, DC 20006**
**202-661-2200**

**SUBSTITUTE TRUSTEE'S SALE**
**2 ADJOINING COMMERCIAL BUILDINGS**
**IN VARIOUS STAGES OF APPROVAL FOR A 34 UNIT BUILDING**

**4840 GEORGIA AVENUE, NW**
**"PETWORTH"**
**WASHINGTON, DC 20011**

By virtue of a certain Credit Line Deed of Trust, Security Agreement and Fixture Filing from 4840 Georgia Avenue NW, LLC, a Virginia limited liability company (**"Borrower"**), to James Peterson, as Trustee dated July 9, 2021 and recorded August 31, 2021 as Instrument No. 2021117435 among the Land Records of the District of Columbia (**"Land Records"**), securing Congressional Bank, in the original principal sum of $2,175,000 (the **"Deed of Trust**"), and affected by Deed of Appointment of Substitute Trustee, dated and recorded May 7, 2024 as Instrument No. 2024042781 in the Land Records, appointing Azer Akhtar, as Substitute Trustee ("**Substitute Trustee**") a default having occurred in the payment of the indebtedness secured thereby and the covenants contained therein, and at the request of Noteholder, and following mailing of a Notice of Foreclosure Sale of Real Property or Condominium Unit, which was recorded on June 25, 2024 as Instrument No. 2024058586 and Affidavit of Non-Residential Mortgage Foreclosure, recorded on June 24, 2024 as Instrument No. 2024058304 respectively, in the Land Records, the undersigned Substitute Trustee, either of, will sell, at public auction, within the office of **ALEX COOPER AUCTIONEERS, INC., 4910 MASSACHUSETTS AVENUE, N.W., SUITE 100, WASHINGTON, D.C. 20016** on

**THURSDAY, JULY 25, 2024 AT 11:45 AM**

All that certain lot or parcel of land situate in the District of Columbia and being more particularly described as follows:

Lot numbered Thirty-one (31) in Square numbered Twenty-nine Hundred Twenty-three (2923) in a subdivision made by Industrial Bank of Washington, as per plat recorded in Liber 204 at folio 141 among the Records of the Office of the Surveyor for the District of Columbia.

NOTE: At the date hereof, the above-described land is designated on the Records of the Assessor for the District of Columbia for assessment and taxation purposes as Lot numbered 31 in Square numbered 2923.
For informational purposes only:
The improvements thereon being known as 4840 Georgia Avenue Northwest, Washington, District of Columbia - 20011.

Square 2923 Lot 0031

(the "**Real Estate**").

The property is believed to be a vacant commercial building with approved plans for a 34 unit building.

TOGETHER WITH any and all buildings, structures, improvements or appurtenances now erected on the Real Estate, including, without limitation, all equipment, apparatus, machinery and fixtures of any kind or character forming a part of said buildings, structures, improvements or appurtenances and located in, upon or about the Real Estate and any buildings thereon all as more particularly described in the Deed of Trust (collectively, the "**Property**"). The "Property" does not include any property owned by any tenants at the Property.

