UNITED STATES DISTRICT COURT DISTRICT
OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Margaret Fonshell Ward, am a member in good standing of the bar of this Court. I am moving the admission of Melissa Byroade to appear *pro hac vice* in this case as counsel for Claimant STATE OF MARYLAND. We certify that:

1. The proposed admittee is a member of the Maryland bar but does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

**State Court & Date of Admission**

New York Appellate Division, Second Department
April 18, 2007

District of Columbia Court of Appeals
May 14, 2019

Supreme Court of Maryland
Sept 17, 2024

**U.S. Court & Date of Admission**

U.S. Court of Appeals, Second Circuit
March 1, 2013

U.S. Court of Appeals, D.C. Circuit
May 15, 2013

U.S. Court of Appeals, Third Circuit
Oct. 29, 2015

U.S. District Court, Southern District of New York
Jan. 15, 2008

U.S. District Court, Eastern District of New York
Jan. 15, 2009

U.S. District Court, Western District of Wisconsin
Dec. 15, 2014

U.S. District Court, Northern District of Illinois
Oct. 25, 2017

U.S. District Court, District of Columbia
Dec. 2, 2019

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Zachary S. Greenbaum (Bar No. 30587), also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Margaret Fonshell Ward* | */s/ Melissa E. Byroade* |
| Margaret Fonshell Ward, Bar No. 04586 | Melissa E. Byroade |
| DOWNS WARD BENDER HERZOG & KINTIGH, P.A. | KELLEY DRYE & WARREN LLP |
| 1350 McCormick Road | Washington Harbour, Suite 400 |
| Executive Plaza 3, Suite 400 | 3050 K Street, N.W. |
| Hunt Valley, Maryland 21031 | Washington, DC 20007 |
| P: 410-584-2800 | Phone: 202-342-8400 |
| mward@downs-ward.com | mbyroade@kelleydrye.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of September 2024, a copy of the foregoing Motion for Admission Pro Hac Vice was served via CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward