## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as
Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager
of the M/V DALI,

for Exoneration from or Limitation of
Liability.

Civil Action No. 1:24-cv-00941

*IN ADMIRALTY*

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Margaret Fonshell Ward, am a member in good standing of the bar of this Court. I am
moving the admission of William J. Jackson to appear *pro hac vice* in this case as counsel for
Claimant STATE OF MARYLAND. We certify that:

1.  The proposed admittee is not a member of the Maryland bar and does not
    maintain any law office in Maryland.

2.  The proposed admittee is a member in good standing of the bars of the following
    State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Texas  11/06/1992 | Eastern District-Michigan  10/12/2017 |
| | District of Columbia  04/04/2022 |
| | District-New Mexico  06/02/2016 |
| | Eastern-North Carolina  00/00/2021 |
| | Middle-North Carolina  00/00/2021 |
| | District-South Carolina [Charleston] 08/16/2019 |
| | Northern District-Texas  08/21/2000 |
| | Southern District-Texas  07/29/1994 |
| | Eastern District-Texas  07/06/1995 |
| | Western District-Texas  08/17/2015 |
| | DC COA  04/15/2019 |
| | Fifth Circuit COA  12/29/2004 |
| | Sixth Circuit COA 09/20/2022 |
| | U.S. Supreme Court  06/13/2016 |

Southern District-California
07/31/2015 (*Pro Hac Vice*)
Southern District-New York
01/25/2013 (*Pro Hac Vice*)
Court of Common Pleas-Washington
County, Ohio  03/14/2018 (*Pro Hac
Vice*)
Alaska District  07/15/2022 (*Pro Hac
Vice*)
Hillsborough County, N. Div., New
Hampshire  10/23/2019 (*Pro Hac
Vice*)

3.    During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 time(s).

4.    The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.    The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6.    The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.    Either the undersigned movant or co-counsel Zachary S. Greenbaum (Bar No. 30587), also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8.    **The $100.00 fee for admission pro hac vice accompanies this motion**.

9.    We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT                                    PROPOSED ADMITTEE

*/s/ Margaret Fonshell Ward*              */s/William J. Jackson*

Margaret Fonshell Ward, Bar No. 04586     William J. Jackson
DOWNS WARD BENDER HERZOG &                Kelley Drye & Warren LLP
KINTIGH, P.A.                             515 Post Oak Blvd., Suite 900
1350 McCormick Road                       Houston, Texas 77027
Executive Plaza 3, Suite 400              Phone: (713) 355-5050
Hunt Valley, Maryland 21031               bjackson@kelleydrye.com
Phone: 410-584-2800
mward@downs-ward.com

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 24th day of September, 2024, a copy of the foregoing

Motion for Admission Pro Hac Vice was served via CM/ECF system which will send a notice of

electronic filing to all counsel who are CM/ECF participants.


*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward