# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## MOTION FOR ADMISSION PRO HAC VICE

I, Roy L. Mason, am a member in good standing of the bar of this Court. I am moving the admission of Melissa K. Sims to appear pro hac vice in this case as counsel for Claimants, R.E. WEST, INC., E. MARINE MOTOR YACHT SALES PTY LTD., CAPTAIN C LOGISTICS LLC, AMERICAN PUBLISHING LLC, B&R CONSTRUCTION SERVICES, INC., and INTERNATIONAL TRADING SOLUTIONS, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Illinois, 5/9/96 | Southern District of Illinois, 5/21/12 |
| | Central District of Illinois, 03/02/00 |
| | Northern District of Illinois, 11/26/14 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Zachary E. Howerton (Fed. Bar No. 20688) is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Roy L. Mason* | */s/ Melissa K. Sims* |
| Roy L. Mason (Fed. Bar No. 00922) | Melissa K. Sims |
| Smouse and Mason LLC | Milberg Coleman |
| 223 Duke of Gloucester St. | Bryson Phillips |
| Annapolis, MD 21401 | Grossman LLC |
| Phone: (410) 269-6620 | 100 Garden City Plaza, |
| Fax: (410) 269-1235 | Suite 500 |
| Email: rlm@smouseandmason.com | Garden City, New York 11530 |
| | Tel.: (866) 252-0878 |
| | Email: msims@milberg.com |

## **CERTIFICATE OF SERVICE**

In compliance with Supplemental Federal Rule F(5), I HEREBY CERTIFY that on the 24th day of September, 2024, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

/s/*Roy L. Mason*_____
Roy L. Mason