

**Inventory for International Removals**
*Summary of Inventory Details*

**Name**
FLTLT Timothy Wilson

**Contact Number**
+1 202 733 0456

**Uplift Address**
44480 Scobee St, California MD 20619, USA

**Delivery Address**
17 Magenta Crescent, Mitchelton 4053, Australia

| Sheet No | Value | Additional Comments |
|---|---|---|
| 1 | 5,500.00 | |
| 2 | 420.00 | |
| 3 | 1,680.00 | |
| 4 | 4,283.00 | |
| 5 | 3,326.00 | |
| 6 | 21,560.00 | |
| 7 | 0.00 | |
| 8 | 14,549.00 | |
| 9 | 14,570.00 | |
| 10 | 7,626.00 | |
| 11 | 5,406.00 | |
| 12 | 4,485.00 | |
| 13 | 0.00 | |
| Total | **$83,405.00** | |

RAF33 V3.0