

**Inventory for International Removals**
*Summary of Inventory Details*

**Name**
FLTLT Timothy Wilson

**Contact Number**
+1 202 733 0456

**Uplift Address**
44480 Scobee St, California MD 20619, USA

**Delivery Address**
17 Magenta Crescent, Mitchelton 4053, Australia

| Sheet No | Value | Additional Comments |
|---|---|---|
| 1 | 0.00 | |
| 2 | 0.00 | |
| 3 | 0.00 | |
| 4 | 4,410.00 | |
| 5 | 130.00 | |
| 6 | 3,730.00 | |
| 7 | 0.00 | |
| 8 | 8,558.00 | |
| 9 | 0.00 | |
| 10 | 2,605.00 | |
| 11 | 0.00 | |
| 12 | 0.00 | |
| 13 | 0.00 | |
| Total | **$19,433.00** | |

RAF33 V3.0