# Air freight items moved to Sea shipment Allied Ref 2612704 (IMO) / GC# 1485379 / WILSON/TIMOTHY MARK

**Mcdermott, Chris** <Chris.Mcdermott@allied.com>    11 April 2024 at 17:21
To: "timwilson490@gmail.com" <timwilson490@gmail.com>

HI Tim,

I just wanted to send an email in regards to some items that were packed for your Airfreight at uplift. The Items listed as Void on the attached were over you allowance for the airfreight which was not approved.

These items listed were placed into the sea shipment.

I have been told that the agent in the USA had advise this but I just wanted to ensure that you were aware.


Kind regards


Chris McDermott

Senior Move Manager



700 Boundary Road,

Richlands, QLD 4077

Australia


W: (+61) 07 3717 5317

www.allied.com/au

The information contained in this e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may be privileged and confidential. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender by reply e-mail and delete the original message and all copies from your computer. SIRVA has one global Privacy Policy for all persons to whom we provide services, that applies to the entire SIRVA family of companies ("SIRVA"). SIRVA is committed to complying with all local and worldwide privacy laws. Please refer to our Privacy Statement for further details: https://www.sirva.com/en-au/privacy-policy We are committed to FIDI's Anti-Bribery and Corruption Charter and Anti Trust Charter https://www.fidi.org/about-fidi/fidis-commitments

**AIRFREIGHT invent.PDF**
454K

MILBURN PRINTING • 800-999-6690 • www.milburnprinting.com

# HOUSEHOLD GOODS DESCRIPTIVE INVENTORY

**CONTRACTOR OR CARRIER:** AIRFREIGHT
**AGENT:**
**PAGE NO.:** 1   **NO. OF PAGES:** 1
**CARRIER'S REFERENCE NO.:**
**OWNER'S GRADE OR RATING AND NAME:** TIMOTHY WILSON
**CONTRACT OR GBL. NO.:**
**ORIGIN LOADING ADDRESS:** 44480 SCOBEE ST   **CITY:** CALIFORNIA   **STATE:** MD   20619
**GOVT. SERVICE ORDER NO.:**
**DESTINATION:**
**VAN NUMBER:**

| ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION | ITEM NO. | CR. REF. | ARTICLES | CONDITION AT ORIGIN | EXCEPTIONS (IF ANY) AT DESTINATION |
|---|---|---|---|---|---|---|---|---|---|
| ~~1~~ | | RACK | DBO CP | | 010 6 | | VOID | | |
| ~~2~~ | | CLOTHES RACK | DBO CP | | 7 | | VOID | | |
| ~~3~~ | | METAL SHELF | CP | | 8 | | VOID | | |
| 4 | SM | BOX MONITOR | PBO MCU | | 9 | | | | |
| 5 | SM | BOX UKULELE KIT | PBO | | 11 0 | | | | |
| 6 | 4.5 | BOX CLOTHES | CP | | 1 | | | | |
| 7 | 4.5 | BOX EXPRESSO MACHINE | CP MCU | | 2 | | | | |
| 8 | SM | BOX AIRFLOW & CORR. CB | PBO MCU | | 3 | | | | |
| ~~9~~ | 4.5 | BOX BABY TOYS | CP MCU | | | | VOID | | |
| 080 | SM | BOX PAMPERS | PBO | | 5 | | | | |
| 1 | 4.5 | BOX TOOLS & BASKET | CP MCU | | 6 | | | | |
| 2 | 4.5 | BOX TOYS & BAGS | CP | | 7 | | | | |
| ~~3~~ | 6 | BOX KEYBOARD | PBO MCU | | VO8ID | | | | |
| ~~4~~ | 4.5 | BOX TOYS | CP | | VO9ID | | | | |
| 5 | 4.5 | BOX TOYS & MISC | CP | | 12 0 | | | | |
| ~~6~~ | | GATE | CP DBO | | VO11ID | | | | |
| ~~7~~ | | GATE | CP DBO | | VO12D | | | | |
| 8 | | | | | 3 | | | | |
| 9 | | | | | 4 | | | | |
| 090 | | | | | 5 | | | | |
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 130 | | | | |
| 6 | | | | | 1 | | | | |
| 7 | | | | | 2 | | | | |
| 8 | | | | | 3 | | | | |
| 9 | | | | | 4 | | | | |
| 100 | | | | | 5 | | | | |
| 1 | | | | | 6 | | | | |
| 2 | | | | | 7 | | | | |
| 3 | | | | | 8 | | | | |
| 4 | | | | | 9 | | | | |
| 5 | | | | | 140 | | | | |

Lot No. AT0744 088, 089, 090
Lot No. AT0744 070, 069, 068, 067

**TAPE LOT NO.:** AT0744   **TAPE COLOR:** L. BLUE
**NOS. FROM:** 071   **THRU:** 140

**DATE:** 3-11-24
**DATE:** 3-11-24

FORM # 1180

Gmail                                                                                     Tim Wilson <timwilson490@gmail.com>

**We've closed your account(s) as you requested**

**Bank of America** <customerservice@ealerts.bankofamerica.com>                            12 September 2024 at 05:08
Reply-To: Customer Service <reply-fe82127877660d747c-145816_HTML-829825959-522000109-8@ealerts.bankofamerica.com>
To: timwilson490@gmail.com



# We've closed your account(s) as you requested

Here are the details:

Bank of America Advantage Plus Banking - **8940**

## Important things to know

- Because this account(s) has been closed, it can't be used for transactions[1]

- You'll no longer be able to access the closed account(s) in Mobile or Online Banking

If you have questions about closing your account, please visit Account Information

If you didn't make this request, contact us immediately.

[1] If we receive requests to pay outstanding debit card or other items for payment from a closed account, it may be reopened and you'll resume receiving monthly statements.

We'll never ask for your personal information such as SSN or ATM PIN in email messages. If you get an email that looks suspicious or you are not the intended recipient of this email, don't click on any links. Instead, forward to abuse@bankofamerica.com then delete it.

Please don't reply to this automatically generated service email.

Privacy Notice          Equal Housing Lender 🏠

Bank of America, N.A. Member FDIC.

© 2024 Bank of America Corporation.