# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

| | | |
|---|---|---|
| In the Matter of the Petition | : | |
| | : | |
| Of | : | CIVIL ACTION: 1:24-cv-941-JKB |
| | : | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | : | *IN ADMIRALTY* |
| | : | |
| And | : | |
| | : | |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | : | |
| | : | |
| for Exoneration from or Limitation of Liability | : | |

## DISCLOSURE OF CORPORATE INTEREST

*Check all that apply:*

[ X ]  I certify, as party/counsel in this case that **ZIM Integrated Shipping Services, Ltd.** is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.)

[ X ]  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation: **At the time of the incident, ZIM Integrated Shipping Services Ltd. was entered with THE BRITANNIA STEAMSHIP INSURANCE ASSOCIATION LIMITED, which provided P&I charterer's insurance, and by TT Club Mutual Insurance Limited which provided Ship Operators Coverage.**

PALMER BIEZUP & HENDERSON LLP

By:   */s/ Frank P. DeGiulio*
     Frank P. DeGiulio, Esq.
     Federal Bar No.: 27059
     222 Prince George Street, Suite 102
     Annapolis, MD 21401
     P (410) 267-0010
     fpd@pbh.com

Dated:  September 24, 2024

PBH637995.11

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on September 24, 2024 a true and correct copy of the foregoing **Disclosure of Corporate Interest of ZIM Integrated Shipping Services Ltd.** was filed through the CM/ECF system and served by CM/ECF on all counsel of record:


By: */s/ Frank P. DeGiulio*
Frank P. DeGiulio

PBH637995.12