# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Northern Division

| | |
|---|---|
| In the Matter of the Petition | : |
| Of | : CIVIL ACTION: 1:24-cv-941-JKB |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | : *IN ADMIRALTY* |
| And | : |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | : |
| for Exoneration from or Limitation of Liability | : |

### MOTION FOR ADMISSION *PRO HAC VICE*

I, Frank P. DeGiulio, am a member in good standing of the bar of this Court. My bar number is 27059. I am moving the admission of Kevin G. O'Donovan, to appear *pro hac vice* in this case as counsel for claimant ZIM Integrated Shipping Services Ltd.

We certify that

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

Supreme Court of the Commonwealth of Pennsylvania (October 18, 1984)
Supreme Court of New York (August 19, 2010)

U.S. District Court for the Eastern District of Pennsylvania (November 7, 1984)
U.S. District Court for the Southern District of New York (April 16, 1991)
U.S. Court of Appeals for the Second Circuit (July 23, 1997)
U.S. Court of Appeals for the Third Circuit (January 20, 1988)

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted in this Court in one matter, *Hawthorne Industrial Products v. M/V INDIGO SPICA*, c.c. 1:22-cv-1946-RDB.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is a member of the bar of this Court in good standing and will serve as co-counsel in these proceedings.

8. The $100.00 fee for admission *pro hac vice* accompanies this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Respectfully submitted,

MOVANT

BY: _____/s/_____
Frank P. DeGiulio (27059)
Palmer Biezup & Henderson, LLP
222 Prince George St., Suite 102
Annapolis, MD 21401
Tele: (410) 267-0010
Fax: (410) 267-0020
fpd@pbh.com

Dated: September 24, 2024

PROPOSED ADMITTEE

BY: _____Kevin G. O'D_____
Kevin G. O'Donovan
Palmer Biezup & Henderson, LLP
190 N. Independence Mall West.
Suite 401
Philadelphia, PA 19106
Tele: (215) 625-9900
Fax: (215) 625-0185
odonovan@pbh.com

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and correct copy of the foregoing Motion for Admission *Pro Hac Vice* was served via electronic filing upon all counsel of record as follows:

By: _____/s/_____
Frank P. DeGiulio

Dated: September 24. 2024