IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Matter of the Petition of Grace Ocean        *

**Plaintiff,**

                                             *

v.                                              Case No. 24 Civ. 941-JKB

                                             *

**Defendant.**                               *

## MOTION FOR ADMISSION PRO HAC VICE

I, **Mark J. Dimenna**, am a member in good standing of the bar of this Court. I am moving the admission of **Ted G. Semaya** to appear pro hac vice in this case as counsel for **Claimant Baltimore Gas and Electric Company**.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York Feb. 23, 1981 | 2d Cir. Nov. 23, 1993 - renewal is current |
| District of Columbia Sept. 27, 1983 | U.S. Ct. of Fed. Claims Feb. 19, 2009 |
|  | Southern District of N.Y. March 1981 |
|  | Eastern District of N.Y. March 1981 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court **zero** time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT *(signed)* Mark J. Dimenna
Signature
Mark J. Dimenna Bar. No. 07247
Printed name and bar number
Offit Kurman, P.A.
Office name

1954 Greenspring Drive Suite 605, Timonium, MD 21093
Address
410-209-6411
Telephone number
410-209-6435
Fax Number
mark.dimenna@offitkurman.com
Email Address

PROPOSED ADMITTEE *(signed)* Ted G. Semaya
Signature
Ted G. Semaya NY Bar No. 1711548
Printed name
Offit Kurman, P.A.
Office name

590 Madison Ave., 6th Fl.
Address
347-589-5806
Telephone number
212-545-1656
Fax Number
tsemaya@offitkurman.com
Email Address