# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ | * |
| **Plaintiff,** | |
| | * |
| v. | Case No. _____ |
| | * |
| _____ | |
| **Defendant.** | * |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____ :
(name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____   _____
(name of member)                                                                           (state of citizenship)

_____   _____
(name of member)                                                                           (state of citizenship)

_____   _____
(name of member)                                                                           (state of citizenship)

_____   _____
(name of member)                                                                           (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____   _____
Date                                                       Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number