IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of Grace Ocean Private Limited, as Owner of the M/V Dali, and Synergy Marine PTE LTD, as Manager of the M/V Dali, for Exoneration from or Limitation of Liability | *<br><br>*<br><br>*<br><br>* | Case No. __1:24-cv-00941- JKB__ |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __MSC Mediterranean Shipping Company S.A.__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<br>(name of LLC party)

_____      _____
<br>(name of member)                                          (state of citizenship)

_____      _____
<br>(name of member)                                          (state of citizenship)

_____      _____
<br>(name of member)                                          (state of citizenship)

_____      _____
<br>(name of member)                                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

09/24/2024
<br>Date

/s/ Jack R. Daley
<br>Signature

Jack R. Daley (Bar No. 29187)
<br>Printed name and bar number

100 Light Street, 19th Floor, Baltimore, Maryland 21202
<br>Address

jdaley@bakerdonelson.com
<br>Email address

410-685-1120
<br>Telephone number

_____
<br>Fax number

2