**UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 1:24-cv-00941-JKB<br><br>**IN ADMIRALTY** |

**NOTICE OF APPEARANCE OF PRISCILLA A. DONOVAN**

Please take notice that the undersigned hereby appears as counsel of record for MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company Holding S.A. in the above referenced matter. Please serve all further notices and documents in this matter on undersigned counsel at the address noted below.

Dated: September 24, 2024

                                /s/
_____
Priscilla A. Donovan
Bar No. 27031
Donovan & Rainie, LLC
10278 Burleigh Cottage Ln
Ellicott City, MD 21042
Phone: 410-685-8800
e-mail: pard@donovanrainie.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day September 2024 a copy of the foregoing was served on all counsel who have appeared in this case, including counsel of record for Petitioners, via the ECF system.

_____/s/_____

Priscilla A. Donovan