# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| _____ * | |
| **Plaintiff,** | |
| * | |
| **v.** | **Case No.** _____ |
| * | |
| _____ * | |
| **Defendant.** | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
<span style="padding-left:2em">(name of LLC party)</span>

_____                    _____
(name of member)                                                                       (state of citizenship)

_____                    _____
(name of member)                                                                       (state of citizenship)

_____                    _____
(name of member)                                                                       (state of citizenship)

_____                    _____
(name of member)                                                                       (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____                    *Priscilla Donovan*
Date                                                                                     Signature

                                                                                         _____
                                                                                         Printed name and bar number

                                                                                         _____
                                                                                         Address

                                                                                         _____
                                                                                         Email address

                                                                                         _____
                                                                                         Telephone number

                                                                                         _____
                                                                                         Fax number

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day September 2024 a copy of the foregoing was served on all counsel who have appeared in this case, including counsel of record for Petitioners, via the ECF system.

_____/s/_____
Priscilla A. Donovan