UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>IN ADMIRALTY |

## SCHEDULE A

Claimant NAJ LOGISTICS EXPRESS INC is a corporation duly organized and existing under and by virtue of the laws of the State of Texas with an office and place of business at 6012 Murphy Street, Houston, Texas 77033.

Claimant NEJOUM AL JAZEERA USED CARS LLC is a business entity duly formed, organized and existing under and by virtue of the laws of a foreign state with an office and a place of business at Industrial No. 4, Shed No. 78, Sharjah, United Arab Emirates.

**Shipment 1:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Ajman |
| Container Numbers: | MSKU8359965; MRKU4589675; CAIU4879348; SUDU8519882; MRSU3963931; MRSU4924858; MSKU9971039; FFAU5149406; MRSU3304472; MRKU4545255; MRSU3137354; MRKU5800123; MSKU9662929; MSKU1800066; MRSU4421642; SUDU8529561 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Marsa Aden Shipping & Clearing LLC |
| Goods: | Vehicles |
| Ref. Number: | 00001687 |

**Shipment 2:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Ajman |
| Container Numbers: | TCNU2811743; MRKU4476004 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Marsa Aden Shipping & Clearing LLC |
| Goods: | Vehicles |
| Ref. Number: | 00001687 |

**Shipment 3:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Ajman |
| Container Numbers: | SUDU8680644; MRKU2105302; HASU4396350; MRKU3218094; SUDU5934046; MRKU2049997; SUDU8981463; MRKU6319914 MRKU4967311; MRSU6323075; MRKU2793421; MRSU3325639; TRHU8490979; TGBU8912026; MRSU6090203; MSKU9580203; MRKU5304714 MRKU3903626; HASU4779174; MRKU4105641 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Marsa Aden Shipping & Clearing LLC |
| Goods: | Vehicles |
| Ref. Number: | 00001687 |

**Shipment 4:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Ajman |
| Container Numbers: | MRKU5976133; MRKU4062339; PONU8057250; MRSU4827966; GCXU5719690; TCKU7578809; MRSU5717897; TCNU6235862; MRSU5183889; MRKU5935978; MRSU4711322; TGBU5356319; TRHU4749090; MRKU4860998; MSKU9985454; MSKU9215303; MRSU4094452; SUDU8906011; MRKU4248494; PONU8203376 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Marsa Aden Shipping & Clearing LLC |
| Goods: | Vehicles |
| Ref. Number: | 00001687 |

**Shipment 5:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Ajman |
| Container Numbers: | MSKU4756096; MAEU9218557; MSKU4743822; MSKU4815521; MSKU4584335; MSKU4631530; MSKU4744855; MSKU4600210; MAEU9229700; MSKU4806920 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Marsa Aden Shipping & Clearing LLC |
| Goods: | Vehicles |
| Ref. Number: | 00001687 |

**Shipment 6:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Ajman |
| Container Numbers: | MSKU4731729; MSKU4808029; MSKU4694477; MSKU4792914; MAEU9291959; MSKU4722455 MSKU4656625; MSKU4801976; MSKU4582440 MAEU9224098 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Marsa Aden Shipping & Clearing LLC |
| Goods: | Vehicles |
| Ref. Number: | 00001687 |

**Shipment 7:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | TCKU6946866 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 8:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | MRKU5151174 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 9:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | TCNU8687692 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 10:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | TCKU6635777 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 11:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | MRSU6331980 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 12:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | MRKU5463526 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 13:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | TCNU2435353 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 14:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | MRSU4979681 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Shafaq Alkhaleej For General Trading Co LL |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 15:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark, |
| Port of Discharge: | Umm Qasr |
| Container Number: | SUDU8865740 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 16:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | MSKU4588731 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Shafaq Alkhaleej For General Trading Co LL |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |

**Shipment 17:**

| | |
|---|---|
| Date of Shipment: | 03/20/2024 |
| Port of Loading: | Newark |
| Port of Discharge: | Umm Qasr |
| Container Number: | MRKU5780731 |
| Shipper: | NAJ Logistics Express Inc |
| Consignee: | Nejoum Al Jazeera for Cars and Used Spare Parts |
| Goods: | Vehicle |
| Ref. Number: | 00001687 |