UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## SCHEDULE A

Claimant Atlantic Specialty Insurance Company is a corporation duly organized and existing under and by virtue of the laws of the State of New York, with its principal place of business at 605 Highway 169 North, Suite 800, Plymouth, Minnesota 5544, which at all times provided a policy of insurance to Claimant JLJ International Holdings, LLC, which is a corporation duly organized and existing under and by virtue of the laws of the State of New Jersey, with an office and place of business at 30 Montgomery Street, Suite 1220, Jersey City, New Jersey, 07302.

**GENERAL AVERAGE INDEMNITY AND/OR CONTRIBUTION
AND/OR BREACH OF CONTRACT OR BAILMENT**

| | |
|---|---|
| Date of Shipment: | 3/19/2024 |
| Port of Shipment: | Newark, NJ |
| Port of Discharge: | Ningbo, China |
| Container Number: | MSKU4235673 |
| Consignee: | JLJ International Holdings, LLC |
| Shipment: | Recycling materials for brass |
| Bill of Lading: | MAEUSII284903 |

| | |
|---|---|
| Date of Shipment: | 3/19/2024 |
| Port of Shipment: | Newark, NJ |
| Port of Discharge: | Ningbo, China |
| Container Number: | GCXU5582740 |
| Consignee: | JLJ International Holdings, LLC |
| Shipment: | Recycling materials for copper |
| Bill of Lading: | MAEUSII285146 |

| | |
|---|---|
| Date of Shipment: | 3/25/2024 |
| Port of Shipment: | Baltimore, MD |
| Port of Discharge: | Lianhuashan Pt, China |
| Container Number: | TLLU6917230 |
| Consignee: | JLJ International Holdings, LLC |
| Shipment: | Recycling materials for copper |
| Bill of Lading: | MAEU237291973 |

| | |
|---|---|
| Date of Shipment: | 3/19/2024 |
| Port of Shipment: | Newark, NJ |
| Port of Discharge: | Ningbo, China |
| Container Number: | MRKU6393439 |
| Consignee: | JLJ International Holdings, LLC |
| Shipment: | Recycling materials for copper |
| Bill of Lading: | MAEUSII285430 |

| | |
|---|---|
| Date of Shipment: | 3/19/2024 |
| Port of Shipment: | Newark, NJ |
| Port of Discharge: | Ningbo, China |
| Container Number: | MRKU4588581 |
| Consignee: | JLJ International Holdings, LLC |
| Shipment: | Recycling materials for brass |
| Bill of Lading: | MAEUSII285331 |

| | |
|---|---|
| Date of Shipment: | 3/26/2024 |
| Port of Shipment: | Baltimore, MD |
| Port of Discharge: | Port Klang, Malaysia |
| Container Number: | MSKU0673537 |
| Consignee: | JLJ International Holdings, LLC |
| Shipment: | Wire |
| Bill of Lading: | MAEUSII286158 |