UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | For Exoneration from or Limitation of Liability<br><br><br><br><br><br>Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## MOTION FOR ADMISSION PRO HAC VICE

I, Debra B. Cruz, am a member in good standing of the bar of this Court. I am moving the admission of Shanshan Liang, Esquire, to appear pro hac vice in this case as counsel for Claimant, Wisconsin Spice, Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

**State Court & Date of Admission Florida**

Florida 10/07/2014

**U.S. Court & Date of Admission**

1

S.D. Fla 6/2/2015 CAFC: 12/10/2018

N.D. Fla. 11/14/2016

U.S. Court of International Trade: 11/7/2017

M.D. Fla. 11/23/2021

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 1 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or Aaron Turner is also a member of the bar of this Court in good standing, and will serve as co- counsel in these proceedings.

8. The $100.00 fee for admission pro hac vice accompanies this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

[signatures on the following page]

MOVANT

*Debra Cruz*
Signature

Debra B. Cruz, Bar No. 08910
Printed Name and Bar Number

Levin Gann PA
Office Name

The Towson Commons Building
1 W Pennsylvania Ave, Suite 900
Towson, Maryland 21204
Address

410-321-4642
Telephone Number

833-801-1118
Fax Number

dcruz@levingann.com
Email address

PROPOSED ADMITTEE

*Shanshan Liang*
Signature

Shanshan Liang
Printed Name

LIANG + MOONEY, PLLC
Office Name

2104 Delta Way, Unit 1
Tallahassee, Florida 32303
Address

850-893-0670
Telephone Number

N/A
Fax Number

sliang@customscourt.com
Email address

3

## **CERTIFICATE OF SERVICE**

   I hereby certify that on the 24th day of September 2024, I uploaded the foregoing and any attachments/exhibits to the Court's CM/ECF system for filing and service on all interested parties. Service was also made via email on the following parties:

| | |
|---|---|
| DUANE MORRIS, LLP | BLANK ROME, LLP |
| Robert B. Hopkins (Bar No. 06017)<br>rbhopkins@duanemorris.com | William R. Bennett III<br>William.Bennett@blankrome.com |
| Laurie G. Furshman (Bar No. 29604)<br>Lgfurshman@duanemorris.com | Thomas H. Belknap, Jr.<br>Thomas.Belknap@blankrome.com |
| | Kierstan L. Carlson<br>Kierstan.Carlson@blankrome.com |
| 100 International Drive, Suite 700<br>Baltimore, MD 21202<br>(410) 949-2900 | 1825 Eye St. NW<br>Washington, DC 20006<br>(202) 420-2200 |

        /s/ Debra B Cruz
        Debra B Cruz