UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## SCHEDULE A

Claimant Atlantic Specialty Insurance Company is a corporation duly organized and existing under and by virtue of the laws of the State of New York, with its principal place of business at 605 Highway 169 North, Suite 800, Plymouth, Minnesota 5544, which at all times provided a policy of insurance to Claimant ALTS USA, LLC, which is a corporation duly organized and existing under and by virtue of the laws of the State of Wyoming, with an office and place of business at 5830 East 2nd Street, Suite 7000 #4, Casper, Wyoming 82609.

**GENERAL AVERAGE INDEMNITY AND/OR CONTRIBUTION
AND/OR BREACH OF CONTRACT OR BAILMENT**

| | |
|---|---|
| Date of Shipment: | 3/22/2024 |
| Port of Shipment: | Norfolk, VA |
| Port of Discharge: | Mundra, India (ICD Sanand) |
| Container Number: | MRKU7977782 |
| Consignee: | M.P. Metals and Alloys |
| Shipment: | Alloys steel scrap, Manganese |
| Bill of Lading: | 237164042 |