UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## SCHEDULE A

Claimant Atlantic Specialty Insurance Company is a corporation duly organized and existing under and by virtue of the laws of the State of New York, with its principal place of business at 605 Highway 169 North, Suite 800, Plymouth, Minnesota 5544, which at all times provided a policy of insurance to Claimant Skyline International Corporation, which is a corporation duly organized and existing under and by virtue of the laws of the State of Illinois, with an office and place of business at 4732 Main Street, Suite 1, Lisle, Illinois, 60532.

**GENERAL AVERAGE INDEMNITY AND/OR CONTRIBUTION
AND/OR BREACH OF CONTRACT OR BAILMENT**

Date of Shipment:          3/13/2024
Port of Shipment:          Columbus, OH
Port of Discharge:         Ningbo, China
Container Number:          TRHU8514746
Consignee:                 Skyline International Corporation
Shipment:                  Recycling materials for copper
Bill of Lading:            EBKG08135249

Date of Shipment:          3/13/2024
Port of Shipment:          Columbus, OH

Port of Discharge:            Ningbo, China
Container Number:             BEAU5887580
Consignee:                    Skyline International Corporation
Shipment:                     Recycling materials for brass
Bill of Lading:               EBKG08135249

Date of Shipment:             3/13/2024
Port of Shipment:             Columbus, OH
Port of Discharge:            Ningbo, China
Container Number:             MSCU7524705
Consignee:                    Skyline International Corporation
Shipment:                     Recycling materials for brass
Bill of Lading:               EBKG08135249

Date of Shipment:             3/13/2024
Port of Shipment:             Columbus, OH
Port of Discharge:            Ningbo, China
Container Number:             MSNU7730952
Consignee:                    Skyline International Corporation
Shipment:                     Recycling materials for brass
Bill of Lading:               EBKG08135249