# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

_____

**Plaintiff,**                              *

                                            *

**v.**                                      *          **Case No.** _____

                                            *

_____

**Defendant.**                              *

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
                                                            (name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).


☐  The following corporate affiliations exist with _____:
                                                              (name of party)

_____.
                                   (names of affiliates)


☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
                         (names of entities with possible financial interests)

Disclosure of Corporate Interest

☐  In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                               (state of citizenship)

_____          _____
(name of member)                                               (state of citizenship)

_____          _____
(name of member)                                               (state of citizenship)

_____          _____
(name of member)                                               (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____
Date

_____
Signature

_____
Printed name and bar number

_____
Address

_____
Email address

_____
Telephone number

_____
Fax number