# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| _____ * | |
| **Plaintiff,** | |
| * | |
| v. | Case No. _____ |
| * | |
| _____ * | |
| **Defendant.** | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                              (state of citizenship)

_____          _____
(name of member)                              (state of citizenship)

_____          _____
(name of member)                              (state of citizenship)

_____          _____
(name of member)                              (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____          _____
Date                                  Signature

                                      _____
                                      Printed name and bar number

                                      _____
                                      Address

                                      _____
                                      Email address

                                      _____
                                      Telephone number

                                      _____
                                      Fax number