## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **Plaintiff,** | * | |
| v. | * | Case No. _____ |
| | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____        _____
(name of member)                                      (state of citizenship)

_____        _____
(name of member)                                      (state of citizenship)

_____        _____
(name of member)                                      (state of citizenship)

_____        _____
(name of member)                                      (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

_____           _____
Date                                         Signature

                                             _____
                                             Printed name and bar number

                                             _____
                                             Address

                                             _____
                                             Email address

                                             _____
                                             Telephone number

                                             _____
                                             Fax number