# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>For Exoneration from or Limitation of Liability | Docket No.: JKB 24-cv-941<br><br>**IN ADMIRALTY** |

## MOTION FOR ADMISSION *PRO HAC VICE*

I, _____Paul D. Bekman_____, am a member in good standing of the bar of this Court. I am moving the admission of _____Kyle J. McGee_____ to appear *pro hac vice* in this case as counsel for ___Claimant, Baltimore County___.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New Jersey (11/17/2010) | U.S. District Court – District of New Jersey (12/30/2010) |
| Delaware (1/18/2011) | U.S. District Court – District of Delaware (4/8/2011) |
| | U.S. Court of Appeals – Second Circuit (10/23/2015) |

                    U.S. Court of Appeals – First Circuit
                    (9/14/2023)

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission *pro hac vice* accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ *Paul D. Bekman* | /s/     *Kyle J. McGee* |
| Signature | Signature (signed by Paul D. Bekman with Permission of Kyle J. McGee) |
| Paul D. Bekman (Bar No. 00019) **BEKMAN, MARDER, HOPPER, MALARKEY & PERLIN, L.L.C.** bekman@mdtrialfirm.com 1829 Reisterstown Road, Suite 200 Baltimore, MD 21208 Tel. (410) 539-6633 Fax.: (410) 625-9554 | Kyle J. McGee **GRANT & EISENHOFER P.A.** kmcgee@gelaw.com 123 S. Justison Street Wilmington, DE 19801 Tel.: (302) 622-7000 Fax.: (302) 622-7100 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September, 2024, a copy of the foregoing Motion for Admission Pro Hac Vice was served via CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

                                               */s/ Paul D. Bekman*
                                               PAUL D. BEKMAN