## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

### DISCLOSURE OF CORPORATE INTEREST

Pursuant to Local Rule 103.3, NOW COMES Claimant/Respondent, CERTAIN UNDERWRITERS AT LLOYD'S OF LONDON, AXIS SYNDICATE 1686, ("Claimant"), by its attorneys, James D. Skeen, Terry L. Goddard Jr, and Skeen & Kauffman, L.L.P., and hereby provides disclosure of affiliations and financial interest information in compliance with Local Rule 103.3 of this Court.

Claimant is an unincorporated insurance syndicate underwriting policies for Lloyd's of London, London, England. Claimant's sole member is Axis Capital Holdings Limited, a Bahamian company. There are no other entities with a direct financial interest in the outcome of this litigation other than Claimant.

Respectfully submitted this 25th day of September, 2024.

/s/ Terry L. Goddard Jr.
James D. Skeen (00010)
Terry L. Goddard Jr. (15460)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T:  (410) 625-2252
F:  (410) 625-2292
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

*Attorneys for Certain Underwriters at
Lloyd's of London, Axis Syndicate 1686*

**Certificate of Service**

I hereby certify that on the 25th day of September, 2024, I uploaded the foregoing to the Court's CM/ECF system for filing and service on all interested parties.

/s/ Terry L. Goddard Jr.
Terry L. Goddard Jr.

2