# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRACE OCEAN PRIVATE, LTD. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-CV-00941 JKB |
| SYNERGY MARINE PRE, LTD. | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☒ I certify, as party/counsel in this case that __Florida Sugar & Molasses Exchange, Inc.__
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐ The following corporate affiliations exist with _____:
(name of party)

_____.
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____    _____
(name of member)                         (state of citizenship)

_____    _____
(name of member)                         (state of citizenship)

_____    _____
(name of member)                         (state of citizenship)

_____    _____
(name of member)                         (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

09/25/2024

Date

/s/ Terry L. Goddard Jr.

Signature

Terry L. Goddard Jr. 15460

Printed name and bar number

9256 Bendix Road, Suite 102, Columbia, MD 21045

Address

tgoddard@skaufflaw.com

Email address

410-625-2272

Telephone number

443-817-0744

Fax number

2