UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

I, Margaret Fonshell Ward, am a member in good standing of the bar of this Court. I am moving the admission of Philip Robben to appear *pro hac vice* in this case as counsel for Claimant STATE OF MARYLAND. We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of New Jersey<br>December 15, 1998 | U.S. District Court,<br>District of New Jersey<br>December 31, 1998 |
| State of New York<br>March 3, 1999 | U.S. District Court,<br>Southern District of New York<br>February 8, 2000 |
| | U.S. District Court,<br>Eastern District of New York<br>February 8, 2000 |
| | U.S. Court of Appeals,<br>Federal Circuit |

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| | November 19, 2001 |
| | U.S. Court of Appeals, Second Circuit |
| | January 6, 2005 |
| | U.S. District Court, Western District of New York |
| | June 16, 2005 |
| | U.S. Court of Appeals, Third Circuit |
| | March 5, 2007 |
| | U.S. District Court, Western District of Wisconsin |
| | November 25, 2014 |
| | U.S. Court of Appeals, Seventh Circuit |
| | May 20, 2016 |
| | U.S. Court of Appeals, Tenth Circuit |
| | April 13, 2023 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Zachary S. Greenbaum (Bar No. 30587), also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Margaret Fonshell Ward* | */s/ Philip D. Robben* |
| Margaret Fonshell Ward, Bar No. 04586<br>DOWNS WARD BENDER HERZOG & KINTIGH, P.A.<br>1350 McCormick Road<br>Executive Plaza 3, Suite 400<br>Hunt Valley, Maryland 21031<br>P: 410-584-2800<br>mward@downs-ward.com | Philip D. Robben (signed by Margaret Fonshell Ward with permission of Philip D. Robben)<br>Kelley Drye & Warren LLP<br>3 World Trade Center<br>175 Greenwich Street<br>New York, NY 10007<br>Phone: (212) 808-7800<br>probben@kelleydrye.com |

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of September, 2024, a copy of the foregoing Amended Motion for Admission Pro Hac Vice was served via CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward