UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE*

I, Margaret Fonshell Ward, am a member in good standing of the bar of this Court. I am moving the admission of W. Mark Lanier to appear *pro hac vice* in this case as counsel for Claimant STATE OF MARYLAND. We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| The Supreme Court of Texas 05/10/1985 | United States Supreme Court – 04/04/1994 |
| The Court of Appeals – New York 09/27/2005 | United States Court of Appeals – Fifth Circuit – 06/27/1986 |
| | United States Court of Appeals – Seventh Circuit – 04/23/2021 |

1

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| | United States Court of Appeals – Eighth Circuit – 01/19/2018 |
| | United States Court of Appeals – Ninth Circuit – 06/13/2016 |
| | United States Court of Appeals – Tenth Circuit – 06/27/2017 |
| | United States Court of Federal Claims – 10/20/2017 |
| | U.S. District Court for the Eastern District of Arkansas – 10/3/2012 |
| | U.S. District Court for the District of Colorado – 10/06/2020 |
| | U.S. District Court for the Western District of Michigan – 11/06/2008 |
| | U.S. District Court for the Northern District of Oklahoma – 11/02/2017 |
| | U.S. District Court for the Eastern District of New York – 12/11/2008 |
| | U.S. District Court for the Southern District of New York – 01/04/2023 |
| | U.S. District Court for the Southern District of Texas – 11/20/1987 |
| | U.S. District Court for the Eastern District of Texas – 06/02/1995 |
| | U.S. District Court for the Northern District of Texas – 04/10/1995 |
| | U.S. District Court for the Western District of Texas – 09/14/2006 |
| | U.S. District Court for the Southern District of Texas – Bankruptcy –11/20/1987 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or co-counsel Zachary S. Greenbaum (Bar No. 30587), also a member of the bar of this Court in good standing, will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion**.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Margaret Fonshell Ward* | */s/ W. Mark Lanier* |
| Margaret Fonshell Ward, Bar No. 04586 | W. Mark Lanier (signed by Margaret Fonshell Ward with permission of W. Mark Lanier) |
| DOWNS WARD BENDER HERZOG & KINTIGH, P.A. | THE LANIER LAW FIRM, P.C. |
| 1350 McCormick Road | 10940 W. Sam Houston Pkwy N |
| Executive Plaza 3, Suite 400 | Suite 100 |
| Hunt Valley, Maryland 21031 | Houston, TX 77064 |
| P: 410-584-2800 | P: 713-659-5200 |
| mward@downs-ward.com | Mark.Lanier@lanierlawfirm.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of September 2024, a copy of the foregoing Amended Motion for Admission Pro Hac Vice was served via CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward

3