**UNITED STATES DISTRICT
COURT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>***IN ADMIRALTY*** |

**CLAIMANT E. MARINE MOTOR YACHT SALES PTY LTD.'S
DISCLOSURE OF CORPORATE INTEREST**

Undersigned counsel hereby certifies that Claimant E. Marine Motor Yacht Sales PTY LTD.

is not an affiliate or parent of any corporation, and no corporation, unincorporated association,

partnership or other business entity, not a party to the case, has a financial interest in the outcome as

defined in Local Rule 103.3.

Dated: September 25, 2024                    Respectfully Submitted,

**MILBERG BRYSON COLEMAN
PHILLIPS GROSSMAN, PLLC**

Gregory F. Coleman*
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
(T): 866-252-0878
gcoleman@milberg.com

Marc D. Grossman*
Victoria J. Maniatis*
James R. DeMay*

1

Melissa K. Sims*
100 Garden City Plaza, Suite 500
Garden City, NY 11530
T: (866) 252-0878
mgrossman@milberg.com
vmaniatis@milberg.com
jdemay@milberg.com
msims@milberg.com


/s/ Roy L. Mason
Roy L. Mason (00922)
Zachary E. Howerton (20688)
*Of Counsel*
Smouse and Mason, LLC
223 Duke of Gloucester Street
Annapolis, Maryland 21401
(T): 410-269-6620
(F): 410-269-1235
rlm@smouseandmason.com
zeh@smouseandmason.com

* *Pro Hac Vice motions to be filed*

**LOCHNER LAW FIRM, P.C.**

/s/ Todd D. Lochner
Todd D. Lochner (25691)
Lochner Law Firm, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, Maryland 21403
(T): 410-716-4400
(F): 443-716-4405
tlochner@lochnerlawfirm.com

*Counsel for Claimant*

## <u>CERTIFICATE OF SERVICE</u>

I, hereby certify that, on September 25, 2024, I caused a true and correct copy of

the foregoing to be served upon all parties via ECF:


/s/ Roy L. Mason
Roy L. Mason (00922)