UNITED STATES DISTRICT
COURT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## CLAIMANT R.E. WEST INC.'S DISCLOSURE OF CORPORATE INTEREST

Undersigned counsel hereby certifies that Claimant R.E. West, Inc. has three corporate affiliations: Four West Management, which leases RE West's clerical staff; Chilton, LLC, which owns the land on which R.E. West headquarters is located; and J.B. partners, LLC, which houses new drivers during the training phase of their employment.

Dated: September 25, 2024

Respectfully Submitted,

**MILBERG BRYSON COLEMAN PHILLIPS GROSSMAN, PLLC**

Gregory F. Coleman*
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
(T): 866-252-0878
gcoleman@milberg.com

Marc D. Grossman*
Victoria J. Maniatis*
James R. DeMay*

1

        Melissa K. Sims*
        100 Garden City Plaza, Suite 500
        Garden City, NY 11530
        T: (866) 252-0878
        mgrossman@milberg.com
        vmaniatis@milberg.com
        jdemay@milberg.com
        msims@milberg.com

        */s/ Roy L. Mason*
        Roy L. Mason (00922)
        Zachary E. Howerton (20688)
        *Of Counsel*
        Smouse and Mason, LLC
        223 Duke of Gloucester Street
        Annapolis, Maryland 21401
        (T): 410-269-6620
        (F): 410-269-1235
        rlm@smouseandmason.com
        zeh@smouseandmason.com

        * *Pro Hac Vice motions to be filed*

**LOCHNER LAW FIRM, P.C.**

        */s/ Todd D. Lochner*
        Todd D. Lochner (25691)
        Lochner Law Firm, P.C.
        7076 Bembe Beach Road
        Suite 201, Mailbox 6
        Annapolis, Maryland 21403
        (T): 410-716-4400
        (F): 443-716-4405
        tlochner@lochnerlawfirm.com

        *Counsel for Claimant*

3

## **CERTIFICATE OF SERVICE**

I, hereby certify that, on September 25, 2024, I caused a true and correct copy of the foregoing to be served upon all parties via ECF:

/s/ Roy L. Mason
Roy L. Mason (00922)