UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>of<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V DALI,<br><br>and<br><br>**SYNERGY MARINE PTE LTD,** as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### NOTICE OF APPEARANCE

Please enter the appearance of William H. Murphy, Jr., Andrew K. O'Connell, Ronald E. Richardson, and Jason P. Foster of the law firm of Murphy, Falcon & Murphy, P.A. as counsel for Claimants GERALD BARNEY, THOMAS CRAWLEY, RYAN HALE, TULANI HASAN, DONNY JACKSON, ALONZO KEY, CHARLES PEACOCK, and DOUGLAS RAMOS, each individually ("Representative Claimants") and on behalf of others similarly situated ("Class Members") (collectively referred to as "Claimants").

Dated this 25th day of September 2024.

                                                                         Respectfully submitted,

                                                                        */s/ Ronald E. Richarson*
                                                                        William H. Murphy, Jr., Esq. (Bar #07985)
                                                                          Andrew K. O'Connell, Esq. (Bar #28161)
                                                                          Ronald E. Richardson, Esq. (Bar #04673)

                                        Jason P. Foster, Esq. (*Pro hac vice*)
                                        Murphy, Falcon & Murphy
                                        One South Street, 30th Floor
                                        Baltimore, Maryland 21202
                                        T: (410) 951-8744
                                        F: (410) 539-6599
                                        Billy.murphy@murphyfalcon.com
                                        Andrew.oconnell@murphyfalcon.com
                                        Ronald.richardson@murphyfalcon.com
                                        Jason.foster@murphyfalcon.com

                                        *Counsel for Representative Claimants and Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of September 2024, a copy of the foregoing Entry of Appearance of William H. Murphy, Jr., Andrew K. O'Connell, Ronald E. Richardson, and Jason P. Foster was filed through CM/ECF for service on all registered users appearing in this case.

*/s/ Ronald E. Richardson*
Ronald E. Richardson, Esq. (Bar #04673)