## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**of**<br><br>**GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,**<br><br>**and**<br><br>**SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,**<br><br>**for Exoneration from or Limitation of Liability** | **Docket No. JKB 24-cv-941**<br><br>*IN ADMIRALTY* |

## CORPORATE DISCLOSURE STATEMENT

Claimants GERALD BARNEY, THOMAS CRAWLEY, RYAN HALE, TULANI HASAN, DONNY JACKSON, ALONZO KEY, CHARLES PEACOCK, and DOUGLAS RAMOS, each individually ("Representative Claimants") and on behalf of others similarly situated ("Class Members") (collectively referred to as "Claimants"), through undersigned counsel, hereby submit this corporate disclosure statement pursuant to Fed. R. Civ. P. 7.1 and L.R. 103.3, and state:

Claimants are not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership, or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in L.R. 103.3.

Respectfully submitted,

Dated this 25th day of September, 2024

*/s/ Ronald E. Richardson*

William H. Murphy, Jr. (Bar #07985)

Andrew K. O'Connell, Esq. (Bar #28161)
Ronald E. Richardson, Esq. (Bar #04673)
Jason P. Foster, Esq. (*Pro hac vice*)
Murphy, Falcon & Murphy
One South Street, 30th Floor
Baltimore, Maryland 21202
T: (410) 951-8744
F: (410) 539-6599
Billy.murphy@murphyfalcon.com
Andrew.oconnell@murphyfalcon.com
Ronald.richardson@murphyfalcon.com
Jason.foster@murphyfalcon.com

*Counsel for Representative Claimants and Class Members*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, on this 25th day of September 2024, that a copy of the foregoing

Corporate Disclosure Statement was served via the courts electronic filing system.


*/s/ Ronald E. Richardson*
Ronald E. Richardson, Esq. (Bar #04673)