# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**Of**<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V DALI,<br><br>And<br><br>**SYNERGY MARINE PTE LTD,** as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | **Docket No. JKB 24-cv-941**<br><br>*IN ADMIRALTY* |

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Robert A. Scott, assistant attorney general, as counsel for claimants, the State of Maryland, the Maryland Transportation Authority ("MDTA"), the Maryland Port Administration ("MPA") and the Maryland Department of the Environment ("MDE"), in this case. I certify that I am admitted to practice in this Court.

Respectfully submitted,

*/s/ Robert A. Scott*
ROBERT A. SCOTT (Fed. Bar No. 24613)
Assistant Attorney General
Maryland Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-0055
(410) 576-6955 (facsimile)

September 26, 2024            Attorney for Claimants the State of Maryland, MDTA, MPA and MDE