IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Case No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Tristan A. Dietrick of the law firm of Duane Morris LLP as additional counsel in this case for Petitioners, GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, and SYNERGY MARINE PTE LTD, as Manager of the M/V DALI.

Dated: September 26, 2024

Respectfully submitted,

_____/s/_____
Tristan A. Dietrick (Bar No. 31238)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
TDietrick@duanemorris.com
Phone: (410) 949-2900
Facsimile: (410) 949-2901

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of September, 2024, a copy of the foregoing Entry of Appearance of Counsel was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

	/s/
Tristan A. Dietrick (Bar No. 31238)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
TDietrick@duanemorris.com
Phone: (410) 949-2900
Facsimile: (410) 949-2901