IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean, et al.         *

   Plaintiff,

                                    *

v.                                         Case No. 1:24-cv-941-JKB

                                    *

   Defendant.                       *

### ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Claimant, STAR BULK (SINGAPORE) PTE. LTD

I certify that I am admitted to practice in this Court.

9/26/2024

Date

Signature

**Ashley L. Ensor 19902**

Printed name and bar number

Gorman & Williams 36 S Charles St., Ste 900, Baltimore MD 21201

Address

**aensor@GW-Law.com**

Email address

**410-528-0600**

Telephone number

**410 528-0602**

Fax number

EntryofAppearanceCivil (08/2015)

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

In re: Grace Ocean, et al.        *

**Plaintiff,**

                                 *

v.                                  Case No. **1:24-cv-941-JKB**

                                 *

**Defendant.**        *

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  Claimant, NAVISION SHIPPING DK A/S

I certify that I am admitted to practice in this Court.

**9/26/2024**
Date

_(signature)_
Signature

**Ashley L. Ensor 19902**
Printed name and bar number

Gorman & Williams 36 S Charles St., Ste 900, Baltimore MD 21201
Address

**aensor@GW-Law.com**
Email address

**410-528-0600**
Telephone number

**410 528-0602**
Fax number

EntryofAppearanceCivil (08/2015)