**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: Grace Ocean, et al. | * |
| **Plaintiff,** | * |
| v. | *  Case No. 1:24-cv-941-JKB |
| | * |
| **Defendant.** | * |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the **Claimant, NAVISION SHIPPING DK A/S**

I certify that I am admitted to practice in this Court.

**9/26/2024**
Date

Signature

**Ashley L. Ensor 19902**
Printed name and bar number

Gorman & Williams 36 S Charles St., Ste 900, Baltimore MD 21201

Address

**aensor@GW-Law.com**
Email address

**410-528-0600**
Telephone number

**410 528-0602**
Fax number

EntryofAppearanceCivil (08/2015)