| # | Container | Consignee | Freight | Demurrage | Total | Freight Suppose to be | Claim |
|---|---|---|---|---|---|---|---|
| 1 | **BEAU2028350** | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 2 | **TCKU1394532** | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 3 | ZIMU1259989 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 4 | ZIMU1112787 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 5 | TGBU2607350 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 6 | GLDU5273143 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 7 | DRYU3013160 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 8 | TGCU2077891 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 9 | **BHCU3143821** | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 10 | FCIU4118141 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 11 | **GAOU2386568** | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 12 | **GAOU2411104** | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 13 | TRHU3600435 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 14 | ZIMU3036480 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 15 | ZIMU3052820 | **Amerinox-- BYC** | $ 2,750.00 | | $ 2,750.00 | $ 1,000.00 | $ 1,750.00 |
| 16 | ZIMU3047232 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 17 | ZIMU1404475 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 18 | SEGU2741357 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 19 | BHCU3139420 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 20 | **ZIMU1418490** | **Amerinox-- Big Boy** | $ 2,709.00 | | $ 2,709.00 | $ 1,000.00 | $ 1,709.00 |
| 21 | TCKU1254021 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 22 | TRHU2700677 | **Amerinox-- Big Boy** | $ 2,747.00 | | $ 2,747.00 | $ 960.00 | $ 1,787.00 |
| 23 | TEMU4543296 | **Amerinox-- Big Boy** | $ 2,671.00 | | $ 2,671.00 | $ 1,000.00 | $ 1,671.00 |
| 24 | SEGU2299902 | **Amerinox-- American Logistics** | $ 2,495.00 | | $ 2,495.00 | $ 1,000.00 | $ 1,495.00 |
| 25 | CAIU6607082 | **Amerinox-- American Logistics** | $ 2,495.00 | | $ 2,495.00 | $ 1,000.00 | $ 1,495.00 |
| 26 | DRYU2600542 | **Baltimore Packaging** | $ 3,541.00 | | $ 3,541.00 | $ 960.00 | $ 2,581.00 |
| 27 | BMOU2017051 | **Baltimore Packaging** | $ 3,541.00 | | $ 3,541.00 | $ 960.00 | $ 2,581.00 |
| 28 | ZIMU3122378 | **Baltimore Packaging** | $ 3,541.00 | | $ 3,541.00 | $ 960.00 | $ 2,581.00 |
| 29 | TRHU2360690 | **Baltimore Packaging** | $ 3,541.00 | | $ 3,541.00 | $ 960.00 | $ 2,581.00 |
| 30 | BMOU2649161 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 31 | TCKU1252604 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 32 | FCIU4109073 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 33 | TEMU3987207 | **Baltimore Packaging** | $ 3,541.00 | | $ 3,541.00 | $ 960.00 | $ 2,581.00 |
| 34 | TRHU3220287 | **Amerinox-- BYC** | $ 2,750.00 | | $ 2,750.00 | $ 1,000.00 | $ 1,750.00 |
| 35 | TCKU3643830 | **Amerinox-- BYC** | $ 2,750.00 | | $ 2,750.00 | $ 1,000.00 | $ 1,750.00 |
| 36 | MSKU7143816 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 37 | MRKU9572401 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 38 | MRKU7068710 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 39 | MRKU8234272 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 40 | PONU2048797 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |
