# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRACE OCEAN PRIVATE, LTD. | * | |
| **Plaintiff,** | | |
| | * | |
| v. | | Case No. 1:24-CV-00941 JKB |
| SYNERGY MARINE PRE, LTD. | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☒ The following corporate affiliations exist with  NAJ Logistics Express, Inc. :
(name of party)

Nejoum Al Jazeera Used Cars LLC .
(names of affiliates)

☐ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

_____          _____
(name of member)                                          (state of citizenship)

_____          _____
(name of member)                                          (state of citizenship)

_____          _____
(name of member)                                          (state of citizenship)

_____          _____
(name of member)                                          (state of citizenship)

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

09/27/2024                                                    /s/ Terry L. Goddard Jr.
Date                                                              Signature

                                                                     Terry L. Goddard Jr. 15460
                                                                     Printed name and bar number

                                                                     9256 Bendix Road, Suite 102, Columbia, MD 21045
                                                                     Address

                                                                     tgoddard@skaufflaw.com
                                                                     Email address

                                                                     410-625-2272
                                                                     Telephone number

                                                                     443-817-0744
                                                                     Fax number