# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

GRACE OCEAN PRIVATE, LTD.

    **Plaintiff,**                \*

                        \*        **Case No.**   1:24-CV-00941 JKB

    **v.**                      

SYNERGY MARINE PRE, LTD.    \*

    **Defendant.**            \*

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
(name of party)

is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☑  The following corporate affiliations exist with  Nejoum Al Jazeera Used Cars LLC :
(name of party)

NAJ Logistics Express Inc. _____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐   In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| | |
|---|---|
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

09/27/2024
_____
Date

/s/ Terry L. Goddard Jr.
_____
Signature

Terry L. Goddard Jr. 15460
_____
Printed name and bar number

9256 Bendix Road, Suite 102, Columbia, MD 21045
_____
Address

tgoddard@skaufflaw.com
_____
Email address

410-625-2272
_____
Telephone number

443-817-0744
_____
Fax number