IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of Grace Ocean Private Limited, as Owner of the M/V Dali, and Synergy Marine PTE LTD, as Manager of the M/V Dali, for Exoneration from or Limitation of Liability | * * * Case No. 1:24-cv-00941-JKB |

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  MSC Mediterranean Shipping Company, S.A.

I certify that I am admitted to practice in this Court.

09/27/2024

Date

Thomas H. Barnard

Digitally signed by Thomas H. Barnard
Date: 2024.09.26 12:02:05 -04'00'

Signature

Thomas H. Barnard (Bar No.27488)

Printed name and bar number

100 Light Street, 19th Floor, Baltimore, Maryland 21202

Address

tbarnard@bakerdonelson.com

Email address

410-862-1185

Telephone number

443-547-7585

Fax number