IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * | Civ. No. JKB-24-0941<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \*

## CASE MANAGEMENT ORDER NO. 1

As explained in the accompanying Memorandum, it is ORDERED that:

1. A STATUS AND SCHEDULING CONFERENCE is set in for **Tuesday, October 29, 2024 at 10:00 a.m.** in the J. Frederick Motz Ceremonial Courtroom, Edward A. Garmatz United States Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201. The parties shall be limited to two lawyers (or one lawyer and one paraprofessional or client representative) per Petitioner, and two lawyers (or one lawyer and one paraprofessional or client representative) per Claim, as described in the accompanying Memorandum.

2. The parties SHALL MEET AND CONFER in advance of the Status and Scheduling Conference and SHALL FILE a Status Report and accompanying Appendix, as described in the accompanying Memorandum, on or before October 22, 2024. Counsel for the United States and for the State of Maryland are jointly DIRECTED to convene and facilitate intra-Claimant discussions. Furthermore, Counsel for the United States, for the State of Maryland, and for the Petitioners are jointly DIRECTED to convene and facilitate discussions between the Claimants and Petitioners. Counsel for the United States, for the State of Maryland, and for the Petitioners shall be jointly responsible for preparing and submitting the Status Report on behalf of all parties.

3. All other dates and deadlines, except for those set in the Court's Orders docketed at ECF No. 153 and ECF No. 316, are STAYED.

DATED this 27 day of September, 2024.

BY THE COURT:

_____
James K. Bredar
United States District Judge