IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re: Grace Ocean et al.     *
     Plaintiff,

                          *

v.                           Case No. 1:24-cv-00941 (JKB)

                          *

     Defendant.     *

**MOTION FOR ADMISSION PRO HAC VICE**

I, **Priscilla A. Donovan**, am a member in good standing of the bar of this Court. I am moving the admission of **Michael P. Naughton** to appear pro hac vice in this case as counsel for **MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company Holding S.A.**

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York - March 22, 2000 | United States District Court for the Southern District of New York - February 20, 2001 |
| | United States District Court for the Eastern District of New York - February 20, 2001 |
| | United States Court of Appeals for the Second Circuit - April 30, 2009 |
| | United States Court of Appeals for the Fifth Circuit - April 19, 2023 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court **zero** time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or __Daniel J. Donovan__ is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT
*/s/ Priscilla A. Donovan/*
Signature

Priscilla A. Donovan Bar No. 27031
Printed name and bar number

Donovan & Rainie, LLC
Office name

10278 Burleigh Cottage Ln, Ellicott City, MD 21042
Address

410-685-8800
Telephone number

n/a
Fax Number

pard@donovanrainie.com
Email Address

PROPOSED ADMITTEE
*/s/ Michael P. Naughton/*
Signature

Michael P. Naughton New York Bar No. 3030129
Printed name

Brown Gavalas & Fromm LLP
Office name

60 E. 42nd Street, Suite 4600, New York, NY 10165
Address

212-983-8500
Telephone number

212-983-5946
Fax Number

mpn@browngavalas.com
Email Address

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day September 2024 a copy of the foregoing was served on all counsel who have appeared in this case, including counsel of record for Petitioners, via the ECF system.

                                                                            _____/s/_____
                                                        Priscilla A. Donovan (Bar No. 27031)
                                                        pard@donovanrainie.com
                                                        DONOVAN & RAINIE, LLC
                                                        10278 Burleigh Cottage Lane
                                                        Ellicott City, MD 21042
                                                        Tel: (410) 685-8800
                                                        Counsel for *Claimants*
                                                        *MSC Mediterranean Shipping Company S.A.*
                                                        *and MSC Mediterranean Shipping Company*
                                                        *Holding S.A.*
                                                        *with respect to their property onboard the*
                                                        *M/V DALI that was insured by TT Club*
                                                        *Mutual Insurance Ltd*.