UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 103.3, Petitioner Synergy Marine Pte Ltd. ("Synergy"), hereby submits this disclosure of affiliations and financial interests.

1. The following corporate affiliations exist with Synergy:

Petitioner Synergy is 100% owned by Synergy Group Holdings Ltd., a limited company established in Jersey, UK. Synergy Group Holdings Ltd. is not publicly traded, nor are any of its affiliates.

2. The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

The Britannia Steam Ship Insurance Association Europe provides protection and indemnity coverage to Petitioner Synergy pursuant to its rules.

Dated:  September 30, 2024

Respectfully submitted,

_____/s/_____
Robert B. Hopkins (Bar No. 06017)
Laurie G. Furshman (Bar No. 29604)
DUANE MORRIS LLP

1201 Wills Street, Suite 330
Baltimore, MD 21231
RBHopkins@duanemorris.com
LGFurshman@duanemorris.com
Phone: (410) 949-2900
Facsimile: (410) 949-2901

William R. Bennett III (admitted *pro hac vice*)
Thomas H. Belknap, Jr. (admitted *pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
Phone: (212) 885-5000
Facsimile: (212) 885-5001

Kierstan L. Carlson (admitted *pro hac vice*)
BLANK ROME LLP
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
Phone: (202) 420-2200
Facsimile: (202) 420-2201

*Counsel for Petitioners*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of September, 2024, a copy of the foregoing Disclosure of Corporate Interest was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

/s/
Robert B. Hopkins (Bar No. 06017)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
RBHopkins@duanemorris.com