**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Northern Division**

**IN ADMIRALTY**

**In the Matter of the Petition of**

**GRACE OCEAN PRIVATE LIMITED, as**
**Owner of the M/V DALI,** *et al.*

    **Petitioners,**

**v.**

                                   **Civil Action No. 1:24-cv-941 - JKB**

**MIGUEL LEONARDO LUNA LEMUS,** *et al.,*

    **Defendants.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John M. Bredehoft of the law firm of Kaufman & Canoles, P.C., hereby notes his appearance on behalf of defendant Fornazor International, Inc. in the above-captioned matter.

Dated: October 1, 2024            **FORNAZOR INTERNATIONAL, INC.**

                                        By  /s/ *John M. Bredehoft*
                                        John M. Bredehoft
                                        Virginia Sate Bar No. 33602
                                        KAUFMAN & CANOLES, P.C.
                                        150 West Main Street, Suite 2100
                                        Norfolk, VA 23510
                                        T:  (757) 624-3000 (Main)
                                        T:  (757) 624-3225 (Direct)
                                        F:  (888) 360-9092
                                        jmbredehoft@kaufcan.com
                                        *Counsel for Defendant Fornazor International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to filing users in this matter.

> By /s/ *John M. Bredehoft*
> John M. Bredehoft
> Virginia Sate Bar No. 33602
> KAUFMAN & CANOLES, P.C.
> 150 West Main Street, Suite 2100
> Norfolk, VA 23510
> T:  (757) 624-3000 (Main)
> T:  (757) 624-3225 (Direct)
> F:  (888) 360-9092
> jmbredehoft@kaufcan.com
> *Counsel for Defendant Fornazor International, Inc.*