## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Northern Division

### IN ADMIRALTY

In the Matter of the Petition of

**GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,** *et al.*

      **Petitioners,**

**v.**

                                                Civil Action No. 1:24-cv-941 - JKB

**MIGUEL LEONARDO LUNA LEMUS,** *et al.,*

      **Defendants.**

### AMENDED NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John M. Bredehoft of the law firm of Kaufman & Canoles, P.C., hereby notes his appearance on behalf of defendant Fornazor International, Inc. in the above-captioned matter.

Dated: October 1, 2024                  **FORNAZOR INTERNATIONAL, INC.**

                                              By  /s/ *John M. Bredehoft*
                                              John M. Bredehoft
                                              MD Federal Bar No. 04043
                                              KAUFMAN & CANOLES, P.C.
                                              150 West Main Street, Suite 2100
                                              Norfolk, VA 23510
                                              T: (757) 624-3000 (Main)
                                              T: (757) 624-3225 (Direct)
                                              F: (888) 360-9092
                                              jmbredehoft@kaufcan.com
                                              *Counsel for Defendant Fornazor International, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2024, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to filing users in this matter.

By /s/ *John M. Bredehoft*
John M. Bredehoft
Virginia Sate Bar No. 33602
KAUFMAN & CANOLES, P.C.
150 West Main Street, Suite 2100
Norfolk, VA 23510
T: (757) 624-3000 (Main)
T: (757) 624-3225 (Direct)
F: (888) 360-9092
jmbredehoft@kaufcan.com
*Counsel for Defendant Fornazor International, Inc.*

22903320.v1