IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GRACE OCEAN PRIVATE, LTD.   *

**Plaintiff,**

                            *

v.                             Case No. 1:24-CV-00941 JKB

                            *

SYNERGY MARINE PRE, LTD.

**Defendant.**              *

### MOTION FOR ADMISSION PRO HAC VICE

I, **Terry L. Goddard Jr.**, am a member in good standing of the bar of this Court. I am moving the admission of **Samuel C. Coluzzi** to appear pro hac vice in this case as counsel for **Liberty Mutual Ins. Co.**

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Georgia State Court May 23, 2016 | USDC SDNY October 20, 1998 |
| New York State Court February 19, 1997 | USDC EDNY January 5, 2000, U.S. Court of Appeals 2nd Circuit September 4, 2015 |
| New Jersey State Court January 30, 1997 | USDC DNJ March 3, 1997; USDC MDGA October 26, 2022 |
| | USDC NDGA June 24, 2019; US Supreme Court July 27, 2009 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court **0** time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or **James D. Skeen**, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *(signature)* | *(signature)* |
| Signature | Signature |
| Terry L. Goddard Jr. 15460 | Samuel C. Coluzzi |
| Printed name and bar number | Printed name |
| Skeen & Kauffman LLP | Nicoletti Hornig & Sweeney |
| Office name | Office name |
| 9256 Bendix Road, Suite 102 Columbia, MD 21045 | 4555 Mansell Road, Suite 300, Alpharetta, GA 30022 |
| Address | Address |
| 410-625-2272 | 770 521-4234 |
| Telephone number | Telephone number |
| 443-817-0744 | 770 521-4200 |
| Fax Number | Fax Number |
| tgoddard@skaufflaw.com | scoluzzi@nicolettihornig.com |
| Email Address | Email Address |