# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**Of**<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V DALI,<br><br>**And**<br><br>**SYNERGY MARINE PTE LTD,** as Manager of the M/V DALI,<br><br>**for Exoneration from or Limitation of Liability** | **Docket No. 24-cv-000941-JKB**<br><br>*IN ADMIRALTY* |

## APPEARANCE OF COUNSEL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the State of Maryland, on its own behalf and on behalf of all its agencies; the Maryland Transportation Authority; the Maryland Port Administration; and the Maryland Department of the Environment (collectively, "Claimants").

Date:  October 1, 2024                          Respectfully Submitted,

                                                ANTHONY G. BROWN
                                                Attorney General of Maryland

                                                /s/ Howard R. Feldman
                                                HOWARD R. FELDMAN
                                                Federal Bar No. 05991
                                                Assistant Attorney General
                                                Office of the Attorney General
                                                200 St. Paul Place, 20th Floor
                                                Baltimore, Maryland 21202
                                                hfeldman@oag.state.md.us
                                                (410) 576-6445
                                                (410) 576-6955 (facsimile)

                                                *Attorneys for Claimants*


**CERTIFICATE OF SERVICE**

I certify that on October 1, 2024, I served the foregoing by CM/ECF on all registered CMF users.

                                                /s/ Howard R. Feldman
                                                HOWARD R. FELDMAN
                                                Federal Bar No. 05991