UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. 1:24-cv-941-JKB<br><br>IN ADMIRALTY |

**ENTRY OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please **ENTER THE APPEARANCE** of Lily I. MacKenty and Niles, Barton, and Wilmer LLP as additional counsel for Claimant, Consol Energy Inc., in the above-referenced matter.

    Respectfully submitted,

    */s/ Lily I. MacKenty*
    Lily I. MacKenty (#21089)
    Mark J. Stiller (#27408)
    Niles Barton & Wilmer, LLP
    111 South Calvert Street, Suite 1400
    Baltimore, Maryland 21202
    Tel: (410) 783-6300
    Fax: (410) 783-6363
    mjstiller@nilesbarton.com
    limackenty@nilesbarton.com
    *Counsel for Claimant Consol Energy, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of October 2024, a copy of the foregoing Entry of Appearance was served via the court's CM/ECF system on all counsel of record.

/s/ Lily I. MacKenty
Lily I. MacKenty (#21089)