# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as MANAGER of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941 |

## NOTICE OF APPEARANCE

Please take notice of the appearance of Taylor Sandella, Esquire, of the law firm of Kreindler & Kreindler LLP in the above-captioned matter on behalf of Claimants Julio Cervantes Suarez, Marisela Hernandez Salgado, Mark Binstock, Emilio Hernandez Salgado, Lucia Estrella Zambrano, Matthew Bogin, Mariela Hernandez, John Condliffe, Lillian Hummel, Miguel Leonardo Luna Lemus, Karina Elizabeth Luna Lemus, Marvin Yubini Luna Lemus, Jeffrey Goldstein, Eduar Yoel Flores Lopez, Yeslin Yamileth Lopes Flores, and Dilia Flores.

All pleadings, notices, and other papers served herein should be directed to the undersigned counsel for the above Claimants.

Dated: October 2, 2024

KREINDLER & KREINDLER LLP

*/s/ Taylor Sandella*
Taylor Sandella (*pro hac vice*)
485 Lexington Ave.
New York, NY 10017
Telephone: (212) 973-3476

Facsimile: (212) 972-9432
tsandella@kreindler.com

## CERTIFICATE OF SERVICE

I certify that on October 2, 2024, the foregoing was filed in the United States District Court for the District of Maryland through the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

*/s/ Taylor Sandella*
Taylor Sandella (*pro hac vice*)