IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____  *

**Plaintiff,**

                                   *

**v.**                               **Case No.** _____

                                   *

_____  *

**Defendant.**

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐  I certify, as party/counsel in this case that _____
                                               (name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

☐  The following corporate affiliations exist with _____:
                                                   (name of party)

_____.
(names of affiliates)

☐  The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

_____.
(names of entities with possible financial interests)

Disclosure of Corporate Interest

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| (name of member) | (state of citizenship) |
|---|---|
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

Date

Signature

Printed name and bar number

Address

Email address

Telephone number

Fax number

2