IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLNAD
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Petition of | * | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | Case No.:  JKB 24-cv-941 |
|  | * | **IN ADMIRALTY** |
| and | * | |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * | |
| For Exoneration from or Limitation of Liability | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE TO ENTER APPEARANCE OF COUNSEL

Please enter the appearance of Emily C. Malarkey and Ryan S. Perlin as additional counsel of record for the Claimants, John Condliffe and Lillian Hummel as Co-Personal Representatives of the Estate of Miguel Angel Luna, Sara Veraly Luna Rauda and Rudy Osvaldo Luna Rauda, in the above-captioned case.

*s/ Emily C. Malarkey*

_____
Emily C. Malarkey  (28197)
Ryan S. Perlin (28040)
BEKMAN, MARDER, HOPPER, MALARKEY
  & PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
malarkey@mdtrialfirm.com
perlin@mdtrialfirm.com

***Attorneys for Claimants, John Condliffe and Lillian Hummel as Co-Personal Representatives of the Estate of Miguel Angel Luna, Sara Veraly Luna Rauda and Rudy Osvaldo Luna Rauda***

1