# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLNAD
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Petition of | * | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | Case No.:  JKB 24-cv-941 |
| | * | **IN ADMIRALTY** |
| and | * | |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * | |
| For Exoneration from or Limitation of Liability | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## NOTICE TO ENTER APPEARANCE OF COUNSEL

Please enter the appearance of Emily C. Malarkey and Ryan S. Perlin as additional counsel of record for the Claimant, David Yasir Suazo Posadas, in the above-captioned case.

*s/ Emily C. Malarkey*

_____
Emily C. Malarkey  (28197)
Ryan S. Perlin (28040)
BEKMAN, MARDER, HOPPER, MALARKEY
   & PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
malarkey@mdtrialfirm.com
perlin@mdtrialfirm.com

***Attorneys for Claimant, David Yasir Suazo Posadas***

1

2