IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLNAD
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of | * |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | *   Case No.:  JKB 24-cv-941 |
| | *   **IN ADMIRALTY** |
| and | |
| | * |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * |
| For Exoneration from or Limitation of Liability | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**<u>NOTICE TO ENTER APPEARANCE OF COUNSEL</u>**

Please enter the appearance of Emily C. Malarkey and Ryan S. Perlin as additional counsel of record for the Claimant, Baltimore County in the above-captioned case.

*s/ Emily C. Malarkey*

_____
Emily C. Malarkey  (28197)
Ryan S. Perlin (28040)
BEKMAN, MARDER, HOPPER, MALARKEY
  & PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
malarkey@mdtrialfirm.com
perlin@mdtrialfirm.com

***Attorneys for Claimant Baltimore County***

1

2