IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLNAD
NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Petition of | * | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | Case No.:  JKB 24-cv-941 |
| | * | **IN ADMIRALTY** |
| and | * | |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * | |
| For Exoneration from or Limitation of Liability | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO ENTER APPEARANCE OF COUNSEL**

Please enter the appearance of Emily C. Malarkey and Ryan S. Perlin as additional counsel of record for the Claimants, John Condliffe and Lillian Hummel as Co-Personal Representatives of the Estate of Miguel Angel Luna, Sara Veraly Luna Rauda and Rudy Osvaldo Luna Rauda, in the above-captioned case.

*s/ Emily C. Malarkey*
_____
Emily C. Malarkey  (28197)
Ryan S. Perlin (28040)
BEKMAN, MARDER, HOPPER, MALARKEY
  & PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
malarkey@mdtrialfirm.com
perlin@mdtrialfirm.com

***Attorneys for Claimants, John Condliffe and Lillian Hummel as Co-Personal Representatives of the Estate of Miguel Angel Luna, Sara Veraly Luna Rauda and Rudy Osvaldo Luna Rauda***