**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLNAD
NORTHERN DIVISION**

| | | |
|---|---|---|
| In the Matter of the Petition of | * | |
| | | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | Case No.:  JKB 24-cv-941 |
| | * | **IN ADMIRALTY** |
| and | * | |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * | |
| | * | |
| For Exoneration from or Limitation of Liability | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

<u>**NOTICE TO ENTER APPEARANCE OF COUNSEL**</u>

    Please enter the appearance of Emily C. Malarkey and Ryan S. Perlin as additional counsel of record for the Claimant, David Yasir Suazo Posadas, in the above-captioned case.

*s/ Emily C. Malarkey*

_____

Emily C. Malarkey  (28197)
Ryan S. Perlin (28040)
BEKMAN, MARDER, HOPPER, MALARKEY
   & PERLIN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
malarkey@mdtrialfirm.com
perlin@mdtrialfirm.com

***Attorneys for Claimant, David Yasir Suazo Posadas***