Schedule A-1                                                                                                                                         W. E. Cox

| Category | Container No. | House B/L No. | Master B/L No. | Cargo | Invoice Value (May Change) | USD equivalent (CIF) (May Change) | Underwriter or Agent | Insured | Shipper | Consignee | Load Port | Disport |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TXGU6968184 | DSV05679208 | | FERRIUP | JPY9,339,000 | $57,938.69 | AXA XL London | Glanbia | Glanbia Foods, Inc | Glanbia Japan K.K. | Norfolk, USA | Tokyo, Japan |
| 1 | MSDU6336029 | 6260025805 | | Beauty Products | $197,000.00 | $197,000.00 | MSIG Malaysia | Luxury Ventures PTE LTD | Valram Luxury Linited | Luxury Ventures PTE LTD | Norfolk, USA | Singapore |
| 1 | MSNU7758902 | 6260025809 | MEDUVD625665 | Beauty Products | $450,926.62 | $450,926.62 | MSIG Malaysia | Envico Enterprises SDN Bhd | Expeditors | Expeditors Malaysia | Norfolk, USA | Port Klang, Malaysia |
| 1 | MSDU7285306 | | | Beauty Products | | | | | | | | |
| 1 | CAIU6327116 | 40093112 | MEDUVD631234 | Bronze Pre-mix | USD107,699.95 | $107,699.96 | STARR USA | Alchemy International Holdings, LLC  dba KYMERA INTERNATIONAL | SCM Metal Products Inc | Prorite (Malaysia) Sdn BHD | Norfolk, USA | Port Klang, Malaysia |
| 1 | ZCSU6630861 | | ZIMUORF971117 | Soybean Meal | $51,221.69 | $51,221.69 | Allianz Sri Lanka | Nelna Farm (Pvt) Ltd | Fornazor International Inc | Nelna Farm (Private) Ltd | Norfolk, USA | Colombo, Sri Lanka |
| 1 | TRHU1487720 | SFMASE00037626 | FMASE00037626 | Auto Parts | $206,486.32 | $206,486.32 | Uninsured | Delcoline, Inc. | Delcoline Inc. | Al-Maglouth Auo Spare parts LLC | Baltimore, MD | Ad Dammam, Saudi Arabia |
| 1 | CAAU5948590 | | | Scrap Metal | $94,000 (or a part thereof) | $94,000 (or a part thereof) | RB Jones Marine / Atain Ins. Co. | Gravita India Ltd. | North American Energy LLC | Gravita India Ltd. | Baltimore,MD | Mundra Guarat, India |