Schedule A-2                                                                                                   W K Webster

| Category | Container No. | B/L | Cargo | CIF Cargo Value (May Change) | Principal (including Insurers and their Agents) | Insured | voyagefrom | voyageto |
|---|---|---|---|---|---|---|---|---|
| 1 | ZMOU8872113 | 320640311054 | Medical Supplies | $ 243,873.00 | FM GLOBAL | Becton Dickinson | Baltimore | Shanghai |
| 1 | MSMU7156244 | MEDUVD583401 | SBS Bleached Board | $ 25,580.45 | FM GLOBAL | WestRock | Norfolk | Shanghai |
| 1 | SEGU2099993 | 320640312675 | Medical Supplies | $ 33,608.72 | FM GLOBAL | Becton Dickinson | Baltimore | Singapore |
| 1 | MSMU2247260 | HCLE023000824148 | Hazardous Cargo | $ 35,211.50 | AXA XL,EXTON | Ecolab Inc. | Norfolk | Manila North |
| 1 | GCXU5738290 | MAEU237011709 | Electrical Equipment & Material | $ 121,071.85 | Liva Insurance Company | Evolving Constellation Company for Energy | Baltimore | Dammam |
| 1 | MRSU5091798, TCKU7801656, TCNU3334096 | MAEU237289935 | Electrical Equipment & Material | $ 374,306.30 | Liva Insurance Company | Evolving Constellation Company for Energy | Baltimore | Bahrain |
| 1 | TRHU2980454 | CMHS02614750 | Decoseal Grooved | $ 82,147.77 | MARKEL,NEW YORK | Quanex Building Products Corporation | Norfolk | Dalian |
| 1 | KSSU1004916, TCNU6470326 | ZIMUTRT927691 | Wet Salted Deerskins (39,055 Kgs) | $ 92,750.00 | Coast Underwriters Limited | Sheffren's Hides & Skins Ltd | Norfolk | Sanshan |
| 1 | RFCU8218611 | 200803813 | HiTEC 052 Bulk | $ 48,022.63 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Jurong Island |
| 1 | SUTU2581707 | 200803819 | HiTEC 052 Bulk | $ 48,433.14 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Jurong Island |
| 1 | CXTU1142194 | 200803821 | HiTEC 052 Bulk | $ 51,378.79 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Jurong Island |
| 1 | SUTU2584389 | 200803822 | HiTEC 052 Bulk | $ 52,427.14 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Jurong Island |
| 1 | SLZU2508773 | 200810381 | HiTEC 052 Bulk | $ 52,318.69 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Jurong Island |
| 1 | SLZU2508201 | 200810397 | HiTEC 052 Bulk | $ 51,793.31 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Jurong Island |
| 1 | MRKU8074533, MSKU7965058, SUDU7724007 | 2910002128 | Refractory Materials | $ 33,801.00 | ROYAL SUNDARAM,CHENNAI | Vesuvius India Ltd | Norfolk | Visakhapatnam |