| Category | Container # | HBL# | BL# | Cargo Description | Insurers or Agents | Currency - see ROE | Invoice Value (May Change) | Insured |
|---|---|---|---|---|---|---|---|---|
| 1 | TTNU4929609 | NA | MEDUVD557090 | noryl resin, polyethers | AIG UK Ltd | USD | 60,800.00 | SHPP US LLC (SABIC) |
| 1 | MSDU4578743 | NA | MEDUVD556605 | noryl resin, polyethers | AIG UK Ltd | USD | 55,063.00 | SHPP US LLC (SABIC) |
| 1 | HASU5007848 | | MAEU236822597 | Used Household Goods and Personal Effects | Chubb European Group SE | USD | 83,354.85 | Andrea Catalano |