| Category | Container # | HBL# | MBL# | MBL Shipper | MBL Consignee | Cargo Description | Insurers or Agents | Currency | Value (May Change) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | CAIU8927850 | CWSEBKG08147902 | MEDUVD622738 | Cruz World Shipping Inc. | Transmaster Limited | Medical Equipment (Anesthesia Machines), Medical Supplies, Used Household Goods and Personal Effects | Great American Insurance Group | USD | 115,610.53 |