Schedule A-5                                                                                          Kennedys

| Category | Container no. | Master / Ocean B/L No. / Waybill No. | Cargo Description | Insurer or Agent | Insured | Invoice value (May Change) | Freight cost (May Change) | Currency | MBL shipper | MBL consignee | Voyage loadport | Voyage discharge port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TRHU2607271 | ZIMUNYC9072184 | Household goods | Travelers | Allied International Moving Services (Sirva) | 17,246.50 | 1,641.00 | USD | Shipco Transport | Breea Noelle Gould | Baltimore | Kolkata, India |
| 1 | TGHU0667095 | MAEU236246749 | Copper/aluminuim/heavy metal scrap | Munich Re | Steel Bro Int | 31,339.15 | | USD | Steel Bro Int | Shastri Steels | Baltimore | Pipapav, India |
| 1 | MSMU6627946 | MEDUVD676692 | Rough milled timber | Canopius | Cut Rite Lumber Limited | 62,915.60 | | USD | King City Forwarding | Qingdao Herson Supply | Baltimore | Qingdao, China |
| 1 | FDCU0292155 | MEDUVD676693 | Rough milled timber | Canopius | Cut Rite Lumber Limited | 45,500.80 | 1,460.22 | USD | King City Forwarding | Qingdao Herson Supply | Baltimore | Qingdao, China |
| 1 | JLXU7025042 | ZIMUNYC9072345 | Yellow Soybeans | Beazley | The Andersons | | | | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |
| 1 | SEGU5203397 | | Yellow Soybeans | Beazley | The Andersons | | | | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |
| 1 | TCKU7153846 | | Yellow Soybeans | Beazley | The Andersons | | | | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |
| 1 | TCNU2757149 | | Yellow Soybeans | Beazley | The Andersons | | | | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |
| 1 | TCNU2760899 | | Yellow Soybeans | Beazley | The Andersons | | | | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |
| 1 | TCNU3690190 | | Yellow Soybeans | Beazley | The Andersons | | | | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |
| 1 | TEMU7785652 | | Yellow Soybeans | Beazley | The Andersons | 92,287.85 | | USD | The Andersons | Jiangsu Cereals Oils & F | Baltimore | Qingdao, China |