IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of<br>GRACE OCEAN PRIVATE LIMITED, as<br><br>Owner of the M/V DALI,<br><br>and<br><br>SYNGERY MARINE PTE LTD, as Manager<br>Of the M/V DALI ,<br>For Exoneration from or Limitation of<br>Liability | *<br><br>*   Case No.: JKB 24-cv-941<br><br>*   IN ADMIRALTY<br><br>*<br><br>*<br><br>* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**NOTICE TO ENTER OF APPEARANCE OF COUNSEL**

Please enter the appearance of James R. Hoffmann, Jr., and Jezic & Moyse LLC as counsel of record for the Claimants, John Condliffe and Lillian Hummel as Co-Personal Representatives of the Estate of Miguel Angel Luna, Sara Veraly Luna Rauda, and Rudy Osvaldo Luna Rauda, in the above-captioned case.

 /s/ James R. Hoffmann, Jr.
James R. Hoffmann, Jr., Bar No. 13482
JEZIC & MOYSE, LLC
2730 University Blvd. West, Suite 604
Wheaton, Maryland 20902
(240) 292-7200
(240) 292-7225 (Fax)
jhoffmann@jezicfirm.com

*Attorneys for Claimants, John Condliffe and Lillian Hummel as Co-Personal Representatives of the Estate of Miguel Angel Luna, Sara Veraly Luna Rauda and Rudy Osvaldo Luna Rauda*

1