IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | |
| **Plaintiff,** | | |
| | * | |
| **v.** | | Case No. 1:24-cv-941-JKB |
| | * | |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | | |
| | * | |
| **Defendant.** | * | |

## DISCLOSURE OF CORPORATE INTEREST

**Check all that apply:**

☐ I certify, as party/counsel in this case that _____
(name of party)
is not an affiliate or parent of any corporation, and no corporation, unincorporated association, partnership or other business entity, not a party to the case, has a financial interest in the outcome of this litigation as defined in Local Rule 103.3 (D. Md.).

■ The following corporate affiliations exist with **Consol Energy, Inc.**:
(name of party)

See Attachment A.
(names of affiliates)

■ The following corporations, unincorporated associations, partnerships or other business entities which are not parties may have a financial interest in the outcome of this litigation:

Will amend in order to provide other interested parties, specifically insurance corporations.
(names of entities with possible financial interests)

DisclosureCorpInterest (03/2015)

☐ In a case based on diversity jurisdiction, the following is a list of all members of

_____ and their states of citizenship:
(name of LLC party)

| _____ | _____ |
| :---: | :---: |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |
| _____ | _____ |
| (name of member) | (state of citizenship) |

Note: If there are additional LLC members, please provide their names and states of citizenship on a separate sheet of paper.

10.16.2024
Date

/s/ Mark J. Stiller
Signature

Mark J. Stiller (#27408)
Printed name and bar number

111 S. Calvert St. Ste 1400 Baltimore, Maryland 21202
Address

mjstiller@nilesbarton.com
Email address

(410) 783-6361
Telephone number

(410) 783-6363
Fax number