**ATTACHMENT A**
**Corporate Affiliations**

Consol Energy Inc.
Consol Met Coal Holding Company LLC
Itmann Mining Company LP
Consol Mining Holding Company LLC
Consol Innovations LLC
Consol Pennsylvania Mine Holding LLC
Consol RCPC LLC
Consol of Kentucky LLC
Consol Energy Canada Ltd.
AMVEST LLC
Consol of Canada LLC
Consol Energy Sales Company LLC
Wolfpen Knob Development Company LLC
CFOAM LLC
Rocklick Environment LLC
Consol Marine Terminals LLC
Island Creek Coal Company LLC
Windsor Coal Company LLC
R&PCC LLC
C-BATT Innovations LLC
Laurel Run Mining Company LLC
Helvetia Coal Company LLC
Leatherwood LLC
Consol Amonate Facility LLC
Consol Amonate Mining Company LLC
Consol Mining Company LLC
Southwest Virginia Mining Company LLC
Tecpart LLC
Vaughan Railroad Co LLC
Nicholas-Clay Land & Mineral LLC
Braxtoon-Clay Land & Mineral LLC
AMVEST Gas Resources LLC
Terry Eagle Limited Partnership
AMVEST West Virginia Coal LLC
FOLA Coal Company LLC (dba Powellton Coal Company)
Terry Eagle Coal Company LLC
Little Eagle Coal Company LLC
Transformer LP Holdings Inc.
PA Mining Complex GP LLC
PA Mining Complex LP
Consol Pennsylvania Coal Company LLC
Consol Coal Finance Corp.
Consol Operating LLC

MTB LLC
Consol Funding LLC
Consol Thermal Holdings LLC
Conrhein Coal Company