UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## MOTION FOR WITHDRAWAL AND CONTINUATION OF COUNSEL

Please withdraw the appearance of Jack R. Daley for Claimant MSC Mediterranean Shipping Company S.A. in the above-captioned matter. Thomas H. Barnard, and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC will remain as counsel of record for Claimant MSC Mediterranean Shipping Company S.A.

Dated: October 18, 2024    By:    */s/ Jack R. Daley*
　　　　　　　　　　　　　　　　 Jack R. Daley (Bar No. 29187)
　　　　　　　　　　　　　　　　 100 Light Street, 19th Floor
　　　　　　　　　　　　　　　　 Baltimore, MD 21202
　　　　　　　　　　　　　　　　 (410) 685-1120

　　　　　　　　　　　　　　　　 Edward P. Flood*
　　　　　　　　　　　　　　　　 Jon Werner*
　　　　　　　　　　　　　　　　 LYONS & FLOOD, PLLC
　　　　　　　　　　　　　　　　 The Towers
　　　　　　　　　　　　　　　　 111 Great Neck Road, Suite 206
　　　　　　　　　　　　　　　　 Great Neck, NY 11021
　　　　　　　　　　　　　　　　 (212) 594-2400
　　　　　　　　　　　　　　　　 eflood@lyons-flood.com
　　　　　　　　　　　　　　　　 jwerner@lyons-flood.com

　　　　　　　　　　　　　　　　 * *pro hac vice* motions to be filed

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of October 2024, a copy of the foregoing was filed and served, electronically, via this Court's CM/ECF e-filing system, on all counsel of record.

>     */s/ Jack R. Daley*
>     Jack R. Daley (Bar No. 29187)