UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 1:24-cv-00941-JKB<br><br>*IN ADMIRALTY* |

## **[PROPOSED] ORDER**

Upon consideration of Claimant's Motion for Withdrawal and Continuation of Counsel, it is this _____ day of _____, 2024,

ORDERED that Claimant's Motion is GRANTED.

_____
UNITED STATES DISTRICT JUDGE