UNITED STATES DISTRICT
COURT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### CLAIMANT PMI GLOBAL TECHNOLOGIES PVT LTD DISCLOSURE OF CORPORATE INTEREST

Undersigned counsel hereby certifies that Claimant PMI Global Technologies PVT LTD is a subsidiary of PMI Engineering Exports Private Limited, which is a subsidiary of Mahseer Bidco Pte. Ltd. and PMI Services Pte. Ltd., which are subsidiaries of Mahseer Holdings Pte. Ltd., which is a subsidiary of Mahseer Bidco, LLC, which is a subsidiary of Mahseer Holding, LLC. PMI Global Technologies PVT LTD also has two affiliate companies: Tinicum Capital which provides financial and operational support and Todi Holdings which also provides financial and operational support.

Dated: October 18, 2024                    Respectfully Submitted,

**MILBERG BRYSON COLEMAN
PHILLIPS GROSSMAN, PLLC**

Gregory F. Coleman*
800 South Gay Street, Suite 1100
Knoxville, Tennessee 37929
(T): 866-252-0878
gcoleman@milberg.com

1

Marc D. Grossman**
Victoria J. Maniatis*
James R. DeMay**
Melissa K. Sims*
100 Garden City Plaza, Suite 500
Garden City, NY 11530
T: (866) 252-0878
mgrossman@milberg.com
vmaniatis@milberg.com
jdemay@milberg.com
msims@milberg.com


*/s/ Roy L. Mason*
Roy L. Mason (00922)
Zachary E. Howerton (20688)
*Of Counsel*
Smouse and Mason, LLC
223 Duke of Gloucester Street
Annapolis, Maryland 21401
(T): 410-269-6620
(F): 410-269-1235
rlm@smouseandmason.com
zeh@smouseandmason.com

* *Admitted Pro Hac Vice*
** *Pro Hac Vice motions to be filed*


**LOCHNER LAW FIRM, P.C.**

*/s/ Todd D. Lochner*
Todd D. Lochner (25691)
Lochner Law Firm, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, Maryland 21403
(T): 410-716-4400
(F): 443-716-4405
tlochner@lochnerlawfirm.com

*Counsel for Claimant*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 18, 2024, I caused a true and correct copy of the foregoing to be served upon all parties via ECF:

                                          */s/ Roy L. Mason*
                                          Roy L. Mason (00922)