IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GRACE OCEAN PRIVATE LIMITED       *

**Plaintiff,**

                                *

**v.**      Case No. 1:24-cv-941-JKB

CONSOL ENERGY, INC., et al.       *

**Defendant.**       *

## MOTION FOR ADMISSION PRO HAC VICE

I, Mark J. Stiller, am a member in good standing of the bar of this Court. I am moving the admission of Morgan B. Smith to appear pro hac vice in this case as counsel for Claimant Consol Energy Inc.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| State of Illinois - 10/13/13 | Northern District of Illinois - 9/6/17 |
| | District of Colorado - 12/8/23 |
| | Eastern District of Michigan - 6/3/24 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court  zero  time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*[signature: Mark J. Stiller]*

Signature

Mark J. Stiller (27408)

Printed name and bar number

Niles, Barton & Wilmer LLP

Office name

111 S. Calvert Street

Address

(410) 783-6361

Telephone number

(410) 783-6300

Fax Number

mjstiller@nilesbarton.com

Email Address

PROPOSED ADMITTEE

*[signature: Morgan Smith]*

Signature

Morgan B. Smith

Printed name

Foran Glennon Palandech Ponzi & Rudloff PC

Office name

222 North LaSalle Street, Chicago, Illinois

Address

(312) 863-5000

Telephone number

(312) 863-5099

Fax Number

msmith@fgppr.com

Email Address