| PARTY REPRESENTATIVES ATTENTING OCTOBER 29, 2024, STATUS CONFERENCE | |
| --- | --- |
| **PARTY** | **REPRESENTATIVE(S)** |
| *Limitation Petitioners* | |
| Grace Ocean Private Limited | Thomas Belknap<br>Kierstan Carlson |
| Synergy Marine Pte Ltd | William Bennett<br>Robert Hopkins |
| *State of Maryland* | |
| State of Maryland | R. Keith Jarrett<br>David Reisman |
| *United States* | |
| United States | Thomas Brown<br>Jeanne Amy |
| *Local Government Claimants* | |
| Mayor and City Council of Baltimore | Adam Levitt<br>Jeff Goodman |
| Baltimore County | Emily Malarkey<br>Ryan Perlin |
| *Personal Injury Claimants* | |
| Damon Davis | William H. Murphy<br>Jason Foster |
| Julio Cervantes Suarez and Marisel Hernandez Salgado | Daniel Rose<br>Kevin Mahoney |
| *Wrongful Death Claimants* | |
| Estate of Carlos Daniel Hernandez Estrella | Daniel Rose<br>Taylor Sandella |
| Estate of Alejandro Hernandez Fuentes | Daniel Rose<br>Bruce Plaxen |
| Estate of Miguel Angel Luna | Emily Malarkey<br>Ryan Perlin |
| Estate of Maynor Suazo Sandoval | Craig Sico |
| Estate of Jose Mynor Lopez | Daniel Rose<br>Thomas O'Toole |

| Property Damage & Subrogation Claimants | |
| --- | --- |
| Ace American Insurance Company | Lawrence Walker |
| Brawner Builders and Zurich American Insurance Co | Anthony Kikdendall<br>CoraAnn Foley |
| Baltimore Gas and Electric Company | Mark J. Dimera |
| Economic Loss Claimants | |
| Underwood Energy, Inc. | Bryan Short<br>Sarah Elhindi |
| R.E. West, Inc.<br>E. Marine Motor Yacht Sales PTY LTD.<br>Captain C. Logistics LLC<br>International Trading Solutions, Inc<br>Penn Manufacturing Industries LLC<br>PMI ENG Exports Private TLD<br>PMI Global Technologies PVT LTD<br>B&R Construction Inc. | Roy Mason<br>Todd Lochner |
| Navision Shipping DK A/S | Ashley L. Ensor |
| Consol Energy Inc. | Mark Stiller<br>Lily MacKenty |
| Star Bulk (Singapore) PTE. LTD's | Ashley L. Ensor |
| American Sugar Refining, Inc. and Florida Sugar & Molasses Exchange, Inc. | David Loh<br>Terry Goddard |
| PMI ENG Exports Private TLD | Roy Mason<br>Todd Lochner |
| PMI Global Technologies PVT LTD | Roy Mason<br>Todd Lochner |
| Gerald Barney<br>Thomas Crawley<br>Ryan Hale<br>Tulani Hasan<br>Donny Jackson<br>Alonzo Key<br>Charles Peacock<br>Douglas Ramos | William H. Murphy<br>Ronald E. Richardson |
| American Publishing, LLC | Roy Mason<br>Todd Lochner |

| Markel Syndicate Management Limited | Daniel Cohen<br>Matthew Griffin |
|---|---|
| Cargo Claimants | |
| Zim Integrated Shipping Services, LTD | Kevin G. O'Donovan |
| MSC Mediterranean Shipping Company S.A. | Jon Werner |
| NAJ Logistics Express, Inc. and Nejoum Al Jazeera Used Cars LLC | Terry L. Goddard Jr. |
| ALTS USA, LLC and Atlantic Specialty Insurance Company | Brendan N. Hughes |
| Liberty Mutual Insurance Co | Terry L. Goddard Jr. |
| New York Marine and General Insurance Company and Certain Underwriters at Lloyd's of London, Axis Syndicate 1686 | Terry L. Goddard Jr. |
| W.E. Cox Claims Group (USA) LLC and W K Webster & Co. Ltd. | Terry L. Goddard Jr. |
| MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company Holding S.A. | Michael P. Naughton<br>Priscilla A. Donovan |