IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * | Civ. No. JKB-24-0941<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \*

## CASE MANAGEMENT ORDER NO. 2

The Court has reviewed the JOINT STATUS REPORT (ECF No. 406) submitted by the parties on October 22, 2024. The Court commends the parties on the high degree of cooperation and collaboration that the REPORT reflects. The Court looks forward to a productive status conference on October 29, 2024.

Upon the joint statement and agreement of the claimants in the REPORT, and invoking its authority (inherent and otherwise[1]) to adopt special procedures to manage a large and complex action, the Court now defines categories of claims, and designates lead counsel for claimants, as follows:

| | |
|---|---|
| United States of America | Thomas Brown (U.S. Department of Justice) |
| State of Maryland | David Reisman (Liskow & Lewis) |
| Personal Injury and Wrongful Death | Daniel Rose (Kreindler & Kreindler) |
| Property Damage | Robert Phelan (Cozen O'Connor) |
| Local Governments | Adam Levitt (DiCello Levitt) |
| Private Economic Loss | Todd Lochner (Lochner Law Firm) |
| Cargo | Terry Goddard (Skeen & Kauffman) |

---

[1] Rule 16(c)(2)(L), Fed. Rules Civ. Procedure

SO ORDERED.

DATED this 24 day of October, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge