IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of ) <br> ) <br> GRACE OCEAN PRIVATE LIMITED, ) <br> as Owner of the M/V DALI, ) <br> ) <br> and ) <br> ) <br> SYNERGY MARINE PTE LTD, ) <br> as Manager of the M/V DALI, ) <br> ) <br> for Exoneration from or Limitation of Liability. ) <br> ) | Civil Action No. 1:24-cv-00941 <br><br> *IN ADMIRALTY* |

### JOINT NOTICE OF SETTLEMENT

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd ("Petitioners") and Claimant United States of America, by their respective undersigned counsel, hereby notify the Court that they have reached a settlement in this case. Petitioners and the United States of America, therefore, respectfully request that the Court dismiss the United States of America's Claim against Petitioners (ECF No. 82) in accordance with the attached proposed Local Rule 111 Settlement Order and enter the attached proposed Local Rule 111 Settlement Order.

Dated: October 24, 2024.


*(Signature Pages Follow)*

Respectfully submitted,

FOR CLAIMANT UNITED STATES OF AMERICA

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

RODNEY PATTON
Director

MICHAEL A. DiLAURO
Assistant Director (Admiralty)

*/s/ Michelle T. Delemarre*
MICHELLE T. DELEMARRE
Senior Admiralty Counsel

*/s/ Thomas M. Brown*
THOMAS M. BROWN (Bar No. 30334)
Trial Attorney
JESSICA G. SULLIVAN
Senior Trial Counsel
JEANNE L. AMY
GUYER S. BOGEN
LAINE M. GOODHUE
Trial Attorneys
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 14271
Washington, DC 20044-4271
Tel: (202) 616-4036
Fax: (202) 616-4314
E-mail: thomas.m.brown@usdoj.gov
United States Department of Justice
Civil Division

EREK L. BARRON
United States Attorney

KELLY M. MARZULLO (Bar No. 28036)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
Tel: (410) 209-4956
Fax: (410) 762-5842
E-mail: kelly.marzullo@usdoj.gov

FOR PETITIONERS

   */s/ Robert B. Hopkins*
DUANE MORRIS LLP
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
100 International Drive, Suite 700
Baltimore, MD 21202
(410) 949-2900

BLANK ROME LLP
William R. Bennett III (*pro hac vice*)
William.Bennett@blankrome.com
Thomas H. Belknap, Jr. (*pro hac vice*)
Thomas.Belknap@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000

Kierstan L. Carlson (*pro hac vice*)
Kierstan.Carlson@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Counsel for Petitioners*