IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD,<br>as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Action No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

### [PROPOSED] SETTLEMENT ORDER
### (LOCAL RULE 111)

The Court has been advised by Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd ("Petitioners") and Claimant United States of America that Claimant United States of America's Claim against Petitioners (ECF No. 82) has been settled. Accordingly, pursuant to Local Rule 111, it is ORDERED that:

The United States of America's Claim against Petitioners is hereby dismissed, with each party to bear its respective costs with respect to the United States of America's Claim. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reinstate the United States of America's Claim against Petitioners if for any reason settlement is not consummated. Should no party move to reinstate the United States' Claim against Petitioners within 60 days of the date of this Order, the dismissal shall be with prejudice.

Dated: Oct. 24, 2024

James K. Bredar
United States District Judge