IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI | * |
| **Plaintiff,** | |
| | * |
| **v.** | Case No. 1:24-cv-00941-JKB |
| | * |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI | |
| **Defendant.** | * |

### MOTION FOR ADMISSION PRO HAC VICE

I, __Nicholas Katz__, am a member in good standing of the bar of this Court. I am moving the admission of __Thomas Scott-Railton__ to appear pro hac vice in this case as counsel for __John Condliffe, Lillian Hummel, Maria del Carmen Castellon Quintana, Eban Perez, Jesus Castillo, Wilder Castillo Cabrera, Nora Hilda de Jesus Lopez Orellana de Guerra, and Mackon Mahomed Guerra Lopez__.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York State Bar (7/7/2020) | U.S. Court of Appeals for the Second Circuit (1//4/2024) |
| | U.S. Court of Appeals for the Fourth Circuit (1/25/2024) |
| | U.S. Court of Appeals for the Sixth Circuit (1/4/2024) |
| | U.S. Court of Appeals for the Seventh Circuit (12/8/2024) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __0__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | ____/s/____ (Signed by Nicholas Katz with permission of Thomas Scott-Railton) |
| Signature | Signature |
| Nicholas Katz, 21920 | Thomas Scott-Railton |
| Printed name and bar number | Printed name |
| CASA, Inc. | Gupta Wessler LLP |
| Office name | Office name |
| 8151 15th Avenue, Hyattsville, MD 20783 | 2001 K Street NW, Suite 850 North, Washington, DC 20006 |
| Address | Address |
| (240) 491-5743 | (202) 888-1741 |
| Telephone number | Telephone number |
| (301) 408-4123 | NA |
| Fax Number | Fax Number |
| nkatz@wearecasa.org | thomas@guptawessler.com |
| Email Address | Email Address |