IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI

**Plaintiff,**

v.

SYNGERY MARINE PTE LTD, as Manager of the M/V DALI

**Defendant.**

Case No. 1:24-CV-00941-JKB

## MOTION FOR ADMISSION PRO HAC VICE

I, Nicholas Katz, am a member in good standing of the bar of this Court. I am moving the admission of Michael N. White to appear pro hac vice in this case as counsel for See Attachment A.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Alaska, 10/1979 | US COA 9th Cir, 1989 |
| Washington, 10/1988 | USDC Western WA, 03/1999 |
|  | USDC Alaska, 06/1987 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court zero (0) time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____,
is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| /s/ | ____/s/____ (Signed by Nicholas Katz with permission of Michael N. White) |
| Signature | Signature |
| Nicholas Katz, 21920 | Michael N. White |
| Printed name and bar number | Printed name |
| CASA, Inc. | FRIEDMAN RUBIN PLLP |
| Office name | Office name |
| 8151 15th Avenue, Hyattsville, MD 20783 | 1109 1st Avenue, Suite 501, Seattle, WA 98101 |
| Address | Address |
| (240) 491-5743 | (206) 501-4446 |
| Telephone number | Telephone number |
| (301) 408-4123 | (206) 623-0794 |
| Fax Number | Fax Number |
| nkatz@wearecasa.org | mwhite@friedmanrubin.com |
| Email Address | Email Address |

**ATTACHMENT A**

Nora Hilda de Jesus Lopez Orellana de Guerra and Mackon Mahomed Guerra Lopez;

Estate of Dorlian Ronial Castillo Cabrera and Personal Representative Lillian Hummel, Eban Perez, Jesus Castillo, and Wilder Castillo Cabrera;

Estate of Miguel Angel Luna and Personal Representatives John J. Condliffe and Lillian Hummel, and Maria del Carmen Castellon Quintana