IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | Civ. No. JKB-24-0941<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

At the Status and Scheduling Conference scheduled for Tuesday, October 29, 2024, at 10:00 a.m., the Court plans to address and expects the parties to be prepared to discuss certain key topics: (1) the scope of each phase of litigation, and the Court's view that Phase 1 should have a narrow focus; (2) the timing and scope of discovery; (3) the appropriate time for Petitioners to file, and for the Court to address, any responsive pleadings and motions to dismiss; (4) the appropriateness of additional pre-discovery motions practice; and (5) general case scheduling and other miscellaneous items.

Prior to addressing these topics, the Court will allow one counsel for each Petitioner and lead counsel for Claimants (as identified in Case Management Order No. 2), each to make an opening statement—no more than five minutes per lawyer.

SO ORDERED.

DATED this 25 day of October, 2024.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge