

DICELLO LEVITT

TEN NORTH DEARBORN STREET    SIXTH FLOOR    CHICAGO, ILLINOIS 60602

ADAM J. LEVITT
ALEVITT@DICELLOLEVITT.COM
312.214.7900

October 28, 2024

**BY .ECF**

The Honorable James K. Bredar
United States District Judge
District of Maryland
101 West Lombard Street, Chambers 5A
Baltimore, Maryland  21201

      Re:   *IMO Grace Ocean Private Ltd., et al.*
               **Case No. 24-00941-JKB (D. Md.)**

Dear Judge Bredar,

      Jeffrey P. Goodman and I were identified as the Party Representatives attending the October 29, 2024, Status Conference before Your Honor on behalf of Claimant, the Mayor and City Council of Baltimore ("City of Baltimore") (ECF No. 406-3).

      I respectfully write to the Court to advise that a family medical emergency requires that Mr. Goodman be at the Children's Hospital of Philadelphia tomorrow, preventing him from attending the Status Conference. Please allow this letter to confirm that Mr. Goodman's partner, E. Douglas DiSandro, Jr., who is also counsel of record in this matter on behalf of the City of Baltimore, will attend the Conference in Mr. Goodman's place as the second representative for the City.

      Your Honor's attention dedicated to this matter is most appreciated.

                                      Respectfully submitted,

                                      Adam J. Levitt

cc:      All counsel of record (by ECF)