# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Civil Case No. 1:24-cv-00941-JKB<br><br>IN ADMIRALTY |

## ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearance of Luke M. Reid of the law firm of Blank Rome LLP as additional counsel in this case for Petitioners, Grace Ocean Private Limited, as Owner of the M/V Dali, and Synergy Marine PTE Ltd., as Manager of the M/V Dali.

Dated: October 29, 2024                          **BLANK ROME LLP**

/s *Luke M. Reid*
Luke M. Reid, Esquire
(Federal Bar No. 31228)
125 High Street, 3rd Floor
Boston, MA  02110
(T) 617-415-1129
(F) 617-415-1201
luke.reid@blankrome.com

150561054

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this October 29, 2024, a copy of the foregoing Entry of Appearance of Counsel was filed and served via the Court's CM/ECF electronic filing system, on all counsel of record.

                                *s/Luke M. Reid*
                                Luke M. Reid
                                (Federal Bar No. 31228)
                                BLANK ROME LLP
                                125 High Street, 3rd Floor
                                Boston, MA  02110
                                (T): 617-415-1129
                                luke.reid@blankrome.com

150561054