UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V DALI,<br><br>And<br><br>**SYNERGY MARINE PTE LTD,** as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter the appearance of Melissa E. Byroade as counsel in this case for the State of Maryland, on its own behalf and on behalf of all its agencies; the Maryland Transportation Authority; the Maryland Port Administration, and the Maryland Department of the Environment.

I certify that I am admitted to practice in this Court.

November 1, 2024

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW

        Washington, DC 20007
        mbyroade@kelleydrye.com
        (202) 342-8400

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 1st day of November, 2024, a copy of this Notice of Appearance was electronically filed using the court's CM/ECF system on all counsel of record.

        */s/Melissa E. Byroade*
        Melissa E. Byroade