# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| IN THE MATTER OF THE PETITION * | |
| Of * | |
| GRACE OCEAN PRIVATE LIMITED, * | Civil Action No. 1:24-cv-00941-JKB |
| As Owner of the M/V DALI, | |
| * | |
| and | |
| * | IN ADMIRALTY |
| SYNERGY MARINE PTE LTD, | |
| As Manager of the M/V DALI, * | |
| For Exoneration from or Limitation of * | |
| Liability | |
| * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

**LOCAL RULE 101(2)(b) CERTIFICATE**

I, Aaron J. Turner, am over the age of eighteen and am competent to testify in these proceedings as follows:

1. On or about September 24, 2024, Levin Gann PA and I (collectively, "Levin Gann") entered our appearance on behalf of Claimant, Wisconsin Spice, Inc., in the above-captioned matter.

2. Levin Gann discovered a conflict of interest shortly after entering its appearance.

3. On September 26, 2024, Levin Gann advised Claimant's *pro hac vice* counsel, Shanshan Liang, Esquire, of the conflict and referred Claimant to substitute local counsel.

4. Claimant's and Ms. Liang's last known addresses are as follows:

Wisconsin Spice, Inc.  
478 S. Industrial Park Road  
Berlin, WI 54923

Shanshan Liang, Esquire  
Liang Mooney, PLLC  
2104 Delta Way, Unit 1  
Tallahassee, FL 32303

5. On October 28, 2024, more than a month after Claimant was advised of the conflict of interest, Levin Gann submitted a written notice to Claimant's *pro hac vice* counsel, Shanshan Liang, Esquire, as well as Claimant's counsel in Wisconsin, Anthony Resimius, Esquire. ).  Levin Gann advised Claimant that it should have another attorney enter his or her appearance or inform the Clerk of the Court that it does not intend to engage local counsel.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information, and belief.

_____
Aaron J. Turner