IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| **IN THE MATTER OF THE PETITION** * | |
| **Of** * | |
| **GRACE OCEAN PRIVATE LIMITED,** * | Civil Action No. 1:24-cv-00941-JKB |
| As Owner of the M/V DALI, | |
| * | |
| and | |
| * | **IN ADMIRALTY** |
| **SYNERGY MARINE PTE LTD,** | |
| As Manager of the M/V DALI, * | |
| | |
| **For Exoneration from or Limitation of** * | |
| **Liability** | |
| * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**ORDER**

Upon consideration of the Motion to Withdraw Appearance (the "Motion"), filed by Aaron J. Turner, Esquire and Levin Gann PA, it is _____ day of _____, 2024,

**ORDERED** that:

1. The Motion is hereby **GRANTED**; and

2. The appearance of Aaron J. Turner, Esquire and Levin Gann PA is hereby **STRICKEN.**

_____
James K. Bredar
United States District Judge