

November 8, 2024

**Daniel J. Luccaro**
Direct Phone   215-665-6968
Direct Fax       215-701-2368
dluccaro@cozen.com

**VIA ECF**

The Honorable James K. Bredar
United States District Court For the District of Maryland
101 West Lombard Street
Baltimore, MD 12201

**Re:    In the Matter of the Petition of Grace Ocean Private Limited, et al
          for Exoneration from or Limitation of Liability
          Case No.: 1:24-cv-00941-JKB**

Dear Judge Bredar:

Cozen O'Connor represents Claimant Ace American Insurance Company in this matter. The parties to this action have conferred and agreed to the terms of a Protective Order to be issued by the Court. I am writing jointly on behalf of all parties to the submit the attached Joint Proposed Protective Order for the Court's consideration.

Thank you for your consideration of the Joint Proposed Protective Order.

Respectfully Submitted,

COZEN O'CONNOR

BY:    DANIEL J. LUCCARO

Cc:  All counsel (via ECF)