**EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| \* | |
| **In the Matter of the Petition of GRACE** \* | **Civ. No. JKB-24-0941** |
| **OCEAN PRIVATE LIMITED,** *et al.,* **for** \* | |
| **Exoneration from or Limitation of** | ***IN ADMIRALTY*** |
| **Liability** \* | |
| \* | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

### CERTIFICATION

1. My name is_____.

2. I have read Case Management Order No. 4, which is the Protective Order that has been entered

in this case, and a copy of it has been given to me.  I understand the provisions of the Protective

Order, and agree to comply with and be bound by its provisions.  I also consent to the jurisdiction

of this Court for purposes of enforcement of the Protective Order.

3. I declare under penalty of perjury that the foregoing is true and correct.


Executed this _____ day of _____

by _____
(Print Name)


Signed_____