Schedule A-1                                                                                                                                      W. E. Cox

| Category | Container No. | House B/L No. | Master B/L No. | Cargo | Invoice Value (May Change) | USD equivalent (CIF) (May Change) | Underwriter or Agent | Insured | Shipper | Consignee | Load Port | Disport |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | MEDU7136795 | | MEDUVD269936 | Synthetic Resin | $226,245.60 | $226,245.60 | STARR USA | Celanese Corp | Ticona Polymers | Celanese (Nanjing) Chemical Co., Ltd | New York, USA | Shanghai, China |
| 2 | MSDU7637876 | | | Synthetic Resin | $9,135.82 | $9,135.82 | | | | | | |
| 2 | MRKU8411589 | INTE271404D | | cake mix | $29,047.11 | $29,047.11 | QIC Qatar | MasterBaker | Dawn Food Products, Inc | Masterbaker Marketing FZCO | Newark, USA | Jebel Ali, UAE |
| 2 | MRKU6541270 | | | cake mix | $54,510.61 | $54,510.61 | | | | | | |
| 2 | SUDU7835973 | INTE271317D | | baking mix | $28,131.85 | $28,131.85 | | | Dawn Food Products, Inc | Masterbaker Marketing FZCO | Newark, USA | Jebel Ali, UAE |
| 2 | MRKU9645154 | | | baking mix | $32,083.93 | $32,083.93 | | | | | | |
| 2 | CAAU2200882 | INTE271272D | MAEU 235584225 | cake mix | $42,685.09 | $42,685.09 | | | Seamates International Inc | Master Baker Tading Co | Newark, USA | Bahrain |
| 2 | MEDU2546117 | | MEDUVD631424 | Electrolytic Tinplate Sheets | $21,550.88 | $21,550.88 | GA Insurance, Kenya | Zebaki Industries Limited | Reynolds Services Inc. | Zebakt Industries LTD | Baltimore, USA | Mombasa, Kenya |
| 2 | MSKU4204707 | | MAEU 237062299 | Compressor Scrap | USD78,790.14 | $78,790.15 | QIC Dubai | ALA International FZE | ALA International FZE | Brothers Metal Works PVT LTD | Baltimore, USA | Port Qasim, Pakistan |
| 2 | TLLU2391683 | | | | | | | | | | | |
| 2 | MRKU6706908 | | | | | | | | | | | |
| 2 | MSKU5513676 | | | | | | | | | | | |
| 2 | MRKU7041330 | | MAEU 237337813 | Iron & Steel Scrap | USD27,549.03 | $27,549.04 | | | ALA International FZE | Brothers Metal Works PVT LTD | Baltimore, USA | Port Qasim, Pakistan |
| 2 | MRSU3316597 | | MAEU 236820368 | Aluminium Scrap | USD34,712.70 | $34,712.71 | | | ALA International FZE | Virgo aluminum Limited | Baltimore, USA | Mundra Port, India |
| 2 | SUDU6584934 | | MAEU SII281619 | Aluminium Scrap | USD33,100.70 | $33,100.71 | | | ALA International FZE | To Order | Newark, USA | Mundra Port, India |
| 2 | MRKU6542276 | | MAEU 237247207 | Iron & Steel Scrap | USD27,003.57 | $27,003.58 | | | ALA International FZE | Brothers Metal Works PVT LTD | Newark, USA | Port Qasim, Pakistan |
| 2 | TCKU3234575 | 9000195363 | MEDUVD595785 | goods | USD178,386.56 | $178,386.57 | STARR USA | Drew International | | | Baltimore, USA | Singapore |
| 2 | HASU4668083 | HICH24030039 | | Imuthane PST-80A | USD39,191.04 | $39,191.05 | AXA XL Italy | COIM Asia Pacific Pte Ltd | COIM Asia Pacific Pte Ltd | Swagath Urethane PVT Ltd | | Chennai, India |
| 2 | ZCSU7697094 | MSP/CLM/D02185 | | Photographic Supplies | USD34,647.93 | $34,647.94 | various c/o AMWINS | SAATI Americas Corporation | SAATI Advanced Chemicals LLC | E Screen Syste, PVT Ltd | New York, USA | Colombo, Sri Lanka |
| 2 | MNBU3187373 | | MAEU720013610 | PFAD 335D | USD148,188.60 | $148,188.61 | STARR USA | The Chemours Company | The Chemours Company FC, LLC | The Chemours (Changshu) Fluoro Technology Company Limited | Baltimore, USA | Shanghai, China |
| 2 | MNBU9112258 | | MAEU720026452 | TVG-412 Polymer Resin | USD112,883.40 | $112,883.41 | | | | | | |
