Schedule A-2                                                                                                                                            W K Webster

| Category | Container No. | B/L | Cargo | CIF Cargo Value (May Change) | Principal (including Insurers and their Agents) | Insured | voyagefrom | voyageto |
|---|---|---|---|---|---|---|---|---|
| 2 | BEAU5190981, GAOU6858277, HASU4516943, HASU4578082, HASU4747963, HASU4988580, MRKU2393467, MRKU2930890, MRKU3142002, MRKU5582295, MRKU5864262, MRKU6397584, MSKU1540539, MSKU1619459, MSKU8864397, PONU7843208, SEKU4440022, SUDU5958705, SUDU6909114, TCNU352 | MAEU237189868 | Soymeal | $ 293,420.79 | NATIONAL INSURANCE,KATHMANDU | VALLE | Norfolk | Visakhapatnam |
| 2 |  | TBA 1 | SL 200 coating | $ 24,000.00 | FAIRFIRST INSURANCE,COLOMBO | Western Paper Ind DOW |  |  |
| 2 | MAEU3520209 | SC000334730 | Horizontal Ribbon Mixer | $ 564,791.37 | FM GLOBAL | COPERION IDEAL PRIVATE LIMITED | Baltimore | Nhava Sheva |
| 2 | MRKU2951980, MRKU4785847, MRKU5205389, TCKU7204795, TGHU8982909 | MAEU236167815 | USA Cotton Seed | $ 47,407.98 | KYOEI F&M,TOKYO | Zen Trading | Norfolk | Yokohama |
| 2 | MSMU6973595 | 464570495BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Louisville |
| 2 | MSCU7923520 | 464570863BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | TGBU6859956 | 464571114BOS | Parts of Furniture | $ 21,019.44 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | TGHU9878822 | 464571123BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | FFAU1949360 | 464571357BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | TRHU8532143 | 464571364BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | MSMU8176055 | 464571370BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | MSMU5737445 | 467033206BOS | Parts of Furniture | $ 21,937.50 | Starr Adjustment Services, Inc. | Amazon | Norfolk | Tokyo |
| 2 | JXLU7427972 | 320640312432 | Medical Supplies | $ 430,243.10 | FM GLOBAL | Becton Dickinson | Baltimore | Singapore |
| 2 | MSDU6238315, MSMU4957213, TLLU5059179 | MEDUVD584433 | Bleached Paper Board | $ 72,936.78 | FM GLOBAL | WestRock | Norfolk | Yantian |
| 2 | TLLU5153251 | MEDUVD658591 | Aerial Work Platform | $ 68,100.00 | AGCS MARINE,NEW YORK | Oskosh | Baltimore | Keelung |
| 2 | MRKU0420943 | 236516366 | Dangerous Goods Shipment | $ 54,876.78 | AGCS MARINE,NEW YORK | Deere & Co | Newark | Dammam |
| 2 | ZCSU8971492 | 00795773 | Fabric | $ 10,640.47 | AGCS MARINE,NEW YORK | Glen Raven | New York | Male |
| 2 | ZCSU8971492 | 00793194 | Fabric | $ 13,501.75 | AGCS MARINE,NEW YORK | Glen Raven | New York | Male |
| 2 | ZCSU8971492 | 00792958 | Fabric | $ 4,954.99 | AGCS MARINE,NEW YORK | Glen Raven | New York | Male |
| 2 | MRKU6279771, MRSU3170774, MRSU4884307, MRSU5685336 | MAEU234290420 | Waste Paper | $ 37,235.66 | CNA,HOUSTON | WM Recycle America | New York | Mundra |
| 2 | CAAU5391782, MRKU6224336, MSKU1529381, TCKU7080781, TLLU5882470 | MAEU235159716 | Waste Paper | $ 46,500.98 | CNA,HOUSTON | WM Recycle America | Newark | Mundra |
| 2 | JXLU7428217, TCNU2523984 | ZIMUNYC9073390 | Cherry KD Lumber | $ 40,971.57 | RLI INSURANCE,NEW YORK | Wood Products | Baltimore | Shanghai |
| 2 | MRSU3598103, MSKU8715691 | MAEU229410765 | Waste Paper | $ 13,072.68 | CNA,HOUSTON | WM Recycle America | Newark | Mundra |
| 2 | MRSU4437802 | MAEU237336829 | Recycling Materials for Copper | $ 197,102.79 | RLI INSURANCE,NEW YORK | Frontier Metals | Newark | Ningbo |
| 2 | MRKU5165671, PONU7916270, TLLU4209886 | MAEU229507138 | Waste Paper | $ 19,621.53 | CNA,HOUSTON | WM Recycle America | Newark | Mundra |
| 2 | TCKU6610784 | MAEU237057595 | Recycling Materials for Brass | $ 161,303.60 | RLI INSURANCE,NEW YORK | Frontier Metals | Newark | Ningbo |
| 2 | MRKU4154203 | MAEU237336815 | Recycling Materials for Copper | $ 186,486.00 | RLI INSURANCE,NEW YORK | Frontier Metals | New York | Newark |
