Schedule A-3

Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | TCNU5552420 | ZIMUORF1108549 | Electric hose and other components | Federal Insurance Company | TRAMEC HOLDINGS DBA TRAMEC LLC | USD 35,621.73 |
| 2 | MSDU8868150 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | USD 47,518.35 |
| 2 | MSMU6786172 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | TRHU5138840 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | MSMU7908758 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | MSMU5609660 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | MSCU5068566 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | MSMU6427573 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | BMOU6575529 | MEDUVD671883 | RED OAK LOGS | Federal Insurance Company | BINGAMAN & SON LUMBER, INC | included in above |
| 2 | BEAU5856574 | MEDUVD607788 | Household good and personal effects | Federal Insurance Company | LBC MUNDIAL CORPORATION | USD 118,350.00 |
| 2 | MSMU8128252 | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | KING CITY FORWARDING USA, INC. | USD 31,954.00 |
| 2 | MSMU8461556 | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | KING CITY FORWARDING USA, INC. | included in above |
| 2 | MSMU8186135 | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | KING CITY FORWARDING USA, INC. | included in above |
| 2 | MEDU4495322 | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | KING CITY FORWARDING USA, INC. | included in above |
| 2 | MSMU6627946 | MEDUVD676692 | Walnut Lumber | Federal Insurance Company | KING CITY FORWARDING USA, INC. | USD 57,915.60 |
| 2 | FDCU0292155 | MEDUVD676692 | Walnut Lumber | Federal Insurance Company | KING CITY FORWARDING USA, INC. | USD 40,500.80 |
| 2 | MEDU7881329 | MEDUVD648659 | Red Oak Logs | Federal Insurance Company | KING CITY FORWARDING USA, INC. | included in above |
| 2 | TRHU8717532 | MEDUVD657858 | Electrical Equipment - Dead Tank Circuit Breaker | Indemnity Insurance Company of Noth America | GE VERNOVA LLC | USD 170,310.00 |
| 2 | MRKU3750804 | MAEU236956426 | Aluminium Scrap "Taint Tabor" | Federal Insurance Company | Koch Industries, Inc | USD 35,064.31 |
| 2 | MRSU4641170 | MAEU236991793 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 6,072.57 |
| 2 | TCKU6640011 | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | USD 17,918.81 |
| 2 | MRSU3718847 | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU6328647 | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU2794135 | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | included in above |

Schedule A-3                                            Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MRKU3012919 | MAEU237055136 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TGBU5325956 | MAEU237336224 | Aluminium Scrap "Taint Tabor" | Federal Insurance Company | Koch Industries, Inc | USD 38,157.92 |
| 2 | FFAU2343763 | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 24,671.92 |
| 2 | CAAU6077903 | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | SEKU4639605 | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCNU6133768 | MAEU235995135 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU9422698 | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 29,027.91 |
| 2 | MRSU4560946 | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCNU8559460 | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU3628105 | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU1044349 | MAEU235995600 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU0948399 | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 32,313.58 |
| 2 | PONU8052259 | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU2893570 | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCNU3025440 | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU0995739 | MAEU236085722 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU6673409 | MAEU235647460 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | USD 8,376.14 |
| 2 | TCKU7600501 | MAEU235647460 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU6448938 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | USD 41,053.59 |
| 2 | MRSU5198106 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCKU7191316 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU2072913 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU6514024 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TRHU5168510 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |

11/22/2024

Schedule A-3                                                                 Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | TRHU4438139 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU5435442 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU6512596 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU3599555 | MAEU235655335 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5509743 | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 28,934.01 |
| 2 | TRHU6183398 | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | SEKU4466393 | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU4400969 | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5913360 | MAEU235729833 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | HASU4125297 | MAEU236232560 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | USD 10,178.19 |
| 2 | MRSU5066218 | MAEU236232560 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | HASU5184648 | MAEU236232560 | Waster Paper: Bale Compressed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU4620032 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 65,202.72 |
| 2 | MRSU3011242 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CIPU5124790 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | HASU4947724 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCKU7862688 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU8264900 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU6064819 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU4549369 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU6229657 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TEMU6320429 | MAEU236379070 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU2067624 | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | USD 29,974.56 |
| 2 | MSKU1235617 | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | included in above |

