Schedule A-4                                                         Clyde

| Category | Container No | Master Bill of Lading | Description of Cargo | Insurer | Insured | CIF Invoice (May Change) | CIF - US$ (May Change) | Currency | Shipper | Consignee | Load Port | Discharge Port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | MSCU5092367 | MEDUVD570333 | HARD MAPLE KD LUMBER | Tokio Marine & Nichido Fire Insurance | BUTSURIN | 33,696.05 | 33,696.05 | US$ | KING CITY FORWARDING USA INC AS NVOCC FOR BUTSURIN LTD | HANGZHOU YAMAHA MUSICAL INSTRUMENTS CO. LTD | NEW YORK - USA | NINGBO |
| 2 | MEDU4001040 | MEDUVD570333 | HARD MAPLE KD LUMBER | Tokio Marine & Nichido Fire Insurance | BUTSURIN | 34,237.11 | 34,237.11 | US$ | KING CITY FORWARDING USA INC AS NVOCC FOR BUTSURIN LTD | HANGZHOU YAMAHA MUSICAL INSTRUMENTS CO. LTD | NEW YORK - USA | NINGBO |
| 2 | BSIU9614619 | SSPHORF1108634 | CONT TARE | GREAT AMERICAN INSURANCE COMPANY | WILMAR | 141,171.90 | 141,171.90 | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| 2 | DRYU9657684 | SSPHORF1108634 | CONT TARE | GREAT AMERICAN INSURANCE COMPANY | WILMAR | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| 2 | JXLU7820486 | SSPHORF1108634 | CONT TARE | GREAT AMERICAN INSURANCE COMPANY | WILMAR | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| 2 | TLLU4452670 | SSPHORF1108634 | CONT TARE | GREAT AMERICAN INSURANCE COMPANY | WILMAR | | | US$ | THE ANDERSONS INC | PT SARI AGROTAMA PERSADA | BALTIMORE - USA | SEMARANG, INDONESIA |
| 2 | MSDU7992314 | MEDUVD0626747 | WHITE OAK LUMBER, KD HSN 44079100 | AXIS - LONDON | The Jim C. Hamer Company | 17,215.73 | 17,215.73 | US$ | HILLEBRAND GORI USA LLC BALTIMORE | SHENZHEN YIMAXING IMPORT 8 EXPORT CO.,LTD. | NORFOLK, VA | YANTIAN, CHINA |
| 2 | MSNU7761836 | MEDUVD0626747 | WHITE OAK LUMBER, KD, HSI/ 44079100 | AXIS - LONDON | The Jim C. Hamer Company | 17,307.16 | 17,307.16 | US$ | HILLEBRAND GORI USA LLC BALTIMORE | SHENZHEN YIMAXING IMPORT 8 EXPORT CO.,LTD. | NORFOLK, VA | YANTIAN, CHINA |
| 2 | MRKU5038342 | MAEU237340162 | ALUMINIUM SCRAP ZORBA AS PER ISRI | MSIG INSURANCE | VITAL SOLUTIONS PTE LTD | 47,551.05 | 47,551.05 | US$ | SEALINK INTERNATIONAL INCC/O VITAL SOLUTIONS PTE LTD, | TO ORDER | NEWARK PORT, USA | PIPAVAV PORT, INDIA |