| Category | Container no. | Master / Ocean B/L No. / Waybill No. | Cargo Description | Insurer or Agent | Insured | Invoice value (May Change) | Freight cost (May Change) | Currency | MBL shipper | MBL consignee | Voyage loadport | Voyage discharge port |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | MSMU3382794 | MEDUVD631143 | Recycling materials for Brass | Travelers | Louis Padnos Iron & Metal | 122,013.02 | 1,140.00 | USD | SeaLink International | Ningbo Hongkai | Norfolk, VA | Ningbo, China |
| 2 | MSMU1034932 | | Recycling materials for Brass | Travelers | Louis Padnos Iron & Metal | 113,493.79 | 1,140.00 | USD | SeaLink International | Ningbo Hongkai | Norfolk, VA | Ningbo, China |
| 2 | MSMU5505136 | MEDUVD671248 | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | CRSU9178366 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | TCLU5857611 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MSDU5283201 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MSMU6457475 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MEDU8607288 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | FFAU1643410 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MSMU7658730 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | CAAU5815685 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | FFAU4131146 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MEDU7577173 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | TLLU8735533 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MEDU9417446 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MEDU8921555 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | CLHU9072195 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MSDU6593644 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | TCLU7745591 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MSMU4338498 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MSMU6255371 | | Waste paper | Travelers | K.C. International LLC | | | | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | MEDU9446737 | | Waste paper | Travelers | K.C. International LLC | 109,068.50 | 9,109.00 | USD | K-C International USA | UOB Malaysia | Baltimore | Port Klang |
| 2 | CRXU8687695 | SUTUSA578496 | Process Oil | Travelers | H & R Group US Inc | 17,703.81 | 745.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | CRXU8694797 | | Process Oil | Travelers | H & R Group US Inc | 17,853.78 | 745.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU2630499 | 6402632 | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | SLZU2505434 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU0110184 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU7948944 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | TCLU9021321 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | SEGU8154510 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RFCU8223412 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU2503909 | | Process Oil | Travelers | H & R Group US Inc | 145,218.14 | 6,400.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU5446361 | 6402528 | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU5346974 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU4549616 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU5442962 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU4644254 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | SEGU8014925 | | Process Oil | Travelers | H & R Group US Inc | | | | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | RMCU7947655 | | Process Oil | Travelers | H & R Group US Inc | 128,186.12 | 5,600.00 | USD | H&R Group Houston | H&R Group China | Baltimore | Ningbo, China |
| 2 | MRKU9545670 | 237014483 | VA Kyanite | Travelers | John A Steer Company | 10,875.94 | | USD | OL USA LLC | Magus Marketing | Norfolk, VA | Vishakhapatnam, India |
| 2 | ZIMU1061226 | ZIMUORF971742 | Pumps, parts and accessories | Travelers | Busch Consolidated Inc. | 91,156.27 | 2,240.00 | USD | Expeditors ORF USA | Expeditors Japan | Norfolk, VA | Yokohama, Japan |
| 2 | MSDU1173778 | MEDUVD659839 | Recycling materials for Copper | Travelers | DJJ Holding Corporation | 161,499.22 | 770.00 | USD | David J Joseph Company | Zhejiang Juding Co | Baltimore | Ningbo, China |
| 2 | MSMU1988186 | MEDUVD584086 | Recycling materials for Copper | Travelers | DJJ Holding Corporation | 155,847.28 | 840.00 | USD | David J Joseph Company | Zhejiang Juding Co | | |
| 2 | MEDU8924169 | MEDUVD502757 | Mixed aluminium scrap | Travelers | DJJ Holding Corporation | 37,188.84 | | | David J Joseph Company | Fen Jie Metals | Norfolk, VA | Port Klang |
| 2 | MSCU7513824 | | Mixed aluminium scrap | Travelers | DJJ Holding Corporation | 36,868.92 | | | | | | |
