IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed the Consented To Motion to Amend the Protective Order (the "Motion") submitted by Claimant Ace American Insurance Company ("Ace"). (ECF No. 463.) Based on that review, the Court concludes that there is good cause to amend the operative protective order (Case Management Order No. 4, ECF No. 440). The proposed amended protective order (ECF No. 465) appropriately balances the parties' and the National Transportation Safety Board's needs for confidentiality with the public's right of access in this case.

Accordingly, it is ORDERED that:

1. Ace's Motion (ECF No. 463) is GRANTED; and

2. A separate amended protective order, which will be denominated as Case Management Order No. 5, SHALL ISSUE.

DATED this __7__ day of January, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge