# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## CLAIMANTS' MOTION TO COMPEL PETITIONERS
## TO SUBMIT TO DEPOSITION IN THE DISTRICT OF MARYLAND

Claimants, appearing herein through court-appointed lead counsel, respectfully move this Court pursuant to Rule 37 of the Federal Rules of Civil Procedure for an order compelling Petitioners, Grace Ocean Private Ltd., Synergy Marine Pte. Ltd., and their management "agents and employees" to appear for deposition in this judicial district. The Petitioners refuse to produce the witnesses in the United States. Claimants urge the following in support of the motion:

- Petitioners voluntarily and strategically chose to file this limitation proceeding in this judicial district even though they were under no time pressure or legal requirement to do so.

- The settled rule in this judicial district is that plaintiffs (and the plaintiffs' agents and employees) must make themselves available for deposition in the forum in which they brought suit.

- The settled rule is also the most practical and efficient approach for this case for many reasons.

- The unique attributes of a limitation proceeding – such as allowing the vessel owner (who is only a nominal plaintiff) to select the

1

forum, and the burdens of proof that a vessel owner faces – support application of the settled rule.

- Petitioners bear the burden of demonstrating the necessity for an overseas deposition venue, but none of the hardships that other courts have identified as justification for plaintiff corporations to dodge domestic depositions applies here.

All these grounds for compelling Grace Ocean Private Ltd., Synergy Marine Pte. Ltd., and their management "agents and employees" to appear for deposition in Baltimore are set forth in greater detail in the accompanying memorandum.

WHEREFORE, Claimants respectfully move this Court to require Petitioners to appear for deposition in the District of Maryland, together with their management "agents and employees."

Respectfully submitted this 4th day of February 2025,

        ANTHONY G. BROWN
        Attorney General of Maryland

        Robert A. Scott (24613)
        Howard R. Feldman (05991)
        Assistant Attorneys General
        Office of the Attorney General
        200 Saint Paul Place, 20th Floor
        Baltimore, Maryland 21202
        rscott@oag.state.md.us
        T: (410)576-63214

and

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com

2

(410) 584-2800

*/s/ David L. Reisman*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar # 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T: (504) 581-7979
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com

T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
***Attorneys for State of Maryland***

Daniel O. Rose
Kreindler & Kreindler LLP
485 Lexington Avenue
Ste 28th Floor
New York, NY 10017
drose@kreindler.com
Telephone: (212) 973-3414
***Lead Counsel for Personal Injury and Wrongful Death Claimants***

Robert W. Phelan
Cozen O Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
rphelan@cozen.com
Telephone: (212) 908-1274
Facsimile: (866) 850-7490
***Lead Counsel for Property Damage Claimants***

Adam J. Levitt
DiCello Levitt Gutzler LLC
Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602

4

alevitt@dicellolevitt.com
Telephone: (312) 214-7900
***Lead Counsel for Local Government Claimants***

Todd D. Lochner
Lochner Law Firm, P.C.
7076 Bembe Beach Rd; Suite 201
Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
Telephone: (443) 716-4400
***Lead Counsel for Private Economic Loss Claimants***

Terry L Goddard, Jr
Skeen & Kauffman LLP
9256 Bendix Road
Suite 102
Columbia, MD 21045
tgoddard@skaufflaw.com
Telephone: (410) 625-2272
Facsimile: (443) 817-0744
***Lead Counsel for Cargo Claimants***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February 2025, a copy of the foregoing Joint Status Report was served via the court's CM/ECF system on all counsel of record.

*/s/ David L. Reisman*
David L. Reisman (La. Bar # 21833)
