**Jessie Shifalo**

| | |
|---|---|
| **From:** | Bennett III, William R. <william.bennett@blankrome.com> |
| **Sent:** | Wednesday, December 18, 2024 11:28 AM |
| **To:** | David Reisman |
| **Cc:** | R. Keith Jarrett; Raymond Waid; Belknap, Thomas; Belknap, Thomas |
| **Subject:** | RE: [External Email] Depositions |

**[EXTERNAL EMAIL]**

David,

I refer to our telephone conversation yesterday wherein we discussed the scheduling of depositions. As requested, we provide herein a list of shoreside personnel that assisted in the management of the DALI:

| | |
|---|---|
| Balaji V | Fleet Manager |
| Capt. Ravi Sekhar BV | Marine Manager / DPA / CSO |
| Vishal C Prabhu | Superintendent |
| Capt. Melroy Dsouza | Marine Superintendent |
| Rajesh Inigo. K | Manager - QHSE |
| Narayanan. K | Technical- Procurement |
| R. Karthik Nair | Assistant Manager - Technical |

The list is not exhaustive but includes the personnel we think have the most knowledge of the day-to-day operations of the DALI. We are working putting together a list of the personnel that handled the same tasks for the CEZANNE and SALTORO and will provide that to you when completed.

We are also working on getting each witness a Visa for Canada and the United Kingdom. The Visa for Canada could take between 60-100 days to secure while a Visa for the United Kingdom takes about 15 days to obtain.

Kind regards,

**William "Bill" R. Bennett III**
**PARTNER** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 | F: 917.332.3858 | william.bennett@blankrome.com

**Other Offices:** California (Los Angeles and Irvine); Delaware (Wilmington); Florida (Ft. Lauderdale and Tampa); Illinois (Chicago); Massachusetts (Boston); New Jersey (Princeton); Ohio (Cincinnati); Texas (Houston and Dallas); Pennsylvania (Philadelphia and Pittsburgh); Washington D.C. and Shanghai (China)

*"Law Firm of the Year" in Admiralty & Maritime Law in U.S. News – Best Lawyers® 2023*

---

**From:** David Reisman <DReisman@liskow.com>
**Sent:** Tuesday, December 10, 2024 1:44 PM
**To:** Bennett III, William R. <william.bennett@blankrome.com>
**Cc:** R. Keith Jarrett <rkjarrett@liskow.com>; Raymond Waid <RWaid@liskow.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Subject:** Re: [External Email] Depositions

How about 1:30 eastern?

**David L. Reisman**
Shareholder
Direct 504.556.4016
Mobile 504.813.3680
www.liskow.com

**Liskow**
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE
701 Poydras Street
Suite 5000
New Orleans, LA 70139

On Dec 10, 2024, at 6:42 PM, Bennett III, William R. <william.bennett@blankrome.com> wrote:

**[EXTERNAL EMAIL]**

Any particular time work best for you?

Kind regards,

**William "Bill" R. Bennett III**
**PARTNER** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 | F: 917.332.3858 | william.bennett@blankrome.com

**Other Offices:** *California (Los Angeles and Irvine); Delaware (Wilmington); Florida (Ft. Lauderdale and Tampa); Illinois (Chicago); Massachusetts (Boston); New Jersey (Princeton); Ohio (Cincinnati); Texas (Houston and Dallas); Pennsylvania (Philadelphia and Pittsburgh); Washington D.C. and Shanghai (China)*

*"Law Firm of the Year" in Admiralty & Maritime Law in U.S. News – Best Lawyers® 2023*

**From:** David Reisman <DReisman@liskow.com>
**Sent:** Tuesday, December 10, 2024 1:41 PM
**To:** Bennett III, William R. <william.bennett@blankrome.com>
**Cc:** R. Keith Jarrett <rkjarrett@liskow.com>; Raymond Waid <RWaid@liskow.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>; Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Subject:** Re: [External Email] Depositions

Bill

We can do it on Tuesday.

**David L. Reisman**
Shareholder
Direct 504.556.4016
Mobile 504.813.3680

www.liskow.com

**Liskow**
NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE
701 Poydras Street
Suite 5000
New Orleans, LA 70139

On Dec 10, 2024, at 5:36 PM, Bennett III, William R. <william.bennett@blankrome.com> wrote:

**[EXTERNAL EMAIL]**

David,

Are you available next Monday or Tuesday to discuss the protocol for conducting depositions, scheduling, location, retaining a court reporter, videographer, etc.?

Kind regards,

**William "Bill" R. Bennett III**
**PARTNER** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
O: 212.885.5152 | C: 646.393.7847 | F: 917.332.3858 |
william.bennett@blankrome.com

**Other Offices:** *California (Los Angeles and Irvine); Delaware (Wilmington); Florida (Ft. Lauderdale and Tampa); Illinois (Chicago); Massachusetts (Boston); New Jersey (Princeton); Ohio (Cincinnati); Texas (Houston and Dallas); Pennsylvania (Philadelphia and Pittsburgh); Washington D.C. and Shanghai (China)*

*"Law Firm of the Year" in Admiralty & Maritime Law in U.S. News – Best Lawyers® 2023*

**********************************************************************
*******************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

*************************************************************************************************************