UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br><u>IN ADMIRALTY</u> |

## **LOCAL RULE 104.7 CERTIFICATE OF CONFERENCE OF COUNSEL**

Claimants, appearing herein through court-appointed lead counsel, do certify that on January 22, 2025, at 16:00 Eastern Standard Time, a meet-and-confer was held via Microsoft Teams between counsel for the Petitioners and counsel for the Lead Claimants. During this meet-and-confer, Messrs. Bennett and Belknap led discussions on behalf of the Petitioners and Messrs. Reisman and Jarrett led discussion on behalf of the Claimants.[1]

During the meet-and-confer, the parties discussed a number of discovery disagreements. Some were compromised, others were not. One issue that could not be resolved was the location to be used when taking depositions of the Petitioners under Rule 30(b)(6) of the Federal Rules of Civil Procedure, as well as depositions of managerial employees of Synergy Marine Pte Ltd. Claimants want to take those depositions in the District of Maryland, where Petitioners chose to

---

[1] The following counsel participated in the meet-and-confer: David Reisman, R. Keith Jarrett, Jessie Shifalo, William Bennett, Thomas Belknap, Alan Weigel, Alexandra Clark, Emma Jones, Robert Hopkins, Laurie Furshman, Larry Walker, Robert Phelan, Diandra Debrosse, and Todd Lochner.

file suit. The Petitioners insist that the depositions take place overseas. Despite good faith, it is apparent that the parties cannot resolve this issue themselves.

Respectfully submitted this 4th day of February 2025,

        ANTHONY G. BROWN
        Attorney General of Maryland

        Robert A. Scott (24613)
        Howard R. Feldman (05991)
        Assistant Attorneys General
        Office of the Attorney General
        200 Saint Paul Place, 20th Floor
        Baltimore, Maryland 21202
        rscott@oag.state.md.us
        T: (410)576-63214

        and

        */s/ Margaret Fonshell Ward*
        Margaret Fonshell Ward (04586)
        DOWNS WARD BENDER HERZOG
        & KINTIGH, P.A.
        1350 McCormick Road
        Executive Plaza 3, Suite 400
        Hunt Valley, Maryland 21031
        mward@downs-ward.com
        (410) 584-2800

        */s/ David L. Reisman*
        R. Keith Jarrett, T.A. *
        David L. Reisman, T.A. (La. Bar # 21833)*
        Raymond T. Waid*
        Elizabeth B. McIntosh*
        Jessie E. Shifalo*
        Elizabeth A. Strunk*
        LISKOW & LEWIS
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139-5099
        T: (504) 581-7979
        dreisman@liskow.com
        rkjarrett@liskow.com
        rwaid@liskow.com
        ebmcintosh@liskow.com

jshifalo@liskow.com
eastrunk@liskow.com

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
**Attorneys for State of Maryland**

Daniel O. Rose
Kreindler & Kreindler LLP
485 Lexington Avenue
Ste 28th Floor
New York, NY 10017
drose@kreindler.com
Telephone: (212) 973-3414
***Lead Counsel for Personal Injury and***
***Wrongful Death Claimants***

Robert W. Phelan
Cozen O Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
rphelan@cozen.com
Telephone: (212) 908-1274
Facsimile: (866) 850-7490
***Lead Counsel for Property Damage Claimants***

Adam J. Levitt
DiCello Levitt Gutzler LLC
Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
Telephone: (312) 214-7900
***Lead Counsel for Local Government Claimants***

Todd D. Lochner
Lochner Law Firm, P.C.
7076 Bembe Beach Rd; Suite 201
Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
Telephone: (443) 716-4400
***Lead Counsel for Private Economic Loss Claimants***

Terry L Goddard, Jr
Skeen & Kauffman LLP
9256 Bendix Road

Suite 102
Columbia, MD 21045
tgoddard@skaufflaw.com
Telephone: (410) 625-2272
Facsimile: (443) 817-0744
***Lead Counsel for Cargo Claimants***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of February 2025, a copy of the foregoing Joint Status Report was served via the court's CM/ECF system on all counsel of record.

*/s/ David L. Reisman*
David L. Reisman (La. Bar # 21833)
