IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * | **Civil No. JKB-24-0941** |
|  | * | *IN ADMIRALTY* |
|  | * |  |

\* \* \* \* \* \*

## ORDER

This case was referred to me for all discovery matters. ECF No. 477. On February 4, 2025, Claimants filed a Motion to Compel Petitioners to Submit to Deposition in the District of Maryland ("Motion") (ECF No. 475). Pursuant to Loc. R. 105.2(a), the Court **ORDERS** as follows:

1.      The deadline for any response to the Motion is February 14, 2025.

2.      If a response is filed, the deadline for any reply is February 21, 2025.

February 6, 2025                           _____/s/_____
Date                                                 Timothy J. Sullivan
                                                        Chief United States Magistrate Judge