**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability**

**Civ. No. 24-00941-JKB**

***IN ADMIRALTY***

* * * * * * * * * * * *

**ORDER**

For the reasons stated in the foregoing Memorandum, it is ORDERED that the Motions for Partial Lifting of Stay (ECF Nos. 451, 454) are DENIED.

DATED this 7 day of February, 2025.

BY THE COURT:

James K. Bredar
United States District Judge