UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**Of**<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V DALI,<br><br>**And**<br><br>**SYNERGY MARINE PTE LTD,** as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Case No. 24-cv-941-JKB<br><br>*<u>IN ADMIRALTY</u>* |

**THE STATE OF MARYLAND'S MOTION FOR A LETTER OF REQUEST**

NOW INTO COURT, through undersigned counsel, comes the State of Maryland, by and through Anthony G. Brown, Attorney General of Maryland, on its own behalf and on behalf of all its agencies (the "State"); the Maryland Transportation Authority ("MDTA"), the Maryland Port Administration ("MPA"), and the Maryland Department of the Environment ("MDE") (collectively, "Claimants"), who respectfully request this Court issue the attached Letter of Request to allow the State to obtain relevant discovery from ZeroNorth A/S ("ZeroNorth").

ZeroNorth is a Danish company based at Amagerfælledvej 106, 2300 Copenhagen S, Denmark. In 2024, ZeroNorth acquired the company Alpha Ori Technologies ("Alpha Ori") and Alpha Ori's software product, SMARTShip. The M/V DALI had SMARTShip installed onboard. The owners and managers of the M/V DALI utilized SMARTShip to remotely monitor the vessel. The communications of the owners and managers of the M/V DALI with Alpha Ori and ZeroNorth

1

will be critical in establishing how SMARTShip was utilized onboard the M/V DALI and what information shoreside personnel chose to monitor.

The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, as adopted and implemented at 28 U.S.C. § 1781, authorizes this Court to request assistance from Danish judicial authorities in obtaining evidence from ZeroNorth.

Therefore, the State respectfully requests that the Court sign and issue the Letter of Request attached as Exhibit A in order to facilitate the collection of evidence from ZeroNorth. A certified Danish translation of the Letter of Request is included.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

Robert A. Scott (24613)
Howard R. Feldman (05991)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
(410) 576-6324

and

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG &
KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
(410) 584-2800

2

R. Keith Jarrett, T.A.*
David L. Reisman, T.A.*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com
(504) 581-7979

Scott S. Partridge*
Partridge LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Andrew W. Homer*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
ahomer@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
(212) 808-7800

3

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
mbyroade@kelleydrye.com
(202) 342-8400

Mark Lanier*
Alex Brown*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
(713) 659-5200

*Assistant Counsel to Claimants*

*Admitted pro hac vice*

# CERTIFICATE OF SERVICE

I CERTIFY that on this 18th day of February 2025, the foregoing was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this failing to all counsel of record.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward