## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| **I sagen om begæring**<br><br>**fra**<br><br>**GRACE OCEAN PRIVATE LIMITED,** som ejer af M/V DALI,<br><br>**og**<br><br>**SYNERGY MARINE PTE LTD,** som leder af M/V DALI,<br><br>om fritagelse fra eller begrænsning af ansvar | Sagsnr. JKB 24-cv-941<br><br>***SØRETLIG BEGÆRING***<br><br>Anmodning om international retshjælp i henhold til Haag-konventionen af 18. marts 1970 om udlevering af bevismateriale i udlandet i forbindelse med civile eller kommercielle sager |

### ANMODNINGSSKRIVELSE

*Anmodning om international retshjælp*

*I henhold til Haag-konventionen af 18. marts 1970 vedrørende*

*udlevering af bevismateriale i civile eller kommercielle sager*

Udstedt af The United States District Court,

District of Maryland

Hon. James K. Bredar

**TIL JUSTITSMINISTERIET I KONGERIGET DANMARK:**

The District of Maryland fremsender sine komplimenter til den relevante retsmyndighed hos det danske justitsministerium og anmoder om international retshjælp til at få udleveret kommunikation mellem Alpha Ori, ZeroNorth samt ejerne og operatørerne af M/V DALI vedrørende brugen af SMARTShip på M/V DALI.

Denne domstol anmoder om den bistand, der er beskrevet heri, i henhold til Haag-konventionen af 18. marts 1970 om udlevering af bevismateriale i udlandet i civile eller kommercielle sager, som vedtaget og gennemført i USA ved 28 U.S.C. § 1781, og i Kongeriget Danmark ved konventionen af 18. marts 1970 om udlevering af bevismateriale i udlandet i civile eller kommercielle sager. The District of Maryland er en kompetent domstol med behørig kompetence i denne sag og beføjelse til at kræve fremmøde af vidner og udlevering af dokumenter både inden for og uden for sin jurisdiktion.

Kommunikationen mellem Alpha Ori, ZeroNorth samt ejerne og operatørerne af M/V DALI vedrørende brugen af SMARTShip på M/V DALI er beregnet til brug i forbindelse med *sagen om begæring på vegne af GRACE OCEAN PRIVATE LIMITED, som ejer af M/V DALI, og SYNERGY MARINE PTE LTD, som leder af M/V DALI, om fritagelse fra eller begrænsning af ansvar*, sagsnr. JKB 24-cv-941, og vil efter denne domstols opfattelse være yderst relevant for de krav, der er fremsat mod de begærende parter vedrørende M/V DALI's ledelse og drift.

Denne anmodning fremsættes med den forståelse, at den på ingen måde vil kræve, at nogen personer begår eventuelle lovovertrædelser eller gennemgår en mere omfattende undersøgelse, end de ellers ville være underlagt, hvis retssagen blev gennemført i Danmark. I den behørige udøvelse af sin myndighed har denne domstol fastslået, at al kommunikation af enhver art mellem Alpha Ori og ZeroNorth med Grace Ocean Private Limited, Synergy Marine Pte Ltd og Maersk A/S vedrørende installation og drift af SMARTShip på M/V DALI skal sikres med intervention fra justitsministeriet.

### 1. Afsender

Hon. James K. Bredar
Distriktsdommer
United States District Court, District of Maryland
101 West Lombard Street
Chambers 5A
Baltimore, MD 21201
USA

### 2. Centralmyndigheden i den anmodede stat

Justitsministeriet
Afdeling for procesret
Slotsholmsgade 10
1216 KØBENHAVN K
Danmark

### 3. Person, som den behandlede anmodning skal returneres til

Margaret Fonshell Ward
Downs Ward Bender Herzog & Kintigh, P.A.
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
USA
Telefon: +1 443 589 3313
E-mail: MWard@downs-ward.com

**4. Specifikation af den dato, hvor den anmodende myndighed kræver modtagelse af svar på anmodningsskrivelsen**

30. marts 2025

**5. I OVERENSSTEMMELSE MED KONVENTIONENS ARTIKEL 3 FREMSENDER UNDERTEGNEDE ANSØGER FØLGENDE ANMODNING:**

**a. Anmodende retsmyndighed (artikel 3(a))**

United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD 21201
USA

**b. Til den kompetente myndighed (artikel 3(a))**

Justitsministeriet
Afdeling for procesret
Slotsholmsgade 10
1216 KØBENHAVN K
Danmark

