IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED,** *et al.*, **for Exoneration from or Limitation of Liability** | * * * * | Civil No. JKB-24-0941  *IN ADMIRALTY* |

\* \* \* \* \* \*

## ORDER

For the reasons stated in the State of Maryland's Motion for a Letter of Request ("Motion") (ECF No. 483), the Motion is **GRANTED**. The Court has signed the proposed Letter of Request and a copy will be filed on CM/ECF. The Court modified the second page of the Letter of Request to reflect that the undersigned is a United States Magistrate Judge with chambers in Greenbelt, Maryland. The movants are responsible for ensuring that the Letter of Request is properly transmitted to the Ministry of Justice of the Kingdom of Denmark.

<u>February 27, 2025</u>　　　　　　　　　　　　　<u>　　　/s/　　　　　　　　　　</u>
Date　　　　　　　　　　　　　　　　　　　　　Timothy J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge