IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED,** *et al.*, **for Exoneration from or Limitation of Liability** | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

### ORDER

Petitioners have filed an Objection and Appeal to the Magistrate Judge's Memorandum and Order dated February 26, 2025, which directs Petitioners to make certain witnesses available for deposition in the District of Maryland (ECF No. 489). (ECF No. 492.) Under Federal Rule of Civil Procedure 72(a), "[t]he district judge in the case must consider timely objections and modify or set aside any part of the [magistrate judge's] order that is clearly erroneous or is contrary to law." The Court will set a briefing schedule on the Objection and Appeal.

Accordingly, it is ORDERED that:

1. Claimants SHALL FILE any Response to the Objection and Appeal on or before Friday, March 21, 2025.

2. Petitioners SHALL FILE any Reply on or before Tuesday, March 25, 2025.

DATED this 14th day of March, 2025.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge