| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| **SHIP MANAGEMENT TEAM** | Date | : | 02-Feb-24 |
| | Page | : | 1 of 15 |

**2B.1  MARINE MANAGER**

Substitute : Marine Manager

Reports To: DOC HEAD

Asst. Marine manager shall be responsible for the following on board vessels that are under his supervision.

Ensuring that the requirements of the ISM Code are implemented and maintained. Ensure efficient and safe working of the vessels through the respective Marine Superintendents.

Responsible to DOC Head for functions pertaining to DPA in case appointed as DPA / Alternate DPA

Ensure the Quality Systems are effective by supporting the Superintendents to oversee the day-to-day operation and apprise Fleet Manager of important aspects on ships, potential problems, and the remedies.

Drive the Management's initiative to achieve safety and environmental excellence by implementing, monitoring, and reviewing the company campaigns initiated by QHSE Manager.

Monitor the weather and provide timely advice to the vessel through the superintendent.

Liaise with QHSE team for arranging Pre vetting audits if required. Provide attendance of Marine Supdt to the vessel for SIRE inspection if required. Arrange for any Third Party Audits as required.

Ensure all incidents, detentions and major Near misses are effectively investigated and learnings shared among the fleet. Encourage trending of Observations noted during third party investigations to identify areas of improvement.

Monitor and supervise through Superintendents, the navigation and cargo operations and review and continuously improve procedures for these.
Ensure that all commercial related activities with respect to charterers, brokers and Vessel is taken care of efficiently and professionally. Through Marine Superintendents provide advice to the vessel in matters relating to Charter Party and their compliance.

Provide assistance through Marine Superintendents in all matters relating to safe navigation of the vessel.  Important matters relating to the insurance i.e. Entry and Exit of Exclusion zone will be monitored.

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 2 of 15

OFFICE PROCEDURE MANUAL

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

Through the Marine Superintendent monitor the vessel's stability and advise the vessel on stability issues.

Maintain relationships with the regulatory and enforcement authorities, representative industry bodies and organisations with regard to Safety, Quality and Environmental matters and ship owners / charterers.

Monitor the review of the navigation practices and procedures on board conducted by the

Marine Superintendent and ensure that required support is provided to vessels to close out the deficiencies.

Oversee the processing and follow up of Master's Review Reports, Safety Committee Meeting Reports, Internal and External Inspection Reports and Incident Reports

Co-ordinate emergency medical cases with CIRM and Company Doctor.

Review and approve plans for hot work in enclosed spaces.

Provide manning agency / division, minimum vessel specific selection criteria.

Liaise with Owners for the approval of Senior Deck Officer's and Engineer's.

Review existing manning levels on board and coordinate with vessel for addition or reduction in requirement. Ensure Crew Matrix compliance through Crewing services. Approve Promotions of Senior Officers.

Liaise with P&I for potential Claims. Liaise with the Insurance and QHSE where potential claims are anticipated and advice vessel accordingly.

Ensure all reports pertaining to Oil Majors, Owners, charterers, Class, Port state and Flag State are timely and as required sent.

For new take-over or hand over of vessel liaise with QHSE team for MOC and preparing the Risk assessment. Follow up with the take-over / hand over procedures till all issues pertaining to the take-over / hand over are resolved. Identify and implement process for areas of improvement feedback received from customers and suppliers.

Carry out all periodic reviews and close out divisional audit findings.

Review Cargo and Navigation Procedures and provide input for improvement of the system.

Provide input to company management review.

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 3 of 15

OFFICE PROCEDURE MANUAL

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

Monitor the review of the navigation practices and procedures on board conducted by the Marine Superintendent and ensure that required support is provided to vessels to close out the deficiencies.

Oversee the processing and follow up of Master's Review Reports, Safety Committee Meeting Reports, Internal and External Inspection Reports, Incident Reports and LARP reports. Send vessel specific and group specific safety information to vessels. Prepare the analysis of accidents, incidents and hazardous occurrences.

Promote and review the changes to the Company Policy, Objectives and Targets and the continual Risk Assessment of all areas.

Coordinate, allocate leaders and monitor the incident investigation and follow up any incidents or emergencies, liaising with the Divisional Heads as required.

