# SYNERGY MARINE PTE LTD – GOPL FLEET



**Mr. Ajay Chaudhry**
CO-CEO – Dry Fleet
ajay@synergymarine.sg
+65 81273662



**Capt. Ajith Kumar P**
Managing Director
ajith@synergymarine.sg
+65 91802676



**Mr. Balaji V**
Fleet Manager
balaji.v@synergymarine.sg
+65 91771397



**Capt. Ravi Sekhar B V**
Marine Manager
ravisekhar.b@synergymarine.sg
+91 7358126518



**Mr. Rajesh Inigo**
QHSE Manager
inigo@synergymarine.sg
+91 9840642199



**Mr. R Karthik Nair**
Sr. Technical Superintendent
karthiknair.r@synergymarine.sg
+91 9003230252



**Mr. Narayanan K**
Manager Procurement
narayanan.k@synergymarine.sg
+91 9176259041



**Capt. Navdeep Singh Bhalla**
Sr. Marine Superintendent
navdeep.b@synergymarine.sg
+ 91 9600072352



**Mr. Vishal C Prabhu**
QHSE Technical Superintendent
vishal.c@synergymarine.sg
+91 9150638881



**Mr. Balaji V**
Fleet Manager
balaji.v@synergymarine.sg
+65 91771397



**Mr. Vijayachandran S**
Asst. Manager Procurement
vijayachandran.s@synergymarine.sg
+91 9150083581



**Capt. Melroy Dsouza**
Marine Superintendent
melroy.d@synergymarine.sg
+91 7550181110



**Ms. Shirin Hussein**
Asst. Manager - QHSE Support
shirin@synergymarine.sg
+65 90046235



Synergy Marine Pte Ltd. 1, Kim Seng Promenade, #10-11/12, West Tower, Great World City, Singapore – 237994.