UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager Of the M/V DALI,<br><br>For Exoneration from or Limitation of Liability | Civil Action No. 1:24 cv. 00941 - JKB |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), claimant NAVISION SHIPPING DK A/S f/k/a NAVISION SHIPPING A/S ("Navision Shipping"), by and through its undersigned counsel, hereby gives notice that its claim in the above-captioned matter is voluntarily dismissed, without prejudice, against defendants GRACE OCEAN PRIVATE LIMITED as owner and SYNERGY MARINE PTE LTD as manager of the M/V DALI.

Date: March 26, 2025
     Baltimore, Maryland

                                  Respectfully submitted,

                                  */s/ David McI. Williams*
                                  David McI. Williams (Bar # 00357)
                                  Ashley L. Ensor (Bar # 19902)
                                  GORMAN & WILLIAMS
                                  36 South Charles Street, Suite 900
                                  Baltimore, MD 21201
                                  Tel.:   (410) 528-0600
                                  Fax:   (410) 528-0602
                                  Email: dmwilliams@gw-law.com
                                                  aensor@gw-law.com

                                  *and*

/s/ *Robert E. O'Connor*
Robert E. O'Connor (*of counsel*)
Alfred J. Kuffler (*of counsel*)
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
437 Madison Avenue
New York, New York 10022
Tel.:    (212) 867-9500
Email: roconnor@mmwr.com
           akuffler@mmwr.com

*Attorneys for Navision Shipping DK A/S*
*f/k/a Navision Shipping A/S*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 26th day of March 2025, the foregoing was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

*/s/ David McI. Williams*
David McI. Williams