IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|   |   |   |
|---|---|---|
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * * * * | Civil No. JKB-24-0941  *IN ADMIRALTY* |

\* \* \* \* \* \*

## ORDER

This case was referred to me for discovery. ECF No. 477. In light of the Memorandum and Order issued by Judge Bredar on April 15, 2025 (ECF No. 500), the parties are **ORDERED** as follows:

1. The parties shall meet and confer to discuss the implications of Judge Bredar's Order on the question of where the witnesses at issue in the Order should be deposed. The parties shall make reasonable efforts to resolve their differences so that the depositions may be taken without further judicial intervention. *See* Loc. R. 104.7.

2. The parties shall file a joint status report by April 23, 2025, stating whether they have reached an agreement on the deposition of the witnesses. If the parties have not reached an agreement, the parties shall state their respective positions as to how the undersigned should proceed. If the parties believe further briefing is necessary, they should propose an expedited briefing schedule.

<u>April 16, 2025</u>　　　　　　　　　　　　　　　　　　<u>　　　　/s/　　　　　　　　　　</u>
Date　　　　　　　　　　　　　　　　　　　　　　　　Timothy J. Sullivan
　　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge