UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

**JOINT STATUS REPORT CONCERNING DEPOSITION LOGISTICS**

Petitioners and Claimants (hereinafter collectively the "Parties"), through undersigned counsel, submit this Joint Status Report in response to this Court's Order dated April 16, 2025 (ECF No. 503).

**Deposition Location**

Heretofore, the Parties have disagreed on the location at which the Petitioners' shore-based employees must appear for deposition. The disagreement has been the subject of extensive briefing and two court orders (ECF Nos. 489 and 500). However, following the suggestions of Judge Bredar (ECF No. 500 at 6) and Magistrate Judge Sullivan (ECF No. 503 at 1), the Parties have reached an agreement concerning the disputed witnesses. The agreement is set out in the table below:

Concerning the depositions of the individuals who were identified by name in the Claimants' motion:

| Witness | Location | Anticipated Timing |
|---|---|---|
| Balaji V. | London | June |
| Capt. Ravi Sekhar BV | London | June |
| Vishal C. Prabhu | London | June |
| Capt. Melroy D'Souza | London | June |
| Rajesh Inigo K. | London | June |
| R. Karthik Nair | London | June |

Concerning the depositions of the former crew members of the DALI who were expatriated from the United States after the allision:

| Witness | Location | Anticipated Timing |
|---|---|---|
| Babu Alan | London | May/June |
| Madathilparambil Chandrasekharan, Shiju | London | May/June |
| Subramanian Selvakumar | London | September |
| Aviral Manihal | London | May/June |
| Mahesh Balaji Ankade | London | September |
| Maragasseri Rajan | London | July/August |
| Kumar Sunil | London | July/August |
| Dominic Peeris Dobus Peeris | London | Unknown |
| Venu Sivalingam | London | Unknown |
| Kashmiri Lal | London | May/June |

| | | |
|---|---|---|
| Nadammal Shershad | London | May/June |
| Antony Goodwin[1] | Baltimore | May |
| Kumararaja Kuppuswamy[2] | Baltimore | May |

Concerning the depositions of other Synergy shore-based personnel who have not been previously identified by name:[3]

| Witness | Location | Anticipated Timing |
|---|---|---|
| Ajith Kumar | Baltimore[4] | June/July |
| Phillip Jason Lewis | London | June/July |
| Chetan Sharma | London | June/July |
| Singh Yadav | London | June/July |
| Jayesh Panayanthatta | London | June/July |
| Dhurai Balaji | London | Unknown |
| Ritika Choudhary | London | June/July |
| S. Angarayan | London | June/July |
| Yogananth Palanichamy | London | June/July |

The Parties have further agreed that U.S.-based court reporters (associated with the same firm that has done the reporting for all depositions to date) will travel to London to record the

---

[1] Mr. Goodwin was permitted to leave the country temporarily but is expected back in the United States within the next 30 days.

[2] Mr. Kuppuswamy was permitted to leave the country temporarily but is expected back in the United States within the next 30 days.

[3] Claimants reserve the right to identify additional witnesses to be deposed. The locations for those depositions will be determined on a case-by-case basis.

[4] This deposition will proceed in Baltimore unless otherwise agreed by the Parties.

depositions listed above (and any others), and that any objections to the court reporters' administration of the witness oath in a foreign jurisdiction are waived.

**Scheduling**

The Parties have been working cooperatively on discovery. Nevertheless, the production of documents by Petitioners has been challenging given the volume of documents involved and related circumstances. Thus far, Petitioners have produced nearly 700,000 pages of documents. They anticipate substantially completing their document production by May 30.

To ensure that Claimants have a meaningful opportunity to receive and review all responsive documents prior to the conclusion of fact discovery, the Parties jointly propose a modest amendment of the Court's Scheduling Order (ECF No. 438), subject, of course, to the Court's concurrence:[5]

| Current Deadline | Subject | Proposed Deadline |
|---|---|---|
| July 16, 2025 | Fact Discovery | August 29, 2025 |
| July 16, 2025 | Rule 56 Motion Concerning Synergy Marine | August 29, 2025 |
| August 29, 2025 | Claimants' Rule 26(a)(2) Disclosures | October 13, 2025 |
| October 31, 2025 | Petitioners' Rule 26(a)(2) Disclosures | December 12, 2025 |
| November 21, 2025 | Claimants' Rebuttal Rule 26(a)(2) Disclosures | January 16, 2026 |
| February 27, 2026 | Expert Discovery; Supplementation of Disclosures | March 27, 2026 |
| February 27, 2026 | Submission of Joint Status Report | March 27, 2026 |
| March 9, 2026 | Requests for Admission | April 3, 2026 |

