IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has already referred all discovery-related matters in this case to Chief Magistrate Judge Timothy J. Sullivan. (ECF No. 477.)

It is now ORDERED that all scheduling matters relating to discovery—including any amendments to the discovery-related dates set forth in the operative Scheduling Order, Case Mgmt. Order No. 3 (ECF No. 438)—are also REFERRED to Judge Sullivan, in accordance with 28 U.S.C. § 636 and Local Rules 301 and 302. This referral does not extend to scheduling matters pertaining to trial and pretrial proceedings.

DATED this 24 day of April, 2025.

BY THE COURT:

_____
James K. Bredar
United States District Judge