**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

### JOINT MOTION TO MODIFY SCHEDULING ORDER

Petitioners and Claimants (hereinafter collectively the "Parties"), through undersigned counsel, submit this Joint Motion to Modify the Court's Scheduling Order.

The Parties have been working cooperatively on discovery. Nevertheless, the production of documents by Petitioners has been challenging given the volume of documents involved and related circumstances. Thus far, Petitioners have produced nearly 700,000 pages of documents. They anticipate substantially completing their document production by May 30.

In addition to the voluminous number of documents being produced in this matter, there are still a significant number of fact witness depositions that need to be conducted. While the Parties have compromised on the location of these depositions in the interest of expediency, there are still challenges in scheduling the depositions as some witnesses are currently at sea working on vessels or are still in the process of obtaining the visas required to attend the depositions. The Parties have taken eleven depositions to date and expect to complete another five in the next few

weeks. However, most of the remaining depositions must await Petitioners' completion of their document production.

To ensure that Claimants have a meaningful opportunity to receive and review all responsive documents prior to the conclusion of fact discovery and so that all fact witness depositions may be conducted, the Parties jointly move the Court for a modest amendment of the Court's Scheduling Order (ECF No. 438), as outlined below:

| **Current Deadline** | **Subject** | **Proposed Deadline** |
|---|---|---|
| July 16, 2025 | Fact Discovery | August 29, 2025 |
| July 16, 2025 | Rule 56 Motion Concerning Synergy Marine | August 29, 2025 |
| August 29, 2025 | Claimants' Rule 26(a)(2) Disclosures | October 13, 2025 |
| October 31, 2025 | Petitioners' Rule 26(a)(2) Disclosures | December 12, 2025 |
| November 21, 2025 | Claimants' Rebuttal Rule 26(a)(2) Disclosures | January 16, 2026 |
| February 27, 2026 | Expert Discovery; Supplementation of Disclosures | March 27, 2026 |
| February 27, 2026 | Submission of Joint Status Report | March 27, 2026 |
| March 9, 2026 | Requests for Admission | April 3, 2026 |

The Parties do not move to amend any other deadlines set forth in ECF No. 438.

Respectfully submitted this 2nd day of May 2025.

        ANTHONY G. BROWN
        Attorney General of Maryland

        Robert A. Scott (24613)
        Howard R. Feldman (05991)
        Assistant Attorneys General
        Office of the Attorney General
        200 Saint Paul Place, 20th Floor
        Baltimore, Maryland 21202
        rscott@oag.state.md.us
        T: (410)576-63214

        and

        Margaret Fonshell Ward (04586)
        DOWNS WARD BENDER HERZOG
        & KINTIGH, P.A.
        1350 McCormick Road
        Executive Plaza 3, Suite 400
        Hunt Valley, Maryland 21031
        mward@downs-ward.com
        (410) 584-2800

        */s/ David L. Reisman*
        R. Keith Jarrett, T.A. *
        David L. Reisman, T.A. (La. Bar # 21833)*
        Raymond T. Waid*
        Elizabeth B. McIntosh*
        Jessie E. Shifalo*
        Elizabeth A. Strunk*
        LISKOW & LEWIS
        701 Poydras Street, Suite 5000
        New Orleans, Louisiana 70139-5099
        T: (504) 581-7979
        dreisman@liskow.com
        rkjarrett@liskow.com
        rwaid@liskow.com
        ebmcintosh@liskow.com
        jshifalo@liskow.com
        eastrunk@liskow.com

        Scott S. Partridge*
        PARTRIDGE LLC

231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour
3050 K Street NW, Suite 400
Washington, D.C. 20007
mbyroade@kelleydrye.com
T: (202) 342-8823

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064

4

mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
*Attorneys for State of Maryland*


s*/ Robert B. Hopkins*
Robert B. Hopkins  (Bar No. 06017)
Laurie G. Furshman (Bar No. 29604)
Tristan A. Dietrick
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
T: (410) 949-2900
RBHopkins@duanemorris.com
LGFurshman@duanemorris.com
tdietrick@duanemorris.com

William R. Bennett III*
Thomas H. Belknap, Jr.*
Alan Weigel*
Neil P. McMillan*
Noe S. Hamra*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5000
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
Alan.Weigel@BlankRome.com
Neil.McMillan@BlankRome.com
noe.hamra@blankrome.com

Kierstan L. Carlson*
Emma C. Jones*
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
T: (202) 420-2200
Kierstan.Carlson@blankrome.com
Emma.Jones@BlankRome.com

*Admitted *Pro Hac Vice*

5

*Counsel for Petitioners, Grace Ocean Private Limited and Synergy Marine Pte Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of May 2025, a copy of the foregoing pleading was served via the court's CM/ECF system on all counsel of record.

/s/ David L. Reisman
David L. Reisman (La. Bar # 21833)