**In the Matter Of:**

*Grace Ocean Private Limited and Synergy Marine PTE LTD*

# UNDER SEAL

---

*CHARLES VAZ*

*March 10, 2025*

---



Exhibit 7

```
                                                                      1
  1                 UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MARYLAND
  2                      NORTHERN DIVISION

  3             Civil Action No. 24-00941-JKB

  4   IN THE MATTER OF
      THE PETITION OF
  5

  6   GRACE OCEAN PRIVATE LIMITED,
      as Owner of the M/V DALI and
  7   SYNERGY MARINE PTE LTD, as
      Manager of the M/V DALI,
  8
      For Exoneration from or
  9   Limitation of Liability

 10        _____/

 11

 12

 13                     DEPOSITION OF
                         CHARLES VAZ
 14          CONFIDENTIAL - ATTORNEYS' EYES ONLY

 15              Monday, March 10, 2025
                 10:02 a.m. - 5:32 p.m.
 16

 17              Marriott Waterfront
                 700 Aliceanna Street
 18          Baltimore, Maryland 21202

 19

 20

 21

 22
                 Stenographically reported by:
 23        Erica Field, RDR, CRR, CA-CSR, TX-CSR,
          GA-CSR, WA-CSR, NM-CCR, IL-CSR, NJ-CCR,
 24       FL-FPR, OR-CSR, NY Notary, FL Notary,
                  AK Notary, DC Notary
 25              Job No. 976006
```

Exhibit 7

2

1       REALTIME VIDEOTAPED STENOGRAPHIC

2    DEPOSITION of CHARLES VAZ, taken in the

3    above-entitled matter before ERICA FIELD,

4    RDR, CRR, California Certified Shorthand

5    Reporter (License No. 14515), Texas

6    Certified Shorthand Reporter (License No.

7    12724), Oregon Certified Shorthand Reporter

8    (License No. 240103), New Jersey Certified

9    Court Reporter (License No. 30XI00244800),

10   New Mexico Certified Court Reporter (License

11   No. 575), Washington Certified Shorthand

12   Reporter (License No. 22020479), Illinois

13   Certified Shorthand Reporter (License No.

14   084004952), Georgia Certified Court Reporter

15   (License No. 5338-8044-2296-7296), Florida

16   Professional Reporter (License No. 1109),

17   New York Notary, Florida Notary, Alaska

18   Notary, DC Notary taken at Marriott

19   Waterfront, 700 Aliceanna Street,

20   Baltimore, Maryland 21202 on

21   Monday, March 10, 2025, commencing at 10:02

22   a.m.

23

24

25

Exhibit 7

3

```
 1   APPEARANCES:

 2

 3   On behalf of the State of Maryland:
          LISKOW & LEWIS
 4        701 Poydras Street
          Suite 5000
 5        New Orleans, Louisiana 70139
          (504) 581-7979
 6        BY: DAVID REISMAN, ESQUIRE
               ELIZABETH STRUNK, ESQUIRE
 7             JESSIE SHIFALO, ESQUIRE
          dreisman@liskow.com
 8        eastrunk@liskow.com
          jshifalo@liskow.com

 9

10

11   On behalf of ACE American Insurance Company:
          COZEN O'CONNOR
12        1650 Market Street
          Suite 2800
13        Philadelphia, Pennsylvania 19103
          (215) 665-2000
14        BY: LAWRENCE WALKER, ESQUIRE
               VINILA VARGHESE, ESQUIRE
15        lwalker@cozen.com
          vvarghese@cozen.com

16

17

18   On behalf of Alonzo Key, Charles Peacock,
     Donnie Jackson, Douglas Ramos, Gerald
19   Barney, Ryan Hale, Thomas Crawley, Tulani
     Hasan, Damon A. Davis, E. Marine Motor Yacht
20   Sales PTY Ltd.:
          MURPHY, FALCON & MURPHY
21        One South Street
          30th Floor
22        Baltimore, Maryland 21202
          (410) 951-8776
23        BY: RONALD RICHARDSON, ESQUIRE
          ronald.richardson@murphyfalcon.com

24

25
```

Exhibit 7

4

1    APPEARANCES CONTINUED:

2

3    On behalf of American Publishing, Charles
     Austin, Jr., Damon A. Davis, Karen Austin,
4    B&R Construction Servicies, Inc., Captain C.
     Logistics, International Trading Solutions,
5    Inc., Penn Manufacturing Industries LLC, PMI
     EMG Exports Private TLD, PMI Global
6    Technologies, R.E. West Inc.:
          LOCHNER LAW FIRM
7         7076 Bembe Beach Road
          Suite 201
8         Annapolis, Maryland 21403
          (443) 716-4400
9         BY: TODD LOCHNER, ESQUIRE
          tlochner@lochnerlawfirm.com
10

11

12   On behalf of B&R Construction Services,
     Inc., Captain C. Logistics, E. Marine Motor
13   Yacht Sales PTY Ltd., International Trading
     Solutions, Inc., Penn Manufacturing
14   Industries LLC, PMI EMG Exports Private TLD,
     PMI Global Technologies, R.E. West Inc.:
15        MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
          800 S. Gay Street
16        Suite 1100
          Knoxville, Tennessee 37929
17        (866) 252-0878
          BY: NEVIN WISNOSKI, ESQUIRE
18        nwisnoski@milberg.com

19

20
     On behalf of MSC Mediterranean Shipping
21   Company S.A. and MSC Mediterranean Shipping
     Company Holding S.A.:
22        BROWN GAVALAS & FROMM
          60 East 42nd Street
23        Suite 4600
          New York, New York 10165
24        (212) 983-8500
          BY: MICHAEL NAUGHTON, ESQUIRE
25        mpn@browngavalas.com

Exhibit 7

5

```
 1   APPEARANCES CONTINUED:

 2

 3   On behalf of Markel Syndicate Management
     Limited, Liberty Mutual Insurance Europe SE,
 4   QBE Corporate Limited, Munich Re Syndicate
     Limited, AXA XL Underwriting Agencies
 5   Limited, Evanston Insurance Company, and
     Canopius Corporate Capital Ltd.:
 6       TROUTMAN PEPPER LOCKE
         401 9th Street N.W.
 7       Suite 1000
         Washington, DV 20004
 8       (202) 274-2949
         BY: MATTHEW GRIFFIN, ESQUIRE
 9       matthew.griffin@troutman.com

10

11

12   On behalf of Dilia Flores, Eduar Yoel Flores
     Lopez, Emilio Hernandez Salgado, Jeffrey
13   Goldstein, John Condliffe, Julio Cervantes
     Suarez, Karina Elizabeth Luna Lemus, Lillian
14   Hummel, Lucia Estrella Zambrano, Mariela
     Hernandez, Marisela Hernandez Salgado, Mark
15   Binstock, Marvin Yubini Luna Lemus, Matthew
     Bogin, Miguel Leonardo Luna Lemus, Yeslin
16   Yamileth Lopez Flores:
         KREINDLER & KREINDLER
17       485 Lexington Avenue
         New York, New York 10017
18       (212) 687-8181
         BY: KEVIN MAHONEY, ESQUIRE
19       kmahoney@kreindler.com

20

21   On behalf of Mayor and City Council of
     Baltimore:
22       DiCello Levitt
         801 17th Street N.W.
23       Suite 430
         Washington, DC 20006
24       (202) 975-2288
         BY: SARA AGUINIGA, ESQUIRE
25       saguiniga@dicellolevitt.com
```

Exhibit 7

6

```
 1   APPEARANCES CONTINUED:

 2

 3   On behalf of MSC Mediterranean Shipping.
     Company S.A.:
 4       Lyons Flood
         111 Great Neck Road
 5       Suite 206
         Great Neck, New York 11021
 6       (212) 594-2400
         BY: JON WERNER, ESQUIRE
 7       jwerner@lyons-flood.com

 8

 9
     On behalf of Grace Ocean Private Limited,.
10   Synergy Marine Pte, Ltd.:
         BLANK ROME
11       1271 Avenue of the Americas
         New York, New York 10020
12       (212) 885-5000
         BY: WILLIAM BENNETT, ESQUIRE
13           THOMAS BELKNAP, ESQUIRE
             ALAN WEIGEL, ESQUIRE
14       william.bennett@blankrome.com
         alan.weigel@blankrome.com
15       thomas.belknap@blankrome.com

16
     -and-
17

18       DUANE MORRIS
         1201 Wills Street
19       Suite 330
         Baltimore, Maryland 21231
20       (410) 949-2949
         BY: TRISTAN DIETRICK, ESQUIRE
21       tdietrick@duanemorris.com

22

23

24

25
```

Exhibit 7

7

```
 1   APPEARANCES CONTINUED:

 2

 3   On behalf of W.E. Cox Claims Group LLC,.
          W.K. Webster & Co. Ltd.:
 4        Hill Rivkins
          45 Broadway
 5        Suite 2110
          New York, New York 10006
 6        (212) 669-0609
          BY: JOHN SULLIVAN, ESQUIRE
 7        jsullivan@hillrivkins.com

 8

 9
     On behalf of the Crew Members:
10        Law Office of Owen Duffy
          P.O. Box 919
11        Point Lookout, New York 11569
          (516) 721-8793
12        BY: OWEN DUFFY, ESQUIRE
          Owen@oduffy-law.com
13

14

15   ALSO PRESENT:
          Jason Levin, Videographer
16        Joshua Clarke, Doc Tech
          Sujitha Subramariam, Interpreter
17

18

19

20

21

22

23

24

25
```

Exhibit 7

8

```
 1                     INDEX OF PROCEEDINGS

 2   WITNESS                                          PAGE
     CHARLES VAZ
 3   DIRECT EXAMINATION BY MR. REISMAN                 10
     EXAMINATION BY MR. BENNETT                        242
 4   EXAMINATION BY MR. WALKER                         243
     EXAMINATION BY MR. BENNETT                        243
 5   EXAMINATION BY MR. WALKER                         244
     EXAMINATION BY MR. REISMAN                        248
 6   CERTIFICATE OF REPORTER                           255

 7

 8

 9

10                         EXHIBITS
      EXHIBIT            DESCRIPTION              PAGE
11   Exhibit 28  Petitioner_0031437 to 31439       33
     Exhibit 29  Petitioner_0011525 and 0011590    83
12               - 0011591
     Exhibit 30  Petitioner_0013225 and 0013276    83
13               - 0013277
     Exhibit 31  Drawing                          144
14   Exhibit 32  Petitioner_0013225 and           221
                 Petitioner_0013288 - 0013306
15   Exhibit 33  Petitioners_0604733              253
     Exhibit 34  Petitioners_0658385 -0658386     253
16

17

18

19

20

21

22

23

24

25
```

Exhibit 7

9

```
 1   Thereupon,

 2   the proceedings began at 10:02 a.m.:

 3           THE VIDEOGRAPHER:  We are now on

 4       the record.  My name is Jason Levin.

 5       I'm the videographer retained by

 6       Lexitas.  Today's date is March 10,

 7       2025, and the time is 10:02 a.m.

 8       Eastern.  This deposition is being

 9       held at the Baltimore Marriott

10       Waterfront in the matter of In Re:

11       Grace Ocean Private Limited

12       litigation.  The deponent is Charles

13       Vaz.  All counsel will be noted on the

14       stenographic record.  The court

15       reporter today is Erica Field, and she

16       will now swear in the witness.

17   Whereupon,

18           SUJITHA SUBRAMARIAN,

19   the interpreter herein, was sworn to truly

20   and correctly translate English into Tamil

21   and Tamil into English.

22           THE INTERPRETER:  I do.

23   Whereupon,

24           CHARLES VAZ,

25   having been first duly sworn or affirmed, was
```

Exhibit 7

10

```
 1   examined and testified as follows:

 2              DIRECT EXAMINATION

 3   BY MR. REISMAN:

 4        Q.    Good morning, Bosun.  My name is

 5   David Reisman.  I'm an assistant counsel for

 6   the Office of the Attorney General for the

 7   State of Maryland.  We represent the State of

 8   Maryland today in connection with litigation

 9   involving the allision between the Dali and

10   the Francis Scott Key Bridge.  I'm going to

11   ask you some questions today.  Before we get

12   started, I want to give you a few

13   instructions and rules for the deposition so

14   that it goes smoothly.  Okay?

15              So --

16              MR. REISMAN:  Does he need that

17        translated or...

18              You just when you need me -- if

19        I go too far, you stop me, and we'll

20        break it up.

21              THE INTERPRETER:  Yes, to ensure

22        accuracy, it would be great if you

23        could give the information in shorter

24        segments.

25              MR. REISMAN:  I'll do my best
```

Exhibit 7

11

```
 1      but --
 2              THE INTERPRETER:  Absolutely.
 3              MR. REISMAN:  -- you stop me if
 4      I go too far.
 5   BY MR. REISMAN:
 6      Q.    So the first thing that's
 7   important is I'm going to ask you questions,
 8   and I want to make sure you understand the
 9   question I'm asking you.
10              If you don't understand my
11   question, I want you to tell me that, and I
12   will either repeat it or rephrase it so that
13   you can understand it.
14              Will you agree to do that?
15      A.    Yes.
16      Q.    Now, as you can see, when I talk,
17   the court reporter is taking that down.  When
18   you talk, she's taking that down.  When the
19   interpreter talks, she's taking that down.
20   She could only get what one person says at a
21   time, so it's important for you to wait until
22   I'm finished or for the interpreter to be
23   finished before you start talking.
24              Okay.  You understand that?
25      A.    (In English:)  Yes.
```

Exhibit 7

12

```
 1        Q.    Before we get into things -- well,
 2   let me say this first.  If you need to take a
 3   break, want to go to the bathroom, you need
 4   to get water, you just want to stand up and
 5   walk around, just tell me that.  As long as I
 6   don't have a question pending, then you're
 7   free to take a break when you want.  Okay?
 8             We're going to hold this
 9   deposition open because discovery from
10   Synergy and Grace Ocean, their production of
11   documents and their responses to
12   interrogatories are not yet complete, so we
13   may have to call you back to complete this
14   deposition at another time, and we're going
15   to reserve our right -- I believe all
16   claimants' counsel join in that reserving our
17   collective rights to have you come back to
18   complete this deposition at another time
19   after more discovery is completed from the
20   vessel interest.
21             I probably should have started
22   with this.  You are represented today in this
23   deposition by Mr. Owen Duffy.  Mr. Duffy has
24   told us he would like this deposition to be
25   treated as confidential under the terms of
```

Exhibit 7

13

1    the protective order issued by the District

2    of Maryland.

3              MR. REISMAN:  There's a formal

4         procedure for doing that, but for all

5         counsel here in the room and those

6         listening, I want to you all to be

7         aware that this deposition had been

8         designated confidential by Mr. Duffy.

9         Mr. Duffy, do you have anything

10        you would like to add for that?

11             MR. DUFFY:  No.  Just I read the

12        protective order, and I just want to

13        make sure that testimony is treated as

14        confidential, and then you can deal

15        with it according to the terms of the

16        protective order once the transcript

17        is produced.

18             MR. REISMAN:  And, obviously, I

19        think on behalf of the state, anybody

20        else can join me, we will abide by the

21        terms of the protective order as it is

22        written.

23             MR. DUFFY:  And I would ask if

24        anybody is not going to abide, then

25        let me know now.

Exhibit 7

14

```
 1              MR. REISMAN:  For those of you
 2        who are listening or watching
 3        remotely, please make sure, with the
 4        understanding that this is designated
 5        as confidential, nobody who is not
 6        entitled to hear this is joining you,
 7        can overhear it, et cetera.  We rely
 8        on everybody to ensure their own
 9        compliance with terms of the
10        protective order.
11   BY MR. REISMAN:
12        Q.    Bosun, can you state your full
13   name for us please?
14        A.    (In English:)  Me real name Maria
15   Antony Jullans Jeyakumar.  As per passport
16   you're asking sir?
17        Q.    Yes.  Can you maybe say that a
18   little more clearly for the court reporter.
19   I'm not sure she followed all the names.
20              MR. DUFFY:  Tamil.  Speak Tamil.
21        A.    You ask my name as mentioned in
22   the passport?
23   BY MR. REISMAN:
24        Q.    I just want to know what your name
25   is?
```

## Exhibit 7

15

```
 1        A.     (In English:)  Charles Vaz.

 2   Charles Vaz you can call me.

 3             THE  INTERPRETER:   Charles Vaz.

 4        You can call him Charles Vaz.

 5   BY MR. REISMAN:

 6        Q.    And Vaz is V-A-Z?

 7        A.    (In English:)  V-A-Z.

 8        Q.    V-A-Z.  If I refer to you

 9   as Charles -- I don't want to be rude or

10   impolite.  If I refer to you as --

11        A.     (In English:)  Charles is okay.

12   Charles.

13        Q.    Charles or bosun?  Okay.

14        A.     Yeah, my name is Charles.  My rank

15   name is bosun.  So on boat, they will you be

16   calling me bosun.  So if you want to, you can

17   call bosun also.  You can call me Charles

18   also.  No problem.

19        Q.    I will probably mix it up.  But

20   Charles or bosun is how I'll try to refer to

21   you.

22             What is your address.  Where do

23   you live?

24        A.     (In English:)  In India, south

25   part of India, Tuticorin.
```

Exhibit 7

                                                                        16

```
 1                THE INTERPRETER:  Southern part

 2        of India, a city named Tuticorin.

 3        A.    (In English:)  My city name is

 4   Tuticorin.  Chennai.

 5   BY MR. REISMAN:

 6        Q.    Can you spell that for me?

 7        A.    T-U-T-I-C-O-R-I-N.

 8        Q.    And what is your actual address

 9   there in Tuticorin?

10        A.    You mean my home address?

11        Q.    Yes.

12        A.    47A Thattar Street Extension,

13   Tuticorin.

14              MR. REISMAN:  Did you catch

15        that, ma'am?

16   BY MR. REISMAN:

17        Q.    Can you say that a little slower?

18        A.    (In English:)  In Chennai.  India

19   is my country, Tamil Nadu is my state.

20   Thoothukudi is my district.  Tuticorin is my

21   district.  My city, Tuticorin.

22        Q.    What was the street address?

23        A.    Thattar Street.  It's Thattar

24   Street.

25              THE INTERPRETER:  I'd like to as
```

Exhibit 7

17

1        him the spelling for it.  I'm not

2        familiar with it.  Okay.  It's T --

3        okay.  It's a cultural reference for

4        the street name.  Okay.  It's -- the

5        spelling is T-H-A-T-T-A-R.  That's the

6        street name.

7    BY MR. REISMAN:

8        Q.    And what was the number?

9        A.    47A.

10       Q.    47 --

11       A.    47A, A as in alpha.

12       Q.    A as in alpha?

13       A.    Yeah.

14       Q.    47A Thattar Street?

15       A.    (In English:)  Thattar Street.

16       Q.    And where are you staying in

17  Baltimore?

18            MR. DUFFY:  I'm going to object

19       to that.  I agreed to accept service,

20       and I will accept service for him.  I

21       would just as soon keep where he's

22       staying as confidential.  And I'm

23       going to instruct him not to answer.

24       I will accept service.  You can reach

25       him through me any time.

Exhibit 7

18

1       MR. REISMAN:  I would like an

2   answer.  I mean, if you're going to

3   instruct him not to answer, you know,

4   I don't think you are entitled to, but

5   you're going to do it.

6       So I just want to be clear.

7   You're instructing him not to answer?

8       MR. DUFFY:  I will instruct him

9   not to answer.

10      MR. REISMAN:  Will you ask him

11  if he's refusing to answer that

12  question?

13  A.   (In English:)  I'm staying in --

14      MR. BENNETT:  She needs to

15  interpret your instruction.

16      MR. DUFFY:  Yeah.  Interpret my

17  instruction.  Just say no.

18      THE WITNESS:  No.

19      MR. REISMAN:  So I'm following

20  here, and I think you've got

21  Mr. Lochner confused with Mr. Bennett.

22  I don't know if that -- if it's come

23  up before, but I see --

24      THE STENOGRAPHER:  No.

25      MR. REISMAN:  So is he declining

Exhibit 7

19

```
 1        to answer the question?
 2              THE INTERPRETER:  Yes.
 3   BY MR. REISMAN:
 4        Q.    How far did you go in school?
 5        A.    8th grade.
 6        Q.    Have you had any education beyond
 7   the 8th grade?
 8        A.    No.
 9        Q.    When did you first begin sailing?
10        A.    1989.
11        Q.    And how old were you then?
12        A.    18 years.
13        Q.    What was your date of birth?
14        A.    17-12-71.
15        Q.    Remember, you just wait for me to
16   finish because she can't take what I'm saying
17   and you're saying at the same time.
18              What did you do to prepare for
19   this deposition?
20        A.    Like what happened to the ship?
21   My lawyer asked me to come here to say about
22   it.
23        Q.    Have you reviewed any documents to
24   prepare for your deposition today?
25        A.    No.
```

Exhibit 7

20

1    Q.   Have you reviewed any photographs?

2    A.   No.

3    Q.   Have you watched any videos?

4    A.   No.

5    Q.   Have you listened to any audio?

6    A.   No.

7    Q.   Did you meet with anybody besides

8  Mr. Duffy to prepare for your deposition?

9    A.   No, only Duffy.

10   Q.   Have you ever met with --

11        MR. DUFFY:   Say who you talked

12   to yesterday.

13   A.    To only Duffy yesterday and the

14 day -- video call.

15 BY MR. REISMAN:

16   Q.   On a video call?

17   A.    Yeah.

18   Q.   Did you meet with Mr. Bennett

19 before today?

20   A.    Yes.

21   Q.   When did you meet with

22 Mr. Bennett?

23   A.    I think yesterday is also.

24   Q.   He was on the video call

25 yesterday?

Exhibit 7

21

```
 1        A.    Yesterday he was on, yeah.
 2        Q.    What about -- was anybody else on
 3   the video call besides Mr. Duffy and
 4   Mr. Bennett?
 5        A.    Yeah, that gentleman.
 6        Q.    Mr. Weigel?
 7              MR. REISMAN:  Raise your hand so
 8        we know who he's referring to.
 9   BY MR. REISMAN:
10        Q.    Alan Weigel, you met with him?
11        A.    The one sitting here.
12        Q.    And Mr. Belknap?  Did you meet
13   with those gentlemen in person or by video?
14        A.    Video.
15        Q.    And that was yesterday?
16        A.    Yesterday.
17        Q.    What about before yesterday, have
18   you med with any of those individuals either
19   in person or by video before yesterday?
20        A.    I see them all.
21        Q.    Mr. Bennett?
22        A.    Yeah.
23        Q.    Are you represented by an attorney
24   today?
25        A.    Yes.
```

Exhibit 7

22

```
 1        Q.    Who is your attorney?

 2        A.    Duffy.

 3        Q.    Mr. Duffy?

 4        A.    Yeah.

 5        Q.    What did you discuss yesterday on

 6   the video call with Mr. Duffy, Mr. Bennett,

 7   Mr. Belknap and Mr. Weigel?

 8              MR. DUFFY:  I'm going to object

 9        and claim attorney-client privilege on

10        that.  He's not going to answer that

11        question.

12              MR. REISMAN:  He had individuals

13        who are not in that meeting.  I think

14        I'm entitled to that.

15              MR. DUFFY:  No you are not.

16        He's not answering.

17              MR. REISMAN:  You are

18        instructing him not to answer.

19              MR. DUFFY:  Instructing him not

20        to answer.

21              MR. REISMAN:  Ask with Mr. Duffy

22        before he answers.

23              MR. DUFFY:  Tell the witness I'm

24        instructing him not to answer.

25              THE WITNESS:  Okay.
```

Exhibit 7

```
 1   BY MR. REISMAN:

 2        Q.    Are you refusing to answer my

 3   question?

 4        A.    Yes, if Mr. Duffy says no, no.

 5        Q.    And I'm going to ask you again,

 6   during that videoconference yesterday, did

 7   you review any photographs?

 8        A.    No, they just talked and I

 9   answered them.

10        Q.    You didn't see any documents?

11        A.    No.  He's the person.  I saw him.

12             MR. REISMAN:  Mr. Belknap you

13        have been identified as being on

14        videoconference yesterday.

15   BY MR. REISMAN:

16        Q.    How long did that videoconference

17   last yesterday?

18             MR. DUFFY:  I'm going to object

19        to that.  Attorney-client privilege

20        and I'm instructing the witness not to

21        answer.

22        A.    Okay no.

23   BY MR. REISMAN:

24        Q.    Are you refusing to answer the

25   question?
```

Exhibit 7

                                                                        24

```
 1        A.    If Duffy says no, then no.

 2        Q.    So you are refusing to answer?

 3        A.    Yes.

 4        Q.    Have you seen any written

 5   statements of crew members who were on board

 6   the Dali at the time of the March 26th

 7   allision?

 8        A.    I talked to my whole crew.

 9        Q.    You talked to your crew?

10        A.    Yeah.

11        Q.    When is the last time you talked

12   to any of Dali's crew members about what

13   happened on March 26th?

14        A.    Work wise we talk regularly.  I'm

15   the bosun and there are crew members under me

16   so work wise we talk always.  I cannot say

17   what we talked, but normally we talk

18   regularly.

19        Q.    When is the last time you talked

20   with any of the Dali crew members about what

21   happened on March 26, 2024?

22        A.    I don't remember it exactly and

23   incident happened and it is normal for us to

24   talk about it.  It's been a year since that

25   happened.  I don't remember when was the last
```

Exhibit 7

25

```
 1    time we talked or when we talked.
 2         Q.    Have you talked with any of the
 3    Dali crew members about what happened on
 4    March 26, 2024, within the last month?
 5         A.    You mean the last month?
 6         Q.    Yes.
 7         A.    No, they all left home.
 8         Q.    Have you talked to any of the Dali
 9    crew members about what happened on March 26,
10    2024, since June?
11         A.    March 26th?
12         Q.    Yes.
13         A.    There was an incident happened and
14    there were 21 members on the crew so it is
15    normal for us to talk about it.  What
16    happened we talked about it.  But I don't
17    remember when was the last time we talked or
18    what we talked or with whom we talked.
19         Q.    Have you talked about the
20    March 26, 2024, accident since crew members
21    left to return to India in June of 2024?
22         A.    No.  They called me and they asked
23    about my well being, like how am I, when will
24    I come home.  Like that they asked.
25         Q.    Have you talked to any of the Dali
```

Exhibit 7

26

```
 1   crew members other than ABs and OSs about

 2   what happened on March 26, 2024?

 3              THE INTERPRETER:  This is the

 4        interpreter speaking.  I'm not

 5        familiar with the term.

 6              MR. REISMAN:  He'll understand

 7        this.  Alpha bravo and Oscar Sierra.

 8   BY MR. REISMAN:

 9        Q.    So has he talked to anybody other

10   than ABs or OSs about what happened?

11              THE INTERPRETER:  Can you rate

12        the question.

13   BY MR. REISMAN:

14        Q.    Has he talked to anybody about ABs

15   and OSs about what happened on March 26,

16   2024?

17              MR. BENNETT:  Just note my

18        objection.

19        A.    Just like I said, we were all

20   working on a single boat.  It's a family like

21   kind of thing.  We all reach together and we

22   all talk about.  So in general we talk about

23   it.

24   BY MR. REISMAN:

25        Q.    Have you talked with the master,
```

Exhibit 7

1    Captain Sabhapathy about what happened on

2    March 26, 2024?

3         A.    Sabhapathy knows about it.  He was

4    on board and he knows about it.  He did not

5    ask me anything about it.

6              MR. REISMAN:  SABHAPATHY.

7    BY MR. REISMAN:

8         Q.    Captain Sabhapathy never asked you

9    what you thought happened on March 26, 2024?

10        A.    He might have asked.  I don't

11   remember.  He did not call me individually

12   and ask about when.  When we were in a group

13   he might have asked.  I don't remember about

14   it.

15        Q.    Did Captain Sabhapathy ever tell

16   you what he thought happened to cause the

17   accident on March 26, 2024?

18        A.    No.  He never shared what goes on

19   his mind.  He's the boss.  He's the captain.

20        Q.    Did the chief engineer ever tell

21   you what he thinks caused the March 26, 2024,

22   accident no.

23        A.    He's from a different department.

24   And he don't talk about this to me?

25        Q.    Did any of the ship's officers

Exhibit 7

28

```
 1    ever tell you what they think caused the

 2    March 26, 2024, accident?

 3        A.    The company people met us like a

 4    few days after the intent --

 5              MR. REISMAN:  Say that again.

 6        A.    The company people met us like 15

 7    to 20 days after the incident it should be

 8    like one month.  And they knew about the

 9    incidents since they received the machine

10    report and the on board report they met with

11    us in a group and asked us not to worry and

12    they conferred with us.

13    BY MR. REISMAN:

14        Q.    So thank you but that didn't

15    answer my question.  My question is did any

16    of the ship's officers tell him what they

17    thought caused the March 26, 2024, accident?

18        A.    No nobody does.

19        Q.    Which Synergy management employees

20    did you meet with within a month after the

21    accident?

22              MR. BENNETT:  Just note my

23        objection.

24        A.    Captain Jitinder and Captain Eajit

25    Kumar came onboard.
```

Exhibit 7

29

```
 1   BY MR. REISMAN:

 2        Q.    Can you spell those names for her

 3   because she won't get those otherwise?

 4        A.    (In English:)  You want the names?

 5             MR. DUFFY:  Jitinder,

 6        J-I-T-I-N-D-E-R.  And Eajit Kumar.

 7             THE WITNESS:  (In English:)

 8        Captain Eajit Kumar.  And also an

 9        engineer.

10             MR. DUFFY:  Do you know his

11        name?

12             THE WITNESS:  (In English:)

13        Yeah, Raju.

14             THE INTERPRETER:  You want the

15        spelling for it?  Eajit Kumar is

16        E-A-J-I-T, K-U-M-A-R and Raju,

17        R-A-J-U.

18   BY MR. REISMAN:

19        Q.    Do you know what their job titles

20   or positions are, their ranks?

21        A.    I don't know.  They are the with

22   the office.

23        Q.    Did they come from the office in

24   India to meet you in Baltimore?

25        A.    All three are Indians, but I'm not
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD          Charles Vaz
Attorneys Eyes Only                                  March 10, 2025

30

1    sure for where they visited us.

2         Q.    Did they ask you what you thought

3    happened to cause the accident?

4         A.    They did not talk anything about

5    the accident.  They just talked to give us

6    comfort, to support us.

7         Q.    Have you heard anybody who was on

8    the Dali on March 26th say what they thought

9    caused the accident?

10        A.    They did not talk anything

11   specific to me.  But when we talk in a group,

12   they say that the generator failed or the

13   power lost or the control got cut.  They just

14   talked in groups.

15        Q.    Can you repeat that?  I'm sorry.

16        A.    The generator failed or the power

17   lost or the control got cut.  They talked

18   like this when they were discussing in the

19   group, not to me.

20        Q.    Did you hear anybody explain why

21   they thought the generator failed or the

22   power was lost?

23        A.    No, nobody said about it.  That's

24   technical department, and I'm not in that

25   department, so I don't know about that.

Exhibit 7

31

```
 1        Q.    Throughout the deposition, I've
 2   already used the word "the accident," and I
 3   will use it more.  When I say "the accident,"
 4   I'm referring to the March 26, 2024, accident
 5   between the Dali and the Francis Scott Key
 6   bridge.
 7             Do you understand that?
 8        A.    (In English:)  Yes, yes.  I know.
 9        Q.    When did you first start working
10   with Synergy?
11        A.    2010.
12        Q.    In what capacity?  What was your
13   rank when you joined?
14        A.    AB.
15        Q.    When did you first start sailing
16   as an AB for any company?
17        A.    (In English:)  As an AB?  As the
18   AB, are you asking me, or when I started the
19   career?
20        Q.    Any carrier as an AB, when?
21        A.    (In English:)  AB I started in --
22   I have to see the CV.
23        Q.    You don't know?
24        A.    (In English:)  I don't know
25   exactly.
```

Exhibit 7

32

```
 1        Q.    If you don't know the answer to my

 2   question, just tell me you don't know.

 3   That's okay.

 4        A.    (In English:)  Okay.

 5        Q.    I'm going to hand you now, Bosun,

 6   a copy of a document that's labeled Synergy

 7   Maritime Private Limited Curriculum Vitae for

 8   you.

 9             MR. REISMAN:  Here's one for the

10        witness.

11             THE INTERPRETER:  Who was it

12        given to?  Is it for me?

13             MR. DUFFY:  Just hold that.

14        Just hold that.  He's going to ask him

15        questions about it.

16             MR. REISMAN:  What I want to him

17        to do right now is just to look at it

18        and tell me when he has had a chance

19        to review it.

20             (Off-record discussion.)

21             THE WITNESS:  What should I do

22        with this?

23             MR. REISMAN:  I just want him to

24        look at it and tell me when he has had

25        a chance to review it, and then I will
```

Exhibit 7

33

1   ask him some questions.

2          THE WITNESS:  Okay.

3          MR. REISMAN:  In the meantime,

4   we are going to attach a copy of this

5   document which bears Bates label

6   31437, and that's Petitioner 31437

7   through Petitioner 31439 as

8   Exhibit 28.

9   (Exhibit 28 was marked for

10  identification.)

11     DOC TECH:  Counsel, what tab number

12  is that?

13         MR. REISMAN:  B as in boy.  I'm

14  sorry.

15         THE STENOGRAPHER:  Who was

16  speaking?

17         MR. REISMAN:  That's the

18  document handler.

19         THE STENOGRAPHER:  Okay.

20         THE WITNESS:  This is my

21  occupation form.  They have sent it.

22  And --

23         MR. DUFFY:  Wait for a question.

24  Wait for a question.

25         MR. REISMAN:  But he said it, so

Exhibit 7

34

```
 1       you need to translate that.  What did

 2       he say?

 3             THE INTERPRETER:  It is my

 4       application form, and they have sent

 5       it.

 6  BY MR. REISMAN:

 7       Q.    Okay.  Mr. Charles, you've had a

 8  chance to review this document now?

 9       A.    Yes.

10       Q.    And you have -- you describe it as

11  your application?

12       A.    This is my service record.  They

13  have sent it to me.

14       Q.    So have you seen this before?

15       A.    No, I have not.

16       Q.    But you have now reviewed it.  Do

17  you agree that it's accurate?

18       A.    They have mentioned the details.

19  This detail starts only from '22 -- from

20  2002.  Before -- the details before that is

21  not given here because I will not have got

22  the CDC stamp before that.

23       Q.    You're referring specifically to

24  the section of service records which lists

25  the different contracts and ships that you
```

Exhibit 7

35

```
 1   have worked on in your career, correct?

 2        A.    (In English:)  Yes.

 3        Q.    That service record portion of

 4   this document only goes back to 2002, but is

 5   it otherwise accurate?

 6        A.    Yes.

 7        Q.    You've never worked on the Dali

 8   before you joined that ship on October 18,

 9   2023, correct?

10        A.    No.

11        Q.    Am I correct?

12        A.    Yes.

13        Q.    Before you joined the Dali in

14   October of 2023, did you have any kind of a

15   meeting in India to familiarize you with that

16   ship?

17        A.    Not about the ship.  When you join

18   any ship, they'll have a meeting kind of

19   thing like a briefing.  They say everything

20   about the safety, and it's called

21   pre-joining.

22        Q.    Is the pre-joining -- does that

23   take place in India?

24        A.    Yes.

25        Q.    And it just talks about general
```

Exhibit 7

36

```
 1    Synergy safety policies and procedures?

 2               MR. BENNETT:  Objection.

 3         A.    (In English:)  Yes.

 4               MR. REISMAN:  What's the

 5         objection?

 6               MR. BENNETT:  To form.

 7               MR. REISMAN:  What's the basis

 8         of it?

 9               MR. BENNETT:  You used the word

10         "general" -- object to the form in the

11         way you asked it and the way you used

12         it.

13               MR. REISMAN:  Ask him if he

14         understands my question.

15               THE WITNESS:  Yes, you asked if

16         the pre-joining meeting happened in

17         India, and I said yes.

18    BY MR. REISMAN:

19         Q.    And that meeting covered Synergy's

20    policies -- general policies and procedures,

21    correct?

22         A.    Yes, it was the general meeting

23    which talks about the safety, company

24    policies, et cetera.  It happens with all the

25    companies.
```

Exhibit 7

37

```
1        Q.    And in that pre-joining meeting in
2   India, was anything specific to the Dali
3   covered?
4        A.    The briefing is conducted for all
5   the people who goes to different ships.  It's
6   not only specific for Dali.  So people
7   normally ask to which ship you go to or to
8   which team you are assigned to.  It's -- we
9   just talk about.  It's nothing specific to
10  Dali.
11       Q.    And in that meeting that you
12  attended before you joined the Dali in
13  October of 2023, were there other crew
14  members who were going to other container
15  ships?
16       A.    Yes.
17       Q.    Were all of your required
18  certificates up to date when you joined the
19  Dali on October 18, 2023?
20       A.    Yes.
21       Q.    And you had never worked on any of
22  the Dali's sister ships before you went to
23  work on the Dali in October of 2023, correct?
24       A.    No.
25       Q.    Am I correct?  Ask --
```

Exhibit 7

                                                                    38

 1        A.     (In English:)  Yes, you are

 2   correct.

 3        Q.     Thank you.

 4             MR. REISMAN:  You got that,

 5        ma'am?

 6   BY MR. REISMAN:

 7        Q.     And you had never worked on any

 8   ship that was similar to the Dali before you

 9   joined the Dali in October of 2023, correct?

10        A.     Correct.  They call it sister

11   ship.  It's the same system just like Dali.

12   They are asking about it.

13             THE INTERPRETER:  He's

14        explaining it to me.  This is the

15        interpreter speaking.  He's explaining

16        what a sister ship --

17             MR. REISMAN:  He's explaining

18        what a sister ship is.  Okay.

19   BY MR. REISMAN:

20        Q.     When you got to the Dali on

21   October 18, 2023, did you have a hand-over

22   meeting with the bosun you were relieving?

23        A.     Yes, it happened.  They tell

24   me -- they told me everything about the work.

25   It happens for every crew member.

Exhibit 7

39

```
 1        Q.    And you reported to the Dali or
 2   joined the Dali in Colombo, Sri Lanka,
 3   correct?
 4        A.    Yes.
 5        Q.    And did you travel to Colombo with
 6   the other crew members who were joining the
 7   Dali that day?
 8        A.    Yes.
 9        Q.    And did that include the Master,
10   Captain Sabhapathy?
11        A.    Yes.
12        Q.    Did that include the electrician,
13   Chaminda Kariyawasam.
14        A.    (In English:)  He's from Sri
15   Lanka, so we came from India.  He joined us
16   with the -- in Sri Lanka.
17        Q.    Do you remember what time of day
18   you arrived at the Dali on October 18, 2023?
19        A.    (In English:)  Maybe afternoon or
20   evening.  I don't know.
21        Q.    Afternoon or evening?
22        A.    (In English:)  What time, I don't
23   exactly remember, but maybe --
24              (Through the interpreter:) I don't
25   remember the exact time but somewhere around
```

Exhibit 7

Case 1:24-cr-00041-JKB   Document 513-7   Filed 05/19/25   Page 41 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
                        Attorneys Eyes Only                          March 10, 2025

40

1   the afternoon or evening.

2        Q.   Do you remember what time the Dali

3   left the Port of Colombo that day?

4        A.   I don't remember.  I cannot

5   say -- we go to several ports, and we depart

6   from it.  We should check the records for it.

7   Yeah, I don't remember.

8        Q.   Do you remember how long after you

9   arrived on the Dali the off-signing crew left

10  the ship?

11       A.   I don't remember it exactly.

12  After the handing over, they might have left

13  with four or five of us.  But I'm not sure.

14  Maybe we reached in the afternoon.  They

15  might have left during night.  I'm not sure

16  about it.

17       Q.   How long did your hand-over

18  meeting last?

19       A.   Like I said, the handing over will

20  happen until they leave.  They be already

21  with their luggages packed before we reach.

22  And once we reach, they'll do the hand-over,

23  and then they leave.

24            MR. REISMAN:  Does he know how

25       long it lasted?

Exhibit 7

41

```
 1   BY MR. REISMAN:

 2        Q.   Was it an hour, two hours, more or

 3   less?

 4        A.   I don't remember it.

 5             MR. REISMAN:  Joshua, if you

 6        could pull up Document M as in

 7        Michael, please.

 8             I'm handing the witness now a

 9        document that bears Bates labels

10        Petitioner 11525, and then 11590

11        through 11591.  I will represent that

12        this is an excerpt of the Synergy Ship

13        Management Manual with a revision date

14        of 2 February 2024.

15   BY MR. REISMAN:

16        Q.   And I would ask you to take a look

17   at this document, sir, particularly

18   Section 7.6, which is titled Bosun's Duties.

19             Can you look at that?  It's on the

20   second page.

21             MR. DUFFY:  Look at it, and wait

22        for him to ask a question about it.

23   BY MR. REISMAN:

24        Q.   Have you reviewed it?

25        A.   (In English:)  Yeah.
```

Exhibit 7

42

```
 1        Q.    Had you ever seen this before

 2   today?

 3        A.    (In English:)  We onboard, we see

 4   it.

 5        Q.    Onboard --

 6        A.    (In English:)  Onboard is

 7   sometimes we are seeing that.

 8        Q.    So this document comes from the

 9   ship management -- excuse me, the ship

10   management manual, correct?

11        A.    (In English:)  Yes.

12        Q.    And you have access to this manual

13   onboard the ship?

14        A.    Yes, it will be there.  If you

15   want, we can take it and read it.

16        Q.    You can take it and read it?

17        A.    Yeah.

18        Q.    But you have personally -- you

19   have read this portion of the ship management

20   manual which describes the bosun's duties

21   before?

22        A.    Yes, I have read it.  Sometimes

23   they read it to us.  They say that this is

24   the bosun's duties.  So I know about it.

25        Q.    I would like you to look on -- it
```

Exhibit 7

43

```
 1   says, at the top right, Page 10 of 22.  So

 2   it's the third page of what I've handed you.

 3   One of the responsibilities it says is to

 4   familiarize yourself with all

 5   checklists relevant to the duties carried out

 6   --

 7            THE INTERPRETER:  This is the

 8       interpreter speaking.  I'm sorry the

 9       interrupt.  Where is that?

10            MR. REISMAN:  So it's on the

11       third page of the attachment.

12            MR. BENNETT:  Second bullet

13       point down.

14            THE INTERPRETER:  He wants to

15       read it.

16            MR. REISMAN:  Okay.

17            THE INTERPRETER:  No, he wants

18       you to read it.

19            MR. REISMAN:  You want me to

20       read it?  Okay.

21   BY MR. REISMAN:

22       Q.   Are you able to read it in

23   English?

24            THE INTERPRETER:  Okay.  He's

25       asking me to read it.
```

Exhibit 7

44

```
 1              MR. REISMAN:  Okay.  He wants

 2       you to read it to him in Tamil?

 3              THE INTERPRETER:  Yes, I'll read

 4       it in...

 5       (Reviewing document.)

 6  BY MR. REISMAN:

 7       Q.   So you were to follow the

 8  procedures to operate things safely onboard

 9  the ship; is that right?

10       A.   (In English:)  Yes, sir.

11       Q.   And you were also to familiarize

12  yourself with all equipment relevant to the

13  performance of your duties including safety

14  and emergency equipment and procedures,

15  correct?

16       A.   One moment, please.

17       (Reviewing document.)

18       A.   Yes, right.

19       Q.   And that would include the anchor

20  handling equipment, the windlass, the

21  hydraulic brake, the manual brake.  All of

22  that equipment is included within your

23  responsibilities?

24       A.   Yes.

25       Q.   And at the bottom, it says:  Note
```

Exhibit 7

45

```
 1    any deficiencies and/or irregularities

 2    regarding equipment and procedures to be

 3    reported to the chief officer.

 4         A.    Yes.

 5         Q.    And you reported -- your job as

 6    bosun, you reported directly to the chief

 7    officer, correct?

 8         A.    (In English:)  Yes, correct, sir.

 9         Q.    The chief officer is your

10    supervisor?

11         A.    (In English:)  Yes, sir, my boss.

12         Q.    Your boss?

13         A.    (In English:)  Yes.

14         Q.    You had other responsibilities

15    onboard the Dali besides just the ones that

16    are listed in this section of the ship

17    management manual, correct?

18         A.    Yes, I had maintenance reviews and

19    such things.

20         Q.    You also would serve as a lookout?

21         A.    Okay.  Lookout is not my job.  It

22    is the AB's job, but if the AB is not feeling

23    well or if there's a shortage of manpower, I

24    assist him.

25         Q.    Did you ever receive any training
```

Exhibit 7

46

```
 1   on how to serve as a lookout on the Dali?

 2        A.    It comes with experience.  And

 3   they give us a certificate, like called a

 4   watch-keeping certificate, and everybody has

 5   it.  AB and OS and everybody has it.

 6        Q.    Did anybody on the Dali ever give

 7   you any instructions on what they wanted you

 8   to do when you served as lookout on that

 9   ship?

10        A.    I already know about it.  Since

11   I'm a bosun, I was already as an AB and then

12   I moved on to bosun, and so I know about it.

13        Q.    So nobody explained to you what

14   they wanted you to do when you served as a

15   lookout on the Dali, correct?

16        A.    (In English:)  What are you

17   asking, about the lookout on the bridge or on

18   the bow?

19        Q.    I'm sorry.  I didn't understand.

20        A.    (In English:)  You are asking

21   about lookout.  So that lookout -- what

22   you're asking about the bridge or forward.

23        Q.    On the forecastle, on the bow.

24        A.    (In English:)  On bow.  Yeah, bow

25   means I'm only doing that.  Sorry, I thought
```

Exhibit 7

47

```
 1    -- sorry, I thought that the AB's job is on

 2    bridge only.

 3         Q.    On the bridge?

 4         A.    (In English:)  On the bow, me

 5    only.  I am.  That's my job.

 6         Q.    So let's go back and we'll

 7    clarify.  And, again, if you're not sure what

 8    I'm asking or it doesn't makes sense, just

 9    tell me that, and we'll try and make it make

10    sense for you.  All right?

11              MR. DUFFY:  Just for the

12         witness, listen to the question.  Try

13         to answer the question he's asking.

14         You're -- if you don't understand, ask

15         him to ask it another way.  But you're

16         answering some things that he's not

17         asking.

18              THE WITNESS:  (In English:)

19         He's asking about lookout now.  Said.

20         (Simultaneous unreportable crosstalk.)

21              MR. DUFFY:  He knows what he's

22         asking about, but he want make sure

23         you know what you're asking --

24              THE WITNESS:  (In English:)

25         Yes.
```

Exhibit 7

48

```
 1              MR. DUFFY:  So listen to the

 2       court reporter and think.

 3              THE WITNESS:  (In English:)

 4       Okay, sir.

 5   BY MR. REISMAN:

 6       Q.    So let's go back.

 7       A.    (In English:)  Yes, sir.

 8       Q.    One of the jobs that you performed

 9   on the Dali was to stand on the bow and serve

10   as a lookout; is that correct?

11              MR. BENNETT:  Note my objection.

12       A.    Yes, there was standby, yes.

13              MR. REISMAN:  I can't hear you.

14              THE INTERPRETER:  There was

15       standby, yes.

16       A.    It's not lookout.  It's called

17   standby.  Sometimes the captain asked to

18   stand by on the bow, and we do that.  It's

19   not always.

20   BY MR. REISMAN:

21       Q.    So did you ever serve as the

22   lookout on the bow of the Dali?

23       A.    Sometimes the captain asks us to

24   look out for it since we are on standby.

25   When they see something from the -- some ship
```

Exhibit 7

49

```
 1    approaching us, they ask us to do the
 2    lookout, and we do that.
 3         Q.    What -- when you were serving as
 4    the standby, what is your job?  What are you
 5    doing?
 6         A.    I make the anchor to -- I ready
 7    the anchor to let go, and then I will be on
 8    standby.
 9         Q.    So when you're standing by, that
10    means you're standing by to let go the
11    anchor?
12         A.    Once the ship sails out, it will
13    be always on the let go position.  I just
14    check everything once, and then I will be on
15    standby.
16         Q.    Where would you be positioned when
17    you were standing by?
18         A.    On the bow, on the top.
19         Q.    Where on the bow?
20         A.    Wherever on the bow like on
21    starboard or on the boat.  Anywhere on the
22    bow.
23         Q.    Were you told to stand by in a
24    particular position or you just could decide
25    wherever you wanted to be?
```

Exhibit 7

50

```
 1        A.    They'll ask us to be on standby in
 2   the forward.  So it's a small location.
 3   We'll be there.
 4        Q.    Would you have a place to sit
 5   there or did you have to stand?
 6        A.    There's no place for us to sit.
 7   We'll just stand.  Sometimes there is
 8   something called a bit, to be like a tall
 9   stool, and we sit on that.
10        Q.    Was there a stool like that on the
11   Dali?
12        A.    It's not stool.  It's not --
13              (In English:)  It's a bit, which
14   ones we are tying up on the ship.
15        Q.    A bit?  Okay.  So you sit on a bit
16   sometimes?
17        A.    (In English:)  Sometimes.
18        Q.    Okay.
19        A.    (In English:)  Long time I'm
20   standing.  Sometimes I'm resting.
21        Q.    How far is that bit -- well, back
22   up.
23              I assume there's a bit on both the
24   starboard and portside of the bow?
25        A.    Yes.
```

Exhibit 7

51

```
 1        Q.    How far is the port bit from the
 2   port anchor windlass?
 3        A.    Bit is not a single thing.  It
 4   will be several bits there.  Just like
 5   pillows in a house.  So we'll sit on the bit,
 6   which is closer to the anchor.
 7        Q.    And how close is that bit from the
 8   port anchor windlass?
 9        A.    It's less than 50 seconds.  It's
10   not even --
11              (In English:)  Two, three seconds
12   only.  Like this only.
13        Q.    Two or three seconds away -- it
14   would take you two or three seconds to get
15   from the bit to the port windlass?
16        A.    Yes, it will be so nearby.
17              It will be so nearby.
18              MR. REISMAN:  So nearby?
19              THE INTERPRETER:  Yeah.
20              MR. REISMAN:  Okay.
21        A.    It's just like where she sits.
22   BY MR. REISMAN:
23        Q.    The distance, five feet maybe?
24        A.    (In English:)  Yeah two, four
25   feet, yeah.
```

## Exhibit 7

52

```
 1        Q.    Who is responsible for getting the
 2   anchor set up for departure?
 3        A.    The anchor will be ready always.
 4   It will be ready when it comes in.
 5        Q.    Well, before you depart, does the
 6   chief officer come and make sure that the
 7   anchor is set up properly for departure?
 8        A.    Yes, chief officer, me, and then
 9   an assistant who is responsible for the
10   anchor.
11        Q.    Is the assistant an OS?
12        A.    Assistant is based on sometimes we
13   call an AB, sometimes we call an OS.  Mostly
14   it will be an OS, but chief officer and bosun
15   would be there always.
16        Q.    So every time the Dali arrived or
17   departed a port, you were up on -- well,
18   while you were onboard, you would have been
19   positioned on the bow with the anchors?
20        A.    The captain assisted too.
21        Q.    So you would be there?
22        A.    Will not be there always.
23   Whenever the captain asks us to go there and
24   be on standby, we'll do that.
25        Q.    I'm not asking about standby right
```

Exhibit 7

53

```
 1   now.  What I'm asking is before the Dali
 2   would depart a port, would you always be
 3   positioned on the bow with the anchors?
 4        A.   When a ship departs, we remove the
 5   ropes.  We --
 6             MR. REISMAN:  If he said it -- I
 7        know -- let her finish, and then after
 8        that, give it.
 9             MR. DUFFY:  He's not asking
10        that.
11             MR. REISMAN:  I know that, but
12        he said it, and so it's got to be
13        translated and then you can instruct
14        him.
15        A.   When the ship departs, we remove
16   all the ropes, and once the ship is safely
17   out, when it is secure, sometimes the captain
18   asks us to do that.  On those times, we will
19   do that, or else we would not.
20             MR. DUFFY:  I'm just going to
21        ask the reporter, just remind him,
22        listen to the question and answer what
23        he's asking, not something else.  Ask
24        what he's asking.
25             THE WITNESS:  (In English:)  All
```

Exhibit 7

54

```
 1        rope is cast up, everything is secure.

 2        And then captain will ask me to come

 3        back to cabin.  And then only I come.

 4        Okay.  That will do.  You're going to

 5        come to cabin, come to our cabin, and

 6        then I come.

 7              THE STENOGRAPHER:  I can't

 8        understand him.

 9              THE INTERPRETER:  After

10        everything, the captain asks us to

11        come back to the cabin, and then we'll

12        move back to the cabin.

13              MR. DUFFY:  Just calm down.

14        He'll start over, but listen.  Listen.

15   BY MR. REISMAN:

16        Q.   Listen to your lawyer.  Answer the

17   question that I'm asking.  If you don't

18   understand the question, tell me or tell her.

19   Okay?  All right?

20              So let's start with this.  You

21   joined the Dali on October 18, 2023, right?

22        A.   Yes.

23        Q.   And while you were onboard the

24   Dali, were you assigned to stand -- strike

25   that.
```

Exhibit 7

55

```
 1            While when you were on the Dali,
 2   were you assigned to assist the chief officer
 3   in preparing the anchors for departure each
 4   time the Dali left the port?
 5       A.    I don't understand that.
 6       Q.    Before the Dali would depart from
 7   a port, somebody had to go check the anchors,
 8   right?
 9       A.    Yes.
10       Q.    You had to make sure that the
11   anchors were ready for departure, right?
12       A.    Yes.
13       Q.    Were you one of the people that
14   was always assigned to go check on the
15   anchors before departure on the Dali?
16       A.    I will have to move to the station
17   to remove the ropes, so anyway I will be
18   going to the forward, so I will check
19   everything then.
20       Q.    But was that your job?
21       A.    Yes.
22       Q.    And every time the Dali would
23   depart, that was your job?
24       A.    Yes.
25       Q.    How many times do you think you
```

Exhibit 7

Case 1:24-cr-00041-JKB   Document 513-7   Filed 05/19/25   Page 57 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                        March 10, 2025

56

1   did that on the Dali?

2       A.    Every time we -- every time the

3   ship arrives at a port, the captain asks us

4   to do the extra lashing.  So it's called a

5   sea securing.  We do that.  And likewise,

6   every time the ship departs a port, we take

7   care of that.

8            THE INTERPRETER:  This is the

9       interpreter speaking.  Looks I did

10       something wrong.

11            MR. REISMAN:  I think you

12       reversed it.

13            THE INTERPRETER:  Yeah.

14            MR. REISMAN:  Let me ask -- let

15       me clarify.

16   BY MR. REISMAN:

17       Q.    When the ship would depart, the

18   anchors would have to be fastened for sea,

19   correct?

20       A.    Yeah.

21       Q.    When you arrived, they would have

22   to be prepared for arrival?

23       A.    (In English:)  Yes, sir.  Correct,

24   sir.  You're right.  When ship is coming to

25   port --

Exhibit 7

57

```
 1            THE STENOGRAPHER:  I can't

 2       understand him.

 3            (Unintelligible.)

 4  BY MR. REISMAN:

 5       Q.   Slow down.  Slow down.

 6       A.   (In English:)  When ship is coming

 7  into port, the master is saying me to remove

 8  the extra lashing.

 9       Q.   Remove the installation?

10       A.   The extra lashing.

11            MR. BENNETT:  Extra lashing.

12            MR. DUFFY:  Extra lashing.

13       A.   (In English:)  Lashing.  We are

14  taking the extra lashing on the anchor for

15  the sea -- sea secure.  So we are removing

16  that one.  So removing the extra lashing and

17  making anchor for the let go position.  That

18  is -- ship is coming into the port.  All

19  cargo operation is finished.  Again,

20  departure from the port.  Still that person

21  only.

22            THE STENOGRAPHER:  I can't

23       understand him.

24            MR. REISMAN:  Again, departure

25       from the port.
```

Exhibit 7

58

```
 1        THE WITNESS:  (In English:)
 2   Again, departure from the port.
 3        MR. REISMAN:  Slow -- look at
 4   her and slow.
 5        THE WITNESS:  (In English:)
 6   Again, departure from the port.  The
 7   anchor position is still like this
 8   only, ready to let go.  So when I'm
 9   going at the departure station for the
10   leave the ship, leave the ropes, that
11   time, once I'm taking cross checking,
12   I checked the pin already removed, I
13   making the post -- all of it -- okay.
14        (Unintelligible.)
15        MR. REISMAN:  She's not able to
16   understand you.  So --
17        MR. BENNETT:  Let's go through
18   the interpreter.
19        MR. REISMAN:  I agree.
20        THE INTERPRETER:  I will ask him
21   to say the information in shorter
22   segments.
23        MR. REISMAN:  All right.  Well,
24   I'm going to object that it's
25   nonresponsive because it's not what I
```

Exhibit 7

59

```
1    was asking.

2           MR. DUFFY:  Sorry.

3           MR. REISMAN:  I know.  Well, I

4    know.  So --

5           MR. BENNETT:  I think he's

6    trying to help you out.

7           MR. REISMAN:  Well, we are going

8    get there, just not right now.  So

9    that's not the question.  If you want

10   to her to go through the whole answer,

11   I will allow that, but that's not what

12   I asked.

13          MR. DUFFY:  Just try to ask a

14   little shorter questions.

15          MR. REISMAN:  I couldn't have

16   asked a shorter question.  Did you do

17   it every time?  The question was very

18   short.

19          MR. DUFFY:  Ask it again, just

20   -- what are you trying to ask?

21          MR. REISMAN:  I want to know if

22   he's up there every time before

23   departure checking the anchor

24   condition.

25          MR. DUFFY:  I think he answered
```

Exhibit 7

60

```
 1        yes, but --
 2             MR. REISMAN:  Well, I do too,
 3        but it doesn't matter what you asked
 4        him.
 5             THE WITNESS:  Yes.
 6   BY MR. REISMAN:
 7        Q.    And how many times do you think
 8   you did that on the Dali?
 9        A.    I was trying to explain it.
10             MR. REISMAN:  All right.  I'm
11        not asking what he did.  So tell him
12        that.  I'm not asking what he did.
13             How many times was he assigned
14        to stand on the bow and check the
15        anchor before the ship departed?
16             THE WITNESS:  We'll do it on
17        every departure.
18             MR. REISMAN:  Does he have an
19        estimate of how many times he did it
20        onboard the Dali?
21             THE WITNESS:  I don't remember
22        that.
23   BY MR. REISMAN:
24        Q.    It was a lot?
25             MR. BENNETT:  Just note my
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                                       March 10, 2025

61

```
 1        objection.

 2        A.    Several times.  Several times.

 3   BY MR. REISMAN:

 4        Q.    And you were familiar with the

 5   process and the procedure?

 6        A.    Yes.

 7        Q.    Did you have any training on how

 8   to prepare the anchor for arrival or

 9   departure or was that just something you

10   learned on the job?

11        A.    It's comes out of experience.

12   That's the duty of bosun, and it comes out of

13   experience.

14        Q.    So no formal training, just

15   on-the-job experience?

16        A.    Yes.

17        Q.    When the ship was in port, what is

18   your work schedule?

19        A.    Once the ship is tied, we do the

20   gang thing, and there will be cargo operation

21   and the crew --

22              THE INTERPRETER:  He's trying to

23        explain it.

24              MR. REISMAN:  Just ask him.  I

25        think he's giving me more than I ask.
```

Exhibit 7

62

```
 1              Does he work a set schedule, a
 2      watch while the ship is in port?
 3              THE WITNESS:  (In English:)
 4      Yes, sir.  I'm on the general duty for
 5      in port that my OS and the AB is
 6      keeping watch -- cargo watch.  I'm
 7      assisting them.  And my
 8      duty is general duty.  So morning to
 9      evening, I be up on the deck, and in
10      case of any job, and nighttime also,
11      they will call me.  I will come and
12      attend that job.
13  BY MR. REISMAN:
14      Q.   Okay.  So do you have a fixed
15  watch schedule, certain hours that you work?
16      A.   (In English:)  I have five person
17  -- no fixed watches, sir.  So general duty,
18  morning to evening.
19      Q.   Whatever is needed?
20      A.   (In English:)  Whatever is needed.
21      Q.   What about when the ship is at
22  sea?
23      A.   (In English:)  Sea also, the
24  general duty.  They're the same thing.
25      Q.    You're just on call to work as
```

Exhibit 7

63

```
 1   needed?

 2        A.    (In English:)  Yes, sir.

 3        Q.    You don't stand a watch?

 4        A.    (In English:)  I don't ever watch,

 5   but morning to evening, I have to work on the

 6   deck.  Nighttime, in case of any job, they

 7   will call me.  I will attend it.

 8        Q.    Do you remember being interviewed

 9   by the NTSB and United States Coast Guard on

10   March 28, 2024?

11        A.    (In English:)  Yes, sir, the NTSB.

12        Q.    The NTSB and the Coast Guard?

13        A.    (In English:)  Yes, sir.

14        Q.    And they sat down and they

15   interviewed you?

16        A.    (In English:)  Yes, sir.

17        Q.    And they told you they were going

18   to record it?

19        A.    I'm not sure about the recording

20   part, but they asked us questions.

21        Q.    They asked you -- you

22   particularly, they sat with you and asked you

23   questions, right?

24        A.    (In English:)  Yes, sir.  Yes,

25   sir.
```

Exhibit 7

64

```
1        Q.    And you knew when they were asking

2   you questions that they were part of the

3   United States Government that was

4   investigating --

5        A.    (In English:)  Yes, sir.

6        Q.    -- the accident, right?

7        A.    (In English:)  Yes, sir.

8        Q.    So you were truthful with them,

9   weren't you?

10       A.    (In English:)  Yes, sir.  Correct,

11  sir.

12       Q.    Everything you said to them was

13  true?

14       A.    (In English:)  Yes, sir.

15       Q.    You didn't leave anything out, did

16  you?

17       A.    Yes.

18             MR. REISMAN:  Hang on.  Did he

19        leave anything out?

20             THE WITNESS:  (In English:)  No.

21        He was asking when in port, are you

22        keeping watch or something?

23  BY MR. REISMAN:

24       Q.    Well, hang on.  Let's answer this

25  question first.  We'll go back to that one if
```

Exhibit 7

65

 1    you want to clarify it.  That's fine.  But

 2    let's answer this question first.

 3            The question is, when the NTSB and

 4    Coast Guard interviewed you on March 28,

 5    2024, were you truthful with them?

 6        A.    (In English:)  Yes, sir.  Correct,

 7    sir.

 8        Q.    You told the truth?

 9        A.    (In English:)  Yes, sir.

10        Q.    And did you leave anything out?

11        A.    I missed something, which I told

12    you now.

13        Q.    Oh, so something you told the

14    Coast Guard and NTSB --

15        A.    (In English:)  But which one you

16    was asking me?  In port, are you keeping

17    watch duty?  So as far as I'm bosun, for me,

18    no watching.  So I'm keeping on the general

19    duty.  And at the departing port that

20    lasted -- the incident where before the

21    depart, I was keep watch on the deck.

22    Morning, 6 to 12 --

23        Q.    6 to what?

24        A.    -- morning 6 to afternoon 12, and

25    the evening 1800 to 24 hours.

Exhibit 7

66

```
 1              (Reporter clarification.)

 2              THE STENOGRAPHER:  I can't --

 3              MR. REISMAN:  Hang on.

 4  BY MR. REISMAN:

 5       Q.    So in the morning, you worked the

 6  watch from 6 --

 7       A.    (In English:)  To 12.

 8       Q.    6:00 to 12?

 9       A.    (In English:)  In the evening.

10       Q.    So 6:00 a.m. to noon?

11       A.    (In English:)  Noon.

12       Q.    And then in the evening --

13       A.    (In English:)  To 1800.

14       Q.    -- 6:00 p.m., 1800 --

15       A.    (In English:)  Yeah.

16       Q.    -- to midnight?

17       A.    (In English:)  Yeah.

18       Q.    To 2400?

19       A.    (In English:)  Because one man was

20  shortage.

21       Q.    Because you were short a man?

22       A.    (In English:)  Short a man.  He's

23  already gone home.  The one man was short.

24  The chief has asked me to keep the watch on

25  the gangway, so I was there.
```

Exhibit 7

67

```
 1        Q.    So was that before or after the
 2   accident that you were keeping that watch?
 3        A.    (In English:)  Before accident.
 4        Q.    Before the accident?
 5        A.    (In English:)  Before the
 6   accident.
 7        Q.    So the ship arrived in Baltimore,
 8   I think, March 23, 2024, and departed on
 9   March 26, 2024 --
10        A.    (In English:)  Yes, yes.
11        Q.    Wait for me to finish.
12              So the ship arrived in Baltimore
13   on March 23rd and attempted to depart on
14   March 26th, correct?
15        A.    (In English:)  Yes, sir.
16        Q.    And in that period of time from
17   March 23rd to March 26th, you actually stood
18   a watch?
19        A.    (In English:)  Yes, yes.
20        Q.    Because the crew was short a man?
21        A.    (In English:)  Yes, correct.
22        Q.    Who was the man that you was short
23   -- that you were short?  What was his
24   position?
25        A.    (In English:)  A cadet.
```

Exhibit 7

68

```
 1        Q.    A cadet?  So you had to fill in
 2   for the cadet?
 3        A.    (In English:)  The cadet was
 4   keeping watch on the gangway.  So he's -- one
 5   day before of sailing, I think so.
 6              (Through the interpreter:)  The
 7   cadet was on watch, and he left one day
 8   before sailing.
 9              The cadet was on watch, and he
10   left one day before sailing, so he was on
11   watch.
12        Q.    So he left the day before the ship
13   departed?
14        A.    (In English:)  Yes, sir.
15        Q.    Okay.  And in addition to standing
16   watch at the gangway, you also had to do all
17   of your other job responsibilities, correct?
18              MR. BENNETT:  Just note my
19         objection.
20        A.    (In English:)  Yes, sir.  I'm
21   staying on the gangway, and I tell my crew,
22   the AB, they taking around chasing the cargo.
23   Anything else they're putting me.
24   BY MR. REISMAN:
25        Q.    Between midnight -- excuse me.
```

Exhibit 7

69

```
1    Strike that.

2            Between noon and 1800, did you do

3    any work on the Dali on March 25th?

4        A.    (In English:)  No, sir.  No, sir.

5        Q.    What did you do at that time?

6        A.    (In English:)  That time I'm

7    taking rest because already I was 6 to 12.  I

8    was already done switched to 30.  It's

9    evening 6:00, I have to go back on the watch.

10   So that 12 to 6, I was off time.  I was

11   taking rest.

12       Q.    And you think -- you explained

13   that to the Coast Guard and the NTSB or you

14   did not explain that to them?

15       A.    (In English:)  I don't remember,

16   sir.  Now you're asking me now in port what

17   your job.  That's only I'm telling you.  I

18   don't remember.  A lot I don't remember.

19       Q.    Let's go back to the Coast Guard

20   and NTSB interview.  Okay?

21       A.    (In English:)  Okay, sir.

22       Q.    You said you told the truth to

23   them, right?

24       A.    (In English:)  Yes, sir.

25       Q.    Did you leave anything out?  When
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                                      March 10, 2025

70

```
 1   they asked you questions, did you tell them

 2   everything in response to those questions, or

 3   did you leave things out?

 4        A.    I said -- I told the whole answer.

 5        Q.    Have you reviewed a transcript of

 6   your interview with the NTSB?  Have you ever

 7   seen this transcript?

 8        A.    I don't know.

 9        Q.    You might have, you just don't

10   remember?

11        A.    Yes, might be.

12        Q.    But you remember the interview?

13        A.    Yes, I remember the interview.

14        Q.    When you're on -- strike that.

15              When you were onboard the Dali,

16   did you typically talk with the crew in

17   Tamil?

18        A.    I talk in Tamil.  There are other

19   people -- there are other Indians from other

20   states, so I talk in Hindi, and sometimes I

21   talk in English.  So with Tamil people, I

22   talk in Tamil, and with others I talk in

23   Hindi.

24        Q.    Well, most of the crew on the

25   Dali, when you were on board, spoke Tamil?
```

Exhibit 7

71

```
 1       A.    Yes.
 2       Q.    So most of the conversations
 3   onboard the ship were on Tamil?
 4            MR. BENNETT:  Just note my
 5       objection.
 6       A.    Since there were more Tamil
 7   people, we normally talk in Tamil.
 8   BY MR. REISMAN:
 9       Q.    So while you were onboard the
10   Dali, most of the conversations that you
11   heard were in Tamil?
12       A.    Yes.
13       Q.    And when you communicated with the
14   chief officer, would you talk to him in
15   Tamil?
16       A.    Yes, he's also from Tamil -- he
17   also knows Tamil, so I talk in Tamil.
18       Q.    And what about the master?  When
19   you spoke with the master on the Dali, did
20   you speak in Tamil?
21       A.    Yes, he's -- he also knows Tamil,
22   so I talked to him in Tamil.  Sometimes he
23   also speaks Hindi or English.
24       Q.    And when you communicated with the
25   ABs and the OSs on the Dali, you spoke to
```

Exhibit 7

72

```
 1   them in Tamil?

 2        A.    Yes, I talk in Tamil, but if

 3   they're from other states, I talk in other

 4   language, but most of the people in my crew

 5   are from Tamil Nadu or Karela, and both the

 6   states talk Tamil, so the majority of it is

 7   in Tamil.

 8        Q.    Do you remember anybody onboard

 9   the Dali who spoke a language other than

10   Tamil?

11        A.    Yes, there are.

12        Q.    Who do you remember that spoke a

13   language other than Tamil?

14        A.    Second officer, cadet, electrical

15   officer, one of the oilers, I guess, and also

16   chief cook.  I don't remember the others but

17   there are people.

18        Q.    You said the electrical officer

19   did not speak Tamil?

20            MR. DUFFY:  Objection.  That

21        misstates the testimony.

22            MR. REISMAN:  I don't think it

23        does.

24            MR. DUFFY:  Well, he didn't say

25        that.  So ask him a different
```

Exhibit 7

73

```
 1        question.

 2   BY MR. REISMAN:

 3        Q.    Did you say that the electrical

 4   officer does not speak Tamil?

 5        A.    Electrical officer is from Sri

 6   Lanka.

 7        Q.    And so does he speak Tamil?

 8        A.    (In English:)  No.

 9        Q.    And that's what you said before,

10   right?

11        A.    (In English:)  Yeah, yeah.

12             MR. BENNETT:  That wasn't the

13        question you asked.

14             MR. REISMAN:  It wasn't what I

15        asked, but it's what said.

16             MR. WALKER:  That's what the

17        court reporter heard and transcribed.

18             MR. REISMAN:  Yeah, because

19        that's what I said.

20   BY MR. REISMAN:

21        Q.    Did you know the electrician -- or

22   strike that.

23             Did you know the electrical

24   officer?

25        A.    Yes, I know.  I know him.  I know
```

Exhibit 7

74

1    him since we work on the same ship.  I don't

2    know him before that.

3         Q.    And you joined the ship on the

4    same day, right?

5         A.    Yes.

6         Q.    And you understood his job was the

7    electrical officer?

8         A.    Yes.  Yes, when we met on the

9    first day, normally people introduce, right,

10   so he's -- I know him.

11        Q.    He's what?

12        A.    When they met on the first day,

13   people introduce, right, so I met him.

14        Q.    And do you remember what his job

15   responsibilities were on the ship?

16        A.    I know that he's an electrical

17   officer, and he does something related to

18   electronics.  I don't know in detail about

19   it.

20        Q.    Did you ever talk to him about

21   what his job duties were on the ship?

22        A.    No.

23        Q.    Did you ever have to deal with him

24   for part of your job?

25        A.    Sometimes when the tech equipments

Exhibit 7

Case 1:24-cr-00041-JKB   Document 513-7   Filed 05/19/25   Page 76 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                                      March 10, 2025

75

1    do not work or if they malfunction, I call

2    him, and he comes in and checks it, and at

3    those times we talk about that equipment.

4         Q.    So you remember specific times

5    where you ask Chaminda Kariyawasam actually

6    had to -- strike that.

7              You remember timed when you called

8    Mr. Kariwayasam to come and help you fix a

9    piece of electrical equipment on the ship?

10        A.    Yes, many things.

11        Q.    I'm sorry?

12        A.    Many of them.

13        Q.    Many times?

14        A.    Yeah, many times.  Sometimes the

15   lights don't work, and on that day, the

16   anchor probably did not work, so we called

17   him.

18        Q.    So when there was an electrical

19   problem on the ship, you would call

20   Mr. Kariwayasam to come look at it and fix

21   it, correct?

22        A.    I cannot call him directly.  I

23   inform it to my chief officer, and he informs

24   the engine room, and then they'll call him.

25        Q.    And then the electrician -- excuse

Exhibit 7

```
 1    me.  And then Mr. Kariwayasam would come out

 2    to actually look at it, determine what was

 3    wrong, and fix it?

 4         A.    Yes.

 5         Q.    You're aware that Synergy has

 6    written policies and procedures instructing

 7    the crew on how to perform certain functions

 8    on the ship?

 9         A.    Yes, chief officer sometimes

10    informs us that the company asks us to do

11    this, do that.

12         Q.    But you're aware that the company

13    has a written manual that tells the crew how

14    to do certain tasks?

15         A.    Yes.

16         Q.    Are you aware that Synergy has a

17    written procedure for readying the anchors

18    for arrival or departure?

19         A.    I don't know if there is a return

20    format of that, but I know that -- I know

21    what has to be done with my experience.

22         Q.    Is your experience that, in order

23    to get the -- well, in order to prepare the

24    ship for arrival or departure, you must

25    remove the anchor lashings?
```

Exhibit 7

77

```
 1        A.    Yes, I know.

 2        Q.    And you must remove the Spurling

 3   cover?  Yes?

 4        A.    Yes.

 5        Q.    And you must remove the Hawes pipe

 6   cover?

 7        A.    (In English:)  Yes.

 8        Q.    I'm going to show you a copy of a

 9   document that has Bates labels Petitioner

10   13225 and 13276 through 13277.  This is an

11   excerpt of the navigation manual with a

12   revision date of 2 February 2024.

13             MR. REISMAN:  And I'm going to

14        ask him to look specifically on the

15        second page, Section 7.17, if you can

16        point that to him.

17             Josh, if you could pull up

18        Document P as in Peter, please, and

19        particularly at Number 4 in

20        Section 7.17.

21             (Reviewing document.)

22             THE WITNESS:  (In English:)  I

23        know this.

24   BY MR. REISMAN:

25        Q.    You're familiar with that?
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD
Attorneys Eyes Only
Charles Vaz
March 10, 2025

78

```
 1        A.    (In English:)  Yes.
 2        Q.    That's the procedure that the crew
 3   of the Dali would use the prepare the anchors
 4   for arrival and departure, correct?
 5        A.    Yes.
 6        Q.    And you would always follow this
 7   procedure, correct?
 8        A.    (In English:)  Yes, sir.
 9        Q.    So this is what you would do to
10   get the Dali's anchors ready whenever you
11   would be arriving at a port or preparing for
12   departure from a port, correct?
13        A.    (In English:)  Yes.
14        Q.    And that's consistent with what
15   you told the NTSB when they asked you what
16   you did --
17             MR. BENNETT:  Just note my
18        objection.
19   BY MR. REISMAN:
20        Q.    -- to prepare the anchors,
21   correct?
22             MR. BENNETT:  Just let me put --
23        just note my objection to any
24        questions about the interview with the
25        NTSB.  NTSB has rules and regulations
```

Exhibit 7

79

```
 1        and whether that testimony can be used

 2        an at trial or in any part of this

 3        case.

 4             MR. REISMAN:  Okay.

 5             MR. BENNETT:  Okay?  So just

 6        note my objection.

 7             MR. REISMAN:  That's fine.  I'm

 8        just asking if that's what he told

 9        him.  I don't think there's any basis,

10        but, I mean, the objection is noted.

11        That's fine.

12             MR. BENNETT:  Okay.  Thank you.

13             MR. REISMAN:  No problem.

14   BY MR. REISMAN:

15        Q.   So when the NTSB asked you what

16   you do to prepare the anchor for departure,

17   you told them this procedure, correct?

18             MR. BENNETT:  Just note my

19        objection.

20        A.   Yes.

21   BY MR. REISMAN:

22        Q.   And just for a clarification, so

23   you will here your lawyer or Mr. Bennett may

24   make objections, or any of the other lawyers

25   may make an objection.  Unless they tell you
```

Exhibit 7

80

```
 1    don't answer the question -- Mr. Duffy has

 2    told you don't answer some questions.  If

 3    they make an objection, you don't need to

 4    worry about that.  That's just for us.  So

 5    just concentrate on the question, let him

 6    make the objection, and then answer the

 7    question.  But if you need me to repeat the

 8    question because you got distracted, just

 9    tell me that and I will repeat it for you.

10    Okay?

11           MR. BENNETT:  And then just for

12       the record, just so it goes smoothly,

13       I won't object anymore to the

14       questions about NTSB.  We'll use it as

15       a standing objection.

16           MR. REISMAN:  No, you need to

17       make them.

18           MR. BENNETT:  You want me to

19       make them?

20           MR. REISMAN:  Yes, please.

21           MR. BENNETT:  Okay.

22           MR. REISMAN:  Thanks.

23    BY MR. REISMAN:

24       Q.   So when the Dali departed

25    Baltimore on March 26, 2024, this was the
```

Exhibit 7

81

```
1    procedure that had been followed to get the

2    anchors ready, correct?

3              MR. BENNETT:  Just note my

4         objection.  Object to the form of the

5         question.  It's a leading question.

6              MR. REISMAN:  I'm allowed to

7         lead him.

8              MR. BENNETT:  Why are you

9         allowed to lead him?

10              MR. REISMAN:  He's not aligned

11         with me.

12              MR. DUFFY:  He's not an adverse

13         witness.

14              MR. REISMAN:  He's not aligned

15         with me.

16              MR. BENNETT:  I've given you

17         leeway.  You want me the make all my

18         objections, I will make my objections.

19              MR. REISMAN:  Okay.

20              MR. BENNETT:  You called him on

21         your direct case.  He's not adverse.

22              MR. REISMAN:  You have made it.

23         I think that's silly, but --

24              MR. BENNETT:  Okay.

25              MR. REISMAN:  -- you have a
```

Exhibit 7

82

| | |
|---|---|
| 1 | right -- you're entitled to make it. |
| 2 | Obviously, neither one of us will |
| 3 | decide that.  The judge will |
| 4 | ultimately decide that. |
| 5 | BY MR. REISMAN: |
| 6 | Q.    So, Bosun, when the Dali departed |
| 7 | Baltimore on March 26, 2024, you had prepared |
| 8 | the anchors in accordance with this procedure |
| 9 | we have looked at, Section 7.17, Number 4 in |
| 10 | the navigation manual? |
| 11 | MR. BENNETT:  Just note my |
| 12 | objection. |
| 13 | BY MR. REISMAN: |
| 14 | Q.    Is that correct? |
| 15 | MR. BENNETT:  Just note my |
| 16 | objection. |
| 17 | A.    Yes. |
| 18 | BY MR. REISMAN: |
| 19 | Q.    Let's talk about March 25th.  So |
| 20 | remember, the accident happened on |
| 21 | March 26th.  You were onboard the Dali on |
| 22 | March 25th, correct? |
| 23 | A.    Yes, I was onboard. |
| 24 | Q.    And we are going to attach -- I |
| 25 | don't think I did this -- the excerpt of the |

Exhibit 7

83

```
1    navigation manual, Petitioner 13225 and 13276

2    through 13277 as Exhibit 30.

3         (Exhibit 30 was marked for

4         identification.)

5              MR. REISMAN:  And we're also

6         going to attach the excerpt of the

7         ship management manual, Petitioner

8         11525 and 11590 through 11591 as

9         Exhibit 30 -- excuse me, Exhibit 29.

10        (Exhibit 29 was marked for

11        identification.)

12   BY MR. REISMAN:

13        Q.   So since we have Exhibit 29 in my

14   hand -- I don't remember if I asked you this.

15   So if you can look at that again.

16             MR. REISMAN:  Can you show him

17        --

18             THE INTERPRETER:  Which one?

19             MR. REISMAN:  The one that, at

20        the bottom right corner, says 11525.

21        And it's going to be the last page.

22        If you can point him to about the

23        middle of the page where it says

24        "note" in boldface.

25   BY MR. REISMAN:
```

Exhibit 7

84

1          Q.     We talked earlier about your job

2     duties as bosun and in particular the

3     description of your job duties that set out

4     in the ship management manual.

5          A.     Yes.

6          Q.     And one of your obligations or one

7     of your duties was to report any deficiencies

8     or irregularities regarding equipment to the

9     chief officer, correct?

10         A.     Yes.

11         Q.     And before the Dali departed

12    Baltimore on March 26, 2024, did you ensure

13    that the anchors had been prepared in

14    accordance with the Synergy navigation

15    manual, Section 7.17, Number 4?

16         A.     Yes.

17         Q.     And was that the condition that

18    the anchors were in when the ship departed

19    Baltimore on March 26, 2024?

20         A.     Yes.

21         Q.     And were any changes made to that

22    condition between departure and the time when

23    you first received an order to let go of the

24    anchor on March 26th?

25              MR. BENNETT:  Just note my

Exhibit 7

85

```
 1        objection.

 2        A.    Are you asking if the anchor

 3   position changed?

 4   BY MR. REISMAN:

 5        Q.    Yes.

 6        A.    No.

 7        Q.    So March 25th, you were working

 8   that watch from 0600 to noon and 1800 to

 9   2400, correct?

10            MR. BENNETT:  Just note my

11        objection.

12            MR. REISMAN:  Did I say 26th?

13        No.  Okay.

14        A.    Yes.

15   BY MR. REISMAN:

16        Q.    Are you aware that the Dali

17   suffered two blackouts on March 25, 2024?

18        A.    Yes.

19        Q.    Where were you when those

20   blackouts occurred?

21        A.    Are you asking about the afternoon

22   blackout?

23        Q.    During the daytime on March 25th.

24        A.    I was in cabin.

25        Q.    In your cabin?  So you were off
```

Exhibit 7

86

```
 1   watch in your cabin?

 2        A.    (In English:)  Yeah.

 3        Q.    What were you doing at the time of

 4   those blackouts?

 5        A.    I was laying on the bed.

 6        Q.    Were you asleep or were you awake?

 7        A.    (In English:)  Not deep sleep, but

 8   taking a rest.

 9        Q.    Resting?

10        A.    (In English:)  Yeah.

11        Q.    How did you become aware that the

12   ship blacked out on March 25th?

13        A.    I know that -- so when the

14   blackout --

15              (Unintelligible.)

16              MR. REISMAN:  Did you get that?

17   BY MR. REISMAN:

18        Q.    Either have her do it or just a

19   little slower -- that's okay.  You're doing

20   great.  Just a little slower maybe, and when

21   you're -- try to look at her.

22        A.    (In English:)  Blackout -- in my

23   experience, ship is getting blackout.  I come

24   to feel, sir.  I come to feel.

25        Q.    You feel it?
```

Exhibit 7

87

```
 1        A.    (In English:)  Because some fan,

 2    the blower, that will cut off.  So the noise

 3    will going reduced.  So I know that something

 4    happened with the blackout.

 5        Q.    So you have been sailing for a

 6    long time, and you know what it feels like

 7    and what it sounds like when the ship

 8    blackouts?

 9        A.    (In English:)  Yeah, and also, all

10    lights will go.  Only emergency light will

11    light.

12        Q.    So while you were laying on your

13    bed on March 25th --

14        A.    (In English:)  Yeah.

15        Q.    You were able to -- wait for me.

16              While you were laying on your bed

17    on March 25th, were you able to sense that

18    the ship had blacked out?

19        A.    (In English:)  Yes, sir.

20        Q.    Was the -- did you sense --

21        A.    (In English:)  Noise.  Noise.

22        Q.    Okay.  So you were able to sense

23    it because of the sounds?

24        A.    (In English:)  Yes.

25        Q.    You heard equipment and machinery
```

Exhibit 7

88

```
1    stop making sounds?

2         A.    (In English:)  Yes.

3         Q.    Did you notice the lights go off?

4         A.    (In English:)  Yes, the lights are

5    shutted off.

6         Q.    And at that point, as you were

7    laying on your bed, you knew that the ship

8    had blacked out?

9         A.    (In English:)  Yes.

10        Q.    How long did it stay blacked out?

11        A.    I don't remember that.

12        Q.    Do you remember the lights coming

13   on and then going back off again?

14        A.    In the afternoon?

15        Q.    Yes, on the afternoon of

16   March 25th.

17        A.    I don't know that.  Blackout

18   happened, but I don't remember if it comes --

19   if it came and went off again.

20        Q.    You don't know if there was more

21   than one blackout on March 25th?

22        A.    I know that the power got cut off,

23   but I don't remember if it came and it went.

24        Q.    Do you remember about what time it

25   was that the power went off?
```

Exhibit 7

89

```
 1        A.    I don't remember the time.

 2        Q.    Sometime between -- hang on.  Just

 3   let me finish.  You know what I'm going to

 4   say, but that's okay, and I know what you're

 5   going to say, and that's better.  But you

 6   have to let me finish.

 7              You know the blackout on

 8   March 25th happened between noon and

 9   6:00 p.m., 1800, right?

10        A.    (In English:)  Yeah, correct, sir.

11        Q.    Do you know if it was closer to

12   noon or closer to 1800?

13        A.    (In English:)  Maybe -- I'm not

14   sure, 2 to 3.  Maybe between 2 and 3.

15        Q.    You're not sure but --

16        A.    (In English:)  I'm not sure.

17        Q.    Around 2 or 3 is your best guess?

18        A.    (In English:)  Yeah, I think so.

19        Q.    Just let me finish.  You're doing

20   great, just let me finish.  Okay.

21              But you're not sure what time?

22        A.    (In English:)  I'm not sure.

23        Q.    And you don't know how long it

24   lasted?

25        A.    I don't know.
```

Exhibit 7

90

```
 1        Q.    Did you ever talk to any of the
 2   Dali crew members before the ship departed on
 3   March 26th to find out what happened with the
 4   March 25th blackout?
 5        A.    All I knew that there was power
 6   cut, but nobody talked about it since I was
 7   -- I came back to duty from the cabin
 8   directly.
 9        Q.    So nobody ever told you what
10   caused any blackouts on March 25th?
11        A.    No, I don't know.
12        Q.    Since the accident on
13   March 26th -- hang on.
14              Since March 26th, have you talked
15   to anybody to find out what caused the
16   March 25th blackouts?
17        A.    No, it's with the engine
18   department or the technical department.  I
19   don't know anything about it.
20        Q.    You weren't curious to know what
21   happened?
22        A.    What curious means?  I don't
23   understand that.
24        Q.    Like interested.
25        A.    Even if I asked them and they
```

Exhibit 7

91

```
 1    explain it to me, I don't understand that.

 2    That's technical department.

 3         Q.    Okay.  And so you have never heard

 4    anybody tell you why they thought the ship

 5    blacked out on March 25th?

 6         A.    The generator was off, and the

 7    power was cut.  I did not deeply ask them

 8    about what happened, and even if they

 9    explained, I will not be able to understand

10    it.

11         Q.    So you know the ship received its

12    power from the generator?

13         A.    Yes, I know that power comes from

14    the generator.

15         Q.    But you don't know why power

16    stopped on March 25th?

17         A.    Yes, I don't know why it stopped.

18         Q.    Between the blackout on March 25th

19    and departure on March 26th, so that was not

20    very long, but in between, were there any

21    safety meetings held on the ship to discuss

22    the March 25th blackout?

23         A.    Are you asking about that one day

24    between 25th and 26th?

25         Q.    Yeah, so if it happened between 2
```

Exhibit 7

92

```
 1   or 3 in the afternoon, from 2 or 3 in the
 2   afternoon until the ship departed at midnight
 3   on the 26th, were there any safety meetings?
 4        A.   I don't remember anything of that
 5   sort happened because in boat all will be
 6   busy, and nothing like that --
 7        Q.   All what?
 8        A.   All will be busy, and nothing
 9   happened.
10        Q.   The crew was very busy trying to
11   get the ship ready to depart, correct?
12        A.   Yes, there will be cargo
13   operation, port work, and since it's a boat,
14   it will be always busy.  There will be too
15   much work.
16        Q.   In your experience -- so there's
17   too much work to have a safety meeting at
18   that time?
19             MR. BELKNAP:  Objection.
20             MR. REISMAN:  Hang on a second.
21        Hang on.  You're not entitled to
22        object, are you?
23             MR. BELKNAP:  Are you kidding?
24        Do you see Mr. Bennett in the room?
25        I'm sitting in for him while he's not
```

Exhibit 7

93

```
 1        here.

 2             MR. REISMAN:  If that's how

 3        we're going to do it -- I'm fine with

 4        that if that's how we're going to do

 5        it as long as that carries through all

 6        of the depositions.

 7             MR. BELKNAP:  If you need to

 8        step out of the room, then, of course,

 9        someone else can cover for --

10        (Simultaneous unreportable crosstalk.)

11             MR. REISMAN:  That's not

12        normally how I do it, but that's fine

13        as long as that's going to carry

14        through all the depositions.

15             MR. BELKNAP:  That's fine.

16             MR. REISMAN:  Okay.  Well,

17        that's fine.

18             What's the basis of the

19        objection?

20             MR. BELKNAP:  Foundation.

21             MR. REISMAN:  He can answer the

22        question.

23   BY MR. REISMAN:

24        Q.   So there was -- you were too busy

25   to have a safety meeting between the blackout
```

Exhibit 7

94

```
 1    on March 25th and departure on March 26th?

 2         A.   Are you saying there should have

 3    been a meeting to talk about to blackout?  I

 4    don't understand what the meeting --

 5         Q.   No, I'm just asking -- I think

 6    that's what he said.  My question was simply,

 7    was there a safety meeting between the

 8    blackout on March 25 and departure on

 9    March 26th?

10         A.   No.

11         Q.   And that's because the crew was

12    too busy getting the ship ready for departure

13    to stop and have a safety meeting, correct?

14              MR. BENNETT:  Just note my

15         objection.

16              MR. DUFFY:  I'm going to object.

17         That's a leading question.

18    BY MR. REISMAN:

19         Q.   You can answer.

20         A.   Normally there will be less

21    meetings on the boat.  On the boat, all will

22    be busy.  That's what I'm asking -- that's

23    what I'm trying to say from the beginning,

24    and you're asking the same question again.

25         Q.   Just trying to get the answer.
```

Exhibit 7

95

```
 1    That's good.  Thank you.
 2            The ship has a schedule to keep;
 3    is that true?
 4        A.    Yes.  Otherwise notice will be
 5    there.
 6        Q.    Otherwise what?  Hang on.  She's
 7    got to be able to hear you.
 8            MR. REISMAN:  She's got to be
 9        able to hear you.
10        A.    (In English:)  So the sailing
11    schedule already getting to the ship.  This
12    time cargo will getting finished.  This time
13    the pilot will boarding on the board.  This
14    time ship will departure.  So we will follow
15    the timing.
16    BY MR. REISMAN:
17        Q.    And so there's no time for
18    meetings because you got to keep the ship on
19    schedule.  Is that your understanding?
20            MR. BENNETT:  Just note my
21        objection.
22        A.    If there's any urgency, they will
23    conduct a meeting onboard.  It depends upon
24    the master.
25
```

Exhibit 7

```
 1    BY MR. REISMAN:

 2         Q.    Are you aware of any risk

 3    assessments being performed with respect to

 4    the March 25th blackout?

 5         A.    I don't remember anything like

 6    that happened.

 7         Q.    Were you -- go ahead.  Did you

 8    have more to say?

 9              THE INTERPRETER:  He asked to

10         use the washroom.

11              MR. REISMAN:  Okay.  We'll take

12         a break.

13              THE VIDEOGRAPHER:  Going off the

14         record at 11:57 a.m.

15         (A brief recess was held from

16         11:57 a.m. to 12:23 p.m.)

17              THE VIDEOGRAPHER:  We are going

18         back on the record at 12:23 p.m.

19    BY MR. REISMAN:

20         Q.    Bosun, I meant to ask you this

21    before.  Are you currently employed?

22         A.    Where?  I don't work now.  I just

23    stay.

24         Q.    I understand that.  But are you

25    receiving paychecks?
```

Exhibit 7

97

```
 1      A.    Yes.

 2            MR. REISMAN:  In the future, I'm

 3      going -- I'm going to tell him -- if

 4      you're going to instruct him not to

 5      answer a question.

 6            MR. DUFFY:  I was trying to

 7      encourage -- I wasn't trying do

 8      anything else.

 9            MR. REISMAN:  Okay.  No problem.

10      I didn't think you were doing anything

11      inappropriate, but I just want to be

12      mindful.

13            MR. DUFFY:  Yeah, it seemed to

14      me like he didn't understand what you

15      were getting at.

16   BY MR. REISMAN:

17      Q.    So you receive paychecks?

18      A.    Yes.

19      Q.    From whom do you receive the

20   paychecks?

21      A.    The company still follows the same

22   payment as they did when we were on the ship.

23      Q.    So just like you were still

24   working onboard the ship, you're getting paid

25   now?
```

Exhibit 7

98

```
 1        A.    Yes.
 2        Q.    And you've been paid continuously
 3   since March 26th through today?
 4        A.    Yes.
 5        Q.    And is that payment -- is that
 6   coming from a Synergy company?
 7        A.    Yes.
 8        Q.    Yes?
 9        A.    Yes.
10        Q.    Do you also get paid by Grace
11   Ocean?
12        A.    Who is Grace Ocean?
13              MR. REISMAN:  If he doesn't
14        know, that's fine, but is he getting
15        payments from Grace Ocean?
16              THE WITNESS:  My employer is
17        Synergy.
18   BY MR. REISMAN:
19        Q.    And so you're still employed by
20   Synergy today?
21        A.    Yes.
22        Q.    Okay.  And just the court reporter
23   asked us during the break -- you have been
24   doing a great job -- if you have an answer to
25   my question that's very short, yes or no,
```

Exhibit 7

99

```
 1    something simple and, again, subject to what

 2    your attorney tells you, but that's fine for

 3    you to answer directly.  But if it's longer,

 4    the court reporter is having a hard time

 5    understanding some of the things you're

 6    saying.  So if it's more than just yes or no

 7    or a very short answer, it would be best to

 8    let the translator go ahead and answer.

 9             So you can speak to her in Tamil,

10    and then she'll tell us in English, or you

11    can tell her in English, and she'll repeat it

12    in English.  Whatever works best for you.

13         A.    Okay.

14         Q.    Has your rate of pay, the amount

15    of money you received, changed at all since

16    March 26th?

17         A.    No.

18         Q.    How much are you getting paid?

19         A.    Are you asking about the amount,

20    exact amount?

21         Q.    If he knows the exact amount.

22         A.    1,592.

23         Q.    1,592 U.S dollars?

24         A.    Yes.

25         Q.    Per month?
```

Exhibit 7

1     A.   Yes.

2     Q.   And somebody is paying for your

3 living expenses here and wherever it is

4 you're staying in the United States?

5     A.   They just give me food and a place

6 to stay.  That's it.  No other extravagance.

7         MR. REISMAN:  Do you know whose

8     paying that?  I don't want to ask him,

9     depending on what the answer is.  But

10    do you know?

11        MR. BENNETT:  Yeah, of course I

12    do.

13        MR. REISMAN:  Is it you?

14        MR. BENNETT:  His rate of pay?

15        MR. REISMAN:  No, no, his living

16    expenses.

17        MR. BENNETT:  They're being paid

18    directly.

19        MR. REISMAN:  By Synergy?

20        MR. BENNETT:  Yes.

21        MR. REISMAN:  Okay.  I'm going

22    to ask that.  I just didn't know if it

23    was something else.  All right.

24 BY MR. REISMAN:

25     Q.   And Synergy pays your living

Exhibit 7

101

1    expenses?  For the place to say and the food,

2    Synergy pays for that in addition to your

3    salary?

4        A.    Somebody from the Synergy office

5    came and they asked us to stay there.  I'm

6    not sure who pays for it, but they asked us

7    to stay there.

8        Q.    But you don't pay for that

9    yourself, correct?

10        A.    Not me.

11            MR. BENNETT:  Just to protect

12        the lawyers involved, David, I'm just

13        going to go back, and the conversation

14        about his rate of pay, who is paying

15        everything is confidential as is the

16        transcript.  Even if the transcript is

17        deemed not confidential for any

18        reason, that may be confidential under

19        other government agency rules.

20            We can work it out at a

21        different time.  Just want to

22        preserve.

23            MR. REISMAN:  All right.

24    BY MR. REISMAN:

25        Q.    Going back to March 25th now.

Exhibit 7

102

```
 1    Between the blackout on March 25th during the

 2    day and departure from Baltimore a little

 3    after midnight on March 26th, were you told

 4    of any changes in policies or procedures?

 5        A.    I don't understand.  What about

 6    policies and procedures?

 7        Q.    What I'm asking is, in that period

 8    between the one or more blackouts on

 9    March 25th around 2 or 3 in the afternoon

10    until the ship departed, were you told that

11    there were any changes to any policies or

12    procedures to be used on the ship?

13        A.    No.

14        Q.    And so when you prepared for

15    departure on March 26th, you did that the

16    same way you had done on all other departures

17    since you had joined the Dali; is that true?

18            MR. BENNETT:  Just note my

19        objection.

20        A.    Yes.

21            MR. REISMAN:  What's the basis

22        of the objection?

23            MR. BENNETT:  Leading question.

24            MR. REISMAN:  Leading?

25            MR. BENNETT:  Yes.
```

Exhibit 7

```
 1              MR. REISMAN:  Okay.  Thank you.
 2       A.    We just did what we normally do at
 3   all times.
 4   BY MR. REISMAN:
 5       Q.    Before March 25th, had you ever
 6   experienced a blackout on the Dali?
 7       A.    I don't remember.  I don't know.
 8             (In English:)  I don't remember.
 9   I don't --
10       Q.    You don't remember?
11       A.    (In English:)  Yeah, I don't
12   remember.
13       Q.    You don't remember another
14   blackout on the Dali before March 25th; is
15   that true?
16       A.    I don't remember.
17       Q.    I just want to dig into that a
18   little bit.
19             You don't remember if there is one
20   or you don't remember having -- you know,
21   experiencing a blackout on the ship?
22       A.    I can't understand your question.
23   You're asking if I don't know about it or if
24   I don't remember anything about it?  I don't
25   know about it.
```

Exhibit 7

104

```
 1        Q.    You're not aware of any prior
 2   blackouts on the Dali before March 25th; am I
 3   right?
 4        A.    Yes.
 5        Q.    Let's talk about the bow of the
 6   Dali.  I'm going to ask you to draw something
 7   for me.  We'll give you some paper.  But what
 8   I want to know is what the layout of the bow
 9   was -- you told us earlier about the mooring
10   bits, and we know there's the anchor windlass
11   up there.
12             I'm going to hand you some paper
13   and a pen.  Sorry.  Can you draw the bow area
14   where the anchors and windlasses are?  You
15   look like you were ready for this one.
16   That's good.  Hopefully, your art skills are
17   better than mine.  Let me give you one tip.
18             MR. REISMAN:  Stop him.
19   BY MR. REISMAN:
20        Q.    Make it as big as you can on the
21   page so that it's easy to see everything.
22             MR. REISMAN:  Tell him to use a
23        different piece of paper.  Stop.
24        Stop.  Stop.  Stop.
25
```

Exhibit 7

105

BY MR. REISMAN:

1

2       Q.    Just use a clean piece of paper.

3   Thank you.  Can I see it?  Thank you.  So I'm

4   going to try and hold this up so you can see

5   it as I look at it.  You have drawn kind of a

6   rough outline of the ship.  The pointy end is

7   the bow, right?

8       A.    Yes.

9       Q.    And you've drawn some little

10  rectangles --

11      A.    (In English:)  That is a bit.

12      Q.    More the mooring bits?

13      A.    (In English:)  Yeah.

14      Q.    And then you have drawn on each

15  side two circles, fore and aft.  Are

16  those -- those are the mooring winches?

17      A.    (In English:)  Yes.

18      Q.    Should be the anchor winches?

19      A.    (In English:)  Yes.

20      Q.    So you've got a winch for the

21  starboard anchor and a winch for the port

22  anchor, correct?

23      A.    (In English:)  Yes.

24      Q.    And you have shown kind of a

25  squiggly line.  That represents the anchor

Exhibit 7

106

```
 1   chain?

 2        A.    (In English:)  Chain.

 3        Q.    And it goes in the Hawes pipe, and

 4   then you've shown the anchor on the outside

 5   of the ship; is that right?

 6        A.    (In English:)  Yeah.

 7        Q.    Okay.  So I'm going to ask if you

 8   can label this now so that other people will

 9   know what we are looking at.  Do you know how

10   to write the word bow?  Do you know how to

11   spell that in English?

12             Are you able to read and write

13   English?  Hang on.  Just listen to me.

14             MR. REISMAN:  Ask him, are you

15        able to read and write in English?

16             THE WITNESS:  That's the problem

17        there.

18   BY MR. REISMAN:

19        Q.    You don't read and write in

20   English?

21        A.    (In English:)  I can read it

22   slowly, slowly.  But write and spelling, I

23   don't know.

24        Q.    Why don't we do this.  Why don't

25   you write bow in Tamil, and then below that
```

Exhibit 7

```
 1    we'll have the interpreter write --

 2         A.    (In English:)  I will tell her to

 3    write.

 4              MR. DUFFY:  Use her.  You

 5         translate.

 6              THE INTERPRETER:  Do you want me

 7         to write as he spells it or as he

 8         tells the name?

 9              MR. REISMAN:  That's fine.

10              That's the starboard anchor

11         she's writing?  Why don't we write,

12         S-T-A-R-B-O-A-R-D.  When you get to

13         the winches, just I would write it out

14         to the side and draw a line -- I want

15         to keep it as uncluttered as we can

16         within the scope of that center area

17         of the drawing.

18              THE INTERPRETER:  Okay.

19              MR. REISMAN:  Do you understand

20         what I'm saying?

21              THE INTERPRETER:  Not exactly.

22         What should I do with this?

23              MR. REISMAN:  Okay.  So I think

24         he's going to tell you -- have him

25         explain to you what the two circles
```

Exhibit 7

108

```
 1        are, but don't write anything yet.  I

 2        will tell you where to write it.  Tell

 3        him not to write --

 4             THE INTERPRETER:  He's drawing

 5        something.  Windlass.

 6             MR. REISMAN:  So what I want you

 7        to do is write it off to it side, and

 8        then draw an arrow pointing to it.

 9             THE INTERPRETER:  Okay.

10             MR. REISMAN:  And it's

11        W-I-N-D-L-A-S-S.

12   BY MR. REISMAN:

13        Q.   And the one she's labeling, that's

14   the port windlass?  And it's the port anchor

15   windlass?

16             THE INTERPRETER:  So this is

17        port windlass, right?

18             MR. REISMAN:  You have to ask

19        him.

20             THE INTERPRETER:  Okay.

21        Whatever is on the left is port; the

22        right is starboard.

23             MR. REISMAN:  So you want to

24        label -- have him tell you -- he's got

25        to tell you.  I'm not telling --
```

Exhibit 7

109

```
 1              THE WITNESS:  (In English:)  I'm
 2       telling.
 3              MR. REISMAN:  You tell her about
 4       the starboard anchor windlass.
 5              THE INTERPRETER:  And then what?
 6       Do you want to write the bit outside?
 7       I already wrote it.  Do you want me to
 8       strike it out?
 9              MR. REISMAN:  No, that's all
10       right.  He add a few more.
11  BY MR. REISMAN:
12       Q.    Were those more bits that you put
13  on the drawing?
14       A.    Everything is a bit.
15       Q.    Where is the -- how do you control
16  the hydraulic brake on the Dali, the power
17  brake.  Is there a panel on the bow that you
18  can use to control --
19       A.    (In English:)  Yes.
20       Q.    Where is that?
21       A.    It will be there at the center.
22       Q.    Okay.  What I want --
23              MR. REISMAN:  Ask him how he
24       describes that.
25  BY MR. REISMAN:
```

Exhibit 7

110

```
 1        Q.    Is that the power -- hydraulic
 2   brake or power brake button?  Is that what
 3   you call it?
 4        A.    (In English:)  Can I explain you?
 5        Q.    Yes.  Well --
 6              MR. DUFFY:  Explain.
 7   BY MR. REISMAN:
 8        Q.    It's better to do it -- for you to
 9   do it in Tamil.
10        A.    Power brake is operates through
11   hydraulic system.  The hydraulic system would
12   be -- hydraulic pump.
13              (In English:)  Down in the bosun
14   store.  It's called the bosun store.
15        Q.    In the bosun store.
16        A.    It will be the bosun store, the
17   hydraulic pump.
18        Q.    I'm not asking about the pump.
19        A.    (In English:)  Okay.
20        Q.    I just want to know where do you
21   control it.  If you were on the bow --
22        A.    (In English:)  That -- there I
23   operating the windlass.  Near the one button
24   is there.  That is hydraulic power for the --
25   hydraulic button for the brake.
```

Exhibit 7

111

```
1        Q.    I just want to make sure I
2   understand and everybody understands.
3              So there's a button very close to
4   the anchor windlass?
5        A.    (In English:)  Same that one
6   pushed is there, there is control lever set
7   nearby only buttons.
8        Q.    There's a control lever that is
9   near --
10       A.    (In English:)  Same box -- same
11  box -- same control box and the brake and
12  the -- everything is there only.
13       Q.    Anchor brake and what?
14       A.    (In English:)  Operating lever.
15       Q.    Operating lever.  Okay.
16             Are those connected?  Are they
17  physically attached to the windlass or they a
18  separate panel?
19       A.    It would be inside the same
20  control box.
21       Q.    But is it mounted on the windlass
22  itself or is it separate?
23       A.    It will be like a separate post.
24  If you're standing here, it will come up to
25  here -- come up to this height like a pillar.
```

Exhibit 7

                                                                    112

```
 1         Q.    You're pointing to around your
 2   chest?
 3         A.    (In English:)  Yes.
 4         Q.    So there's a stand with a panel on
 5   it, and it has the lever and a button for the
 6   hydraulic brake; is that true?
 7         A.    Yes.
 8         Q.    And how far is that from the
 9   windlass itself?
10         A.    It will be just next to it.  If
11   there's the windlass, it will be here.
12         Q.    Can you show me with your hands,
13   and then we'll try and put something to that?
14         A.    It also has a remote control.
15         Q.    So remote control, you can stand
16   away from it and operate the remote control?
17         A.    (In English:)  This is the winch.
18   Okay?  Here where the box is there like this.
19         Q.    Slow so she can get it.
20         A.    (In English:)  This is the winch.
21   This is a control box.  I stand there, and
22   I'm operating like this.  Okay.  And also
23   starboard and port.  The same -- like same
24   stand will be used portside as the starboard
25   also have.  That's called remote.
```

Exhibit 7

113

```
 1          Q.    So you can control the port and
 2     the starboard windlasses, the hydraulic
 3     brakes on the port and starboard windlasses
 4     from one control box?
 5          A.    (In English:)  No.  Here is just
 6     portside winch.  Here is one control box.
 7     Here is a starboard winch, one control box.
 8     Also there and there, separate remote control
 9     for starboard and port.
10          Q.    Okay.  Thank you.
11                How far apart are the two control
12     boxes?  How many meters in between them?
13          A.    (In English:)  One meter -- I
14     standing here operating like this and turning
15     here and operating like this.
16          Q.    Okay.  So --
17          A.    (In English:)  So only the --
18          Q.    So if you're --
19          (Simultaneous unreportable crosstalk.)
20          A.    (In English:)  -- catwalk is in
21     here.  That's all.
22          Q.    If you're standing at the control
23     box for the port anchor hydraulic brake, can
24     you reach without moving your feet the
25     control box for the starboard hydraulic
```

Exhibit 7

114

```
 1   brake?

 2        A.    No, I have to take a few steps.

 3        Q.    He's got to keep you on the

 4   camera, so it's better to sit if you can.

 5        A.    (In English:)  Also, I don't think

 6   so.  If I -- I don't think so -- I'm not

 7   sure --

 8        (Unintelligible.)

 9             MR. REISMAN:  Are you

10        understanding?

11             THE STENOGRAPHER:  I can't

12        understand --

13             MR. REISMAN:  I know.  I'll fix

14        it.

15   BY MR. REISMAN:

16        Q.    Tell her in Tamil.

17        A.    You asked whether I can operate

18   the starboard while I'm standing at the port,

19   right?  I'm not sure since this is a

20   technical part.  I think we can do that, when

21   you operate on the one thing, you can control

22   the other thing.  I think so, but I'm not

23   sure about it.

24        Q.    You think you can or cannot?

25        A.    You can, but -- I think so, but
```

Exhibit 7

115

1     I'm not sure.

2              MR. REISMAN:  But he's not sure.

3        Okay.

4     BY MR. REISMAN:

5        Q.    On your drawing now --

6              MR. REISMAN:  So did we label --

7        so I want to him to draw where those

8        control panels are for both the port

9        and the starboard.  So he's going to

10       draw one and then draw the other, and

11       then you will label them.  And ask him

12       what he calls those.  I want to use

13       his terminology.  So one should be

14       port.  One should be starboard.

15             THE INTERPRETER:  Operating

16       control box.  So do you want me to

17       write it on here?

18             MR. REISMAN:  You can go from --

19       well, all right.  He's taking charge.

20             THE WITNESS:  There will be a

21       remote here for the control box.

22    BY MR. REISMAN:

23       Q.    The remote, can it be moved?

24       A.    (In English:)  That can also -- we

25    can operate.

Exhibit 7

116

```
 1          Q.    So from the remote that are out
 2     essentially on the outside edges of the bow,
 3     you can control those hydraulic brakes there
 4     as well, correct?
 5          A.    (In English:)  Yes.
 6          Q.    The remote control operating box?
 7     Is that what you would call it, remote
 8     control operating box?
 9          A.    Remote.
10              MR. REISMAN:  However he would
11          define it, that's how I want you to
12          label it.
13              THE WITNESS:  (In English:)
14          This one is okay.
15              (Through the interpreter:)  You
16          need not worry about these two.
17          (Simultaneous unreportable crosstalk.)
18              THE WITNESS:  (In English:)  I'm
19          also not using this one.
20              MR. REISMAN:  That's okay.  I
21          want to her to label those, though.
22          Go ahead and label them.
23              THE INTERPRETER:  Yeah, I just
24          did.
25              MR. REISMAN:  You did them both?
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD
Attorneys Eyes Only

Charles Vaz
March 10, 2025

117

```
 1        Okay.
 2   BY MR. REISMAN:
 3        Q.    And do those move or are those
 4   fixed?
 5        A.    It won't move.
 6        Q.    Okay.  So you could control the
 7   port anchor from the operating control box or
 8   from the remote box?  You have to be in one
 9   of those two places; is that right?
10        A.    Yes.  It is the same for both port
11   and also for starboard.
12        Q.    Now, is there also a manual brake?
13        A.    Yes.
14        Q.    And how do you operate the manual
15   brake?  Before -- don't draw yet, just tell
16   me.
17        A.    (In English:)  Like steering.
18        Q.    There's a wheel?
19        A.    (In English:)  Big steering --
20        Q.    There's a big steer wheel?
21        A.    (In English:)  Big, yeah, correct.
22        Q.    And you have to turn that to open
23   or close the brakes?
24        A.    Yes.
25        Q.    Where is that located?
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD          Charles Vaz
Attorneys Eyes Only                                    March 10, 2025

                                                                    118

```
 1          A.    It would be near to the windlass.

 2          Q.    It's -- I think if I got this

 3   right, it's just on the aft side of the -- of

 4   each of the windlasses there's -- is the

 5   steering wheel that operates the manual

 6   brake?

 7          A.    It would be on the inside.

 8                (In English:)  Actually, like

 9   facing to forward -- forward.  So facing to

10   like this on this Dali ship.

11          Q.    They face to the side?

12          A.    (In English:)  Yeah, portside and

13   starboard is even spacing.  So inside of that

14   release there, operating the lever --

15          Q.    I don't think she's getting that.

16   So just tell her.

17          A.    The winches of some ships face

18   forward, but in the Dali, it faces towards

19   its side, so everything, the operating lever,

20   the steering, everything goes on the inside.

21          Q.    Okay.  So both of the manual brake

22   wheels are located between the two

23   windlasses?

24          A.    Correct.

25                MR. REISMAN:  Did he draw those
```

Exhibit 7

Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 120 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                                    March 10, 2025

119

```
 1        on there?
 2              THE INTERPRETER:  Yes.
 3              MR. REISMAN:  Can you label
 4        those?  Are they showing where he's
 5        saying they are?
 6              THE WITNESS:  (In English:)
 7        Manual anchor brake.
 8   BY MR. REISMAN:
 9        Q.    Manual anchor brake, is that what
10   you call it?
11        A.    (In English:)  Anchor brake.
12   Anchor brake.
13        Q.    But it's the manual brake?
14        A.    (In English:)  That is manual.
15   And also this only -- many ship have only
16   manual brake only, not the power.  This ship
17   have power.
18        Q.    Now, in addition to the windlass,
19   there's also a bow stopper, right, a riding
20   pull or a bow stopper?
21        A.    (In English:)  Yes, yes.
22        Q.    What do you call it?
23        A.    (In English:)  Bow stopper.
24        Q.    Bow stopper?
25        A.    (In English:)  Bow stopper.
```

Exhibit 7

120

```
 1        Q.    Where is the bow stopper located?
 2   Show us first for the port anchor.
 3            MR. REISMAN:  And will you draw
 4        a line, and then we're labeling that
 5        as bow stopper, B-O-W stopper, and I
 6        would put port bow stopper.
 7   BY MR. REISMAN:
 8        Q.    That's the port bow stopper,
 9   correct, sir?
10        A.    (In English:)  Yes, sir, on the
11   port.
12        Q.    Now, will you draw where the
13   starboard bow stopper is located?
14            MR. REISMAN:  And will you label
15        that one then?
16            THE INTERPRETER:  Yes.
17            MR. REISMAN:  Thank you.
18   BY MR. REISMAN:
19        Q.    And that's the starboard bow
20   stopper, correct?
21        A.    (In English:)  Yes, sir.
22        Q.    And you also referred earlier to
23   the anchor lashings.  Where do those connect
24   to the ship and to the anchor chain?
25        A.    In the bow stopper stand, there
```

Exhibit 7

121

```
 1   will be eye.

 2        Q.    There will be what?

 3             THE INTERPRETER:  Eye, that's

 4        what he said.

 5   BY MR. REISMAN:

 6        Q.    Oh, the eye?

 7        A.    (In English:)  Eye.  So on the one

 8   eye, we connect the --

 9        Q.    Connect the -- tell her.

10        A.    On the one eye, I connect the

11   anchor cable with the shackle, and it comes

12   through the other way.  It connects with the

13   wire -- it's a wire rope, and it comes from

14   the other end.

15        Q.    So it connects on each side of the

16   bow stopper?

17        A.    (In English:)  If you want, I will

18   try and draw for you.

19        Q.    Yeah, but first let me -- so the

20   anchor lashing connects on each side of the

21   bow stopper and runs through the anchor

22   chain; is that right?

23        A.    (In English:)  Yes, sir.

24        Q.    Okay.  Can you draw that then.

25   We're probably getting pretty cluttered
```

Exhibit 7

122

```
 1   there, but...

 2          Okay.  So what you have done now

 3   is separately, but on the same page, you've

 4   drawn the anchor lashing, correct?

 5       A.   (In English:)  Uh-huh.

 6       Q.   So that's -- where you've drawn

 7   it, that's not where it is, that's just what

 8   it looks like, right?

 9       A.   Yeah, just demonstrated how it

10   looks like.

11       Q.   I understand.  So why don't we

12   label that "anchor lashing."

13          MR. REISMAN:  What is he

14      writing?  What did he write there?

15          THE INTERPRETER:  No, he just

16      drew something.

17          MR. REISMAN:  Just drew -- okay.

18   BY MR. REISMAN:

19       Q.   This is the anger lashing?

20       A.   The one side that is connecting

21   shackle, and the other one there

22   is -- connecting shackle with a turn buckle.

23   Okay.

24          MR. REISMAN:  Did you get that

25      ma'am?  Okay.
```

Exhibit 7

123

```
 1   BY MR. REISMAN:

 2        Q.   So let's just label this whole

 3   little section as anchor lashing.  Do you

 4   agree with that, sir?

 5             MR. REISMAN:  And then have him

 6        now draw a line with an arrow showing

 7        where it actually is.  So it should be

 8        drawing a line with an arrow to the

 9        bow stopper.  Right?  Ask -- I want to

10        him to show us where that is located.

11        But have him draw a line from the

12        anchor lashing drawing to the place

13        where it is located.

14             And then do the same for the

15        starboard bow stopper.  Show us now

16        where the anchor lashing is located on

17        the starboard bow stopper.  Okay.

18        Thank you.

19   BY MR. REISMAN:

20        Q.   You told us earlier how you secure

21   the anchor for arrival and departure, but the

22   anchor is secured differently when the ship

23   is at sea, correct?

24        A.   It will be different like we would

25   be securing it with extra lashing.
```

Exhibit 7

124

1  BY MR. REISMAN:

2      Q.    So when the ship is at sea, you

3  would put an extra anchor lashing on, and the

4  anchor lashing is to make sure that the

5  anchor doesn't accidentally fall?

6      A.    Yes, to prevent it going into the

7  water.

8      Q.    Is that the only difference in the

9  anchor condition when you're at sea versus

10  when you're arriving or departing a port?

11      A.    Yes, the extra lashing is the only

12  difference.

13      Q.    When you're at sea, do you have

14  the Hawes plate and the Spurling plates in

15  place?

16          THE INTERPRETER:  This is the

17      interpreter speaking.  He's explaining

18      something.  I would like to ask him to

19      give breaks so that I --

20          MR. REISMAN:  Okay.

21      A.    For just a small ship, when the

22  ship sails in the water, it does pitching and

23  water comes onboard.  The chain locker where

24  the bilge pipe goes in, it's like a tank, so

25  water gets inside it.

Exhibit 7

Attorneys Eyes Only

125

1    BY MR. REISMAN:

2        Q.    So the Spurling plate prevents

3    water from getting into the anchor chain

4    locker?

5        A.    So to avoid that, in smaller

6    ships, we block it.

7        Q.    What about on the Dali?

8        A.    Since Dali is a bigger ship, it

9    doesn't need that.

10       Q.    So you don't -- during the period

11   of time that you were on the Dali, you never

12   put in place the Spurling plate?

13       A.    We do it sometimes because in some

14   ports there will be stowaways.  To avoid

15   that, we do it.

16       Q.    So to prevent somebody from

17   sneaking down into the chain locker, you put

18   the plate on?  I wouldn't want to be in the

19   chain locker, but that's why you do it?

20       A.    Yes.

21       Q.    What about the Hawes pipe plate?

22       A.    The same.

23       Q.    So only when you're in port to

24   prevent stowaways?

25       A.    Yes.

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                        March 10, 2025

126

```
 1        Q.    I think I know the answer to this
 2   question, but were you worried about
 3   stowaways getting on --
 4        A.    We didn't do it in Dali.  Dali did
 5   not go to the port.  But I'm telling it in
 6   general.
 7        Q.    Okay.  So my question is about the
 8   Dali.
 9              Did you ever put the Spurling
10   plate in place on the Dali?
11        A.    (In English:)  No.
12        Q.    Did you ever put the Hawes pipe
13   plate in place on the Dali?
14        A.    (In English:)  No.
15        Q.    Never used it?
16        A.    (In English:)  No.
17        Q.    Did the Dali have a Hawes pipe
18   plate?
19        A.    (In English:)  Yeah.
20        Q.    Did it have a Spurling plate?
21        A.    (In English:)  Yeah.
22        Q.    And I want to make sure I got this
23   right.
24              So the only difference -- when you
25   would be preparing to depart from a port like
```

Exhibit 7

127

1  Baltimore, for example, the only difference

2  in the anchor setup versus when you were at

3  sea was that you had no anchor lashings in

4  place when you were departing from Baltimore?

5          MR. BENNETT:  Just note my

6      objection.

7      A.    Anchor lashing will not be there.

8  Also, we removed the pin in the bow stopper.

9  BY MR. REISMAN:

10     Q.    Okay.  So let's talk about the bow

11 stopper.

12         MR. REISMAN:  Did you get that

13     ma'am?  Okay.

14 BY MR. REISMAN:

15     Q.    So the bow stopper is another

16 safety measure to prevent the anchor from

17 falling, correct?

18     A.    Yes, that's called stopper.

19     Q.    It locks the anchor chain and the

20 anchor in place?

21     A.    Yes.

22     Q.    In order to lift the bow stopper

23 -- well, strike that.

24         And the bow stopper has a pin in

25 it to prevent it from opening accidentally?

Exhibit 7

128

1        A.    Yes.

2        Q.    And so before you would depart a

3   port or arrive in a port, you would take the

4   pin out of the bow stopper?

5        A.    Yes, whenever arriving or

6   departing, we remove the pin.

7        Q.    And other than removing the

8   lashings and removing the pin from the bow

9   stopper, any other differences in the anchor

10  setup for arrival and departure versus when

11  the ship is at sea?

12       A.    No.

13       Q.    So when you're departing from

14  port, in order to drop the anchor, to let go

15  of the anchor, you have to raise the bow

16  stopper and release the brakes, correct?

17       A.    Yes.

18       Q.    During the time that you worked on

19  the Dali and you were assigned to stand

20  anchor watch for departure or arrival, how

21  many other people were with you?

22       A.    One person.

23       Q.    Who was the other person?

24       A.    I can decide who that is.  It can

25  be an OS or AB.

Exhibit 7

129

```
 1        Q.    So it's not always the same
 2   person, but you would select one person to
 3   help you?
 4        A.    I can decide who to call.  Either
 5   an OS or an AB, but it will be mostly an OS.
 6        Q.    If you want to lower the anchor
 7   using the hydraulic brake, how do you do
 8   that?
 9        A.    Do you want it to be step by step
10   or directly?
11        Q.    Or what?
12        A.    Or directly or go to the main
13   thing or do you want it step by step.
14             MR. REISMAN:  Let's do it step
15        by step, but he's got to say it in
16        Tamil to you and have translate it.
17        A.    We switch on the hydraulic power
18   pump, and then on the top we switch on the
19   windlass power.
20   BY MR. REISMAN:
21        Q.    On the what?
22        A.    On the top.
23        Q.    On the top?  Okay.
24        A.    We engage the gear, and we remove
25   the bow stopper.  I press the button for the
```

Exhibit 7

130

1  brake, and the brake's jack comes up.  As the

2  brake -- as the jack -- okay.  Once I press

3  the button, the hydraulic brake comes out

4  gradually, and the anchor goes in gradually.

5       Q.    So when you press the button on

6  the hydraulic brake, that causes a jack to

7  open the brake?

8       A.    (In English:)  Yes.

9       Q.    So the hydraulic pressure opens

10 the brake?

11      A.    (In English:)  Yes, sir.

12      Q.    Does that happen instantly?

13      A.    It will happen slowly.

14            (In English:)  Like not like that.

15      Q.    Can you control the speed?

16      A.    (In English:)  Yeah, I can

17 control.

18      Q.    You can make it go as fast or slow

19 as you want?

20            MR. BENNETT:  Just note my

21      objection.

22      A.    The speed is the same.  You cannot

23 increase it or decrease it.  I just stop and

24 start it so that the speed release.

25            (In English:)  And once I pushing

Exhibit 7

131

1    the button, the jack will come up.  Taking

2    off the finger, the jack will go down.

3    BY MR. REISMAN:

4        Q.    Just want to make sure I

5    understand.

6              So when you push the button, the

7    jack opens --

8        A.    (In English:)  Yeah.

9        Q.    -- or goes up --

10       A.    (In English:)  Yeah.

11       Q.    -- and releases the brake.  And

12   when you take your hand off of the button,

13   the jack comes down and the brake closes.  Is

14   that right?

15       A.    (In English:)  Yeah, that is

16   right.

17       Q.    And how long does it take from the

18   time you push the button for the brake to be

19   open enough that the chain can move?

20       A.    One minute.

21       Q.    One minute?

22             THE STENOGRAPHER:  Can you tell

23       me what he said?

24       A.    When you push it, it moves, and

25   then it -- once you press the button, the

Exhibit 7

132

```
 1    jack comes up.  It will take just one or two

 2    minutes.

 3    BY MR. REISMAN:

 4         Q.   So any time you want to let go the

 5    anchor, it would take at least one or two

 6    minutes to do it?

 7         A.   This time is for the jack to come

 8    up.  The anchor's position depends upon the

 9    depth.

10         Q.   Okay.  My question is, if you

11    receive an order -- if everything works

12    properly on the ship, and the hydraulic brake

13    is being used, and you receive an order to

14    let go the anchor, how quickly could the

15    anchor begin to fall?

16         A.   Two, three minutes.

17         Q.   Two or three minutes?

18         A.   (In English:)  Yeah, two or three.

19         Q.   Have you ever timed that?

20         A.   No.

21         Q.   Are you certain about the time or

22    are you just guessing?

23              MR. BENNETT:  Just note my

24         objection.

25         A.   It's an approximate time.  It's
```

Exhibit 7

133

1    not the exact time.

2    BY MR. REISMAN:

3         Q.    Before March 26th, had you ever

4    deployed or let go the -- an anchor on the

5    Dali in an emergency situation?

6         A.    We have let go the anchor but not

7    due to an emergency.

8         Q.    Have you ever let go an anchor due

9    to emergency on any ship before March 26,

10   2024?

11        A.    I don't remember.  I have worked

12   in this for 30, 35 years.  I don't remember.

13        Q.    You can't remember ever letting go

14   of an anchor in emergency before March 26,

15   2024; is that right?

16        A.    Yes.

17        Q.    In order to let go the anchor with

18   the hydraulic brake, do you need more than

19   one man?

20        A.    One person is enough to do it

21   through hydraulic brake, but they always keep

22   another person for standby.

23        Q.    And I want to go back to that

24   procedure.  You gave us to step-by-step

25   procedure.  So you said the first thing you

Exhibit 7

134

1    do is you push the button and you open the

2    brake; is that right?  And then you have to

3    bring the chain in in order to relieve the

4    tension on the bow stopper, correct?

5            MR. BENNETT:  Just note my

6        objection.

7            THE INTERPRETER:  Can you please

8        repeat that?

9    BY MR. REISMAN:

10       Q.    And then the next thing you have

11   to do is to haul the chain in in order to

12   take the pressure off of the bow stopper?

13           MR. BENNETT:  Just note my

14       objection.

15       A.    The bow stopper will always be

16   free.  It will not be -- it will be easy to

17   move up and down, so that's -- it has to be

18   free.  So every time we go in or out, we

19   check that.  We make sure that it is free to

20   move.

21   BY MR. REISMAN:

22       Q.    What do you do to ensure that the

23   bow stopper is free to move?

24       A.    I just lift it up.

25       Q.    When do you do that?

Exhibit 7

135

```
 1        A.     During arrival and departure.

 2        Q.     When during arrival and departure?

 3        A.     While arriving -- when we

 4   take -- remove the anchor lashing, we do

 5   that, and when departing, when we move to the

 6   station, we do that.

 7        Q.     So explain the step-by-step to me

 8   again because maybe I misunderstood it.

 9             So the first thing you do is you

10   push the button and open the hydraulic brake,

11   correct?

12             MR. BENNETT:  Just note my

13        objection.

14             MR. REISMAN:  What's the

15        objection?

16             MR. BENNETT:  Compound question.

17        You asked him to go step by step, and

18        then you interject and say, so the

19        first thing you do.  So not only is it

20        compound, but it's also leading.

21   BY MR. REISMAN:

22        Q.     The first thing you do in order to

23   prepare the anchor to let go is push the

24   button to release the hydraulic brake?

25             MR. BENNETT:  Just note my
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD
Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 137 of 276
Charles Vaz
Attorneys Eyes Only
March 10, 2025

136

```
 1          objection.

 2                  MR. REISMAN:  What's the

 3          objection, Bill?

 4                  MR. BENNETT:  It's leading.

 5                  MR. REISMAN:  You might want to

 6          take a look at the rules if you're

 7          going to keep making -- that's fine

 8          you can make them.  But you may want

 9          to take a look at the rules.

10                  MR. BENNETT:  You may also.

11                  MR. REISMAN:  I have.

12                  MR. BENNETT:  You may want to

13          reread them then.

14                  MR. REISMAN:  I have.

15     BY MR. REISMAN:

16          Q.   What's next, sir?  What's the next

17     step after you push the button?

18          A.   After that, the master gives the

19     order to chief officer about -- about the

20     shackling.  There are a lot of things about

21     it, and then the chief officer informs me.

22          Q.   I didn't understand that.  What

23     does the master tell the chief officer?

24          A.   (In English:)  How could shackles

25     to release.  One shackle, two shackle, three
```

Exhibit 7

137

1    shackle or...

2        Q.    How many shackles to release?

3        A.    How many shackles has to be

4    released.  Is it one, two, or...

5        Q.    And then the chief officer

6    instructs you?

7        A.    (In English:)  Yeah, master to

8    chief officer.  Chief officer --

9             (Reporter clarification.)

10       (Simultaneous unreportable crosstalk.)

11   BY MR. REISMAN:

12       Q.    You're doing really well, and I

13   know you're being helpful, but she's just

14   having trouble.  So can you just say it to

15   her?

16            THE VIDEOGRAPHER:  No problem.

17       Even if he says it in English, I will

18       repeat it.

19            MR. REISMAN:  Okay.

20            THE WITNESS:  (In English:)

21       Yeah, I'll say in English.

22       A.    Chief officer is in charge of

23   anchor handling, so master tells the chief

24   officer, and I'm the person who handles the

25   winch, so chief officer informs me.

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD    Charles Vaz
Attorneys Eyes Only                                       March 10, 2025

138

BY MR. REISMAN:

    Q.   And the chief officer is usually positioned on the with you during anchoring operations?

    A.   (In English:)  Yeah.

    Q.   The chief officer wasn't on the bow with you on March 26th when you were given the order to let go of the anchor, was he?

    A.   (In English:)  Chief officer was not there.

    Q.   You were alone on the bow --

    A.   (In English:)  Yeah, yeah.

        MR. BENNETT:  Just note my objection.

BY MR. REISMAN:

    Q.   You know the question, but you got to let me finish.

        Were you alone on the bow on March 26th when you received the order to let go of the anchor?

    A.   Yes, I was alone.

    Q.   So you have pushed the button, open the hydraulic brake.  The chief officer instructs you how many shackles to let out.

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD          Charles Vaz
Attorneys Eyes Only                          March 10, 2025

139

1   What happens next in order for the anchor to

2   begin falling?

3        A.    Let the anchor fall?  When you

4   keep on pressing, it will get released.

5        Q.    Maybe I misunderstood.  When do

6   you raise the bow stopper?

7        A.    (In English:)  Put the bow stopper

8   or remove the bow stopper?  What are you

9   asking about?

10       Q.    When do you remove the bow

11  stopper?

12       A.    When the anchor is lowered.

13       Q.    When the anchor is what?

14       A.    (In English:)  Lowering.

15       Q.    Lowering?

16             But the anchor can't lower with

17  the bow stopper down, can it?

18       A.    It won't.

19       Q.    So you have to raise the bow

20  stopper or remove the bow stopper before the

21  anchor can begin lowering, right?

22             MR. REISMAN:  You gotta say the

23        answer.  Okay.

24       A.    Yes, if you want to let go the

25  anchor, you have to put the bow stopper --

Exhibit 7

140

```
 1   remove the bow stopper.  Sorry.

 2   BY MR. REISMAN:

 3        Q.    So when do you remove the bow

 4   stopper?

 5        A.    When the anchor -- when the

 6   standby for the anchor, we remove it.

 7        Q.    Is there anything else you need to

 8   do besides pushing the hydraulic brake button

 9   and removing the bow stopper to allow the

10   anchor to let go?

11        A.    (In English:)  Bow stopper and

12   brake.  That's it.  And -- that's the two

13   things in there.

14        (Through the interpreter:)  There are

15        two kinds of loading.  One is gravity

16        loading, and other is winch loading.

17        If it is gravity loading, you just

18        remove the bow stopper, and you cannot

19        engage the gear.  You just push the

20        button and brake will open, and anchor

21        will go by the gravity.  That is one

22        procedure, and the other procedure is

23        winch loading.

24            THE INTERPRETER:  This is the

25        interpreter speaking.  I would like to
```

Exhibit 7

141

```
1         ask him to repeat that.
2         A.    Winch loading system is remove the
3    bow stopper, engage the gear, and push the
4    brake button, brake will open, and lower the
5    winch.
6    BY MR. REISMAN:
7         Q.    Who decides whether you're going
8    to let go the anchor through gravity lowering
9    or winch lowering?
10        A.    If there's a pilot onboard during
11   the anchor handling, the pilot will inform
12   the master, the master will inform the chief
13   officer, and the chief officer will inform
14   me.  If only the master is present during the
15   anchor handling, the master will inform the
16   chief officer, and he will inform me.
17        Q.    When you're preparing the ship for
18   departure, do you have the winch engaged or
19   not engaged?
20        A.    It won't be.  It will not be.
21        Q.    It will be not engaged?
22        A.    Only during the anchor handling
23   time, we engage it.  During other times,
24   we're off it.
25        Q.    I may have asked you this before,
```

Exhibit 7

                                                                    142

1    and I apologize if I did.  I will get a sharp

2    rebuke here.

3                MR. BENNETT:  It will be a dull

4          rebuke.

5                MR. REISMAN:  It's going to be

6          sharp.  Come on.

7                THE INTERPRETER:  He says that

8          he's hungry.

9                MR. REISMAN:  Okay.  Let me just

10         finish this one question, very short,

11         and then we'll take a break for lunch.

12         Okay?  No problem.  That's what I

13         asked you to do.

14   BY MR. REISMAN:

15         Q.   Have you received any formal

16   training on how to let go an anchor?

17               MR. DUFFY:  Objection.  Asked

18         and answered.

19               MR. REISMAN:  I spoon fed you

20         that one.

21         A.   (In English:)  My experience.

22   BY MR. REISMAN:

23         Q.   So the only training you've

24   received -- hang on.

25               The only training you've received

Exhibit 7

1    on letting go an anchor is on-the-job

2    experience; is that correct?

3         A.    I used to work with my seniors

4    when I was a junior, so I saw my seniors

5    doing it, and with experience I learned it.

6              MR. REISMAN:  We'll take a lunch

7         break now.  Owen, you all guide me how

8         long you want.

9              MR. DUFFY:  What are you usually

10        taking?

11             MR. REISMAN:  I think we take

12        about 45 minutes.

13             (Off-record discussion.)

14             THE VIDEOGRAPHER:  Going off the

15        record at 1:26 p.m.

16        (A lunch recess was held from

17        1:26 p.m. to 2:21 p.m.)

18             THE VIDEOGRAPHER:  We are going

19        back on the record at 2:21 p.m.

20   BY MR. REISMAN:

21        Q.    Okay.  We are back from our lunch

22   break.  The first thing we are going to do is

23   attach the drawing that you made earlier.

24   What I'd like you to do -- we'll attach that

25   as Exhibit 31.

Exhibit 7

144

```
 1              But, Bosun, what I would like you
 2    to do is, at the bottom of that page, is sign
 3    your name and put today's date, which is
 4    March 10, 2025.  Can you do that for me
 5    please?
 6         (Exhibit 31 was marked for
 7         identification.)
 8         A.   You need to ask Mr. Duffy.  Should
 9    he mention his name?
10              MR. REISMAN:  Can he sign his
11         name?  He could probably print his
12         name below that and put today's date.
13              THE WITNESS:  They mention the
14         date was here, right, but he wrote it
15         as date, month and then year.  The
16         format is different.
17    BY MR. REISMAN:
18         Q.   Why don't you just right below
19    that, write March 10, 2025.  Just write it
20    out.
21         A.   The format is different in India.
22    The format is different in India.
23         Q.   No, I understand.  Thank you,
24    though.
25              And we are going to attach that as
```

Exhibit 7

145

```
 1    Exhibit 31.  Thank you.  Just leave it there
 2    for the court reporter.  Just put it in that
 3    pile.  Why don't you put it on that pile with
 4    the other documents.
 5         A.    (In English:)  Can I take one
 6    photo of this?
 7         Q.    I didn't understand.  What --
 8         A.    (In English:)  Can I take one
 9    photo of this?
10         Q.    Why don't we wait.  Absolutely,
11    you can, but just wait.  Let's do that later.
12              MR. REISMAN:  Just tell him to
13         wait.
14    BY MR. REISMAN:
15         Q.    But you can definitely have a copy
16    of that.
17              Before we took a break, we were
18    talking about the hydraulic brake and how
19    long it would take to open it, and I want to
20    just go back to that and make sure that I
21    understand your testimony.
22              So I want you -- if the anchor is
23    set up so that the bow stopper is removed,
24    the lashings are off, the anchor windlass is
25    disengaged and you push the button to open
```

Exhibit 7

146

```
 1    the hydraulic brake, in your experience, how

 2    long would it take for the anchor to begin

 3    moving?

 4             THE INTERPRETER:  I'm sorry.

 5        Could you please repeat the question

 6        and please pause it in between.

 7             MR. REISMAN:  Do what?

 8             THE INTERPRETER:  Could you

 9        please repeat the question, and please

10        take a break in between so I will not

11        forget everything.

12             MR. REISMAN:  Okay.

13    BY MR. REISMAN:

14        Q.   So I'm going to give you the

15    assumptions first.  So on the Dali, the

16    hydraulic -- strike that.

17             On the Dali the bow stopper has

18    been removed.  The anchor lashings have been

19    removed.  Do you push -- and the anchor

20    windlass is disengaged.  So that's set up for

21    a gravity lowering, correct?

22        A.   Yes.

23        Q.   And in that configuration, you

24    push the button on the hydraulic brake to

25    open it.
```

Exhibit 7

147

```
 1              How long would it take for that
 2   anchor to begin to move?
 3        A.    One to two minutes only.
 4        Q.    One to two minutes?
 5        A.    (In English:)  You're asking me
 6   when you press the button, everything is
 7   ready?
 8        Q.    Everything is ready?
 9        A.    After everything is set up, and
10   when you press the button, the hydraulic jack
11   will move and it will come up.
12        Q.    And it will take a minute?
13        A.    Once you press the button, the
14   hydraulic jack will come up slowly.  Once you
15   press the button, it will not come up fast.
16   Comes up slowly.
17        Q.    Have you ever timed the amount of
18   time it takes for the anchor to begin to move
19   after you push the button to release break?
20              MR. BENNETT:  Just note my
21        objection.  Asked and answered.
22        A.    No, I have never checked it.
23   BY MR. REISMAN:
24        Q.    You're just estimating how long it
25   would take?
```

Exhibit 7

148

```
 1        A.     It's an estimate.

 2        Q.     Is there a method that you're

 3   aware of letting go the anchor on the Dali

 4   that would have been faster than using the

 5   hydraulic brake?

 6        A.     The brake has to be released.

 7        Q.     Let her --

 8        A.     You have to release the brake so

 9   that -- if you have to lower the anchor, you

10   have to release the brake -- releasing the

11   brake and be done with two systems, one is

12   hydraulic jack system, and the other is

13   manual wheel system.

14        Q.     Manual wheel?

15        A.     (In English:)  Yeah.

16        Q.     In your experience, what is the

17   fastest way to let go of the anchor to use

18   the hydraulic brake or the manual wheel?

19        A.     (In English:)  Hydraulic brake.

20        Q.     Hydraulic brake?

21               And during the period of time that

22   you worked on the Dali, when -- you actually

23   had to lower the anchor and raise the anchor,

24   correct?

25        A.     Yes.
```

Exhibit 7

149

```
 1        Q.    Do you have any idea how many

 2   times you did that either raising or lowering

 3   the anchor on the Dali before March 26, 2024?

 4        A.    I don't remember it exactly, but

 5   we have done it two times or three times or

 6   four times.  We have done it.

 7        Q.    So you only operated the anchor on

 8   the Dali three or four times you think?

 9              MR. REISMAN:  Explain -- go

10        ahead and say what --

11        A.    I don't remember it exactly.  We

12   have --

13              MR. REISMAN:  Well, I don't want

14        to you to give if it's not exact, so

15        you need to tell him the same thing

16        you told us.

17              MR. BENNETT:  I want exactly

18        what he just said.

19              MR. REISMAN:  Well, she said she

20        can't.  I would love that.  She said

21        she can't.

22              MR. BELKNAP:  I think she was

23        repeating what the witness said.

24              MR. BENNETT:  Repeat what the

25        witness said.
```

Exhibit 7

150

```
 1          MR. REISMAN:  Okay.

 2          THE INTERPRETER:  I will ask him

 3    to say the information in shorter

 4    segments so that I can repeat exactly.

 5          MR. REISMAN:  She was saying

 6    that he said too much for her to tell

 7    us.  That's why I'm saying -- hang on.

 8    Hang on.  Stop.  Stop.

 9          THE WITNESS:  (In English:)

10    Okay.

11          MR. REISMAN:  Let's -- we need

12    to put in some rules for both of us.

13    Okay?

14          THE WITNESS:  (In English:)

15    Okay.

16          MR. REISMAN:  She's having

17    trouble -- if I say too much, too long

18    a question, she can't get it all.  So

19    she's asked me to stop and break up my

20    questions.

21          THE WITNESS:  Is it okay if he

22    says it in English so that you can

23    understand, and if he gets stuck, I

24    can help you.

25          MR. REISMAN:  As long as -- the
```

Exhibit 7

151

```
 1   key is that it needs to be so that

 2   you're able to tell us exactly what he

 3   said.  So that's why you need to be

 4   able to stop him if he's going too

 5   long and tell him to break up his

 6   answer so that you can give to us

 7   accurately.  That's all we care about

 8   is we want his answer to be accurately

 9   reported.

10          THE INTERPRETER:  Yes.  I will

11   inform him that.

12          MR. REISMAN:  And just tell him,

13   right, if he's going to -- have a

14   signal, whatever you need to do so

15   that he breaks it up into pieces so

16   you can accurately interpret it for

17   us.

18          THE INTERPRETER:  Okay.  What is

19   the question?

20          MR. REISMAN:  That's a good

21   question.

22          So as far as he can recall, he's

23   only operated the anchor on the Dali

24   three or four times before March 26,

25   2024?
```

Exhibit 7

152

```
 1              THE WITNESS:  I'm trying to tell

 2       you this.  I don't remember it

 3       exactly.  It might be two or three

 4       times.  Everything is in the record,

 5       and I don't know it exactly.

 6  BY MR. REISMAN:

 7       Q.   Before the Dali arrived in

 8  Baltimore in March of 2024, had you used the

 9  manual brake to let go the anchor?

10       A.   Yes, we -- yes, we did it in

11  Baltimore.  One or two days before that we

12  did it.

13              MR. REISMAN:  I'm going to

14       object as nonresponsive.

15              MR. DUFFY:  Why?

16              MR. REISMAN:  I asked before

17       they arrived in Baltimore.  I was very

18       specific.

19              MR. DUFFY:  That's what he

20       answered.

21              MR. REISMAN:  He said when they

22       got to Baltimore.

23              MR. DUFFY:  Well --

24              MR. REISMAN:  I'm objecting as

25       nonresponsive.
```

Exhibit 7

153

```
1          MR. DUFFY:  I just -- I think

2     you're mistaken.  Go ahead.

3          MR. REISMAN:  You got the

4     transcript right in front of you.  So

5     -- I'm going ask him again.

6          Please ask him to listen

7     carefully to my question and answer

8     the question that I'm asking him.

9          I haven't asked him a question

10    yet.  Just you've given -- have you

11    given that instruction?  Does he

12    understand that?

13          THE WITNESS:  (In English:)

14    Yeah.

15 BY MR. REISMAN:

16    Q.    Before the Dali arrived in

17 Baltimore in March of 2024, had you ever used

18 the manual brake to let go the anchor on the

19 Dali?

20    A.    Yes.

21    Q.    When was that?

22    A.    This is what I said earlier.  I

23 don't remember it exactly, but one or two

24 days before that.

25    Q.    Was that in Baltimore?
```

Exhibit 7

154

```
 1       A.    I think its Baltimore.
 2             MR. REISMAN:  I'm going to
 3       object as nonresponsive to his answer
 4       to the last two questions.
 5  BY MR. REISMAN:
 6       Q.    And I'm going to ask you again.
 7  Before the Dali -- I will ask it a different
 8  way.
 9             Before the Dali arrived in
10  Norfolk, Virginia in March of 2024, had you
11  ever used the manual brake to let go the
12  anchor on the Dali?
13       A.    I don't remember the date, time of
14  the boat.  We put in the anchor in Panama
15  Canal.
16             MR. REISMAN:  He did what?
17             THE INTERPRETER:  He let go the
18       anchor in Panama Canal.
19  BY MR. REISMAN:
20       Q.    With the manual brake?
21       A.    Hydraulic brake.  The hydraulic
22  brake did not work when we tried to lift it
23  up.  It worked when we let it down -- did not
24  work.  After that, whenever we let in the
25  anchor or when we lifted it up, it was
```

Exhibit 7

155

```
 1    manual.
 2        Q.    So when you let go the anchor at
 3    the Panama Canal in March of 2024, you used
 4    the hydraulic brake, correct?
 5        A.    Yes.
 6        Q.    So before the Dali arrived in the
 7    United States in March of 2024, you had never
 8    used the manual brake to let go the anchor;
 9    is that correct?
10        A.    Are you asking before the Panama
11    Canal?
12            MR. REISMAN:  No.  Before they
13        arrived in the United States, in
14        Newark in March of 2024.  I don't
15        think that the questions --
16            Are you understanding the
17        question?
18            THE INTERPRETER:  Yes.
19            MR. REISMAN:  Okay.
20    BY MR. REISMAN:
21        Q.    So before the ship arrived in the
22    United States in March of 2024, had he ever
23    used the manual brake to let go the anchor on
24    the Dali?
25        A.    That's what I said before.  Coming
```

Exhibit 7

156

1    into the United States, in March 2024, we

2    used the -- we used it in Panama Canal.  In

3    Panama Canal, we used the hydraulic brake to

4    let go the anchor, and we used manual to take

5    it up.

6              MR. REISMAN:  Tell him I'm not

7         interested in what they used to pick

8         up the anchor.  I'm asking about

9         letting go the anchor.

10             Had he ever used the manual

11        brake to let go the anchor before the

12        ship arrived in the United States in

13        March of 2024?

14             THE WITNESS:  No.

15             MR. REISMAN:  Has he ever seen a

16        written procedure for how to operate

17        the manual brake on the Dali?

18             THE WITNESS:  I know that there

19        is a manual, but without looking at

20        the manual, I know about it.

21             MR. REISMAN:  Does he know if

22        the manual has a specific policy for

23        how to operate the manual brake?

24             THE WITNESS:  It might be, but I

25        know about it.  I have worked on

Exhibit 7

157

```
 1        similar system in some other ship.

 2        It's not a sister ship.  It has the

 3        same system like this wind system.  So

 4        I have worked on it, so I know about

 5        it.

 6             MR. REISMAN:  So when he says I

 7        know about it, he knows -- he's saying

 8        I don't know how to operate the manual

 9        brake.  Is that what he's telling us?

10             THE WITNESS:  Yes, I know.

11   BY MR. REISMAN:

12        Q.   My question is, have you ever seen

13   a written procedure explaining how to operate

14   the manual brake on the Dali?

15             MR. BENNETT:  Just note my

16        objection.  Asked and answered.

17        A.   I know that it should be there,

18   but I have never seen it.

19   BY MR. REISMAN:

20        Q.   The normal procedure for letting

21   go the anchor on the Dali includes using the

22   hydraulic brake; is that correct?

23             MR. BENNETT:  Just note my

24        objection.

25        A.   Yes.
```

Exhibit 7

                                                              158

```
 1    BY MR. REISMAN:

 2        Q.    If the hydraulic brake and the

 3    manual brake on the Dali were both working,

 4    which one would you use to let go of the

 5    anchor?

 6        A.    Hydraulic brake.

 7        Q.    Is that because the hydraulic

 8    brake is easier to use?

 9        A.    (In English:)  Yes.

10        Q.    And the hydraulic brake is faster

11    to let go the anchor?

12            MR. BENNETT:  Just note my

13        objection.

14        A.    (In English:)  Yes.

15    BY MR. REISMAN:

16        Q.    Is using the hydraulic brake

17    faster than the manual brake?

18            MR. BENNETT:  Just note my

19        objection.

20        A.    You can't say that it is so fast

21    but there might have been some difference.

22    BY MR. REISMAN:

23        Q.    How do you operate the manual

24    brake?  I know you talked about a steering

25    wheel, a big metal wheel, but what did you
```

Exhibit 7

159

1    have to do to operate the manual brake on the

2    Dali?

3         A.    We have to turn it anticlockwise.

4         Q.    How many turns do you have to turn

5    to make on that wheel in order for the brake

6    to open?

7         A.    Only if you turn it three or four

8    times, it will start to move.  At least three

9    times you should turn it.  And then once it

10   starts to turn freely, it will go fast.

11        Q.    How close is that manual brake,

12   that wheel to the anchor chain as it comes

13   out of the chain locker?

14        A.    I will just show you the drawing.

15   You're asking the same thing.

16        Q.    I'm asking the distance.

17             MR. REISMAN:  If he can give us

18        the distance.

19             THE WITNESS:  It will be nearby,

20        like near the other operating box on

21        the bridge.

22   BY MR. REISMAN:

23        Q.    But how close?  Can you show us

24   with your hands?

25        A.    Like the distance between Duffy

Exhibit 7

160

```
 1    and me.

 2         Q.    Maybe a meter?

 3         A.    (In English:)  Meter, yes.

 4         Q.    About one arm's length?

 5         A.    Yeah, one arm's length.

 6         Q.    Your arm length?

 7         A.    (In English:)  This is one meter,

 8    correct?  I think so.  Yeah.

 9         Q.    About the length of your arm?

10         A.    (In English:)  Yeah.

11         (Through the interpreter:)  Everything

12         is an approximate.  Not exactly.  I

13         never measured it with a measuring

14         tape.

15         (Simultaneous unreportable crosstalk.)

16    BY MR. REISMAN:

17         Q.    You said earlier when I asked you

18    about operating the manual brake that we have

19    to turn it, right?

20         A.    Yes.

21         Q.    How many men does it take to

22    operate that manual brake?

23         A.    Are you asking how many men?

24         Q.    Yes.

25         A.    Two people is needed.  Two people
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD          Charles Vaz
Attorneys Eyes Only                                          March 10, 2025

161

```
 1    are needed.

 2         Q.    Two people are needed.  Okay.

 3               When you operated the manual brake

 4    in Baltimore on March 23rd, how many people

 5    actually turned the wheel to open the brake?

 6         A.    I would have to explain it.  I

 7    would say it step by step, and --

 8         Q.    I didn't hear what you said.

 9         A.    I would have to explain it.

10               THE INTERPRETER:  He's telling

11         me that he'd say it step by step, and

12         I have to interpret it for you.

13               MR. REISMAN:  I'm going stop

14         him.

15    BY MR. REISMAN:

16         Q.    My question was how many men

17    actually turned the wheel on March 23rd?

18         A.     I was standing alone first, and

19    when the master asked me -- there's something

20    called F key.  So I -- F key.  Master asked

21    me to let go the anchor.  Then I used the F

22    key and tried to open the wheel.  At the same

23    time he's telling to captain that he needs

24    help since he's alone.  Still he was trying

25    to open it.  F key is a lever.  He was
```

Exhibit 7

162

1    opening it using that lever, and at the same

2    time he was talking to the master that he

3    needs help.

4            MR. DUFFY:  I'm just going to

5        object on that.  Are you talking about

6        the 23rd or the 26th?

7            MR. REISMAN:  I got it.  I got

8        it.  Hang on.

9    BY MR. REISMAN:

10       Q.    My question was about March 23rd.

11   So before you got to the berth in Baltimore.

12   Are you describing March 23rd or March 26th.

13           So on March 23rd --

14       A.    (In English:)  One second.  So

15   you're not asking about the incident time?

16       Q.    Not yet.

17       A.    (In English:)  Before that?

18       Q.    Correct.

19       A.    So you're not asking about the

20   incident time?  It's before that?

21       Q.    Correct.  When you let go the

22   anchor on March 23rd, you and another man

23   turned the wheel to let it go?

24       A.    (In English:)  Yeah, two men.

25       Q.    Who was the other man?

Exhibit 7

Attorneys Eyes Only                    March 10, 2025

163

```
1        A.    (In English:)  OS.  OS.

2        Q.    OS?  Was that Sunil Kumar?

3        A.    (In English:)  Yeah, Sunil Kumar.

4        Q.    Let's go to Panama now.  So you

5   had a problem with the hydraulic brake when

6   the ship was in Panama?

7        A.    (In English:)  Yes.

8        Q.    Had you had a problem with the

9   hydraulic brake before Panama?

10       A.    No.

11       Q.    What happened in Panama with the

12  hydraulic brake?

13       A.    The pump was running, but it did

14  not open.

15       Q.    The hydraulic pump was running,

16  but when you pressed the button the brake

17  didn't open?

18       A.    (In English:)  The jack not coming

19  up.

20       Q.    Am I correct?

21       A.    (In English:)  Correct.

22       Q.    So you pushed the button, but it

23  wouldn't release the brake, and the anchor

24  could not be let go; is that right?

25       A.    I'm saying that again and again
```

Exhibit 7

```
 1    the anchor is in the water.  The

 2    anchor -- the hydraulic worked when the

 3    anchor was let go.  It did not work when it

 4    was taken up.

 5         Q.    I apologize.  You're right.  You

 6    did say that earlier.

 7              So you were trying to release the

 8    anchor -- strike that.

 9              You were trying to release the

10    brake in order to haul the anchor back in?

11         A.    Yeah.  When we tried, it did not

12    work.

13         Q.    The hydraulic brake did not

14    function properly, correct?

15         A.    Yes.

16         Q.    We saw earlier that your job

17    duties in the ship management manual say you

18    are to report problems with equipment and

19    machinery to the chief officer.

20              Do you remember that?

21         A.    Yes.

22         Q.    When you were in Panama and the

23    hydraulic brake did not work, did you report

24    that to the chief officer?

25         A.    Chief officer was there along with
```

Exhibit 7

165

1    me at that point because whenever you let go

2    the anchor or take it up, the chief officer

3    has to be there.  So when it did not work, I

4    immediately informed him that it did not

5    work.

6        Q.    Do you know if the chief officer

7    reported that problem with the hydraulic

8    brake to Synergy's shoreside managers?

9        A.    Chief officer knows about it.

10   They don't discuss it about that with me.

11   The communications between the officer and

12   the chief officer, it does not reach

13   me -- and the management team, it does not

14   reach me.

15       Q.    But you relied on the chief

16   officer to do what was necessary to get the

17   hydraulic brake fixed, correct?

18           MR. BENNETT:  Just note my

19       objection.

20       A.    As long as I informed the chief

21   officer, the chief officer informed

22   -- immediately, the chief officer informed

23   the captain, and they informed engine room

24   and everybody came forward.

25   BY MR. REISMAN:

Exhibit 7

166

1    Q.    Were they able to fix it?

2    A.    Captain chief engineer, second

3    engineer, third engineer, electrical officer,

4    everybody came forward, and they were --

5    Q.    Just repeat what you said before

6    so she can get that.  We'll let you explain

7    more if you want, but...

8    A.    When the power button did not

9    work, I immediately informed the chief

10   officer.  Chief officer informed the master

11   through walkie-talkie.

12   Q.    Did you hear the that?

13   A.    (In English:)  Huh?

14   Q.    Did you hear the chief officer

15   notify the master?

16   A.    I also have walkie-talkie on the

17   same channel so I can hear it.  Master

18   informed the engine room.  Then captain,

19   chief engineer, third engineer, captain,

20   chief engineer, second engineer -- electrical

21   officer all came forward.

22        So the pilot was coming to take

23   the ship in to enter the Panama Canal.  So

24   all the technical team came since they were

25   having further time all came forward, and

Exhibit 7

167

```
 1   they checked the power.  They could not find
 2   anything, so I asked them to use the manual
 3   brake so that they can pick it up, and they
 4   can find the reason later, so now they can
 5   move.
 6        Q.    Did that incident happen with the
 7   hydraulic brake not working on the pacific
 8   side of the Panama Canal?
 9        A.    It was on the other side.  We are
10   crossing from Korea to Panama Canal.  We came
11   from Korea, crossed the Panama
12   Canal -- what's the name of the sea?
13           (In English:)  What's the name of
14   the sea?
15        Q.    Atlantic.  The Atlantic Ocean?
16           MR. DUFFY:  I can't --
17           THE WITNESS:  (In English:)  One
18       second.
19           MR. REISMAN:  Why don't you have
20       him tell you in Tamil.  If he doesn't
21       remember, that's fine.
22           MR. DUFFY:  David, why don't you
23       pass on that and ask the chief
24       officer.
25           MR. REISMAN:  That's what I'm
```

Exhibit 7

168

```
 1        saying.  If he doesn't remember,

 2        that's fine.  Why don't we stop

 3        drawing.

 4              THE WITNESS:  (In English:)

 5        Maybe Pacific.  Pacific.  This is

 6        America.  This is the Panama Canal.

 7        We are coming from here.  But which

 8        sea, I don't --

 9   BY MR. REISMAN:

10        Q.    You don't know.  If you don't

11   know, just tell me you don't know.  That's

12   fine.  If that's true, just say I don't know.

13              MR. DUFFY:  I think he just

14        proved it's true.

15   BY MR. REISMAN:

16        Q.    So from the time that you had that

17   problem with the hydraulic brake in Panama

18   until the accident on March 26th in

19   Baltimore, was the hydraulic brake ever

20   repaired?

21        A.    I'm not sure if they -- I'm not

22   sure if they repaired it or not.  It is up to

23   the technical team, but I was not informed.

24   Normally, when the repair is done, they'll

25   call me to do a trial, but nobody asked me to
```

Exhibit 7

 1   do that.

 2        Q.    So as far as you knew, when the

 3   Dali departed Baltimore on March 26th, the

 4   hydraulic brake was still not operating; is

 5   that correct?

 6        A.    Yes.

 7        Q.    And your understanding was when

 8   the Dali departed Baltimore on March 26th,

 9   you could not use the hydraulic brake; is

10   that correct?

11        A.    Once they report that an equipment

12   is not working, and once they fix it up,

13   until they come back and say that it is

14   fixed, I don't operate it because it might

15   cause some other trouble.

16        Q.    And just to be clear, were you

17   told before the ship departed Baltimore on

18   March 26th that the hydraulic brake had been

19   repaired?

20        A.    No, did not.

21        Q.    From the time you had the problem

22   with the hydraulic brake in Panama until the

23   accident on March 26th, were you given any

24   changes in procedures for anchoring?

25        A.    No.   Hydraulic brake did not work,

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                    March 10, 2025

170

```
 1    so we had to use the manual thing.  I know

 2    the difference.

 3         Q.    I understand that.  My question

 4    is, did anybody tell you that there's a new

 5    procedure to use for anchoring?

 6         A.    I'm the one in charge of the

 7    anchor so I was the one who was told to use

 8    manual brake instead of hydraulic brake.  So

 9    that was changed.  No other difference.

10              MR. REISMAN:  He needs to listen

11         carefully to my question -- please

12         tell him that -- and answer the

13         question that I'm asking you.

14    BY MR. REISMAN:

15         Q.    From the time you had the problem

16    with the hydraulic brake in Panama until the

17    accident on March 26, 2024, did anybody tell

18    you that the procedure for anchoring had been

19    changed?

20         A.    No.

21         Q.    From the time you had the problem

22    with the hydraulic brake in Panama until the

23    accident on March 26, 2024, did anybody tell

24    you that the procedure for preparing the

25    anchor to be let go had been changed?
```

Exhibit 7

171

```
1       A.    No.

2       Q.    From the time you had the problem

3   with the anchor in Panama with the hydraulic

4   brake in Panama until the accident on

5   March 26, 2024, are you aware of any risk

6   assessments that were performed for operating

7   the Dali with an inoperable port hydraulic

8   anchor break?

9       A.    I don't remember anything happen

10  like that or anybody said to me about that.

11      Q.    Would you remember if you

12  participated in a risk assessment for the

13  anchoring operation?

14      A.    Yes.

15      Q.    And you don't remember

16  participating in a risk assessment, correct?

17      A.    No.

18      Q.    Am I correct?

19      A.    Yes.

20      Q.    From the time you had the problem

21  with the hydraulic brake in Panama until the

22  accident on March 26, 2024, did you

23  participate in any safety meetings where

24  preparations for anchoring or anchoring

25  operations were discussed?
```

Exhibit 7

1      A.     Meetings would have happened

2   because the distance from Panama Canal to

3   Newark is a long sail, so meetings would have

4   happened, but I'm not sure if they talked

5   about this.

6      Q.     When you attended safety meetings

7   on the Dali, did you always sign in on the

8   forms with your name?

9      A.     No.

10     Q.     Were you supposed to sign in?

11     A.     Only the management team signs it,

12  captain, chief officer, chief engineer, and

13  second engineer.

14     Q.     So you never would sign in for the

15  safety meetings?

16     A.     No.

17     Q.     Am I correct?

18     A.     Yes.

19     Q.     Were you ever trained on the

20  United States regulations for letting go

21  anchors?

22     A.     No.

23     Q.     Do you know what the United

24  States' regulations say with respect to

25  letting go of anchors?

Exhibit 7

173

```
 1        A.    I don't know anything specific to
 2   a country.  I just know the general rules.
 3        Q.    What do you understand the general
 4   rules for letting go anchors to be?
 5        A.    Do you want me to explain it step
 6   by step?
 7        Q.    Yes.
 8        A.    If there's a pilot on board, his
 9   order, or if he's not there, the chief -- the
10   captain's order.  The chief officer and I
11   follow that.  And they both handle the
12   anchor.  The master or somebody says
13   that -- if the master says to lower the
14   anchor above the water.
15             THE INTERPRETER:  This is the
16        interpreter speaking.  I would like to
17        ask him to repeat that.
18             MR. REISMAN:  Okay.  You can ask
19        him to repeat it, but I'm going to
20        tell him that I don't think he's
21        answering the question I asked.  So --
22        but go ahead repeat what he said, and
23        then we're going to stop there.
24        A.    You're asking for the procedure?
25
```

Exhibit 7

174

1    BY MR. REISMAN:

2        Q.    No, I'm not asking for the

3    procedure.  I'm asking for -- my question to

4    you before -- so maybe I misunderstood you.

5    So we'll back up.

6              Do you know what the United States

7    Government's regulations say with regard

8    letting go of anchors?

9        A.    I don't know anything specific to

10   the American government, but I know the

11   general thing.

12             MR. REISMAN:  When he says the

13        general thing, is he talking about the

14        ship's procedure for letting go

15        anchors?

16             THE WITNESS:  I'm telling about

17        the anchor's procedure.

18   BY MR. REISMAN:

19       Q.    I'm not asking about the ship's

20   procedure.  I'm asking about any government

21   requirement?

22       A.    I don't know anything about

23   government requirement.

24       Q.    Let's go to March 26th, the day of

25   the accident.

Exhibit 7

175

```
 1              Do you understand?

 2              When did you come on watch or

 3    begin working in preparation for departure

 4    from Baltimore on March 26th?

 5        A.    1800.  I came to watch at 6:00,

 6    like I already mentioned.

 7        Q.    So on March 25th -- hang on a

 8    second.  She didn't hear it.

 9        A.    It's 6:00, 6:00 p.m., 1800 I came

10    on watch on 25th.

11        Q.    So you worked from 6:00 p.m., 1800

12    until midnight on March 25th, right?

13        A.    Yes, I was there continuously

14    because I worked continuously because the

15    ship was sailing.  At the same time incident

16    also happened.

17        Q.    So you worked 1800 to midnight,

18    but then you continued working for departure?

19        A.    (In English:)  Yes, sir.

20        Q.    At what point did you start

21    preparing for departure?

22        A.    6:00 I came on the watch.  After

23    that, I don't remember what time cargo got

24    finished, 10, 1030.  10:00 means 2200.  After

25    that, I called all my crew, approximately
```

Exhibit 7

Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 177 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                                 March 10, 2025

176

```
 1   10:00.  And then I call my crew.  They check

 2   the lashing and everything else for the

 3   sailing.  And after 11:30 or 12, I don't

 4   remember that exactly.  The pilot came on

 5   board.  After that pilot came on board, we

 6   secured the gangway and everything and went

 7   to station.  We removed all the ropes, and

 8   the ship came out.

 9        Q.    You're getting a little ahead.

10   That's okay.

11        A.    (In English:)  Okay.

12        Q.    So at some point after the pilot

13   arrived, you were sent to your station?

14        A.    It is normal as soon as the pilot

15   comes in, the master asked us to take the

16   gangway and go for the station.

17        Q.    And your station was on the bow?

18        A.    (In English:)  Yeah.

19        Q.    Was there anybody else on the bow

20   with you as the ship prepared to depart from

21   Baltimore?

22        A.    OS and chief officer.

23        Q.    And did the ship come off the

24   berth without any problems?

25        A.    No problem until it came out of
```

Exhibit 7

```
 1    the berth.

 2         Q.    And at some point, did the master

 3    release the chief officer to leave the bow?

 4         A.    Once all the lines are onboard,

 5    the master informs the chief officer to go to

 6    rest, so the chief officer left forward to

 7    cabin.

 8         Q.    And so the chief officer left the

 9    bow before the first blackout on March 26th,

10    correct?

11         A.    He went even before tugboat.

12         Q.    I understand.  But before the

13    first blackout, the chief officer

14    left -- just answer my question.

15         A.    (In English:)  Okay.

16         Q.    I want you to be able to answer,

17    but I want you to answer my question.

18              So the chief officer was released

19    and left the bow before the first blackout,

20    correct?

21         A.    Correct.

22         Q.    And at that point, how many tugs

23    were made up alongside the Dali?

24         A.    Are you asking --

25         Q.    The chief officer was released?
```

Exhibit 7

178

```
 1       A.    One tug -- forward was one tug.

 2   When the chief officer left, it was already

 3   tied up to the vessel.

 4       Q.    Was there another tug on the

 5   stern?

 6       A.    (In English:)  I don't remember

 7   that.

 8       Q.    There may have been.  You just

 9   don't know?

10       A.    Yes, it might have or might not

11   be.  I don't know.

12       Q.    Who was the other individual that

13   was on the bow with you?

14       A.    OS.

15       Q.    OS?  Sunil Kumar?

16       A.    (In English:)  Sunil Kumar.

17       Q.    And at some point before the first

18   blackout, was Sunil Kumar released to leave

19   the bow?

20       A.    During the first blackout, there

21   was no chief officer or Sunil.  I was there

22   alone.

23       Q.    Let's back up now.  You're at the

24   berth.  You said you were sent to your

25   station by the master.  You removed the
```

Exhibit 7

179

```
 1    gangway, and you go to the bow station,

 2    correct?

 3         A.    Yes.

 4         Q.    What did you do when you got to

 5    the bow?

 6         A.    Plus we have two -- we passed the

 7    tugboat.  As per the master's order, we leave

 8    one by one.

 9         Q.    So you went to the bow.  You made

10    up the tug to the ship?

11         A.    (In English:)  Yeah.

12         Q.    And then you started releasing the

13    lines to the berth?

14         A.    (In English:)  Yeah.

15         Q.    Did you do anything else on the

16    bow?

17               Let her get that, and then you can

18    finish.

19         A.    I already checked the anchor.  The

20    anchor was ready.  It was the normal routine

21    there.  And then I make past the tugboats and

22    cast the mooring lines.  After all lines are

23    onboard, master asked the chief officer to

24    knock off.  Knock off is rest.

25               After that, Sunil and me secured
```

Exhibit 7

180

```
 1    the forward winding lines.  And then master

 2    called me through the walkie-talkie and asked

 3    me to cast off the tug.

 4         Q.   Let's stop there.

 5         A.   (In English:)  Okay.

 6         Q.   I want to go back now.  You said

 7    that part of your normal procedure when you

 8    would go to your bow station was to check the

 9    anchors?

10         A.   Making everything ready, not only

11    the anchor, removing the red cards, keep the

12    messenger line for the tugboat.  Check

13    everything.

14         Q.   Let's talk about the anchors.

15    When you got to the bow on March 26th as you

16    were preparing to depart Baltimore, what did

17    you do with respect to the anchors?

18         A.   The anchor was already ready.  I

19    just cross-checked.

20         Q.   What did you do to cross-check?

21    Tell me what you did.

22         A.   The lashing was already removed.

23    I just have to check the bow stopper.  Bow

24    stopper and the brake.  That's it.  So we

25    released the -- we take out the bow stopper
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                               March 10, 2025

181

```
 1   and release the brake.
 2        Q.    So when you got to the bow on
 3   March 26th, were the anchor lashings already
 4   removed?
 5        A.    (In English:)  Yes.
 6        Q.    And I think you told us this
 7   earlier that the Hawes plate and the Spurling
 8   plate were out.
 9        A.    (In English:)  Okay.
10        Q.    Let's talk about the bow stopper.
11   What did you do to check on it?
12        A.    I just listed the bow stopper up
13   and down to check that it is moving.
14   Sometimes when the anchor chain is on top of
15   -- anchor chain touches the bow stopper, we
16   cannot move the bow stopper.
17            If I try to lift the bow stopper,
18   and if it does not move, I will just take the
19   anchor line a little bit back so that it
20   moves freely.  It will be always moving
21   freely.  I just cross-check it.
22        Q.    Did you have -- I didn't want cut
23   you off, but I want to make sure she got
24   that.
25            Did you have more to say?
```

Exhibit 7

182

```
 1        A.    I just check if it is moving free.
 2   Once it is moved free, I just leave it.  The
 3   pin will be already removed.  There are very
 4   less chances for it to touch that.  It
 5   normally does not happen.  I just want -- I
 6   just check that it does not happen.
 7        Q.    Who removed the pin from the bow
 8   stopper?
 9        A.    Me.
10        Q.    When did you do that?
11        A.    It was done before while coming
12   in.
13        Q.    While the ship was arriving in
14   Baltimore?
15        A.    (In English:)  Yeah, yeah.
16        Q.    And you kept it out the whole time
17   the ship was in Baltimore?
18        A.    Yes, it was separate.  When going
19   out, we do it to sea secure.
20        Q.    And you said there was no tension
21   on the bow stopper.  You could just lift it
22   up freely and move it, correct?
23        A.    The system is like this.  There's
24   a counterweight on the other side, and when
25   we lift it -- it will be like this.  The
```

Exhibit 7

183

```
1   handle is on the one side, and on the other

2   side, there will be counterweight.  Once when

3   we lift this, due to the gravity, the

4   counterweight lowers.

5        Q.    I understand that.  I'm not asking

6   that.  First, can you take the drawing that

7   we have attached as an exhibit and let's move

8   that away.  I don't want that to get marked

9   on.  Put it in that pile with the other

10  exhibits, and let's move that down there.  I

11  just don't want to mess that up.

12             My question wasn't about the

13  weight of the bow stopper.  It was the weight

14  of the chain.  So the chain -- the entire

15  time that the ship was in Baltimore in March

16  of 2024, the bow stopper wasn't doing

17  anything, correct?

18       A.    Bow stopper was free always.

19       Q.    So the only thing holding the

20  anchor the entire the ship was in Baltimore

21  was the brake?

22       A.    Brake and also the bow stopper.

23             (In English:)  Bow stopper was on.

24  Only the pin was removed.  Bow stopper is on.

25       Q.    But there was no weight on the bow
```

Exhibit 7

184

1    stopper?

2         A.    (In English:)  No weight, no

3    weight.

4         Q.    So the only thing holding the

5    anchor's weight the entire time the ship was

6    in Baltimore was the brake?

7         A.    (In English:)  Yeah, brake.

8         Q.    Is that how you normally do it

9    when you come into port?

10        A.    (In English:)  If the brake slips,

11   the bow stopper supports.

12        Q.    That's not what I asked.

13             MR. REISMAN:  So I'm going to

14        object as nonresponsive.

15   BY MR. REISMAN:

16        Q.    And I'm going to ask you just to

17   listen carefully to my question?

18        A.    (In English:)  Yes, sir, brake is

19   on.

20        Q.    Is your normal procedure when

21   you're in port for the only thing to be

22   holding the anchor is the brake?

23        A.    (In English:)  Yes, sir.  Yes,

24   sir, on brake.

25        Q.    Only the brake?

Exhibit 7

185

```
 1        A.    (In English:)  Only the brake.

 2        Q.    Were you the only person assigned

 3   to check the anchor before departure from

 4   Baltimore on March 26th?

 5        A.    Normally, I check it.  If there's

 6   an OS nearby, I will ask him to check, but,

 7   normally, it was my duty.

 8        Q.    What about on March 26th?  Were

 9   you the only person to actually check the

10   anchor setup before departure?

11        A.    It was me.

12        Q.    Just you?

13        A.    Yes, only me.

14        Q.    Once the ship came off the berth

15   on March 26th, did you have a specific job on

16   the bow?

17        A.    After coming out on the 26th?

18        Q.    On the 26th?

19        A.    We could not move forward.  It was

20   broken.

21        Q.    What was broken?

22        A.    You're saying about after 26th?

23   You were asking --

24        Q.    No.

25              THE STENOGRAPHER:  The
```

Exhibit 7

186

```
 1        interpreter needs to interpret.
 2             MR. REISMAN:  Sorry.
 3             THE WITNESS:  He asked, are you
 4        asking about after 26th?
 5   BY MR. REISMAN:
 6        Q.   No.  I'm talking about on
 7   March 26th, the ship came off the berth.
 8   Were you supposed to serve as a lookout?
 9        A.   Not lookout.  That's not called
10   lookout.  Chief officer left the forward
11   station after the lines cast.  After the
12   chief officer left, OS and me were checking
13   the forward station -- securing the forward
14   station.  And then master asked me to cast
15   out the tug.  And then OS and me cast out the
16   tug.
17             And then captain said -- after
18   that captain asked me to -- you stand on the
19   forward, and tell the OS to put the starboard
20   side pilot lever.  And then captain told me
21   only one man.  He used the same words, only
22   one man, you stand on the forward station and
23   sent the OS to ring the pilot lever.
24        Q.   Normally, two men would stay on
25   the forward station?
```

Exhibit 7

187

```
 1              MR. BENNETT:  Just note my

 2       objection.

 3       A.    (In English:)  Yes, sir.  Correct,

 4   sir.

 5   BY MR. REISMAN:

 6       Q.    How many men would normally stand

 7   on the forward station while the ship is

 8   underway in a navigating area?

 9       A.    Are you asking during the station

10   or after station?

11       Q.    I don't understand the question.

12   Let me just ask a new question.

13              Once the ship comes off of the

14   berth but is still in port, how many men are

15   assigned to stand on the bow to monitor the

16   anchors?

17       A.    (In English:)  Are you asking --

18   one second.  You're asking me all ropes is

19   cast, correct?  All rope onboard?

20       Q.    Yes.

21       (Simultaneous unreportable crosstalk.)

22       A.    (In English:)  All mooring lines

23   are on board.

24       Q.    Yes.

25       A.    Are you asking about when all the
```

Exhibit 7

188

```
 1   ropes are onboard, and all the lines are

 2   onboard, but the ship has started to turning?

 3            (In English:)  Is that what you're

 4   asking me?

 5       Q.    No.  I'm talking about in general.

 6       A.    (In English:)  Okay.

 7       Q.    When the ship comes off the berth

 8   --

 9       A.    (In English:)  Okay.

10       Q.    -- but still in is port, normally,

11   there would be two men positioned on the bow

12   to monitor the anchors.

13            MR. BENNETT:  Just note my

14       objection.

15   BY MR. REISMAN:

16       Q.    Is that correct?

17       A.    When you say that it is within the

18   port, are you asking it is turning?

19       Q.    I'm not talking about March 26th.

20   I'm just talking about in general.

21       A.    (In English:)  I'm also telling

22   about normal things.  I'm asking you.  You're

23   saying station is finished.  That's what

24   you're asking.  Station finished -- station

25   means mooring station?
```

Exhibit 7

Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 190 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                         March 10, 2025

189

 1          Q.    Yes.

 2          A.    (In English:)  You're asking me

 3   about mooring job is finished, correct?

 4          Q.    Yes.

 5          A.    (In English:)  After mooring job,

 6   but ship still in there, not in harbor.

 7   Still in the channel, correct?

 8          Q.    Correct.

 9          A.    (In English:)  Ah, channel.  Still

10   in the channel.  So are you asking me if ship

11   is still turning in channel, how many person

12   on the forward.  That's your question,

13   correct?

14          Q.    Yes.

15          A.    (In English:)  That time, master

16   is different, master is saying --

17          Q.    I'm not asking about March 26th.

18   I'm talking about --

19          A.    (In English:)  No, no.  I am also

20   talking about common only.  So the master

21   sometime telling after channel -- whatever,

22   one of us, two of us, three of us, four of

23   us, after the channel, chief first came, then

24   only chief can left.  Master stay --

25          Q.    Let her --

Exhibit 7

190

```
 1        A.    Master can decide only after --
 2   master can decide when the chief officer can
 3   leave.
 4              (In English:)  Yeah, some captain
 5   saying -- okay --
 6        Q.    I'm not asking about the chief
 7   officer.  Okay?
 8        A.    Okay.
 9              MR. BENNETT:  David, you got to
10         let him finish because he said he was
11         giving you a general answer.  He's
12         explaining everything to you, and you
13         keep cutting him off.
14              MR. REISMAN:  I have not cut him
15         off before.  I may have cut him off
16         right there because I want to be clear
17         what I'm asking him about, but if he
18         wants to finish he can finish.
19        A.    (In English:)  Simply I saying
20   this all because of the master, and it
21   depends on the master.  We are all following
22   the master's order.  If the master says to
23   stay forward, I will stay forward.  Master is
24   saying stay two men forward, I will get two
25   men will be forward.  Master is saying one
```

Exhibit 7

191

```
 1    man on forward, I will be on man follow.  We

 2    all follow the captain's order because he's

 3    the captain.

 4         (Unintelligible.)

 5    BY MR. REISMAN:

 6         Q.    I understand that.

 7              MR. REISMAN:  All right.  You

 8         need to repeat that.

 9         A.    If the master says two men

10    forward, then two men will be forward.  If

11    the master says one man forward, then one

12    will be forward.  We all follow the master's

13    order because he's the captain.

14    BY MR. REISMAN:

15         Q.    And, typically, you would have two

16    men that would stay positioned on the bow to

17    monitor the anchors while the ship is in the

18    channel, correct?

19              MR. BENNETT:  Just note my

20         objection.

21    BY MR. REISMAN:

22         Q.    You can answer.

23         A.    Correct.

24         Q.    But on March 26th, only you were

25    left on the bow to monitor the anchors,
```

Exhibit 7

192

```
 1    correct?

 2        A.     Correct.

 3        Q.     And the reason for that was

 4    because the crew was short a man, correct?

 5              MR. BENNETT:  Just note my

 6        objection.

 7              MR. DUFFY:  Objection.

 8        A.     There was a man shortage, but the

 9    master asked me to do that.  So I'm not sure

10    if it is due to the shortage.  The master

11    asked me to do it.

12    BY MR. REISMAN:

13        Q.     Do you know why one of the crew

14    members had to leave the ship in Baltimore?

15        A.     That was his personal problem.  I

16    don't know anything about it.

17        Q.     Did he report to you that

18    individual?

19        A.     What?

20        Q.     Did he -- did you supervise the

21    crew member who left the ship in Baltimore?

22        A.     He's not under me.  He's directly

23    under the chief officer.  He's a deckhand.

24        Q.     And when he left the ship in

25    Baltimore, was another crew member sent to
```

Exhibit 7

Attorneys Eyes Only                                    March 10, 2025

                                                         193

1    the ship to replace him?

2        A.    No.

3        Q.    So the crew was short-handed when

4    it left Baltimore on March 26th?

5              MR. BENNETT:  Just note my

6        objection.

7        A.    Yes.

8    BY MR. REISMAN:

9        Q.    Was the crew short-handed --

10       A.    That's because -- only because of

11   that, I was on watch for gangway --

12       Q.    You had to do his work because --

13       A.    (In English:)  Yeah, correct.

14       (Through the interpreter:)  Because

15       that man gone home I had to do that.

16   BY MR. REISMAN:

17       Q.    So, again, I know there was an

18   objection, so I'm not sure what was asked and

19   what was answered, so I apologize in advance.

20             So when the Dali departed

21   Baltimore on March 26th, was it short-handed?

22       A.    (In English:)  Correct.

23       Q.    So there weren't enough men to

24   cover all of the usual assignments as it left

25   Baltimore on March 26th?

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD.                    Charles Vaz
Attorneys Eyes Only                                                    March 10, 2025

194

```
1              MR. BENNETT:  Just note my

2        objection.

3   BY MR. REISMAN:

4        Q.    Is that correct?

5        A.    There's a departure station.  And,

6   after that, it is only maintenance.

7        Q.    I want to go back and confirm

8   something.

9              So when the ship left the berth on

10  March 26th, the bow stopper was up or it was

11  down?

12       A.    Down, but pin was removed.

13       Q.    So as the ship left the berth and

14  headed towards the Francis Scott Key Bridge,

15  in order to let go the anchor, you would have

16  had to lift the bow stopper --

17       A.    (In English:)  Yeah.

18       Q.    -- and you would have had to open

19  the manual brake?

20       A.    (In English:)  Yeah, with the F

21  key.

22       Q.    With that lever?

23       A.    (In English:)  Yeah.  I opened --

24             MR. WALKER:  You shouldn't be

25       doing that.
```

Exhibit 7

195

```
 1              MR. REISMAN:  What was he doing?
 2              MR. WALKER:  Motioned to his
 3       client to stop talking, and he didn't
 4       answer.  That's not proper.
 5              MR. DUFFY:  Sue me.
 6              MR. REISMAN:  I didn't hear what
 7       you said.
 8              MR. DUFFY:  Sue me.
 9   BY MR. REISMAN:
10       Q.    So the master ordered that the OS
11   who was with you on the bow should leave the
12   bow and go rig the pilot ladder before the
13   first blackout on March 26th?
14              MR. BENNETT:  Just note my
15       objection.
16       A.    Yes.
17              MR. REISMAN:  What was the basis
18       of the objection?
19              MR. BENNETT:  It was leading.
20              MR. REISMAN:  Okay.
21   BY MR. REISMAN:
22       Q.    How long after the ship came off
23   the berth was it before you realized that
24   there had been a blackout?
25       A.    I don't remember the time.
```

Exhibit 7

196

```
1        Q.    Did you realize that the ship had

2   blacked out?

3        A.    (In English:)  Yes.

4        Q.    How did you realize that?

5        A.    There was no power, and it went

6   dark.  Not really the power.  Like I said

7   before, when the power goes out -- when the

8   blackout happens everything will be stopped.

9   No noise.

10        Q.    So you noticed that the lights had

11  gone off, and the sound of the machinery had

12  stopped; is that right?

13        A.    (In English:)  Yes.

14        Q.    And that --

15        A.    Yes.

16        Q.    And that told you that the ship

17  had blacked out?

18        A.    Correct.

19        Q.    Did you hear anything on the radio

20  telling you that the ship had blacked out?

21        A.    The captain said stand by on the

22  anchor, and then I let go the -- I take out

23  the bow stopper and cast the anchor brake

24  wheel and was standing there.

25        Q.    How long was it between when you
```

Exhibit 7

Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 198 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
Attorneys Eyes Only                                      March 10, 2025

197

1   realized the ship had blacked out and until

2   you received the order from the captain to

3   stand by?

4       A.    Immediately.  Immediately.  There

5   was blackout.  I felt it, and the captain saw

6   it immediately.

7       Q.    And you were still alone on the

8   bow at that time?

9       A.    Yes, I was alone on the bow.

10      Q.    Do you know where the nearest crew

11  member was to you at that time?

12      A.    Gangway and pilot ladder.

13      Q.    How far away from the anchor

14  windlasses is that?

15      A.    One man was on the gangway, and

16  two people went to pilot ladder -- two went

17  to the pilot station that's on the deck.

18  When I asked the captain to send me some

19  help, the captain ordered somebody go and

20  help the bosun, so the gangway person came to

21  help.

22      Q.    So there was one man at the

23  gangway which was at the accommodation level

24  area, correct?

25      A.    (In English:)  Yeah.

Exhibit 7

198

```
 1        Q.    How long do you think it would
 2   take you to walk from where the gangway was
 3   to the bow where the anchors are located?
 4        A.    (In English:)  Depends upon the
 5   speed to walk, speed to run.
 6        Q.    How long would it take to run?
 7              THE STENOGRAPHER:  I didn't --
 8        A.    It depends upon the time taken to
 9   walk and the time taken to run.  Depends upon
10   his speed.
11   BY MR. REISMAN:
12        Q.    How long would it take you to run
13   from the accommodation where the gangway was
14   to the bow where the anchors were?
15        A.    (In English:)  Run or walk?
16        Q.    Run.
17        (Reporter clarification.)
18        (Unintelligible.)
19              THE STENOGRAPHER:  Everything
20        has to be through the interpreter.
21              MR. BENNETT:  Why don't we take
22        a break?
23              MR. REISMAN:  All right.  Let me
24        just say this.  You have got to -- I
25        know you're trying very hard.  But you
```

Exhibit 7

199

```
 1    have to listen to the question I'm
 2    asking you.
 3          THE WITNESS:  (In English:)
 4    Okay.
 5          MR. REISMAN:  You're not
 6    answering my question.
 7          THE WITNESS:  (In English:)
 8          MR. REISMAN:  You're answering
 9    questions that I haven't asked.  So
10    I'm going to object to whatever you
11    just said as nonresponsive.
12          THE WITNESS:  (In English:)
13    Okay.
14          MR. REISMAN:  And we are going
15    to take a break, and when we come
16    back, I really want you to concentrate
17    on listening to the question I'm
18    asking you.  If you don't understand
19    it, tell me, but otherwise answer my
20    question and only my question.
21          THE WITNESS:  (In English:)
22    Okay.
23          MR. REISMAN:  Okay?  So we are
24    going to take a break.  How long do
25    you guys want?
```

Exhibit 7

200

```
 1              THE VIDEOGRAPHER:  Going off the

 2       record at 3:41 p.m.

 3       (A brief recess was held from

 4       3:41 p.m. to 4:00 p.m.)

 5              THE VIDEOGRAPHER:  We are going

 6       back on the record at 4:00 p.m.

 7  BY MR. REISMAN:

 8       Q.   Bosun, I think your attorney

 9  probably talked to you about this, and I'm

10  just going to remind you.  I know I said it

11  before we took the break.  Please be very

12  careful in listening to my question and just

13  answer my question.  Okay?

14       A.   (In English:)  Okay.

15       Q.   We don't want to waste time

16  talking about things that's nobody is asking.

17  I know it's important and maybe interesting,

18  but it's important that we just limit your

19  answers to the question that you're being

20  asked.  Okay?

21       A.   (In English:)  Okay.

22       Q.   And if you don't understand the

23  question, again, I want to you to tell me

24  that.

25       A.   (In English:)  Okay.
```

Exhibit 7

201

```
 1        Q.    And I will repeat it or rephrase
 2   it so you can.  So you should never have a
 3   situation where you're answering something I
 4   didn't ask because, if you didn't understand
 5   the question, you'll tell me.  Right?
 6        A.    (In English:)  Okay.
 7        Q.    Okay.  So we are going to go back,
 8   and I'm asking you, how long would it have
 9   taken you to run from the accommodation where
10   the gangway was to the bow where the anchors
11   were, you?
12        A.    I have never tried running there,
13   but, approximately, I can say it is two
14   minutes.
15        Q.    Two minutes?  And that was the
16   location where the nearest crew member was to
17   you when you got the order to stand by with
18   the anchors, correct?
19        A.    Yes, they were near the gangway.
20        Q.    So you felt the ship blackout, and
21   then the master told you to stand by.  How
22   long was it after you were told to stand by
23   until the master told you to let go of the
24   anchor?
25        A.    It was immediately.  First there
```

Exhibit 7

202

```
 1    was a blackout, and then there was stand by,

 2    and then there was a second blackout, and

 3    then let go.  And then I was asked to let go.

 4         Q.    So were the lights on the ship on

 5    when you were told to let go of the anchor?

 6         A.    No.  There was the second

 7    blackout.  The second blackout happened when

 8    I was asked to let go of the anchor.

 9         Q.    You remember being interviewed by

10    the NTSB and the Coast Guard you told us

11    earlier?

12         A.    Yes.

13         Q.    And that was on March 28, 2024,

14    correct?

15         A.    I don't remember the date, but if

16    it is in the record, it should be right.

17         Q.    When you were interviewed by the

18    Coast Guard and the NTSB, that was just

19    within a couple of days after the accident?

20         A.    Yes.

21         Q.    Would you agree that your memory

22    of the events were better at the time of the

23    Coast Guard and NTSB interviewed you than

24    they are today?

25              MR. BENNETT:  Just note my
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD   Charles Vaz
Attorneys Eyes Only                                      March 10, 2025

203

```
 1       objection.

 2       A.    Yes, since I was on the spot, my

 3  memory would have been better.

 4  BY MR. REISMAN:

 5       Q.    I didn't hear you.

 6       A.    Since was I on the spot, the

 7  memory would have been better.

 8       Q.    Was your memory of the incident

 9  better when you were interviewed by the NTSB

10  than it is today, roughly a year later?

11       A.    Yes.

12       Q.    If you told the NTSB that the

13  power was on when you were given the order to

14  let go the anchor, do you have any reason to

15  believe that's incorrect?

16            MR. BENNETT:  Just note my

17       objection.

18       A.    Yes, but I did not say that.  I

19  told them that there was first blackout,

20  standby, and then second blackout, and then I

21  was asked to let go of the anchor.

22  BY MR. REISMAN:

23       Q.    When is the last time you looked

24  at the transcript of your NTSB interview?

25       A.    I never saw that.
```

Exhibit 7

204

```
 1        Q.    But you're sure what you told
 2    them?
 3        A.    Yes, I remember that.
 4        Q.    Are you aware that all the
 5    conversations you had on the radio on the
 6    night of March 26th were being recorded by
 7    the VDR on the bridge, on the ship's bridge?
 8        A.    Yes, I know that there's a video
 9    system which records everything.
10        Q.    Would you agree that the
11    recordings from the VDR are more accurate in
12    terms of timeline than your memory today?
13        A.    Yes.
14        Q.    So let's go back now.  The master
15    at some point told you to let go of the
16    anchor, correct?
17        A.    Yes.
18        Q.    How long after the first blackout
19    was it until the master told you to let go of
20    the port anchor?
21        A.    He did not say let go after the
22    first blackout.  He did it after the second
23    blackout.
24            MR. REISMAN:  I'm going to
25        object as nonresponsive.
```

Exhibit 7

205

```
 1              MR. BENNETT:  What's
 2       nonresponsive about that question?
 3              MR. REISMAN:  Because I asked
 4       him how long, Bill.
 5              MR. BENNETT:  No.  You --
 6              MR. REISMAN:  Yes.  Why don't
 7       you read it.
 8       (Simultaneous unreportable crosstalk.)
 9              MR. BENNETT:  I did read it.
10       You predicated it, and he was
11       correcting your predicate.
12              MR. REISMAN:  I don't think
13       you're right about that.
14              MR. BENNETT:  Yes, he was.
15              MR. REISMAN:  But, Bill, you
16       haven't been right about much, so
17       that's okay.
18              I'm going to ask my question
19       again.  I objected to the last
20       response as nonresponsive.
21  BY MR. REISMAN:
22       Q.   I'm going to ask you again.  How
23  much time passed between the first blackout
24  until the master told you to let go of the
25  port anchor?
```

Exhibit 7

206

```
 1        A.    I don't remember the exact time.

 2   Even during the initial interview, I told

 3   them that it happened soon after that, but I

 4   don't remember the exact time.

 5        Q.    When you got the order to let go

 6   of the port anchor, were you still the only

 7   person on the ship's bow?

 8        A.    Yes.

 9        Q.    Do you know whether the emergency

10   generator ever came on after the first

11   blackout and before the second blackout?

12            THE INTERPRETER:  I'm sorry.

13        Could you please repeat that?

14            MR. REISMAN:  Does he know if

15        the emergency generator came on

16        between the first blackout and before

17        the second blackout.

18            THE WITNESS:  I know that

19        between the first blackout and the

20        second blackout, there was power.  The

21        power came and went, but I don't know

22        which power was that -- which

23        generator was that.

24   BY MR. REISMAN:

25        Q.    Do you know if the emergency
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD
Attorneys Eyes Only

Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 208 of 276

Charles Vaz
March 10, 2025

207

```
 1   generator stayed on through the second

 2   blackout?

 3        A.    The power came back after the

 4   second blackout, but I don't know the power

 5   came from which generator.  I'm not sure

 6   which generator gave us the power.

 7        Q.    How long after the second blackout

 8   was it before the power came back on?

 9        A.    During that situation, it was a

10   dangerous situation, and I was not looking at

11   the time.

12        Q.    You don't know how much time?  Let

13   her --

14        A.    The bridge is below us nearby.

15   There was a blackout.  Master is shouting me

16   to let go of the anchor.  And I'm trying to

17   open the brake, and I'm also reporting to the

18   captain to send me another person.  My life

19   was in danger, and I was scared.  I was

20   terrified.  My only goal was to enable

21   the -- to let go the anchor to enable it and

22   to escape from that place.  So I did not know

23   time or anything else.

24        Q.    How close were you to the bridge,

25   to the Francis Scott Key Bridge, when you
```

Exhibit 7

208

```
 1    received the order to let go of the anchor?

 2        A.    That's what I'm saying.  It was

 3    very near, but I don't know how many meters.

 4        Q.    When the ship blacked out the

 5    first time, was it centered in the channel?

 6        A.    Yes.

 7        Q.    And after the first blackout, did

 8    the ship begin to turn?

 9        A.    Yes, it started to pull along the

10    starboard side.

11        Q.    Do you know why the ship started

12    turning?

13        A.    In my experience, it might be due

14    to wind or current.

15        Q.    Is that just your guess?

16        A.    (In English:)  I'm guessing.  I'm

17    guessing.

18        Q.    You don't know why --

19        A.    (In English:)  I don't know.

20        (Through the interpreter:)  Captain,

21        pilot, duty officer, helmsman,

22        everybody were eon the bridge.  They

23        were on the bridge.  They know what's

24        happening on the bridge.  I'm standing

25        on the forward.  I don't know why the
```

Exhibit 7

```
 1        system --
 2   BY MR. REISMAN:
 3        Q.    Bosun, if you don't know, just
 4   tell me you don't know.
 5        A.    (In English:)  Okay.
 6        Q.    Okay?
 7        A.    (In English:)  Okay.
 8        Q.    Do you know what caused the ship
 9   to turn to the starboard?
10        A.    I don't know.
11        Q.    At any time before the ship hit
12   the bridge, did that starboard turn stop?
13        A.    I did not know that.  I'm saying
14   that I was on a different situation there.
15        Q.    If you don't know, just say I
16   don't know.
17              So when you got the order to let
18   go of the port anchor, the first thing you
19   had to do was raise the bow stopper, correct?
20        A.    I removed it when they asked me to
21   stand by.
22        Q.    So what did you have to do when
23   you got that order?  In order to let go of
24   the anchor, what did you have to do?
25        A.    Only brake.
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD          Charles Vaz
                          Attorneys Eyes Only                    March 10, 2025

210

```
 1        Q.    And because the hydraulic brake
 2   wasn't working, that meant you had to open
 3   the manual brake?
 4        A.    (In English:)  Yeah.
 5        Q.    That meant you had to turn that
 6   wheel?
 7        A.    Yes.
 8        Q.    And, normally, you would need two
 9   men to turn that wheel, correct?
10              MR. BENNETT:  Just note my
11        objection.
12        A.    (In English:)  Correct.
13   BY MR. REISMAN:
14        Q.    How many men would you normally
15   need to turn that wheel?
16        A.    Two people are needed.
17        Q.    But you were alone; is that right?
18        A.    (In English:)  Alone.
19        Q.    Were you able to turn the wheel
20   and open the brake?
21        A.    I informed the captain, and using
22   the F key I tried to move it one or two
23   times, but -- one or two turns, and then the
24   AB came to help me.
25        Q.    So you tried to turn the brake,
```

Exhibit 7

211

```
 1   but you couldn't turn it on your own to get
 2   it open; is that right?
 3           MR. BENNETT:  Just note my
 4       objection.
 5       A.    I did one or two turns.  Using
 6   that lever, I did it, and only then he came
 7   to help me.
 8   BY MR. REISMAN:
 9       Q.    So at what point did you call the
10   captain and tell him that you needed somebody
11   to come help you?
12       A.    I told him initially.
13       Q.    As soon as he gave you the order
14   or after you started trying?
15       A.    I told him immediately after me
16   gave me the order.
17       Q.    So before you even started trying
18   to open that brake, you told the captain I
19   need another man?
20       A.    Yes, as soon as he said let go, I
21   told him that I was alone here and please
22   send another person.  I told him that I
23   cannot drop the anchor alone.  Please send
24   another person.  I'm alone here.
25       Q.    So if you'd had another person
```

Exhibit 7

212

```
 1   with you on the bow, you could have opened

 2   that brake more quickly?

 3           MR. BENNETT:  Just note my

 4       objection.

 5       A.    I would have done it faster.

 6   BY MR. REISMAN:

 7       Q.    How long did it take from the time

 8   you received the order to let go of the

 9   brake -- excuse me, to let go of the anchor

10   until the second man arrived to help you?

11       A.    I'm saying this again and again.

12   I was not in a situation to notice the time.

13       Q.    Do you know where he came from?

14       A.    I know that -- I know that he was

15   working in the gangway, so he should come

16   from the gangway.

17       Q.    Was the person who came to help

18   you Sunil or Shiju?

19       A.    (In English:)  Shiju.

20       Q.    Say it again so I --

21       A.    (In English:)  Shiju.

22       Q.    Shiju?

23       A.    (In English:)  Yeah.

24       Q.    Shiju came to help you?

25       A.    (In English:)  Yeah.
```

Exhibit 7

213

```
 1        Q.    S-H-I-J-U.

 2              Do you know where he was when he

 3    heard you needed assistance or are you just

 4    guessing that he was at the gangway?

 5        A.    It's a guess.

 6        Q.    Do you know where the aft station

 7    is on the ship?

 8        A.    I know.

 9        Q.    Where is that?

10        A.    In the aft.

11        Q.    At the stern of the ship?

12        A.    (In English:)  Yeah, stern of the

13    ship.

14        Q.    The other end of the ship?

15        A.    (In English:)  Yeah, yeah.

16        Q.    How long is the is ship; do you

17    know?

18        A.    (In English:)  299 meter.

19              THE STENOGRAPHER:  What was

20        that?

21              THE INTERPRETER:  299 meter.

22    BY MR. REISMAN:

23        Q.    299 meters?

24        A.    (In English:)  Yeah.

25        Q.    So if Shiju was at the aft
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD          Charles Vaz
Attorneys Eyes Only                                            March 10, 2025

214

```
1   station, he would have had to come almost

2   300 meters to reach you on the bow?

3        A.    Yes, it would have taken him more

4   time if he were on the there.  So I'm

5   guessing he should be on the gangway.

6        Q.    You would defer to Shiju as to

7   where he was when he learned he needed to

8   come help you, correct?

9        A.    Yes.  The captain announced

10  through his walkie-talkie asking somebody to

11  go to forward and assist.

12       Q.    Did the captain repeatedly tell

13  you to let go of that anchor?

14       A.    Yes.

15       Q.    And did you hear the captain

16  calling on the radio several times for

17  somebody to come help you?

18       A.    I did not listen that.  I heard

19  the captain repeatedly ordering me to take

20  off the anchor.  She just said that the

21  captain asked somebody to help me on the

22  forward because I was not in a state to

23  listen to other instructions.

24       Q.    Did you say to the captain over

25  the radio that you were having trouble
```

Exhibit 7

215

```
1    getting the bow stopper up?

2         A.    No.

3         Q.    Never told the captain:  I'm

4    having trouble with the bow stopper?

5         A.    I never talked to captain about

6    bow stopper.

7         Q.    You and the captain never

8    mentioned the bow stopper over the radio on

9    March 26th; am I right?

10        A.    (In English:)  Yes.

11        Q.    Did you ever hear the captain say

12   anything about the bow stopper over the radio

13   to anybody on the night of March 26?

14        A.    During the first blackout, I

15   believe that the captain asked to stand by.

16   He said that remove the bow stopper and stand

17   by the anchor.  Even if captain did not

18   mention about the bow stopper, I know that

19   stand by means to remove the bow stopper.  I

20   would have done that.

21        Q.    Did you have trouble lifting the

22   bow stopper?

23        A.    (In English:)  No.

24        Q.    No trouble at all?

25        A.    (In English:)  No trouble.
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD
Attorneys Eyes Only

216

```
 1        Q.    How long did it take you to lift
 2   it?
 3        A.    (In English:)  Just two.
 4        Q.    Instant, but it took you two or
 5   three minutes you think to get the brake
 6   open?
 7              MR. BENNETT:  Just note my
 8        objection.
 9        A.    It's just instant.
10   BY MR. REISMAN:
11        Q.    My question is are you as sure
12   about the time -- go ahead?
13        A.    It is instant.  Just like I
14   mentioned, there's a counter support, so once
15   you pull it, it balances.
16   BY MR. REISMAN:
17        Q.    Are you as sure about the time it
18   took you to lift the bow stopper as you are
19   about the time it takes to open the hydraulic
20   brake?
21              MR. BENNETT:  Just note my
22        objection.
23        A.    Yes.
24   BY MR. REISMAN:
25        Q.    If the hydraulic brake had been
```

Exhibit 7

217

```
 1   working, would you have been able to open it

 2   by yourself?

 3        A.    To open the brake?

 4        Q.    Yes.

 5        A.    I would have done it.

 6        Q.    You would have been able to

 7   operate the hydraulic brake by yourself?

 8        A.    Yes, I would have.  But there is

 9   something there.  If I was there to open the

10   hydraulic brake, I would have gone by now.

11   For hydraulic brake, I need to be standing

12   there.  Since it was a manual brake, I just

13   opened and open and run away.  For hydraulic

14   brake, I have to push the button and stand

15   there until it falls down.  So the bridge

16   would have fallen on my head.  Since it was

17   manual brake, I just opened it and ran away.

18        Q.    Well, we know that you were still

19   on the bow which Shiju came up to help you

20   with the manual brake, correct?

21        A.    Yes, I was opening the brake.

22        Q.    And at that point, when Shiju

23   arrived on the bow, the bridge had not fallen

24   on top of the ship, had it?

25        A.    No, it was not.
```

Exhibit 7

218

```
 1        Q.    And, in fact, when Shiju arrived
 2   on the bow, the ship had not hit the bridge
 3   yet; is that right?
 4        A.    No.
 5        Q.    Hang on.  Am I right?
 6        A.    (In English:)  Yes, right.
 7        Q.    So if we were to listen to the VDR
 8   and see when the captain gave you the order
 9   to let go of the anchor and figure out the
10   time it would take to hit the bridge in that
11   gap, if you could have opened the brake and
12   let the anchor out in less than that time,
13   you would have been able to let it out and
14   leave before you hit the bridge, correct?
15        A.    Yes.
16        Q.    And so if the hydraulic brake had
17   been working as it was supposed to, and you
18   had pressed the button as soon as the master
19   gave you the order to let go of the port
20   anchor, you could have let it go and then be
21   gone before the ship hit the bridge, correct?
22        A.    The anchor drops only when I press
23   it, when I hold on to it.  If I remove my
24   hand, it will stop.
25        Q.    How many shackles were you
```

Exhibit 7

219

```
 1   supposed to let out?  Two shackles, right?
 2            MR. BENNETT:  Just note my
 3       objection.
 4       A.   The salvage told that it was two
 5   shackles.
 6   BY MR. REISMAN:
 7       Q.   I didn't understand that.
 8       A.   The salvage team told that it was
 9   two shackles.
10       (Unintelligible.)
11       Q.   Do you know how fast the chain
12   goes out?
13       A.   (In English:)  The salvage team.
14       Q.   Do you know how fast the chain
15   goes out once the anchor starts falling with
16   the windlass disengaged?
17            MR. BENNETT:  Just note my
18       objection.
19       A.   I opened it and I ran away.  The
20   rescue team told that it was two shackles.
21            MR. REISMAN:  I'm going to
22       object as nonresponsive.
23   BY MR. REISMAN:
24       Q.   My question to you, sir, is, do
25   you know how fast the chain falls when it's
```

Exhibit 7

220

```
 1    gravity falling?

 2         A.    Are you asking about touching the

 3    ground?

 4         Q.    I'm asking how fast does the chain

 5    fall, not when it touches the ground.  How

 6    fast does the anchor and the chain fall?

 7         A.    When you open it completely, it

 8    will go very fast.

 9         Q.    I'm going to show you a document

10    now that's been produced in this

11    litigation --

12         A.    Within half a minute, one shackle

13    can go.

14         Q.    You think it takes half a minute

15    for one shackle in free fall?

16         A.    If it is -- if you open it fully,

17    one shackle will go in half a minute or to

18    one minute.

19         Q.    I'm going to show you a document.

20               MR. REISMAN:  Owen, we've got a

21         copy for you, if you'll hand that --

22    BY MR. REISMAN:

23         Q.    This is an excerpt of the Synergy

24    navigation manual with the revision date of 2

25    February 2024.  I've given you the cover
```

Exhibit 7

221

```
 1   page, which bears Bates label Petitioner

 2   13225, and then I've also given you Chapter 9

 3   of that manual, which is Anchoring Operations

 4   and at Anchor.

 5            And I'm going to ask you to look,

 6   please, at the page that has Bates number

 7   Petitioner 13291.  At the top it will say

 8   Page 4 of 19.  And we're going to attach this

 9   as Exhibit 32.

10       (Exhibit 32 was marked for

11        identification.)

12   BY MR. REISMAN:

13       Q.   And you will see about midway

14   down, there's a gray box that's a little hard

15   to read.  Can you read that?  If you can't,

16   maybe the interpreter can read that for you.

17       (Reviewing document.)

18       Q.   Do you see that, sir?

19       A.   Yes.

20       Q.   Does that tell you that 12

21   shackles could fully run out in 33 seconds.

22            I didn't hear the answer.

23       A.   Can you please repeat the

24   question?

25       Q.   Does that tell you that 12
```

Exhibit 7

222

```
 1   shackles could fully run out within

 2   33 seconds?

 3        A.    33 seconds, 12 shackles, yes.

 4        Q.    You just told us that it would

 5   take 30 seconds for one shackle, correct?

 6        A.    What I told was an approximate

 7   thing.  Half a minute to one minute.

 8        Q.    Do you agree -- well, do you defer

 9   to the information contained in the Synergy

10   anchoring operations and at anchor policy?

11        A.    I will accept this because I never

12   saw the time and never timed it out, but they

13   would have calculated it accurately, so I

14   would accept this.

15        Q.    So you would agree, sir, now that

16   you have seen this in the Synergy navigation

17   manual, that you could have, had the

18   hydraulic brake been working, pushed the

19   button, let out two shackles, and been gone

20   within less than 30 seconds?

21              MR. BENNETT:  Just note my

22        objection.

23        A.    Are you asking as per Synergy

24   document?

25              MR. REISMAN:  I'm asking him,
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD    Charles Vaz
Attorneys Eyes Only    March 10, 2025

223

```
 1        now that he's seen this, does he agree

 2        that he could have let out two

 3        shackles in less than 30 seconds.

 4             THE WITNESS:  If it is according

 5        to this record, then yes, maybe.

 6   BY MR. REISMAN:

 7        Q.    Do you have any reason to dispute

 8   this document?

 9        A.    No.

10        Q.    And you had enough time from when

11   the captain gave you the order to let go of

12   the anchor for Shiju to run from either the

13   gangway or the aft station to reach you, and

14   the bridge had still not fallen on the ship,

15   correct?

16        A.    No.

17        Q.    Am I correct?

18        A.    Yes.

19        Q.    So you had enough time, had the

20   hydraulic brake been working, to safely let

21   out two shackles or more and get off of the

22   bow before the bridge fell, correct?

23        A.    Yes.  As per this record, it looks

24   like that.

25        Q.    Do you know why there was only one
```

Exhibit 7

224

```
 1   man on the bow as you approached the bridge

 2   on March 26th?

 3        A.    The captain asked to -- asked one

 4   person to stay there, and I was there.

 5        Q.    Is that because the crew was

 6   short-handed?

 7        A.    Yes, there was a person short.

 8   Because of that reason, the captain asked me

 9   to stay there on the bow, and one man on the

10   bow and the OS or AB to the pilot ladder.

11        Q.    Do you know what caused the ship

12   to blackout the first time on March 26th?

13        A.    I don't know the reason.

14        Q.    Has anybody told you why they

15   think the ship blacked out on March 26th the

16   first time?

17        A.    No.

18        Q.    Do you know why the ship blacked

19   out the second time on March 26th?

20        A.    No, I don't know.

21        Q.    Has anybody told you why they

22   think the ship blacked out the second time on

23   March 26th?

24        A.    No.

25        Q.    We know you told us Shiju came up
```

Exhibit 7

225

```
 1    and helped you open the manual brake, right?
 2            MR. BENNETT:  Just note my
 3        objection.
 4        A.    While I was opening it, he came
 5    and he supported me in opening it.
 6    BY MR. REISMAN:
 7        Q.    When Shiju arrived at the bow, had
 8    the anchor started to drop?
 9        A.    No.  Only after he reached there,
10    and we both started to turn it, it started to
11    drop.
12        Q.    Did you leave the bow before the
13    chain had fully run out?
14        A.    Are you asking about Shiju or me?
15        Q.    Bosun.
16        A.    Shiju came and helped me in
17    opening it.  After two or three turns, Shiju
18    saw the bridge and he ran away from there.  I
19    was opening still.  Once Shiju helped and the
20    wheel started running, it was free.  So I
21    opened it quickly.  And when the chain
22    started to move, then I moved away from
23    there.
24            MR. REISMAN:  I'm going to
25        object as nonresponsive.
```

Exhibit 7

```
 1   BY MR. REISMAN:

 2        Q.    I appreciate you telling me that,

 3   but I want to you to answer my question.

 4             Did you leave the manual brake

 5   station before the chain had fully paid out?

 6        A.    I did not move out of there.  Only

 7   after the bridge was broken and everything

 8   falled on me.

 9             MR. REISMAN:  I'm going to

10        object again as nonresponsive.

11   BY MR. REISMAN:

12        Q.    I want to you to really listen to

13   my question.  Okay?  You're telling me things

14   that I'm not asking you.  When you left the

15   port anchor brake, manual brake, was the

16   chain still running out?

17        A.    Yes.

18        Q.    Do you know how much chain had run

19   out when you left the manual brake?

20        A.    No.

21        Q.    Do you know how many shots of

22   chain or shackles there were on the port

23   anchor, not out but how many there were all

24   together?

25        A.    (In English:)  Totally you're
```

Exhibit 7

227

```
 1   asking?
 2        Q.    Yes.
 3        A.    (In English:)  I don't know
 4   exactly.  I think 14 shackles.
 5        Q.    Do you know how many shackles had
 6   paid out when you left the brake?
 7        A.    (In English:)  No.
 8        Q.    And when you left the brake, the
 9   bridge was starting to fall on top of the
10   bow?
11        A.    I just moved from the winch, and
12   it hit the bridge and it started falling
13   down.
14        Q.    When the ship first hit the
15   bridge, were you still at the manual brake
16   wheel?
17        A.    (In English:)  I'm out of the
18   bridge.
19        Q.    Before the ship ever touched the
20   bridge, you were already gone?
21        A.    I was there on the bow, but I
22   moved away from the winch.
23        Q.    So you were still on the bow when
24   the ship hit the bridge?
25        A.    (In English:)  Yes.
```

Exhibit 7

228

```
 1        Q.    And the anchor chain was still
 2   paying out at that time?
 3        A.    (In English:)  Yes, yes.
 4        Q.    How long did you remain on the bow
 5   after the ship hit the bridge?
 6        A.    I was there until everything fell
 7   down.  On my left, the bridge was falling,
 8   and on my right, the container was falling,
 9   and I was terrified.  I was shaking there.
10   And only after everything fell down, I moved.
11        Q.    At any time before the ship hit
12   the bridge, did anybody other than Shiju come
13   to the bow to help you?
14        A.    No, nobody came.
15        Q.    Can you think of any reason why
16   the Dali could not have waited in Panama to
17   have the hydraulic brake fixed before it
18   sailed for the United States?
19        A.    I don't know.  It's up to the
20   management team.
21        Q.    Did anybody ever tell you why the
22   ship sailed to the United States with a
23   defective port hydraulic brake?
24        A.    No.
25        Q.    Do you know whether any repairs or
```

Exhibit 7

229

```
 1    attempts to repair that port hydraulic brake

 2    were made between the time you departed

 3    Panama and the time of the accident on

 4    March 26, 2024?

 5         A.    The engine team came and worked on

 6    it, but I don't know what they worked on and

 7    what happened, but it was not ready.

 8         Q.    You told us earlier that the

 9    engine room crew came and worked on it.  Was

10    that in Panama or did they continue working

11    on it after Panama?

12         A.    They checked after crossing the

13    Panama Canal.  I don't remember when we

14    crossed the Panama Canal.  It might be during

15    the daytime or the nighttime.  I don't know.

16    They checked -- they worked on it at the

17    Panama Canal, and then they worked on it even

18    after crossing that.  I don't know exactly

19    when.

20         Q.    Do you know where the ship was

21    when the engine room crew worked on the port

22    hydraulic brake again?

23         A.    We crossed the Panama Canal, and

24    we came on the other side.

25         Q.    Were you still in Panama when that
```

Exhibit 7

230

1   happened?

2        A.    I don't think it was on the

3   Panama.  I guess it's after crossing Panama

4   and coming to the other sea.

5        Q.    While you were sailing on the way

6   to the United States?

7        A.    Yes.

8        Q.    Are you aware of any work that was

9   done on that port hydraulic brake after the

10  ship arrived in Newark?

11       A.    I don't know if they did or not.

12       Q.    Did you have to anchor in Newark?

13       A.    I don't think we did it.

14       Q.    Did you have to anchor in Norfolk?

15       A.    I don't remember in Norfolk.

16       Q.    Prior to March 26, 2024, had you

17  ever had to let go an anchor in an emergency

18  situation?

19       A.    No.

20            MR. REISMAN:  Why don't we take

21       a break.  I'm going to look through my

22       notes.

23            THE VIDEOGRAPHER:  Going off the

24       record at 4:45 p.m.

25            (A brief recess was held from 4:45

Exhibit 7

231

```
 1        p.m. to 5:02 p.m.)

 2             THE VIDEOGRAPHER:  We are going

 3        back on the record at 5:02 p.m.

 4             MR. REISMAN:  Joshua, if you

 5        could pull up Document L as in Lima

 6        for us, and I apologize for everybody

 7        who is watching the video.  We didn't

 8        show that.  This is a document that

 9        was attached as Exhibit 32 that we

10        questioned the witness about maybe 10

11        or 15 minutes ago, maybe a little

12        longer.  But I apologize.  But now you

13        all can see it.

14   BY MR. REISMAN:

15        Q.   Bosun, a few more questions for

16   you.  You told us that you were trying to get

17   the manual brake open.  You got some turns

18   but not enough to get the brake open and the

19   anchor falling on your own.

20             MR. BENNETT:  Objection.

21   BY MR. REISMAN:

22        Q.   Is that right?

23        A.   Yes.

24        Q.   And then the AB Shiju arrived and

25   helped you, and you were able to get the
```

Exhibit 7

232

```
 1   brake open, and the anchor started to fall;

 2   is that right?

 3           MR. BENNETT:  Just note my

 4       objection.

 5       A.    Yes.

 6   BY MR. REISMAN:

 7       Q.    At any time after you got the

 8   brake open and the anchor started falling,

 9   the port anchor started falling on March

10   26th, did you attempt to close the brake?

11       A.    Are you asking about that --

12   during that instant time.

13       Q.    Yeah, from the time that you began

14   opening the brake and Shiju came to help you

15   and the time you left the port anchor

16   station, did you ever try to close the brake?

17       A.    No, I was just trying to open it.

18       Q.    Bosun, I'm going to hand you a

19   copy of a document that's been produced in

20   this litigation.  It bears Bates number

21   Petitioner 604733.

22           MR. REISMAN:  And, Joshua, if

23       you could pull up Document D, please.

24   BY MR. REISMAN:

25       Q.    I'm going to ask you to take a
```

Exhibit 7

233

```
 1    look at this, sir.

 2           MR. REISMAN:  I would suggest

 3       maybe the interpreter read it for him.

 4       (Reviewing document.)

 5       A.    This is it, the one that you read

 6    is what I said.

 7    BY MR. REISMAN:

 8       Q.    Bosun, have you seen this document

 9    before?

10       A.    (In English:)  Yeah.

11       Q.    Did you write this?

12       A.    (In English:)  Yeah, I wrote it.

13       Q.    These are your words?

14       A.    (In English:)  Yes.

15       Q.    And is it accurate?

16       A.    Yes, right.

17       Q.    You agree with what's written on

18    this statement?

19       A.    Yes.

20       Q.    When did you write this?

21       A.    I don't remember the date, but it

22    was after that accident.

23       Q.    Was it within a few days of the

24    accident or longer than that?

25       A.    A few days.
```

Exhibit 7

234

```
 1        Q.    Who asked you to write this?
 2        A.    We all wrote it.  Master asked
 3   everybody to write this.
 4        Q.    Did you type your statement
 5   yourself?
 6        A.    No.  The second officer typed it,
 7   but I told him.
 8        Q.    So you sat with the second
 9   officer, and you said the words, and he typed
10   them down for you?
11        A.    Since I don't know how to type, I
12   narrated it and he typed it.
13        Q.    But then you read it, and you
14   agreed with it?
15        A.    (In English:)  Yes.
16        Q.    I'm going to ask you to go ahead
17   and sign it, please.
18             MR. BENNETT:  No.
19             MR. REISMAN:  Yes.
20             MR. BENNETT:  On what basis are
21        you having him sign --
22             MR. REISMAN:  I'd like him to
23        sign it.  I can --
24             MR. BENNETT:  Why?
25             MR. REISMAN:  Because I would
```

Exhibit 7

235

```
 1   like that.  What do you mean, what

 2   basis?

 3        MR. BENNETT:  What basis are you

 4   having him sign an exhibit?

 5        MR. DUFFY:  He's here to

 6   testify, not --

 7   (Simultaneous unreportable crosstalk.)

 8        MR. REISMAN:  I'm asking him to

 9   sign the document.

10        MR. DUFFY:  I'm going to object,

11   and I'm going to tell him not to do

12   it.

13        MR. REISMAN:  You're telling him

14   not to do it?  On what basis?

15        MR. DUFFY:  He's here to testify

16   and not to mark up exhibits for you.

17        MR. REISMAN:  I mean, is there a

18   privilege basis?  I mean, if there's

19   no privilege, then he's going to do

20   it, right?  I mean, the only basis you

21   would have for it is if it was somehow

22   going to waive a privilege, which I

23   would not want to do.

24        MR. DUFFY:  You know what, go

25   ahead and sign it.
```

Exhibit 7

236

```
 1              MR. REISMAN:  Thank you.
 2              MR. DUFFY:  Go ahead and sign
 3         it.
 4              MR. WALKER:  Can I jump in for a
 5         second?  The exhibit that was uploaded
 6         is not the exhibit that the witness
 7         has in front of him.
 8              MR. REISMAN:  Which one is that?
 9              MR. WALKER:  He uploaded the CV
10         again.
11              MR. REISMAN:  Okay.  Josh, we're
12         looking for D as in delta, please.
13         That was D, right?
14              MR. WALKER:  He uploaded B as in
15         boy.
16    BY MR. REISMAN:
17         Q.   Okay.  You can go ahead and sign
18    it, please.
19              MR. DUFFY:  Sign it.  It's your
20         signature, period.  Go ahead.  Sign
21         it.  Sign it.
22              THE WITNESS:  (In English:)  I
23         can sign?
24              MR. DUFFY:  Sign.  You
25         testified that these are your -- just
```

Exhibit 7

Case 1:24-cv-00941-JKB   Document 513-7   Filed 05/19/25   Page 238 of 276
Grace Ocean Private Limited and Synergy Marine PTE LTD                Charles Vaz
Attorneys Eyes Only                                                   March 10, 2025

237

1          sign it.

2                 THE WITNESS:  Okay.

3                 MR. DUFFY:  Let the record show

4          that he signed a piece of paper that

5          counsel asked him to sign.

6                 MR. REISMAN:  Thank you.

7                 THE WITNESS:  (In English:)  Can

8          I take one photo of it?

9                 MR. REISMAN:  Why don't we wait,

10         and we'll do that and the drawing

11         later, but you certainly can.

12                THE WITNESS:  (In English:)  Or

13         I can take a copy of this.

14                MR. REISMAN:  Whatever you

15         prefer.  We can get you a copy or you

16         can take a picture.  No problem.

17     BY MR. REISMAN:

18         Q.   On the night of March 26th after

19     the ship departed the berth and before it hit

20     the bridge, did you ever hear the ship's horn

21     or whistle sound?

22         A.   Are you asking on that day?

23         Q.   On that day.

24         A.   I don't remember.

25         Q.   Would you remember hearing the

Exhibit 7

238

```
 1   whistle, you think?

 2        A.    Is it before sailing, or when are

 3   you asking about?

 4        Q.    From the time -- once the ship

 5   left the berth until you hit the bridge.

 6        A.    Normally, I can hear when the

 7   whistle blows, but I don't remember.

 8        Q.    You don't remember hearing it?

 9        A.    (In English:)  Yeah.

10        Q.    Okay.  I see you have a cell phone

11   today.  How long have you had that phone?

12        A.    Are you asking this phone?

13        Q.    That phone.

14        A.    They gave me towards April and/or

15   May.

16        Q.    So the phone you had at the time

17   of the accident was taken away?

18        A.    Yes, it is with the FI.

19        Q.    And you have never gotten that

20   phone back?

21        A.    (In English:)  No.

22        Q.    Am I right?

23        A.    (In English:)  Yeah.

24        Q.    But somebody gave you a new phone?

25        A.    Yeah.
```

Exhibit 7

239

```
 1        Q.    You've had that phone that's in
 2   your pocket, you've had that continuously
 3   since April or May of 2024?
 4        A.    Yes, the same phone.
 5        Q.    Has anybody ever asked you to
 6   search that phone for text messages or
 7   e-mails discussing the accident?
 8        A.    No, I just have it to contact my
 9   family -- family and friends.
10        Q.    Have you ever -- I'm sorry.
11        A.    Family and friends.
12        Q.    Have you ever used that phone to
13   communicate with any of the other crew
14   members who were on board the Dali on
15   March 26th?
16        A.    Are you asking about March 26th?
17        Q.    Yes.
18        A.    I didn't not -- I did not have
19   this phone on March 26th.
20        Q.    No.  My question is have you ever
21   used that phone to communicate with anybody
22   about what happened on March 26th?
23        A.    Are you asking with this phone?
24        Q.    Yes.  I don't think the question
25   is being asked properly.
```

Exhibit 7

240

```
 1        A.    When my family, friends, or my
 2   circle asked where I've been, where are you,
 3   I told them there was this bridge collapse on
 4   the 26th, and I'm in the U.S.
 5        Q.    And what?
 6        A.    I'm in the U.S.
 7        Q.    Have you ever used that phone to
 8   send a text message or an e-mail about what
 9   caused the accident on March 26th?
10        A.    I have told them that an accident
11   happened, but I don't know what caused the
12   accident, so I never discussed it with
13   anybody since I don't know what caused it.  I
14   just know that there was an accident.
15             MR. REISMAN:  As I said at the
16        beginning of the deposition, we were
17        going to reserve our right to seek to
18        recall bosun to continue this
19        deposition as more documents and
20        discovery responses come in from the
21        vessel interest.  We are also going
22        to -- I think we are going to talk
23        with the Court about the refusal to
24        answer some of our questions.  And so
25        we may need to bring him back.
```

Exhibit 7

241

```
 1   BY MR. REISMAN:

 2       Q.    Sir, do you have any plans to

 3   leave the United States in the foreseeable

 4   future?

 5       A.    Where to go?  To go out of here?

 6       Q.    You expect to be -- you don't have

 7   any current plans that you're leaving the

 8   United States?

 9       A.    No idea as of now since they're

10   having me here.

11           MR. REISMAN:  That's all I need

12       to know.  Okay.  Thank you.  At this

13       point, I'm going to tender the

14       witness.  Thank you, sir.

15           MR. WALKER:  Good afternoon,

16       sir.  My name is Larry Walker.  I'm an

17       attorney with the law firm of Cozen

18       O'Connor, and I represent Ace, the

19       insurance company for the bridge.  I

20       appreciate your time.  I don't have

21       any question for you today.

22           MR. LOCHNER:  Todd Lochner on

23       behalf of the private economic loss...

24           (Reporter clarification.)

25           THE STENOGRAPHER:  I can't hear
```

Exhibit 7

242

```
 1        you.
 2             MR. LOCHNER:  Just announcing
 3        that Todd Lochner, private economic
 4        loss silo, has no questions for today.
 5             MS. AGUINIGA:  Sara Aguiniga on
 6        behalf of the City of Baltimore.  The
 7        City of Baltimore has no questions as
 8        of today.
 9             MR. FOSTER:  Jason Foster on
10        behalf of the personal injury wrongful
11        death claimants.  No questions but a
12        request that we preserve the contents
13        at this time.
14             MR. BENNETT:  All the claimants
15        are done?  I have a few questions.
16                  EXAMINATION
17   BY MR. BENNETT:
18        Q.    Bosun, you began sailing in 1989,
19   I think you told us, correct?
20        A.    Yes.
21        Q.    On all the ships that you sailed,
22   on how many had a hydraulic brake?
23        A.    Two.
24        Q.    Two.  So it was common to use a
25   manual brake to release an anchor, correct?
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Charles Vaz
                        Attorneys Eyes Only                           March 10, 2025

243

1              MR. REISMAN:  Object to form.

2        A.    Yes.

3              MR. BENNETT:  No further

4        questions.

5              MR. REISMAN:  Thank you, sir.

6              MR. WALKER:  I'm sorry.  I have

7        a follow-up, sir.

8                    EXAMINATION

9    BY MR. WALKER:

10        Q.    In all the years that you used the

11    manual brake on other vessels, how many

12    people did you need to operate that brake?

13        A.    I always have two people.  I

14    always have an assistant with me.

15        Q.    So it's common in the industry

16    that you work in to always have two people

17    available to operate a manual brake; is that

18    right?

19        A.    Yes.

20        Q.    And on the day of the incident,

21    you were alone, right?

22        A.    Yes, I was alone.

23              MR. WALKER:  Thank you.

24              MR. BENNETT:  Just a follow-up.

25                    EXAMINATION

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD   Charles Vaz
Attorneys Eyes Only                                    March 10, 2025

244

```
 1   BY MR. BENNETT:

 2       Q.    You were alone, but you did open

 3   up the brake on your own, right?

 4            MR. REISMAN:  Object to the

 5       form.

 6            MR. WALKER:  Join.

 7       A.    Yes.

 8            MR. WALKER:  Let's just follow

 9       that through.

10                  EXAMINATION

11   BY MR. WALKER:

12       Q.    So you started to open the brake

13   up yourself, correct?

14       A.    (In English:)  Yes.

15       Q.    The anchor chain didn't start to

16   move until the second person came and

17   assisted you, correct?

18            MR. BENNETT:  Just note my

19       objection.

20       A.    I did two turns with the F key,

21   and the second person came, and then we

22   rotated it.  I did it two turns with the F

23   key, and then the second person came and

24   helped.  We both did four or five turns, and

25   then he ran away, and then I rotated it
```

Exhibit 7

245

```
 1   fastly.  And then only after that, the chain

 2   started falling, and I moved it away.

 3   BY MR. WALKER:

 4        Q.   So it wasn't until after the

 5   second person arrived to assist you that the

 6   chain started falling, correct?

 7        A.   The chain started to move only

 8   after he ran away, after helping me.

 9        Q.   After he ran away?

10        A.   He helped me to loosen the brake,

11   and then he ran away, and then I was able

12   to -- and then I was able to open the brake,

13   and once it started -- once the

14   anchor -- cable started moving, I ran away.

15        Q.   So you were able to start opening

16   the brake by yourself, but then it stuck,

17   correct?

18             MR. BENNETT:  Just note my

19        objection.

20             MR. DUFFY:  Objection.

21        A.   It was not stuck.

22             THE INTERPRETER:  I'm sorry.  I

23        would like to ask him to repeat that

24        slowly.

25        A.   I was opening it using the F key.
```

Exhibit 7

246

```
1    I was doing one or two turns.  And then

2    another person came and he helped me.  We

3    together rotated the wheel and was opening

4    the brake.  Once the brake got loosened by

5    the time the ship was already near to the

6    bridge.  The other man, he ran away from

7    there.  He was pulling me to come.  And --

8    but I was standing there, and I was opening

9    the brake.

10           And then the anchor cable started

11   moving, and then I moved from there.  But I

12   was not able to come down.  That person has

13   already gone down and went to the bosun

14   stool.

15           By the time I started to go down,

16   the -- it already hit the bridge, and the

17   bridge was falling to my left side.  The

18   containers were falling on my right side.  I

19   was stuck between the bridge and the

20   container, and it was terrifying.  And too

21   much sand and debris were falling all over

22   me, and I was having breathing trouble

23   because the debris was going to my nose.

24           I was terrified and I was praying

25   God, and then I crawled -- try to go down.  I
```

Exhibit 7

247

1   was crawling like this to the main deck.

2   After that I wanted to -- I moved to the main

3   deck from top.  Now I have to move to the

4   accommodation.  But there were -- the

5   containers were -- have already fallen down

6   on the main deck, and I was not able to move

7   to the accommodation.  I slided below the

8   container and moved like this to the

9   accommodation.

10  BY MR. WALKER:

11      Q.    Between the time that the master

12  gave you the order to let go of the anchor

13  and the time that help came, you were using

14  the F key and were only able to turn the

15  wheel one to two revolutions, right?

16      A.    Yes.

17      Q.    And during that time, none of

18  anchor chain let loose, correct?

19      A.    No.

20      Q.    Am I correct?  Am I correct?

21      A.    Correct.

22          MR. WALKER:  That's all I have.

23      Thank you.

24          THE WITNESS:  That did not start

25      to move until the next person ran

Exhibit 7

248

```
 1        away.  Only after he ran away, it

 2        started to move.

 3                    EXAMINATION

 4   BY MR. REISMAN:

 5        Q.    Bosun, I've just got a couple of

 6   quick questions for you.

 7              First, how do you start the

 8   emergency generator on the Dali?

 9        A.    (In English:)  There's a drill

10   about it.

11        Q.    But I'm asking you, how do you

12   start the emergency generator on the Dali?

13        A.    (In English:)  Are you asking how

14   to start the emergency generator?

15        (Unintelligible.)

16        Q.    Yes.

17        A.    There's a panel which is on the

18   automatic always.  We have to turn breaker to

19   manual mode.  We have to select the battery.

20   There are one battery and two battery.  And

21   push the start button.  And then the

22   emergency generator will start.

23        Q.    And you know that because you were

24   trained on how to operate the emergency

25   generator, right?
```

Exhibit 7

249

```
 1        A.    Yes, they make drills.

 2        Q.    Not just drills but safety

 3   meetings where you were taught how to operate

 4   the emergency generator, right?

 5        A.    That is called a drill.

 6              MR. REISMAN:  Joshua, if you

 7         could pull up Document I, please, and

 8         then we'll hand a copy to them.

 9   BY MR. REISMAN:

10        Q.    I'm going to ask you to take a

11   look at a document that's been produced in

12   this litigation with Bates numbers Petitioner

13   658385 and 658386.  Just take a look at that,

14   and let me know when you're ready.

15              MR. REISMAN:  I'm not going to

16         ask him very detailed questions about

17         it.

18              THE INTERPRETER:  Do you want me

19         to read it?

20              MR. REISMAN:  If he wants to

21         read it, he's certainly entitled.  But

22         if he wants to hear the question and

23         then decide if he wants to read it,

24         that's fine too.

25              THE WITNESS:  Ask the question.
```

Exhibit 7

250

```
 1              MR. REISMAN:  Good answer.
 2    BY MR. REISMAN:
 3        Q.   Sir, what I put in front of you
 4    ask a record of training and extraordinary
 5    safety meeting, correct?
 6        A.   Yes.
 7        Q.   And this shows -- this document
 8    shows that on February 14, 2024, please --
 9              MR. REISMAN:  Leave that there,
10         please, where it was.
11    BY MR. REISMAN:
12        Q.   On February 14, 2024, you received
13    training in a safety meeting on how to
14    operate the emergency generator, correct?
15        A.   Yes, they did the drill on the
16    emergency generator on the 14th.
17        Q.   And they walked through the
18    written procedure for how to start the
19    emergency generator?
20        A.   Yes.  Not only me, they have all
21    the team members there and they explain it.
22        Q.   And by having a written procedure
23    and explaining it to all of the crew, crew
24    members like yourself were able to understand
25    how to do something like operate the
```

Exhibit 7

Grace Ocean Private Limited and Synergy Marine PTE LTD
Attorneys Eyes Only

Charles Vaz
March 10, 2025

251

```
 1    emergency generator, correct?

 2         A.    Yes.

 3         Q.    That's the safe way to do things

 4    on a ship?

 5              MR. BENNETT:  Just note my

 6         objection.

 7         A.    Yes.

 8    BY MR. REISMAN:

 9         Q.    And I would like you to look at

10    the second page of the document, at line

11    number 13, and tell me whose name appears

12    there?

13         A.    My name.

14         Q.    Your name.  And it says that

15    you're the bosun?

16         A.    (In English:)  Yeah.

17         Q.    And then did you sign it there?

18         A.    (In English:)  Yes, sir.

19         Q.    So this was a safety meeting that

20    you attended, and you signed in to confirm

21    that you attended and learned the safety

22    topic; is that right?

23         A.    Yes.

24         Q.    Do you remember earlier in

25    deposition I asked you about signing in at
```

Exhibit 7

252

```
1    safety meetings, and your response was that

2    only the management team signs it, captain,

3    chief officer, chief engineer, and second

4    engineer?

5              Do you remember that testimony you

6    gave?

7              Answer my question.

8        A.    I told so, but since why I said

9    this, that was for who carried out the

10   meeting, and this is for attendance.

11       Q.    So when you testified earlier that

12   only the management team signs in on safety

13   meetings, that was incorrect?

14       A.    (In English:)  Yeah.

15       Q.    And, in fact, when you attended

16   safety meetings, you actually signed in

17   yourself?

18       A.    Yes, sir.

19            MR. REISMAN:  That's all I have

20       got for you.  Thank you, sir.  Hang

21       on.  So we are going to attach the

22       statement that you signed earlier.  If

23       we didn't attach it, we're going to

24       attach that as Exhibit 33 -- 34.

25            MR. BENNETT:  Statement of fact
```

Exhibit 7

253

```
 1    is 33.

 2          MR. REISMAN:  Statement of fact

 3    is -- we did attach it?  Okay.

 4          MR. BENNETT:  You missed that

 5    one.

 6          MR. REISMAN:  Okay.  What do you

 7    mean, I missed it?

 8          MR. BENNETT:  You didn't mark

 9    it.

10          MR. REISMAN:  Oh, I thought you

11    were saying I did.

12          MR. BENNETT:  I alerted your

13    partner that you didn't mark it.

14          MR. REISMAN:  Look at you.

15    Thank you.

16          So we are attaching the

17    statement of fact, which he has signed

18    today, as Exhibit 33, and we're going

19    to attach the Petitioners 658385 and

20    658386 as Exhibit 34.

21    (Exhibit 33 was marked for

22    identification.)

23    (Exhibit 34 was marked for

24    identification.)

25          MR. REISMAN:  Thank you, Bill.
```

Exhibit 7

254

1    I'm glad somebody is looking out for

2    me.  Thank you, sir.  We are finished.

3            THE VIDEOGRAPHER:  Off the

4    record at 5:32 p.m.

5            (Thereupon, the proceedings

6    concluded at 5:32 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 7

255

```
 1              CERTIFICATE OF REPORTER

 2

 3   UNITED STATES DISTRICT COURT )

 4   NORTHERN DISTRICT OF MARYLAND )

 5

 6      I, ERICA FIELD, RDR, CRR, certify that I

 7   was authorized to and did stenographically

 8   report the deposition of CHARLES VAZ, pages 1

 9   through 254; that a review of the transcript

10   was not requested; and that the transcript is

11   a true and complete record of my stenographic

12   notes.

13      I further certify that I am not a

14   relative, employee, attorney, or counsel of

15   any of the parties, nor am I a relative or

16   employee of any of the parties' attorney or

17   counsel connected with the action, nor am I

18   financially interested in the action.

19

20      DATED this 18th day of March, 2025.

21
          Erica Field
22   _____

23      Erica Field, RDR, CRR

24

25
```

Exhibit 7

**0**

**0600** 85:8

**1**

**1,592** 99:22,23

**10** 9:6 43:1 144:4,19 175:24 231:10

**1030** 175:24

**10:00** 175:24 176:1

**10:02** 9:2,7

**11525** 41:10 83:8,20

**11590** 41:10 83:8

**11591** 41:11 83:8

**11:30** 176:3

**11:57** 96:14,16

**12** 65:22,24 66:7,8 69:7,10 176:3 221:20,25 222:3

**12:23** 96:16,18

**13** 251:11

**13225** 77:10 83:1 221:2

**13276** 77:10 83:1

**13277** 77:10 83:2

**13291** 221:7

**14** 227:4 250:8,12

**14th** 250:16

**15** 28:6 231:11

**17-12-71** 19:14

**18** 19:12 35:8 37:19 38:21 39:18 54:21

**1800** 65:25 66:13,14 69:2 85:8 89:9,12 175:5,9,11,17

**19** 221:8

**1989** 19:10 242:18

**1:26** 143:15,17

**2**

**2** 41:14 77:12 89:14,17 91:25 92:1 102:9 220:24

**20** 28:7

**2002** 34:20 35:4

**2010** 31:11

**2023** 35:9,14 37:13,19,23 38:9,21 39:18 54:21

**2024** 24:21 25:4,10,20,21 26:2,16 27:2,9,17,21 28:2,17 31:4 41:14 63:10 65:5 67:8,9 77:12 80:25 82:7 84:12,19 85:17 133:10,15 149:3 151:25 152:8 153:17 154:10 155:3,7,14,22 156:1,13 170:17,23 171:5,22 183:16 202:13 220:25 229:4 230:16 239:3 250:8,12

**2025** 9:7 144:4,19

**21** 25:14

**22** 34:19 43:1

**2200** 175:24

**23** 67:8

**23rd** 67:13,17 161:4,17 162:6,10,12, 13,22

**24** 65:25

**2400** 66:18 85:9

**25** 85:17 94:8

**25th** 69:3 82:19,22 85:7,23 86:12 87:13,17 88:16,21 89:8 90:4,10,16 91:5,16,18,22,24 94:1 96:4 101:25 102:1,9 103:5,14 104:2 175:7,10,12

**26** 24:21 25:4,9,20 26:2,15 27:2,9,17, 21 28:2,17 31:4 67:9 80:25 82:7 84:12,19 133:9,14 149:3 151:24 170:17,23 171:5,22 215:13 229:4 230:16

**26th** 24:6,13 25:11 30:8 67:14,17 82:21 84:24 85:12 90:3,13,14 91:19, 24 92:3 94:1,9 98:3 99:16 102:3,15 133:3 138:7,20 162:6,12 168:18 169:3,8,18,23 174:24 175:4 177:9 180:15 181:3 185:4,8,15,17,18,22 186:4,7 188:19 189:17 191:24 193:4, 21,25 194:10 195:13 204:6 215:9 224:2,12,15,19,23 232:10 237:18 239:15,16,19,22 240:4,9

**28** 33:8,9 63:10 65:4 202:13

**29** 83:9,10,13

**299** 213:18,21,23

**2:21** 143:17,19

**3**

**3** 89:14,17 92:1 102:9

**30** 69:8 83:2,3,9 133:12 222:5,20 223:3

**300** 214:2

**31** 143:25 144:6 145:1

**31437** 33:6

**31439** 33:7

**32** 221:9,10 231:9

**33** 221:21 222:2,3 252:24 253:1,18,21

**34** 252:24 253:20,23

**35** 133:12

**3:41** 200:2,4

**4**

**4** 77:19 82:9 84:15 221:8

**45** 143:12

**47** 17:10

**47A** 16:12 17:9,11,14

**4:00** 200:4,6

**4:45** 230:24,25

**5**

**50** 51:9

**5:02** 231:1,3

**5:32** 254:4,6

**6**

**6** 65:22,23,24 66:6 69:7,10

**604733** 232:21

**658385** 249:13 253:19

**658386** 249:13 253:20

**6:00** 66:8,10,14 69:9 89:9 175:5,9,11, 22

**7**

**7.17** 77:15,20 82:9 84:15

**7.6** 41:18

**8**

**8th** 19:5,7

**9**

**9** 221:2

**A**

**a.m.** 9:2,7 66:10 96:14,16

**AB** 31:14,16,17,18,20,21 45:22 46:5, 11 52:13 62:5 68:22 128:25 129:5 210:24 224:10 231:24

**AB's** 45:22 47:1

**abide** 13:20,24

**ABS** 26:1,10,14 71:25

**Absolutely** 11:2 145:10

**accept** 17:19,20,24 222:11,14

**access** 42:12

**accident** 25:20 27:17,22 28:2,17,21 30:3,5,9 31:2,3,4 64:6 67:2,3,4,6 82:20 90:12 168:18 169:23 170:17,23 171:4,22 174:25 202:19 229:3 233:22,24 238:17 239:7 240:9,10,12, 14

**accidentally** 124:5 127:25

**accommodation** 197:23 198:13 201:9 247:4,7,9

**accordance** 82:8 84:14

**accuracy** 10:22

**accurate** 34:17 35:5 204:11 233:15

**accurately** 151:7,8,16 222:13

**Ace** 241:18

**actual** 16:8

**add** 13:10 109:10

**addition** 68:15 101:2 119:18

**address** 15:22 16:8,10,22

**advance** 193:19

**adverse** 81:12,21

**affirmed** 9:25

**aft** 105:15 118:3 213:6,10,25 223:13

**afternoon** 39:19,21 40:1,14 65:24 85:21 88:14,15 92:1,2 102:9 241:15

**agency** 101:19

**agree** 11:14 34:17 58:19 123:4 202:21 204:10 222:8,15 223:1 233:17

**agreed** 17:19 234:14

**Aguiniga** 242:5

**ahead** 96:7 99:8 116:22 149:10 153:2 173:22 176:9 216:12 234:16 235:25 236:2,17,20

**Alan** 21:10

**alerted** 253:12

**aligned** 81:10,14

**allision** 10:9 24:7

**allowed** 81:6,9

**alongside** 177:23

**alpha** 17:11,12 26:7

**America** 168:6

**American** 174:10

**amount** 99:14,19,20,21 147:17

**anchor** 44:19 49:6,7,11 51:2,6,8 52:2,3,7,10 57:14,17 58:7 59:23 60:15 61:8 75:16 76:25 79:16 84:24 85:2 104:10 105:18,21,22,25 106:4 107:10 108:14 109:4 111:4,13 113:23 117:7 119:7,9,11,12 120:2,23,24 121:11,20,21 122:4,12 123:3,12,16, 21,22 124:3,4,5,9 125:3 127:2,3,7,16, 19,20 128:9,14,15,20 129:6 130:4 132:5,14,15 133:4,6,8,14,17 135:4,23 137:23 138:8,21 139:1,3,12,13,16,21, 25 140:5,6,10,20 141:8,11,15,22 142:16 143:1 145:22,24 146:2,18,19 147:2,18 148:3,9,17,23 149:3,7 151:23 152:9 153:18 154:12,14,18,25 155:2,8,23 156:4,8,9,11 157:21 158:5,11 159:12 161:21 162:22 163:23 164:1,2,3,8,10 165:2 170:7,25 171:3,8 173:12,14 179:19,20 180:11, 18 181:3,14,15,19 183:20 184:22 185:3,10 194:15 196:22,23 197:13 201:24 202:5,8 203:14,21 204:16,20 205:25 206:6 207:16,21 208:1 209:18,24 211:23 212:9 214:13,20 215:17 218:9,12,20,22 219:15 220:6 221:4 222:10 223:12 225:8 226:15,23 228:1 230:12,14,17 231:19 232:1,8,9, 15 242:25 244:15 245:14 246:10 247:12,18

**anchor's** 132:8 174:17 184:5

**anchoring** 138:3 169:24 170:5,18 171:13,24 221:3 222:10

**anchors** 52:19 53:3 55:3,7,11,15 56:18 76:17 78:3,10,20 81:2 82:8 84:13,18 104:14 172:21,25 173:4 174:8,15 180:9,14,17 187:16 188:12 191:17,25 198:3,14 201:10,18

**and/or** 45:1 238:14

**anger** 122:19

**announced** 214:9

**announcing** 242:2

**answering** 22:16 47:16 173:21 199:6,8 201:3

**answers** 22:22 200:19

**anticlockwise** 159:3

**Antony** 14:15

**anymore** 80:13

**apologize** 142:1 164:5 193:19 231:6, 12

**appears** 251:11

**application** 34:4,11

**approached** 224:1

**approaching** 49:1

**approximate** 132:25 160:12 222:6

**approximately** 175:25 201:13

**April** 238:14 239:3

**area** 104:13 107:16 187:8 197:24

**arm** 160:6,9

**arm's** 160:4,5

**arrival** 56:22 61:8 76:18,24 78:4 123:21 128:10,20 135:1,2

**arrive** 128:3

**arrived** 39:18 40:9 52:16 56:21 67:7, 12 152:7,17 153:16 154:9 155:6,13, 21 156:12 176:13 212:10 217:23 218:1 225:7 230:10 231:24 245:5

**arrives** 56:3

**arriving** 78:11 124:10 128:5 135:3 182:13

**arrow** 108:8 123:6,8

**art** 104:16

**asks** 48:23 52:23 53:18 54:10 56:3 76:10

**asleep** 86:6

**assessment** 171:12,16

Exhibit 7

**assessments** 96:3 171:6

**assigned** 37:8 54:24 55:2,14 60:13
128:19 185:2 187:15

**assignments** 193:24

**assist** 45:24 55:2 214:11 245:5

**assistance** 213:3

**assistant** 10:5 52:9,11,12 243:14

**assisted** 52:20 244:17

**assisting** 62:7

**assume** 50:23

**assumptions** 146:15

**Atlantic** 167:15

**attach** 33:4 82:24 83:6 143:23,24
144:25 221:8 252:21,23,24 253:3,19

**attached** 111:17 183:7 231:9

**attaching** 253:16

**attachment** 43:11

**attempt** 232:10

**attempted** 67:13

**attempts** 229:1

**attend** 62:12 63:7

**attendance** 252:10

**attended** 37:12 172:6 251:20,21
252:15

**attorney** 10:6 21:23 22:1 99:2 200:8
241:17

**attorney-client** 22:9 23:19

**audio** 20:5

**automatic** 248:18

**avoid** 125:5,14

**awake** 86:6

**aware** 13:7 76:5,12,16 85:16 86:11
96:2 104:1 148:3 171:5 204:4 230:8

---

**B**

**B-O-W** 120:5

**back** 12:13,17 35:4 47:6 48:6 50:21
54:3,11,12 64:25 69:9,19 88:13 90:7
96:18 101:13,25 133:23 143:19,21
145:20 164:10 169:13 174:5 178:23
180:6 181:19 194:7 199:16 200:6
201:7 204:14 207:3,8 231:3 238:20

240:25

**balances** 216:15

**Baltimore** 9:9 17:17 29:24 67:7,12
80:25 82:7 84:12,19 102:2 127:1,4
152:8,11,17,22 153:17,25 154:1
161:4 162:11 168:19 169:3,8,17
175:4 176:21 180:16 182:14,17
183:15,20 184:6 185:4 192:14,21,25
193:4,21,25 242:6,7

**based** 52:12

**basis** 36:7 79:9 93:18 102:21 195:17
234:20 235:2,3,14,18,20

**Bates** 33:5 41:9 77:9 221:1,6 232:20
249:12

**bathroom** 12:3

**battery** 248:19,20

**bears** 33:5 41:9 221:1 232:20

**bed** 86:5 87:13,16 88:7

**began** 9:2 232:13 242:18

**begin** 19:9 132:15 139:2,21 146:2
147:2,18 175:3 208:8

**beginning** 94:23 240:16

**behalf** 13:19 241:23 242:6,10

**Belknap** 21:12 22:7 23:12 92:19,23
93:7,15,20 149:22

**Bennett** 18:14,21 20:18,22 21:4,21
22:6 26:17 28:22 36:2,6,9 43:12
48:11 57:11 58:17 59:5 60:25 68:18
71:4 73:12 78:17,22 79:5,12,18,23
80:11,18,21 81:3,8,16,20,24 82:11,15
84:25 85:10 92:24 94:14 95:20
100:11,14,17,20 101:11 102:18,23,25
127:5 130:20 132:23 134:5,13
135:12,16,25 136:4,10,12 138:14
142:3 147:20 149:17,24 157:15,23
158:12,18 165:18 187:1 188:13 190:9
191:19 192:5 193:5 194:1 195:14,19
198:21 202:25 203:16 205:1,5,9,14
210:10 211:3 212:3 216:7,21 219:2,
17 222:21 225:2 231:20 232:3
234:18,20,24 235:3 242:14,17 243:3,
24 244:1,18 245:18 251:5 252:25
253:4,8,12

**berth** 162:11 176:24 177:1 178:24
179:13 185:14 186:7 187:14 188:7
194:9,13 195:23 237:19 238:5

**big** 104:20 117:19,20,21 158:25

**bigger** 125:8

**bilge** 124:24

**Bill** 136:3 205:4,15 253:25

**birth** 19:13

**bit** 50:8,13,15,21,23 51:1,3,5,7,15
103:18 105:11 109:6,14 181:19

**bits** 51:4 104:10 105:12 109:12

**blacked** 86:12 87:18 88:8,10 91:5
196:2,17,20 197:1 208:4 224:15,18,
22

**blackout** 85:22 86:14,22,23 87:4
88:17,21 89:7 90:4 91:18,22 93:25
94:3,8 96:4 102:1 103:6,14,21 177:9,
13,19 178:18,20 195:13,24 196:8
197:5 201:20 202:1,2,7 203:19,20
204:18,22,23 205:23 206:11,16,17,
19,20 207:2,4,7,15 208:7 215:14
224:12

**blackouts** 85:17,20 86:4 87:8 90:10,
16 102:8 104:2

**block** 125:6

**blower** 87:2

**blows** 238:7

**board** 24:5 27:4 28:10 70:25 95:13
173:8 176:5 187:23 239:14

**boarding** 95:13

**boat** 15:15 26:20 49:21 92:5,13 94:21
154:14

**boldface** 83:24

**boss** 27:19 45:11,12

**bosun** 10:4 14:12 15:13,15,16,17,20
24:15 32:5 38:22 45:6 46:11,12 52:14
61:12 65:17 82:6 84:2 96:20 110:13,
14,15,16 144:1 197:20 200:8 209:3
225:15 231:15 232:18 233:8 240:18
242:18 246:13 248:5 251:15

**bosun's** 41:18 42:20,24

**bottom** 44:25 83:20 144:2

**bow** 46:18,23,24 47:4 48:9,18,22
49:18,19,20,22 50:24 52:19 53:3
60:14 104:5,8,13 105:7 106:10,25
109:17 110:21 116:2 119:19,20,23,
24,25 120:1,5,6,8,13,19,25 121:16,21
123:9,15,17 127:8,10,15,22 128:4,
8,15 129:25 134:4,12,15,23 138:7,12,
19 139:6,7,8,10,17,19,20,25 140:1,3,
9,11,18 141:3 145:23 146:17 176:17,
19 177:3,9,19 178:13,19 179:1,5,9,16
180:8,15,23,25 181:2,10,12,15,16,17
182:7,21 183:13,16,18,22,23,24,25


Exhibit 7

184:11 185:16 187:15 188:11 191:16,
25 194:10,16 195:11,12 196:23
197:8,9 198:3,14 201:10 206:7
209:19 212:1 214:2 215:1,4,6,8,12,
16,18,19,22 216:18 217:19,23 218:2
223:22 224:1,9,10 225:7,12 227:10,
21,23 228:4,13

**box** 111:10,11,20 112:18,21 113:4,6,
7,23,25 115:16,21 116:6,8 117:7,8
159:20 221:14

**boxes** 113:12

**boy** 33:13 236:15

**brake** 44:21 109:16,17 110:2,10,25
111:11,13 112:6 113:23 114:1
117:12,15 118:6,21 119:7,9,11,12,13,
16 129:7 130:1,2,3,6,7,10 131:11,13,
18 132:12 133:18,21 134:2 135:10,24
138:24 140:8,12,20 141:4 145:18
146:1,24 148:5,6,8,10,11,18,19,20
152:9 153:18 154:11,20,21,22 155:4,
8,23 156:3,11,17,23 157:9,14,22
158:2,3,6,8,10,16,17,24 159:1,5,11
160:18,22 161:3,5 163:5,9,12,16,23
164:10,13,23 165:8,17 167:3,7
168:17,19 169:4,9,18,22,25 170:8,16,
22 171:4,21 180:24 181:1 183:21,22
184:6,7,10,18,22,24,25 185:1 194:19
196:23 207:17 209:25 210:1,3,20,25
211:18 212:2,9 216:5,20,25 217:3,7,
10,11,12,14,17,20,21 218:11,16
222:18 223:20 225:1 226:4,15,19
227:6,8,15 228:17,23 229:1,22 230:9
231:17,18 232:1,8,10,14,16 242:22,
25 243:11,12,17 244:3,12 245:10,12,
16 246:4,9

**brake's** 130:1

**brakes** 113:3 116:3 117:23 128:16

**bravo** 26:7

**break** 10:20 12:3,7 96:12 98:23
142:11 143:7,22 145:17 146:10
147:19 150:19 151:5 171:8 198:22
199:15,24 200:11 230:21

**breaker** 248:18

**breaks** 124:19 151:15

**breathing** 246:22

**bridge** 10:10 31:6 46:17,22 47:2,3
159:21 194:14 204:7 207:14,24,25
208:22,23,24 209:12 217:15,23
218:2,10,14,21 223:14,22 224:1
225:18 226:7 227:9,12,15,18,20,24
228:5,7,12 237:20 238:5 240:3
241:19 246:6,16,17,19

**briefing** 35:19 37:4

**bring** 134:3 240:25

**broken** 185:20,21 226:7

**buckle** 122:22

**bullet** 43:12

**busy** 92:6,8,10,14 93:24 94:12,22

**button** 110:2,23,25 111:3 112:5
129:25 130:3,5 131:1,6,12,18,25
134:1 135:10,24 136:17 138:23
140:8,20 141:4 145:25 146:24 147:6,
10,13,15,19 163:16,22 166:8 217:14
218:18 222:19 248:21

**buttons** 111:7

## C

**cabin** 54:3,5,11,12 85:24,25 86:1
90:7 177:7

**cable** 121:11 245:14 246:10

**cadet** 67:25 68:1,2,3,7,9 72:14

**calculated** 222:13

**call** 12:13 15:2,4,17 20:14,16,24 21:3
22:6 27:11 38:10 52:13 62:11,25 63:7
75:1,19,22,24 110:3 116:7 119:10,22
129:4 168:25 176:1 211:9

**called** 25:22 35:20 46:3 48:16 50:8
56:4 75:7,16 81:20 110:14 112:25
127:18 161:20 175:25 180:2 186:9
249:5

**calling** 15:16 214:16

**calls** 115:12

**calm** 54:13

**camera** 114:4

**Canal** 154:15,18 155:3,11 156:2,3
166:23 167:8,10,12 168:6 172:2
229:13,14,17,23

**capacity** 31:12

**captain** 27:1,8,15,19 28:24 29:8
39:10 48:17,23 52:20,23 53:17 54:2,
10 56:3 161:23 165:23 166:2,18,19
172:12 186:17,18,20 190:4 191:3,13
196:21 197:2,5,18,19 207:18 208:20
210:21 211:10,18 214:9,12,15,19,21,
24 215:3,5,7,11,15,17 218:8 223:11
224:3,8 252:2

**captain's** 173:10 191:2

**cards** 180:11

**care** 56:7 151:7

**career** 31:19 35:1

**careful** 200:12

**carefully** 153:7 170:11 184:17

**cargo** 57:19 61:20 62:6 68:22 92:12
95:12 175:23

**carried** 43:5 252:9

**carrier** 31:20

**carries** 93:5

**carry** 93:13

**case** 62:10 63:6 79:3 81:21

**cast** 54:1 179:22 180:3 186:11,14,15
187:19 196:23

**catch** 16:14

**catwalk** 113:20

**caused** 27:21 28:1,17 30:9 90:10,15
209:8 224:11 240:9,11,13

**CDC** 34:22

**cell** 238:10

**center** 107:16 109:21

**centered** 208:5

**certificate** 46:3,4

**certificates** 37:18

**cetera** 14:7 36:24

**chain** 106:1,2 120:24 121:22 124:23
125:3,17,19 127:19 131:19 134:3,11
159:12,13 181:14,15 183:14 219:11,
14,25 220:4,6 225:13,21 226:5,16,18,
22 228:1 244:15 245:1,6,7 247:18

**Chaminda** 39:13 75:5

**chance** 32:18,25 34:8

**chances** 182:4

**changed** 85:3 99:15 170:9,19,25

**channel** 166:17 189:7,9,10,11,21,23
191:18 208:5

**Chapter** 221:2

**charge** 115:19 137:22 170:6

**Charles** 9:12,24 15:1,2,3,4,9,11,12,
13,14,17,20 34:7

**chasing** 68:22

**check** 40:6 49:14 55:7,14,18 60:14
134:19 176:1 180:8,12,23 181:11,13
182:1,6 185:3,5,6,9



Exhibit 7

**checked** 58:12 147:22 167:1 179:19 229:12,16

**checking** 58:11 59:23 186:12

**checklists** 43:5

**checks** 75:2

**Chennai** 16:4,18

**chest** 112:2

**chief** 27:20 45:3,6,9 52:6,8,14 55:2 66:24 71:14 72:16 75:23 76:9 84:9 136:19,21,23 137:5,8,22,23,25 138:2, 6,10,24 141:12,13,16 164:19,24,25 165:2,6,9,12,15,20,21,22 166:2,9,10, 14,19,20 167:23 172:12 173:9,10 176:22 177:3,5,6,8,13,18,25 178:2,21 179:23 186:10,12 189:23,24 190:2,6 192:23 252:3

**circle** 240:2

**circles** 105:15 107:25

**city** 16:2,3,21 242:6,7

**claim** 22:9

**claimants** 242:11,14

**claimants'** 12:16

**clarification** 66:1 79:22 137:9 198:17 241:24

**clarify** 47:7 56:15 65:1

**clean** 105:2

**clear** 18:6 169:16 190:16

**client** 195:3

**close** 51:7 111:3 117:23 159:11,23 207:24 232:10,16

**closer** 51:6 89:11,12

**closes** 131:13

**cluttered** 121:25

**Coast** 63:9,12 65:4,14 69:13,19 202:10,18,23

**collapse** 240:3

**collective** 12:17

**Colombo** 39:2,5 40:3

**comfort** 30:6

**common** 189:20 242:24 243:15

**communicate** 239:13,21

**communicated** 71:13,24

**communications** 165:11

**companies** 36:25

**company** 28:3,6 31:16 36:23 76:10, 12 97:21 98:6 241:19

**complete** 12:12,13,18

**completed** 12:19

**completely** 220:7

**compliance** 14:9

**compound** 135:16,20

**concentrate** 80:5 199:16

**concluded** 254:6

**condition** 59:24 84:17,22 124:9

**conduct** 95:23

**conducted** 37:4

**conferred** 28:12

**confidential** 12:25 13:8,14 14:5 17:22 101:15,17,18

**configuration** 146:23

**confirm** 194:7 251:20

**confused** 18:21

**connect** 120:23 121:8,9,10

**connected** 111:16

**connecting** 122:20,22

**connection** 10:8

**connects** 121:12,15,20

**consistent** 78:14

**contact** 239:8

**contained** 222:9

**container** 37:14 228:8 246:20 247:8

**containers** 246:18 247:5

**contents** 242:12

**continue** 229:10 240:18

**continued** 175:18

**continuously** 98:2 175:13,14 239:2

**contracts** 34:25

**control** 30:13,17 109:15,18 110:21 111:6,8,11,20 112:14,15,16,21 113:1, 4,6,7,8,11,22,25 114:21 115:8,16,21 116:3,6,8 117:6,7 130:15,17

**conversation** 101:13

**conversations** 71:2,10 204:5

**cook** 72:16

**copy** 32:6 33:4 77:8 145:15 220:21 232:19 237:13,15 249:8

**corner** 83:20

**correct** 35:1,9,11 36:21 37:23,25 38:2,9,10 39:3 42:10 44:15 45:7,8,17 46:15 48:10 56:19,23 64:10 65:6 67:14,21 68:17 75:21 78:4,7,12,21 79:17 81:2 82:14,22 84:9 85:9 89:10 92:11 94:13 101:9 105:22 116:4 117:21 118:24 120:9,20 122:4 123:23 127:17 128:16 134:4 135:11 143:2 146:21 148:24 155:4,9 157:22 160:8 162:18,21 163:20,21 164:14 165:17 169:5,10 171:16,18 172:17 177:10, 20,21 179:2 182:22 183:17 187:3,19 188:16 189:3,7,8,13 191:18,23 192:1, 2,4 193:13,22 194:4 196:18 197:24 201:18 202:14 204:16 209:19 210:9, 12 214:8 217:20 218:14,21 222:5 223:15,17,22 242:19,25 244:13,17 245:6,17 247:18,20,21 250:5,14 251:1

**correcting** 205:11

**correctly** 9:20

**counsel** 9:13 10:5 12:16 13:5 33:11 237:5

**counter** 216:14

**counterweight** 182:24 183:2,4

**country** 16:19 173:2

**couple** 202:19 248:5

**court** 9:14 11:17 14:18 48:2 73:17 98:22 99:4 145:2 240:23

**cover** 77:3,6 93:9 193:24 220:25

**covered** 36:19 37:3

**Cozen** 241:17

**crawled** 246:25

**crawling** 247:1

**crew** 24:5,8,9,12,15,20 25:3,9,14,20 26:1 37:13 38:25 39:6 40:9 61:21 67:20 68:21 70:16,24 72:4 76:7,13 78:2 90:2 92:10 94:11 175:25 176:1 192:4,13,21,25 193:3,9 197:10 201:16 224:5 229:9,21 239:13 250:23

**cross** 58:11

**cross-check** 180:20 181:21

**cross-checked** 180:19

www.LexitasLegal.com/Premier
Lexitas
888-267-1200    Index: checked–cross-checked

Exhibit 7

**crossed** 167:11 229:14,23

**crossing** 167:10 229:12,18 230:3

**crosstalk** 47:20 93:10 113:19 116:17 137:10 160:15 187:21 205:8 235:7

**cultural** 17:3

**curious** 90:20,22

**current** 208:14 241:7

**Curriculum** 32:7

**cut** 30:13,17 87:2 88:22 90:6 91:7 181:22 190:14,15

**cutting** 190:13

**CV** 31:22 236:9

**D**

**Dali** 10:9 24:6,20 25:3,8,25 30:8 31:5 35:7,13 37:2,6,10,12,19,23 38:8,9,11, 20 39:1,2,7,18 40:2,9 45:15 46:1,6,15 48:9,22 50:11 52:16 53:1 54:21,24 55:1,4,6,15,22 56:1 60:8,20 69:3 70:15,25 71:10,19,25 72:9 78:3 80:24 82:6,21 84:11 85:16 90:2 102:17 103:6,14 104:2,6 109:16 118:10,18 125:7,8,11 126:4,8,10,13,17 128:19 133:5 146:15,17 148:3,22 149:3,8 151:23 152:7 153:16,19 154:7,9,12 155:6,24 156:17 157:14,21 158:3 159:2 169:3,8 171:7 172:7 177:23 193:20 228:16 239:14 248:8,12

**Dali's** 24:12 37:22 78:10

**danger** 207:19

**dangerous** 207:10

**dark** 196:6

**date** 9:6 19:13 37:18 41:13 77:12 144:3,12,14,15 154:13 202:15 220:24 233:21

**David** 10:5 101:12 167:22 190:9

**day** 20:14 39:7,17 40:3 68:5,7,10,12 74:4,9,12 75:15 91:23 102:2 174:24 237:22,23 243:20

**days** 28:4,7 152:11 153:24 202:19 233:23,25

**daytime** 85:23 229:15

**deal** 13:14 74:23

**death** 242:11

**debris** 246:21,23

**decide** 49:24 82:3,4 128:24 129:4 190:1,2 249:23

**decides** 141:7

**deck** 62:9 63:6 65:21 197:17 247:1,3, 6

**deckhand** 192:23

**declining** 18:25

**decrease** 130:23

**deemed** 101:17

**deep** 86:7

**deeply** 91:7

**defective** 228:23

**defer** 214:6 222:8

**deficiencies** 45:1 84:7

**define** 116:11

**delta** 236:12

**demonstrated** 122:9

**depart** 40:5 52:5 53:2 55:6,23 56:17 65:21 67:13 92:11 126:25 128:2 176:20 180:16

**departed** 52:17 60:15 67:8 68:13 80:24 82:6 84:11,18 90:2 92:2 102:10 169:3,8,17 193:20 229:2 237:19

**departing** 65:19 124:10 127:4 128:6, 13 135:5

**department** 27:23 30:24,25 90:18 91:2

**departs** 53:4,15 56:6

**departure** 52:2,7 55:3,11,15 57:20, 24 58:2,6,9 59:23 60:17 61:9 76:18, 24 78:4,12 79:16 84:22 91:19 94:1,8, 12 95:14 102:2,15 123:21 128:10,20 135:1,2 141:18 175:3,18,21 185:3,10 194:5

**departures** 102:16

**depending** 100:9

**depends** 95:23 132:8 190:21 198:4, 8,9

**deployed** 133:4

**deponent** 9:12

**deposition** 9:8 10:13 12:9,14,18,23, 24 13:7 19:19,24 20:8 31:1 240:16,19 251:25

**depositions** 93:6,14

**depth** 132:9

**describe** 34:10

**describes** 42:20 109:24

**describing** 162:12

**description** 84:3

**designated** 13:8 14:4

**detail** 34:19 74:18

**detailed** 249:16

**details** 34:18,20

**determine** 76:2

**difference** 124:8,12 126:24 127:1 158:21 170:2,9

**differences** 128:9

**differently** 123:22

**dig** 103:17

**direct** 10:2 81:21

**directly** 45:6 75:22 90:8 99:3 100:18 129:10,12 192:22

**discovery** 12:9,19 240:20

**discuss** 22:5 91:21 165:10

**discussed** 171:25 240:12

**discussing** 30:18 239:7

**discussion** 32:20 143:13

**disengaged** 145:25 146:20 219:16

**dispute** 223:7

**distance** 51:23 159:16,18,25 172:2

**distracted** 80:8

**district** 13:1 16:20,21

**DOC** 33:11

**document** 32:6 33:5,18 34:8 35:4 41:6,9,17 42:8 44:5,17 77:9,18,21 220:9,19 221:17 222:24 223:8 231:5, 8 232:19,23 233:4,8 235:9 249:7,11 250:7 251:10

**documents** 12:11 19:23 23:10 145:4 240:19

**dollars** 99:23

**draw** 104:6,13 107:14 108:8 115:7,10 117:15 118:25 120:3,12 121:18,24 123:6,11

**drawing** 107:17 108:4 109:13 115:5 123:8,12 143:23 159:14 168:3 183:6 237:10

www.LexitasLegal.com/Premier
Lexitas
888-267-1200    Index: crossed–drawing

Exhibit 7

**drawn** 105:5,9,14 122:4,6

**drew** 122:16,17

**drill** 248:9 249:5 250:15

**drills** 249:1,2

**drop** 128:14 211:23 225:8,11

**drops** 218:22

**due** 133:7,8 183:3 192:10 208:13

**Duffy** 12:23 13:8,9,11,23 14:20 17:18 18:8,16 20:8,9,11,13 21:3 22:2,3,6,8, 15,19,21,23 23:4,18 24:1 29:5,10 32:13 33:23 41:21 47:11,21 48:1 53:9,20 54:13 57:12 59:2,13,19,25 72:20,24 80:1 81:12 94:16 97:6,13 107:4 110:6 142:17 143:9 144:8 152:15,19,23 153:1 159:25 162:4 167:16,22 168:13 192:7 195:5,8 235:5,10,15,24 236:2,19,24 237:3 245:20

**dull** 142:3

**duly** 9:25

**duties** 41:18 42:20,24 43:5 44:13 74:21 84:2,3,7 164:17

**duty** 61:12 62:4,8,17,24 65:17,19 90:7 185:7 208:21

---

**E**

**E-A-J-I-T** 29:16

**e-mail** 240:8

**e-mails** 239:7

**Eajit** 28:24 29:6,8,15

**earlier** 84:1 104:9 120:22 123:20 143:23 153:22 160:17 164:6,16 181:7 202:11 229:8 251:24 252:11,22

**easier** 158:8

**Eastern** 9:8

**easy** 104:21 134:16

**economic** 241:23 242:3

**edges** 116:2

**education** 19:6

**electrical** 72:14,18 73:3,5,23 74:7,16 75:9,18 166:3,20

**electrician** 39:12 73:21 75:25

**electronics** 74:18

**emergency** 44:14 87:10 133:5,7,9,

14 206:9,15,25 230:17 248:8,12,14, 22,24 249:4 250:14,16,19 251:1

**employed** 96:21 98:19

**employees** 28:19

**employer** 98:16

**enable** 207:20,21

**encourage** 97:7

**end** 105:6 121:14 213:14

**engage** 129:24 140:19 141:3,23

**engaged** 141:18,19,21

**engine** 75:24 90:17 165:23 166:18 229:5,9,21

**engineer** 27:20 29:9 166:2,3,19,20 172:12,13 252:3,4

**English** 9:20,21 11:25 14:14 15:1,7, 11,24 16:3,18 17:15 18:13 29:4,7,12 31:8,17,21,24 32:4 35:2 36:3 38:1 39:14,19,22 41:25 42:3,6,11 43:23 44:10 45:8,11,13 46:16,20,24 47:4, 18,24 48:3,7 50:13,17,19 51:11,24 53:25 56:23 57:6,13 58:1,5 62:3,16, 20,23 63:2,4,11,13,16,24 64:5,7,10, 14,20 65:6,9,15 66:7,9,11,13,15,17, 19,22 67:3,5,10,15,19,21,25 68:3,14, 20 69:4,6,15,21,24 70:21 71:23 73:8, 11 77:7,22 78:1,8,13 86:2,7,10,22 87:1,9,14,19,21,24 88:2,4,9 89:10,13, 16,18,22 95:10 99:10,11,12 103:8,11 105:11,13,17,19,23 106:2,6,11,13,15, 20,21 107:2 109:1,19 110:4,13,19,22 111:5,10,14 112:3,17,20 113:5,13,17, 20 114:5 115:24 116:5,13,18 117:17, 19,21 118:8,12 119:6,11,14,21,23,25 120:10,21 121:7,17,23 122:5 126:11, 14,16,19,21 130:8,11,14,16,25 131:8, 10,15 132:18 136:24 137:7,17,20,21 138:5,10,13 139:7,14 140:11 142:21 145:5,8 147:5 148:15,19 150:9,14,22 153:13 158:9,14 160:3,7,10 162:14, 17,24 163:1,3,7,18,21 166:13 167:13, 17 168:4 175:19 176:11,18 177:15 178:6,16 179:11,14 180:5 181:5,9 182:15 183:23 184:2,7,10,18,23 185:1 187:3,17,22 188:3,6,9,21 189:2,5,9,15,19 190:4,19 193:13,22 194:17,20,23 196:3,13 197:25 198:4, 15 199:3,7,12,21 200:14,21,25 201:6 208:16,19 209:5,7 210:4,12,18 212:19,21,23,25 213:12,15,18,24 215:10,23,25 216:3 218:6 219:13 226:25 227:3,7,17,25 228:3 233:10, 12,14 234:15 236:22 237:7,12 238:9, 21,23 244:14 248:9,13 251:16,18

252:14

**ensure** 10:21 14:8 84:12 134:22

**enter** 166:23

**entire** 183:14,20 184:5

**entitled** 14:6 18:4 22:14 82:1 92:21 249:21

**eon** 208:22

**equipment** 44:12,14,20,22 45:2 75:3,9 84:8 87:25 164:18 169:11

**equipments** 74:25

**Erica** 9:15

**escape** 207:22

**essentially** 116:2

**estimate** 60:19 148:1

**estimating** 147:24

**evening** 39:20,21 40:1 62:9,18 63:5 65:25 66:9,12 69:9

**events** 202:22

**exact** 39:25 99:20,21 133:1 149:14 206:1,4

**EXAMINATION** 10:2 242:16 243:8, 25 244:10 248:3

**examined** 10:1

**excerpt** 41:12 77:11 82:25 83:6 220:23

**excuse** 42:9 68:25 75:25 83:9 212:9

**exhibit** 33:8,9 83:2,3,9,10,13 143:25 144:6 145:1 183:7 221:9,10 231:9 235:4 236:5,6 252:24 253:18,20,21, 23

**exhibits** 183:10 235:16

**expect** 241:6

**expenses** 100:3,16 101:1

**experience** 46:2 61:11,13,15 76:21, 22 86:23 92:16 142:21 143:2,5 146:1 148:16 208:13

**experienced** 103:6

**experiencing** 103:21

**explain** 30:20 60:9 61:23 69:14 91:1 107:25 110:4,6 135:7 149:9 161:6,9 166:6 173:5 250:21

**explained** 46:13 69:12 91:9

**explaining** 38:14,15,17 124:17 157:13 190:12 250:23


Exhibit 7

**Extension** 16:12

**extra** 56:4 57:8,10,11,12,14,16 123:25 124:3,11

**extraordinary** 250:4

**extravagance** 100:6

**eye** 121:1,3,6,7,8,10

**F**

**face** 118:11,17

**faces** 118:18

**facing** 118:9

**fact** 218:1 252:15,25 253:2,17

**failed** 30:12,16,21

**fall** 124:5 132:15 139:3 220:5,6,15 227:9 232:1

**falled** 226:8

**fallen** 217:16,23 223:14 247:5

**falling** 127:17 139:2 219:15 220:1 227:12 228:7,8 231:19 232:8,9 245:2, 6 246:17,18,21

**falls** 217:15 219:25

**familiar** 17:2 26:5 61:4 77:25

**familiarize** 35:15 43:4 44:11

**family** 26:20 239:9,11 240:1

**fan** 87:1

**fast** 130:18 147:15 158:20 159:10 219:11,14,25 220:4,6,8

**fastened** 56:18

**faster** 148:4 158:10,17 212:5

**fastest** 148:17

**fastly** 245:1

**February** 41:14 77:12 220:25 250:8, 12

**fed** 142:19

**feel** 86:24,25

**feeling** 45:22

**feels** 87:6

**feet** 51:23,25 113:24

**fell** 223:22 228:6,10

**felt** 197:5 201:20

**FI** 238:18

**Field** 9:15

**figure** 218:9

**fill** 68:1

**find** 90:3,15 167:1,4

**fine** 65:1 79:7,11 93:3,12,15,17 98:14 99:2 107:9 136:7 167:21 168:2,12 249:24

**finger** 131:2

**finish** 19:16 53:7 67:11 89:3,6,19,20 138:18 142:10 179:18 190:10,18

**finished** 11:22,23 57:19 95:12 175:24 188:23,24 189:3 254:2

**firm** 241:17

**fix** 75:8,20 76:3 114:13 166:1 169:12

**fixed** 62:14,17 117:4 165:17 169:14 228:17

**follow** 44:7 78:6 95:14 173:11 191:1, 2,12 244:8

**follow-up** 243:7,24

**food** 100:5 101:1

**fore** 105:15

**forecastle** 46:23

**foreseeable** 241:3

**forget** 146:11

**form** 33:21 34:4 36:6,10 81:4 243:1 244:5

**formal** 13:3 61:14 142:15

**format** 76:20 144:16,21,22

**forms** 172:8

**forward** 46:22 50:2 55:18 118:9,18 165:24 166:4,21,25 177:6 178:1 180:1 185:19 186:10,13,19,22,25 187:7 189:12 190:23,24,25 191:1,10, 11,12 208:25 214:11,22

**Foster** 242:9

**Foundation** 93:20

**Francis** 10:10 31:5 194:14 207:25

**free** 12:7 134:16,18,19,23 182:1,2 183:18 220:15 225:20

**freely** 159:10 181:20,21 182:22

**friends** 239:9,11 240:1

**front** 153:4 236:7 250:3

**full** 14:12

**fully** 220:16 221:21 222:1 225:13 226:5

**function** 164:14

**functions** 76:7

**future** 97:2 241:4

**G**

**gang** 61:20

**gangway** 66:25 68:4,16,21 176:6,16 179:1 193:11 197:12,15,20,23 198:2, 13 201:10,19 212:15,16 213:4 214:5 223:13

**gap** 218:11

**gave** 133:24 207:6 211:13,16 218:8, 19 223:11 238:14,24 247:12 252:6

**gear** 129:24 140:19 141:3

**general** 10:6 26:22 35:25 36:10,20, 22 62:4,8,17,24 65:18 126:6 173:2,3 174:11,13 188:5,20 190:11

**generator** 30:12,16,21 91:6,12,14 206:10,15,23 207:1,5,6 248:8,12,14, 22,25 249:4 250:14,16,19 251:1

**gentleman** 21:5

**gentlemen** 21:13

**give** 10:12,23 30:5 46:3,6 53:8 100:5 104:7,17 124:19 146:14 149:14 151:2 159:17

**giving** 61:25 190:11

**glad** 254:1

**goal** 207:20

**God** 246:25

**good** 10:4 95:1 104:16 151:20 241:15 250:1

**gotta** 139:22

**government** 64:3 101:19 174:10,20, 23

**Government's** 174:7

**Grace** 9:11 12:10 98:10,12,15

**grade** 19:5,7

**gradually** 130:4

**gravity** 140:15,17,21 141:8 146:21 183:3 220:1

Exhibit 7

**gray** 221:14

**great** 10:22 86:20 89:20 98:24

**ground** 220:3,5

**group** 27:12 28:11 30:11,19

**groups** 30:14

**Guard** 63:9,12 65:4,14 69:13,19 202:10,18,23

**guess** 72:15 89:17 208:15 213:5 230:3

**guessing** 132:22 208:16,17 213:4 214:5

**guide** 143:7

**guys** 199:25

**H**

**half** 220:12,14,17 222:7

**hand** 21:7 32:5 83:14 104:12 131:12 218:24 220:21 232:18 249:8

**hand-over** 38:21 40:17,22

**handed** 43:2

**handing** 40:12,19 41:8

**handle** 173:11 183:1

**handler** 33:18

**handles** 137:24

**handling** 44:20 137:23 141:11,15,22

**hands** 112:12 159:24

**hang** 64:18,24 66:3 89:2 90:13 92:20,21 95:6 106:13 142:24 150:7,8 162:8 175:7 218:5 252:20

**happen** 40:20 130:12,13 167:6 171:9 182:5,6

**happened** 19:20 24:13,21,23,25 25:3,9,13,16 26:2,10,15 27:1,9,16 30:3 36:16 38:23 82:20 87:4 88:18 89:8 90:3,21 91:8,25 92:5,9 96:6 163:11 172:1,4 175:16 202:7 206:3 229:7 230:1 239:22 240:11

**happening** 208:24

**harbor** 189:6

**hard** 99:4 198:25 221:14

**haul** 134:11 164:10

**Hawes** 77:5 106:3 124:14 125:21 126:12,17 181:7

**He'll** 26:6 54:14

**head** 217:16

**headed** 194:14

**hear** 14:6 30:20 48:13 95:7,9 161:8 166:12,14,17 175:8 195:6 196:19 203:5 214:15 215:11 221:22 237:20 238:6 241:25 249:22

**heard** 30:7 71:11 73:17 87:25 91:3 213:3 214:18

**hearing** 237:25 238:8

**height** 111:25

**held** 9:9 91:21 96:15 143:16 200:3 230:25

**helmsman** 208:21

**helped** 225:1,16,19 231:25 244:24 245:10 246:2

**helpful** 137:13

**helping** 245:8

**Hindi** 70:20,23 71:23

**hit** 209:11 218:2,10,14,21 227:12,14, 24 228:5,11 237:19 238:5 246:16

**hold** 12:8 32:13,14 105:4 218:23

**holding** 183:19 184:4,22

**home** 16:10 25:7,24 66:23 193:15

**horn** 237:20

**hour** 41:2

**hours** 41:2 62:15 65:25

**house** 51:5

**hungry** 142:8

**hydraulic** 44:21 109:16 110:1,11,12, 17,24,25 112:6 113:2,23,25 116:3 129:7,17 130:3,6,9 132:12 133:18,21 135:10,24 138:24 140:8 145:18 146:1,16,24 147:10,14 148:5,12,18, 19,20 154:21 155:4 156:3 157:22 158:2,6,7,10,16 163:5,9,12,15 164:2, 13,23 165:7,17 167:7 168:17,19 169:4,9,18,22,25 170:8,16,22 171:3, 7,21 210:1 216:19,25 217:7,10,11,13 218:16 222:18 223:20 228:17,23 229:1,22 230:9 242:22

**I**

**idea** 149:1 241:9

**identification** 33:10 83:4,11 144:7

**221:11** 253:22,24

**identified** 23:13

**immediately** 165:4,22 166:9 197:4,6 201:25 211:15

**impolite** 15:10

**important** 11:7,21 200:17,18

**inappropriate** 97:11

**incident** 24:23 25:13 28:7 65:20 162:15,20 167:6 175:15 203:8 243:20

**incidents** 28:9

**include** 39:9,12 44:19

**included** 44:22

**includes** 157:21

**including** 44:13

**incorrect** 203:15 252:13

**increase** 130:23

**India** 15:24,25 16:2,18 25:21 29:24 35:15,23 36:17 37:2 39:15 144:21,22

**Indians** 29:25 70:19

**individual** 178:12 192:18

**individually** 27:11

**individuals** 21:18 22:12

**industry** 243:15

**inform** 75:23 141:11,12,13,15,16 151:11

**information** 10:23 58:21 150:3 222:9

**informed** 165:4,20,21,22,23 166:9, 10,18 168:23 210:21

**informs** 75:23 76:10 136:21 137:25 177:5

**initial** 206:2

**initially** 211:12

**injury** 242:10

**inoperable** 171:7

**inside** 111:19 118:7,13,20 124:25

**installation** 57:9

**instant** 216:4,9,13 232:12

**instantly** 130:12

**instruct** 17:23 18:3,8 53:13 97:4

**instructing** 18:7 22:18,19,24 23:20 76:6

Exhibit 7



**instruction** 18:15,17 153:11

**instructions** 10:13 46:7 214:23

**instructs** 137:6 138:25

**insurance** 241:19

**intent** 28:4

**interest** 12:20 240:21

**interested** 90:24 156:7

**interesting** 200:17

**interject** 135:18

**interpret** 18:15,16 151:16 161:12 186:1

**interpreter** 9:19,22 10:21 11:2,19,22 15:3 16:1,25 19:2 26:3,4,11 29:14 32:11 34:3 38:13,15 39:24 43:7,8,14, 17,24 44:3 48:14 51:19 54:9 56:8,9, 13 58:18,20 61:22 68:6 83:18 96:9 107:1,6,18,21 108:4,9,16,20 109:5 115:15 116:15,23 119:2 120:16 121:3 122:15 124:16,17 134:7 140:14,24,25 142:7 146:4,8 150:2 151:10,18 154:17 155:18 160:11 161:10 173:15, 16 186:1 193:14 198:20 206:12 208:20 213:21 221:16 233:3 245:22 249:18

**interrogatories** 12:12

**interrupt** 43:9

**interview** 69:20 70:6,12,13 78:24 203:24 206:2

**interviewed** 63:8,15 65:4 202:9,17, 23 203:9

**introduce** 74:9,13

**investigating** 64:4

**involved** 101:12

**involving** 10:9

**irregularities** 45:1 84:8

**issued** 13:1

---

**J**

**J-I-T-I-N-D-E-R** 29:6

**jack** 130:1,2,6 131:1,2,7,13 132:1,7 147:10,14 148:12 163:18

**Jason** 9:4 242:9

**Jeyakumar** 14:15

**Jitinder** 28:24 29:5

---

**job** 29:19 45:5,21,22 47:1,5 49:4 55:20,23 61:10 62:10,12 63:6 68:17 69:17 74:6,14,21,24 84:1,3 98:24 164:16 185:15 189:3,5

**jobs** 48:8

**join** 12:16 13:20 35:17 244:6

**joined** 31:13 35:8,13 37:12,18 38:9 39:2,15 54:21 74:3 102:17

**joining** 14:6 39:6

**Josh** 77:17 236:11

**Joshua** 41:5 231:4 232:22 249:6

**judge** 82:3

**Jullans** 14:15

**jump** 236:4

**June** 25:10,21

**junior** 143:4

---

**K**

**K-U-M-A-R** 29:16

**Karela** 72:5

**Kariwayasam** 75:8,20 76:1

**Kariyawasam** 39:13 75:5

**keeping** 62:6 64:22 65:16,18 67:2 68:4

**key** 10:10 31:5 151:1 161:20,22,25 194:14,21 207:25 210:22 244:20,23 245:25 247:14

**kidding** 92:23

**kind** 26:21 35:14,18 105:5,24

**kinds** 140:15

**knew** 28:8 64:1 88:7 90:5 169:2

**knock** 179:24

**Korea** 167:10,11

**Kumar** 28:25 29:6,8,15 163:2,3 178:15,16,18

---

**L**

**label** 33:5 106:8 108:24 115:6,11 116:12,21,22 119:3 120:14 122:12 123:2 221:1

**labeled** 32:6

**labeling** 108:13 120:4

---

**labels** 41:9 77:9

**ladder** 195:12 197:12,16 224:10

**language** 72:4,9,13

**Lanka** 39:2,15,16 73:6

**Larry** 241:16

**lashing** 56:4 57:8,10,11,12,13,14,16 121:20 122:4,12,19 123:3,12,16,25 124:3,4,11 127:7 135:4 176:2 180:22

**lashings** 76:25 120:23 127:3 128:8 145:24 146:18 181:3

**lasted** 40:25 65:20 89:24

**law** 241:17

**lawyer** 19:21 54:16 79:23

**lawyers** 79:24 101:12

**laying** 86:5 87:12,16 88:7

**layout** 104:8

**lead** 81:7,9

**leading** 81:5 94:17 102:23,24 135:20 136:4 195:19

**learned** 61:10 143:5 214:7 251:21

**leave** 40:20,23 58:10 64:15,19 65:10 69:25 70:3 145:1 177:3 178:18 179:7 182:2 190:3 192:14 195:11 218:14 225:12 226:4 241:3 250:9

**leaving** 241:7

**leeway** 81:17

**left** 25:7,21 40:3,9,12,15 55:4 68:7, 10,12 108:21 177:6,8,14,19 178:2 186:10,12 189:24 191:25 192:21,24 193:4,24 194:9,13 226:14,19 227:6,8 228:7 232:15 238:5 246:17

**length** 160:4,5,6,9

**letting** 133:13 143:1 148:3 156:9 157:20 172:20,25 173:4 174:8,14

**level** 197:23

**lever** 111:6,8,14,15 112:5 118:14,19 161:25 162:1 186:20,23 194:22 211:6

**Levin** 9:4

**Lexitas** 9:6

**life** 207:18

**lift** 127:22 134:24 154:22 181:17 182:21,25 183:3 194:16 216:1,18

**lifted** 154:25

Exhibit 7

**lifting** 215:21

**light** 87:10,11

**lights** 75:15 87:10 88:3,4,12 196:10
202:4

**likewise** 56:5

**Lima** 231:5

**limit** 200:18

**Limited** 9:11 32:7

**lines** 177:4 179:13,22 180:1 186:11
187:22 188:1

**listed** 45:16 181:12

**listen** 47:12 48:1 53:22 54:14,16
106:13 153:6 170:10 184:17 199:1
214:18,23 218:7 226:12

**listened** 20:5

**listening** 13:6 14:2 199:17 200:12

**lists** 34:24

**litigation** 9:12 10:8 220:11 232:20
249:12

**live** 15:23

**living** 100:3,15,25

**loading** 140:15,16,17,23 141:2

**located** 117:25 118:22 120:1,13
123:10,13,16 198:3

**location** 50:2 201:16

**Lochner** 18:21 241:22 242:2,3

**locker** 124:23 125:4,17,19 159:13

**locks** 127:19

**long** 12:5 23:16 40:8,17,25 50:19
87:6 88:10 89:23 91:20 93:5,13
131:17 143:8 145:19 146:2 147:1,24
150:17,25 151:5 165:20 172:3 195:22
196:25 198:1,6,12 199:24 201:8,22
204:18 205:4 207:7 212:7 213:16
216:1 228:4 238:11

**longer** 99:3 231:12 233:24

**looked** 82:9 203:23

**lookout** 45:20,21 46:1,8,15,17,21
47:19 48:10,16,22 49:2 186:8,9,10

**loose** 247:18

**loosen** 245:10

**loosened** 246:4

**loss** 241:23 242:4

**lost** 30:13,17,22

**lot** 60:24 69:18 136:20

**love** 149:20

**lower** 129:6 139:16 141:4 148:9,23
173:13

**lowered** 139:12

**lowering** 139:14,15,21 141:8,9
146:21 149:2

**lowers** 183:4

**luggages** 40:21

**lunch** 142:11 143:6,16,21

**M**

**machine** 28:9

**machinery** 87:25 164:19 196:11

**made** 81:22 84:21 143:23 177:23
179:9 229:2

**main** 129:12 247:1,2,6

**maintenance** 45:18 194:6

**majority** 72:6

**make** 11:8 13:13 14:3 47:9,22 49:6
52:6 55:10 79:24,25 80:3,6,17,19
81:17,18 82:1 104:20 111:1 124:4
126:22 130:18 131:4 134:19 136:8
145:20 159:5 179:21 181:23 249:1

**makes** 47:8

**making** 57:17 58:13 88:1 136:7
180:10

**malfunction** 75:1

**man** 66:19,21,22,23 67:20,22 133:19
162:22,25 186:21,22 191:1,11 192:4,
8 193:15 197:15,22 211:19 212:10
224:1,9 246:6

**management** 28:19 41:13 42:9,10,
19 45:17 83:7 84:4 164:17 165:13
172:11 228:20 252:2,12

**managers** 165:8

**manpower** 45:23

**manual** 41:13 42:10,12,20 44:21
45:17 76:13 77:11 82:10 83:1,7 84:4,
15 117:12,14 118:5,21 119:7,9,13,14,
16 148:13,14,18 152:9 153:18
154:11,20 155:1,8,23 156:4,10,17,19,
20,22,23 157:8,14 158:3,17,23 159:1,
11 160:18,22 161:3 164:17 167:2
170:1,8 194:19 210:3 217:12,17,20

220:24 221:3 222:17 225:1 226:4,15,
19 227:15 231:17 242:25 243:11,17
248:19

**March** 9:6 24:6,13,21 25:4,9,11,20
26:2,15 27:2,9,17,21 28:2,17 30:8
31:4 63:10 65:4 67:8,9,13,14,17 69:3
80:25 82:7,19,21,22 84:12,19,24
85:7,17,23 86:12 87:13,17 88:16,21
89:8 90:3,4,10,13,14,16 91:5,16,18,
19,22 94:1,8,9 96:4 98:3 99:16
101:25 102:1,3,9,15 103:5,14 104:2
133:3,9,14 138:7,20 144:4,19 149:3
151:24 152:8 153:17 154:10 155:3,7,
14,22 156:1,13 161:4,17 162:10,12,
13,22 168:18 169:3,8,18,23 170:17,
23 171:5,22 174:24 175:4,7,12 177:9
180:15 181:3 183:15 185:4,8,15
186:7 188:19 189:17 191:24 193:4,
21,25 194:10 195:13 202:13 204:6
215:9,13 224:2,12,15,19,23 229:4
230:16 232:9 237:18 239:15,16,19,22
240:9

**Maria** 14:14

**Maritime** 32:7

**mark** 235:16 253:8,13

**marked** 33:9 83:3,10 144:6 183:8
221:10 253:21,23

**Marriott** 9:9

**Maryland** 10:7,8 13:2

**master** 26:25 39:9 57:7 71:18,19
95:24 136:18,23 137:7,23 141:12,14,
15 161:19,20 162:2 166:10,15,17
173:12,13 176:15 177:2,5 178:25
179:23 180:1 186:14 189:15,16,20,24
190:1,2,20,21,22,23,25 191:9,11
192:9,10 195:10 201:21,23 204:14,19
205:24 207:15 218:18 234:2 247:11

**master's** 179:7 190:22 191:12

**matter** 9:10 60:3

**means** 46:25 49:10 90:22 175:24
188:25 215:19

**meant** 96:20 210:2,5

**meantime** 33:3

**measure** 127:16

**measured** 160:13

**measuring** 160:13

**med** 21:18

**meet** 20:7,18,21 21:12 28:20 29:24

Exhibit 7

**meeting** 22:13 35:15,18 36:16,19,22 37:1,11 38:22 40:18 92:17 93:25 94:3,4,7,13 95:23 250:5,13 251:19 252:10

**meetings** 91:21 92:3 94:21 95:18 171:23 172:1,3,6,15 249:3 252:1,13, 16

**member** 38:25 192:21,25 197:11 201:16

**members** 24:5,12,15,20 25:3,9,14, 20 26:1 37:14 39:6 90:2 192:14 239:14 250:21,24

**memory** 202:21 203:3,7,8 204:12

**men** 160:21,23 161:16 162:24 186:24 187:6,14 188:11 190:24,25 191:9,10, 16 193:23 210:9,14

**mention** 144:9,13 215:18

**mentioned** 14:21 34:18 175:6 215:8 216:14

**mess** 183:11

**message** 240:8

**messages** 239:6

**messenger** 180:12

**met** 20:10 21:10 28:3,6,10 74:8,12,13

**metal** 158:25

**meter** 113:13 160:2,3,7 213:18,21

**meters** 113:12 208:3 213:23 214:2

**method** 148:2

**Michael** 41:7

**middle** 83:23

**midnight** 66:16 68:25 92:2 102:3 175:12,17

**midway** 221:13

**mind** 27:19

**mindful** 97:12

**mine** 104:17

**minute** 131:20,21 147:12 220:12,14, 17,18 222:7

**minutes** 132:2,6,16,17 143:12 147:3, 4 201:14,15 216:5 231:11

**missed** 65:11 253:4,7

**misstates** 72:21

**mistaken** 153:2

**misunderstood** 135:8 139:5 174:4

**mix** 15:19

**mode** 248:19

**moment** 44:16

**money** 99:15

**monitor** 187:15 188:12 191:17,25

**month** 25:4,5 28:8,20 99:25 144:15

**mooring** 104:9 105:12,16 179:22 187:22 188:25 189:3,5

**morning** 10:4 62:8,18 63:5 65:22,24 66:5

**Motioned** 195:2

**mounted** 111:21

**move** 54:12 55:16 117:3,5 131:19 134:17,20,23 135:5 147:2,11,18 159:8 167:5 181:16,18 182:22 183:7, 10 185:19 210:22 225:22 226:6 244:16 245:7 247:3,6,25 248:2

**moved** 46:12 115:23 182:2 225:22 227:11,22 228:10 245:2 246:11 247:2,8

**moves** 131:24 181:20

**moving** 113:24 146:3 181:13,20 182:1 245:14 246:11

## N

**Nadu** 16:19 72:5

**named** 16:2

**names** 14:19 29:2,4

**narrated** 234:12

**navigating** 187:8

**navigation** 77:11 82:10 83:1 84:14 220:24 222:16

**nearby** 51:16,17,18 111:7 159:19 185:6 207:14

**nearest** 197:10 201:16

**needed** 62:19,20 63:1 160:25 161:1, 2 210:16 211:10 213:3 214:7

**Newark** 155:14 172:3 230:10,12

**night** 40:15 204:6 215:13 237:18

**nighttime** 62:10 63:6 229:15

**noise** 87:2,21 196:9

**nonresponsive** 58:25 152:14,25 154:3 184:14 199:11 204:25 205:2,20 219:22 225:25 226:10

**noon** 66:10,11 69:2 85:8 89:8,12

**Norfolk** 154:10 230:14,15

**normal** 24:23 25:15 157:20 176:14 179:20 180:7 184:20 188:22

**nose** 246:23

**note** 26:17 28:22 44:25 48:11 60:25 68:18 71:4 78:17,23 79:6,18 81:3 82:11,15 83:24 84:25 85:10 94:14 95:20 102:18 127:5 130:20 132:23 134:5,13 135:12,25 138:14 147:20 157:15,23 158:12,18 165:18 187:1 188:13 191:19 192:5 193:5 194:1 195:14 202:25 203:16 210:10 211:3 212:3 216:7,21 219:2,17 222:21 225:2 232:3 244:18 245:18 251:5

**noted** 9:13 79:10

**notes** 230:22

**notice** 88:3 95:4 212:12

**noticed** 196:10

**notify** 166:15

**NTSB** 63:9,11,12 65:3,14 69:13,20 70:6 78:15,25 79:15 80:14 202:10,18, 23 203:9,12,24

**number** 17:8 33:11 77:19 82:9 84:15 221:6 232:20 251:11

**numbers** 249:12

## O

**O'CONNOR** 241:18

**object** 17:18 22:8 23:18 36:10 58:24 80:13 81:4 92:22 94:16 152:14 154:3 162:5 184:14 199:10 204:25 219:22 225:25 226:10 235:10 243:1 244:4

**objected** 205:19

**objecting** 152:24

**objection** 26:18 28:23 36:2,5 48:11 61:1 68:19 71:5 72:20 78:18,23 79:6, 10,19,25 80:3,6,15 81:4 82:12,16 85:1,11 92:19 93:19 94:15 95:21 102:19,22 127:6 130:21 132:24 134:6,14 135:13,15 136:1,3 138:15 142:17 147:21 157:16,24 158:13,19 165:19 187:2 188:14 191:20 192:6,7 193:6,18 194:2 195:15,18 203:1,17 210:11 211:4 212:4 216:8,22 219:3,

Exhibit 7

18 222:22 225:3 231:20 232:4 244:19 245:19,20 251:6

**objections** 79:24 81:18

**obligations** 84:6

**occupation** 33:21

**occurred** 85:20

**Ocean** 9:11 12:10 98:11,12,15 167:15

**October** 35:8,14 37:13,19,23 38:9,21 39:18 54:21

**off-record** 32:20 143:13

**off-signing** 40:9

**office** 10:6 29:22,23 101:4

**officer** 45:3,7,9 52:6,8,14 55:2 71:14 72:14,15,18 73:4,5,24 74:7,17 75:23 76:9 84:9 136:19,21,23 137:5,8,22, 24,25 138:2,6,10,24 141:13,16 164:19,24,25 165:2,6,9,11,12,16,21, 22 166:3,10,14,21 167:24 172:12 173:10 176:22 177:3,5,6,8,13,18,25 178:2,21 179:23 186:10,12 190:2,7 192:23 208:21 234:6,9 252:3

**officers** 27:25 28:16

**oilers** 72:15

**on-the-job** 61:15 143:1

**onboard** 28:25 42:3,5,6,13 44:8 45:15 52:18 54:23 60:20 70:15 71:3,9 72:8 82:21,23 95:23 97:24 124:23 141:10 177:4 179:23 187:19 188:1,2

**open** 12:9 117:22 130:7 131:19 134:1 135:10 138:24 140:20 141:4 145:19,25 146:25 159:6 161:5,22,25 163:14,17 194:18 207:17 210:2,20 211:2,18 216:6,19 217:1,3,9,13 220:7,16 225:1 231:17,18 232:1,8,17 244:2,12 245:12

**opened** 194:23 212:1 217:13,17 218:11 219:19 225:21

**opening** 127:25 162:1 217:21 225:4, 5,17,19 232:14 245:15,25 246:3,8

**opens** 130:9 131:7

**operate** 44:8 112:16 114:17,21 115:25 117:14 156:16,23 157:8,13 158:23 159:1 160:22 169:14 217:7 243:12,17 248:24 249:3 250:14,25

**operated** 149:7 151:23 161:3

**operates** 110:10 118:5

**operating** 110:23 111:14,15 112:22 113:14,15 115:15 116:6,8 117:7 118:14,19 159:20 160:18 169:4 171:6

**operation** 57:19 61:20 92:13 171:13

**operations** 138:4 171:25 221:3 222:10

**order** 13:1,12,16,21 14:10 76:22,23 84:23 127:22 128:14 132:11,13 133:17 134:3,11 135:22 136:19 138:8,20 139:1 159:5 164:10 173:9, 10 179:7 190:22 191:2,13 194:15 197:2 201:17 203:13 206:5 208:1 209:17,23 211:13,16 212:8 218:8,19 223:11 247:12

**ordered** 195:10 197:19

**ordering** 214:19

**OS** 46:5 52:11,13,14 62:5 128:25 129:5 163:1,2 176:22 178:14,15 185:6 186:12,15,19,23 195:10 224:10

**Oscar** 26:7

**OSS** 26:1,10,15 71:25

**outline** 105:6

**overhear** 14:7

**Owen** 12:23 143:7 220:20

**P**

**p.m.** 66:14 89:9 96:16,18 143:15,17, 19 175:9,11 200:2,4,6 230:24 231:1,3 254:4,6

**pacific** 167:7 168:5

**packed** 40:21

**paid** 97:24 98:2,10 99:18 100:17 226:5 227:6

**Panama** 154:14,18 155:3,10 156:2,3 163:4,6,9,11 164:22 166:23 167:8,10, 11 168:6,17 169:22 170:16,22 171:3, 4,21 172:2 228:16 229:3,10,11,13,14, 17,23,25 230:3

**panel** 109:17 111:18 112:4 248:17

**panels** 115:8

**paper** 104:7,12,23 105:2 237:4

**part** 15:25 16:1 63:20 64:2 74:24 79:2 114:20 180:7

**participate** 171:23

**participated** 171:12

**participating** 171:16

**partner** 253:13

**pass** 167:23

**passed** 179:6 205:23

**passport** 14:15,22

**past** 179:21

**pause** 146:6

**pay** 99:14 100:14 101:8,14

**paychecks** 96:25 97:17,20

**paying** 100:2,8 101:14 228:2

**payment** 97:22 98:5

**payments** 98:15

**pays** 100:25 101:2,6

**pen** 104:13

**pending** 12:6

**people** 28:3,6 37:5,6 55:13 70:19,21 71:7 72:4,17 74:9,13 106:8 128:21 160:25 161:2,4 197:16 210:16 243:12,13,16

**perform** 76:7

**performance** 44:13

**performed** 48:8 96:3 171:6

**period** 67:16 102:7 125:10 148:21 236:20

**person** 11:20 21:13,19 23:11 57:20 62:16 128:22,23 129:2 133:20,22 137:24 185:2,9 189:11 197:20 206:7 207:18 211:22,24,25 212:17 224:4,7 244:16,21,23 245:5 246:2,12 247:25

**personal** 192:15 242:10

**personally** 42:18

**Peter** 77:18

**Petitioner** 33:6,7 41:10 77:9 83:1,7 221:1,7 232:21 249:12

**Petitioners** 253:19

**phone** 238:10,11,12,13,16,20,24 239:1,4,6,12,19,21,23 240:7

**photo** 145:6,9 237:8

**photographs** 20:1 23:7

**physically** 111:17

**pick** 156:7 167:3

**picture** 237:16

**piece** 75:9 104:23 105:2 237:4

**pieces** 151:15

**pile** 145:3 183:9

**pillar** 111:25

**pillows** 51:5

**pilot** 95:13 141:10,11 166:22 173:8
176:4,5,12,14 186:20,23 195:12
197:12,16,17 208:21 224:10

**pin** 58:12 127:8,24 128:4,6,8 182:3,7
183:24 194:12

**pipe** 77:5 106:3 124:24 125:21
126:12,17

**pitching** 124:22

**place** 35:23 50:4,6 100:5 101:1
123:12 124:15 125:12 126:10,13
127:4,20 207:22

**places** 117:9

**plans** 241:2,7

**plate** 124:14 125:2,12,18,21 126:10,
13,18,20 181:7,8

**plates** 124:14

**pocket** 239:2

**point** 43:13 77:16 83:22 88:6 165:1
175:20 176:12 177:2,22 178:17
204:15 211:9 217:22 241:13

**pointing** 108:8 112:1

**pointy** 105:6

**policies** 36:1,20,24 76:6 102:4,6,11

**policy** 156:22 222:10

**port** 40:3 51:1,2,8,15 52:17 53:2
55:4,7 56:3,6,25 57:7,18,20,25 58:2,6
61:17 62:2,5 64:21 65:16,19 69:16
78:11,12 92:13 105:21 108:14,17,21
112:23 113:1,3,9,23 114:18 115:8,14
117:7,10 120:2,6,8,11 124:10 125:23
126:5,25 128:3,14 171:7 184:9,21
187:14 188:10,18 204:20 205:25
206:6 209:18 218:19 226:15,22
228:23 229:1,21 230:9 232:9,15

**portion** 35:3 42:19

**ports** 40:5 125:14

**portside** 50:24 112:24 113:6 118:12

**position** 49:13,24 57:17 58:7 67:24
85:3 132:8

**positioned** 49:16 52:19 53:3 138:3
188:11 191:16

**positions** 29:20

**post** 58:13 111:23

**power** 30:13,16,22 88:22,25 90:5
91:7,12,13,15 109:16 110:1,2,10,24
119:16,17 129:17,19 166:8 167:1
196:5,6,7 203:13 206:20,21,22 207:3,
4,6,8

**praying** 246:24

**pre-joining** 35:21,22 36:16 37:1

**predicate** 205:11

**predicated** 205:10

**prefer** 237:15

**preparation** 175:3

**preparations** 171:24

**prepare** 19:18,24 20:8 61:8 76:23
78:3,20 79:16 135:23

**prepared** 56:22 82:7 84:13 102:14
176:20

**preparing** 55:3 78:11 126:25 141:17
170:24 175:21 180:16

**present** 141:14

**preserve** 101:22 242:12

**press** 129:25 130:2,5 131:25 147:6,
10,13,15 218:22

**pressed** 163:16 218:18

**pressing** 139:4

**pressure** 130:9 134:12

**pretty** 121:25

**prevent** 124:6 125:16,24 127:16,25

**prevents** 125:2

**print** 144:11

**prior** 104:1 230:16

**private** 9:11 32:7 241:23 242:3

**privilege** 22:9 23:19 235:18,19,22

**problem** 15:18 75:19 79:13 97:9
106:16 137:16 142:12 163:5,8 165:7
168:17 169:21 170:15,21 171:2,20
176:25 192:15 237:16

**problems** 164:18 176:24

**procedure** 13:4 61:5 76:17 78:2,7
79:17 81:1 82:8 133:24,25 140:22
156:16 157:13,20 170:5,18,24 173:24
174:3,14,17,20 180:7 184:20 250:18,
22

**procedures** 36:1,20 44:8,14 45:2
76:6 102:4,6,12 169:24

**proceedings** 9:2 254:5

**process** 61:5

**produced** 13:17 220:10 232:19
249:11

**production** 12:10

**proper** 195:4

**properly** 52:7 132:12 164:14 239:25

**protect** 101:11

**protective** 13:1,12,16,21 14:10

**proved** 168:14

**pull** 41:6 77:17 119:20 208:9 216:15
231:5 232:23 249:7

**pulling** 246:7

**pump** 110:12,17,18 129:18 163:13,
15

**push** 131:6,18,24 134:1 135:10,23
136:17 140:19 141:3 145:25 146:19,
24 147:19 217:14 248:21

**pushed** 111:6 138:23 163:22 222:18

**pushing** 130:25 140:8

**put** 78:22 109:12 112:13 120:6 124:3
125:12,17 126:9,12 139:7,25 144:3,
12 145:2,3 150:12 154:14 183:9
186:19 250:3

**putting** 68:23

**Q**

**question** 11:9,11 12:6 18:12 19:1
22:11 23:3,25 26:12 28:15 32:2
33:23,24 36:14 41:22 47:12,13 53:22
54:17,18 59:9,16,17 64:25 65:2,3
73:1,13 80:1,5,7,8 81:5 93:22 94:6,
17,24 97:5 98:25 102:23 103:22
126:2,7 132:10 135:16 138:17 142:10
146:5,9 150:18 151:19,21 153:7,8,9
155:17 157:12 161:16 162:10 170:3,
11,13 173:21 174:3 177:14,17 183:12
184:17 187:11,12 189:12 199:1,6,17,
20 200:12,13,19,23 201:5 205:2,18
216:11 219:24 221:24 226:3,13
239:20,24 241:21 249:22,25 252:7

**questioned** 231:10

**questions** 10:11 11:7 32:15 33:1
59:14 63:20,23 64:2 70:1,2 78:24
80:2,14 150:20 154:4 155:15 199:9


Exhibit 7

231:15 240:24 242:4,7,11,15 243:4
248:6 249:16

**quick** 248:6

**quickly** 132:14 212:2 225:21

---

**R**

**R-A-J-U** 29:17

**radio** 196:19 204:5 214:16,25 215:8,
12

**raise** 21:7 128:15 139:6,19 148:23
209:19

**raising** 149:2

**Raju** 29:13,16

**ran** 217:17 219:19 225:18 244:25
245:8,9,11,14 246:6 247:25 248:1

**rank** 15:14 31:13

**ranks** 29:20

**rate** 26:11 99:14 100:14 101:14

**reach** 17:24 26:21 40:21,22 113:24
165:12,14 214:2 223:13

**reached** 40:14 225:9

**read** 13:11 42:15,16,19,22,23 43:15,
18,20,22,25 44:2,3 106:12,15,19,21
205:7,9 221:15,16 233:3,5 234:13
249:19,21,23

**ready** 49:6 52:3,4 55:11 58:8 78:10
81:2 92:11 94:12 104:15 147:7,8
179:20 180:10,18 229:7 249:14

**readying** 76:17

**real** 14:14

**realize** 196:1,4

**realized** 195:23 197:1

**reason** 101:18 167:4 192:3 203:14
223:7 224:8,13 228:15

**rebuke** 142:2,4

**recall** 151:22 240:18

**receive** 45:25 97:17,19 132:11,13

**received** 28:9 84:23 91:11 99:15
138:20 142:15,24,25 197:2 208:1
212:8 250:12

**receiving** 96:25

**recess** 96:15 143:16 200:3 230:25

**record** 9:4,14 34:12 35:3 63:18 80:12

96:14,18 143:15,19 152:4 200:2,6
202:16 223:5,23 230:24 231:3 237:3
250:4 254:4

**recorded** 204:6

**recording** 63:19

**recordings** 204:11

**records** 34:24 40:6 204:9

**rectangles** 105:10

**red** 180:11

**reduced** 87:3

**refer** 15:8,10,20

**reference** 17:3

**referred** 120:22

**referring** 21:8 31:4 34:23

**refusal** 240:23

**refusing** 18:11 23:2,24 24:2

**regard** 174:7

**regularly** 24:14,18

**regulations** 78:25 172:20,24 174:7

**Reisman** 10:3,5,16,25 11:3,5 13:3,
18 14:1,11,23 15:5 16:5,14,16 17:7
18:1,10,19,25 19:3 20:15 21:7,9
22:12,17,21 23:1,12,15,23 26:6,8,13,
24 27:6,7 28:5,13 29:1,18 32:9,16,23
33:3,13,17,25 34:6 36:4,7,13,18 38:4,
6,17,19 40:24 41:1,5,15,23 43:10,16,
19,21 44:1,6 48:5,13,20 51:18,20,22
53:6,11 54:15 56:11,14,16 57:4,24
58:3,15,19,23 59:3,7,15,21 60:2,6,10,
18,23 61:3,24 62:13 64:18,23 66:3,4
68:24 71:8 72:22 73:2,14,18,20
77:13,24 78:19 79:4,7,13,14,21
80:16,20,22,23 81:6,10,14,19,22,25
82:5,13,18 83:5,12,16,19,25 85:4,12,
15 86:16,17 92:20 93:2,11,16,21,23
94:18 95:8,16 96:1,11,19 97:2,9,16
98:13,18 100:7,13,15,19,21,24
101:23,24 102:21,24 103:1,4 104:18,
19,22 105:1 106:14,18 107:9,19,23
108:6,10,12,18,23 109:3,9,11,23,25
110:7 114:9,13,15 115:2,4,6,18,22
116:10,20,25 117:2 118:25 119:3,8
120:3,7,14,17,18 121:5 122:13,17,18,
24 123:1,5,19 124:1,20 125:1 127:9,
12,14 129:14,20 131:3 132:3 133:2
134:9,21 135:14,21 136:2,5,11,14,15
137:11,19 138:1,16 139:22 140:2
141:6 142:5,9,14,19,22 143:6,11,20
144:10,17 145:12,14 146:7,12,13
147:23 149:9,13,19 150:1,5,11,16,25

151:12,20 152:6,13,16,21,24 153:3,
15 154:2,5,16,19 155:12,19,20 156:6,
15,21 157:6,11,19 158:1,15,22
159:17,22 160:16 161:13,15 162:7,9
165:25 167:19,25 168:9,15 170:10,14
173:18 174:1,12,18 184:13,15 186:2,
5 187:5 188:15 190:14 191:5,7,14,21
192:12 193:8,16 194:3 195:1,6,9,17,
20,21 198:11,23 199:5,8,14,23 200:7
203:4,22 204:24 205:3,6,12,15,21
206:14,24 209:2 210:13 211:8 212:6
213:22 216:10,16,24 219:6,21,23
220:20,22 221:12 222:25 223:6
225:6,24 226:1,9,11 230:20 231:4,14,
21 232:6,22,24 233:2,7 234:19,22,25
235:8,13,17 236:1,8,11,16 237:6,9,
14,17 240:15 241:1,11 243:1,5 244:4
248:4 249:6,9,15,20 250:1,2,9,11
251:8 252:19 253:2,6,10,14,25

**related** 74:17

**release** 118:14 128:16 130:24
135:24 136:25 137:2 147:19 148:8,10
163:23 164:7,9 177:3 181:1 242:25

**released** 137:4 139:4 148:6 177:18,
25 178:18 180:25

**releases** 131:11

**releasing** 148:10 179:12

**relevant** 43:5 44:12

**relied** 165:15

**relieve** 134:3

**relieving** 38:22

**rely** 14:7

**remain** 228:4

**remember** 19:15 24:22,25 25:17
27:11,13 39:17,23,25 40:2,4,7,8,11
41:4 60:21 63:8 69:15,18 70:10,12,13
72:8,12,16 74:14 75:4,7 82:20 83:14
88:11,12,18,23,24 89:1 92:4 96:5
103:7,8,10,12,13,16,19,20,24 133:11,
12,13 149:4,11 152:2 153:23 154:13
164:20 167:21 168:1 171:9,11,15
175:23 176:4 178:6 195:25 202:9,15
204:3 206:1,4 229:13 230:15 233:21
237:24,25 238:7,8 251:24 252:5

**remind** 53:21 200:10

**remote** 112:14,15,16,25 113:8
115:21,23 116:1,6,7,9 117:8

**remotely** 14:3

**remove** 53:4,15 55:17 57:7,9 76:25
77:2,5 128:6 129:24 135:4 139:8,10,



20 140:1,3,6,18 141:2 215:16,19
218:23

**removed** 58:12 127:8 145:23
146:18,19 176:7 178:25 180:22 181:4
182:3,7 183:24 194:12 209:20

**removing** 57:15,16 128:7,8 140:9
180:11

**repair** 168:24 229:1

**repaired** 168:20,22 169:19

**repairs** 228:25

**repeat** 11:12 30:15 80:7,9 99:11
134:8 137:18 141:1 146:5,9 149:24
150:4 166:5 173:17,19,22 191:8
201:1 206:13 221:23 245:23

**repeatedly** 214:12,19

**repeating** 149:23

**rephrase** 11:12 201:1

**replace** 193:1

**report** 28:10 84:7 164:18,23 169:11
192:17

**reported** 39:1 45:3,5,6 151:9 165:7

**reporter** 9:15 11:17 14:18 48:2 53:21
66:1 73:17 98:22 99:4 137:9 145:2
198:17 241:24

**reporting** 207:17

**represent** 10:7 41:11 241:18

**represented** 12:22 21:23

**represents** 105:25

**request** 242:12

**required** 37:17

**requirement** 174:21,23

**reread** 136:13

**rescue** 219:20

**reserve** 12:15 240:17

**reserving** 12:16

**respect** 96:3 172:24 180:17

**response** 70:2 205:20 252:1

**responses** 12:11 240:20

**responsibilities** 43:3 44:23 45:14
68:17 74:15

**responsible** 52:1,9

**rest** 69:7,11 86:8 177:6 179:24

**resting** 50:20 86:9

**retained** 9:5

**return** 25:21 76:19

**reversed** 56:12

**review** 23:7 32:19,25 34:8

**reviewed** 19:23 20:1 34:16 41:24
70:5

**reviewing** 44:5,17 77:21 221:17
233:4

**reviews** 45:18

**revision** 41:13 77:12 220:24

**revolutions** 247:15

**riding** 119:19

**rig** 195:12

**rights** 12:17

**ring** 186:23

**risk** 96:2 171:5,12,16

**room** 13:5 75:24 92:24 93:8 165:23
166:18 229:9,21

**rope** 54:1 121:13 187:19

**ropes** 53:5,16 55:17 58:10 176:7
187:18 188:1

**rotated** 244:22,25 246:3

**rough** 105:6

**roughly** 203:10

**routine** 179:20

**rude** 15:9

**rules** 10:13 78:25 101:19 136:6,9
150:12 173:2,4

**run** 198:5,6,9,12,15,16 201:9 217:13
221:21 222:1 223:12 225:13 226:18

**running** 163:13,15 201:12 225:20
226:16

**runs** 121:21

**S**

**S-H-I-J-U** 213:1

**S-T-A-R-B-O-A-R-D** 107:12

**Sabhapathy** 27:1,3,6,8,15 39:10

**safe** 251:3

**safely** 44:8 53:16 223:20

**safety** 35:20 36:1,23 44:13 91:21
92:3,17 93:25 94:7,13 127:16 171:23
172:6,15 249:2 250:5,13 251:19,21
252:1,12,16

**sail** 172:3

**sailed** 228:18,22 242:21

**sailing** 19:9 31:15 68:5,8,10 87:5
95:10 175:15 176:3 230:5 238:2
242:18

**sails** 49:12 124:22

**salary** 101:3

**salvage** 219:4,8,13

**sand** 246:21

**Sara** 242:5

**sat** 63:14,22 234:8

**scared** 207:19

**schedule** 61:18 62:1,15 95:2,11,19

**school** 19:4

**scope** 107:16

**Scott** 10:10 31:5 194:14 207:25

**sea** 56:5,18 57:15 62:22,23 123:23
124:2,9,13 127:3 128:11 167:12,14
168:8 182:19 230:4

**search** 239:6

**seconds** 51:9,11,13,14 221:21
222:2,3,5,20 223:3

**section** 34:24 41:18 45:16 77:15,20
82:9 84:15 123:3

**secure** 53:17 54:1 57:15 123:20
182:19

**secured** 123:22 176:6 179:25

**securing** 56:5 123:25 186:13

**seek** 240:17

**segments** 10:24 58:22 150:4

**select** 129:2 248:19

**send** 197:18 207:18 211:22,23 240:8

**seniors** 143:3,4

**sense** 47:8,10 87:17,20,22

**separate** 111:18,22,23 113:8 182:18

**separately** 122:3

**serve** 45:20 46:1 48:9,21 186:8

**served** 46:8,14

www.LexitasLegal.com/Premier
Lexitas
Exhibit 7
888-267-1200    Index: removed–served

**service** 17:19,20,24 34:12,24 35:3

**serving** 49:3

**set** 52:2,7 62:1 84:3 111:6 145:23 146:20 147:9

**setup** 127:2 128:10 185:10

**shackle** 121:11 122:21,22 136:25 137:1 220:12,15,17 222:5

**shackles** 136:24 137:2,3 138:25 218:25 219:1,5,9,20 221:21 222:1,3, 19 223:3,21 226:22 227:4,5

**shackling** 136:20

**shaking** 228:9

**shared** 27:18

**sharp** 142:1,6

**she'll** 99:10,11

**Shiju** 212:18,19,21,22,24 213:25 214:6 217:19,22 218:1 223:12 224:25 225:7,14,16,17,19 228:12 231:24 232:14

**ship** 19:20 35:8,16,17,18 37:7 38:8, 11,16,18 40:10 41:12 42:9,13,19 44:9 45:16 46:9 48:25 49:12 50:14 53:4, 15,16 56:3,6,17,24 57:6,18 58:10 60:15 61:17,19 62:2,21 67:7,12 68:12 71:3 74:1,3,15,21 75:9,19 76:8,24 83:7 84:4,18 86:12,23 87:7,18 88:7 90:2 91:4,11,21 92:2,11 94:12 95:2, 11,14,18 97:22,24 102:10,12 103:21 105:6 106:5 118:10 119:15,16 120:24 123:22 124:2,21,22 125:8 128:11 132:12 133:9 141:17 155:21 156:12 157:1,2 163:6 164:17 166:23 169:17 175:15 176:8,20,23 179:10 182:13,17 183:15,20 184:5 185:14 186:7 187:7, 13 188:2,7 189:6,10 191:17 192:14, 21,24 193:1 194:9,13 195:22 196:1, 16,20 197:1 201:20 202:4 208:4,8,11 209:8,11 213:7,11,13,14,16 217:24 218:2,21 223:14 224:11,15,18,22 227:14,19,24 228:5,11,22 229:20 230:10 237:19 238:4 246:5 251:4

**ship's** 27:25 28:16 174:14,19 204:7 206:7 237:20

**ships** 34:25 37:5,15,22 118:17 125:6 242:21

**shoreside** 165:8

**short** 59:18 66:21,22,23 67:20,22,23 98:25 99:7 142:10 192:4 224:7

**short-handed** 193:3,9,21 224:6

**shortage** 45:23 66:20 192:8,10

**shorter** 10:23 58:21 59:14,16 150:3

**shots** 226:21

**shouting** 207:15

**show** 77:8 83:16 112:12 120:2 123:10,15 159:14,23 220:9,19 231:8 237:3

**showing** 119:4 123:6

**shown** 105:24 106:4

**shows** 250:7,8

**shutted** 88:5

**side** 105:15 107:14 108:7 118:3,11, 19 121:15,20 122:20 167:8,9 182:24 183:1,2 186:20 208:10 229:24 246:17,18

**Sierra** 26:7

**sign** 144:2,10 172:7,10,14 234:17,21, 23 235:4,9,25 236:2,17,19,20,21,23, 24 237:1,5 251:17

**signal** 151:14

**signature** 236:20

**signed** 237:4 251:20 252:16,22 253:17

**signing** 251:25

**signs** 172:11 252:2,12

**silly** 81:23

**silo** 242:4

**similar** 38:8 157:1

**simple** 99:1

**simply** 94:6 190:19

**simultaneous** 47:20 93:10 113:19 116:17 137:10 160:15 187:21 205:8 235:7

**single** 26:20 51:3

**sir** 14:16 41:17 44:10 45:8,11 48:4,7 56:23,24 62:4,17 63:2,11,13,16,24,25 64:5,7,10,11,14 65:6,7,9 67:15 68:14, 20 69:4,16,21,24 78:8 86:24 87:19 89:10 120:9,10,21 121:23 123:4 130:11 136:16 175:19 184:18,23,24 187:3,4 219:24 221:18 222:15 233:1 241:2,14,16 243:5,7 250:3 251:18 252:18,20 254:2

**sister** 37:22 38:10,16,18 157:2

**sit** 50:4,6,9,15 51:5 114:4

**sits** 51:21

**sitting** 21:11 92:25

**situation** 133:5 201:3 207:9,10 209:14 212:12 230:18

**skills** 104:16

**sleep** 86:7

**slided** 247:7

**slips** 184:10

**slow** 57:5 58:3,4 112:19 130:18

**slower** 16:17 86:19,20

**slowly** 106:22 130:13 147:14,16 245:24

**small** 50:2 124:21

**smaller** 125:5

**smoothly** 10:14 80:12

**sneaking** 125:17

**sort** 92:5

**sound** 196:11 237:21

**sounds** 87:7,23 88:1

**south** 15:24

**Southern** 16:1

**spacing** 118:13

**speak** 14:20 71:20 72:19 73:4,7 99:9

**speaking** 26:4 33:16 38:15 43:8 56:9 124:17 140:25 173:16

**speaks** 71:23

**specific** 30:11 37:2,6,9 75:4 152:18 156:22 173:1 174:9 185:15

**specifically** 34:23 77:14

**speed** 130:15,22,24 198:5,10

**spell** 16:6 29:2 106:11

**spelling** 17:1,5 29:15 106:22

**spells** 107:7

**spoke** 70:25 71:19,25 72:9,12

**spoon** 142:19

**spot** 203:2,6

**Spurling** 77:2 124:14 125:2,12 126:9,20 181:7

**squiggly** 105:25

**Sri** 39:2,14,16 73:5


Exhibit 7

**stamp** 34:22

**stand** 12:4 48:9,18 49:23 50:5,7 54:24 60:14 63:3 112:4,15,21,24 120:25 128:19 186:18,22 187:6,15 196:21 197:3 201:17,21,22 202:1 209:21 215:15,16,19 217:14

**standby** 48:12,15,17,24 49:4,8,15 50:1 52:24,25 133:22 140:6 203:20

**standing** 49:9,10,17 50:20 68:15 80:15 111:24 113:14,22 114:18 161:18 196:24 208:24 217:11 246:8

**starboard** 49:21 50:24 105:21 107:10 108:22 109:4 112:23,24 113:2,3,7,9,25 114:18 115:9,14 117:11 118:13 120:13,19 123:15,17 186:19 208:10 209:9,12

**start** 11:23 31:9,15 54:14,20 130:24 159:8 175:20 244:15 245:15 247:24 248:7,12,14,21,22 250:18

**started** 10:12 12:21 31:18,21 179:12 188:2 208:9,11 211:14,17 225:8,10, 20,22 227:12 232:1,8,9 244:12 245:2, 6,7,13,14 246:10,15 248:2

**starting** 227:9

**starts** 34:19 159:10 219:15

**state** 10:7 13:19 14:12 16:19 214:22

**statement** 233:18 234:4 252:22,25 253:2,17

**statements** 24:5

**states** 63:9 64:3 70:20 72:3,6 100:4 155:7,13,22 156:1,12 172:20 174:6 228:18,22 230:6 241:3,8

**States'** 172:24

**station** 55:16 58:9 135:6 176:7,13, 16,17 178:25 179:1 180:8 186:11,13, 14,22,25 187:7,9,10 188:23,24,25 194:5 197:17 213:6 214:1 223:13 226:5 232:16

**stay** 88:10 96:23 100:6 101:5,7 186:24 189:24 190:23,24 191:16 224:4,9

**stayed** 207:1

**staying** 17:16,22 18:13 68:21 100:4

**steer** 117:20

**steering** 117:17,19 118:5,20 158:24

**STENOGRAPHER** 18:24 33:15,19 54:7 57:1,22 66:2 114:11 131:22 185:25 198:7,19 213:19 241:25

**stenographic** 9:14

**step** 93:8 129:9,13,14,15 135:17 136:17 161:7,11 173:5,6

**step-by-step** 133:24 135:7

**steps** 114:2

**stern** 178:5 213:11,12

**stood** 67:17

**stool** 50:9,10,12 246:14

**stop** 10:19 11:3 88:1 94:13 104:18, 23,24 130:23 150:8,19 151:4 161:13 168:2 173:23 180:4 195:3 209:12 218:24

**stopped** 91:16,17 196:8,12

**stopper** 119:19,20,23,24,25 120:1,5, 6,8,13,20,25 121:16,21 123:9,15,17 127:8,11,15,18,22,24 128:4,9,16 129:25 134:4,12,15,23 139:6,7,8,11, 17,20,25 140:1,4,9,11,18 141:3 145:23 146:17 180:23,24,25 181:10, 12,15,16,17 182:8,21 183:13,16,18, 22,23,24 184:1,11 194:10,16 196:23 209:19 215:1,4,6,8,12,16,18,19,22 216:18

**store** 110:14,15,16

**stowaways** 125:14,24 126:3

**street** 16:12,22,23,24 17:4,6,14,15

**strike** 54:24 69:1 70:14 73:22 75:6 109:8 127:23 146:16 164:8

**stuck** 150:23 245:16,21 246:19

**subject** 99:1

**SUBRAMARIAN** 9:18

**Sue** 195:5,8

**suffered** 85:17

**suggest** 233:2

**SUJITHA** 9:18

**Sunil** 163:2,3 178:15,16,18,21 179:25 212:18

**supervise** 192:20

**supervisor** 45:10

**support** 30:6 216:14

**supported** 225:5

**supports** 184:11

**supposed** 172:10 186:8 218:17 219:1

**swear** 9:16

**switch** 129:17,18

**switched** 69:8

**sworn** 9:19,25

**Synergy** 12:10 28:19 31:10 32:6 36:1 41:12 76:5,16 84:14 98:6,17,20 100:19,25 101:2,4 220:23 222:9,16, 23

**Synergy's** 36:19 165:8

**system** 38:11 110:11 141:2 148:12, 13 157:1,3 182:23 204:9 209:1

**systems** 148:11

---

**T**

**T-H-A-T-T-A-R** 17:5

**T-U-T-I-C-O-R-I-N** 16:7

**tab** 33:11

**takes** 147:18 216:19 220:14

**taking** 11:17,18,19 57:14 58:11 68:22 69:7,11 86:8 115:19 131:1 143:10

**talk** 11:16,18 24:14,16,17,24 25:15 26:22 27:24 30:4,10,11 37:9 70:16, 18,20,21,22 71:7,14,17 72:2,3,6 74:20 75:3 82:19 90:1 94:3 104:5 127:10 180:14 181:10 240:22

**talked** 20:11 23:8 24:8,9,11,17,19 25:1,2,8,16,17,18,19,25 26:9,14,25 30:5,14,17 71:22 84:1 90:6,14 158:24 172:4 200:9 215:5

**talking** 11:23 145:18 162:2,5 174:13 186:6 188:5,19,20 189:18,20 195:3 200:16

**talks** 11:19 35:25 36:23

**tall** 50:8

**Tamil** 9:20,21 14:20 16:19 44:2 70:17,18,21,22,25 71:3,6,7,11,15,16, 17,20,21,22 72:1,2,5,6,7,10,13,19 73:4,7 99:9 106:25 110:9 114:16 129:16 167:20

**tank** 124:24

**tape** 160:14

**tasks** 76:14

**taught** 249:3

**team** 37:8 165:13 166:24 168:23 172:11 219:8,13,20 228:20 229:5

Exhibit 7

250:21 252:2,12

**tech** 33:11 74:25

**technical** 30:24 90:18 91:2 114:20 166:24 168:23

**telling** 69:17 108:25 109:2 126:5 157:9 161:10,23 174:16 188:21 189:21 196:20 226:2,13 235:13

**tells** 76:13 99:2 107:8 137:23

**tender** 241:13

**tension** 134:4 182:20

**term** 26:5

**terminology** 115:13

**terms** 12:25 13:15,21 14:9 204:12

**terrified** 207:20 228:9 246:24

**terrifying** 246:20

**testified** 10:1 236:25 252:11

**testify** 235:6,15

**testimony** 13:13 72:21 79:1 145:21 252:5

**text** 239:6 240:8

**Thattar** 16:12,23 17:14,15

**thing** 11:6 26:21 35:19 51:3 61:20 62:4 114:21,22 129:13 133:25 134:10 135:9,19,22 143:22 149:15 159:15 170:1 174:11,13 183:19 184:4,21 209:18 222:7

**things** 12:1 44:8 45:19 47:16 70:3 75:10 99:5 136:20 140:13 188:22 200:16 226:13 251:3

**thinks** 27:21

**Thoothukudi** 16:20

**thought** 27:9,16 28:17 30:2,8,21 46:25 47:1 91:4 253:10

**tied** 61:19 178:3

**time** 9:7 11:21 12:14,18 17:25 19:17 24:6,11,19 25:1,17 39:17,22,25 40:2 50:19 52:16 55:4,22 56:2,6 58:11 59:17,22 67:16 69:5,6,10 84:22 86:3 87:6 88:24 89:1,21 92:18 95:12,14,17 99:4 101:21 125:11 128:18 131:18 132:4,7,21,23 133:1 134:18 141:23 147:18 148:21 154:13 161:23 162:2, 15,20 166:25 168:16 169:21 170:15, 21 171:2,20 175:15,23 182:6 183:15 184:5 189:15 195:25 197:8,11 198:8, 9 200:15 202:22 203:23 205:23 206:1,4 207:11,12,23 208:5 209:11

212:7,12 214:4 216:12,17,19 218:10, 12 222:12 223:10,19 224:12,16,19,22 228:2,11 229:2,3 232:7,12,13,15 238:4,16 241:20 242:13 246:5,15 247:11,13,17

**timed** 75:7 132:19 147:17 222:12

**timeline** 204:12

**times** 53:18 55:25 60:7,13,19 61:2 75:3,4,13,14 103:3 141:23 149:2,5,6, 8 151:24 152:4 159:8,9 210:23 214:16

**timing** 95:15

**tip** 104:17

**titled** 41:18

**titles** 29:19

**today** 9:15 10:8,11 12:22 19:24 20:19 21:24 42:2 98:3,20 202:24 203:10 204:12 238:11 241:21 242:4,8 253:18

**today's** 9:6 144:3,12

**Todd** 241:22 242:3

**told** 12:24 38:24 49:23 63:17 65:8,11, 13 69:22 70:4 78:15 79:8,17 80:2 90:9 102:3,10 104:9 123:20 149:16 169:17 170:7 181:6 186:20 196:16 201:21,22,23 202:5,10 203:12,19 204:1,15,19 205:24 206:2 211:12,15, 18,21,22 215:3 219:4,8,20 222:4,6 224:14,21,25 229:8 231:16 234:7 240:3,10 242:19 252:8

**top** 43:1 49:18 129:18,22,23 181:14 217:24 221:7 227:9 247:3

**topic** 251:22

**Totally** 226:25

**touch** 182:4

**touched** 227:19

**touches** 181:15 220:5

**touching** 220:2

**trained** 172:19 248:24

**training** 45:25 61:7,14 142:16,23,25 250:4,13

**transcribed** 73:17

**transcript** 13:16 70:5,7 101:16 153:4 203:24

**translate** 9:20 34:1 107:5 129:16

**translated** 10:17 53:13

**translator** 99:8

**travel** 39:5

**treated** 12:25 13:13

**trial** 79:2 168:25

**trouble** 137:14 150:17 169:15 214:25 215:4,21,24,25 246:22

**true** 64:13 95:3 102:17 103:15 112:6 168:12,14

**truth** 65:8 69:22

**truthful** 64:8 65:5

**tug** 178:1,4 179:10 180:3 186:15,16

**tugboat** 177:11 179:7 180:12

**tugboats** 179:21

**tugs** 177:22

**turn** 117:22 122:22 159:3,4,7,9,10 160:19 208:8 209:9,12 210:5,9,15,19, 25 211:1 225:10 247:14 248:18

**turned** 161:5,17 162:23

**turning** 113:14 188:2,18 189:11 208:12

**turns** 159:4 210:23 211:5 225:17 231:17 244:20,22,24 246:1

**Tuticorin** 15:25 16:2,4,9,13,20,21

**tying** 50:14

**type** 234:4,11

**typed** 234:6,9,12

**typically** 70:16 191:15

---

**U**

**U.s** 99:23

**U.S.** 240:4,6

**Uh-huh** 122:5

**ultimately** 82:4

**uncluttered** 107:15

**understand** 11:8,10,13,24 26:6 31:7 46:19 47:14 54:8,18 55:5 57:2,23 58:16 90:23 91:1,9 94:4 96:24 97:14 102:5 103:22 107:19 111:2 114:12 122:11 131:5 136:22 144:23 145:7,21 150:23 153:12 170:3 173:3 175:1 177:12 183:5 187:11 191:6 199:18 200:22 201:4 219:7 250:24

**understanding** 14:4 95:19 99:5

Exhibit 7

114:10 155:16 169:7

**understands** 36:14 111:2

**understood** 74:6

**underway** 187:8

**Unintelligible** 57:3 58:14 86:15 114:8 191:4 198:18 219:10 248:15

**United** 63:9 64:3 100:4 155:7,13,22 156:1,12 172:20,23 174:6 228:18,22 230:6 241:3,8

**unreportable** 47:20 93:10 113:19 116:17 137:10 160:15 187:21 205:8 235:7

**uploaded** 236:5,9,14

**urgency** 95:22

**usual** 193:24

### V

**V-A-Z** 15:6,7,8

**Vaz** 9:13,24 15:1,2,3,4,6

**VDR** 204:7,11 218:7

**versus** 124:9 127:2 128:10

**vessel** 12:20 178:3 240:21

**vessels** 243:11

**video** 20:14,16,24 21:3,13,14,19 22:6 204:8 231:7

**videoconference** 23:6,14,16

**videos** 20:3

**Virginia** 154:10

**visited** 30:1

**Vitae** 32:7

### W

**W-I-N-D-L-A-S-S** 108:11

**wait** 11:21 19:15 33:23,24 41:21 67:11 87:15 145:10,11,13 237:9

**waited** 228:16

**waive** 235:22

**walk** 12:5 198:2,5,9,15

**walked** 250:17

**Walker** 73:16 194:24 195:2 236:4,9, 14 241:15,16 243:6,9,23 244:6,8,11 245:3 247:10,22

**walkie-talkie** 166:11,16 180:2 214:10

**wanted** 46:7,14 49:25 247:2

**washroom** 96:10

**waste** 200:15

**watch** 62:2,6,15 63:3,4 64:22 65:17, 21 66:6,24 67:2,18 68:4,7,9,11,16 69:9 85:8 86:1 128:20 175:2,5,10,22 193:11

**watch-keeping** 46:4

**watched** 20:3

**watches** 62:17

**watching** 14:2 65:18 231:7

**water** 12:4 124:7,22,23,25 125:3 164:1 173:14

**Waterfront** 9:10

**Weigel** 21:6,10 22:7

**weight** 183:13,25 184:2,3,5

**wheel** 117:18,20 118:5 148:13,14,18 158:25 159:5,12 161:5,17,22 162:23 196:24 210:6,9,15,19 225:20 227:16 246:3 247:15

**wheels** 118:22

**whistle** 237:21 238:1,7

**winch** 105:20,21 112:17,20 113:6,7 137:25 140:16,23 141:2,5,9,18 227:11,22

**winches** 105:16,18 107:13 118:17

**wind** 157:3 208:14

**winding** 180:1

**windlass** 44:20 51:2,8,15 104:10 108:5,14,15,17 109:4 110:23 111:4, 17,21 112:9,11 118:1 119:18 129:19 145:24 146:20 219:16

**windlasses** 104:14 113:2,3 118:4,23 197:14

**wire** 121:13

**wise** 24:14,16

**word** 31:2 36:9 106:10

**words** 186:21 233:13 234:9

**work** 24:14,16 37:23 38:24 61:18 62:1,15,25 63:5 69:3 74:1 75:1,15,16 92:13,15,17 96:22 101:20 143:3 154:22,24 164:3,12,23 165:3,5 166:9 169:25 193:12 230:8 243:16

**worked** 35:1,7 37:21 38:7 66:5 128:18 133:11 148:22 154:23 156:25 157:4 164:2 175:11,14,17 229:5,6,9, 16,17,21

**working** 26:20 31:9 85:7 97:24 158:3 167:7 169:12 175:3,18 210:2 212:15 217:1 218:17 222:18 223:20 229:10

**works** 99:12 132:11

**worried** 126:2

**worry** 28:11 80:4 116:16

**write** 106:10,12,15,19,22,25 107:1,3, 7,11,13 108:1,2,3,7 109:6 115:17 122:14 144:19 233:11,20 234:1,3

**writing** 107:11 122:14

**written** 13:22 24:4 76:6,13,17 156:16 157:13 233:17 250:18,22

**wrong** 56:10 76:3

**wrongful** 242:10

**wrote** 109:7 144:14 233:12 234:2

### Y

**year** 24:24 144:15 203:10

**years** 19:12 133:12 243:10

**yesterday** 20:12,13,23,25 21:1,15, 16,17,19 22:5 23:6,14,17

Exhibit 7