Exhibit 1

1

1              UNITED STATES DISTRICT COURT

2             FOR THE DISTRICT OF MARYLAND

3  In the Matter of the Petition of   )
                                      )
4  GRACE OCEAN PRIVATE LIMITED,       )
   as Owner of the M/V DALI,          )
5            and                      ) Civil Action No.
                                      ) 1:24-cv-00941
6  SYNERGY MARINE PTE LTD,            )
   as Manager of the MM/V DALI        )  REDACTED DOCUMENT
7                                     )
   for Exoneration from or Limitation )
8  of Liability                       )
   _____)

9

10

11      CONFIDENTIAL — PURSUANT TO PROTECTIVE ORDER

12            VIDEOTAPED DEPOSITION OF

13           CHANDRASHEKAR SABHAPATHY

14      Monday, February 17, 2025; 10:15 a.m. EST

15

16

17  Reported by:  Cindy L. Sebo, RMR, CRR, CLR, RPR,
    CCR, CSR, RSA, CA CSR 14409, NJ Certified CR
18  30XI0024460, NJ Certified RT 30XR00019500, NM CSR
    589, NY Realtime Court Reporter, NY Association
19  Certified Reporter, OR CSR 230105, TN CSR 998, TX
    CSR 12778, WA CSR 23005926, Remote Counsel
20  Reporter, LiveLitigation Authorized Reporter

21  Job No. 2025-973012

Exhibit 1

2

```
 1              Confidential Videotaped Deposition of

 2     CHANDRASHEKAR SABHAPATHY, held at the Baltimore

 3     Marriott Waterfront, 700 Aliceanna Street,

 4     Baltimore, Maryland 21202, before Cindy L. Sebo,

 5     Registered Merit Court Reporter, Certified

 6     Real-Time Reporter, Certified LiveNote Reporter,

 7     Registered Professional Reporter, Certified Court

 8     Reporter, Certified Shorthand Reporter, Real-Time

 9     Systems Administrator, California Shorthand

10     Reporter 14409, New Jersey Certified Court Reporter

11     30XI00244600, New Jersey Certified Realtime

12     Reporter 30XR00019500, New Mexico CSR 589, New York

13     Realtime Certified Reporter, New York Association

14     Certified Reporter, Oregon CSR 230105, Tennessee

15     CSR 998, Texas CSR 12778, Washington CSR 23005926,

16     Remote Counsel Reporter, LiveLitigation Authorized

17     Reporter and Notary Public, beginning at

18     approximately 10:15 a.m. EST, and when were present

19     on behalf of the respective parties:

20

21
```

Exhibit 1

3

         A P P E A R A N C E S:

Attorneys for the State of Maryland:

        LISKOW & LEWIS APLC

        DAVID L. REISMAN, ESQUIRE

        JESSIE ELIZABETH SHIFALO, ESQUIRE

        R. KEITH JARRETT, ESQUIRE

        Hancock Whitney Center

        701 Poydras Street, Suite 5000

        New Orleans, Louisiana 70139

        504.556.4016

        dreisman@liskow.com

        jshifalo@liskow.com

        rkjarrett@liskow.com

                -and-

        KELLEY DRYE & WARREN LLP

        ANDREW W. HOMER, ESQUIRE   (Via Zoom)

        888 Prospect Street, Suite 200

        La Jolla, California 92037

        858.795.0426

        ahomer@kelleydrye.com

Exhibit 1

```
                                                                    4
 1            A P P E A R A N C E S (Continued):

 2     Attorney for Various Baltimore:

 3          DICELLO LEVITT LLP

 4          DIANDRA "FU" DEBROSSE, ESQUIRE  (Via Zoom)

 5          505 20th Street North, 15th Floor

 6          Financial Center

 7          Birmingham, Alabama 35203

 8          205.305.3817

 9          fu@dicellolevitt.com

10                   -and-

11          DANIEL R. SCHWARTZ, ESQUIRE  (Via Zoom)

12          Ten North Dearborn Street, Sixth Floor

13          Chicago, Illinois 60602

14          312.214.7900

15          dschwartz@dicellolevitt.com

16                   -and-

17          SARA AGUIÑIGA, ESQUIRE  (Via Zoom)

18          801 17th Street, Northwest, Suite 430

19          Washington, D.C. 20006

20          202.975.2288

21          saguiniga@dicellolevitt.com
                                    (CONTINUES ON NEXT PG)
```

