

**Long Island**
3 Dakota Drive, Suite 300
Lake Success, NY 11042
516.328.2300 | **P**

Long Island · Brooklyn · White Plains · Rochester · Albany

Brian Thomas McCarthy
Partner
bmccarthy@abramslaw.com

March 10, 2025

_**Via Electronic Mail**_

Liskow & Lewis, APLC
Hancock Whitney Center
701 Poydras Street, Suite 5000
New Orleans, LA 70139

Attn:   David L. Reisman, Esq.

Re:     **In Re: Grace Ocean Private Limited**
        **District of Maryland Index No. 1:24-cv-00941 (JKB)**

Dear David,

We write on behalf of our client, Captain Sabhapathy Chandrashekar, the former Master of the M/V DALI, in response to the receipt of his deposition transcript in the above referenced action.

Prior to the deposition, we designated the entire deposition to be confidential pursuant to the terms of the Second Amended Protective Order, ECF Docket Entry No. 474. No counsel present for the deposition objected to that designation on the record.

We take this opportunity to confirm that Captain Chandrashekar designates the following portions of this deposition transcript as confidential:
Page 13 (Line 1) to Page 15 (line 16)
Page 21 (line  16) to Page 26 (line 1)
Page 26 (line 18) to the end of the deposition transcript
The Index of the Transcript and any documents related to the transcript created by Lexitas.

Thank you.

Sincerely yours,

Brian Thomas McCarthy

Exhibit 2

March 10, 2025
Page 2


Cc:    All Counsel of Record
       (via Electronic Mail)

Exhibit 2