Exhibit 3

1

1        IN THE UNITED STATES DISTRICT COURT
           FOR THE DISTRICT OF MARYLAND
2                NORTHERN DIVISION
                    -   -   -
3

4    IN THE MATTER OF THE   :   CIVIL NO.
     PETITION OF            :   24-00941-JKB
                           :
5    GRACE OCEAN PRIVATE    :   IN ADMIRALTY
     LIMITED, as Owner of   :
6    the M/V DALI and       :   REDACTED DOCUMENT
     SYNERGY MARINE PTE     :
7    LTD, as Manager of the :
     M/V DALI,              :
8                           :
     For Exoneration from   :
9    or Limitation of       :
     Liability              :

10                   HIGHLY CONFIDENTIAL

11                      -   -   -

12                  February 18, 2025

13                      -   -   -

14

15            Videotaped deposition of
     KARTHIKEYAN DEENADAYALAN, taken pursuant
16   to notice, was held at the Baltimore
     Marriott Waterfront, 700 Aliceanna
17   Street, Baltimore, Maryland, beginning at
     10:01 a.m., on the above date, before
18   Michelle L. Ridgway, a Registered
     Professional Reporter, Certified
19   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.

20                      -   -   -

21

Exhibit 3

Case 1:24-cv-00941-JKB   Document 51-3   Filed 05/19/25   Page 3 of 294
Grace Ocean Private Limited and Synergy Marine Pte Ltd   Karthikeyan Deenadayalan
Highly Confidential

2

```
 1    APPEARANCES:

 2

      LISKOW & LEWIS, APLC
 3    BY:  R. KEITH JARRETT, ESQ.
      BY:  DAVID L. REISMAN, ESQ.
 4    BY:  JESSIE ELIZABETH SHIFALO, ESQ.
      (In person)
 5    Hancock Whitney Center
      701 Poydras Street, Suite 5000
 6    New Orleans, Louisiana 70139
      504.581.7979
 7    rkjarrett@liskow.com
      dreisman@liskow.com
 8    jshifalo@liskow.com
      Representing the State of Maryland

 9

10    DICELLO LEVITT, LLP
      BY:  SARA AGUIÑIGA, ESQ.
11    (In person)
      BY:  DIANDRA FU DEBROSSE, ESQ.
12    (Zoom)
      801 17th Street, NW, Suite 430
13    Washington, D.C. 20006
      202.975.2288
14    saguiniga@dicellolevitt.com
      fu@dicellolevitt.com

15
          - and -

16
      SALTZ MONGELUZZI BENDESKY
17    BY:  JEFFREY P. GOODMAN, ESQ.
      (Zoom)
18    One Liberty Place
      52nd Floor
19    1650 Market Street
      Philadelphia, PA 19103
20    267.459.3636
      jgoodman@smbb.com
21    Representing Various Baltimore
```

Exhibit 3

3

```
1    APPEARANCES:  (Cont'd.)

2

     CESAR ORNELAS
3    BY:  JonCarlo SERNA, ESQ.
     (Zoom)
4    14607 San Pedro Ave
     Suite 200
5    San Antonio, Texas 78232
     210.957.2103
6    Jcserna@oinjurylaw.com
     Representing Jeffrey D Katz,
7    Bertalia V. M. Funez,
     Estates of Maynor Yasi Sandoval and
8    Maynor Susso Sandoval

9

     COZEN O'CONNOR
10   BY:  ROBERT W. PHELAN, ESQ.
     (In person)
11   3 WTC
     175 Greenwich Street
12   55th Floor
     New York, New York 10007
13   212.509.9400
     rphelan@cozen.com
14

        - and -
15

     COZEN O'CONNOR
16   BY:  LAWRENCE F. WALKER, ESQ
     (Zoom)
17   One Liberty Place
     1650 Market Street
18   Suite 2800
     Philadelphia, Pennsylvania 19103
19   215.665.2000
     lwalker@cozen.com
20   Representing the Defendant, Ace
     American Insurance Company and Chubb

21
```

