

Exhibit 10

<pre>
                                                              1

  1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
  2                   NORTHERN DIVISION

  3           Civil Action No. 24-00941-JKB

  4    IN THE MATTER OF
       THE PETITION OF
  5

  6    GRACE OCEAN PRIVATE LIMITED,
       as Owner of the M/V DALI and
  7    SYNERGY MARINE PTE LTD, as
       Manager of the M/V DALI,
  8
       For Exoneration from or
  9    Limitation of Liability

 10
             _____/
 11

 12

 13

 14                    DEPOSITION OF
           STEPHEN FERNANDO KWINTEEN JAYAKUMAR
               CONFIDENTIAL - ATTORNEYS' EYES ONLY
 15
                 Wednesday, March 12, 2025
 16               9:04 a.m. - 2:56 p.m.

 17

 18                   Marriott Waterfront
                    700 Aliceanna Street
                 Baltimore, Maryland 21202
 19

 20                  REDACTED DOCUMENT

 21

 22
                Stenographically reported by:
 23       Erica Field, RDR, CRR, CA-CSR, TX-CSR,
         GA-CSR, WA-CSR, NM-CCR, IL-CSR, NJ-CCR,
 24       FL-FPR, OR-CSR, NY Notary, FL Notary,
                  AK Notary, DC Notary
 25               Job No. 976008
</pre>

Exhibit 10

2

1        REALTIME VIDEOTAPED STENOGRAPHIC

2    DEPOSITION of STEPHEN FERNANDO KWINTEEN

3    JAYAKUMAR, taken in the above-entitled

4    matter before ERICA FIELD, RDR, CRR,

5    California Certified Shorthand Reporter

6    (License No. 14515), Texas Certified

7    Shorthand Reporter (License No. 12724),

8    Oregon Certified Shorthand Reporter (License

9    No. 240103), New Jersey Certified Court

10   Reporter (License No. 30XI00244800), New

11   Mexico Certified Court Reporter (License No.

12   575), Washington Certified Shorthand

13   Reporter (License No. 22020479), Illinois

14   Certified Shorthand Reporter (License No.

15   084004952), Georgia Certified Court Reporter

16   (License No. 5338-8044-2296-7296), Florida

17   Professional Reporter (License No. 1109),

18   New York Notary, Florida Notary, Alaska

19   Notary, DC Notary taken at Marriott

20   Waterfront, 700 Aliceanna Street, Baltimore,

21   Maryland 21202 on Wednesday, March 12, 2025,

22   commencing at 9:04 a.m.

23

24

25

Exhibit 10

3

1   APPEARANCES:

2

3   On behalf of the State of Maryland:
4      LISKOW & LEWIS
     701 Poydras Street
     Suite 5000
5      New Orleans, Louisiana 70139
     (504) 581-7979
6      BY: DAVID REISMAN, ESQUIRE
         ELIZABETH STRUNK, ESQUIRE
7          JESSIE SHIFALO, ESQUIRE
     dreisman@liskow.com
8      eastrunk@liskow.com
     jshifalo@liskow.com

9

10

11   On behalf of ACE American Insurance Company:
12      COZEN O'CONNOR
     1650 Market Street
     Suite 2800
13      Philadelphia, Pennsylvania 19103
     (215) 665-2000
14      BY: LAWRENCE WALKER, ESQUIRE
         VINILA VARGHESE, ESQUIRE
15      lwalker@cozen.com
     vvarghese@cozen.com

16

17

18   On behalf of Alonzo Key, Charles Peacock,
  Donnie Jackson, Douglas Ramos, Gerald
19   Barney, Ryan Hale, Thomas Crawley, Tulani
  Hasan, Damon A. Davis, E. Marine Motor Yacht
20   Sales PTY Ltd.:
     MURPHY, FALCON & MURPHY
21      One South Street
     30th Floor
22      Baltimore, Maryland 21202
     (410) 951-8776
23      BY: RONALD RICHARDSON, ESQUIRE
     ronald.richardson@murphyfalcon.com

