**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**
-----------------------------------------------------------------x
In the Matter of The Petition of

GRACE OCEAN PRIVATE LIMITED, as Owner          Docket No: 1:24-cv-00941
of the M/V DALI,

           *IN ADMIRALTY*

       And

SYNERGY MARINE PTE LTD, as Manager of the
M/V DALI,

For Exoneration from or Limitation of Liability.
-----------------------------------------------------------x

### CERTIFICATION OF ROBERT PHELAN, ESQ. IN SUPPORT OF CLAIMANTS' MOTION TO STRIKE THE CONFIDENTIALITY DESIGNATIONS TO THE M/V DALI VESSEL EMPLOYEES' DEPOSITION TRANSCRIPTS

I, Robert Phelan, Esq., counsel for Claimant Ace American Insurance Company, certify that attached hereto in support of Claimants' Motion to Strike the Confidentiality Designations to the M/V Dali Vessel Employees Deposition Transcripts are true and correct copies of:

1.      The February 17, 2025, deposition of Captain Chandrashekar Sabhapathy, identified as **Exhibit 1**.

2.      The March 10, 2025, confidentiality designations made by Mr. Sabhpathy's counsel, identified as **Exhibit 2**.

3.      The February 18, 2025, deposition transcript of Chief Engineer Karthikeyan Deenadayalan, identified as **Exhibit 3**.

4.      The March 10, 2025, confidentiality designations made by Mr. Deenadayalan's counsel, identified as **Exhibit 4**.

5.      The February 26, 2025, deposition transcript of Electrician Chaminda Kariyawasam, identified as **Exhibit 5**.

6.    The March 17, 2025, confidentiality designations made by counsel for Mr. Kariyawasm, identified as **Exhibit 6**.

7.    The March 10, 2025, deposition transcript of Bosun Charles Vaz, identified as **Exhibit 7**.

8.    The April 2, 2025, confidentiality designations made by counsel for Mr. Vaz as well as First Officer Jyakumar, Second Officer Bisht, Pitchaiah and Oiler Subramanian, identified as **Exhibit 8**.

9.    The March 11, 2025, deposition transcript of Second Officer Rohit Singh Bisht, identified as **Exhibit 9**.

10.    The March 12, 2025, deposition transcript of First Officer Stephen Fernando Kwinteen Jayakum, identified as **Exhibit 10**.

11.    The March 17, 2025, deposition transcript of Oiler Ganeshkumar Subramanian, identified as **Exhibit 11**.

12.    The March 17, 2025, deposition transcript of Fourth Engineer Nishanth Pitchaiah, identified as **Exhibit 12**.

Respectfully submitted this 19th day of May 2025.

COZEN O'CONNOR

By:_____

Robert Phelan
D. Md. Bar. ID 31070
Lawrence F. Walker
D. Md. Bar ID 31059
*Proctor in Admiralty*
Daniel J. Luccaro
D. Md. Bar ID 31079
One Liberty Place

1650 Market Street, Suite 2800
Philadelphia, Pennsylvania  19103
T: (800) 523-2900
rphelan@cozen.com
lwalker@cozen.com
dluccaro@cozen.com
**Counsel for Claimant Ace American Insurance
Company**