# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
### Northern Division

| | |
|---|---|
| IN RE GRACE OCEAN PRIVATE LIMITED, *et al.*,<br><br>Petitioners. | Civil Action No. 24-cv-000941-JKB<br><br>IN ADMIRALTY |

## ORDER EXTENDING DEADLINE FOR RESPONSES TO MOTION TO STRIKE

UPON CONSIDERATION OF the unopposed motion for extension of time to respond to Claimants' motion to strike confidentiality designations, the consent of Claimants and Petitioners, and the record in this case, it is this  29th  day of  May , 2025,

ORDERED that the motion is GRANTED; and it is further

ORDERED that the deadline for all Crewmembers to respond to the motion to strike is extended to and including June 9, 2025.

_____
Timothy J. Sullivan
Chief United States Magistrate Judge