**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE** | * | |
| **OCEAN PRIVATE LIMITED,** *et al.,* | | **Case No. 24-cv-0941-JKB** |
| **For Exoneration from or Limitation** | * | |
| **Of Liability** | | *IN ADMIRALTY* |
| | * | |

*   *   *   *   *   *   *   *   *   *   *

**ENTRY OF APPEARANCE:  JOSEPH T. MALLON, JR., ESQ.**
**ON BEHALF OF INTERESTED PARTIES STEPHAN FERNANDO KWINTEEN**
**JAYAKUMAR, ROHIT SINGH BISHT, KUMARARAJA KUPPUSWAMY, ANTONY**
**XAVIER FERNANDO GOODWIN, NISHANTH PITCHAIAH, CHARLES VAZ,**
**AND SUBRAMANIAN GANESHKUMAR**

DEAR SIR/MADAM CLERK:

Please enter the appearance of Joseph T. Mallon, Jr., Esq., Mallon LLC, on behalf of interested parties Stephan Fernando Kwinteen Jayakumar, Rohit Singh Bisht, Kumararaja Kuppuswamy, Antony Xavier Fernando Goodwin, Nishanth Pitchaiah, Charles Vaz, and Subramanian Ganeshkumar in the above-captioned civil proceeding.

Respectfully submitted,

**MALLON LLC,**

_____/s/ Joseph T. Mallon, Jr._____
Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
Marshall N. Perkins (Fed. Bar No. 25514)
Suite 815
300 E. Lombard Street
Baltimore, Maryland  21202
(410) 727-7887
Fax:  (410) 727-4770
jmallon@mallonllc.com
mperkins@mallonllc.com

*Counsel for Interested Parties Stephan Fernando*

1

*Kwinteen Jayakumar, Rohit Singh Bisht, Kumararaja Kuppuswamy, Antony Xavier Fernando Goodwin, Nishanth Pitchaiah, Charles Vaz, and Subramanian Ganeshkumar*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2025, the foregoing Entry Of Appearance was served via the Court's electronic filing system (CM/ECF) to all CM/ECF-registered counsel/parties.

_____/s/_____
Marshall N. Perkins