**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**Of**<br><br>**GRACE OCEAN PRIVATE LIMITED,**<br>**as Owner of the M/V DALI,**<br><br>**And**<br><br>**SYNERGY MARINE PTE LTD, as**<br>**Manager of the M/V DALI,**<br><br>**for Exoneration from or Limitation of**<br>**Liability** | **Docket No. 24-cv-000941-JKB**<br><br>*IN ADMIRALTY* |

**MOTION BY THE STATE OF MARYLAND,**
**THE MARYLAND TRANSPORTATION AUTHORITY,**
**THE MARYLAND PORT ADMINISTRATION, AND**
**THE MARYLAND DEPARTMENT OF THE ENVIRONMENT FOR LEAVE TO**
**FILE AN AMENDED ANSWER AND CLAIM**

The State of Maryland, by and through Anthony G. Brown, Attorney General of Maryland, on its own behalf and on behalf of all its agencies (the "State"); the Maryland Transportation Authority ("MDTA"); the Maryland Port Administration ("MPA"); and the Maryland Department of the Environment ("MDE") (collectively, "the State"), hereby move pursuant to F.R.C.P. 15(a)(2) and Case Management Order No. 3 for leave to file an Amended Answer and Claim.

1

Through discovery, the State has obtained additional information that is relevant to and which supports the allegations in the State's Answer and Claim (ECF No. 157) (the "Original Answer and Claim"). The State's proposed Amended Answer and Claim provides more detail to the factual allegations in the Original Answer and Claim and will help to assure that all parties and the Court are fully advised of the factual bases supporting the State's defenses to the claims asserted by Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd. and the State's affirmative claims. Further, because discovery is ongoing, no parties will be prejudiced by the proposed amendments.

Attached hereto, respectively, as Exhibits 1 and 2 are clean and redlined versions of the State's proposed Amended Answer and Claims.

WHEREFORE, the State requests that this Court enter an Order

1. Granting the State's Motion for Leave to File an Amended Answer and Claim;

2. Directing the Clerk of the Court to docket the attached Amended Answer and Claim; and

3. Providing such other and further relief as is appropriate.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Robert A. Scott*
Robert A. Scott (24613)
Howard R. Feldman (05991)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland  21202
rscott@oag.state.md.us
(410) 576-6324

and

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG &
KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
(410) 584-2800

R. Keith Jarrett, T.A.*
David L. Reisman, T.A.*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com
(504) 581-7979

3

Scott S. Partridge*
Partridge LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Andrew W. Homer*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
ahomer@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
(212) 808-7800

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
mbyroade@kelleydrye.com
(202) 342-8400

Mark Lanier*
Alex Brown*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N

4

Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
(713) 659-5200

*Assistant Counsel to Claimants*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 2nd day of June, 2025, a copy of this Motion for Leave was electronically filed using the court's CM/ECF system on all counsel of record.

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward

5