IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civil Action No. 1:24-cv-00941- JKB<br><br>IN ADMIRALTY |

## MOTION FOR LEAVE TO WITHDRAW
## APPEARANCE OF COUNSEL

Pursuant to Local Rule 101.2.b, Claimant STAR BULK (SINGAPORE) PTE. LTD ("Star Bulk"), respectfully requests that this Court grant David McI. Williams and Ashley L. Ensor leave to withdraw their appearances as attorneys of record in this matter. Star Bulk will continue to be represented in the matter by Roy L. Mason, of Smouse & Mason, LLC; Zachary E. Howerton, of Milberg Coleman Bryson Phillips Grossman, LLC; and Todd D. Lochner, of Lochner Law Firm, P.C.

**WHEREFORE**, for the reasons stated above, Claimant STAR BULK (SINGAPORE) PTE. LTD requests that the Court grant this Motion for Leave to withdraw David McI. Williams and Ashley L. Ensor as counsel of record for the Claimant.

1

Date: June 3, 2025                                    Respectfully submitted,

                                                  */s/ David McI. Williams*
David McI. Williams (Bar # 00357)
Ashley L. Ensor (Bar # 19902)
GORMAN & WILLIAMS
36 South Charles Street, Suite 900
Baltimore, MD 21201
Tel.: (410) 528-0600
Fax: (410) 528-0602
dmwilliams@gw-law.com
aensor@gw-law.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2025, I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program, and otherwise consented to receive notice and service via CM/ECF.

                                            */s/ Ashley L. Ensor*
                                            Ashley L. Ensor (Bar # 19902)