IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * | Civil No. JKB-24-0941 *IN ADMIRALTY* |

\* \* \* \* \* \*

## ORDER

The Court has reviewed the Request for Conference (ECF No. 540) filed by the Claimants. The Court will hold a discovery hearing on **Wednesday, June 11, 2025, at 11:00 a.m.** regarding the date of R. Karthik Nair's deposition. The hearing will be held in person in the United States Courthouse located at 6500 Cherrywood Lane, Greenbelt, Maryland. The assigned courtroom will be posted on the Court's public calendar (https://www.mdd.uscourts.gov/calendar).

The Court directs that Petitioners and Claimants each designate one attorney to appear on their behalf. The Court also invites David Gerger (criminal defense counsel for Mr. Nair) to appear. If Mr. Gerger wishes to appear by phone, he may obtain call-in instructions by emailing my chambers (mdd_TJSchambers@mdd.uscourts.gov).

It is so ordered.

Date: June 6, 2025

/s/
Timothy J. Sullivan
Chief United States Magistrate Judge