IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, et al., for Exoneration from or Limitation of Liability | * * * * | Civil No. JKB-24-0941<br><br>IN ADMIRALTY<br><br>REDACTED |

# REPORT OF DAVID GERGER, ESQ. REGARDING DEPOSITION SCHEDULING IN ADVANCE OF JUNE 11 HEARING

## (WITH PARAGRAPH 2 FILED UNDER SEAL)

David Gerger (motion to appear *pro hac vice*, to be filed) has been asked to represent Karthik Nair individually. Mr. Nair is the superintendent for the MV Dali. He lives in India. Claimants seek to take his deposition on June 23 in London. For the three reasons set out below, Mr. Gerger has proposed to present Mr. Nair the week of August 4 (or if necessary, July 30 or 31 or August 1) in London. Over this difference in timing, Claimants have involved the Court.

**1.**

This matter involves a very large volume of material to review covering complex engineering, factual, and legal matters. Gerger was in a federal criminal trial through May 23, so he is just beginning to review materials. Simply put, Gerger needs more time to review materials and confer with Mr. Nair in preparation for any testimony he may give. It will be a huge task to accomplish this by the week of August 4. It would be impossible to accomplish by June 23.

**2.**

[REDACTED]



**3.**

Lastly, and more a matter of personal courtesy, Gerger has a long-planned vacation with his wife, children and grandchildren in Austria, starting June 23rd (and he committed months ago to teach/speak at legal seminars in the United States shortly before and shortly after that vacation.)

For all those reasons, the "Gerger Depo Problem" can be solved, appropriately: by scheduling Mr. Nair's deposition in London during the week of August 4 in London or, if necessary, on July 30, 31, or August 1).[1]

Respectfully submitted,

**MALLON LLC,**

*/s/ Marshall N. Perkins*
Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
Marshall N. Perkins (Fed. Bar No. 25514)
Suite 815
300 E. Lombard Street
Baltimore, Maryland  21202
(410) 727-7887
Fax:  (410) 727-4770
jmallon@mallonllc.com
mperkins@mallonllc.com

*Counsel for Interested Party Karthik Nair*

---

[1] Counsel requests the Court's indulgence as to timing of this filing and Local Rule 105.2(b), as matters have been proceeding at an expedited pace for counsel.

David Gerger, Esq. (pro hac vice motion to be filed)
dgerger@ghmfirm.com
TX Bar No. 07816360
GERGER, HENNESSY
MARTIN & PETERSON LLP
700 Louisiana, Suite 2300
Houston, Texas 77002
713.224.4400 – Telephone
713.224.5153 – Fax

*Counsel for Interested Party Karthik Nair*