IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

In re Grace Ocean Private Ltd., et al.         *

**Plaintiff,**

                                                *

v.                                              Case No. 24-cv-0941-JKB

                                                *

_____                  *

**Defendant.**

## MOTION FOR ADMISSION PRO HAC VICE

I, Marshall N. Perkins, am a member in good standing of the bar of this Court. I am moving the admission of David Gerger, Esq., to appear pro hac vice in this case as counsel for Karthik Nair.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| Bar of Texas (Nov. 1985) | Southern D. Texas (11/88) |
|  | Northern D. Texas (5/11) |
|  | Western D. Texas (3/87) |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court __0__ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| Marshall N Perkins 25514 | David Gerger, Esq. 07816360 |
| Printed name and bar number | Printed name |
| Mallon LLC | Gerger Hennessy Martin & Peterson |
| Office name | Office name |
| 300 E Lombard, #815, Baltimore, MD 21202 | 700 Louisiana St., #2300, Houston, TX 77002 |
| Address | Address |
| 410-727-7887 | 713-224-4400 |
| Telephone number | Telephone number |
| 410-727-4770 | 713-224-5153 |
| Fax Number | Fax Number |
| mperkins@mallonllc.com | dgerger@ghmfirm.com |
| Email Address | Email Address |

Respectfully submitted,

**MALLON LLC,**

_____/s/ Marshall N. Perkins_____
Joseph T. Mallon, Jr. (Fed. Bar No. 22878)
Marshall N. Perkins (Fed. Bar No. 25514)
Suite 815
300 E. Lombard Street
Baltimore, Maryland  21202
(410) 727-7887
Fax:  (410) 727-4770
jmallon@mallonllc.com
mperkins@mallonllc.com

*Counsel for Interested Party Karthik Nair*

David Gerger, Esq. (Pro hac vice motion pending)
**Gerger, Hennessy, Martin & Peterson LLP**
Suite 2300
700 Louisiana Street
Houston, TX  77002
(713) 224-4400
Fax:  (713) 224-5152
dgerger@ghmfirm.com

*Counsel for Interested Party Karthik Nair*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of June, 2025, the foregoing Motion For Admission Pro Hac Vice was served via the Court's electronic filing system (CM/ECF) to all CM/ECF-registered counsel/parties.

_____/s/_____
Marshall N. Perkins