# EXHIBIT 13

<pre>
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION

 3      In the Matter of The Petition of)
                                       )
 4      GRACE OCEAN PRIVATE LIMITED, as )
        Owner of the M/V DALI,         ) Docket No 1:24-cv-941 JKB
 5                                      )
             And                       )      IN ADMIRALTY
 6                                      )
        SYNERGY MARINE PTE LTD, as      )
 7      Manager of the M/V DALI,        )
                                       )
 8      For Exoneration from or         )
        Limitation of Liability,       )
 9                                      )
        ───────────────────────────────)
10

11            TRANSCRIPT OF PROCEEDINGS - STATUS CONFERENCE
               BEFORE THE HONORABLE TIMOTHY SULLIVAN
12                UNITED STATES MAGISTRATE JUDGE
                   Wednesday, June 11, 2025
13                    Greenbelt, Maryland
                       Courtroom 3A

14                   A P P E A R A N C E S

15      FOR THE PETITIONERS:

16          On behalf of Karthik Nair:
                BY: DAVID GERGER, ESQUIRE
17                  GERGER, HENNESSY MARTIN & PETERSON
                    700 Louisiana Street, Suite 2300
18                  Houston, Texas  77002

19              BY: MARSHALL PERKINS, ESQUIRE
                    MALLON LLC
20                  300 E. Lombard Street, Suite 815
                    Baltimore, Maryland  21202

21

22

23      ─────────────────────────────────────────────────

24              ***Proceedings Recorded by FTR GOLD***
            Transcript Produced by Computer-Aided Transcription
25
</pre>

```
 1              On behalf of Grace Ocean Private Limited:

 2
                    BY: ROBERT HOPKINS, ESQUIRE
 3                      DUANE MORRIS, LLP
                        1201 Wills Street, Suite 330
 4                      Baltimore, Maryland  21231

 5                  BY: WILLIAM R. BENNETT, III
                        Blank Rome LLP
 6                      1271 Avenue of the Americas
                        New York, New York  10020
 7

 8     FOR THE DEFENDANTS:

 9          On behalf of the State of Maryland:
                BY: DAVID L. REISMAN, ESQUIRE
10                  LISKOW & LEWIS
                    701 Poydras Street, Suite 5000
11                  New Orleans, Louisiana  70139

12     FOR THE CLAIMANTS:

13          On behalf of ACE American Insurance Company:
                BY:  LAWRENCE FRANCIS WALKER, ESQUIRE
14                   COZEN O'CONNOR
                     1650 Market Street, Suite 2800
15                   One Liberty Place, Suite 2800
                     Philadelphia, Pennsylvania  19103
16
            On behalf of the Private Economic Loss Group Claimants:
17              BY:  TODD DeLEAR LOCHNER, ESQUIRE
                     LOCHNER LAW FIRM, P.C.
18                   7076 Bembe Beach Road, Suite 201, Mailbox 6
                     Annapolis, Maryland  21403
19

20          On behalf of the Personal Injury and Wrongful Death
       Claimant:
21              BY:  KEVIN MAHONEY, ESQUIRE
                     KREINDLER & KREINDLER, LLP
22                   485 Lexington Avenue
                     New York, New York  10017-2629
23

24

25
```

06/11/25 Status Conference

SEALED PROCEEDING

3

1      **<u>Also Present in the Gallery</u>:**

2          Sara Aguiñiga, Esquire
           DiCello Levitt Gutzler, LLC
3          On behalf of Mayor and City Council of Baltimore

4          Jason Foster, Esquire
           Ron Richardson, Esquire
5          Murphy Falcoln Murphy
           On behalf of Personal Injury and Private Economic Loss
6          Groups

7          Kim Phillips, Esquire (exited for sealed proceeding.)
           Office of the United States Attorney
8
           John Connolly, Esquire (exited for sealed proceeding.)
9          Zuckerman Spaeder

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

06/11/25 Status Conference
SEALED PROCEEDING



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



06/11/25 Status Conference
SEALED PROCEEDING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



06/11/25 Status Conference

SEALED PROCEEDING

14

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



06/11/25 Status Conference
SEALED PROCEEDING                                                    15



06/11/25 Status Conference
SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING

18



06/11/25 Status Conference

SEALED PROCEEDING



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

06/11/25 Status Conference
SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25





06/11/25 Status Conference
SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference

SEALED PROCEEDING    31

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



06/11/25 Status Conference

SEALED PROCEEDING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



06/11/25 Status Conference
SEALED PROCEEDING



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

42

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

06/11/25 Status Conference
SEALED PROCEEDING

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25



06/11/25 Status Conference
SEALED PROCEEDING



06/11/25 Status Conference
SEALED PROCEEDING





06/11/25 Status Conference
SEALED PROCEEDING                                                   51

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25









1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25





06/11/25 Status Conference

SEALED PROCEEDING

2

06/11/25 Status Conference

SEALED PROCEEDING                                          3

06/11/25 Status Conference
SEALED PROCEEDING                                                4

06/11/25 Status Conference

SEALED PROCEEDING



06/11/25 Status Conference

SEALED PROCEEDING

06/11/25 Status Conference

SEALED PROCEEDING

06/11/25 Status Conference

SEALED PROCEEDING

06/11/25 Status Conference

SEALED PROCEEDING

06/11/25 Status Conference

SEALED PROCEEDING

