UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. 1:24-cv-00941<br><br>*IN ADMIRALTY* |

## NOTICE OF CHANGE OF FIRM AND CONTACT INFORMATION

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE THAT:

Effective June 16, 2025, the firm, address and contact information for Robert M. Caplan, Esquire, attorney for Brawner Builders, Inc. and Zurich American Insurance Company, have changed to:

Robert M. Caplan, Esquire
Derrevere Stevens Black & Cozad
1650 Market Street, Suite 3600
Philadelphia, PA  19103
Telephone:     (215) 610-8598
Fax:             (561) 640-3050
Email: rmc@derreverelaw.com

*Please send all physical USPS and Overnight Mail to:

2005 Vista Parkway, Suite 210
West Palm Beach, FL 33411

33127000v.1

-2-

Date:  June ___, 2025              Respectfully submitted,

                                            */s/ Robert M. Caplan*
                                            Robert M. Caplan (*pro hac vice*)
                                            **DERREVERE STEVENS BLACK & COZAD**
                                            1650 Market Street, Suite 3600
                                            Philadelphia, PA 19103
                                            (215) 610-8598
                                            rmc@derreverelaw.com
                                            *Attorneys for Brawner Builders, Inc.*
                                            *and Zurich American Insurance Company*

33127000v.1

## CERTIFICATE OF SERVICE

In compliance with Supplemental Federal Rule F(5), I HEREBY CERTIFY that on June _____, 2025, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record who are CM/ECF participants.

        */s/ Robert M. Caplan*
        Robert M. Caplan

33127000v.1