# EXHIBIT C

# National Transportation Safety Board

Office of the General Counsel

Washington, DC 20594



June 2, 2025

Via email to dluccaro@cozen.com

Daniel Luccaro
Member, Cozen O'Connor
One Liberty Place
1650 Market Street, Suite 2800
Philadelphia, PA 19103

> Re:    Request for investigation materials related to NTSB Investigation No.
>           DCA24MM031

Dear Mr. Luccaro:

This letter is in response to your Request for Documents, dated May 29, 2025, which you submitted to the National Transportation Safety Board (NTSB), seeking access to investigative material in connection with the above accident. You specifically requested the VDR audio files. You submitted the request on behalf of your client for use in a pending civil matter.

The NTSB is prohibited by statute from publicly releasing any part of a voice recorder recording. 49 U.S.C. § 1114 (d). We must, therefore, deny your request.

Should you have any questions, please feel free to contact me.

Sincerely,

ERIC
JOHNSON

Digitally signed
by ERIC JOHNSON
Date: 2025.06.02
11:01:48 -04'00'

Eric M. Johnson
Attorney Advisor