IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * | Civil No. JKB-24-0941 *IN ADMIRALTY* |

\* \* \* \* \* \*

## ORDER

The Court has reviewed the Claimants' Motion for *In Camera* Review of VDR Audio Files in the Possession of the National Transportation Safety Board Pursuant to 49 U.S.C. § 1154 ("Motion") (ECF No. 572). The Motion states that Petitioners and the National Transportation Safety Board ("NTSB") take no position on the Court's *in camera* review of the audio files. *Id.* at 1.

The Court **ORDERS** as follows:

1. The Motion (ECF No. 572) is **GRANTED**.

2. Pursuant to 49 U.S.C. § 1154, the NTSB shall produce all audio files in its possession from the MV Dali's voyage data recorder ("VDR") to the Court for *in camera* review. To facilitate the Court's review, the NTSB shall also produce to the Court all text transcripts of the audio files to the extent that they are available to the NTSB. This Order does not require the NTSB to prepare additional transcripts or to finalize transcripts that are in draft form. The NTSB shall contact my chambers by email (mdd_TJSchambers@mdd.uscourts.gov) for instructions on transmitting the audio files and transcripts to the Court. The audio files and transcripts shall be produced to the Court by July 8, 2025.

3. Counsel for Claimant Ace American Insurance Company shall send a copy of this Order to the NTSB by July 1, 2025.

Date: June 30, 2025                                          /s/
                                                             Timothy J. Sullivan
                                                             Chief United States Magistrate Judge