UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD,<br>as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 1:24-cv-00941-JKB<br><br>**IN ADMIRALTY** |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 101(2)(b), undersigned counsel Nicholas Katz respectfully seeks leave of court to withdraw as counsel of record for John Condliffe, Lillian Hummel, Maria del Carmen Castellon Quintana, Eban Perez, Jesus Castillo, Wilder Castillo Cabrera, Nora Hilda de Jesus Lopez Orellana de Guerra, and Mackon Mahomed Guerra Lopez in the above-captioned matter. Mr. Katz is withdrawing from this matter because he is no longer employed at CASA, Inc. Further, all individuals named above remain represented by other counsel of record in this matter.

DATED: July 8, 2025

Respectfully submitted,

*/s/ Nicholas Katz*
Nicholas Katz, Esq. (21920)
National Immigration Law Center
PO Box 34573
Tel. 213-493-6503
katz@nilc.org

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2025, I electronically submitted the foregoing notice with the Clerk of the Court for the Northern Division of the District Court of Maryland to the Court's CM/ECF system for filing and service on all interested parties.

*/s/ Matthew W.H. Wessler*
Matthew W.H. Wessler
