IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * | Civil No. JKB-24-0941  *IN ADMIRALTY* |

\*   \*   \*   \*   \*   \*

**ORDER**

Previously, the Court granted the Claimants' Motion for *In Camera* Review of VDR Audio Files in the Possession of the National Transportation Safety Board Pursuant to 49 U.S.C. § 1154. ECF Nos. 572 & 577. By letter dated July 3, 2025, the National Transportation Safety Board ("NTSB") produced to the Court a USB drive containing approximately 34 hours of audio that the NTSB extracted from the VDR on the MV Dali, along with all transcripts of VDR audio that the NTSB had completed, and the NTSB VDR-Audio Group Chairman's report (which was previously released to the public). The Court conducted an *in camera* review of the files produced by the NTSB.

Having completed its *in camera* review, and considering the circumstances of this case and the arguments of Claimants, *see* ECF No. 572, the Court finds that production of the VDR audio files and any corresponding transcripts that the NTSB has prepared is necessary for the Claimants to receive a fair trial in this matter. *See* 49 U.S.C. § 1154(a). Accordingly, the Court **ORDERS** as follows:

1.   Pursuant to 49 U.S.C. § 1154(a), by August 1, 2025, the NTSB shall provide counsel for Claimant Ace American Insurance Company with a copy of all materials previously produced to the Court.

2. All materials produced by the NTSB under this Order (except for those files that have already been released to the public) shall be treated as confidential pursuant to Case Management Order No. 5 – Amended Protective Order (ECF No. 467). Consistent with the Amended Protective Order, the confidential NTSB materials shall only be used in this proceeding and may not be disseminated to any person not entitled to confidential materials under the Amended Protective Order. 49 U.S.C. § 1154(a)(4)(A). If any of the confidential materials are filed or admitted into evidence, they shall be kept under seal to prevent use of the materials for purposes other than this proceeding. 49 U.S.C. § 1154(a)(4)(B).

3. Claimant Ace American Insurance Company shall provide a copy of this Order to the NTSB by July 25, 2025.

4. Claimant Ace American Insurance Company shall provide copies of the materials produced by the NTSB in response to this Order to counsel for all Petitioners and lead counsel for all Claimants promptly.

Date: July 23, 2025                                          /s/
                                                              Timothy J. Sullivan
                                                              Chief United States Magistrate Judge