UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**THE STATE OF MARYLAND'S MOTION FOR A LETTER OF REQUEST**

NOW INTO COURT, through undersigned counsel, comes the State of Maryland, by and through Anthony G. Brown, Attorney General of Maryland, on its own behalf and on behalf of all its agencies (the "State"); the Maryland Transportation Authority ("MDTA"), the Maryland Port Administration ("MPA"), and the Maryland Department of the Environment ("MDE") (collectively, "Claimants"), who respectfully request this Court issue the attached Letter of Request[1] to allow the State to obtain relevant discovery from HD Hyundai Heavy Industries Co., Ltd. ("HHI").

---

[1] The State notes that the attached Letter of Request is in English which is acceptable to the Republic of Korea. *See* Republic of Korea - Central Authority & Practical Information, HCCH, https://www.hcch.net/en/states/authorities/details3/?aid=846#:~:text=The%20Republic%20of%20Korea%20will,Request%20with%20a%20Korean%20translation. (last visited Jan 15, 2025).

1

HHI is a Korean company based at 1000, Bangeojinsunhwan-doro, Dong-gu, Ulsan, 44032, South Korea. It specializes in shipbuilding, engineering, and maritime machinery. HHI designed and built the M/V DALI at its shipyard in the Republic of Korea. As recently as 2024, HHI and its authorized service representatives have provided support to the DALI, its managers, and its owners.

HHI as cooperated with a prior Letter of Request for Documents previously issued by this Court. Even so, there is significant information and context that can only be obtained by deposition. Additionally, a deposition can authenticate documents produced by HHI in response to the prior Letter of Request.

The Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil or Commercial Matters, as adopted and implemented at 28 U.S.C. § 1781, authorizes this Court to request assistance from Korean judicial authorities in obtaining evidence from HHI.

Therefore, the State respectfully requests that the Court sign and issue the Letter of Request attached as Exhibit A in order to facilitate a Deposition by Written Question of HD Hyundai Heavy Industries Co., Ltd.

      Respectfully submitted,

      ANTHONY G. BROWN
      Attorney General of Maryland

      Robert A. Scott (24613)
      Howard R. Feldman (05991)
      Assistant Attorneys General
      Office of the Attorney General
      200 Saint Paul Place, 20th Floor
      Baltimore, Maryland 21202
      rscott@oag.state.md.us
      (410) 576-6324

      and

Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG &
KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
(410) 584-2800

*/s/ David Reisman*
R. Keith Jarrett, T.A.*
David L. Reisman, T.A.*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com
(504) 581-7979

Scott S. Partridge*
Partridge LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Andrew W. Homer*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
ahomer@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

3

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
(212) 808-7800

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
mbyroade@kelleydrye.com
(202) 342-8400

Mark Lanier*
Alex Brown*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
(713) 659-5200

*Assistant Counsel to Claimants*

**Admitted pro hac vice*

## CERTIFICATE OF SERVICE

I CERTIFY that on this 31st day of July 2025, the foregoing was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this failing to all counsel of record.

*/s/ David Reisman*
David L. Reisman