UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## ORDER

Upon consideration of the State of Maryland Claimants' Motion to Compel Answer to Interrogatory Seeking Witness Information, and any opposition thereto, it is, this __ day of _____, 2025, hereby ORDERED that the Motion is GRANTED and that Petitioners are Ordered to answer Interrogatory No. 75 to Synergy and Interrogatory No. 68 to Grace Ocean, within five days of the date of his Order, providing complete information concerning the witnesses who may or will be called at trial, whether they will be called live or by deposition, and the nature of their anticipated testimony.

_____
Honorable Timothy J. Sullivan
Chief United States Magistrate Judge