IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * | Civil No. JKB-24-0941  *IN ADMIRALTY* |

\* \* \* \* \* \*

## ORDER

Claimants' Motion for Expedited Review of the Motion to Compel (ECF No. 587) is **GRANTED**.

Pursuant to Local Rule 105.2, any response to the Motion to Compel (ECF No. 586) is due by August 8, 2025. Any reply is due by August 12, 2025.

Date: August 4, 2025                    /s/
                                        Timothy J. Sullivan
                                        Chief United States Magistrate Judge