**BLANKROME**

1271 Avenue of the Americas | New York, NY 10020

*Phone:*   +1 (212) 885-5270
*Fax:*     +1 (917) 332-3795
*Email:*   Thomas.belknap@BlankRome.com

August 5, 2025

Honorable Timothy J. Sullivan
Chief Magistrate Judge
United States District Court
District of Maryland
6500 Cherrywood Lane, Suite 335A
Greenbelt, MD 20770

Re:   In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, et al
      For Exoneration form or Limitation of Liability - 1:24-cv-00941-JKB

Dear Judge Sullivan:

We represent Petitioners in this matter. We write jointly with counsel for the State of Maryland to request a brief extension of the deadline to respond to the State's motion for Letter of Request from August 6, 2025 to August 11, 2025.

By way of background, the State filed its motion for Letter of Request on July 31, 2025. (Dkt No. 584). That Letter of Request seeks written deposition testimony from HD Hyundai Heavy Industries Co., Ltd. ("HHI"), who is the designer and builder of the M/V DALI, pursuant to F.R.C.P. 31. By order dated August 1, 2025, the Court set a deadline of August 6, 2025 for any party to oppose the State's application. (Dkt No. 585).

Separately, on July 16, 2025, Petitioner served two subpoenas upon HHI in Pennsylvania. One subpoena seeks the production of documents relevant to this action and the second seeks oral deposition testimony from one or more HHI witnesses in respect of certain specified topics relevant to these proceedings. For the Court's reference, copies of Petitioner's subpoenas are appended hereto as exhibits 1 and 2.

On Monday August 4, 2025, counsel for Petitioners, the State of Maryland and HHI had a meet and confer call to discuss (a) Petitioners' objections to the State's application, and (b) HHI's objections to the Petitioners' subpoenas. From that discussion, it appears the parties may compromise their disagreements through HHI's consent to a live deposition of its witness(es) in South Korea during the first two weeks of September. Counsel for HHI made no commitment but

BLANKROME

August 5, 2025
Page 2

said he would discuss this possibility with his client and revert as soon as possible with their position. Because HHI is headquartered in South Korea, however, he anticipated that it may take a day or two to get instructions.

If the parties can reach agreement on live depositions in South Korea, (and assuming this Court would agree to grant a limited extension of the fact discovery deadline for the purpose of conducting these depositions after the fact discovery cutoff of August 29, 2025, with no other modifications to the discovery schedule), then it would be the intention of Petitioner and the State of Maryland to modify the pending application for a Letter of Request to encompass Petitioner's subpoenas and a modified notice of deposition by oral testimony from the State. If, on the other hand, no agreement can be reached, then Petitioner will file an opposition to the State's current pending motion on the basis that a deposition by written questions is not appropriate in these circumstances, a point with which the State disagrees.

In view of the foregoing, the parties respectfully request that the deadline to file any opposition in respect of the State's application for Letter of Request be adjourned to August 11, 2025 to give the parties further opportunity to resolve this issue amicably. The parties have agreed that they will not use this request or any resulting delay in the process of obtaining a ruling on the Letter of Request application as a basis to challenge the discovery sought, bearing in mind that the fact discovery cutoff is currently August 29, 2025.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Thomas H. Belknap*

Thomas H. Belknap

Attachments