# EXHIBIT D

| | |
|---|---|
| **From:** | Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com> |
| **Sent:** | Friday, August 8, 2025 11:02 AM |
| **To:** | Belknap, Thomas; O'Laughlin, Andy |
| **Cc:** | David Reisman; Hobgood, John; R. Keith Jarrett; Lawrence F. Walker; Bennett III, William R. |
| **Subject:** | RE: [External Email] Dali - Deposition of HHI |

Tom, thanks.  HHI does not believe that the Vessel Interests' two subpoenas are proper and will respond to them on the August 22 date that we've agreed upon by moving to quash and serving written objections.  HHI preserves and does not waive all its defenses and objections to the subpoenas including for improper service and lack of personal jurisdiction.  We do not agree to your proposal of combining the Vessel Interest subpoenas with Maryland's pending request for written questions.  The two sets of requests are different in scope and burden and the Vessel Interests are differently situated from Maryland given they have attempted to sue HHI in the E.D. of Pennsylvania.  Should the Vessel Interests attempt to pursue their subpoenas via the Hague process, HHI reserves all its rights, and will require full compliance with that process.

**Alan E. Schoenfeld | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7294 (o)
+1 347 416 2620 (m)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Sent:** Friday, August 8, 2025 9:55 AM
**To:** O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>
**Cc:** David Reisman <DReisman@liskow.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Hobgood, John <John.Hobgood@wilmerhale.com>; R. Keith Jarrett <rkjarrett@liskow.com>; Lawrence F. Walker <lwalker@cozen.com>; Bennett III, William R. <william.bennett@blankrome.com>
**Subject:** RE: [External Email] Dali - Deposition of HHI

**EXTERNAL SENDER**

Hi Andy-

Just following up on the below.  We really need to hear HHI's position asap given our deadline Monday to file a response to the application for Letter of Request.

Tks-

Tom

**Thomas H. Belknap Jr.** | BLANKROME
1271 Avenue of the Americas | New York, NY 10020
d +1 (212) 885-5270 | m +1 (917) 523-4360 | thomas.belknap@blankrome.com

---

**From:** O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>
**Sent:** Wednesday, August 6, 2025 4:25 PM
**To:** Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Cc:** David Reisman <DReisman@liskow.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Hobgood, John <John.Hobgood@wilmerhale.com>; R. Keith Jarrett <rkjarrett@liskow.com>; Lawrence F. Walker <lwalker@cozen.com>; Bennett III, William R. <william.bennett@blankrome.com>
**Subject:** RE: [External Email] Dali - Deposition of HHI

Thank you Tom, we'll be in touch.

Andy O'Laughlin
**WilmerHale |** 617.526.6220

---

**From:** Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Sent:** Wednesday, August 6, 2025 12:05 PM
**To:** O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>
**Cc:** David Reisman <DReisman@liskow.com>; Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Hobgood, John <John.Hobgood@wilmerhale.com>; R. Keith Jarrett <rkjarrett@liskow.com>; Lawrence F. Walker <lwalker@cozen.com>; Bennett III, William R. <william.bennett@blankrome.com>
**Subject:** Re: [External Email] Dali - Deposition of HHI

**EXTERNAL SENDER**


Hi Andy - yes, we can agree to this.

Look forward to hearing from you on the other point.

Rgds-

Tom
_____
Tom Belknap
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
D: +1 (212) 885-5270
M: +1 (917) 523-4360


On Aug 5, 2025, at 10:09 PM, O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com> wrote:

Thomas,

We saw your joint request for additional time to respond to the letter of request and to take discovery beyond the fact cut off.  We are still working with our client regarding HHI's position on your proposal.  As we mentioned, most of South Korea is on vacation during the first two weeks of August.  We expect to be in a position to get back to you by Friday in time for you to make your filing on the proposed August 11 date. In the meantime, would you be willing to agree to a one-week extension of the return date on the deposition subpoena, and to agree that our response to the document subpoena can be due on the same schedule so they are both due on August 22?

Andy O'Laughlin
**WilmerHale |** 617.526.6220

---

**From:** Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Sent:** Sunday, August 3, 2025 6:17 PM
**To:** David Reisman <DReisman@liskow.com>
**Cc:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Hobgood, John <John.Hobgood@wilmerhale.com>; R. Keith Jarrett <rkjarrett@liskow.com>; Lawrence F. Walker <lwalker@cozen.com>; Bennett III, William R. <william.bennett@blankrome.com>; O'Laughlin, Andy <Andy.OLaughlin@wilmerhale.com>
**Subject:** Re: [External Email] Dali - Deposition of HHI

**EXTERNAL SENDER**

Ok for me too - I will circulate an invite in the morning.
_____

Tom Belknap
Blank Rome LLP
1271 Avenue of the Americas
New York, NY 10020
D: +1 (212) 885-5270
M: +1 (917) 523-4360

> On Aug 3, 2025, at 6:06 PM, David Reisman <DReisman@liskow.com> wrote:
>
> Thanks Alan.  4 Eastern is good for us.
>
> **David L. Reisman**
> Shareholder
> Direct 504.556.4016
> Mobile 504.813.3680
> www.liskow.com
>
> **Liskow**

NEW ORLEANS | LAFAYETTE | HOUSTON | BATON ROUGE
701 Poydras Street
Suite 5000
New Orleans, LA 70139

On Aug 3, 2025, at 4:25 PM, Schoenfeld, Alan E
<Alan.Schoenfeld@wilmerhale.com> wrote:

**[EXTERNAL EMAIL]**

Thanks.  My only window tomorrow is 4-5, if that works for you all.

