UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**CLAIMANTS' MOTION FOR
SUMMARY JUDGMENT TO DISMISS SYNERGY MARINE'S
PETITION FOR LIMITATION DUE TO ITS LACK OF STANDING**

Claimants, appearing herein through court-appointed lead counsel, respectfully move this Court pursuant to Federal Rule of Civil Procedure 56 for summary judgment dismissing Synergy Marine PTE Ltd.'s ("Synergy Marine") petition for limitation due to its lack of standing. The Limitation of Liability Act, 46 U.S.C. §§ 30501-30530, applies only to vessel "owners" or "owners pro hac vice." Synergy Marine, the "Manager" of the M/V DALI, is neither.

As set forth in greater detail in the accompanying memorandum, Grace Ocean Private Limited ("Grace Ocean") is the DALI's owner, and because the undisputed facts show that Grace Ocean did not "completely and exclusively relinquish 'possession, command, and navigation'" of the vessel, Synergy Marine is not an "owner pro hac vice." Synergy Marine therefore lacks standing to invoke the Limitation Act, and its petition for limitation should be dismissed as a matter of law.

WHEREFORE, Claimants respectfully move this Court for summary judgment dismissing Synergy Marine's petition for limitation due to its lack of standing.

Respectfully submitted this 29th day of August 2025,

>Margaret Fonshell Ward (04586)
>DOWNS WARD BENDER HERZOG
>& KINTIGH, P.A.
>1350 McCormick Road
>Executive Plaza 3, Suite 400
>Hunt Valley, Maryland 21031
>mward@downs-ward.com
>T: (410) 584-2800
>
>*/s/ R. Keith Jarrett*
>R. Keith Jarrett, T.A. (La. Bar # 16984)*
>David L. Reisman, T.A.*
>Raymond T. Waid*
>Elizabeth B. McIntosh*
>Jessie E. Shifalo*
>Elizabeth A. Strunk*
>LISKOW & LEWIS
>701 Poydras Street, Suite 5000
>New Orleans, Louisiana 70139-5099

T: (504) 581-7979
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
T: (314) 952-4132

William J. Jackson*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
mpimienta@kelleydrye.com
T: (713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Melissa E. Byroade (31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
mbyroade@kelleydrye.com
T: (202) 342-8400

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
***Attorneys for State of Maryland***


Daniel O. Rose
Kreindler & Kreindler LLP
485 Lexington Avenue
Ste 28th Floor
New York, NY 10017
drose@kreindler.com
Telephone: (212) 973-3414
***Lead Counsel for Personal Injury and Wrongful Death Claimants***


Robert W. Phelan
Cozen O Connor
3 WTC, 175 Greenwich Street
55th Floor
New York, NY 10007
rphelan@cozen.com
Telephone: (212) 908-1274
Facsimile: (866) 850-7490
***Lead Counsel for Property Damage Claimants***

Adam J. Levitt
DiCello Levitt Gutzler LLC
Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
Telephone: (312) 214-7900
***Lead Counsel for Local Government Claimants***

Todd D. Lochner
Lochner Law Firm, P.C.
7076 Bembe Beach Rd; Suite 201
Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
Telephone: (443) 716-4400
***Lead Counsel for Private Economic Loss Claimants***

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 29th day of August 2025, a copy of the foregoing pleading was served via the court's CM/ECF system on all counsel of record.

*/s/ R. Keith Jarrett*

R. Keith Jarrett (La. Bar #16984)