**In the Matter Of:**

*Grace Ocean Private Limited and Synergy Marine PTE LTD*

---

*YOKO NAKAGAWA*

*April 24, 2025*



1

```
                  IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
                          NORTHERN DIVISION
                              -  -  -

        IN THE MATTER OF THE    :   CIVIL NO.
        PETITION OF             :   24-00941-JKB
                                :
        GRACE OCEAN PRIVATE     :   IN ADMIRALTY
        LIMITED, as Owner of    :
        the M/V DALI and        :
        SYNERGY MARINE PTE      :
        LTD, as Manager of the  :
        M/V DALI,               :
                                :
        For Exoneration from    :
        or Limitation of        :
        Liability               :

                     HIGHLY CONFIDENTIAL

                           -  -  -

                       April 24, 2025

                           -  -  -


                  Videotaped deposition of
        YOKO NAKAGAWA, taken pursuant to notice,
        was held at the Baltimore Marriott
        Waterfront, 700 Aliceanna Street,
        Baltimore, Maryland, beginning at
        9:08 a.m., on the above date, before
        Michelle L. Ridgway, a Registered
        Professional Reporter, Certified
        Shorthand Reporter, Certified Realtime
        Reporter, Certified Court Reporter, and
        Notary Public.
```

1          A.     Yes.

2          Q.     And what is -- who is

3    Mr. Espino, and what does he do for the

4    company?

5          A.     He is director of the

6    company, and he is a chief engineer.  So

7    he is in charge of technical matters.

8          Q.     Besides being a director,

9    is he an employee as well?

10         A.     Yes.

11         Q.     And his job title is

12   director?

13         A.     Yes.

14         Q.     He is a chief engineer

15   responsible for technical matters?

16         A.     Yes.

17         Q.     And the other name was --

18   was it Mr. Abe?

19         A.     Yes.

20         Q.     What was his first name?

21         A.     Yoshimasa.

33

```
1              A.    That would be Captain

2     Tagaan.

3              Q.    Can you spell that.

4              A.    T-A-G-A-A-N.

5              Q.    Okay.  And what does he do?

6              A.    He was looking after -- he

7     is more of marine elevated matters,

8     cargo related.  But he's not really

9     directly involved in the Dali.

10             Q.    Okay.  And who else?

11             A.    That would be Mr. Min.

12             Q.    Spell that, please.

13             A.    M-I-N.

14             Q.    What does Mr. Min do?

15             A.    He is assisting Mr. Espino.

16             Q.    We covered all the people

17    now?  Is that all of them?

18             A.    For the technical

19    operation, yes.

20             Q.    Yes.

21                   And tell me, do any of
```

34

1    those people assigned to supervise

2    oversee the Dali?

3        A.    That would be Mr. Espino

4    and Captain Hontomin.

5        Q.    How long have they been in

6    those roles?

7        A.    They've been in the company

8    for more than ten years.

9        Q.    And have they been in --

10   it's my appreciation that Grace Ocean

11   has owned the Dali for eight years,

12   maybe nine, from 2016?

13       A.    We took over in 2016,

14   October.  So yeah, around there, yes.

15       Q.    And have they -- has

16   Mr. Espino and Mr. H --

17       A.    Hontomin.

18           MR. WALSH:  Captain H.

19   BY MR. JARRETT:

20       Q.    Captain H.

21           Have they been in that role

35

1    for that entire period of time?

2          A.    No.

3          Q.    Who -- so was somebody else

4    in that role earlier?

5          A.    So for Mr. Espino, he took

6    over in 2022.

7          Q.    And who had that role

8    before him?

9          A.    Mr. Antolin, A-N-T-O-L-I-N.

10         Q.    Is Mr. Antolin still with

11   the company?

12         A.    No.

13         Q.    What about the other

14   general, Captain H?

