**In the Matter Of:**

*Grace Ocean Private Limited and Synergy Marine PTE Ltd*

---

*AJITH KUMAR*

*August 15, 2025*

---



1

1    IN THE UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MARYLAND
2               NORTHERN DIVISION
     _____
3    In the Matter of the      )
     Petition of               )
4                              )
     GRACE OCEAN PRIVATE        )
5    LIMITED, AS OWNER OF THE   )
     M/V DALI,                  )
6                              ) Civ. No. 24-00941-JKB
          and                  )
7                              ) IN ADMIRALTY
     SYNERGY MARINE PTE LTD,    )
8    AS MANAGER OF THE M/V DALI )
                               )
9    for Exoneration from or   )
     Limitation of Liability   )
10   _____

11           30(b)(6) DEPOSITION OF

12                 AJITH KUMAR

13   ON BEHALF OF SYNERGY MARINE PRIVATE LIMITED

14              AUGUST 15, 2025

15      ORAL VIDEOTAPED DEPOSITION OF AJITH KUMAR, produced

16   as a witness at the instance of the State of Maryland

17   and duly sworn, was taken in the above-styled and

18   numbered cause on the 13th day of August, 2025, from

19   9:05 a.m. to 6:24 p.m., before Melinda Barre, Certified

20   Shorthand Reporter in and for the State of Texas,

21   reported by computerized stenotype machine at the

22   offices of Duane Morris LLP, 1201 Wills Street,

23   Suite 330, Houston, Harris County, Texas, pursuant to

24   the Texas Rules of Civil Procedure and the provisions

25   stated on the record or attached hereto.

24

```
 1              MR. JARRETT:  Can we get a copy
 2     of that for the witness and counsel.
 3  BY MR. JARRETT:
 4     Q.   Captain, I'm going to show you
 5  what's been previously marked as
 6  deposition Exhibit 90.
 7     A.   Thanks.
 8     Q.   This was -- I'll tell you that
 9  this was identified by Grace Ocean as
10  being the contract in effect between Grace
11  Ocean and Synergy Marine.
12     A.   Yes.
13     Q.   You've seen this document
14  before?
15     A.   Yes.
16     Q.   So we're going to go through
17  this document a little bit because I want
18  to understand fully who has what
19  obligations under the agreement.
20     A.   Sure.
21     Q.   Before I do that, though, I just
22  want to clarify that the DALI, during the
23  period of time last year when it was in
24  Baltimore, was under time charter to
25  Maersk.  Is that not right?
```

25

1      A.    That is correct.

2      Q.    And Maersk as the time charterer

3 had certain obligations with respect to

4 the DALI, did it not?

5      A.    Yes.

6      Q.    One of those obligations of

7 Maersk was to provide the fuel for the

8 vessel.  Is that right?

9      A.    Yes.

10      Q.    Does Maersk also make the

11 arrangements to provide the fuel?

12      A.    Usually charterers provide the

13 arrangements, and they make the

14 arrangements.

15      Q.    And is it also true that the

16 charterers decide what cargo the ship will

17 carry?

18      A.    Yes, sir.

19      Q.    And they arrange for the

20 shippers to provide their cargo to the

21 vessel?

22      A.    That is correct.

23      Q.    And they, Maersk, charges those

24 shippers a fee to carry their cargo from

25 one place to another?

26

 1      A.   I don't know what is the

 2  agreement between charterers and the

 3  shippers.

 4      Q.   Don't you know that charterers

 5  get paid?

 6      A.   Of course they get paid, but I

 7  don't know --

 8      Q.   You don't know the details?

 9      A.   Details, yes.

10      Q.   Okay.  Fair enough.

11             But the point is Maersk

12  collects those fees.  Am I right?

13      A.   Correct.

14      Q.   And is it also true that Maersk

15  decides where the vessel goes?

