# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## LINE ADOPTING DOCKET NUMBER 605

By their undersigned counsel and pursuant to FRCP 10(c), the undersigned cargo interest claimants adopt Docket Number 605 by reference.

Respectfully submitted this 29th day of August, 2025.

| | |
|---|---|
| /s/ Travis D. Tull<br>Travis D. Tull<br>Reem Rana<br>Tate Bywater<br>2740 Chain Bridge Road<br>Vienna, VA 22181<br>(703) 938-5100<br>ttull@tatebywater.com<br>rrana@tatebywater.com<br><br>Attorneys for Claimant/Respondent Hussain A. Al Dosariy | /s/ Kevin G. O'Donovan<br>Kevin G. O'Donovan (Pro Hac Vice)<br>Palmer Biezup & Henderson LLP<br>190 N. Independence Mall West<br>Suite 401<br>Philadelphia, PA 19106<br>(215) 625-7810<br>odonovan@pbh.com<br><br>Attorneys for Claimant/Respondent ZIM Integrated Shipping Services Ltd. |

/s/ Edward P. Flood
Edward P. Flood (Pro Hac Vice)
Jon Werner (Pro Hac Vice)
Montgomery McCrackn Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
(212) 551-7759
eflood@mmwr.com
jwerner@mmwr.com

Attorneys for Claimant MSC Mediterranean Shipping Company S.A.

/s/ Peter Skoufalos
BROWN GAVALAS & FROMM LLP
Peter Skoufalos (Pro Hac Vice)
pskoufalos@browngavalas.com
Michael P. Naughton (Pro Hac Vice)
mpn@browngavalas.com
60 East 42nd Street, Suite 4600
New York, NY 10165
Tel: (212) 983-8500

Attorneys for Claimant
MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company Holding S.A. with respect to its property onboard the M/V DALI that was insured by TT Club Mutual Insurance Ltd.

/s/ Brendan N. Hughes
Frederick W. Swaim III (Pro Hac Vice)
Brendan N. Hughes (Pro Hac Vice)
Samuel L. Fuller (Pro Hac Vice)
Galloway Johnson Tompkins Burr & Smith
701 Poydras Street, Suite 4000
New Orleans, LA 70139
(504) 525-6802
FSwaim@gallowaylawfirm.com
BNHughes@gallowaylawfirm.com
SLFuller@gallowaylawfirm.com

Attorneys for Claimants/Respondents JLJ International Holdings, LLC, Atlantic Specialty Insurance Company, ALTS USA, LLC, and Skyline International Corporation

/s/ James D. Skeen
James D. Skeen (00010)
Terry L. Goddard Jr. (15460)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T:  (410) 625-2252
F:  (410) 625-2292
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

Attorneys for Claimants/Respondents JLJ International Holdings, LLC, Atlantic Specialty Insurance Company, ALTS USA, LLC, and Skyline International Corporation

/s/ Charles F. Herd, Jr.
Charles F. Herd, Jr. (Pro Hac Vice)
Herd Law Firm, PLLC
19500 Tomball Parkway, Suite 250
Houston, TX 77070
(713) 955-3699
Charles.herd@herdlawfirm.com

Attorneys for Claimant/Respondent Mukesh Desai, on behalf of R.M. Metals, a division of R.M. Creations, Inc.

## **Certificate of Service**

    I hereby certify that on the 29th day of August, 2025, I uploaded the foregoing and any attachments/exhibits to the Court's CM/ECF system for filing and service on all interested parties.

                                                   /s/ Terry L. Goddard Jr.
                                                   Terry L. Goddard Jr.