

Confidential

Petitioner_0032292

Confidential Petitioner_0032293



Confidential    Petitioner_0032294

Confidential



Petitioner_0032295

Confidential



Petitioner_0032296

Confidential

Petitioner_0032297

Confidential

Petitioner_0032298



Confidential

Petitioner_0032299

Confidential

Petitioner_0032300

Confidential

Petitioner_0032301

Confidential

Petitioner_0032302

Confidential

Petitioner_0032303

Confidential

Petitioner_0032304

Case 1:24-cv-00941-JKB   Document 608-1   Filed 09/02/25   Page 14 of 14



Confidential

Petitioner_0032305