# Duane Morris®

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

ROBERT B. HOPKINS
PARTNER
DIRECT DIAL: +1 410 949 2937
PERSONAL FAX: +1 410 949 2976
*E-MAIL:* rbhopkins@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
SOUTH JERSEY
SYDNEY
MYANMAR

ALLIANCES IN MEXICO

September 10, 2025

*VIA CM/ECF*

The Honorable James K. Bredar
United States District Court for the District of Maryland
101 West Lombard Street, Chambers 5A
Baltimore, MD 21201

> Re:  *In the Matter of Petition of Grace Ocean Private Limited, et al.,*
>  *for Exoneration from or Limitation of Liability*
>  **Civil Action No. 24-941-JKB**

Dear Judge Bredar:

Undersigned counsel for Petitioners Grace Ocean Private Limited and Synergy Marine Pte, Ltd, along with counsel for the Claimants as to the wrongful death and survival claims arising from the death of Dorlian Ronial Castillo Cabrera at ECF No. 100 ("the Claim"), write to jointly request referral for a settlement conference before United States Magistrate Judge J. Mark Coulson, whom Your Honor indicated during the October 29, 2024 Status and Scheduling Conference would be available for purposes of alternate dispute resolution in this case.

Based on discussions to date, both Petitioners and Claimants believe that mediation by Magistrate Judge Coulson—a neutral third party—would be beneficial and could help resolve their disputes without the need for further litigation of the Claim.

Accordingly, Petitioners and Claimants respectfully request that the Court enter an Order referring this matter for a settlement conference before United States Magistrate Judge J. Mark Coulson at his earliest availability, as provided for in Local Rule 607 and authorized by 28 U.S.C. § 636 and Local Rule 301.

Thank you in advance for your consideration.

Respectfully Submitted,

DuaneMorris

Page 2

**DUANE MORRIS LLP**

/s/ Robert B. Hopkins
Robert B. Hopkins (Bar No. 06017)
rbhopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
tdietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

**BLANK ROME LLP**

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
(617) 415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra*
Noe.Hamra@blankrome.com
Neil P. McMillan*
Neil.McMillan@blankrome.com
1271 Avenue of the Americas
New York, NY 10020
(212) 885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye Street NW
Washington, DC 20006
(202) 420-2200

*Counsel for Petitioners, Grace Ocean Private Limited and Synergy Marine Pte Ltd*

**FRIEDMAN RUBIN PLLP**

/s/ Michael White
Michael N. White*
mwhite@friedmanrubin.com
David P. Roosa*
droosa@friedmanrubin.com
1109 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446

**GUPTA WESSLER LLP**

Matthew Wessler*
matt@guptawessler.com
Deepak Gupta*
deepak@guptawessler.com
Thomas Scott-Railton*
thomas@guptawessler.com
2001 K Street NW, Suite 850 North
Washington, DC 20006
(202) 888-1741

**CASA, INC.**

Ama S. Frimpong (Bar No. 30562)
afrimpong@wearecasa.org
8151 15th Ave
Hyattsville, MD 20783
(240) 485-8844

*Counsel for Claimants, Lillian Hummel, personal representative of the Estate of Dorlian Ronial Castillo Cabrera, Eban Perez, Jesus Castillo, and Wilder Castillo Cabrera*

*Admitted *pro hac vice*

cc: All counsel (*via CM/ECF*)