IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * | Civ. No. 24-0941-JKB<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has received correspondence from counsel for Petitioners Grace Ocean Private Limited and Synergy Marine Pte, Ltd and counsel for the Claimants as to the claim arising from the death of Dorlian Ronial Castillo Cabrera, requesting a referral to Judge Coulson. (ECF No. 610.)

Accordingly, it is ORDERED that the claim arising from the death of Dorlian Ronial Castillo Cabrera (ECF No. 100) IS REFERRED to Judge Coulson for a settlement conference to occur as soon as possible.

DATED this 11th day of September, 2025.

BY THE COURT:

/S/ JAMES K. BREDAR
James K. Bredar
United States District Judge