IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
|  | * |  |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * | **Civil No. JKB-24-0941** |
|  | * | *IN ADMIRALTY* |
|  | * |  |

\* \* \* \* \* \*

## ORDER

On October 14, 2025, the Court intends to issue a sealed Memorandum and Order ruling on the Claimants' "Motion to Strike the Confidentiality Designations to the M/V DALI Vessel Employees' Deposition Transcripts" (ECF No. 513) and the motions to seal filed at ECF Nos. 515, 543, 545, 548, 551, 554, 559 & 570.

Standing Order 2025-05 provides that "[t]he Court will serve sealed orders, notices, and other Court-generated documents by either secure electronic means or U.S. Mail." Consistent with this Standing Order, the Court hereby advises the parties that it intends to email a password-protected copy of the unredacted sealed Memorandum and Order to the email recipients in the list appended to this Order. Any objection to emailing the sealed Memorandum and Order to any of these recipients must be filed on CM/ECF no later than 12:00 p.m. on Tuesday, October 14, 2025.

Date: October 10, 2025                                   /s/
                                                   Timothy J. Sullivan
                                                   Chief United States Magistrate Judge

**Recipient List for Sealed Memorandum and Order re: Motion to Strike (ECF No. 513)**

Alan.Weigel@BlankRome.com
Emma.Jones@BlankRome.com
Lgfurshman@duanemorris.com
MTwersky@FoxRothschild.com
Matt@hoyalaw.com
Neil.McMillan@BlankRome.com
Owen@ODuffy-Law.com
aconnolly@postschell.com
aduffy@smbb.com
afrimpong-houser@wearecasa.org
ahomer@kelleydrye.com
alevitt@dicellolevitt.com
alex.brown@lanierlawfirm.com
andrew.oconnell@murphyfalcon.com
atabares@oinjurylaw.com
bekman@mdtrialfirm.com
billy.murphy@murphyfalcon.com
bjackson@kelleydrye.com
bmccarthy@abramslaw.com
bnhughes@gallowaylawfirm.com
bplaxen@plaxenadler.com
bryanshort@effectus.legal
btg@derreverelaw.com
carlson@blankrome.com
cburgess@postschell.com
cesar@oinjurylaw.com
ceshelman@boatinglaw.com
charles.herd@herdlawfirm.com
csico@shhlaw.com
cstewart@smstrial.com
dan.cohen@troutmansanders.com
ddisandro@smbb.com
deepak@guptawessler.com
dgerger@ghmfirm.com
djd@donovanrainie.com
dloh@kmazuckert.com
dluccaro@cozen.com
dreisman@liskow.com
droosa@friedmanrubin.com
drose@kreindler.com
dschwartz@dicellolevitt.com
dventker@ventkerlaw.com
eastrunk@liskow.com
ebmcintosh@liskow.com

eflood@mmwr.com
emily.hugginsjones@troutman.com
foleyc@whiteandwilliams.com
fpd@pbh.com
fswaim@gallowaylawfirm.com
fu@dicellolevitt.com
gbernstein@zuckerman.com
gcoleman@milberg.com
hfeldman@oag.state.md.us
hmarbury@cozen.com
imorales@kelleydrye.com
jason.foster@murphyfalcon.com
jbkeyser@nilesbarton.com
jconnolly@zuckerman.com
jcserna@oinjurylaw.com
jhoffmann@jezicfirm.com
jmallon@mallonllc.com
jmbredehoft@kaufcan.com
jmiller@smstrial.com
jschuurman@kelleydrye.com
jshifalo@liskow.com
jsilva@smbb.com
jskeen@skaufflaw.com
jsolter@azraelfranz.com
jsullivan@hillrivkins.com
jtate@tatebywater.com
jwerner@mmwr.com
kboyle@gelaw.com
kcarey@smbb.com
kikendalla@whiteandwilliams.com
kmahoney@kreindler.com
kmcgee@gelaw.com
knachtman@silvermanthompson.com
komalley@nicolettihornig.com
luke.reid@blankrome.com
lwalker@cozen.com
malarkey@mdtrialfirm.com
mark.dimenna@offitkurman.com
mark.lanier@lanierlawfirm.com
matt@guptawessler.com
matthew.griffin@troutman.com
mbyroade@kelleydrye.com
mhenderson@ventkerlaw.com
mjstiller@nilesbarton.com
mperkins@mallonllc.com
mpimienta@kelleydrye.com

mpn@browngavalas.com
mroth@smstrial.com
msims@milberg.com
msmith@fgppr.com
mward@downs-ward.com
mwhite@friedmanrubin.com
nma@derreverelaw.com
noe.hamra@blankrome.com
nwisnoski@milberg.com
odonovan@pbh.com
pard@donovanrainie.com
pbillis@fgppr.com
perlin@mdtrialfirm.com
pmbrogan@kaufcan.com
probben@kelleydrye.com
pskoufalos@browngavalas.com
rbhopkins@duanemorris.com
rcsparks@kaufcan.com
richard.pratt@troutman.com
rkjarrett@liskow.com
rlm@smouseandmason.com
rmc@derreverelaw.com
rms@rs-atty.com
ronald.richardson@murphyfalcon.com
rphelan@cozen.com
rrana@tatebywater.com
rscott@oag.state.md.us
rwaid@liskow.com
sara.gross@baltimorecity.gov
scoluzzi@nicolettihornig.com
scott@partridgellc.com
slfuller@gallowaylawfirm.com
sliang@customscourt.com
tbarnard@bakerdonelson.com
tdietrick@duanemorris.com
tgoddard@skaufflaw.com
thomas@guptawessler.com
thomas.belknap@blankrome.com
tlochner@lochnerlawfirm.com
totoolelaw@aol.com
tsandella@kreindler.com
tsemaya@offitkurman.com
ttull@tatebywater.com
vmaniatis@milberg.com
william.bennett@blankrome.com
zhowerton@milberg.com