UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.: 1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

## LINE ADOPTING DOCKET NUMBER 605

By their undersigned counsel and pursuant to FRCP 10(c), the undersigned cargo interest claimants adopt Docket Number 625 by reference.

Respectfully submitted this 14th day of October, 2025.

| | |
|---|---|
| /s/ Travis D. Tull | /s/ Kevin G. O'Donovan |
| Travis D. Tull | Kevin G. O'Donovan (Pro Hac Vice) |
| Reem Rana | Palmer Biezup & Henderson LLP |
| Tate Bywater | 190 N. Independence Mall West |
| 2740 Chain Bridge Road | Suite 401 |
| Vienna, VA 22181 | Philadelphia, PA 19106 |
| (703) 938-5100 | (215) 625-7810 |
| ttull@tatebywater.com | odonovan@pbh.com |
| rrana@tatebywater.com | |
| | Attorneys for Claimant/Respondent |
| Attorneys for Claimant/Respondent Hussain A. Al Dosariy | ZIM Integrated Shipping Services Ltd. |

/s/ Brendan N. Hughes
Frederick W. Swaim III (Pro Hac Vice)
Brendan N. Hughes (Pro Hac Vice)
Samuel L. Fuller (Pro Hac Vice)
Galloway Johnson Tompkins Burr & Smith
701 Poydras Street, Suite 4000
New Orleans, LA 70139
(504) 525-6802
FSwaim@gallowaylawfirm.com
BNHughes@gallowaylawfirm.com
SLFuller@gallowaylawfirm.com

Attorneys for Claimants/Respondents JLJ International Holdings, LLC, Atlantic Specialty Insurance Company, ALTS USA, LLC, and Skyline International Corporation

/s/ Charles F. Herd, Jr.
Charles F. Herd, Jr. (Pro Hac Vice)
Herd Law Firm, PLLC
19500 Tomball Parkway, Suite 250
Houston, TX 77070
(713) 955-3699
Charles.herd@herdlawfirm.com

Attorneys for Claimant/Respondent Mukesh Desai, on behalf of R.M. Metals, a division of R.M. Creations, Inc.

/s/ James D. Skeen
James D. Skeen (00010)
Terry L. Goddard Jr. (15460)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T:  (410) 625-2252
F:  (410) 625-2292
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

Attorneys for Claimants/Respondents JLJ International Holdings, LLC, Atlantic Specialty Insurance Company, ALTS USA, LLC, and Skyline International Corporation

**Certificate of Service**

I hereby certify that on the 14th day of October, 2025, I uploaded the foregoing and any attachments/exhibits to the Court's CM/ECF system for filing and service on all interested parties.

/s/ Terry L. Goddard Jr.
Terry L. Goddard Jr.