# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLNAD
# NORTHERN DIVISION

| | | |
|---|---|---|
| In the Matter of the Petition of | * | |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | * | Case No.:  JKB 24-cv-941 |
| | * | **IN ADMIRALTY** |
| and | | |
| | * | |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * | |
| For Exoneration from or Limitation of Liability | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## <u>LINE</u>

**TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:**

Please change the name of the law firm representing the Plaintiff from Bekman, Marder, Hopper, Malarkey & Perlin, LLC to **Bekman, Marder, Hopper, Moore & Quinn, LLC**.   The address, phone number and email will remain the same.

Paul D. Bekman will remain as attorney of record for the Plaintiffs.

> <u>*/s/ Paul D. Bekman*</u>
> PAUL D. BEKMAN (00019)
> bekman@mdtrialfirm.com
> BEKMAN, MARDER, HOPPER,
>    MOORE AND QUINN, LLC
> 1829 Reisterstown Road, Suite 200
> Baltimore, Maryland 21208
> 410-539-6633
> ***Attorney for Claimants***

**CERTIFICATE OF COMPLIANCE**

This is to certify that this submission does not contain any restricted information or, if it does contain restricted information, a redacted submission has been filed contemporaneously pursuant to Maryland Rule 20-201(h)(2).

*/s/ Paul D. Bekman*
PAUL D. BEKMAN (00019)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 16th day of October, 2025 a copy of the aforegoing Line and this Certificate of Service was filed electronically through MDEC and served on all counsel of record.

*/s/ Paul D. Bekman*
PAUL D. BEKMAN (00019)
bekman@mdtrialfirm.com
BEKMAN, MARDER, HOPPER,
   MOORE AND QUINN, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
410-539-6633
***Attorney for Claimants***
