## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as
Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager
of the M/V DALI,

for Exoneration from or Limitation of Liability

Docket No. 1:24-cv-00941

*IN ADMIRALTY*

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), claimants, Brawner Builders, Inc. and Zurich American Insurance Company, by and through their undersigned counsel, hereby give notice that the claim for reimbursement of specific worker's compensation payments made to Dorlian Cabrera a.k.a. Dorlian Ronial Castillo Cabrera (Claim No. 001960-241468-WC-01) is voluntarily dismissed without prejudice.

Date:   November 4, 2025          Respectfully submitted,

*/s/ Robert M. Caplan*
Robert M. Caplan (*pro hac vice*)
Brian T. Gelnett (*pro hac vice*)
**DERREVERE STEVENS BLACK & COZAD**
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(215) 610-8598
rmc@derreverelaw.com
*Attorneys for Brawner Builders, Inc.*
*and Zurich American Insurance Company*

33127000v.1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 4th day of November, 2025, the foregoing was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

<u>*/s/ Robert M. Caplan*</u>
Robert M. Caplan

33127000v.1