**TERMS OF SALE**: ALL CASH. The Property will be offered as an entirety only. The bid that yields the highest price for the Property will be accepted by the Substitute Trustee (unless the sale is postponed or cancelled) and all bids will be provisional until acceptance. Notwithstanding the foregoing, the Substitute Trustee absolutely reserve the right to postpone the sale and/or cancel the sale at any time until the auctioneer announces that the Property is "sold" and the deposit in the required amount and form is received by the Substitute Trustee. A deposit in the amount of $150,000 will be required at the time of sale as a condition to bidding. Such deposit must be by cashier's check or certified check or in such other form as the Substitute Trustee may determine in his sole discretion. The deposit must be increased to 10% of the purchase price within 2 business days after completion of the sale, and delivered to the Substitute Trustee in the same form of funds as the initial deposit. In the event the successful purchaser fails to deliver the additional deposit as and when required, the initial deposit will be forfeited. Noteholder (or any related party) shall be exempted by the Substitute Trustee from submitting any bidding deposit or, if they are the winning bidder, any additional deposit. The Substitute Trustee will, as a condition of the sale, require all potential bidders, except Noteholder, to show their deposit before any bidding begins. The retained deposit of the successful purchaser shall be applied, without interest, to the successful purchaser's credit at settlement; provided, however, that in the event the successful purchaser does not consummate the purchase in accordance with the terms of sale as herein provided, the entire deposit will be forfeited. The terms of sale must be complied with and settlement consummated thereon within 45 calendar days from the day of sale unless extended at the sole discretion of the Substitute Trustee. TIME IS OF THE ESSENCE. The balance of the purchase price over and above the retained deposit, with interest thereon at the rate then being charged under the Note secured by the Deed of Trust, from the date of sale through the date of receipt of the balance of the purchase price, will be due at settlement by bank wire transfer; and if not so paid, the Substitute Trustee reserve the right to retain the entire deposit and resell the Property at the risk and cost of the defaulting purchaser, after such advertisement and on such terms as the Substitute Trustee may deem proper, and to avail themselves and Noteholder of any legal or equitable rights against the defaulting purchaser.

The Property is sold subject to the rights, if any, of parties in possession, if such rights have priority over the Deed of Trust, and to any and all covenants, conditions, restrictions, easements, rights of way and limitations of record and such facts as would be revealed by an accurate survey of the Property. The Property will be sold "WHERE IS" and in "AS IS" condition without any warranty as to condition, express or implied, and without any representation or warranty as to the accuracy of the information furnished to prospective bidders by the Substitute Trustee or any other party, if any, and without any other representations or warranty of any nature. The Property will also be sold without any contingency for the successful purchaser to perform any due diligence investigation of the Property prior to settlement. Without limiting the generality of the foregoing, the Property will be sold without representation or warranty as to (i) title to the Property, (ii) the nature, condition, structural integrity or fitness for a particular use of any improvements or fixtures included within the Property, (iii) the environmental condition of the Property or the compliance of the Property with federal, state and local laws and regulations concerning the presence or disposal of hazardous substances, (iv) compliance of the Property with the Americans with Disabilities Act or any similar law, or (v) compliance of the Property with any zoning laws or ordinances and any and all applicable safety codes. Acceptance of the Substitute Trustee Deed to the Property by the successful purchaser shall constitute a waiver of any and all claims against the Substitute Trustee or Noteholder concerning any of the foregoing matters. The successful purchaser recognizes that any investigation, examination or inspection of the Property is within the control of the owner or other parties in possession of the Property and not within the control of the Substitute Trustee or Noteholder.

Conveyance shall be by Substitute Trustee's Deed, without covenant or warranty, express or implied. The risk of loss or damage by fire or other casualty to the Property from and after the time of sale will be upon the successful purchaser. The Property is sold subject to all taxes, ground rents, public charges, assessments, sewer, water, drainage and other public improvements, if any, whether assessments have been levied or not, and all unfunded lease and capital improvement costs, if any, all of which shall be the sole responsibility of the successful purchaser. Noteholder and Substitute Trustee assume no liability for fuel, gas, electricity, utilities and other operating charges accrued before or after the sale and all such charges shall be the sole responsibility of the successful purchaser from the date of sale. All costs incident to the settlement and conveyancing including, without limitation, examination of title, conveyancing, all (i) recordation taxes, fees and charges, (ii) transfer taxes, fees and charges, (iii) title insurance premiums, (iv) notary fees, (v) settlement and escrow fees, and (vi) all other fees, costs and charges incident to settlement shall be at the cost of the successful purchaser. If the Substitute Trustee cannot convey title, the purchaser's sole remedy is a return of the deposit without interest. Further particulars may be announced at the time of sale. For further information, please contact Paul Cooper at paul@alexcooper.com or 443-470-1437.

Azer Akhtar
Substitute Trustee

ALEX COOPER *auctioneers*
4910 Massachusetts Avenue, N.W. • Suite 100
Washington, DC 20016 • 202.364.0306
www.alexcooper.com

Jul 15,17,19,22,24 2024 0012466012