| 41 | BMOU2465502 | **Amerinox-- BYC** | $ 2,750.00 | $ 300.00 | $ 3,050.00 | $ 1,000.00 | $ 2,050.00 |
| 42 | SUDU1753311 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | $ 960.00 | $ 2,201.00 |

| # | Container | Client | Amount 1 | | Amount 2 | Total | | Deduction | | Net |
|---|---|---|---|---|---|---|---|---|---|---|
| 43 | SEGU2670485 | **Amerinox-- American Logistics** | $ | 2,495.00 | | $ | 2,495.00 | $ | 1,000.00 | $ | 1,495.00 |
| 44 | SEGU2153203 | **Amerinox-- American Logistics** | $ | 2,495.00 | | $ | 2,495.00 | $ | 1,000.00 | $ | 1,495.00 |
| 45 | TRHU2640011 | **Amerinox-- American Logistics** | $ | 2,495.00 | | $ | 2,495.00 | $ | 1,000.00 | $ | 1,495.00 |
| 46 | ZIMU3123034 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 47 | ZIMU2855004 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 48 | ZIMU3095781 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,879.00 | $ | 5,040.00 | $ | 960.00 | $ | 4,080.00 |
| 49 | ZIMU1309740 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,567.25 | $ | 4,728.25 | $ | 960.00 | $ | 3,768.25 |
| 50 | ZIMU3108683 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,596.25 | $ | 4,757.25 | $ | 960.00 | $ | 3,797.25 |
| 51 | TEMU1719000 | **Baltimore Packaging** | $ | 3,541.00 | | $ | 3,541.00 | $ | 960.00 | $ | 2,581.00 |
| 52 | GLDU5233140 | **Baltimore Packaging** | $ | 3,541.00 | | $ | 3,541.00 | $ | 960.00 | $ | 2,581.00 |
| 53 | FCIU4136037 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 54 | TCKU3941984 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,560.00 | $ | 4,721.00 | $ | 960.00 | $ | 3,761.00 |
| 55 | TRHU3376053 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,270.00 | $ | 4,431.00 | $ | 960.00 | $ | 3,471.00 |
| 56 | ZIMU1300059 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,574.50 | $ | 4,735.50 | $ | 960.00 | $ | 3,775.50 |
| 57 | TEMU1638000 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,560.00 | $ | 4,721.00 | $ | 960.00 | $ | 3,761.00 |
| 58 | ZIMU1313734 | **Amerinox-- BYC** | $ | 3,450.00 | $ 980.00 | $ | 4,430.00 | $ | 1,000.00 | $ | 3,430.00 |
| 59 | TEMU4674193 | **Amerinox-- BYC** | $ | 3,725.00 | $ 980.00 | $ | 4,705.00 | $ | 1,000.00 | $ | 3,705.00 |
| 60 | ZIMU1166417 | **Amerinox-- BYC** | $ | 3,400.00 | $ 994.50 | $ | 4,394.50 | $ | 1,000.00 | $ | 3,394.50 |
| 61 | TCKU1023634 | **Amerinox-- American Logistics** | $ | 2,495.00 | | $ | 2,495.00 | $ | 1,000.00 | $ | 1,495.00 |
| 62 | SEGU2167763 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,284.50 | $ | 4,445.50 | $ | 960.00 | $ | 3,485.50 |
| 63 | TRHU2354213 | **Baltimore Packaging** | $ | 3,161.00 | $ 994.50 | $ | 4,155.50 | $ | 960.00 | $ | 3,195.50 |
| 64 | TCKU3835215 | **Amerinox-- American Logistics** | $ | 2,495.00 | | $ | 2,495.00 | $ | 1,000.00 | $ | 1,495.00 |
| 65 | TEMU5812872 | **Baltimore Packaging** | $ | 3,161.00 | $ 290.00 | $ | 3,451.00 | $ | 960.00 | $ | 2,491.00 |
| 66 | TEMU2856537 | **Baltimore Packaging** | $ | 3,161.00 | $ 290.00 | $ | 3,451.00 | $ | 960.00 | $ | 2,491.00 |
| 67 | SEGU2151108 | **Baltimore Packaging** | $ | 3,161.00 | $ 304.50 | $ | 3,465.50 | $ | 960.00 | $ | 2,505.50 |