| 2 | MNBU4358059 | | MAEU720042382 | FP601 | USD158,000.72 | $158,000.73 | | | | The Chemours Chemical (Shanghai) Co Ltd | | |
| 2 | MSKU9863100 | | MAEU236115318 | Fire Fighting Equipment | $752,117.19 | $752,117.19 | Watinaya | Reda Trading & Development Co | Seamates International Inc | Reda Trading & Development Co | Newark, USA | Dammam, Saudi Arabia |
| 2 | HASU4210526 | | | Fire Fighting Equipment | | | | | | | | |
| 2 | SUDU6645583 | | MAEU236302565 | Steel Cylinders | | | | | | | | |
| 2 | DRYU2918873 | N1899744MBA | | Hose Reels Capacity 3/8 | USD11,604 | $11,605.00 | Jubilee Allianz Kenya | Engineering Development Ltd | Hannay Reels | Engineering Development Limited | New York, USA | Mombasa, Kenya |
| 2 | MSNU7301900 | | MEDUVD626614 | Lumber | $31,453.20 | $31,453.20 | Munich Re | Gutchess Lumber Co., Inc. | Carolina Ocean Linese | to the order of Kkookmin Bank | Baltimore, MD USA | South Korea |
| 2 | TCNU5271891 | | ZIMUNYC9073067 | Lumber | $23,339.60 | $23,339.60 | | | Carolina Ocean Linese | Qingdao Zhong Mei Lin | Baltimore, MD USA | Qingdao China |
| 2 | FSCU8175010 | | | Motorcycles | JPY19,800,516 | $135,525.02 | Starr USA | Harley Davidson | Harley Davidson Motor Company | Harley Davison Japan K.K. | Baltimore, MD | Yokohama, Japan |
| 2 | JXLU6194541 | MSPA35486 | ZIMUNYC9072821 | Motorcycles | JPY20,068,864 | $137,361.73 | | | | | | |
| 2 | TCKU6758529 | | | Motorcycles | JPY19,570,461 | $133,980.36 | | | | | | |
| 2 | JXLU6192929 | 6140053211 | ZIMUNYC9072447 | Mortorcycles & parts | US$321,264 | $321,264.00 | | | Harley Davidson Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| 2 | DRYU9116571 | 6140053210 | ZIMUNYC9072447 | Mortorcycles & parts | US$308,716.00 | $308,716.00 | | | Harley Davidson Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| 2 | GCXU5343509 | 6140053144 | | Mortorcycles & parts | US$293,173.00 | $293,173.00 | | | Harley Davdison Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| 2 | MAGU5446129 | 6140053075 | ZIMUNYC9071806 | Motorcycles | US$156,081.12 | $156,081.12 | | | Harley Davidson Motor Company | Harley Davidson Asia Pacific PTE | Baltimore, MD | Singapore |
| 2 | MRKU3918776 | 6140053042 | 236364320 | Motorcycles & Parts | US$ 121,332.80 | $121,332.80 | | | Harley Davidson Motor Company | Classic Motors DBA | Baltimore, MD | Shuwaikh |
| 2 | MSKU9094990 | 6140053208 | 237059319 | Motorcycles | US$238,128.85 | $238,128.85 | | | Harley Davidson Motor Company | Mohammad Ali Al Mutlaq Sons Co. | Baltimore, MD | Dammam |
| 2 | MRSU6089579 | 6140053209 | | Motorcycles | US$ 291,076.99 | $291,076.99 | | | Harley Davidson Motor Company | Mohammad Ali Al Mutlaq Sons Co. | Baltimore, MD | Dammam |
| 2 | BMOU4425535 | 6140053212 | ZIMUNYC9072447 | Motorcycles & Parts | US$324,729.00 | $324,729.00 | | | Harley Davidson Motor Company | Harley Davidson Korea | Baltimore, MD | Busan |
| 2 | MSKU9094990 (2) | 6140052883 | 237059319 (2) | Motorcycles | US$65,920.81 | $65,920.81 | | | Harley Davidson Motor Company | Mohammad Ali Al Mutlaq Sons Co. | Baltimore, MD | Dammam |
| 2 | MRKU0132741 | | | Scrap Metal | $114,000 | $114,000 | RB Jones Marine / Atain Ins. Co. | Gravita India Ltd. | North American Energy LLC | Gravita India Ltd. | Baltimore,MD | Mundra Guarat, India |
| 2 | MSKU6768368 | | | | | | | | | | | |
| 2 | MRKU0801451 | | | | | | | | | | | |
| 2 | MRKU0291039 | | | | | | | | | | | |
| 2 | MRKU0400567 | | | | | | | | | | | |
| 2 | MRKU2489867 | | | | $94,000 (or a part thereof) | $94,000 (or a part thereof) | | | | | | |
| 2 | HASU4495310 | | | | | | | | | | | |
| 2 | TGHU6801724 | | | | | | | | | | | |