| 2 | MSKU7890909 | MAEU237287837 | Recycling Materials for Copper | $ 221,788.59 | RLI INSURANCE,NEW YORK | Frontier Metals | Newark | Ningbo |
| 2 | CAAU6044303, MRSU4716330, TCLU9747021, TLLU7506640 | MAEU234292605 | Waste Paper Corrugated Containers | $ 20,909.93 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Nhava Sheva |
| 2 | MRKU2880573 | MAEU237336799 | Recycling Materials for Copper | $ 205,720.79 | RLI INSURANCE,NEW YORK | Frontier Metals | Newark | Ningbo |
| 2 | MRKU2171156 | MAEU237336840 | Recycling Materials for Brass | $ 137,949.70 | RLI INSURANCE,NEW YORK | Frontier Metals | Newark | Ningbo |
| 2 | MRKU3523800, MRKU4753412, MRKU5332969, MRSU4644796, TCKU6007106 | MAEU235482726 | Waste Paper Double Sorted Corrugated | $ 30,241.25 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Mundra |
| 2 | MRKU4177050, MSKU9366212, TCNU9860800 | MAEU230003305 | Waste Paper Double Sorted Corrugated | $ 17,487.84 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Nhava Sheva |
| 2 | SUDU1764548 | MAEU237288324 | Electric Motor Scrap | $ 22,497.46 | Century Insurance Co Ltd | Sealink | Newark | Port Qasim |
| 2 | MEDU4607084, MSDU6704054, MSMU5851118, MSNU7192728, TCNU6724550, TGCU5243569, TGHU6098946, TRHU6884295 | MEDUVD630350 | Coated Woodfree SBS Joblots | $ 93,105.10 | CNA,HOUSTON | WM Recycle America, L.L.C. | Norfolk | Yantian |
| 2 | BEAU6346723, FSCU6988392, MRKU5432778, MSKU8849155, TCLU6262731 | MAEU234290643 | Unprinted Bleached Board | $ 45,414.17 | CNA,HOUSTON | WM Recycle America, L.L.C. | Newark | Mundra |
| 2 | CRSU9365243, GESU6244518, MRKU3007430, MSKU0518042, MSKU0934332, MSKU1131232, MSKU1853322, MSKU8647724, MSKU9799418, TCNU6080760 | MAEU236244894 | Waste Paper | $ 52,904.95 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Port Klang |
| 2 | MIEU3072271, MRKU3924892, MRKU5299813, MSKU0562071, TCKU6766859 | MAEU228396542 | Waste Paper - Double Sorted Corrugated | $ 29,275.25 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Mundra |
| 2 | HASU4516619, MRKU3918755, MRKU4458090, MRKU4539530, SUDU6840532 | MAEU232633575 | Mix Waste Paper | $ 17,164.98 | CNA,HOUSTON | WM Recycle America, L.L.C. | Newark | Hazira |

Schedule A-2                                                                                                  W K Webster

| | Containers | Ref | Description | Amount | Insurer | Consignee | Port | Destination |
|---|---|---|---|---|---|---|---|---|
| 2 | CAIU8683374, MRKU6145601, MRSU6397669, TCKU7438704, TLLU5888040 | MAEU234103774 | Waste Paper Corrugated Containers | $ 24,809.93 | CNA,HOUSTON | WM Recycle America, L.L.C. | Newark | Hazira |
| 2 | MRKU3473145, MRKU5036519, MRSU3493078, MSKU1240716, MSKU9725396 | MAEU235483365 | Waste Paper Double Sorted Corrugated | $ 29,338.75 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Hazira |
| 2 | CAAU5309440, MRKU3937924, MRKU4260951, MRSU5771769 | MAEU235483236 | Waste Paper Old Corrugated Containers | $ 19,084.68 | CNA,HOUSTON | WM Recycle America, L.L.C. | Newark | Hazira |
| 2 | CAAU6505010, MRSU6075277, TEMU6789102 | MAEU234291605 | Waste Paper - Old Corrugated Containers | $ 16,421.68 | CNA,HOUSTON | WM Recycle America | Newark | Mundra |
| 2 | MRKU3641594, SUDU5600630, TCNU6195190 | MAEU230003167 | Waste Paper - Mixed Kraft Cuttings | $ 12,410.13 | CNA,HOUSTON | WM Recycle America | Newark | Mundra |
| 2 | MRKU2618141, MRKU3456282, MRKU4013587, MRKU5200448, MSKU1890202 | MAEU234096819 | Waste Paper Double Sorted Corrugated | $ 29,198.00 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Hazira |
| 2 | MRKU3825457, MVIU0023505 | MAEU237245947 | Waste paper - Double sorted Corrugated | $ 11,661.64 | CNA,HOUSTON | WM Recycle America | Newark | Mundra |
| 2 | MRKU3392402, MRKU5230756, MRSU4318824, SUDU8582360, TCNU5660430 | MAEU235480571 | Waste paper | $ 16,580.73 | CNA,HOUSTON | WM Recycle America, L.L.C. | Norfolk | Hazira |