Schedule A-3                                                                 Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MRSU6092607 | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU3037100 | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5477522 | MAEU236379931 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU8441625 | MAEU236536057 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | USD 17,746.80 |
| 2 | MRKU4111881 | MAEU236536057 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU4278655 | MAEU236536057 | Waste Paper: Post Consumed | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5327121 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 65,034.45 |
| 2 | MRKU2429169 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCLU5290981 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU9093967 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU1600659 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | SUDU5941791 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU4114371 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TLLU5835061 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU1821990 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU5292780 | MAEU236223355 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU5303523 | MAEU236228140 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 18,763.86 |
| 2 | MRSU5890367 | MAEU236228140 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU6242435 | MAEU236228140 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5755198 | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 27,813.32 |
| 2 | GCXU5659190 | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCNU6474445 | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MIEU2010001 | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU6235971 | MAEU235990529 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |

Schedule A-3                                                                                                      Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MSKU0303928 | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 30,602.00 |
| 2 | MRKU4369217 | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU6294146 | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | UETU5708777 | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU5625289 | MAEU235993283 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU6369875 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 64,727.31 |
| 2 | SUDU8934570 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU3814429 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | HASU5185984 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU1824659 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU4765645 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU2250152 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU5238675 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU4185090 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | TCNU1349219 | MAEU236096614 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | FSCU8291200 | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | USD 18,218.08 |
| 2 | MRSU4704719 | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5221654 | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU3266235 | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | HASU4465018 | MAEU236222518 | Waste Paper: Residential | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | HASU4553700 | MAEU236788303 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | USD 8,004.24 |
| 2 | MRKU3915817 | MAEU236788303 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5992651 | MAEU236788303 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU3758372 | MAEU235993399 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | USD 24,220.80 |

Schedule A-3                                                                 Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MRKU6213645 | MAEU235993399 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | FCIU8678123 | MAEU235993399 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU2755817 | MAEU235993399 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU1530504 | MAEU235993399 | Waste Paper: Box Board | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU5256648 | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 30,936.35 |
| 2 | SUDU6818014 | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU6017621 | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU8367364 | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | BEAU6361899 | MAEU235994282 | Waste Paper: Double Sorted Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU6313222 | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | USD 224,578.10 |
| 2 | GCXU5559226 | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU5308854 | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU0518211 | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU6455227 | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU6277218 | MAEU236232666 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU4996945 | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | USD 146,818.92 |
| 2 | MRKU5067382 | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MSKU0319190 | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRSU5841300 | MAEU236232722 | Shredded Aluminium Scrap "Zorba" | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | CAAU5785744 | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | USD 23,295.36 |
| 2 | MRSU4139161 | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | GCXU5752317 | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 | MRKU5381665 | MAEU236609704 | Waste Paper: Corrugated | Federal Insurance Company | Koch Industries, Inc | included in above |
| 2 |  | 81957293 | Closed woven fabric of yarns coated | ACE American Insurance Company | JAS Forwarding (USA) Inc. | USD 12,646.28 |

Schedule A-3                                                                                         Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MSKU5092670 | MAEUSII284997 | Aluminium Flakes | Chubb Insurance Hong Kong Limited | Pacific Bridge Metals Inc. | USD 75,880.31 |
| 2 | MRKU8762942 | MAEUSII284997 | Aluminium Flakes | Chubb Insurance Hong Kong Limited | Pacific Bridge Metals Inc. | included in above |
| 2 | MSKU4798208 | MAEU236304895 | Motor Overhead Coiling Doors | Chubb Insurance Hong Kong Limited | Al-Sultan Pearl Trading Establishment | USD 56,231.62 |
| 2 | UETU5275430 | ZIMUORF1108587 | ASTEC FX UNIFORMITY TEST SYSTEM | ACE American Fire and Marine Insurance Company Korea, a Chubb Company | KUMHO TIRE CO., INC. | USD 1,020,541.96 |
| 2 | HASU4890383 | MAEU236449123 | Pet Food | ACE American Fire and Marine Insurance Company Korea, a Chubb Company | Lotte-Nestle Korea Ltd. | USD 26,069.44 |
| 2 | HASU5025245 | MAEU236449315 | Pet Food | ACE American Fire and Marine Insurance Company Korea, a Chubb Company | Lotte-Nestle Korea Ltd. | USD 26,934.55 |
| 2 | SEGU6816881 | MEDUVD632612 | Aluminum material | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Metro Group Inc | USD 21,396.51 |
| 2 | SEGU4184116 | MAEUSII281956 | Recycling Materials for Brass | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 136,139.88 |
| 2 | MSKU1210938 | MAEUSII279183 | Aluminum Scrap | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 38,091.73 |
| 2 | SUDU1327018 | MAEUSII282494 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 199,219.21 |
| 2 | TCLU2404904 | MAEUSII282494 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 197,501.63 |
| 2 | MSKU7170597 | MAEUSII282494 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 196,981.15 |
| 2 | MRKU2101971 | MAEUSII282491 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 198,054.90 |
| 2 | MRSU5813798 | MAEUSII282491 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 213,962.97 |
| 2 | AMFU8901349 | MAEUSII282491 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 200,985.62 |
| 2 | PONU0486639 | MAEUSII283106 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 622,043.77 |
| 2 | MRKU9201036 | MAEUSII283106 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | included in above |