| 2 | MSMU8984900 | | Mixed aluminium scrap | Travelers | DJJ Holding Corporation | 35,604.12 | 3,890.00 | USD | | | | |
| 2 | CAIU8951965 | MEDUVD496364 | Mixed copper scrap | Travelers | DJJ Holding Corporation | 63,755.94 | 1,330.00 | USD | David J Joseph Company | Grand environment | Norfolk, VA | Port Klang |
| 2 | SEGU6922780 | MEDUVD555441 | Mixed copper scrap | Travelers | DJJ Holding Corporation | 180,816.04 | 1,500.00 | USD | David J Joseph Company | Ningbo Jintian | Norfolk, VA | Ningbo, China |
| 2 | MEDU7213588 | MEDUVD670646 | Red Oak lumber | Travelers | Penn-Sylvan International Inc | 25,554.43 | | USD | Ally Global Logistics | Order of Shipper | Baltimore | Qingdao, China |
| 2 | MSMU6460761 | | Red Oak lumber | Travelers | Penn-Sylvan International Inc | 23,501.40 | | USD | Ally Global Logistics | Order of Shipper | Baltimore | Qingdao, China |
| 2 | TGBU9328357 | | Red Oak lumber | Travelers | Penn-Sylvan International Inc | 23,446.20 | 1,480.00 | USD | Ally Global Logistics | Order of Shipper | Baltimore | Qingdao, China |
| 2 | CLHU4675540 | MEDUVD664250 | Black asphalt paint | Travelers | Star Pipe Products Ltd | 30,600.00 | 3,940.00 | USD | Rohlig USA | Rohlig China | Baltimore | Dalian, China |
| 2 | MEDU8854729 | MEDUVD636258 | Cobalt pellets | Munich Re | Daido Kogyo Co Ltd | | | | Gilscot Guidroz | Japan Ltd Brodery | Norfolk, VA | Yokohama, Japan |
| 2 | MEDU7732881 | | Cobalt pellets | Munich Re | Daido Kogyo Co Ltd | 494,959.00 | 1,580.00 | USD | Gilscot Guidroz | Japan Ltd Brodery | Norfolk, VA | Yokohama, Japan |

| | Container | Seal | Cargo | Insurer | Consignor | Value | Extra | Currency | Consignee | Shipper | Origin | Destination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | TEMU1046830 | ZIMUORF971055 | Silica sand | Munich Re | Golden Bat (Far East) Inc | | | | Seamates Int Inc | Golden Bat(Far East) | Norfolk, VA | Manila, Philipines |
| 2 | ZIMU31346511 | | Silica sand | Munich Re | Golden Bat (Far East) Inc | 144,247.00 | | USD | | | | |
| 2 | TEMU3480871 | MEDUVD631846 | Recycled aluminium | Munich Re | Steel Bro Int | 96,621.51 | | USD | Steel Bro Int | Smart Sky Int | Norfolk, VA | Hong Kong |
| 2 | MRKU9105095 | MAEUSII284780 | Recycling material for brass | Munich Re | Steel Bro Int | 131,736.77 | | USD | Steel Bro Int | Henan Guohe | Newark | Ningbo, China |
| 2 | HASU4139454 | MAEUSII284738 | Aluminium scrap | Munich Re | Steel Bro Int | 34,676.31 | | USD | Steel Bro Int | Dong Nam | Baltimore | Busan, S Korea |
| 2 | MRSU4715082 | MAEUSII284739 | Aluminium scrap | Munich Re | Steel Bro Int | 33,118.11 | | USD | Steel Bro Int | Dong Nam | Baltimore | Busan, S Korea |
| 2 | ZCSU8927946 | ZIMUORF969737 | Walnut logs | Munich Re | HDFC Bank Limited | 31,132.50 | | USD | Ally Global Logistics | HDFC Bank Limited | New York | Kolkata, India |
| 2 | ZCSU7483277 | | Walnut logs | Munich Re | HDFC Bank Limited | 30,975.00 | | USD | | HDFC Bank Limited | New York | Kolkata, India |
| 2 | MSDU5371323 | MEDUVD518753 | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | 68,201.93 | 5,239.56 | | Ally Global Logistics | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSCU5406663 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSDU8489454 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | FFAU1667325 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | FSCU9968609 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MEDU8965656 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | DRYU9216919 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSDU8677153 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | CAAU5904519 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | CAIU4655733 | | Debarked red oak sawlogs | | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSDU8310635 | MEDUVD670067 | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | 65,712.45 | 5,232.17 | | Ally Global Logistics | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSMU7005490 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | FBLU0163016 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | TGBU7807469 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MEDU7959237 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | FFAU3915360 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | FFAU3792500 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSDU8814507 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MEDU9376080 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | MSMU8401201 | | Debarked red oak sawlogs | Munich Re | Ally Global Logistics | | | | | Huzhou Huanfeng Wood Industry Ltd | Baltimore | Dalian, China |