**c. Sagens titel og identifikationsnummer**

*I sagen om begæring på vegne af GRACE OCEAN PRIVATE LIMITED, som ejer af M/V DALI, og SYNERGY MARINE PTE LTD, som leder af M/V DALI, om fritagelse fra eller begrænsning af ansvar*, sagsnr. JKB 24-cv-941, United States District Court, District of Maryland

**6. Navne og adresser på parterne og deres repræsentanter (herunder repræsentanter i den anmodende stat) (artikel 3(b))**

**a. Begærende parter**

Grace Ocean Private Limited
6 Shenton Way
#35-01 OUE Downtown Singapore, 068809
Singapore

**Repræsentanter**
Blank Rome LLP
William Bennett
1271 Avenue of the Americas
New York, NY 10020
Telefon: +1 212 885 5152

3

E-mail: william.bennett@blankrome.com

OG

Synergy Marine Pte Ltd
1 Kim Seng Promenade
#10-11/12 Great World City West Tower, Singapore, 237994
Singapore

**Repræsentanter**
Blank Rome LLP
William Bennett
1271 Avenue of the Americas
New York, NY 10020
Telefon: +1 212 885 5152
E-mail: william.bennett@blankrome.com

**b. Skadelidte**

The State of Maryland
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

**Repræsentanter**
Liskow & Lewis, APLC
David L. Reisman
701 Poydras Street
Suite 5000
New Orleans, LA 70139
USA
Telefon: +1 504 556 4016
E-mail: DReisman@liskow.com

OG

Downs Ward Bender Herzog & Kintigh, P.A.
Margaret Fonshell Ward
Executive Plaza III, Suite 400
11350 McCormick Road
Hunt Valley, Maryland 21031
USA
Telefon: +1 443 589 3313
E-mail: MWard@downs-ward.com

**c. Yderligere skadelidte**

4

1. Fornazor International, Inc
2. Hussain Ali Saeed AlDosariy
3. Timothy Mark Wilson (pro se)
4. Zim Integrated Shipping Services, LTD
5. MSC Mediterranean Shipping Company S.A.
6. NAJ Logistics Express, Inc. og Nejoum Al Jazeera Used Cars LLC
7. Wisconsin Spice, Inc.
8. JLJ International Holdings, LLC og Atlantic Specialty Insurance Company
9. ALTS USA, LLC og Atlantic Specialty Insurance Company
10. Skyline International Corporation og Atlantic Specialty Insurance Company
11. Mukesh Desai på vegne af R.M Metals, en division af R.M. Creations
12. Liberty Mutual Insurance Co
13. New York Marine og General Insurance Company og visse assurandører hos Lloyds i London, Axis Syndicate 1686
14. MSC Mediterranean Shipping Company S.A. og MSC Mediterranean Shipping Company Holding S.A.
15. Underwood Energy, Inc.
16. R.E. West, Inc.
17. R. Marine Motor Yacht Salg PTY LTD.
18. Captain C. Logistics LLC
19. International Trading Solutions, Inc
20. Penn Manufacturing Industries LLC
21. PMI ENG Exports Private TLD
22. PMI Global Technologies PVT LTD
23. Navision Shipping DK A/S
24. Consol Energy Inc.
25. Star Bulk (Singapore) PTE. LTD's
26. American Sugar Refining, Inc. og Florida Sugar & Molasses Exchange, Inc.
27. PMI ENG Exports Private TLD
28. PMI Global Technologies PVT LTD
29. Gerald Barney
30. Thomas Crawley
31. Ryan Hale
32. Tulani Hasan
33. Donny Jackson
34. Alonzo Key
35. Charles Peacock
36. Douglas Ramos
37. American Publishing, LLC
38. Karen Austin
39. Charles Austin, Jr.
40. Markel Syndicate Management Limited
41. Borgmester og byråd i Baltimore
42. Baltimore County
43. Damon Davis

44. Julio Cervantes Suarez og Marisel Hernandez Salgado
45. Ace American Insurance Company
46. Brawner Builders
47. State Farm Insurance Companies
48. Baltimore Gas and Electric Company
49. Zurich American Insurance Co
50. Ejendom tilhørende Carlos Daniel Hernandez Estrella
51. Ejendom tilhørende Alejandro Hernandez Fuente
52. Ejendom tilhørende Miguel Angel Luna
53. Ejendom tilhørende Dorlian Ronial Castillo Cabrera
54. Ejendom tilhørende Maynor Suazo Sandoval
55. Ejendom tilhørende Jose Mynor Lopez

**7.**
**a. Begæringens karakter (artikel 3(c))**

Begæring om skibsejers begrænsede erstatningsansvar indgivet af ejerne og lederne af M/V DALI i forbindelse med krav opstået som følge af skibets kollision med og ødelæggelse af Francis Scott Key Bridge i Baltimore, Maryland.