Shall closely liaise with the QHSE Manager to ensure that the lessons learnt from incidents and inspections are sufficiently promulgated and action plan is developed to prevent recurrence.

Ensure Management of change process is utilized effectively to manage change on board the vessels.

### 2B.2    FLEET MANAGER/TECHNICAL MANAGER

Substitute: Fleet Manager (Other Fleet)

Reports To:  DOC HEAD

Responsibilities:

Responsible for Quality and maintenance standards of vessels in the assigned fleet group, in order to achieve the quality standards set by the company and compliance of class, regulatory and audit requirements.

Ensure efficient and safe working of the vessels through the respective Technical Superintendents. Responsible for Implementing prescribed safety and environmental standards including best practices and lessons learnt to achieve long term improvement towards safety and environmental excellence.

Developing & implementing plans that include effective strategies for continual improvement of performance. Assign technical divisional KPIs and individual KPIs (for staff in Technical division) based on the company's overall KPIs and targets.

Apprise DOC Head of important aspects on ships, potential problems and the remedies.

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

Supervise preparation of operating budgets including details for maintenance, repairs, drydocking, surveys, lube oils, stores & spares and optimize costs on all above by monitoring consumption, especially on high cost items.

Review budgets from Superintendents and provide financial and technical feedback to the owner under the Supervision of the DOC head. Submit unforeseen expenses with reasons to the Head of Technical Team.

Monitor performance through the Technical Superintendents and ensure optimum level of maintenance of ships while respecting the policy of the owner.

Monitor fuel oil/lube oil consumption on vessels through the Technical Supdt and raise any concerns noted to the Energy Manager.

Suggest proactive measures such as retrofits/modifications/application of high-performance hull coating during drydocking to owners to improve energy performance of vessel.

Coordinate Technical Superintendent's visits to ships, targeting the right balance between sufficient time in office; sufficient visits on board in port & short sea passage.

Status of superintendent's inspection to be reviewed in the first week of every month in the meetings.

Retain, as much as feasible, at least two Technical Superintendent in the office.

Ensuring that all services in Fleet management are delivered through the required competence, prescribed procedures and effective processes.

Ensure that the required technical standards and necessary technical support from office are maintained.

Keeping next level of management & owner informed about status of vessel, and any foreseeable major expense or change in status of vessel, which can interfere with trading/profitability, directly or indirectly.

Assist and supervise the planning and execution of major repairs/dry dockings for all vessels within his fleet. Review the list of jobs and budget required for the drydock and present the same to owners for approval. Give feedback to Management in form of suggestions for continuously improving / streamlining procedures in office and on board.

Keep an updated data base for major suppliers and contractors with brief notes on their performance as required.

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 5 of 15

**OFFICE PROCEDURE MANUAL**

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

If the lab analysis indicates that the sulphur content in LSFO is greater than requirednorms then the fleet manager in consultation with the owners and charterers shall guide the vessel through the technical superintendent.

Assist Marine Manager and approve senior officers who are to be employed on boardvessels for their respective fleet.

Review and approve proposed plan for hot work.

Participate in the investigation of Accidents, Injuries, disciplinary cases on board ships asrequired.

Ensure that complaints regarding quality of spares or stores, supplied on board areinvestigated thoroughly.

Ensure vessel inspection plan is prepared and maintained.

Measuring overall Fleet Performance and apprise clients about performance of vessels.

Reporting of Contingencies to Directors and ensuring that the directions of TopManagement are passed to team members.

Engagement in crew recruitment process by participating in panel interview.

### 2B.3  MARINE MANAGER/DPA

Substitute: Marine Manager (other fleets)
Reports To: DOC HEAD
 Each Marine manager shall be responsible for the following on board vessels that are under his supervision; Ensuring that the requirements of the ISM Code are implemented and maintained.
Ensure efficient and safe working of the vessels through the respective Marine Superintendents.

Responsible to DOC Head for functions pertaining to DPA in case appointed as DPA / Alternate DPA Ensure the Quality Systems are effective by supporting the Superintendents to oversee the day-to-day operation and apprise Fleet Manager of important aspects on ships, potential problems and the remedies.

Drive the Management's initiative to achieve safety and environmental excellence by

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 6 of 15

OFFICE PROCEDURE MANUAL

| CHAPTER – 2B<br>SHIP MANAGEMENT TEAM | Rev No. | : | 1 |
|---|---|---|---|
| | Date | : | 02-Feb-24 |
| | Page | : | 2 of 15 |

implementing, monitoring and reviewing the company campaigns initiated by QHSE Manager. Monitor the weather and provide timely advice to the vessel through the superintendent. Liaise with QHSE team for arranging Pre vetting audits if required.

Provide attendance of Marine Supt to the vessel for SIRE inspection if required. Arrange for any Third Party Audits as required. Ensure all incidents, detentions and major Near misses are effectively investigated and learnings shared among the fleet.
Encourage trending of Observations noted during third party investigations to identify areas of improvement.

Monitor and supervise through Superintendents, the navigation and cargo operations and review and continuously improve procedures for these.

Ensure that all commercial related activities with respect to charterers, brokers and Vessel is taken care of efficiently and professionally.

Through Marine Superintendents provide advice to the vessel in matters relating to Charter Party and their compliance.

Provide assistance through Marine Superintendents in all matters relating to safe navigation of the vessel.
Important matters relating to the insurance i.e. Entry and Exit of Exclusion zone will be monitored.
Through the Marine Superintendent monitor the vessel's stability and advise the vessel on stability issues.
Maintain relationships with the regulatory and enforcement authorities, representative industry bodies and organizations with regard to Safety, Quality and Environmental matters and ship owners / charterers.

Monitor the review of the navigation practices and procedures on board conducted by the Marine Superintendent and ensure that required support is provided to vessels to close out the deficiencies.
Oversee the processing and follow up of Master's Review Reports, Safety Committee Meeting Reports, Internal and External Inspection Reports and Incident Reports Co-ordinate emergency

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 7 of 15

**OFFICE PROCEDURE MANUAL**

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

medical cases with CIRM and Company Doctor.

Review and approve plans for hot work in enclosed spaces. Provide manning agency / division, minimum vessel specific selection criteria. Liaise with Owners for the approval of Senior Deck Officer's and Engineer's.

Review existing manning levels on board and coordinate with vessel for addition or reduction in requirement.

Ensure Crew Matrix compliance through Crewing services. Approve Promotions of Senior Officers.
Liaise with P&I for potential Claims. Liaise with the Insurance and QHSE where potential claims are anticipated and advice vessel accordingly.

Ensure all reports pertaining to Oil Majors, Owners, charterers, Class, Port state and Flag State are timely and as required sent.
For new take-over or hand over of vessel liaise with QHSE team for MOC and preparing the Risk assessment.

Follow up with the take-over / hand over procedures till all issues pertaining to the take-over / hand over are resolved.
Identify and implement process for areas of improvement feedback received from customers and suppliers.

Carry out all periodic reviews and close out divisional audit findings. Review Cargo and Navigation Procedures and provide input for improvement of the system.

Provide input to company management review

Monitor the review of the navigation practices and procedures on board conducted by the Marine Superintendent and ensure that required support is provided to vessels to close out the deficiencies.

Oversee the processing and follow up of Master's Review Reports, Safety Committee Meeting Reports, Internal and External Inspection Reports, Incident Reports and LARP

Case 1:24-cv-00941-JKB  Document 496-1  Filed 03/21/25  Page 8 of 15

**OFFICE PROCEDURE MANUAL**

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

reports. Send vessel specific and group specific safety information to vessels.

Prepare the analysis of accidents, incidents and hazardous occurrences. Promote and review the changes to the Company Policy, Objectives and Targets and the continual Risk Assessment of all areas.

Coordinate, allocate leaders and monitor the incident investigation and follow up any incidents or emergencies, liaising with the Divisional Heads as required.
Shall closely liaise with the QHSE Manager to ensure that the lessons learnt from incidents and inspections are sufficiently promulgated and action plan is developed to prevent recurrence.

Ensure Management of change process is utilized effectively to

manage change on board the vessels.

## 2B.4   MARINE SUPERINTENDENT - SHIP MANAGEMENT TEAM

This role also applies to Assistant Marine Manager, Senior Marine Superintendent andAssistant Marine Superintendent of Ship Management Team. Depending on the role ofentry in the organization, the employee shall be groomed to take roles in hierarchical order of of Assistant Marine Superintendent, Marine Superintendent, Senior Marine Superintendent, Assistant Marine Manager in line with company policy.

Reports To: Marine Manager

Responsible to Doc head Team for functions pertaining to DPA in case appointed as DPA / Alternate DPA

Responsible to Doc head Team for functions pertaining to CSO in case appointed as CSO / Alternate CSO

Responsible to Marine Manager for audits, reviews, and training.

Responsible to Marine Managers for functions pertaining to operations of

the vesselResponsibilities:

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 9 of 15

**OFFICE PROCEDURE MANUAL**

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

Monitor the operations of the vessels assigned and provide necessary support such as providing weather warnings, port information, security information and cargo information.

Contingency Assistance to vessel at all times.

Advise vessel in matters relating to Charter Party and their compliance.

Review the navigation practices and procedures on board to ensure highest navigation standards are maintained by closely monitoring the vessels passage, conducting / arranging navigation audits, reviewing the passage plans and avoiding distraction to bridge team during critical passages

Any vessel transiting the special areas as defined in navigation manual is to be tracked by the Marine Superintendents and suitably guided if necessary.

Ensure that the HVPQ, Q88, SIS3, Equasis, Baltic99 are kept up to date.

Continuous examination of navigational, communication, cargo and ship handling developments and submitting recommendations.

Review the cargo / ballast plans, stowage plans sent by the vessel and provide necessary inputs.

Monitors the position of vessels. Identifies areas of potential trouble and advices vessel of the same.

Monitor vessels speed and consumption performance and advise Technical Manager when actual performance differ from charter party performance.

Assist the vessel EMT when required to optimize the fuel oil consumptions as an input to passage planning.

Conduct audits of vessels / office divisions as arranged by the Marine Manager.

Review Safety Committee Meeting Reports, Incident Reports, LARP Cards and Inspection / audit reports from the assigned vessels.

Review the risk assessments from the assigned vessels and provide feedback to vessels for further improvement.

To ensure that the quality of risk assessment is maintained, the superintendents (SMT) should call for and carry out random review of the risk assessments made by their respective vessels. The daily work planner received from vessels may be used for identifying critical tasks and where risk assessment needs to be prepared.

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 10 of 15

**OFFICE PROCEDURE MANUAL**

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

To maintain overview on lifeboat waterborne testing operations and correct restoring of lifeboats. The office assurance shall be done by ways such as reviewing the risk

assessments; discussing the process of lifeboat operations with ship staff; assessment by means of pictures; ready access to lifeboat manuals etc. The guidelines can be found in Internal Memo '09-2020-Lifeboat Hook Settings'.
Participate and provide inputs to company's Management reviews.

Maintain and update knowledge with respect to legislative requirements, codes of practice and quality standards.

Review Hot Work Permits.

Carry out MOC process as required.

Assist vessel in closing all NC's/Observations, PSC/FSI findings, Vetting Observations and other third-party inspections.

Conduct investigation and follow up of any incidents or emergencies as assigned by the Marine Manager. Incident investigation and report writing for accidents, damages and injury as defined in Ship Management Manual. Assisting QHSE in incident investigation of critical and catastrophic incidents.

In case of any findings from third party or as a result of incidents the Marine superintendent shall review the corrective action plan proposed by the vessel and finalize the plan. He shall forward the corrective actions to the concerned parties for further action.

Shall closely coordinate with the QHSE team to circulate the lessons learnt to all vessels when necessary.

Provide support to training requirements by conducting training to sea staff as assigned by the Marine Manger.

Ensure proper handing over taking over of Master and Chief Officer onboard by obtaining handing over notes of outgoing officer at least one week before the planned sign off and review it outstanding defects onboard and its reporting in Shippalm. Upload the handing over notes in Crew Briefing Module. Conduct a telephonic 'handing over call' with the outgoing and incoming officers to discuss the outstanding defects. Record the 'handing over call' in the respective handing over form in 'additional information section' or electronically in Crew Briefing Module as applicable.

Carry out appraisal of master and chief engineer for his respective vessel.

Case 1:24-cv-00941-JKB    Document 496-1    Filed 03/21/25    Page 11 of 15

**OFFICE PROCEDURE MANUAL**

| | | |
|---|---|---|
| **CHAPTER – 2B** | Rev No. : | 1 |
| **SHIP MANAGEMENT TEAM** | Date : | 02-Feb-24 |
| | Page : | 2 of 15 |

**2B.5    TECHNICAL SUPERINTENDENT – SHIP MANAGEMENT TEAM**

This role also applies to Assistant Manager-Technical, Senior Technical Superintendent and Assistant Technical Superintendent of Ship Management Team. Depending on the role of entry in the organization, the employee shall be groomed to take roles in hierarchical order of Assistant Technical Superintendent, Technical Superintendent, Senior Technical Superintendent, Assistant Manager-Technical in line with company policy.

Reports To: Fleet Manager

**Responsibilities:**

Evaluate ship operations, particularly with respect to safety and overall reliability of the plant. Monitor ships performance in relation to consumption of fuel oil, gas oil and lube oil. Understand reason for variations and take corrective action. Monitor vessel performance by reviewing various machinery performance reports:

Operation of allocated ships, ensuring that realistic budgets are set and controlling ship expenditure.

Main Engine Fuel Consumption and Parameters, Vessel Speed and effect of Weather

Aux Engine Fuel consumption and parameters

Lube oil consumption in general and Main Engine System, Cylinder and Aux Engine system consumption in particular.

Assist the vessel EMT by monitoring the vessel fuel oil / lube oil daily consumptions (Energy Performance Indicators) and providing feedback on deviation from Energy Baselines to Fleet Manager/Technical Manager.

Ensure vessel has sufficient bunkers and lubes for the intended voyage. Consideration shall be given to the required quantities of Low sulphur fuel when trading in areas requiring these. Monitor the weekly bunker report as sent by the vessels and advice if required. Review the bunker plan and RA sent by the vessels and guide them accordingly. Monitor the fuel analysis and lube oil analysis reports as received by vessels and guide them accordingly [Refer IM 18-2020 for guidance]. Closely monitor the analysis report and in the event the sulphur content turns out to be more than the require norms then he should immediately alert the fleet manager and a prepare a risk assessment.Carry out MOC process as required.

Prepare Pre-Deliver Budget for New takeover vessels. Maintain a take-over file.
Arrange Pre delivery stores, spares, and services. Arrange Ism and ISPS external

Case 1:24-cv-00941-JKB  Document 496-1  Filed 03/21/25  Page 12 of 15

OFFICE PROCEDURE MANUAL

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

audits.Ensure all flag state documentation is completed. Company procedures are implemented on board. After any new take-over of vessel in our fleet, arrange to receive all manuals of the vessel. All manuals are to be stored properly and soft copies of the manuals are made and stored in the database. Prepare the database for the vessels Planned maintenance system in line with the makers, companies and statutory requirements. Liaise with the IT division for installation of the PMS system onboard.

Monitor monthly the Survey cycles, Statutory survey requirements and attend to important surveys physically on board. In liaison with survey coordinator plan forward regular and special surveys/repairs - keeping in view that maximum benefits in time & costs are to be obtained for each vessel. Ensure that any COC is handled as soon as feasible. Extensions if required for any COC to be taken before the due date. Ensure that the vessel certificates are valid as required and updated in the ship palm.

Check PMS update has been received from vessels on monthly basis and review the PMS schedules. The Technical superintendent shall send a mail to vessels with his comments after the review of PMS monthly. He shall maintain a check on the overdue items and reasons for same.

Ensure vessel inspection is carried out at least once in 6 months. Prepare vessel inspection summary reports within 10 days of vessel inspection.

Check and update on the Pending defect list from Superintendents Inspections, Audit observations, HMX reports, PSC deficiencies and Vetting observations. All items are to be handled in an efficient manner with a reasonable or stipulated time span. The Technical Superintendent shall ensure that immediate steps are taken to rectify the defects noted during the PSC inspection.

Report breakdowns / defects to owners in consultation with the fleet manager and if required request for non-Budget funds to rectify the defects. Written records of owners approval must be maintained for non-budget items including HMX.

Fully conversant with Company Regulations, International and National Statutory requirements and, so far as possible, developments that relate to the marine industry. Ensure allocated ships are kept informed and fully up to date.

Approve and Monitor purchase and Supply of spares, stores, lubes etc. Check all bills for repair / lube oil  / spares / stores and keep verification of same through shipboard record of supplies/consumption. Maintain current data on costs obtained from various sources. Guide purchase department in selecting suitable vendor for obtaining the quotes received from vessel.

| | | |
|---|---|---|
| **CHAPTER – 2B** | Rev No. : | 1 |
| **SHIP MANAGEMENT TEAM** | Date : | 02-Feb-24 |
| | Page : | 2 of 15 |

Ensure spare gear stock levels are maintained to the correct level and that regular purchasing is undertaken as required. Ensure that all critical spare parts are supplied to the vessel at the earliest.

Ensure budget for stores is maintained. Stores include L.O supply, LSA /FFA items, paints, Chemicals, Wires, lashing materials, Mooring ropes, medical supply, Charts and publications etc. Ensure consolidation of stores and supply at convenient logistic port

Prepare a comprehensive dry-dock specification, supervise and ensure all work is completed to a satisfactory standard, within the agreed time limit and budget. This shall be in done in liaison with the Dry dock coordinator

Monitor ship's certification and arrange for necessary Classification Surveyors to attend the vessels as and when required. This shall be done in liaison with the survey coordinator.

Prepare a quarterly report for each vessel under the respective SI, giving overview of the budget, vessel performance, any off hire, external/internal inspections; any injury/near miss in the said quarter.

Identify, track and close defects or deficiencies identified during ship inspections and audits (Internal and external).

Assist ship's staff in assessing operational risks as necessary.

Monitor and report on fleet personnel, with emphasis on the senior staff positions, ensuring manning standards are maintained and identifying suitable candidates for future promotion.

Check/control additional overtime of staff on board. Overtime costs to be consistent with output achieved and if appropriate give approval for additional overtime instructions to vessels.

Monitor the monthly consumption of stores spares and lubes and guide vessels accordingly.

Process vessel requisitions, request quotations and place orders in accordance with the Company's procedures and authority levels.

Review hot work plans.

Ensure proper handing over taking over of Chief Engineer and Second Engineer onboard by obtaining handing over notes of outgoing officer at least one week before the planned sign off and review it outstanding defects onboard and its reporting in Shippalm. Upload the handing over notes in Crew Briefing Module. Conduct a

Case 1:24-cv-00941-JKB   Document 496-1   Filed 03/21/25   Page 14 of 15

**OFFICE PROCEDURE MANUAL**

| | | | |
|---|---|---|---|
| **CHAPTER – 2B** | Rev No. | : | 1 |
| | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

telephonic 'handing over call' with the outgoing and incoming officers to discuss the outstanding defects. Record the 'handing over call' in the respective handing over form in 'additional information section' or electronically in Crew Briefing Module as applicable.

Carry out appraisal of master and chief engineer for his respective vessel.

Assist with incident investigation when assigned to do so.

Assist fleet manager in preparing the budgets for the vessels under him.

### 2B.6   EXECUTIVE – MARINE - SMT

This role applies to office assistant, junior executive, executive, senior executive and Assistant Manager of Marine SMT. Depending on the role of entry in the organization, the employee shall be groomed to take roles in hierarchical order up to Assistant Manager in line with company policy

Reports To: Marine Superintendent

Responsibilities:

Maintain and control the Division filing system.

Maintain and control "Controlled and uncontrolled" documentation to and from vessels.

Follow up with vessels pertaining to all QHSE and operational matters and update Marine superintendent

Assisting Marine Superintendents in:

Arranging for external audits

Reviewing various QHSE related documents received from the vessel

Monitoring vessels speed and consumption performance

Update SIRE, VIQ, Q 88

Follow up of vessel monitoring system

Responsible for ensuring that the Master's send the completed risk assessments every month and for storing them for future reviews.

|  | Rev No. | : | 1 |
|---|---|---|---|
| **CHAPTER – 2B** | Date | : | 02-Feb-24 |
| **SHIP MANAGEMENT TEAM** | Page | : | 2 of 15 |

Responsible for maintaining records and for ensuring that the vessel sends confirmation mail when the hot work is completed.

Follow up of Charterparties and commercial activities.

Assist Superintendents with the production of vessel technical, operational, running cost and performance tracking functions.

Assist with the production of vessel and client reports.

Carry out research and investigations into project matters as directed by the Superintendent / Manager.

Assist other superintendents as required.