---

[5] The Parties will file a Joint Motion to Continue Certain Deadlines. The Parties acknowledge that the depositions of several witnesses are currently anticipated to be taken after the proposed August 29, 2025 close of fact discovery. The Parties are working together to resolve this issue and are hopeful they will be able to reach agreement for these depositions to be taken sooner, if at all.

4

The Parties propose that all other deadlines remain as set forth in ECF No. 438.

**Remaining Issue of Dispute – Not for Immediate Resolution**

In view of Petitioners' refusal to produce the witnesses listed above for deposition in Baltimore, Claimants object to any later attempt by Petitioners to bring the individuals to the United States to provide testimony, such as at the trial of this matter. Petitioners dispute the characterization of their inability to require these witnesses to travel to the United States at this time and disagree with any restrictions on their future ability to produce the witnesses for testimony in the United States and expressly reserve their right to do so.

This issue is not ripe for resolution at this time but is being presented here solely to flag the issue for the Court.

Respectfully submitted this 23rd day of April 2025.

                    ANTHONY G. BROWN
                    Attorney General of Maryland

                    Robert A. Scott (24613)
                    Howard R. Feldman (05991)
                    Assistant Attorneys General
                    Office of the Attorney General
                    200 Saint Paul Place, 20th Floor
                    Baltimore, Maryland 21202
                    rscott@oag.state.md.us
                    T: (410)576-63214

                    and

                    Margaret Fonshell Ward (04586)
                    DOWNS WARD BENDER HERZOG
                    & KINTIGH, P.A.
                    1350 McCormick Road
                    Executive Plaza 3, Suite 400
                    Hunt Valley, Maryland 21031
                    mward@downs-ward.com
                    (410) 584-2800

                    */s/ David L. Reisman*
                    R. Keith Jarrett, T.A. *
                    David L. Reisman, T.A. (La. Bar # 21833)*
                    Raymond T. Waid*
                    Elizabeth B. McIntosh*
                    Jessie E. Shifalo*
                    Elizabeth A. Strunk*
                    LISKOW & LEWIS
                    701 Poydras Street, Suite 5000
                    New Orleans, Louisiana 70139-5099
                    T: (504) 581-7979
                    dreisman@liskow.com
                    rkjarrett@liskow.com
                    rwaid@liskow.com
                    ebmcintosh@liskow.com
                    jshifalo@liskow.com
                    eastrunk@liskow.com

                    Scott S. Partridge*
                    PARTRIDGE LLC

231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, D.C. 20007
mbyroade@kelleydrye.com
T: (202) 342-8823

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064

mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
*Attorneys for State of Maryland*


s/ *Robert B. Hopkins*
Robert B. Hopkins  (Bar No. 06017)
Laurie G. Furshman (Bar No. 29604)
Tristan A. Dietrick
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
T: (410) 949-2900
RBHopkins@duanemorris.com
LGFurshman@duanemorris.com
tdietrick@duanemorris.com

William R. Bennett III*
Thomas H. Belknap, Jr.*
Alan Weigel*
Neil P. McMillan*
Noe S. Hamra*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5000
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
Alan.Weigel@BlankRome.com
Neil.McMillan@BlankRome.com
noe.hamra@blankrome.com

Kierstan L. Carlson*
Emma C. Jones*
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
T: (202) 420-2200
Kierstan.Carlson@blankrome.com
Emma.Jones@BlankRome.com

*Admitted *Pro Hac Vice*

8

*Counsel for Petitioners, Grace Ocean Private Limited and Synergy Marine Pte Ltd.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of April 2025, a copy of the foregoing Joint Status Report was served via the court's CM/ECF system on all counsel of record.

<span style="text-align:right;">/s/ David L. Reisman
David L. Reisman (La. Bar # 21833)</span>