Exhibit 1

5

```
 1         A P P E A R A N C E S (Continued):

 2    Attorneys for Various Baltimore (Continued):

 3         SALTZ MONGELUZZI BENDESKY P.C.

 4         JEFFREY P. GOODMAN, ESQUIRE  (Via Zoom)

 5         One Liberty Place, 52nd Floor

 6         1650 Market Street

 7         Philadelphia, Pennsylvania 19103

 8         215.575.2970

 9         jgoodman@smbb.com

10

11    Attorneys for Ace American Insurance Company and
      Chubb:
12
           COZEN O'CONNOR
13
           DANIEL J. LUCCARO, ESQUIRE
14
           LAWRENCE F. WALKER, ESQUIRE  (Via Zoom)
15
           One Liberty Place
16
           1650 Market Street, Suite 2800
17
           Philadelphia, Pennsylvania 19103
18
           215.665.6968
19
           dluccaro@cozen.com
20
           lwalker@cozen.com
21
```

Exhibit 1

6

1          A P P E A R A N C E S (Continued):

2    Attorneys for American Publishing; Karen Austin;
     Charles Austin Jr.; R.E. West Inc.; R. Marine Motor
3    Yacht Sales PTY LTD; Captain C Logistics LLC;
     International Trading Solutions Inc.; Penn
4    Manufacturing Industries LLC; PMI ENG Exports
     Private TLD; and PMI Global Technologies:

5
          LOCHNER LAW FIRM, P.C.
6
          TODD D. LOCHNER, ESQUIRE  (Via Zoom)
7
          CHASE A. ESHELMAN, ESQUIRE
8
          Donner Building
9
          91 Main Street, 4th Floor
10
          Annapolis, Maryland 21401
11
          443.716.4400
12
          tlochner@boatinglaw.com
13
          ceshelman@boatinglaw.com
14
                    -and-
15
          PENCE LAW FIRM PLLC
16
          JASON P. FOSTER, ESQUIRE
17
          10 Hale Street, 4th Floor
18
          Charleston, West Virginia 25301
19
          jfoster@pencefirm.com
20

21

Exhibit 1

7

1          A P P E A R A N C E S (Continued):

2   Attorneys for R.E. West, Inc., E. Marine Motor
    Yacht Sales, Pty, Ltd., Captain C. Logistics, LLC,
3   American Publishing, LLC, B&R Construction
    Services, Inc., International Trading Solutions,
4   Inc., Penn Manufacturing Industries, LLC, PMI ENG
    Exports Private, Ltd., PMI Global Technologies,
5   PVT Ltd:

6          MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, LLC

7          ZACHARY HOWERTON, ESQUIRE

8          800 S. Gay Street, Suite 1100

9          Knoxville, Tennessee 37929

10         410.269.6620

11         zhowerton@milberg.com

12

13  Attorneys for Baltimore County:

14         GRANT & EISENHOFER P.A.

15         KEVIN W. BOYLE, ESQUIRE  (Via Zoom)

16         123 Justison Street, 7th Floor

17         Wilmington, Delaware 19801

18         302.622.7174

19         kboyle@gelaw.com

20

21

Exhibit 1

Case 1:24-cv-00941-JKB    Document 514-1    Filed 05/19/25    Page 9 of 352
Grace Ocean Private Limited and Synergy Marine Pte Ltd    Chandrasekar Sabhapathy
Confidential

8

1          A P P E A R A N C E S (Continued):

2    Attorneys for Brawner Builders and Zurich American
     Insurance Co.:

3

           WHITE AND WILLIAMS LLP

4

           CORAANN M. FOLEY, ESQUIRE   (Via Zoom)

5

           1650 Market Street

6

           One Liberty Place, Suite 1800=

7

           Philadelphia, Pennsylvania 19103

8

           215.864.6846

9

           foleyc@whiteandwilliams.com

10

11

     Attorneys for the Longshore Class Action: Gerald
12   Barney Thomas Crawley, Ryan Hale, Tulani Hasan,
     Donny Jackson, Alonzo Key, Charles Peacock,
13   Douglas Ramos, Damon Davis:

14         MURPHY FALCON MURPHY

15         RONALD E. RICHARDSON, ESQUIRE

16         1 South Street, Suite 3000

17         Baltimore, Maryland 21202

18         410.429.7413

19         ronald.richardson@murphyfalcon.com

20

21

Exhibit 1

9

```
 1          A P P E A R A N C E S (Continued):

 2    Attorneys for the Personal Injury of: Julio Adrian
      Cervantes, Estates of: Alejandro Hernandez Fuentes,
 3    Carlos Hernandez, Miguel Angel Luna:

 4          KREINDLER & KREINDLER LLP

 5          DANIEL O. ROSE, ESQUIRE

 6          KEVIN J. MAHONEY, ESQUIRE

 7          485 Lexington Avenue, 28th Floor

 8          New York, New York 10017

 9          212.973.3414

10          drose@kreindler.com

11          kmahoney@kreindler.com

12

13    Attorneys for Vessel Interests:

14          BLANK ROME LLP

15          WILLIAM R. BENNETT III, ESQUIRE

16          1271 Avenue of the Americas

17          New York, New York 10020

18          212.885.5152

19          william.bennett@blankrome.com

20                    -and-

21
```

Exhibit 1

10

```
 1        A P P E A R A N C E S (Continued):

 2    Attorneys for Vessel Interests (Continued):

 3        DUANE MORRIS LLP

 4        TRISTAN A. DIETRICK, ESQUIRE

 5        1201 Wills Street, Suite 330

 6        Baltimore, Maryland 21231-3805

 7        410.949.2949

 8        tdietrick@duanemorris.com

 9

10    Attorneys for Zim Integrated Shipping Services:

11        PALMER BIEZUP & HENDERSON LLP

12        KEVIN G. O'DONOVAN, ESQUIRE   (Via Zoom)

13        190 N. Independence Mall West

14        630 Race Street, Suite 401

15        Philadelphia, Pennsylvania 19106

16        215.625.7810

17        kodonovan@pbh.com

18

19

20

21
```

Exhibit 1

11

1         A P P E A R A N C E S (Continued):

2    Attorneys for the witness:

3         ABRAMS FENSTERMAN LLP

4         ROBERT ABRAMS, ESQUIRE

5         BRIAN T. MCCARTHY, ESQUIRE

6         3 Dakota Drive, Suite 300

7         Lake Success, New York 11042

8         516.328.2300

9         babrams@abramslaw.com

10        bmccarthy@abramslaw.com

11
     ALSO PRESENT:
12
          JASON LEVIN, Videographer
13
          BRYAN BELTRAN, Document technician
14        (Via Zoom)

15

16

17

18

19

20

21

Exhibit 1

12

1                              --oOo--

2                     INDEX OF EXAMINATION

3                  CHANDRASHEKAR SABHAPATHY

4        In Re: Grace Ocean Private Limited Litigation

5                  Monday, February 17, 2025

6                              --oOo--

7   EXAMINATION BY                               PAGE

8     Attorney Reisman                        17, 181

9     Attorney Rose                               290

10    Attorney Foster                             309

11

12

13

14  AFTERNOON SESSION                              181

15  CERTIFICATE OF REPORTER                        321

16  INSTRUCTIONS TO WITNESS                        322

17  ERRATA                                         323

18  ACKNOWLEDGMENT OF WITNESS                      325

19

20

21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

16

```
 1                --oOo--

 2          P R O C E E D I N G S

 3                --oOo--

 4                --oOo--

 5            Baltimore, Maryland

 6   Monday, February 17, 2025; 10:15 a.m. EST

 7                --oOo--

 8

 9        THE VIDEOGRAPHER:  We are now on

10   the record.

11        My name is Jason Levin.  I'm a

12   videographer retained by Lexitas.

13        Today's date is February 17th,

14   2025, and the time is 10:15 a.m.

15   Eastern.

16        This deposition is being held at

17   the Baltimore Marriott Waterfront, in

18   the matter of In re: Grace Ocean Private

19   Limited Litigation.

20        The deponent is

21   Chandrashekar Sabhapathy.
```

Exhibit 1

17

```
 1              All counsel will be noted on the

 2         stenographic record.

 3              The court reporter today is

 4         Cindy Sebo, and she will now swear in

 5         the witness.

 6                        --oOo--

 7              CHANDRASHEKAR SABHAPATHY,

 8    after having been first duly sworn under penalty

 9    of perjury by the certified stenographer to tell

10    the truth, the whole truth and nothing but the

11    truth, testified herein as follows:

12                        --oOo--

13              CERTIFIED STENOGRAPHER:   Thank

14         you.

15              The witness is sworn, Counsel.

16              ATTORNEY REISMAN:   Thank you.

17                        --oOo--

18    EXAMINATION BY COUNSEL FOR THE STATE OF MARYLAND

19                        --oOo--

20    BY ATTORNEY REISMAN:

21         Q.    Good morning, Captain.   My name is
```

Exhibit 1

18

1    David Reisman.

2          A.    Good morning.

3          Q.    I represent the State of Maryland.

4    We're here today to ask you some questions.  Give

5    you a few rules first.  I know your -- your

6    attorney has probably done some of that, but just

7    to make sure we're all on the same page.

8                    So first off, I'm going to ask

9    you questions throughout the day.  We're going to

10   be here for quite a while.  It's very important

11   that you understand my questions.  So if at any

12   time you don't hear it or understand it, I want

13   you to tell me that; and I will repeat it or

14   rephrase it so that you can understand it.

15                    Will you agree to do that?

16         A.    Yes.

17         Q.    Okay.  The other thing is, you have

18   to speak loudly and clearly.  We're sitting here;

19   I can see you and hear you, but you know there

20   are people that are on the video watching this.

21   They've got to be able to hear you as well.

Exhibit 1

Grace Ocean Private Limited and Synergy Marine PTE Ltd — Chandrasekar Sabhapathy
Confidential

19

```
 1                    The court reporter, who's the

 2   hardest-working person in the room -- she's got

 3   to take down everything that I say, your lawyer

 4   says, any of these other lawyers say and, most

 5   importantly, what you say.  So we need you to

 6   speak loudly and clearly.

 7                    Will you agree to do that?

 8       A.    Yes --

 9       Q.    Okay.

10       A.    -- I understand.  Yes.

11       Q.    The other thing is that it's

12   important, because she can only take down what

13   one of us says at a time -- if I'm talking and

14   you're talking, she can't record both of those

15   things --

16       A.    Okay.

17       Q.    -- so you need to wait until I finish

18   asking my question before you start your

19   answer --

20       A.    Um-hum.

21       Q.    -- and I will wait until you finish
```

Exhibit 1

20

1    your answer before I start asking my next

2    question.

3         A.    Understood, yeah.

4         Q.    Inevitably, we're going to talk over

5    each other at some point.

6         A.    Um-hum.

7         Q.    Maybe I think you've finished your

8    answer before you really have.  If that happens,

9    tell me that.

10        A.    Um-hum.  Okay.

11        Q.    I'm not -- I'm not trying to cut you

12   off.  I may have just thought you were finished.

13        A.    Um-hum.  Okay.

14        Q.    So if you're not finished answering,

15   you just tell me that --

16        A.    Um-hum.

17        Q.    -- and I will allow you to finish --

18        A.    Okay.

19        Q.    -- okay?

20        A.    I understand.

21        Q.    The other thing is, we're here;

Exhibit 1

21

1    everything we're saying is being taken down by

2    the court reporter, so when -- in a normal

3    conversation, if I ask you a question, you might

4    nod your head yes or shake your head no.  But the

5    court reporter's got to be able to get the words

6    for your answers.

7                        So I see you're nodding your

8    head --

9          A.    Okay.

10         Q.    -- that's fine.  That's fine, as long

11   as you also say your answer --

12         A.    Yes.

13         Q.    -- verbally.

14         A.    Okay.  I understand.

15         Q.    Okay.

16

17

18

19

20

21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2                    Why don't you go ahead and

3   state your full name for the record, please?

4        A.    Yeah.

5              My full name is Captain Chandrashekar

6   -- do you want me to spell out?

7        Q.    Yes, please.

8        A.    C-H-A-N-D-R-A-S-H-E-K-A-R.  My second

9   part is Sabhapathy.  That is S-A-B-H-A-P-A-T-H-Y.

10       Q.    I will probably refer to you

11  throughout the deposition today as "Captain."

12       A.    Okay.  Yeah.

13       Q.    You'll understand I'm referring to

14  you when I --

15       A.    Yes --

16       Q.    -- say that?

17       A.    -- yes, yes.

18

19

20

21

Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1

Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1



Exhibit 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 1



Exhibit 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 1



Exhibit 1



Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1

Exhibit 1