Exhibit 3

4

```
1    APPEARANCES:  (Cont'd.)


2

     GRANT & EISENHOFER, P.C.
3    BY:  KEVIN W. BOYLE, ESQ.
     (Zoom)
4    123 Justison Street
     7th Floor
5    Wilmington, Delaware 19801
     302.622.7000
6    Kboyle@gelaw.com
     Representing Baltimore County
7

8    BECKMAN MARDER HOPPER MALARKEY &
     PERLIN
9    BY:  PAUL D. BEKMAN, ESQ.
     (Zoom)
10   1829 Reisterstown Road
     Suite 200
11   Baltimore, Maryland 21208
     410.539.6633
12   Bekman@mdtrialfirm.com
     Representing the Baltimore County
13   Estates of Maynor Suazo Sandoval,
     Miguel Angel Luna, David Yasir Suazo
14   Posadas, Sara Veraly Luna Rauda,
     Rudy Osvaldo Luna Rauda
15

16   LIANG & MOONEY, LLC
     BY:  SHANSHAN "SHANNON" LIANG, ESQ.
17   (Zoom)
     2104 Delta Way, Suite 1
18   Tallahassee, Florida 32303
     305.290.5803
19   Sliang@customscourt.com
     Representing Wisconsin Spice Inc.
20


21
```

Exhibit 3

Case 1:24-cv-00941-JKB   Document 514-3   Filed 05/19/25   Page 6 of 294
Grace Ocean Private Limited and Synergy Marine Pte Ltd            Karthikeyan Oorala vayalan
Highly Confidential

5

```
1   APPEARANCES:  (Cont'd.)

2

    BLANK ROME, LLP
3   BY:  WILLIAM R. BENNETT, III, ESQ.
    (In person)
4   BY:  THOMAS H. BELKNAP, JR., ESQ.
    (Zoom)
5   1271 Avenue of the Americas
    New York, New York 10020
6   212.885.5000
    william.bennett@blankrome.com
7   thomas.belknap@blankrome.com
    Representing the Vessel Interests
8

9   DUANE MORRIS, LLP
    BY:  TRISTAN A. DIETRICK, ESQ.
10  (In person)
    1201 Wills Street, Suite 330
11  Baltimore, Maryland 21231
    410.949.2949
12  Tdietrick@duanemorris.com
    Representing the Vessel Interests
13

14  WHITE and WILLIAMS LLP
    BY:  CoraAnn M. FOLEY, ESQ.
15  (Zoom)
    1650 Market Street
16  One Liberty Place
    Suite 1800
17  Philadelphia, Pennsylvania 19103
    215.864.7000
18  Foleyc@whiteandwilliams.com
    Representing Zurich American
19  Insurance Company and Brawner
    Builders Inc.
20

21
```

Exhibit 3

```
 1    APPEARANCES:  (Cont'd.)

 2

      TROUTMAN PEPPER LOCKE
 3    BY:  MATTHEW J. GRIFFIN, ESQ.
      (Zoom)
 4    401 9th Street, NW
      Suite 1000
 5    Washington, D.C.  20004
      202.274.2950
 6    Matthew.griffin@troutman.com
      Markel Syndicate Management Limited,
 7    Liberty Mutual Insurance Europe SE,
      QBE Corporate Limited, Munich Re
 8    Syndicate Limited, AXA XL
      Underwriting Agencies Limited,
 9    Evanston Insurance Company, and
      Canopius Corporate Capital Ltd.
10

11    LYONS & FLOOD, LLP
      BY:  EDWARD P. FLOOD, ESQ.
12    BY:  JON WERNER, ESQ.
      (Zoom)
13    The Towers
      Suite 206
14    111 Great Neck Road
      Great Neck, New York 11021
15    212.594.2400
      eflood@lyons-flood.com
16    jwerner@lyons-flood.com
      Representing MSC Mediterranean
17    Shipping Company S.A.

18

19

20

21
```

Exhibit 3

7

APPEARANCES:  (Cont'd.)


PENCE LAW FIRM, PLLC
BY:  JASON P. FOSTER, ESQ.
(In person)
10 Hale Street, 4th Floor
Charleston, WV 25301
304.345.7250
Jfoster@pencefirm.com

    - and -

LOCHNER LAW FIRM, P.C.
BY:  TODD LOCHNER, ESQ.
(Zoom)
7076 Bembe Beach Road
Suite 201 Mailbox 6
Annapolis, Maryland 21403
443.716.4400
Tlochner@lochnerlawfirm.com
Penn Manufacturing Industries LLC,
PMI Global Technologies PVT LTD,
PMI EMG Exports Private TLD,
American Publishing, LLC,
Karen Austin, Charles Austin, Jr.,
R.E. West Inc., International
Trading Solutions, Inc.,
Captain C. Logistics, LLC,
B&R Construction Services, Inc.
E. Marine Motor Yacht Sales PTY Ltd.
Captain C. Logistics, LLC

Exhibit 3

Case 1:24-cv-00941-JKB   Document 514-3   Filed 05/19/25   Page 9 of 294
Grace Ocean Private Limited and Synergy Marine Pte Ltd   Karthikeyan Deenadayalan
Highly Confidential

8

```
 1    APPEARANCES:  (Cont'd.)


 2


      MURPHY FALCON MURPHY
 3    BY:  RONALD E. RICHARDSON, ESQ.
      One South Street
 4    30th Floor
      Baltimore, Maryland 21202
 5    800.277.0150
      ronald.richardson@murphyfalcon.com
 6    Representing Longshore Class Action,
      Gerald Barney, Thomas Crawley, Ryan
 7    Hale, Tulani Hasan, Donny Jackson,
      Alonzo Key, Charles Peacock, Douglas
 8    Ramos, Damon Davis


 9


      MILBERG COLEMAN BRYSON PHILLIPS
10    GROSSMAN, LLC
      BY:  ZACHARY HOWERTON, ESQ.
11    (In person)
      223 Duke of Gloucester Street
12    Annapolis, Maryland 21401
      410.269.6620
13    zhowerton@milberg.com
      Representing R.E. West, Inc., E.
14    Marine Motor Yacht Sales, Pty, Ltd.,
      Captain C. Logistics, LLC, American
15    Publishing, LLC, B&R Construction
      Services, Inc., International
16    Trading Solutions, Inc., Penn
      Manufacturing Industries, LLC, PMI
17    ENG Exports Private, Ltd., PMI
      Global Technologies, PVT LTD

18


19


20


21
```

Exhibit 3

9

1    APPEARANCES:  (Cont'd.)


2


     KREINDLER & KREINDLER, LLP
3    BY:  KEVIN J. MAHONEY, ESQ.
     BY:  DANIEL O. ROSE, ESQ.
4    (In person)
     485 Lexington Avenue
5    New York, New York 10018
     212.973.3490
6    Kmahoney@kreindler.com
     Drose@kreindler.com
7    Representing Julio Adrian Cervantes,
     Estates of: Alejandro Hernandez
8    Fuentes, Carlos Hernandez, Miguel
     Angel Luna

9


10   ZUCKERMAN SPAEDER LLP
     BY:  GREGG L. BERNSTEIN, ESQ.
11   BY:  JOHN J. CONNOLLY, ESQ.
     (In person)
12   100 East Pratt Street
     Suite 2440
13   Baltimore, Maryland 21202
     410.332.0444
14   gbernstein@zuckerman.com
     jconnolly@zuckerman.com
15   Representing the Witness, Chief
     Karthikeyan Deenadayalan

16


17


18


19


20


21

Exhibit 3

```
                                                              10
  1    ADDITIONAL APPEARANCES:


  2



  3    VIDEOTAPE TECHNICIAN:
            Jason Levin - Lexitas
  4



  5
       ALSO PRESENT:
  6        Aydaline Garcia
           (Zoom Monitor/Document Tech)
  7        (Lexitas)


  8


  9              -  -  -

 10


 11


 12


 13


 14


 15


 16


 17


 18


 19


 20


 21
```

Exhibit 3

11

```
1                       -  -  -

2                    I N D E X

3                      -  -  -

4
    Testimony of:
5

6              KARTHIKEYAN DEENADAYALAN

7        By Mr. Jarrett              16

8        By Mr. Foster              258

9

10

11                    -  -  -

12

13

14

15

16

17

18

19

20

21
```

Exhibit 3

12

1                    -  -  -

2               E X H I B I T S

3                    -  -  -

4

5   NO.             DESCRIPTION              PAGE

6   Exhibit 9       Synergy Maritime        25
                    Curriculum Vitae
7                   Petitioner 0031441-43

8   Exhibit 10      Chief Engineer's        35
                    Handing Over Notes
9                   Petitioner 0025262-79

10  Exhibit 11      Appendix A to           43
                    Synergy's Response
11
    Exhibit 12      Diagram
12                  Electric Power System 70

13  Exhibit 13      Chapter:  02            110
                    Engine Room Watchkeeping
14                  Petitioner 0013497-58

15  Exhibit 14      Departure Checklist     122
                    Engine
16                  Petitioner 0021728

17  Exhibit 15      M/V Dali ACONIS Data    126

18
    Exhibit 16      Excerpt from NTSB       134
19                  Preliminary Report

20

21

Exhibit 3

13

```
 1                    -  -  -

 2          E X H I B I T S   (Cont'd.)

 3                    -  -  -

 4


 5    NO.           DESCRIPTION            PAGE

 6    Exhibit 17    Chapter:  05A         154
                    Response Measures
 7                  Petitioner-0013173-209

 8    Exhibit 18    E-mail Thread         178
                    4/16/21
 9                  Petitioner-0192710-12

10    Exhibit 19    NTSB Engineering      182
                    Group Record of
11                  Electrical Testing
                    9/11/24
12
      Exhibit 20    Job Details           230
13                  Checklist
                    Petitioner-0289013-14
14
      Exhibit 21    Job Details           234
15                  Checklist
                    Petitioner-0289002-04
16
      Exhibit 22    Certificate of        244
17                  Proficiency
                    Petitioner-0018010
18

19                    -  -  -

20

21
```

Exhibit 3

Grace Ocean Private Limited and Synergy Marine PTE Ltd.                    Karthikeyan Deenadayalan
Highly Confidential

14

```
 1                          -   -   -

 2                 DEPOSITION SUPPORT INDEX

 3                          -   -   -

 4

 5     Direction to Witness Not to Answer

 6     PAGE    LINE   PAGE LINE     PAGE LINE
       None.
 7

 8     Request for Production of Documents

 9     PAGE    LINE   PAGE LINE     PAGE LINE
       None.
10

11     Stipulations

12     PAGE    LINE   PAGE LINE     PAGE LINE
       None.
13

14     Questions Marked

15     PAGE    LINE   PAGE LINE     PAGE LINE
       None.
16

17

18

19

20

21
```

Exhibit 3

15

```
 1            -  -  -

 2        THE VIDEOGRAPHER:  We are

 3   now on the record.

 4        My name is Jason Levin.

 5   I'm the videographer retained by

 6   Lexitas.

 7        Today's date is

 8   February 18, 2025, and the time

 9   is 10:01 a.m. Eastern.

10        This deposition is being

11   held at the Baltimore Marriott

12   Waterfront, in the matter of In

13   re Grace Ocean Private Limited

14   Litigation.

15        The deponent is

16   Karthikeyan Deenadayalan.

17        All counsel will be noted

18   on the stenographic record.

19        The court reporter is

20   Michelle Ridgway, and she will

21   swear in the witness.
```

Exhibit 3

Grace Ocean Private Limited and Synergy Marine PTE Ltd.                    Karthikeyan Deenadayalan
Highly Confidential

16

1                    -  -  -

2          ... KARTHIKEYAN DEENADAYALAN,

3    having been first duly sworn, was

4    examined and testified as follows:

5                    -  -  -

6                    EXAMINATION

7                    -  -  -

8    BY MR. JARRETT:

9          Q.    Good morning, Chief

10   Engineer Deenadayalan.  Is that correct?

11         A.    That's correct.

12         Q.    So I'm going to have you

13   state your name for the record, please,

14   and would you please spell it for the

15   court reporter.

16         A.    K-A-R-T-H-I-K-E-Y-A-N,

17   D-E-E-N-A-D-A-Y-A-L-A-N.

18         Q.    Thank you -- thank you,

19   Chief.

20              Before the deposition I

21   mentioned to you that I would be calling

Exhibit 3

17

1    you "Chief" today because it's easier

2    for me than your name, which is

3    difficult for me.  Is that okay with

4    you?

5          A.    Yes, sir.

6          Q.    I don't mean any disrespect

7    by that, please.

8          A.    Yes, sir.

9          Q.    So have you given a

10   deposition before?

11         A.    No.

12         Q.    All right.  I'm sure you've

13   been advised about what the process is

14   like, but I will ask you a series of

15   questions today, you'll give me your

16   answers.

17              Do you understand that

18   you're under oath today, just as if you

19   were in front of a judge and a jury?

20         A.    Yes, sir.

21         Q.    And could you -- if you --

Exhibit 3

Grace Ocean Private Limited and Synergy Marine PTE Ltd            Karthikeyan Deenadayalan
Highly Confidential

18

```
 1     need to state your answers out loud.

 2     You understand that?

 3            A.    Yes, sir.

 4            Q.    And if I state a question

 5     that you do not understand, please ask

 6     me to rephrase it.  Will you do that?

 7            A.    Yes, sir.

 8            Q.    Okay.  Can you tell me how

 9     old you are, Chief?

10            A.    I'm 44 now.

11            Q.    44?

12            A.    Yeah.

13            Q.    At the time --

14                  MR. BERNSTEIN:  Keith,

15            could we perhaps put the stip --

16                  MR. JARRETT:  Oh, of

17            course.  We just talked about

18            that, and I forgot it already.

19                  MR. BERNSTEIN:  Oh, no.

20            It's not a problem.  No problem

21            at all.
```

Exhibit 3

Case 1:24-cv-00941-JKB   Document 514-3   Filed 05/19/25   Page 20 of 294
Grace Ocean Private Limited and Synergy Marine PTE Ltd.      Karthikeyan Deenadayalan
Highly Confidential

19

1          MR. JARRETT:   As a

2     reminder to those who are

3     listening in, this deposition is

4     being deemed confidential by

5     Mr. Bernstein and the witness,

6     and people should treat it in

7     accordance with the

8     confidentiality order that has

9     been entered by Judge Bredar.  I

10    think Mr. Bernstein would like

11    to make a statement about that.

12         MR. BERNSTEIN:  I would.

13         Gregg Bernstein, on behalf

14    of the deponent, along with my

15    partner John Connolly.

16         We believe that the second

17    amended protective order signed

18    by Judge Bredar on February 3rd

19    of this year, that's ECF

20    Number 474, applies to this

21    deposition.

Exhibit 3

Case 1:24-cv-00941-JKB   Document 514-3   Filed 05/19/25   Page 21 of 294
Grace Ocean Private Limited and Synergy Marine PTE Ltd          Karthikeyan Deenadayalan
Highly Confidential

20

1        The deponent,

2    Mr. Deenadayalan, is a

3    designated party as that term is

4    defined in Paragraph 1J.  And as

5    a designated party, we are

6    designating the deposition and

7    its contents as confidential

8    pursuant to Paragraph 5 of the

9    protective order.

10        And so, therefore,

11    pursuant to Paragraph 3 of the

12    protective order, this

13    deposition and its contents may

14    only be used for the purpose of

15    this action and may not be

16    disclosed -- disclosure is

17    defined in Paragraph 1G of the

18    protective order -- may not be

19    disclosed to anyone other than

20    those individuals identified in

21    Paragraph 4 of the protective

Exhibit 3

Case 1:24-cv-00941-JKB    Document 514-3    Filed 05/19/25    Page 22 of 294
Grace Ocean Private Limited and Synergy Marine PTE Ltd    Karthikeyan Velmurugan
Highly Confidential

21

1    order.

2        The provisions of the

3    protective order apply not only

4    to those individuals personally

5    attending this deposition but

6    also to anyone who has access to

7    the link to the deposition and

8    may be observing or listening.

9        Only individuals described

10   in Paragraph 4 of the protective

11   order are permitted to listen to

12   this deposition, and, as you

13   guys did yesterday, we would

14   finally ask that anyone who may

15   be listening on the link to send

16   an e-mail to Mr. Reisman, or

17   Keith, to you, and to

18   Mr. Bennett on behalf of

19   Synergy, indicating that they

20   are participating and

21   acknowledge.

Exhibit 3

22

1                MR. JARRETT:   Thank you,

2        Mr. Bernstein.   So noted.

3   BY MR. JARRETT:

4        Q.    Chief, I have been asked by

5   others who, at the end of the table, to

6   ask you to speak a little louder.

7        A.    Yeah.

8        Q.    Because they have a

9   difficulty hearing.   So would you

10  please, when you answer my questions,

11  please project, if you would.

12       A.    Okay.

13       Q.    So is it -- I asked you how

14  old you were, Chief.

15             How old were you at the

16  time of the -- of March of last year?

17  In March of 2024, how old were you?

18

19

20

21

Exhibit 3

```
 1              MR. BERNSTEIN:  Chief, you

 2        may answer that question:  How

 3        old were you last March?

 4              THE WITNESS:  One month --

 5        something.

 6              MR. BERNSTEIN:  No.  How

 7        old were you.

 8              THE WITNESS:  I was 43.

 9   BY MR. JARRETT:

10        Q.    43.  Thank you, sir.

11              And at that time, in March

12   of 2024, were you serving as the chief

13   engineer aboard the Motor Vessel Dali?

14        A.    Yes, sir.

15              MR. BERNSTEIN:  Go ahead.

16   BY MR. JARRETT:

17

18

19

20

21
```

Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21

Exhibit 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3



Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3

Exhibit 3