24

25

Exhibit 10

4

```
 1   APPEARANCES CONTINUED:

 2

 3   On behalf of American Publishing, Charles
     Austin, Jr., Damon A. Davis, Karen Austin,
 4   B&R Construction Services, Inc., Captain C.
     Logistics, International Trading Solutions,
 5   Inc., Penn Manufacturing Industries LLC, PMI
     EMG Exports Private TLD, PMI Global
 6   Technologies, R.E. West Inc.:
         LOCHNER LAW FIRM
 7       7076 Bembe Beach Road
         Suite 201
 8       Annapolis, Maryland 21403
         (443) 716-4400
 9       BY: TODD LOCHNER, ESQUIRE
         tlochner@lochnerlawfirm.com
10

11

12   On behalf of B&R Construction Services,
     Inc., Captain C. Logistics, E. Marine Motor
13   Yacht Sales PTY Ltd., International Trading
     Solutions, Inc., Penn Manufacturing
14   Industries LLC, PMI EMG Exports Private TLD,
     PMI Global Technologies, R.E. West Inc.:
15       MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN
         800 S. Gay Street
16       Suite 1100
         Knoxville, Tennessee 37929
17       (866) 252-0878
         BY: NEVIN WISNOSKI, ESQUIRE
18       nwisnoski@milberg.com

19

20

21   On behalf of MSC Mediterranean Shipping
     Company S.A. and MSC Mediterranean Shipping
     Company Holding S.A.:
22       BROWN GAVALAS & FROMM
         60 East 42nd Street
23       Suite 4600
         New York, New York 10165
24       (212) 983-8500
         BY: MICHAEL NAUGHTON, ESQUIRE
25       mpn@browngavalas.com
```

Exhibit 10

Case 1:24-cr-00041-JKB   Document 514-10   Filed 05/19/25   Page 6 of 341
Grace Ocean Private Limited and Synergy Marine PTE LTD Stephen Fernando Kingston Jayakumar
Attorneys Eyes Only

5

 1    APPEARANCES CONTINUED:

 2

 3    On behalf of Markel Syndicate Management
      Limited, Liberty Mutual Insurance Europe SE,
 4    QBE Corporate Limited, Munich Re Syndicate
      Limited, AXA XL Underwriting Agencies
 5    Limited, Evanston Insurance Company, and
      Canopius Corporate Capital Ltd.:
 6        TROUTMAN PEPPER LOCKE
          401 9th Street N.W.
 7        Suite 1000
          Washington, DV 20004
 8        (202) 274-2949
          BY: MATTHEW GRIFFIN, ESQUIRE
 9        matthew.griffin@troutman.com

10

11
      On behalf of Dilia Flores, Eduar Yoel Flores
12    Lopez, Emilio Hernandez Salgado, Jeffrey
      Goldstein, John Condliffe, Julio Cervantes
13    Suarez, Karina Elizabeth Luna Lemus, Lillian
      Hummel, Lucia Estrella Zambrano, Mariela
14    Hernandez, Marisela Hernandez Salgado, Mark
      Binstock, Marvin Yubini Luna Lemus, Matthew
15    Bogin, Miguel Leonardo Luna Lemus, Yeslin
      Yamileth Lopez Flores:
16        KREINDLER & KREINDLER
          485 Lexington Avenue
17        New York, New York 10017
          (212) 687-8181
18        BY: KEVIN MAHONEY, ESQUIRE
          kmahoney@kreindler.com

19

20

21    On behalf of Mayor and City Council of
      Baltimore:
22        DiCello Levitt
          801 17th Street N.W.
23        Suite 430
          Washington, DC 20006
24        (202) 975-2288
          BY: SARA AGUINIGA, ESQUIRE
25        saguiniga@dicellolevitt.com

Exhibit 10

6

1    APPEARANCES CONTINUED:

2

3    On behalf of MSC Mediterranean Shipping.
     Company S.A.:
4        Lyons Flood
         111 Great Neck Road
5        Suite 206
         Great Neck, New York 11021
6        (212) 594-2400
         BY: JON WERNER, ESQUIRE
7        jwerner@lyons-flood.com

8

9
     On behalf of Grace Ocean Private Limited,.
10   Synergy Marine Pte, Ltd.:
         BLANK ROME
11       1271 Avenue of the Americas
         New York, New York 10020
12       (212) 885-5000
         BY: WILLIAM BENNETT, ESQUIRE
13           THOMAS BELKNAP, ESQUIRE
             ALAN WEIGEL, ESQUIRE
14       william.bennett@blankrome.com
         alan.weigel@blankrome.com
15       thomas.belknap@blankrome.com

16
     -and-
17

18       DUANE MORRIS
         1201 Wills Street
19       Suite 330
         Baltimore, Maryland 21231
20       (410) 949-2949
         BY: TRISTAN DIETRICK, ESQUIRE
21       tdietrick@duanemorris.com

22

23

24

25

Exhibit 10

Grace Ocean Private Limited and Synergy Marine Pte LTD Stephen Fernando Kingteen Jayakumar
Attorneys Eyes Only

7

```
 1    APPEARANCES CONTINUED:

 2

 3    On behalf of W.E. Cox Claims Group LLC,.
           W.K. Webster & Co. Ltd.:
 4         Hill Rivkins
           45 Broadway
 5         Suite 2110
           New York, New York 10006
 6         (212) 669-0609
           BY: JOHN SULLIVAN, ESQUIRE
 7         jsullivan@hillrivkins.com

 8

 9

10    On behalf of the Crew Members:
           Law Office of Owen Duffy
           P.O. Box 919
11         Point Lookout, New York 11569
           (516) 721-8793
12         BY: OWEN DUFFY, ESQUIRE
           Owen@oduffy-law.com
13

14

15    ALSO PRESENT:
           Jason Levin, Videographer
16         Joshua Clarke, Doc Tech
           Sujitha Subramariam, Interpreter
17

18

19

20

21

22

23

24

25
```

Exhibit 10

8

1                    INDEX OF PROCEEDINGS

2  WITNESS                                         PAGE
   STEPHEN FERNANDO KWINTEEN JAYAKUMAR
3  EXAMINATION BY MR. WALKER                          10
   EXAMINATION BY MR. REISMAN                        173
4  EXAMINATION BY MR. LOCHNER                        253
   EXAMINATION BY MR. REISMAN                        266
5  EXAMINATION BY MR. LOCHNER                        266
   EXAMINATION BY MS. AGUINIGA                       267
6  EXAMINATION BY MR. MAHONEY                        276
   CERTIFICATE OF REPORTER                           314

7

8

9

10                      EXHIBITS
    EXHIBIT              DESCRIPTION              PAGE
11  Exhibit 55  Petitioner_0604721                   224
    Exhibit 56  Petitioner_0604720                   225

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 10

9

1    Thereupon,

2    the proceedings began at 9:04 a.m.:

3              THE VIDEOGRAPHER:  We are now on

4         the record.  My name is Jason Levin.

5         I'm a videographer retained by

6         Lexitas.  Today's date is March 12,

7         2025, and the time is 9:04 a.m.

8         Eastern.  This deposition is being

9         held at the Baltimore Marriott

10        Waterfront in the matter of In Re:

11        Grace Ocean Private Limited

12        Litigation.  The deponent is Stephen

13        Fernando Kwinteen Jayakumar.  All

14        counsel will be noted on the

15        stenographic record.  The court

16        reporter is Erica Field and will now

17        swear in the interpreter and the

18        witness.

19   Whereupon

20             SUJITHA SUBRAMARIAM,

21   the interpreter herein, was sworn to truly

22   and correctly translate English into Hindi

23   and Hindi into English.

24   Whereupon,

25        STEPHEN FERNANDO KWINTEEN JAYAKUMAR,

Exhibit 10

Case 1:24-cv-00941-JKB   Document 514-10   Filed 05/16/25   Page 11 of 341
Grace Ocean Private Limited and Synergy Marine PTE LTD   Stephen Fernando Kwinteen Jayakumar
Attorneys Eyes Only

10

```
1    having been first duly sworn or affirmed, was

2    examined and testified as follows:

3              DIRECT EXAMINATION

4    BY MR. WALKER:

5         Q.    Good morning, sir.

6         A.    Good morning, sir.

7         Q.    My name is Larry Walker.  I'm an

8    attorney with the law firm of Cozen O'Connor,

9    and my client in this case is Ace American

10   Insurance Company.  Ace was the insurance

11   company for the bridge, and that's who I

12   represent in this case.  Okay?

13        A.    Okay.

14        Q.    Is it okay if I call you Kwinteen?

15        A.    Yeah, no problem.

16        Q.    Is that the surname that you go by

17   when you talk with people that you're

18   comfortable with?

19        A.    That's my given name.

20        Q.    Okay.

21        A.    Stephen Fernando is my surname.

22        Q.    All right.  I appreciate that.

23   Have you ever given sworn testimony under

24   oath before where you were asked to --

25        A.    Yes.  Yes, with the FBI.
```

Exhibit 10

Case 1:24-cv-00941-JKB   Document 514-10   Filed 05/19/25   Page 12 of 341
Grace Ocean Private Limited and Synergy Marine PTE LTD Stephen Fernando Kgomeen Jayakumar
Attorneys Eyes Only

11

1      Q.    With the FBI?

2      A.    Yeah.

3      Q.    Okay.  We're not going to talk

4  about that today.

5      A.    Okay.

6      Q.    We have had an agreement.

7          MR. WALKER:  Speaking of

8      agreements, is there something you

9      want to put on the record, Mr. Duffy?

10         MR. DUFFY:  Just the same as

11     we've done to the past two days.  I

12     would like to have this deposition

13     testimony treated at confidential

14     pending the release of the transcript,

15     and then it will be according to the

16     protective order.

17         MR. BENNETT:  Just so it goes

18     smoothly, I will just put a continuing

19     objection for any and all questions

20     regarding NTSB investigative

21     materials.

22         MR. WALKER:  And, of course, the

23     claimant side doesn't necessarily

24     agree with those objections, but we

25     understand them, and we'll respect

Grace Ocean Private Limited and Synergy Marine PTE LTD Stephen Fernando Kwinteen Jayakumar
Attorneys Eyes Only

12

1          them at this time.  Thank you.

2     BY MR. WALKER:

3          Q.    All right, Kwinteen.  We are going

4     to spend a few hours together.  Let me

5     explain to you some rules that will help make

6     this deposition move along more quickly.

7     Okay?

8          A.    Yeah, okay.

9          Q.    The most important instruction

10    that I can give you is to listen carefully to

11    the questions that I ask.  If you don't

12    understand a question that I ask or you don't

13    hear me or especially if you don't understand

14    because of a language barrier, will you

15    please let me know that you either didn't

16    hear or me or didn't understand me?

17         A.    Yeah, sure, I do it.

18         Q.    Okay.  If you do that, I will

19    repeat or rephrase any of my questions, and

20    we may ask for the interpreter to help us.

21    Okay?

22         A.    Yeah, okay.

23         Q.    All right.  It's also very

24    important that we don't talk over one

25    another.  Okay?

Exhibit 10

13

```
 1         A.    Okay.

 2         Q.    And that's because the court

 3    reporter who is sitting to my left and

 4    directly across the table from you is

 5    transcribing all of the words that we use

 6    today so that we can see a booklet later and

 7    read it.  Okay?

 8         A.    Okay.

 9         Q.    And while she's very good at what

10    she does, it's difficult for her to

11    transcribe two people speaking at the same

12    time.

13         A.    Okay.

14         Q.    So we have to wait for each other.

15    Okay?

16         A.    Okay.  Sure.

17         Q.    If you wait until I'm finished

18    asking my questions, I will try to wait until

19    you finish providing an answer.  Okay?

20         A.    Okay.

21         Q.    I'm going to apologize in advance.

22    If you start because you think I paused in my

23    question, you think I'm done, sometimes, just

24    like I am right now, we're that reading

25    things, we're having a conversation, and I'm
```

Exhibit 10

14

1    thinking about it in my head, you see me put

2    my hand up to stop you from talking.  I'm not

3    doing that to be rude.  I'm just trying to

4    show to you that I'm not finished yet and

5    asked you to wait.  Okay?

6         A.    Yeah, I understand.

7         Q.    And I'm going to do the same --

8    and you can do the same for me.  Okay?

9         A.    Yeah, okay.

10        Q.    All right.  If you need to take a

11   break at some point in time -- we're going to

12   be doing this for a while.  If you get tired,

13   and you need to use the restroom, you will

14   let us know, right?

15        A.    Yeah, sure.

16        Q.    Okay.  And we'll do that for you.

17   The only rule that I have is that, if there's

18   a pending question, I will ask you to finish

19   that question, and if I think there's maybe

20   one or two questions to finish a line of

21   questions, I may ask you to finish that line,

22   and then we'll take a break.  Okay?

23        A.    Yeah, okay.

24        Q.    Will you do your best today to

25   provide full and complete answers to the

Exhibit 10

15

1    questions that I ask?

2        A.    Yeah, sure.

3        Q.    And what I mean by that is that if

4    I ask you about a particular topic, I would

5    like you to tell me everything that you know

6    because, to the extent that you can, it will

7    alleviate a lot more questions asking if

8    we've learned everything that you already you

9    know.  Okay?

10        A.    Yeah, sure.  To the best of my

11   knowledge, I try to give all the information.

12        Q.    Okay.  I also want to make sure

13   you understand that at no time, no matter

14   what I ask you, I do not want to you tell me

15   about what you discussed your attorney,

16   Mr. Duffy.  Okay?

17        A.    Yeah, sure.

18        Q.    Do you have any other attorneys

19   that represent you?

20        A.    No.

21

22

23

24

25

Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10



Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10

Exhibit 10