**Alan E. Schoenfeld | WilmerHale**
7 World Trade Center
250 Greenwich Street
New York, NY 10007 USA
+1 212 937 7294 (o)
+1 347 416 2620 (m)
+1 212 230 8888 (f)
alan.schoenfeld@wilmerhale.com

Please consider the environment before printing this email.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

**From:** Belknap, Thomas <Thomas.belknap@BlankRome.com>
**Sent:** Sunday, August 3, 2025 4:18 PM
**To:** David Reisman <DReisman@liskow.com>
**Cc:** Schoenfeld, Alan E <Alan.Schoenfeld@wilmerhale.com>; Hobgood, John <John.Hobgood@wilmerhale.com>; R. Keith Jarrett <rkjarrett@liskow.com>; Lawrence F. Walker <lwalker@cozen.com>; Bennett III, William R. <william.bennett@blankrome.com>
**Subject:** Re: [External Email] Dali - Deposition of HHI

**EXTERNAL SENDER**

Thanks- ok for me.  Alan?

Tom

_____

Tom Belknap
Blank Rome LLP
1271 Avenue of the Americas

4

New York, NY 10020
D: +1 (212) 885-5270
M: +1 (917) 523-4360

On Aug 3, 2025, at 2:51 PM, David Reisman <DReisman@liskow.com> wrote:

 Tom

Can we push it to 2 Eastern/1 Central?

**David L. Reisman**
Shareholder
Direct 504.556.4016
Mobile 504.813.3680
www.liskow.com

**Liskow**
NEW ORLEANS | LAFAYETTE | HOUSTON
|  BATON ROUGE
701 Poydras Street
Suite 5000
New Orleans, LA 70139

On Aug 3, 2025, at 12:06 PM,
Belknap, Thomas
<Thomas.belknap@blankrome.co
m> wrote:

[EXTERNAL EMAIL]

Thanks David – propose 1 pm
Eastern if that is ok for everyone?

**Thomas H. Belknap Jr.** | BLANKROME
1271 Avenue of the Americas | New
York, NY 10020
d +1 (212) 885-5270 | m +1 (917) 523-
4360 |
thomas.belknap@blankrome.com

**From:** David Reisman
<DReisman@liskow.com>
**Sent:** Friday, August 1, 2025 6:23 PM
**To:** Belknap, Thomas
<Thomas.belknap@BlankRome.com>;
Schoenfeld, Alan E
<Alan.Schoenfeld@wilmerhale.com>
**Cc:** Hobgood, John
<John.Hobgood@wilmerhale.com>; R.
Keith Jarrett <rkjarrett@liskow.com>;
Walker, Lawrence F.
<lwalker@cozen.com>; Bennett III,
William R.
<william.bennett@blankrome.com>
**Subject:** RE: Dali - Deposition of HHI

Thanks Tom.  We are available to
discuss Monday afternoon.

**David L. Reisman**
Shareholder
<image001.png>

Direct: 504.556.4016
Mobile: 504.813.3680
dreisman@liskow.com
<image002.png>

<image003.png>

Hancock Whitney Center | 701 Poydras Street | Suite 5000
New Orleans, Louisiana 70139
**liskow.com**

<image004.png>

**From:** Belknap, Thomas
<Thomas.belknap@BlankRome.com>
**Sent:** Friday, August 1, 2025 2:01 PM
**To:** Schoenfeld, Alan E
<Alan.Schoenfeld@wilmerhale.com>;
David Reisman
<DReisman@liskow.com>
**Cc:** Hobgood, John
<John.Hobgood@wilmerhale.com>; R.
Keith Jarrett <rkjarrett@liskow.com>;
Walker, Lawrence F.
<lwalker@cozen.com>; Bennett III,

6

William R.
<william.bennett@blankrome.com>
**Subject:** [External Email] Dali -
Deposition of HHI

**[EXTERNAL EMAIL]**

Dear Alan and David-

First, attached is a courtesy copy
of the complaint filed yesterday
and served today against HHI in
the Eastern District Court in
Pennsylvania.

Second, we refer to our recent
correspondence with Alan
concerning Petitioners'
subpoenas and also Claimants'
notice of deposition by written
questions received on July 29 and
their motion for Letters Rogatory
filed yesterday.  For the sake of
good order, note that we object to
any deposition of any HHI
witness proceeding by written
questions.  FRCP Rule 31 is not
an appropriate mechanism for
taking testimony of a witness on
substantive issues which are in
controversy in a matter.

Based on our discussions with
Alan, we understand HHI may
be amenable to making a witness
available for a live deposition in
South Korea.  We understand
counsel for HHI have scheduling
conflicts that would require this
to proceed during early/mid-
September.  In view of this, we
would like to discuss possible
logistics for scheduling this
deposition.

Are you all available for a call on
Monday to discuss this issue?

7

Thanks and regards-

Tom

**Thomas H. Belknap Jr.** | BLANKROME
1271 Avenue of the Americas | New
York, NY 10020
d +1 (212) 885-5270 | m +1 (917) 523-
4360 |
thomas.belknap@blankrome.com

*******************************
*******************************
*******************************
********

This message and any
attachments may contain
confidential or privileged
information and are only for the
use of the intended recipient of
this message. If you are not the
intended recipient, please notify
the Blank Rome LLP or Blank
Rome Government Relations LLC
sender by return email, and delete
or destroy this and all copies of
this message and all attachments.
Any unauthorized disclosure, use,
distribution, or reproduction of
this message or any attachments
is prohibited and may be unlawful.

******************************
******************************
******************************
********

<image001.png>
<image002.png>
<image003.png>
<image004.png>

8