15         A.    No.  He was in that role.

16         Q.    He was.  Okay.  Good.

17               So we're going to see later

18   this morning that there are technical

19   reports provided by Synergy to Grace

20   Ocean with regularity; is that true?

21         A.    Yes.

36

```
1        Q.    Who within Grace Ocean is

2    responsible for reviewing those

3    technical reports?

4        A.    It will be the technical

5    department.

6        Q.    Which person?

7        A.    Mr. Espino.

8        Q.    Mr. Espino.

9              What about -- Ms. Nakagawa,

10   what about -- what documents have you

11   reviewed to get ready for today?

12       A.    Charterer parties, those

13   addendums for charterer parties, ship

14   management agreements.

15             Can I --

16       Q.    Sure.

17       A.    May I -- yeah.

18       Q.    So what you're looking at

19   now is you're kind enough -- you have a

20   binder in front of you to help.  We'll

21   use that today.  And you've given me a
```

54

```
 1          Q.    If the person at Grace

 2   Ocean who is responsible for tracking

 3   whether the vessels are in compliance

 4   with class would be Mr. Espino?

 5          A.    Yes.

 6          Q.    How close are your offices

 7   to Synergy's offices?

 8          A.    It's about 20-minute drive.

 9          Q.    20 minutes?

10          A.    Yes.

11          Q.    Are all of the

12   communications between Synergy and Grace

13   Ocean, do they all take place by e-mail?

14          A.    E-mails, phone calls.

15   Sometimes there might be meetings.

16          Q.    Okay.  What kind of

17   meetings do you have?  Are they regular

18   or sporadic?

19          A.    It's not regular.

20          Q.    Not regular.

21                Are there any in-person
```

58

```
 1          Exhibit 89.)

 2   BY MR. JARRETT:

 3          Q.   Ms. Nakagawa, we're going

 4   to mark as the next exhibit, Number 89,

 5   the time charter between Grace Ocean and

 6   Maersk for the Dali.  I believe it's

 7   also in your notebook.  It bears Bates

 8   Numbers Petitioner 0271896 through

 9   271942.

10               MR. JARRETT:  For Valerie,

11          that is Document D.

12   BY MR. JARRETT:

13          Q.   Ms. Nakagawa, I know you're

14   familiar with the document because it's

15   in your notebook.  True enough?

16          A.   Yes.

17          Q.   Am I correct that ever

18   since Grace Ocean acquired the Dali, it

19   has been under charter to Maersk?

20          A.   Yes.  That's correct.

21          Q.   It's under charter to
```

59

1    Maersk today?

2          A.    Yes.

3          Q.    And it has been since 2016?

4          A.    Yes.

5          Q.    Why did Grace Ocean acquire

6    the Dali?

7          A.    It's been -- the Dali was

8    on the market, and it's been introduced

9    by our brokers.

10          Q.    And why was it attractive

11    to the company?

12          A.    Because I think, at that

13    time, we had few ships, but they were

14    all secondhand.  And this vessel was

15    almost a new -- a new build, I think.

16                And it's -- I think

17    generally having Maersk charter is very

18    attractive.

19          Q.    And one ways to get Maersk

20    as a charter, is to provide them with,

21    essentially, a new build?

63

```
 1          Q.    And how does Grace Ocean go

 2    about satisfying its obligation to keep

 3    the vessel in class?

 4          A.    We delegate that to

 5    Synergy.

 6          Q.    How active a role does

 7    Grace Ocean play in supervising

 8    Synergy's work in this respect?

 9          A.    So I have mentioned

10    earlier, like, our technical, he would

11    --

12          Q.    That's Mr. Espino?

13          A.    Yes.  Yes.

14                He would review the class

15    status on web portal every day.  And

16    there will be inspection reports coming.

17    If there's any PSC inspection,

18    third-party inspections.

19                And the Synergy technical

20    superintendents, they would visit the

21    vessel, like, few times a year.  And --
```

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Yoko Nakagawa
Highly Confidential                                          April 24, 2025

65

```
 1          Q.    And we can look through all

 2   of that if we want, but, essentially,

 3   what this tells us in this paragraph is

 4   that the charterers' obligations include

 5   things like paying for the vessel fuel;

 6   isn't that true?

 7          A.    Yes.

 8          Q.    Making all the arrangements

 9   for cargo; isn't that true?

10          A.    Yes.

11          Q.    And because the charterer

12   makes the arrangements for cargo, they

13   are also entitled to the freight that's

14   paid; isn't that true?

15          A.    Yes.

16          Q.    And they pay for all the

17   port-related expenses; isn't that right?

18          A.    They are paying.

19          Q.    They pay for the port

20   expenses?

21          A.    Yes.
```

66

```
 1          Q.     And the port expenses

 2   include things like dockage fees, right?

 3          A.     Yes.

 4          Q.     Include things like

 5   pilotage, right?

 6          A.     Yes.

 7          Q.     Things like tugs, right?

 8          A.     Yes.

 9          Q.     Things like launches,

10   right?

11          A.     Yes.

12          Q.     Okay.  It says that right

13   there.  I'm looking in Section 6(h),

14   where it says they pay for port charges,

15   canal dues, pilotage, towage, consular

16   charges, watchmen, guards, et cetera.

17                 Do you see that?

18          A.     Yes.

19          Q.     The point is that Maersk

20   pays for all the port-related expenses

21   because Maersk is the company that
```

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Yoko Nakagawa
                          Highly Confidential                           April 24, 2025

67

```
 1   decides where the vessel is going to go;

 2   isn't that true?

 3         A.    Yes.

 4         Q.    And they arrange for the

 5   cargo that needs to be delivered there

 6   or picked up there; is that right?

 7         A.    Yes.  Yes.

 8         Q.    Is it -- so to say it

 9   another way, it's also true that Grace

10   Ocean is not responsible for arranging

11   the cargo; is that right?

12         A.    Yes.

13         Q.    And they -- it's also true

14   to say that Grace Ocean is not

15   responsible for paying the port

16   expenses?

17         A.    Yes.

18         Q.    And it's also, in the same

19   -- the same point is true for Synergy.

20   Synergy is not responsible for arranging

21   of the cargo, right?
```

68

1          A.    Yes.

2          Q.    Synergy is not responsible

3    for identifying the ports of call?

4          A.    It's Maersk.

5          Q.    Maersk does that.

6          A.    Yes.

7          Q.    What Maersk tells -- that's

8    the question.  I don't know the answer.

9               When the schedule for the

10   Dali is being made, Maersk makes the

11   schedule, right?

12         A.    Yes.

13         Q.    Do they provide that

14   information first to Grace Ocean or do

15   they provide it directly to Synergy?

16         A.    They would provide it to

17   the vessel.

18         Q.    To the vessel?

19         A.    Yes.

20         Q.    It's also true that,

21   because Maersk is arranging for the

69

```
 1    cargo and identifying the ports of call,

 2    that Maersk is also responsible for

 3    generating the stowage plan?

 4            A.    Yes.

 5            Q.    And to generate the stowage

 6    plan, they have to take into account

 7    things like vessel stability?

 8            A.    Yes.

 9            Q.    And also issues like

10    efficiency, where you should stow the

11    containers in order to make the

12    onloading and offloading more efficient?

13            A.    Yes.

14            Q.    All of those decisions are

15    made by Maersk?

16            A.    Yes.

17            Q.    If you look on the page at

18    the bottom where it says 904 in the

19    lower right-hand corner?

20                  MS. CARLSON:  He means

21            these little numbers.
```

Grace Ocean Private Limited and Synergy Marine PTE LTD          Yoko Nakagawa
Highly Confidential                                             April 24, 2025

72

1          Q.    When Maersk sends

2     inspectors to the vessel, do they

3     produce a written report?

4          A.    They do.

5          Q.    Is that written report

6     provided to Grace Ocean?

7          A.    They do, through Synergy.

8     Yes.

9          Q.    So tell me how that works.

10    Maersk would give the report to Synergy

11    and Synergy would give it to you?

12         A.    Yes.

13         Q.    And why do you get those

14    reports but not the reports from

15    Synergy's technical managers?

16         A.    Why?  Because Maersk is our

17    client, and normally when they arrange

18    inspection, they would seek our consent

19    to do that.

20         Q.    That's required?

21         A.    Yes.

73

```
 1          Q.    They have to get your

 2    consent?

 3          A.    Yes.  So that -- I think

 4    that is also the reason why they provide

 5    the report to us.

 6          Q.    I see.

 7          A.    Yeah.  And for Synergy, as

 8    long as we don't -- as long as there's

 9    no issue, we don't require them to

10    provide their report.

11          Q.    When Maersk provides copies

12    of its inspections to Grace Ocean, who

13    reviews them?

14          A.    It would be our --

15    Mr. Espino and Captain Hontomin.

16          Q.    Captain who?

17          A.    H.

18          Q.    Captain H?  Got it.

19                And you keep copies of

20    those?

21          A.    Yes.
```

80

1              Do you see that?

2        A.    Yes.

3        Q.    Am I correct that under the

4   charter agreement between Grace Ocean

5   and Maersk that Grace Ocean is obligated

6   to maintain insurance coverage for the

7   vessel?

8        A.    Yes.

9        Q.    And then insurance

10  ordinarily, in this case, takes two

11  forms, a hull policy and a protection

12  and indemnity policy, right?

13       A.    Yes.

14       Q.    Did Grace Ocean satisfy

15  this obligation?

16       A.    Yes, we have.

17       Q.    And how did you do that?

18       A.    We have placed H&M -- for

19  H&M, we have placed a vessel with AIG

20  insurance.

21             And for P&I, we have placed

81

1    a vessel with Britannia Steamship

2    insurance.

3           Q.    Is the vessel still covered

4    by Britannia Steamship Mutual?

5           A.    Yes.

6           Q.    Do you know the limits of

7    coverage?

8           A.    I would need to refer to

9    the insurance policy.

10          Q.    Say it again.

11          A.    I have to refer to the

12   insurance policy.

13          Q.    You don't have that with

14   you today, though?

15          A.    No.

16          Q.    Okay.  Look at Page 911,

17   please.  Do you see in Clause 24, titled

18   "Dry-Docking."

19               Do you see that?

20          A.    Yes.

21          Q.    And the first sentence

                                                                                83

```
 1   dry-docking to the vessel manager; is

 2   that right?

 3         A.    Yes.

 4         Q.    Does Grace Ocean take an

 5   active role in the dry-docking?

 6         A.    Active?  We would be active

 7   like --

 8         Q.    Well, you pay for it,

 9   right?

10         A.    Yes, we do.

11         Q.    Do you take an active role

12   in deciding what happens to the dry dock

13   and what doesn't happen?

14         A.    No.

15         Q.    Who at Grace Ocean would be

16   responsible for monitoring the work

17   that's done in dry dock?

18         A.    That would be our technical

19   team.

20         Q.    Headed by Mr. Espino?

21         A.    Yes.
```

104

```
 1          ship management agreement.

 2              (Document marked for

 3          identification as Nakagawa

 4          Exhibit 90.)

 5   BY MR. JARRETT:

 6          Q.   Ms. Nakagawa, I'm giving

 7   you Exhibit 90, which is the ship

 8   management agreement that we've been

 9   provided for the Dali.  And it carries

10   Bates Numbers Petitioner 0010956 through

11   and including 0010977.

12              MS. CARLSON:  Do you have

13          a letter?

14              MR. JARRETT:  The letter

15          is E, as in echo.

16   BY MR. JARRETT:

17          Q.   Is this one of the

18   documents, Ms. Nakagawa, that you

19   reviewed in preparation for today?

20          A.   Yes.

21          Q.   And on the cover page, we
```

Grace Ocean Private Limited and Synergy Marine PTE LTD                    Yoko Nakagawa
Highly Confidential                                                      April 24, 2025

108

```
 1          A.     Iyengar.

 2          Q.     Iyengar.

 3                 And do you know if he's

 4    still someone with Synergy?

 5          A.     I don't think he is.

 6          Q.     Don't think he is.

 7                 Do you see his designation

 8    as technical manager?

 9                 Do you see that?

10          A.     Yes.

11          Q.     Who is in the role for

12    technical manager for Synergy today?

13          A.     That's Mr. Karthik Nair.

14          Q.     Mr. Nair.

15                 Let's go to the next page,

16    please.  957.

17                 This is the first page of

18    the original agreement; am I right?

19          A.     Yes.

20          Q.     And I see that the

21    company -- and the word "company" in
```

109

```
 1   this agreement refers to Grace Ocean

 2   Private Limited, right?

 3        A.   Yes.

 4        Q.   And the term manager

 5   applies to Synergy Marine Private

 6   Limited, right?

 7        A.   Yes.

 8        Q.   And I see that the company

 9   is appointing the manager to provide,

10   quote, marine services, closed quote.

11             Do you see that?

12        A.   Yes.

13        Q.   What's your understanding

14   of marine services?

15        A.   I think it is identified as

16   basic services.

17        Q.   Got it.

18             That is an appendix to the

19   agreement?

20        A.   No.  It's on the next page.

21        Q.   Next page?
```

110

```
 1              A.     Yeah, 1.3.

 2              Q.     So 1.3 identifies that the

 3    manager is going to provide both basic

 4    services and additional services; am I

 5    right?

 6              A.     Yes.

 7              Q.     And basic services are

 8    identified in Annex 1 of the agreement;

 9    is that so?

10              A.     Yes.

11              Q.     And additional services

12    are, presumably, anything there has to

13    do that are outside of Annex 1; is that

14    so?

15              A.     Yes.

16              Q.     We can see in Paragraph

17    1.4, additional services earn an extra

18    fee for Synergy Marine, right?

19              A.     Yes.

20              Q.     Look at 1.2, if you would,

21    please.  That's at the top of Page 958.
```

119

```
 1                  Do you see that?

 2        A.    Yes.

 3        Q.    And as I appreciate it, it

 4   looks like, to me, like Grace Ocean

 5   makes two payments every month to

 6   Synergy; is that right?

 7        A.    No.  We make one payment a

 8   month.

 9        Q.    One payment.

10              It says that -- here, that

11   Synergy earns a monthly management fee.

12              Do you know what that is?

13        A.    Yes.

14        Q.    How much is that?

15        A.    Currently, it's more than

16   11,000.

17        Q.    $11,000 a month?

18        A.    It's -- yeah.  About that.

19        Q.    About that?

20        A.    Yes.

21        Q.    And then it also pays to
```

120

```
 1    Synergy, that is, Grace Ocean, a monthly

 2    lump sum working capital.

 3              Do you see that?

 4        A.    Yes.

 5        Q.    Tell me how that is

 6    determined.

 7        A.    Working capital, it's

 8    derived from annual operating expenses.

 9    Then it will be paying them on a monthly

10    basis.  And it consists of crew pay,

11    crew wages, spare parts, repair

12    maintenance, consumable stores, and

13    miscellaneous.

14        Q.    So do I understand the

15    process to be that every year, Synergy

16    will generate a budget for each vessel?

17        A.    Yes, they do.

18        Q.    Grace Ocean reviews and

19    approves the budget?

20        A.    Yes.

21        Q.    Then we take that budget
```

121

```
 1    and we divide it by 12?

 2          A.    Yes.

 3          Q.    And we pay 1/12 of that

 4    budget every month?

 5          A.    Yes.

 6          Q.    And we add to that the

 7    monthly management fee?

 8          A.    Yes.

 9          Q.    Got it.

10                What about for additional

11    services, is that paid in the same -- in

12    the same money transfer or is that

13    separate?

14          A.    It's paid together.

15          Q.    You add them all up?

16          A.    Yes.

17          Q.    And you cut one wire

18    transfer?

19          A.    Yes.

20          Q.    Is that the way it works?

21          A.    Yes.
```

122

```
 1          Q.    Is that something that you

 2   actually do yourself?

 3          A.    I arrange payments.

 4          Q.    What is the approximate

 5   monthly lump sum working capital?  You

 6   can give me a ballpark.  I'm not

 7   interested in the exact number.

 8          A.    About 200,000.

 9          Q.    About 200,000.

10                Is it -- is the way this

11   arrangement works is that if Synergy

12   manages the vessel in an efficient way

13   in order to beat the budget, they get to

14   keep the difference?

15          A.    They are keeping, yes.

16          Q.    Yes.

17                So if Synergy manages it

18   efficiently, and able to beat the

19   budget, the difference, the delta, is

20   theirs to keep?

21          A.    Yes.
```

123

```
 1          Q.    Go over to Page 961, if you

 2   would, please.

 3          A.    96?

 4          Q.    961.

 5          A.    961.

 6          Q.    Do you see Section 5.3?

 7          A.    Yes.

 8          Q.    This is another

 9   confirmation in this agreement that

10   Grace Ocean is to provide the insurance

11   protection for the vessel?

12          A.    Yes.

13          Q.    And again, that insurance

14   protection includes both the hull

15   policy, does it not?

16          A.    Yes.

17          Q.    It includes the protection

18   and indemnity policy, does it not?

19          A.    Yes.

20          Q.    And if you look at the next

21   page, 5.3.3, do I read that correctly to
```

124

1    say that Grace Ocean is obligated to

2    list Synergy Marine as a joint insured

3    on the policies?

4              A.    Yes.

5              Q.    So that for Synergy's

6    purposes, and for Synergy's protection,

7    it can look to the same policies for

8    coverage that Grace Ocean looks to?

9              A.    Yes.

10             Q.    Look, if you would, please,

11   at Section 7.2.

12                   Do you see, as I read that

13   first sentence there, it appears to me

14   that Synergy has no liability to Grace

15   Ocean for any loss of profits that might

16   be associated with Synergy's performance

17   of the management agreement; is that

18   right?

19             A.    Unless it is resulted from

20   negligence.

21             Q.    Unless it's resulted from

Case 1:24-cv-00941-JKB   Document 605-1   Filed 08/29/25   Page 32 of 36
Grace Ocean Private Limited and Synergy Marine PTE LTD                    Yoko Nakagawa
Highly Confidential                                                      April 24, 2025

126

1        Q.    Am I right?

2        A.    Yes.

3        Q.    So look at -- look to,

4   Paragraph 7.3.

5              And this says, in Paragraph

6   3, that the company will defend and

7   indemnify Synergy from any claims that

8   are made that occur out of Synergy's

9   management and operation of the Dali.

10  Isn't that right?

11       A.    Yes.

12       Q.    And so what that means, in

13  practice, is that Grace Ocean will be

14  indemnifying Synergy for any claims made

15  against Synergy in this lawsuit?

16             MS. CARLSON:   Objection.

17  BY MR. JARRETT:

18       Q.    You can answer.

19       A.    Yes.

20       Q.    So what I conclude from

21  Paragraph 7.2 and 7.3 is that Synergy

127

1    Marine doesn't have any independent

2    exposure to claims being made as a

3    result of the allision; isn't that true?

4              MS. CARLSON:  Objection.

5              Go ahead.

6              THE WITNESS:  Yes.

7    BY MR. JARRETT:

8         Q.   So let's talk a little bit

9    about the basic services that are

10   identified in Annex 1 to the agreement.

11   That's Page 966.

12              And this first section

13   talks about crew employment and

14   management.

15              Do you see that?

16        A.   Yes.

17        Q.   And the first sentence

18   says, quote, the Manager shall provide

19   suitably qualified crew for the vessel

20   as required by the company."

21              Do you see that?

128

```
 1          A.    Yes.

 2          Q.    What does the company

 3   require?

 4          A.    According to the

 5   regulations, such as STCW.

 6          Q.    STCW?

 7          A.    Yes.

 8                And all the other

 9   regulations that's in place.

10          Q.    Is there a writing

11   somewhere that Grace Ocean gave to

12   Synergy that provides Grace Ocean's

13   expectations with respect to management?

14          A.    No.

15          Q.    I asked the question wrong.

16                Is there a document

17   somewhere that Grace Ocean provided to

18   Synergy that identified Grace Ocean's

19   expectations with regard to manning of

20   the vessel?

21          A.    No.
```

131

 1    part Roman numeral 5, V.  Or number 4.

 2    Roman numeral Number 4?

 3            A.    Yes.

 4            Q.    Does Grace Ocean check up

 5    on Synergy in that respect?

 6            A.    We don't.

 7            Q.    What about does Grace Ocean

 8    have -- exercise any rights of -- to

 9    accept or reject officers aboard the

10    Dali?

11            A.    We can, but we have never

12    exercised that.

13            Q.    You can, but you have never

14    done that?

15            A.    No.

16            Q.    Does Synergy have to

17    provide Grace Ocean with the

18    qualifications of the crew members

19    assigned to the vessel?

20            A.    No.  But if we request,

21    they will provide.

354

1                    CERTIFICATE

2

3          I HEREBY CERTIFY that the
   witness was duly sworn by me and that the
4  deposition is a true record of the
   testimony given by the witness.

5

6          It was requested before
   completion of the deposition that the
   witness, YOKO NAKAGAWA, have the
7  opportunity to read and sign the
   deposition transcript.

8

9          _Michelle L Gray_

10         MICHELLE L. RIDGWAY,
           A Registered Professional
11         Reporter, Certified Shorthand
           Reporter, Certified Realtime
12         Reporter, Certified Court
           Reporter and Notary Public
13         Dated:  May 5, 2025

14

15                 (The foregoing certification

16  of this transcript does not apply to any

17  reproduction of the same by any means,

18  unless under the direct control and/or

19  supervision of the certifying reporter.)

20

21