16      A.   Yes.  Maersk decides.

17      Q.   And who sets the schedule?

18      A.   Maersk sets schedule.

19      Q.   Maersk sets the schedule.  So if

20  we wanted to identify the responsibilities

21  that Maersk has, Maersk arranges for the

22  fuel.  Yes?

23      A.   That is correct.

24      Q.   Pays for the fuel.  Yes?

25      A.   That is correct.

27

```
 1        Q.    Arranges for the cargo.   Yes?

 2        A.    That is correct.

 3        Q.    Collects fees for the cargo.

 4 Yes?

 5        A.    That is correct.

 6        Q.    Arranges for the ports of call?

 7        A.    That is correct.

 8        Q.    And sets the schedule?

 9        A.    Yes.

10        Q.    Anything else that I left out

11 that is the charterers' responsibility?

12        A.    I don't think so from what I can

13 remember.

14        Q.    What about this.   Who arranges

15 for the port agents?

16        A.    Charterers.

17        Q.    Charterers do that.

18        A.    Everything.

19        Q.    Okay.  Very good.  And in terms

20 of the company's obligations, Synergy

21 Marine's obligations, to the vessel owner,

22 those are all set forth in this document?

23        A.    Yes.

24        Q.    Okay.  And this gentleman that

25 signed the contract on the first page on
```

29

```
 1        A.    That is correct.

 2        Q.    And if you go to the top of the

 3   next page -- we're on page 2 of the

 4   contract, paragraph 1.2 -- it identifies

 5   Synergy Marine as the agent for Grace

 6   Ocean.  Is that right?

 7        A.    That is correct.

 8        Q.    And all of the functions that

 9   Synergy Marine performs with respect to

10   the DALI are all done in its capacity as

11   agent for Grace Ocean.  Am I right?

12        A.    Yes.

13        Q.    And the way this contract is

14   structured is there's an identification of

15   duties by Synergy Marine that are called

16   "basic services."  Is that right?

17        A.    Yes.

18        Q.    And for those basic services

19   Synergy Marine charges a fee?

20        A.    Yes, that is correct.

21        Q.    And sometimes Synergy Marine may

22   be called upon to perform what they call

23   additional services.  Is that right?

24        A.    No.  Synergy Marine charges for

25   the ship management services.  So in this
```

33

1  services in its discretion.  Do you see

2  that?

3      A.   That's correct.

4      Q.   What does that mean, manpower?

5  Is that talking about shipboard crew, or

6  is that talking about shoreside support?

7      A.   What is my understanding is that

8  it is for the ship's crew and also

9  necessary assistance from the shore.

10      Q.   Let's look at paragraph 4.1.

11  And you see -- I think this explains the

12  fee structure?

13      A.   Yes, that is correct.

14      Q.   And in paragraph 4.1.1 it

15  indicates that Synergy Marine is to be

16  paid a monthly management fee.  Do you see

17  that?

18      A.   That is correct.

19      Q.   How much is that?

20      A.   If I remember correct, it was

21  $10,000, if I remember correct, because

22  they keep changing every year.  So it is

23  $10,000.

24      Q.   $10,000.  Is that U.S. dollars?

25      A.   That is correct.

1    Q.   And then in 4.1.2 it provides

2  that Synergy Marine will also get in

3  addition a monthly sum of working capital.

4    A.   That is correct.

5    Q.   Which is, I presume, based on an

6  annual budget?

7    A.   Based on annual budget, yes.

8    Q.   So is it correct that Grace

9  Ocean and Synergy Marine decide on what

10  that annual budget should be?

11    A.   Yes.

12    Q.   And then divide it by 12 and you

13  get 1/12th of that every month?

14    A.   The budget is submitted on a

15  monthly basis.  So then that has been

16  calculated annually; but they provide the

17  monthly OpEx, what we call as operational

18  expense.

19    Q.   OpEx, O-p-E-x?

20    A.   That is correct.

21    Q.   And how much approximately is

22  the OpEx?

23    A.   2016 one I don't really know the

24  exact number.  It should be somewhere

25  around 80 to $90,000, if I remember.

1      Q.   Today in 2025?   2024 is what I
2  care about.
3      A.   That is correct.   2024, 2025
4  maybe 90 to 100.   I think so.
5      Q.   And then, of course, you see
6  4.1.3 says that Synergy Marine is entitled
7  to additional fees for additional
8  services?
9      A.   That is correct.
10      Q.   And I guess those are -- if such
11  an additional service is requested, then
12  the parties negotiate a fee?
13      A.   It is mentioned in the SMA, if I
14  remember correct, that the superintendent
15  goes onboard for doing VIR and audit.   So
16  there are particular days that they say
17  that you have to give 10 days or 15 days,
18  which I'm not sure.   I'm just explaining
19  in general.   That those many days will be
20  without any fees, just included in your
21  management fees annually.
22                And over and above, if that
23  comes in and they agree -- they come to an
24  agreement with -- each owner come to an
25  agreement that per day they will pay this

36

1  much to that.  So that comes for the

2  vessel visit.

3              And also for the dry dock

4  if superintendents goes and give his

5  assistance to the dry dock, they may get

6  paid daily, which will be agreed by the

7  owners and the ship management team.

8      Q.   That makes perfect sense.

9              So what you're telling me

10 is if the technical superintendent goes

11 aboard the ship or to the dry dock in

12 excess of the number of days provided for

13 in the contract, then the company gets

14 compensated for that?

15     A.   That is correct.

16     Q.   Whenever I -- I just want to

17 make clear that if those extra services

18 are provided, the company that receives

19 the extra revenue is Synergy Marine?

20     A.   That is correct.

21     Q.   Skip ahead to page 5, please, in

22 section 5.3.

23     A.   (Witness complies.)

24     Q.   Am I correct that as part of

25 this contractual agreement that Grace

Case 1:24-cv-00941-JKB    Document 605-5    Filed 08/29/25    Page 12 of 34
Grace Ocean Private Limited and Synergy Marine PTE Ltd                              Ajith Kumar
30(b)(6)                                                              August 15, 2025

37

1  Ocean agrees to provide insurance coverage

2  for the vessel and for the operations of

3  the vessel?

4          A.    Allow me to just read through

5  it.

6          Q.    Sure, yes, sir.

7          A.    Yes.  5.3.1 says that Grace

8  Ocean is to pay.

9          Q.    And, importantly, in 5.3.3 the

10  contract specifies that Synergy Marine is

11  to be named as an additional insured on

12  Grace Ocean's policies?

13          A.    Which is correct.  For all the

14  insurance it is a general clause that

15  whoever is the manager for the vessel has

16  been added as co-insurer.

17          Q.    Perfect.  Yes.  I understand.

18  Thank you.

19                  And if you skip ahead to

20  the next page, page 7, and specifically

21  paragraph 7.2 -- do you see that?

22          A.    Yes.

23          Q.    Paragraph 7.2 is what we would

24  call in the business a waiver of liability

25  by Grace Ocean in favor of Synergy Marine.

38

```
 1  Am I right?
 2      A.   Yes.  The manager shall be under
 3  no liability.
 4      Q.   Right.  And that is no liability
 5  to Grace Ocean if something bad were to
 6  happen to the vessel?
 7      A.   Yes.
 8      Q.   And then in paragraph 7.3 that's
 9  an indemnity provision that provides that
10  Grace Ocean will be indemnifying Synergy
11  Marine in connection with any exposures
12  that it might have that arise out of the
13  operation of the vessel.  Am I right?
14      A.   Just allow me to just have a
15  quick look.
16      Q.   Yes, sir, of course.
17      A.   That is correct.  The 7.2 --
18  what I understand is 7.2 is mentioned in
19  the last line the manager's total
20  cumulative liability for each incident or
21  series of incidents arise to a claim shall
22  never exceed sum of 60,000 USD.  That is
23  correct.
24      Q.   Okay.  Thank you very much.
25               All right.  Skip ahead, if
```

39

1   you would, please; and I want to go to

2   page 10 of the contract, which is the

3   annex 1.  And this basically describes all

4   the services that Synergy Marine will

5   provide to the DALI.  Am I right?

6        A.   That is correct.

7        Q.   And I want to slide my finger

8   down this page and have you -- have you

9   explain some things to me.

10                So the first paragraph

11  says, "The manager shall provide suitably

12  qualified crew for the vessel as required

13  by the company."

14                Do you see that?

15       A.   Yes.

16       Q.   What does the company -- and

17  that's Grace Ocean -- what do they require

18  by way of crew?

19       A.   They need a qualified crew for

20  the particular vessel, in this case DALI,

21  got container experienced crew and with

22  all certificates as per safe manning that

23  should be onboard.

24                So Synergy Marine is

25  entitled to provide crew as per the safe

Case 1:24-cv-00941-JKB   Document 605-5   Filed 08/29/25   Page 15 of 34
Grace Ocean Private Limited and Synergy Marine PTE Ltd                    Ajith Kumar
30(b)(6)                                                     August 15, 2025

40

 1   manning.  But usually we agree to the

 2   owners.  We put our request to the owners

 3   saying that we may require few more hands

 4   onboard.  So it is not always as per the

 5   safe manning.  It will be a little bit

 6   more as per the safe manning.

 7        Q.   I saw that.  That's actually

 8   written into your SMS.  Is that correct?

 9        A.   That's correct.

10        Q.   Not the SMA.  It's written into

11   the SMS that sometimes a ship may require

12   more personnel than provided for in the

13   safe manning certificate in order to

14   handle things like fatigue and that sort

15   of issue.  Isn't that so?

16        A.   That is correct, if I remember.

17        Q.   And so just because a ship is

18   compliant with its safe manning document

19   doesn't mean that the crew is appropriate

20   necessarily for the particular voyage that

21   the ship is on?

22        A.   That is defined by the flag

23   state; and the flag state puts this across

24   saying that for managing this type of

25   vessel under their flag, this many crew is

42

```
 1                  I also want to make clear
 2  here that Synergy Marine does not itself
 3  do the recruiting.  Am I right?
 4      A.   Synergy Marine doesn't -- we
 5  don't do the recruiting directly.
 6      Q.   Who does the recruiting directly
 7  for Synergy Marine?
 8      A.   We have a crewing agency called
 9  Synergy Marine Recruitment Private
10  Limited, SMRSPL.  So that is a recruitment
11  company wherein which they will recruit
12  the crew for the particular vessel.
13      Q.   And is that one of the companies
14  within the Synergy Group umbrella?
15      A.   That is correct.
16      Q.   Where is the recruitment company
17  headquartered?
18      A.   It's in India.
19      Q.   What town in India?
20      A.   Chennai.
21      Q.   Chennai.  And who -- is there a
22  particular person at the recruitment
23  company that does the liaison with Synergy
24  Marine for the DALI?
25      A.   For the engineers and for the
```

43

1  direct offices there are different PACs.

2  For the engineers I believe it's Madan

3  Singh for the DALI.

4       Q.   M-a-d-a-n?

5       A.   M-a-d-a-n, Madan Singh.

6       Q.   S-i-n-g-h?

7       A.   That's correct.  And for the

8  deck staff it is Mr. Ranjan.

9       Q.   Can you spell his name, please.

10      A.   R-a-n-j-a-n.  Ranjan Shetty,

11 S-h-e-t-t-y.

12      Q.   He's for the deck side, and the

13 other gentleman is for the technical side?

14      A.   That is correct.

15      Q.   What about for the ratings, how

16 does that work?

17      A.   Ratings, they have a separate

18 team under the crewing division wherein

19 which they have a process of recruiting

20 the crew and which ship management team

21 doesn't interact with them because only

22 the requirement is that they should be

23 providing crew with sufficient experience

24 and proper training.

25           So we don't interact with

44

```
 1  them for their ratings.  But the crew list

 2  comes in.  Our ship management team will

 3  review that as they propose the team.

 4       Q.   And focusing on the officers

 5  that are proposed to serve aboard the

 6  DALI, the way I read the SMS is that the

 7  ship management team has to review and

 8  approve the candidates before they can go

 9  aboard the vessel.

10       A.   I think it would be better if I

11  put it this way.  The manning agency

12  recruits the crew.  They do all the

13  filtering and background checks,

14  everything.  And they have a competency

15  team, which means they will be discussing

16  with the men what all the company-required

17  trainings are completed.

18                Once that is done, the

19  proposal is sent across to the ship

20  management team of Synergy Marine.

21  Synergy Marine team will be interacting

22  with that person by going through CV.  And

23  each superintendent, marine or technical,

24  after his interaction can give a feedback

25  that he's been approved for this
```

Case 1:24-cv-00941-JKB   Document 605-5   Filed 08/29/25   Page 19 of 34
Grace Ocean Private Limited and Synergy Marine PTE Ltd          Ajith Kumar
30(b)(6)                                              August 15, 2025

45

1  particular vessel basis of his experience.

2              So he can either say yes,

3  this guy is suitable for going for this

4  vessel because he has enough experience or

5  you can say, This guy is not suitable.

6  Can you please propose another candidate.

7      Q.   I see.  I understand.

8              And I also saw when I took

9  a deposition from Grace Ocean that they,

10  too, have the right to review and approve

11  the officers aboard the vessel?

12     A.   That is correct at times a few

13  of the owners.  But here with the DALI I

14  have not seen they're asking for all the

15  CVs, but from the ship manager the owners

16  ask for the CVs.

17              And if there is any

18  promotions happening will be -- when I say

19  "promotion," means from chief mate to the

20  captain.  They are onboard and they want

21  to get a promotion.

22              So we will be seeking

23  owner's approval that this person has

24  completed this experience and he did all

25  these courses.  So again please approve

1   for this vessel, and he did this vessel or

2   the sister vessel earlier.  So we will be

3   having that communication with the owners,

4   and they come back with their comment.

5        Q.   And they can say "yes" or "no"?

6        A.   That is correct.

7        Q.   But I also saw that Synergy

8   Marine does not actually employ the crew

9   aboard the ship?

10       A.   That is correct, because the

11  employees Grace Ocean, as mentioned, we

12  work for them.

13       Q.   Right.  So you identify the

14  crew; you vet the crew?

15       A.   That is correct.

16       Q.   And assuming that the person is

17  qualified and appropriate, your ship

18  management team approves them.  Grace

19  Ocean would approve them.  And then that

20  individual crew member would sign an

21  employment contract with Grace Ocean?

22       A.   That is correct.

23       Q.   Okay.  So back on page 10 of

24  this document, slide your finger down.  It

25  looks like the second (ii) point.

62

```
 1   owner in dry docking.  Am I right?

 2        A.   Yeah, supervision of dry

 3   docking.

 4        Q.   But the vessel owner actually

 5   pays for the dry docking, does it not?

 6        A.   That is correct.

 7        Q.   And ultimately it's the vessel

 8   owner that decides what work is or is not

 9   done in the dry dock?

10        A.   That is correct.

11        Q.   If you slide your finger down on

12   (vii), we're still on page 12.

13        A.   Yes.

14        Q.   It says that one of the

15   obligations of Synergy Marine is to

16   develop a safety management system that's

17   compliant with the ISM Code.  Do you see

18   that?

19        A.   That is correct.

20        Q.   And has Synergy Marine done

21   that?

22        A.   Yes.

23        Q.   I have seen lots of parts of

24   that safety management system.

25        A.   Yes.
```

67

1  operating budget?

2        A.   Yes.  Just let me.

3        Q.   Yes, sir, of course.

4        A.   Yes, sir.

5        Q.   Is there a provision to modify

6  the budget during the course of the year?

7        A.   There is no provision what I

8  understand to modify the budget.  But as

9  the situation needed, which means that

10  they need to improve any, what to say, the

11  maintenance or if they want any additional

12  manpower over the budget, the ship

13  management team can approach the owners

14  and get their approval.  That can be done.

15  And the support money for that will be

16  paid to the managers.

17        Q.   If there's a budget in place --

18  I'm just going to pick a number as an

19  example -- of a hundred dollars.

20        A.   Yes, sir.

21        Q.   And Synergy Marine only turns

22  out to need $95.

23        A.   Yes, sir.

24        Q.   What happens to that $5

25  difference?

68

1      A.    So we have a vessel account

2  system.   For each vessel there is an

3  accounting system there.   So the account

4  teams does this accounting for the

5  particular vessel.   So in the book they

6  know that hundred we received and 5 we

7  have.   So that 5 will be remaining.

8                  Towards end of 12th month

9  we'll be updating to the owners or as and

10 when they need -- some of the owners say,

11 Can you please update us every six months

12 how it is.

13                 So towards the end when we

14 go for presenting the next year budget,

15 they say, Okay, how much you have?

16 Sometimes will be negative; sometimes will

17 be positive.   Negative instance we are

18 entitled to get this money from the

19 owners.   That will not be too much because

20 we don't have money to pay the negative

21 one.

22                 So we say, Okay, we have 5

23 extra, maybe 7 extra, maybe 10 extra for

24 each vessel so that they'll say, Okay, you

25 keep that because they can be used it for

1  operations because fixed by 12 months as

2  we discussed earlier.  Every month they

3  will keep on putting that money.  So the

4  owners also paying hundred dollars every

5  month.

6      Q.   Yes.

7      A.   Because they are committed to

8  that OpEx budget.

9      Q.   The OpEx budget, yes.

10     A.   So once they keep getting --

11 sometimes it will go 102 in some month.

12 So we know that we have 5 extra in our

13 hand.  So those things will get adjusted

14 up and down over the course of one year.

15     Q.   I see.  But at the end of the

16 year if you have that $5, can you keep it?

17     A.   It's up to the owners to tell us

18 that you can keep it or return to us.

19     Q.   Okay.  Got it.  Thank you.

20          So look on that same page,

21 sir, towards the bottom; and it talks

22 about communications.  Do you see that?

23 It says, "The manager will provide the

24 aforementioned services to company and

25 shall ensure that the data and other

69

```
 1   any nonbudget expense coming up; or

 2   sometimes they say, Please use it for the

 3   budgeted one.

 4            So it is up to the owner to

 5   decide what to do with that, but we will

 6   be keeping the owners updated for each

 7   vessel.

 8      Q.   I see.  So sometimes that $5 you

 9   get to put in your pocket and keep it and

10   sometimes you give it back to the owner

11   and they apply it to the vessel going

12   forward?

13            MR. BELKNAP:  Objection.  You

14       can answer.

15      A.   It is not keeping it in our

16   pocket.  If it is in the book, we will be

17   updating the owner.  So they know that,

18   Okay, hundred has been given.  They have 5

19   and we are updating the owner, so owners

20   are aware of it.

21   BY MR. JARRETT:

22      Q.   So the difference, the $5

23   difference, is there any circumstance

24   under which you get to keep it?

25      A.   Because that's the way the
```

72

1  understand the technical team, the

2  technical team -- they will be liaising

3  with the owner's technical team.  So they

4  keep on asking, Can you please send this

5  report for the month.  So, accordingly,

6  they will keep sharing those reports.

7      Q.   What about fuel oil reports, are

8  those provided -- those are provided

9  daily, are they not?

10      A.   Fuel oil reports comes from the

11  vessel on a daily basis and owners has a

12  request for the masters to keep them in

13  copy for certain messages, which is

14  messages from the charterers which is

15  important or any daily reports because

16  they also want to track their vessel what

17  is the consumption and everything.  So

18  they ask the vessels through us to keep

19  owners also in copy.

20      Q.   So we've talked about the

21  financial reporting --

22      A.   Yes.

23      Q.   -- which you talked about a

24  moment ago.  That's done monthly?

25      A.   That's correct.

1     Q.   But the operational reporting,

2  some of that happens every day.  There's a

3  noon report provided every day?

4     A.   That is correct.  If I remember

5  correct, that goes every day to owners.

6  They keep them in copy, in fact.

7     Q.   And there's a fuel report that

8  goes every day?

9     A.   Because in the noon report this

10 is included.

11    Q.   I see.  Anything other than the

12 noon report go to the owners every day?

13    A.   I don't think so.  I don't

14 remember, in fact.

15    Q.   Okay.  If you go to page 15,

16 this is -- you'll see at the top this is

17 annex 2.  Do you see that?

18    A.   Yes.

19    Q.   And what I want to report -- I

20 just want confirmation that everything

21 listed on these next two pages by Roman

22 numeral, those are all costs and expenses

23 that are not included in the basic

24 services and for which Synergy Marine

25 could charge the owner if they have to

78

1    Q.   So it's your understanding that

2  Synergy Group manages 14 or 15 vessels for

3  Grace Ocean?

4    A.    Approximately.  I don't know the

5  exact number; but that's what at that time

6  I understood from the team, that between

7  14 to 15 vessels they manage.

8              So he's telling that you

9  already have for -- at that particular

10 time you already have USD 5 million in the

11 recent seven years in your account.  So

12 you can -- that's what I understand, that

13 you can take that money from this account

14 for the dry dock expenses.

15             Having said that, I just

16 for your attention that in the course of

17 this e-mail one of the superintendent

18 mentions says that this dry dock budget is

19 already approved but they did not paid,

20 which means maybe the owner is saying that

21 why I should pay another 2 million or

22 3 million?  You already have it.  So

23 please balance that.

24    Q.   I got it.

25             So the sentence I was

79

 1  asking about, the surplus, related to a

 2  $5 million surplus of budget for the 14 or

 3  15 ships under management?

 4      A.   That's correct.

 5      Q.   Collectively?

 6      A.   Yes.

 7      Q.   Okay.  Thanks.

 8      A.   Which owners was aware of that,

 9  sir.

10      Q.   Yeah, yeah.  I just wanted to

11  know what it meant was all.

12      A.   Got it.

13      Q.   We're good.  All right.  I'm

14  going to change subjects.

15           MR. JARRETT:  This next subject

16      is going to be a while.  Do you want a

17      break, or are we good?

18           MR. BELKNAP:  A break would be

19      a good idea.

20           MR. JARRETT:  Okay.

21           MR. BELKNAP:  We can make it a

22      quick one.

23           MR. JARRETT:  Five minutes,

24      please.

25           THE VIDEOGRAPHER:  Going off

307

 1  make arrangements when the vessel comes

 2  into port?

 3       A.   For all the port calls related

 4  to the vessel they will hire that.  But

 5  certain time if the manning agencies want

 6  to do some crew change, they can hire

 7  them, the same charterer's agent, or they

 8  can hire another agency.

 9       Q.   I see.

10       A.   So you can have two agency at

11  times for attending crewing matters.

12       Q.   And the agents that are hired by

13  the time charterer, they do things like

14  arrange for the berth?

15       A.   That is correct.

16       Q.   And handle customs?

17       A.   Correct.

18       Q.   Arrange for the stevedoring,

19  arrange for the fuel?

20       A.   For all the charterers matters

21  for arrival/departure of the vessel, they

22  do it.

23       Q.   I'm just naming them for people

24  who may not know --

25       A.   Correct.

308

```
 1       Q.    -- what's entailed in that.

 2             You know, you have all the

 3  paperwork stuff, all the customs.  They do

 4  that, right?

 5       A.    Yes.

 6       Q.    You've got to get a berth to tie

 7  up to.  They do that?

 8       A.    Correct.

 9       Q.    They've got to have someone to

10  load and unload the cargo.  They hire

11  that?

12       A.    Correct.

13       Q.    Sometimes you need to refuel.

14  They make arrangements for that?

15       A.    Correct.

16       Q.    What else do they do that I'm

17  missing?

18       A.    They send information to the

19  master, what are the local requirements

20  and what are local needs to be carried out

21  and reportings to be carried out.  So they

22  can do reportings on behalf of the vessel.

23  If the captain calls the agent, they can

24  do that.

25       Q.    What about arranging for tugs?
```

309

```
 1        A.   It's all charterers through
 2   their agents.
 3        Q.   What about hiring the pilots to
 4   bring the ship in and out of port?
 5        A.   It's all the agents, charterer's
 6   agent.
 7        Q.   Thank you.  I saw in another
 8   part of the website that as part of ship
 9   crew management that Synergy Marine
10   ensures all crew meet STCW?
11        A.   That is correct.
12        Q.   But they also ensure that the
13   crew meets MLC requirements.  Is that
14   labor?
15        A.   Labor, yes, MLC.
16        Q.   The Maritime Labor Convention?
17        A.   That is correct.
18        Q.   Does every DOC have the same
19   organizational structure as Synergy
20   Marine?
21        A.   I'm not sure on that.  More or
22   less it will be the same structure.
23   Depends on the ship's count.  That will
24   vary.  But almost the structure is the
25   same.
```

418

```
1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
2                   NORTHERN DIVISION
   _____
3  In the Matter of the      )
   Petition of               )
4                            )
   GRACE OCEAN PRIVATE        )
5  LIMITED, AS OWNER OF THE   )
   M/V DALI,                  )
6                            ) Civ. No. 24-00941-JKB
            and              )
7                            ) IN ADMIRALTY
   SYNERGY MARINE PTE LTD,    )
8  AS MANAGER OF THE M/V DALI )
                             )
9  for Exoneration from or   )
   Limitation of Liability   )
10 _____

11

12              REPORTER'S CERTIFICATE

13        ORAL DEPOSITION OF AJITH KUMAR

14              August 15, 2025

15

16    I, Melinda Barre, Certified Shorthand Reporter in

17 and for the State of Texas, hereby certify to the

18 following:

19    That the witness, AJITH KUMAR, was duly sworn by the

20 officer and that the transcript of the oral deposition

21 is a true record of the testimony given by the witness;

22    That the original deposition was delivered to

23 David L. Reisman.

24    That a copy of this certificate was served on all

25 parties and/or the witness shown herein
```

419

1  on _____.

2      I further certify that pursuant to FRCP Rule

3  30(f)(1), that the signature of the deponent:

4      ____ was requested by the deponent or a party before

5  the completion of the deposition and that the signature is

6  to be before any notary public and returned within 30 days

7  from date of receipt of the transcript.  If returned,

8  the attached Changes and Signature Page contains any

9  changes and the reasons therefor:

10     ____was not requested by the deponent or a

11 party before the completion of the deposition.

12     I further certify that I am neither counsel for,

13 related to, nor employed by any of the parties or

14 attorneys in the action in which this proceeding was

15 taken, and further that I am not financially or

16 otherwise interested in the outcome of the action.

17     Certified to by me on this, the _____ day

18 of _____, 2025.

19

20

21

22 _____

23                        Melinda Barre
                           Texas CSR 2192
24                        Expiration:  12/31/25

25