| 68 | SEGU2207296 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 69 | ZIMU3125778 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 70 | ZIMU3090286 | **Baltimore Packaging** | $ | 3,161.00 | $ 290.00 | $ | 3,451.00 | $ | 960.00 | $ | 2,491.00 |
| 71 | ZIMU3107368 | **Baltimore Packaging** | $ | 3,161.00 | $ 290.00 | $ | 3,451.00 | $ | 960.00 | $ | 2,491.00 |
| 72 | ZIMU1152223 | **Baltimore Packaging** | $ | 3,161.00 | $ 980.00 | $ | 4,141.00 | $ | 960.00 | $ | 3,181.00 |
| 73 | BSIU2798983 | **Baltimore Packaging** | $ | 3,161.00 | $ 1,299.00 | $ | 4,460.00 | $ | 960.00 | $ | 3,500.00 |
| 74 | **TEMU4844345** | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 75 | PRSU1561828 | **Baltimore Packaging** | $ | 3,161.00 | $ 980.00 | $ | 4,141.00 | $ | 960.00 | $ | 3,181.00 |
| 76 | DFSU2481059 | **Baltimore Packaging** | $ | 3,161.00 | $ 994.50 | $ | 4,155.50 | $ | 960.00 | $ | 3,195.50 |
| 77 | ZIMU3056949 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 78 | MRKU7070810 | **Baltimore Packaging** | $ | 3,161.00 | $ 300.00 | $ | 3,461.00 | $ | 960.00 | $ | 2,501.00 |
| 79 | HASU1060232 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 80 | PONU0627444 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 81 | ZIMU1442794 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 82 | ZIMU1111986 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 83 | GLDU5030950 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 84 | SEGU2597764 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 85 | EITU0008010 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 86 | EITU3044583 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 87 | EGHU3389310 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 88 | EITU0125444 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 89 | EITU0312208 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |
| 90 | EGHU3839275 | **Baltimore Packaging** | $ | 3,161.00 | | $ | 3,161.00 | $ | 960.00 | $ | 2,201.00 |

| # | Container | Company | Amount | | Amount | | Amount | | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 91 | EGSU3036512 | **Amerinox-- American Logistics** | $ 2,495.00 | | $ 2,495.00 | | $ 1,000.00 | | $ 1,495.00 |
| 92 | DFSU1441787 | **Amerinox-- American Logistics** | $ 2,495.00 | | $ 2,495.00 | | $ 1,000.00 | | $ 1,495.00 |
| 93 | DRYU2549559 | **Amerinox-- American Logistics** | $ 2,495.00 | | $ 2,495.00 | | $ 1,000.00 | | $ 1,495.00 |
| 94 | EITU0413121 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | | $ 960.00 | | $ 2,201.00 |
| 95 | BEAU2158250 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | | $ 960.00 | | $ 2,201.00 |
| 96 | EITU0283898 | **Baltimore Packaging** | $ 3,161.00 | | $ 3,161.00 | | $ 960.00 | | $ 2,201.00 |
| 97 | ZIMU3153532 | **Amerinox-- Big Boy** | $ 2,937.00 | | $ 2,937.00 | | $ 1,000.00 | | $ 1,937.00 |
| 98 | ZIMU3136746 | **Amerinox-- Big Boy** | $ 2,937.00 | | $ 2,937.00 | | $ 1,000.00 | | $ 1,937.00 |
| 99 | ZIMU3095267 | **Amerinox-- Big Boy** | $ 2,899.00 | | $ 2,899.00 | | $ 1,000.00 | | $ 1,899.00 |
| 100 | JZPU4099440 | **Amerinox-- Big Boy** | $ 2,861.00 | | $ 2,861.00 | | $ 1,000.00 | | $ 1,861.00 |
| 101 | ZIMU3119693 | **Amerinox-- Big Boy** | $ 2,861.00 | | $ 2,861.00 | | $ 1,000.00 | | $ 1,861.00 |
| | | | **$ 312,043.00** | **$ 22,558.50** | **$ 334,601.50** | | **$ 97,920.00** | | **$ 236,681.50** |