| 2 | MRKU2946583, MRKU3549889, MRSU4034031, MRSU5231605, TCLU8817844 | MAEU232536709 | Waste Paper Double Sorted Corrugated | $ 29,586.96 | CNA,HOUSTON | WM Recycle America, L.L.C. | Baltimore | Mundra |
| 2 | ZCSU8971492 | OH-20060368 | Viscose Kevlar | $ 78,581.03 | AMANA TAKAFUL,COLOMBO | Ansell | New York | Colombo |
| 2 | MIEU0026800, PONU7971940 | MAEU236391483 | Waste Paper Carrier Stock | $ 11,559.66 | CNA,HOUSTON | WM Recycle America, L.L.C. | Newark | Nhava Sheva |
| 2 | ZMOU8854819 | 55724-03022 | 1000L Enzymes Protease RW Yield FG Conc | $ 123,514.75 | CNA HARDY,COPENHAGEN | Novonesis / Novozymes | Norfolk | Nhava Sheva |
| 2 | ZMOU8951758 | 55724-02046 | 1000L Enzymes AMG NP Conc L FG T | $ 83,742.00 | CNA HARDY,COPENHAGEN | Novonesis / Novozymes | Norfolk | Nhava Sheva |
| 2 | ZCSU8971492 | 465058097CLE | Welding Machine Parts | $ 23,249.77 | CNA MARINE,TUCSON | Guild International | New York | Port Calcutta |
| 2 | CAAU2232051 | MAEU237385541 | Aluminum Alloy | $ 33,587.62 | CONTINENTAL (CNA),TORONTO | Greenland America | Baltimore | Port Klang |
| 2 | HASU5190677, MRSU4428020 | MAEU237387040 | Mixed Metal | $ 110,763.10 | CONTINENTAL (CNA),TORONTO | Dowa Eco | Baltimore | Leam Chabang |
| 2 | MSKU5999439 | MAEU236167323 | Iron and Steel Remeltable Mix Motor Scrap | $ 27,987.78 | CONTINENTAL (CNA),TORONTO | HMA Enterprise | Newark | Port of Qasim |
| 2 | FCIU4260259, MRKU8667837, MSKU5160500 | MAEU236167275 | Iron and Steel | $ 76,282.04 | CONTINENTAL (CNA),TORONTO | Malika Metals | Newark | Port Qasim |
| 2 | CAIU6136357 | MAEU236167391 | Iron & Steel Remeltable compressor scrap | $ 19,991.67 | CONTINENTAL (CNA),TORONTO | Malika Metals | Newark | Port Qasim |
| 2 | MSKU5278880 | MAEU236617011 | Hill-Rom Affinity 4 Birthing Bed System | $ 66,960.85 | EMIRATES INSURANCE,ABU DHABI | Emirates Technology/Emitac | Cincinnati | Jebel Ali |
| 2 | MSDU4417440 | MEDUVD625533 | Electronic Waste E-Shred Boards | $ 147,500.00 | CONTINENTAL (CNA),TORONTO | Dowa Eco-System | Norfolk | Tokyo |
| 2 | TGHU1851933 | MAEUS11279462 | Electric Motor Scrap | $ 22,101.69 | Century Insurance Co Ltd | Sealink | Newark | Port Qasim |
| 2 | MRKU6649006 | MAEU237061401 | Electric Motor Scrap | $ 23,834.71 | Century Insurance Co Ltd | Sealink | Newark | Port Qasim |
| 2 | ZMOU8849108 | ZIMUORF970466 | Frozen Pork Stomach | $ 104,318.00 | CNA HARDY,LONDON | GPS Foods | New York | Shanghai |
| 2 | ZMOU8965957 | ZIMUNYC9070680 | Frozen Pork Feet | $ 65,016.80 | CNA HARDY,LONDON | GPS Foods | New York | Yantian |
| 2 | ZMOU8948250 | ZIMUNYC9070678 | Frozen Pork Feet | $ 64,289.00 | CNA HARDY,LONDON | GPS Foods | New York | Tianjin |
| 2 | TCNU1339123, TCNU7064297 | MEDUVD508986 | Recycling Materials for Brass | $ 268,455.88 | LIBERTY MUTUAL,BOSTON | Cellmark Inc DBA Sunset Trading | New York | Ningbo |
| 2 | HASU4890383 | MAEU236449123 | CAT Chow Complete CIQ | $ 26,080.40 | ZURICH NORTH AMERICA,JERSEY CITY | Nestle | Baltimore | Busan |
| 2 | ZCSU5121920 | ZIMUNYC9070679 | Frozen Port Front Feet | $ 64,289.00 | CNA HARDY,LONDON | GPS Foods | New York | Tianjin |
| 2 | HASU5025245 | MAEU236449315 | CAT Chow Complete & PRO Plan Perf 30/20 Dog | $ 26,945.04 | ZURICH NORTH AMERICA,JERSEY CITY | Nestle | Baltimore | Busan |
| 2 | CAIU4655100, CXDU2126832, FFAU3067206, MSDU7013967, MSDU7634795, SEGU6964430 | TCS6YO30335 | Milk Permeate Powder | $ 80,400.00 | ZURICH NORTH AMERICA,JERSEY CITY | Expeditors | New York | Yantian |
| 2 | MEDU5294322 | EWR0482110 | Glass Fibers & Articles | $ 25,734.50 | AGCS MARINE,NEW YORK | Danaher Corp (Cytiva) | New York | Shanghai |
| 2 | ZCSU7326576 | SMKEE0102066 | Non Hazardous Insecticides | $ 72,978.08 | RLI INSURANCE,NEW YORK | Pro Farm Group | New York | Mombasa |
| 2 | SEGU2097497, SEGU2740999, TRHU2695544, ZIMU1381739 | TJFK6622731 | Titanium Dioxide Rutile | $ 216,248.64 | RELIANCE GENERAL,MUMBAI CODE 11 | Asian Paints | Baltimore | Nhava Sheva |
| 2 | ZCSU7697094 | 6040591624 | Perfumery Products | $ 14,062.48 | FAIRFIRST INSURANCE,COLOMBO | Exclusive Lines | New York | Colombo |
| 2 | ZCSU8971492 | ORDCCUO00474 | Machine Parts | $ 42,158.21 | AXA XL,EXTON | Komatsu America | New York | Kolkata |
| 2 | BSIU9606275, GCXU5062820, JXLU6160731, JXLU6193247, RFCU5071553, TCNU5545797, ZCSU7128652, ZCSU7171129, ZCSU7175269, ZCSU7935314 | ZIMUNYC9072681 | Waste Paper Unsorted Office Paper | $ 43,846.02 | NEW INDIA,DUBAI | M/S PAPER LINK INTERNATIONAL FZCO | New York | Hazira Port Surat |
| 2 | HASU4965137, MRSU6261604, MSKU1009712 | MAEU237103608 | Mixed used clothing | $ 30,449.93 | NEW INDIA HO,MUMBAI | RAGHWANI | Baltimore | Mundra |
| 2 | MRKU3910610 | ORDMAAO00521 | Rubber Articles, Belts, Hoses | $ 2,001.60 | AXA XL,EXTON | Continental Automotive | New York | Chennai |
| 2 | CORU2410418 | AIR0160488 | Civil Aircraft Parts | $ 71,127.64 | AGCS MARINE,NEW YORK | Raytheon Company | Baltimore | Tianjin |
| 2 | ZCSU8971492 | 81948557 | SYL-OFF SL200 Coating | $ 24,000.00 | AGCS MARINE,NEW YORK | Dow Chemical | New York | Colombo |
| 2 | CAAU6573185 | MAEU236424021 | Non Hazardous Silicone Products | $ 6,057.28 | AGCS MARINE,NEW YORK | DOW Chemical | Norfolk | Jawaharlal Nehru |
| 2 | SUDU6733339 | MAEU236424300 | Non Hazardous Silicone Products | $ 6,822.60 | AGCS MARINE,NEW YORK | Dow Chemical | Newark | Jawaharlal Nehru |
| 2 | MRKU0845676 | MAEU609954304 | Dowfax (TM) 8390 Solution Surfactant | $ 85,500.00 | AGCS MARINE,NEW YORK | Dow Chemical | Newark | Dammam |

Schedule A-2                                                                                             W K Webster

| | Containers | B/L | Commodity | Amount | Insurer | Consignee/Shipper | Port of Loading | Port of Discharge |
|---|---|---|---|---|---|---|---|---|
| 2 | CAAU5267220, CAAU5316876, CAAU6494321, CAAU6506490, CIPU5191458, HASU4953028, MRKU0348936, MRKU0372357, MRKU0442618, MRKU0743695, MRKU0773494, MRKU0936903, MRKU0951805, MRKU0977029, MRKU2110124, MRKU2875520, MRKU3604076, MRKU3972102, MRKU4095970, MRKU438 | MAEU236241433 | Poet Dried Distillers Grains | $ 301,207.62 | SAUDI ARABIAN COOPERATIVE,RIYADH | Banque Saudi Fransi / FEEDCO INVESTMENT COMPANY | New Jersey | Dammam |
| 2 | MSCU8198058 | MEDUVD635979 | Copper Flakes | $ 81,182.52 | MITSUI SUMITOMO MARINE,NEW YORK | JUDONG METAL RESOURCES SDN BHD | Norfolk | Port Klang |
| 2 | TRHU2388342 | ZIMUNYC9070690 | Aluminium / Heavy Melting Scrap | $ 28,360.75 | CONTINENTAL (CNA),TORONTO | Greenland | New York | Mundra |
| 2 | TGBU7984654 | ORD00030424 | Wet Salted Deer Skins | $ 29,325.00 | CNA MARINE,TUCSON | Groenewold Fur & Wool | Baltimore | Leam Chabang |
| 2 | ZCSU6569078 | CLTOE11898 | Caulking Compound Rubber | $ 19,554.81 | MITSUI SUMITOMO MARINE,NEW YORK | North Technology | Los Angeles | Colombo |
| 2 | ZCSU8971492 | 27124036396 | Acrylic Transfer Film Tape | $ 27,673.30 | MITSUI SUMITOMO MARINE,NEW YORK | North Technology | New York | Colombo |
| 2 | ZCSU6569078 | SSEASE006438 | Tapes | $ 11,014.27 | MITSUI SUMITOMO MARINE,NEW YORK | North Technology | Newark | Colombo |
| 2 | ZCSU8971492 | SORDSE006465 | flammable liquid | $ 5,352.19 | MITSUI SUMITOMO MARINE,NEW YORK | North Technology | New York | Colombo |
| 2 | ZCSU6569078 | SSEASE006223 | Machine Parts for laminator machine | $ 4,872.96 | MITSUI SUMITOMO MARINE,NEW YORK | North Technology | Newark | Colombo |
| 2 | MEDU7957553 | MEDUVD498675 | Playground Equipment | $ 15,716.50 | CNA MARINE,LITTLETON | Kids Around the World | Norfolk | Dar Es Salaam |
| 2 | MSMU4248265 | MEDUVD607648 | Copper Alloys | $ - | CONTINENTAL (CNA),TORONTO | Greenland | Norfolk | Port Klang |
| 2 | MRKU3910610 | S01770309 | Lab Equipment | $ 71,179.85 | BAJAJ ALLIANZ HO,PUNE | THERMO FISHER SCIENTIFIC INDIA PRIVATE LTD | New York | Chennai |
| 2 | CAIU9567532, MSDU5863350, MSMU4474513, TGBU5571899 | MEDUVD630566 | Aluminum Waste and Scrap | $ 156,022.86 | LONPAC,KUALA LUMPUR | Ye Chiu Non  F | Norfolk | Pasir Gudang, Johor |
| 2 | ZCSU8971492 | IGLBNJ2449NYKCBO | Underwater Lift Bags | $ 5,085.09 | SRI LANKA INS,COLOMBO | CEYLON PETROLEUM STORAGE TERMINALS LTD | New York | Colombo |
| 2 | JXLU6163664, TCNU4077480 | SEAE240233505 | Used Boomlift Machine | $ 89,741.53 | GO DIGIT,BENGALURU | Manoj Parekh | Baltimore | Nhava Sheva |
| 2 | TRHU2900422, ZIMU1024829 | ZIMUORF970279 | Recyling Materials for Copper | $ 334,690.74 | ZURICH NORTH AMERICA,JERSEY CITY | Cleveland-Cliffs | New York | Ningbo |
| 2 | MRKU5058360, MSKU1194760 | MAEUSII281553 | MS Turnings Scrap | $ 14,185.30 | ZURICH NORTH AMERICA,JERSEY CITY | Cleveland-Cliffs | Newark | Mundra |
| 2 | MRKU5683372 | MAEUSII285181 | Recycling Materials for Brass | $ 106,298.93 | ZURICH NORTH AMERICA,JERSEY CITY | Cleveland-Clfiffs | Newark | Ningbo |
| 2 | MRKU7373972 | MAEU236566757 | Discarded & Non-Serviceable Motor Scrap | $ 23,877.90 | ZURICH NORTH AMERICA,JERSEY CITY | Cleveland-Cliffs | Newark | Nhava Sheva |
| 2 | ZCSU8971492 | 95087184 | Synthetic Fiber Yarn | $ 6,422.62 | CEYLINCO,COLOMBO | WORKWEAR LANKA (PVT) LTD | New York | Colombo |
| 2 | MEDU3376503 | HO2S24034407 | Spring Kit | $ 52,162.50 | NTI,SYDNEY | UGL Rail Services | Baltimore | Port of Chalmers |
| 2 | MSDU1483156 | HO2S24034520 | Snubbing Kit | $ 86,375.00 | NTI,SYDNEY | UGL Rail Services | Baltimore | Port of Chalmers |
| 2 | MEDU6078436 | HO2S24034521 | Spring Kit | $ 52,162.50 | NTI,SYDNEY | UGL Rail Services | Baltimore | Port of Chalmers |
| 2 | MSDU2008839 | HO2S24034406 | Snubbing Kit | $ 86,375.00 | NTI,SYDNEY | UGL Rail Services | Baltimore | Port of Chalmers |
| 2 | CORU2615974 | 467455569DTW | Hazardous substance | $ 36,363.64 | AXA XL,EXTON | North American | Baltimore | Shanghai |
| 2 | ZCSU8971492 | 95088599 | Synthetic Fiber Yarn | $ 1,502.07 | CEYLINCO,COLOMBO | WORKWEAR LANKA (PVT) LTD | New York | Colombo |
| 2 | CAIU3441418 | DTW0341793 | Dowfax 2A1 Solution Surfactant | $ 45,676.00 | AGCS MARINE,NEW YORK | Dow Chemical | Norfolk | Taichung |
| 2 | ZCSU7697094 | S00059784 | Sifting Machinery Parts | $ 78,758.04 | UNITED INDIA HO,CHENNAI (100) | AVT McCormick | New York | Colombo |
| 2 | MRSU4413570 | MAEU237387493 | Aluminium Scrap Taint Tabor As Per Isri | $ 44,211.90 | IGI INTERNATIONAL GENERAL,LONDON | TRIFECTA METALS AND ALLOYS | Newark | Pipavav |
| 2 | MRSU5862370 | MAEUSII279646 | Aluminium Scrap Taint Tabor As Per Isri | $ 46,550.65 | IGI INTERNATIONAL GENERAL,LONDON | TRIFECTA METALS AND ALLOYS | Newark | Pipavav |
| 2 | MRSU0274287, MSKU7842201, PONU2103620 | MAEU236365404 | Re Rollable Steel Scrap | $ 20,179.26 | IGI INTERNATIONAL GENERAL,LONDON | TRIFECTA METALS AND ALLOYS | Newark | Pipavav |
| 2 | MRKU3910610 | 81950352 | Automotive Spare Parts | $ 11,768.80 | ZURICH NORTH AMERICA,JERSEY CITY | Ford Motor | New York | Chennai |
| 2 | JXLU6161614 | L02-013096 | Pailpainters Fillings | $ 17,256.73 | QBE MARINE,SYDNEY | Intex Group | Baltimore | Brisbane |
| 2 | JXLU6185874 | L02-013098 | Pailpainters Fillings | $ 17,256.73 | QBE MARINE,SYDNEY | Intex Group | Baltimore | Brisbane |
| 2 | CAAU5529629, CAIU8796133, CRSU9046082, MSCU5282665, MSDU5794644, MSDU6007070, MSDU8127007, MSDU8461246, SEGU6095933, TEMU8468992 | MEDUVD635284 | Wastepaper Re-pulping | $ 58,276.50 | ASPEN INSURANCE,JERSEY CITY | Newport CH International LLC | Baltimore | Kwangyang |
| 2 | MRKU5137900 | MAEU236666402 | Waste Paper-Kraft | $ 5,105.25 | ASPEN INSURANCE,JERSEY CITY | Newport CH International LLC | Newark | Tuticorin |
| 2 | MRSU4075977, SEGU4687933 | MAEU236391742 | Waste Paper-Kraft | $ 12,084.98 | ASPEN INSURANCE,JERSEY CITY | Newport CH International LLC | Newark | Nhava Sheva |
| 2 | MEDU8732799, TCNU2921360 | MEDUVD670083 | Waste Paper | $ 8,290.23 | ASPEN INSURANCE,JERSEY CITY | Northland Forest Corporation | Baltimore | Gwangyang |
| 2 | GAOU6099308, GAOU6896549, TEMU6773317, TEMU7542143, TGBU7181360 | ZIMUNYC9072938 | Red Oak Saw Logs Debarked | $ - | ASPEN INSURANCE,JERSEY CITY | Northland Forest Corporation | Baltimore | Shanghai |
| 2 | MRKU8199211 | MAEU1KT979897 | Aluminium Scrap Tooth | $ 13,119.74 | ORIENTAL RO 14,AHMEDABAD (140000) | G. R. METALLOYS PVT. LTD | Newark | Pipavav |
| 2 | MNBU0656800 | MAEU236245543 | Resin Solution | $ 26,651.59 | ARGO,DENVER | PPG Industries | Baltimore | Shanghai |
| 2 | CAAU5946155, CIPU5037015, HASU4216669, HASU5098874, MRKU2440086, MRSU5466235, MRSU5968608, MSKU0543071, MSKU1433000, SUDU8847705, TCNU4951087 | MAEU237188694 | Steel Scrap for melting | $ 91,476.00 | ZURICH NORTH AMERICA,JERSEY CITY | BMR Global | Baltimore | Vung Tau Port |
| 2 | ZCSU8971492 | CHS0030415 | Machiney Parts | $ 22,386.89 | ZURICH,HELSINKI | Metso Oyj | New York | Colombo |
| 2 | ZCSU8971492 | SSE100084100 | Polymers of Vinyl Chloride | $ 6,753.79 | FAIRFIRST INSURANCE,COLOMBO | ANTLER GENERAL INDUSTRIES (PVT) LTD | New York | Colombo |

Schedule A-2                                                                                        W K Webster

| | Container | Reference | Commodity | Amount | Insurer | Shipper | Origin | Destination |
|---|---|---|---|---|---|---|---|---|
| 2 | DFSU6872112, DRYU9021434, FSCU8843628, MSMU5304070, MSMU5980809, MSMU6313570, MSMU6790104, MSMU7135642, MSMU8098754, MSNU7283854, TCNU1142200, TCNU2019280, TCNU8182756, TGBU7860782, TRHU7810050 | MEDUVD672055 | Waste Paper OCC no. 12 | $ 82,876.00 | ORIENT INSURANCE,DUBAI | Infinite | Baltimore | Da Nang |
| 2 | SEGU8149788 | 200805098 | SA 546 Bulk | $ 137,576.64 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Tianjin |
| 2 | BGBU5106441 | 200805982 | HiTEC 369 Bulk | $ 111,196.52 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | East St Louis | Taloja |
| 2 | BGBU5069970 | 200806001 | HiTEC 388 Bulk | $ 91,528.93 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | East St Louis | Taloja |
| 2 | BGBU5126469 | 200806002 | HiTEC 388 Bulk | $ 91,487.68 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | East St Louis | Taloja |
| 2 | BGBU5103231 | 200806003 | HiTEC 388 Bulk | $ 91,487.68 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | East St Louis | Taloja |
| 2 | SEGU8149638 | 200807936 | SA 546 Bulk | $ 135,521.66 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Tianjin |
| 2 | RMCU4510569 | 200810268 | HiTEC 343 Bulk | $ 158,052.83 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Chicago | Sharjah |
| 2 | MEDU9631186 | MEDUVD611145 | Frozen rooster leg quarters | $ 32,076.00 | CNA HARDY,LONDON | Lamex Foods Inc | Norfolk | Haiphong |
| 2 | SZLU9046237 | MEDUVD548016 | Frozen rooster leg quarters | $ 32,076.00 | CNA HARDY,LONDON | Lamex Foods Inc | Norfolk | Haiphong |
| 2 | SUTU2664294 | 200812872 | SA 546 Bulk | $ 137,636.69 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Tianjin |
| 2 | TCKU7523200 | OGL240300096 | Friction Paper | $ 124,831.64 | FUTURE GENERALI H/O,MUMBAI | JM Frictech | Newark | Adani Ennore |
| 2 | RFCU8102806 | 200812873 | SA 546 Bulk | $ 272,070.82 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Tianjin |
| 2 | SUTU9633042 | 200812874 | SA 546 Bulk | $ 272,070.82 | ZURICH NORTH AMERICA,JERSEY CITY | Afton Chemical Corporation | Baltimore | Tianjin |
| 2 | MRKU5501689 | MAEUSII278477 | Mixed Electric Motors Scrap | $ 30,516.20 | CNA MARINE, NEW YORK | Universal Metals | Newark | Port Qasim |
| 2 | TCLU2199076 | MAEUSII280362 | Iron & Steel Remeltable | $ 21,248.64 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port of Qasim |
| 2 | MSKU5037250 | MAEUSII280965 | Sealed Units (Compressor Scrap) | $ 19,479.12 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port Qasim |
| 2 | MSKU7052536 | MAEUSII281423 | Iron & Steel Remeltable | $ 23,605.25 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port Qasim |
| 2 | MSKU4163172 | MAEUSII281425 | Small Electric Motors Scrap | $ 30,366.35 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port Qasim |
| 2 | MRKU9995208 | MAEUSII281486 | Sealed Units (Compressor Scrap | $ 21,590.51 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port Qasim |
| 2 | MRSU6225510 | MEAUSII281712 | Mixed Load - Sealed Units (Compressor Scrap) | $ 23,421.83 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port Qasim |
| 2 | MSKU3942199 | MAEU237340344 | Iron & Steel Remeltable Motor Scrap | $ 24,961.13 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Port Qasim |
| 2 | MRKU9148712 | MAEUSII281191 | Lead Scrap as per ISRI: Radio | $ 38,759.96 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Mundra |
| 2 | MRKU9357559 | MAEUSII280872 | Discarded & Non Servicable Motor Scrap Copper Scrap | $ 19,877.05 | CNA MARINE, NEW YORK | Universal Metals Inc | Newark | Mundra |
| 2 | ZCSU6569078 | MIA/CMB.0856041 | Loramine Plus | $ 9,947.04 | CNA MARINE, NEW YORK | Lorama Group Int | Newark | Colombo |
| 2 | MSMU4413225 | NYPA67973 | Filter Cartridge | $ 21,619.75 | AGCS MARINE,NEW YORK | Danaher Corp (Pall) | Baltimore | Fremantle |
| 2 | MSDU5372633 | NYPA67974 | Filter Cartridge | $ 26,173.31 | AGCS MARINE,NEW YORK | Danaher Corp (Pall) | Baltimore | Fremantle |
| 2 | MSDU7423088 | MEDUVD610980 | Recycling Materials for Brass | $ 127,784.22 | CNA HARDY,MANCHESTER | United Aline Co | Norfolk | Ningbo |
| 2 | MRSU3353271, MSKU8645418, TCNU3024320 | MAEU236869456 | US Yellow Soybeans No.1 | $ 38,336.72 | FPG INDONESIA ,JAKARTA | Seger Agr | Baltimore | Surabaya |
| 2 | HASU4995424, MRKU2556923, MRKU2592617, MRKU3704291, MRKU4119326, MRKU4951531, MRKU6223160, MRSU3653514, MRSU5569043, MRSU5676530, MSKU1565732, SUDU8539045, TCKU7129557, TCKU7329880, TCKU7711784, TCLU7909442, TCLU9323321, TCNU4156208, TGBU6842275, TRHU566 | MAEU236389102 | US Yellow Soybeans No.1 | $ 258,473.90 | FPG INDONESIA ,JAKARTA | Seger Agr | Baltimore | Jakarta |
| 2 | SUDU5494013 | MAEU720013987 | Adcote | $ 75,262.90 | AGCS MARINE,NEW YORK | Dow Chemicals | Newark | Colombo |
| 2 | ZCSU6569078 | NYC/CCU/00839 | Mining Machinery and Spares | $ 75,334.65 | RELIANCE GENERAL,CALCUTTA CODE15&24 | JMS MINING PVT LTD | Newark | Calcutta |
| 2 | ZCSU6569078 | NYC/CCU/00836 | Mining Machinery and Spares | $ 257,668.14 | RELIANCE GENERAL,CALCUTTA CODE15&24 | JMS MINING PVT LTD | Newark | Kolkata |
| 2 | ZCSU6569078 | NYC/CCU/00842 | Mining Machinery and Spares | $ 159,084.61 | RELIANCE GENERAL,CALCUTTA CODE15&24 | JMS MINING PVT LTD | Newark | Kolkata |
| 2 | ZCSU6569078 | NYC/CCU/00832 | Mining Machinery and Spares | $ 110,401.07 | RELIANCE GENERAL,CALCUTTA CODE15&24 | JMS MINING PVT LTD | Newark | Kolkata |
| 2 | MNBU4028674 | 0044200709 | Various Chemicals | $ 164,892.84 | AGCS MARINE,NEW YORK | DOW | Norfolk | Shanghai |
| 2 | TCLU6190502 | 0044150624 | ACRYSOL Rheology Modifier | $ 47,147.92 | AGCS MARINE,NEW YORK | DOW | New York | Shanghai |
| 2 | MSDU1817680 | 0044058294 | Chemicals | $ 46,974.78 | AGCS MARINE,NEW YORK | DOW | Norfolk | Yokohama |
| 2 | MAEU3445804 | 24010921 | 2013 Used Claas Lexion 760TT Combine | $ 99,000.00 | ZURICH NORTH,WOODLAND HILLS | Shanxi Jiade | | |
| 2 | MEDU2521206 | 0044119493 | ECOSURF EH-40 Surfactant | $ 69,659.42 | AGCS MARINE,NEW YORK | Dow | Norfolk | Singapore |
| 2 | TCKU7806302 | ASST240980 | Maltrin M100 IP | $ 26,730.93 | NEW INDIA HO,MUMBAI | TAKASAGO | Newark | Ennore |
| 2 | ZCSU7697094 | CIN/CLM/D02561 | Scripset 540 | $ 34,135.62 | AGCS MARINE,NEW YORK | Solenis | New York | Colombo |
| 2 | ZCSU7697094 | CIN/CLM/D02562 | Scripset 540 | $ 13,556.37 | AGCS MARINE,NEW YORK | Solenis | New York | Colombo |
| 2 | ZCSU6569078 | MTR/CCU/01071 | ACD Trough 4 Rotors XXL | $ 18,967.39 | NEW INDIA HO,MUMBAI | Hindalco Indus | New York | Calcutta |
| 2 | HASU4668083 | N1899404MAA | Brakes & Servo-brakes & Parts | $ 6,138.10 | ROYAL SUNDARAM,CHENNAI | Brakes India ltd | New York | Chennai |
| 2 | JXLU6159371 | EX-41083 | Vitacel HF 401-30 Oat Fiber | $ 25,836.18 | SBI GENERAL,MUMBAI | Rettenmaier India | Norfolk | Nhava Sheva |
| 2 | MRKU6886203, MRKU7384540, MRKU7458410 | 2910002161 | Refractory Materials | $ 34,767.00 | ROYAL SUNDARAM,CHENNAI | Vesuvius India Ltd | Norfolk | Visakhapatnam |
| 2 | MSDU5636607 | MEDUVD582817 | Ash Sawlogs | $ 9,400.00 | ASPEN INSURANCE,JERSEY CITY | Oaple | NORFOLK | Nansha |
| 2 | | PHL/CLM/D02989 | Devlar Brand Spun Yarn | $ 17,361.72 | AGCS MARINE,NEW YORK | Dupont | New York | Colombo |

Schedule A-2                                                                                                          W K Webster

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 | ZCSI8971492 | CHSA13143 | Black Profile Rope | $ | 6,915.23 | MITSUI SUMITOMO MARINE,NEW YORK | North Technology | New York | Colombo |
| 2 | MSMU3377632 | CVG0099313 | Pelargonic Acid | $ | 47,609.86 | ALLIANZ GENERAL,KUALA LUMPUR | Emery Oleochemicals | New York | Busan |
| 2 | MSDU1111842 | MEDUVD628305 | Manganese ORE | $ | 38,860.00 | AXA XL,EXTON | Vibrantz Tech | Baltimore | Osaka |
| 2 | ZCSU7697094 | 621718982 | Valkerase | $ | 19,700.00 | ZURICH NORTH,WOODLAND HILLS | Bio Resource | New York | Colombo |
| 2 | ZCSU6569078 | US87220277499 | Synthetic Organic Pigment | $ | 1,816.28 | CNA,HOUSTON | Sun Chemical Corp | Newark | Colombo |
| 2 | MRKU6758476 | MAEUSII283168 | Compressor Scrap | $ | 22,153.60 | Century Insurance Co Ltd | Sealink | Newark | Port Qasim |
| 2 | MRKU9205556 | MAEUSII277122 | Compressor Scrap | $ | 48,616.25 | Century Insurance Co Ltd | Sealink | Newark | Port Qasim |
| 2 | HASU4668083 | N1899649MAA | Gear, Ring to Drive Power Former | $ | 3,286.11 | ROYAL SUNDARAM,CHENNAI | Polyhose | New York | Chennai |
| 2 | MSKU0824356 | MAEU237337452 | Aluminium Scrap Tread | $ | 48,689.03 | HDFC ERGO, MUMBAI | B R ALUMINIUM(SUNAM) | Baltimore | Mundra |
| 2 | MRKU1117039, MRKU3910610 | 10822234 | Chemicals Non Haz | $ | 12,480.00 | HDFC ERGO, MUMBAI | GRIFFITH FOODS PRIVATE LIMITED | New York | Chennai |
| 2 | MRKU3910610 | CLE-40023256 | Oil Bulk (55 Gallon Barrels/Drums) | $ | 5,876.00 | CNA MARINE, HOUSTON | The Timken Corporation | New York | Chennai |
| 2 | MRKU3910610 | 84090023130510 | Cleaning Compound | $ | 3,012.75 | ASPEN INSURANCE,JERSEY CITY | Bio-Cat Microbials | New York | Chennai |
| 2 | ZCSU8971492 | OH-20060366 | books | $ | 10,456.98 | SRI LANKA INS,COLOMBO | CEYLON BIBLE SOCIETY THE | New York | Colombo |
| 2 | MRKU2356503 | BAX24009092 | dryfood/snack | $ | 57,030.58 | KUWAIT INSURANCE | Boushahri Foodstuff and Consumer Goods Co. | Newark | Shuwaikh |
| 2 | SUDU6961410, SEKU4480386, MRSU5635171, MRSU6380265, MRSU3089106, TEMU8884449, MRKU6315400, MRSU3853765, TLLU4891179, TCNU2032717, MRSU6308980, MRSU4342672 | MAEU236389129 | soybeans | $ | 164,926.08 | BAOVIET INSURANCE | Khatoco Feed Joint Stock Company | Baltimore | Ho Chi Minh City |
| 2 | ZCSU2634067 | 0044151806 | Acrysol | $ | 27,895.00 | AGCS MARINE,NEW YORK | ROHM AND HAAS CHEMICAL LLC | Melbourne | New York |
| 2 | CAIU8431921 | S01776784 | Ammonyx LMDO | $ | 49,948.00 | CNA MARINE, NEW YORK | STEPAN COMPANY | Norfolk | Nhava Sheva |
| 2 | MRKU2534734 MRKU5044617 | GG13638 | Southern Yellow Pine | $ | 49,948.40 | COAST UNDERWRITERS,VANCOUVER | Phoenix Forest | Norfolk | Male |
| 2 | TCNU2710239 | NMIA05240017 | Snugfit Over The Door 6 hook 0ORB | $ | 32,714.92 | COAST UNDERWRITERS,VANCOUVER | Mayzon Group | Baltimore | Yantian |
| 2 | MIEU3044602 | 236868652 | Used 1991 CAT 140G VHP motor | $ | 10,000.00 | Shaheen Insurance Company | Burki and Company | Baltimore | Port Qasim |