Schedule A-3                                                                                              Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MSKU7908572 | MAEUSII283106 | Recycling Material Copper | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | included in above |
| 2 | ZIMU1025363 | ZIMUNYC9070521 | Recycling Materials Brass | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 293,554.42 |
| 2 | TGBU2013698 | ZIMUNYC9070521 | Recycling Materials Brass | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | included in above |
| 2 | MSKU7722295 | MAEUSII283109 | Recycling Materials Brass | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 286,244.06 |
| 2 | MRKU8953023 | MAEUSII283109 | Recycling Materials Brass | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | included in above |
| 2 | MRSU5398275 | MAEUSII281229 | Stainless Steel Scrap | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 30,564.80 |
| 2 | TRHU6312113 | MAEUSIII284786 | Recycling Materials Brass | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 149,135.32 |
| 2 | MSMU6495881 | MEDUVD660803 | Mixed Metals | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 106,792.07 |
| 2 | TCNU8986796 | MEDUVD645085 | Mixed Metals | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | SIMS Global Commodities | USD 75,521.25 |
| 2 | TRHU7727264 | ZIMUNYC9073607 | Electronic Components | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | TE Connectivity Corporation | USD 211,165.94 |
| 2 | MSDU9700140 | MEDUVD635607 | Levasil | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Nouryon Functional Chemicals LLC | USD 36,591.24 |
| 2 | MSDU9701439 | MEDUVD635607 | Levasil | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Nouryon Functional Chemicals LLC | USD 36,591.24 |
| 2 | FFAU3708974 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | USD 8,251,776.00 |
| 2 | FFAU3755019 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |

Schedule A-3                                                                                          Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MEDU4362720 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MEDU4393038 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MEDU4562225 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MEDU7269205 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MEDU7834374 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MSCU5313067 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MSDU6302311 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MSDU6713858 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MSDU6769820 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | MSDU6770610 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | BMOU5638962 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | CAAU5610200 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | TGBU4510250 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | TGCU5257496 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |

Schedule A-3                                                       Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | TLLU8598301 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | TXGU5475028 | DFW0317471 | 240T Drive System | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Wabtec | included in above |
| 2 | OTPU6144270 | MEDUVD635607 | Levasil | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Nouryon Functional Chemicals LLC | USD 36,591.24 |
| 2 | CAIU9567532 | MEDUVD630566 | Aluminum Waste | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | RMG Investment Group | USD 155,984.21 |
| 2 | TGBU5571899 | MEDUVD630566 | Aluminum Waste | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | RMG Investment Group | included in above |
| 2 | MSDU5863350 | MEDUVD630566 | Aluminum Waste | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | RMG Investment Group | included in above |
| 2 | MSMU4474513 | MEDUVD630566 | Aluminum Waste | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | RMG Investment Group | included in above |
| 2 | GCXU5585903 | MAEU236285033 | Vehicles | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Mohammad S Al-Difaii | USD 17,257.45 |
| 2 | SUDU7525237 | MAEU237059919 | Iron and Steel Remeltable | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | UPS Cargo Insurance Program | USD 19,754.87 |
| 2 | HASU1551895 | MAEU237059919 | Iron and Steel Remeltable | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | UPS Cargo Insurance Program | USD 19,722.52 |
| 2 | TTNU1294150 | MAEU237059919 | Iron and Steel Remeltable | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | UPS Cargo Insurance Program | USD 19,233.41 |
| 2 | HASU1404235 | MAEUSII281193 | Iron and Steel Remeltable | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | UPS Cargo Insurance Program | USD 24,629.67 |
| 2 | MRKU7460465 | MAEUSII281193 | Iron and Steel Remeltable | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | UPS Cargo Insurance Program | USD 23,905.95 |
| 2 | MSKU3784880 | MAEUSII281336 | Iron and Steel Remeltable | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | UPS Cargo Insurance Program | USD 19,164.86 |

Schedule A-3                                                                 Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MRKU4360014 | MAEU236452801 | Vehicles | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Schenker Inc / Jaitham M Al Dulaimi | USD 38,906.78 |
| 2 | GESU3663845 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | USD 1,113,739.20 |
| 2 | MRKU6742187 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRKU6832803 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRKU7185050 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRKU7443299 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRKU7544838 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRKU9528585 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRSU0312896 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU3654741 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU3873740 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU5731317 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU7621453 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU7918879 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | SUDU1375269 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | SUDU7599688 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | SUDU7865068 | MAEU609982076 | AP-PMC 1018-SK243 NEW BL-2 BC | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU0912009 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | USD 235,071.75 |
| 2 | TRHU4836488 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRKU3447779 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group, Inc (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRSU3566132 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRSU4593507 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | TCLU6359104 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSKU0357328 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | TCKU7432115 | MAEU609986447 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRSU5393123 | MAEU720032183 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | USD 185,619.26 |
| 2 | TRHU4539751 | MAEU720032183 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | HASU4786419 | MAEU720032183 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |

Schedule A-3                                         Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | TCLU9322599 | MAEU720032183 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MRSU3662706 | MAEU720032183 | Alumina | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | W.R. Grace & Co. | included in above |
| 2 | MSMU5605285 | MEDUVD643726 | Donated relief cargo | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Resolution Inc. | USD 10,000.00 |
| 2 | MSDU6217971 | TBC | Gas Dryer | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Whirlpool Corp | USD 52,390.48 |
| 2 | FFAU1244730 | TBC | Gas Dryer | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Whirlpool Corp | USD 52,390.48 |
| 2 | TXGU5340383 | TBC | Gas Dryer | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Whirlpool Corp | USD 52,390.48 |
| 2 | MSDU5031160 | TBC | Gas Dryer | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Whirlpool Corp | USD 49,509.90 |
| 2 | MRKU5228363 | MAEU236206925 | Ford truck chassis | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | Magaya Insurance Services | USD 171,074.00 |
| 2 | ZCSU8971492 | BANQ1057376506 | Hard Hat Suspension | (1) National Union Fire Insurance Co. of Pittsburgh, PA (2) American International Group (AIG) | 3M | USD 4,748.26 |
| 2 | ZCSU8971492 | 81931815 | Natural Smoke Flavourings | American International Group UK Limited | Kerry Foods | USD 5,272.82 |
| 2 | MRSU6124237 | MAEUSII283768 | Aluminum Scrap | American International Group UK Limited | New Tradmet Ltd | USD 36,958.25 |
| 2 | TRHU3374209 | BANQ1058123440 | Titanium Dioxide | American International Group UK Limited | INEOS Pigments | USD 110,000.00 |
| 2 | SEGU2598992 | BANQ1058123440 | Titanium Dioxide | American International Group UK Limited | INEOS Pigments | included in above |
| 2 | MSCU4822497 | MEDUVD566430 | noryl ppx resin, polymers of styrene | American International Group UK Limited | SABIC, SHPP Japan | USD 68,415.80 |
| 2 | INBU5192245 | MEDUVD566430 | Noryl resin, polyethers | American International Group UK Limited | SABIC, SHPP Japan | USD 53,900.00 |
| 2 | TTNU5865582 | MEDUVD558163 | Noryl resin, polyethers | American International Group UK Limited | SABIC, SHPP Japan | USD 58,520.00 |
| 2 | MSDU4014975 | MEDUVD543561 | Noryl resin, polyethers | American International Group UK Limited | SABIC, SHPP US | USD 91,817.60 |
| 2 | MSCU4880940 | MEDUVD543561 | Noryl resin, polyethers | American International Group UK Limited | SABIC, SHPP US | USD 91,817.60 |

Schedule A-3                                                                                   Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | HASU1475985 | MAEU236008140 | Lecithin Yelkin SS | American International Group UK Limited | Archer Daniels | USD 32,800.00 |
| 2 | MRKU3910610 | 10820528 | Rheological Additives | American International Group UK Limited | Elementis PLC | USD 13,586.14 |
| 2 | MRKU3949191 | MAEU236569683 | Animal Feed | AIG Europe SA | Cargill | USD 101,227.46 |
| 2 | MSMU2203148 | C4902480045 | Refractory Materials | AIG Europe SA | RHI Refractories Asia Pacific Pte Ltd, Singapore | USD 67,051.53 |
| 2 | MSMU3231843 | C4902480045 | Refractory Materials | AIG Europe SA | RHI Refractories Asia Pacific Pte Ltd, Singapore | included in above |
| 2 | CAAU2202458 | MAEU235825170 | Shredded Aluminium Scrap | TATA AIG General Insurance Company Limited | DERBY OVERSEAS PVT LTD | USD 47,495.29 |
| 2 | MRKU6520214 | MAEU235825170 | Shredded Aluminium Scrap | TATA AIG General Insurance Company Limited | DERBY OVERSEAS PVT LTD | included in above |
| 2 | SUDU7369730 | MAEU235825099 | Shredded S.S. Scrap | TATA AIG General Insurance Company Limited | DERBY OVERSEAS PVT LTD | USD 52,133.12 |
| 2 | TTNU1042396 | MAEU235825099 | Shredded S.S. Scrap | TATA AIG General Insurance Company Limited | DERBY OVERSEAS PVT LTD | included in above |
| 2 | SUDU7632123 | NACSOE24024184 | Plate backing paper | TATA AIG General Insurance Company Limited | Amara Raja Energy and Mobility | USD 29,715.24 |
| 2 | HASU1342977 | SGCJSHIP10287 | DHB 2 X2, SINGLE SIDE | TATA AIG General Insurance Company Limited | Marmon Technologies India Pvt Ltd | USD 129,884.27 |
| 2 | HASU4668083 | N1899476MAA | Copper Cored SS Wire | TATA AIG General Insurance Company Limited | J J GLASTRONICS (PVT) LTD | USD 130,455.14 |
| 2 | TCKU1899946 | 32971 | Pharma (SHEFFIELD LACTOSE ANHYDROUS DT 80KG) | TATA AIG General Insurance Company Limited | DR REDDY'S LABORATORIES LTD | USD 50,809.86 |
| 2 | TEMU7412134 | ZIMUORF96964301 | OLD AND USED RUBBER TYRE SCRAP | TATA AIG General Insurance Company Limited | A K RUBBER | USD 3,100.62 |
| 2 | CLHU4808848 | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | Gold Coin Indonesia | USD 47,647.84 |
| 2 | MSDU4284158 | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | Gold Coin Indonesia | included in above |
| 2 | MSDU4329695 | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | Gold Coin Indonesia | included in above |
| 2 | MSMU6937598 | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | Gold Coin Indonesia | included in above |
| 2 | MSMU7091293 | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | Gold Coin Indonesia | included in above |
| 2 | MSMU7442736 | EBKG08176486 | US Distillers Dried Grains with Solubles | PT AIG Insurance Indonesia | Gold Coin Indonesia | included in above |
| 2 | MSDU6341621 | MEDUVD567826 | Styenics Polymer | AIG Seguros Mexico | ALFA SAB DE CV / BVPV STYRENICS LLC | USD 119,974.00 |
| 2 | MSMU5866761 | MEDUVD567826 | Styenics Polymer | AIG Seguros Mexico | ALFA SAB DE CV / BVPV STYRENICS LLC | included in above |

Schedule A-3                                                            Roose

| Category | Container # | BL# | Cargo Description | Cargo Insurer or Agent | Assured | Value USD |
|---|---|---|---|---|---|---|
| 2 | MSDU5164115 | MEDUVD567826 | Styenics Polymer | AIG Seguros Mexico | ALFA SAB DE CV / BVPV STYRENICS LLC | included in above |
| 2 | MRKU3910610 | 81953841 | Plateform | AIG Europe SA | Volvo CE | USD 5,784.91 |
| 2 | MEDU4749978 | MEDUVD380907 | Hypurcel Polyurethane Foam | AIG Australia Limited Ltd | Resmed | USD 46,549.79 |