| 2 | ZCSU6877743 | ZIMUORF971368 | Walnut logs | Munich Re | Ally Global Logistics | 51,437.10 | | | Ally Global Logistics | Houzhou Yida Import & Export Co Ltd | Norfolk, VA | Shanghai |
| 2 | ZCSU6701013 | | Walnut logs | Munich Re | Ally Global Logistics | | | | | Houzhou Yida Import & Export Co Ltd | Norfolk, VA | Shanghai |
| 2 | ZCSU6927551 | | Walnut logs | Munich Re | Ally Global Logistics | | | | | Houzhou Yida Import & Export Co Ltd | Norfolk, VA | Shanghai |
| 2 | CAIU7494680 | MEDUVD574558 | Cherry KD lumber | Munich Re | Ally Global Logistics | 16,731.36 | | USD | Ally Global Logistics | Shanghai Yusen Hardwoods Co Ltd | New York | Shanghai |
| 2 | TRHU7271050 | | Cherry KD lumber | Munich Re | Ally Global Logistics | 25,536.00 | | USD | | Shanghai Yusen Hardwoods Co Ltd | New York | Shanghai |
| 2 | MSMU4935786 | | Cherry KD lumber | Munich Re | Ally Global Logistics | 27,517.00 | | USD | | Shanghai Yusen Hardwoods Co Ltd | New York | Shanghai |
| 2 | TCLU9792972 | | Cherry KD lumber | Munich Re | Ally Global Logistics | 11,226.54 | | USD | | Shanghai Yusen Hardwoods Co Ltd | New York | Shanghai |
| 2 | MEDU8841260 | MEDUVD537258 | Debarked ash logs | Munich Re | Ally Global Logistics | 15,688.05 | 1,856.55 | USD | Ally Global Logistics | Dalian Natural Wood Industry Co Ltd | New York | Dalian, China |
| 2 | FFAU1998642 | MEDUVD572099 | Debarked ash logs | Munich Re | Ally Global Logistics | 15,912.50 | 2,261.55 | USD | Ally Global Logistics | PT Sinar Rimba Pasifik | New York | Dalian, China |
| 2 | MSMU4964526 | MEDUVD668467 | Black walnut lumber | Munich Re | Ally Global Logistics | 26,156.87 | 1,509.74 | USD | Ally Global Logistics | PT Sinar Rimba Pasifik | Baltimore | Surabaya, Indonesia |
| 2 | MSDU5985002 | | Black walnut lumber | Munich Re | Ally Global Logistics | 25,944.00 | | | | PT Sinar Rimba Pasifik | | |
| 2 | ZCSU6868680 | ZIMUORF969499 | Walnut logs | Munich Re | Ally Global Logistics | 81,746.30 | | | Ally Global Logistics | Century Plyboards Ltd | Norfolk, VA | Kolkata, India |
| 2 | ZCSU6660927 | | Walnut logs | Munich Re | Ally Global Logistics | | | | | Century Plyboards Ltd | Norfolk, VA | Kolkata, India |
| 2 | ZCSU6913054 | ZIMIORF969786 | Walnut logs | Munich Re | Ally Global Logistics | 88,838.40 | 3,315.85 | USD | Ally Global Logistics | Kendrick Forest Products | Norfolk, VA | Shanghai |
| 2 | ZCSU7465381 | | Walnut logs | Munich Re | Ally Global Logistics | | | | | Kendrick Forest Products | Norfolk, VA | Shanghai |
| 2 | ZCSU7698640 | | Walnut logs | Munich Re | Ally Global Logistics | | | | | Kendrick Forest Products | Norfolk, VA | Shanghai |
| 2 | GCXU5002992 | | Walnut logs | Munich Re | Ally Global Logistics | | | | | Kendrick Forest Products | | Shanghai |
| 2 | ZCSU7626608 | ZIMUORF971385 | Red oak KD lumber | Munich Re | Ally Global Logistics | 15,025.40 | | USD | Ally Global Logistics | Shehzhen Far Sen Trade Co Ltd | Norfolk, VA | Yantian, China |
| | JXLU6161907 | | Red oak KD lumber | Munich Re | Ally Global Logistics | 14,558.70 | | USD | | Shehzhen Far Sen Trade Co Ltd | Norfolk, VA | Yantian, China |
| 2 | MSKU0990090 | SII284040 | Recycling material for copper | Ascot | Ningbo Cimei Importy & Export Co | 187,075.60 | | USD | Sealink International | Ningbo CIMEI | Baltimore | Ningbo, China |
| 2 | SUDU7474741 | SII285629 | Recycling material for copper | Ascot | Ningbo Cimei Importy & Export Co | 226,245.94 | | USD | SeaLink International | Zhejiang Hailiang Co | Norfolk, VA | Ningbo, China |
| 2 | TGHU5039785 | MEDUVD630103 | Fibreboard boxes | Ascot | Lubrizol | 155,321.14 | | USD | Lubrizol | Iwase Cosfa | Norfolk, VA | Tokyo, Japan |
| 2 | CAIU9229900 | ZIMUORF971384 | Red oak KD lumber | Munich Re | Ally Global Logistics | 22,458.15 | | USD | Ally Global Logistics | Zhongsheng Wood Co Ltd | Norfolk, VA | Yantian, China |
| 2 | ZCSU7397142 | ZIMUORF971384 | Red oak KD lumber | Munich Re | Ally Global Logistics | 21,789.30 | | USD | Ally Global Logistics | Zhongsheng Wood Co Ltd | Norfolk, VA | Yantian, China |
| 2 | ZCSU6789513 | ZIMUORF971384 | Red oak KD lumber | Munich Re | Ally Global Logistics | 14,328.60 | | USD | Ally Global Logistics | Zhongsheng Wood Co Ltd | Norfolk, VA | Yantian, China |
| 2 | GAOU6900171 | ZIMUORF971384 | Red oak KD lumber | Munich Re | Ally Global Logistics | 14,378.00 | | USD | Ally Global Logistics | Zhongsheng Wood Co Ltd | Norfolk, VA | Yantian, China |

Schedule A-5                                                                 Kennedys

| 2 | MEDU5564259 | MEDUVD645473 | Household goods and personal effects | Canopius | Cut Rite Lumber Limited | 54,482.64 | | USD | Timothy Mark Wilson | Timothy Mark Wilson | Baltimore | Brisbane |