**b. Opsummering af klage**

Efter M/V DALI kolliderede med Francis Scott Key Bridge i Baltimore, Maryland, den 26. marts 2024 indgav skibets ejere og ledere denne begæring om ansvarsbegrænsning og hævdede, at de skulle være berettiget til at begrænse deres erstatningsansvar til værdien af M/V DALI efter havariet.

**c. Opsummering af forsvar og modkrav**

The State of Maryland har sammen med flere andre skadelidte rejst krav i det samstemmende søgsmål, der blev statueret ved begæringen om ansvarsbegrænsning. The State of Maryland og andre skadelidte hævder også, at fordi den forsømmelighed og de usødygtige tilstande, der førte til kollisionen, lå indenfor M/V DALI ejeres og lederes forpligtelse og kendskab, bør ingen af de begærende parter være berettiget til at begrænse sit ansvar.

**8.**
**a. Dokumentation, der skal udleveres, eller anden retslig handling, der skal udføres (artikel 3(d))**

Al kommunikation af enhver art mellem Alpha Ori og ZeroNorth med Grace Ocean Private Limited, Synergy Marine Pte Ltd og Maersk A/S vedrørende installation og drift af SMARTShip på M/V DALI.

**b. Formål med bevismaterialet eller den retslige handling, der ansøges om**

6

Det anmodede bevismateriale vil hjælpe med at fastslå funktionaliteten af SMARTShip ombord på M/V DALI, eventuelle problemer med driften af SMARTShip på M/V DALI, og hvilke operationelle ændringer ejerne og operatørerne af M/V DALI valgte at anvende.

### 9. Identitet og adresse på alle personer, der skal undersøges (artikel 3(e))

ZeroNorth A/S
Amagerfælledvej 106
2300 København S
Danmark

### 10. Spørgsmål, der skal stilles til de personer, der skal undersøges, eller erklæring vedrørende det emne, de skal undersøges for (artikel 3(f))

Ikke relevant

### 11. Dokumenter eller anden ejendom, der skal inspiceres (artikel 3(g))

1. Al kommunikation af enhver art mellem Alpha Ori og ZeroNorth med Grace Ocean Private Limited, Synergy Marine Pte Ltd og Maersk A/S vedrørende installation og drift af SMARTShip på M/V DALI.
2. Alle serviceanmodninger eller -rapporter, reparationsrapporter eller vedligeholdelsesrapporter, der på nogen måde vedrører SMARTShip, og som er i Alpha Ori's eller ZeroNorth's besiddelse.

### 12. Ethvert krav om, at bevismaterialet skal udleveres under edsansvar eller bekræftelse og ethvert særligt format, der skal anvendes (artikel 3(h))

Ikke relevant

### 13. Særlige metoder eller procedurer, der skal følges (artikel 3(i) og 9)

Ikke relevant

### 14. Anmodning om underretning om tidspunkt og sted for efterkommelse af anmodningen samt identitet og adresse på enhver person, der skal underrettes (artikel 7)

Underret venligst følgende rådgiver vedrørende tidspunkt og sted for efterkommelse af anmodningen:

Liskow & Lewis, APLC
David L. Reisman
701 Poydras Street
Suite 5000
New Orleans, LA 70139
USA

Telefon: +1 504 556 4016
E-mail: DReisman@liskow.com

**15. Anmodning om fremmøde eller deltagelse af retsligt personale fra den anmodende myndighed ved efterkommelsen af anmodningen (artikel 8)**

Der anmodes ikke om deltagelse af retsligt personale.

**16. Specifikation af ret eller pligt til at nægte at udlevere bevismateriale i henhold til lovgivningen i oprindelsesstaten (artikel 11(b))**

Ikke relevant

**17. De påløbne gebyrer og omkostninger, der kan refunderes i henhold til artikel 14, stk. 2, eller i henhold til konventionens artikel 26, vil blive afholdt af**

The State of Maryland

**18. Dato for anmodning**

**Dateret:** _____          _____

                                              **Honorable Timothy J. Sullivan**

                                              **United States Magistrate Judge**



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Jacqueline Yorke, hereby certify that the document "**Letter of Request for ZeroNorth(6584192.1)**" is, to the best of my knowledge and belief, a true and accurate translation from English into Danish.

Jacqueline Yorke

Sworn to before me this
February 10, 2025

Signature, Notary Public

WENDY POON
Notary Public - State of New York
No. 01PO0000184
Qualified in Queens County
My Commission Expires February 02, 20 27

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001 | T 212.400.8840 | F 212.689.1059 | WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE