**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**(NORTHERN DIVISION)**
-----------------------------------------------------------------x

In the Matter of The Petition of

GRACE OCEAN PRIVATE LIMITED, as Owner
of the M/V DALI,

              And

SYNERGY MARINE PTE LTD, as Manager of the
M/V DALI,

For Exoneration from or Limitation of Liability.
-----------------------------------------------------------------x

Docket No: 1:24-cv-00941

*IN ADMIRALTY*

 

 

**CLAIMANTS' RESPONSE IN OPPOSITION TO NON-PARTY CREWMEMBERS'
OBJECTIONS TO MAGISTRATE JUDGE'S ORDER STRIKING CONFIDENTIALITY
DESIGNATIONS**

## TABLE OF AUTHORITIES

**Cases**

*Ashcraft v. Conoco, Inc.*,
 218 F.3d 288 (4th Cir. 2000) ................................................................10

*Blythe v. United States*,
 651 F. Supp. 3d. 772 (D. Md. 2023) ..............................................5, 12

*Chicago Tribune Co. v. Bridgestone, Inc.*,
 263 F.3d 1304 (11th Cir. 2001) ...........................................................17

*Cippollone v. Liggett Group, Inc.*,
 785 F.2d 1108 (3d Cir. 1986) ...............................................................10

*Ctr. for Auto Safety v. Chrysler Grp.*,
 809 F.3d 1092 (9th Cir. 2016) .............................................................17

*Doe v. Public Citizen*,
 749 F.3d 246 (4th Cir. 2014) ...............................................................16

*Guiden v. Leatt Corp.*,
 No. 5:10-CV-00175, 2013 WL 4500319 (W.D. Ky. Aug. 21, 2013) ......................9

*Hobley, Burge*
 225 F.R.D. (N.D. Ill. 2004) ..........................................................14,15

*In re Knight Publishing Co.*,
 754 F.2d 231 (4th Cir. 1984) ...............................................................10

*In re: Smith & Nephew Birmingham Hip Resurfacing Litig.*,
 MDL No. 2775, 2024 WL 1050925 (D. Md. Mar. 11, 2024) .............................18

*In re Wilson*,
 149 F.3d 249 (4th Cir. 1998) ...............................................................10

*Leucadia, Inc.* v. *Applied Extrusion Techs., Inc.*,
 998 F.2d 157 (2d Cir. 1993) ...............................................................17

*See Myles v. Rent-A-Center, Inc., No. 15-cv-300 JKB, 2016 WL 3077399* (D. Md.
 June 1, 2016) .................................................................................17

*Nixon v. Warner Comm's, Inc.*,
 435 U.S. 589 (1978) ..........................................................................11

*Ohio Valley Env. Coalition* v. *Elk Run Coal Co.*,
 291 F.R.D. 114 (S.D. W. Va. 2013) ...................................................6, 16

*Patrick v. PHH Mortg. Corp.*,
298 F.R.D. 333 (N.D. W. Va. 2014) ................................................................9

*Pittston Co.* v. *United States*,
368 F.3d 385 (4th Cir. 2004) ........................................................................18

*Rushford v. New Yorker Mag., Inc.*,
846 F.2d 249 (4th Cir. 1988) ........................................................................11

*Sky Angel U.S., LLC v. Discovery Comm's, LLC*,
28 F. Supp. 3d 465 (D. Md. 2014) ..................................................................5

*Smith v. Westminster Mgmt, LLC*,
2018 WL 572867 (D. Md. Jan. 16, 2018) ................................................ *passim*

*Smithkline Beecham Corporation v. Abbott Laboratories*,
2017 WL 11552659 (M.D.N.C., 2017) ...........................................................13

*Stone v. U. Md. Med. Sys*,
855 F.2d 178 (4th Cir 1988) ..........................................................................11

*United States v. Applebaum*,
707 F.3d 283 (4th Cir. 2013) ....................................................................9, 17

*United States v. El-Sayegh*,
131 F.3d 158 (D.C. Cir., 1997) .....................................................................17

*United States v. Johnson*,
2014 WL 2215854 (D. Md. May 28, 2014) ....................................................14

*United States* v. *Kravetz*,
706 F.3d 47 (1st Cir. 2013) ...........................................................................17

*United States v. Trump*,
356 F. Supp.3d 505 (D. Md. 2018) ..................................................................9

*Virginia Dept. of State Police v. Washinton Post*,
386 F.3d 567 (4th Cir. 2004) ........................................................................11

*Waterkeeper Alliance, Inc. v. Alan & Kristin Hudson Harm*,
278 F.R.D. 136 (D. Md. 2011) ....................................................10, 14, 15, 18

**Statutes**

18 U.S.C.S. § 2703(d) .....................................................................................9

28 U.S.C. 636(b)(1) .......................................................................................10

28 U.S.C. § 636(b)(1) ........................................................................................................10

28 U.S.C. § 636(b)(1)(A) .....................................................................................................9

28 U.S.C. § 636(b)(3) .....................................................................................................9, 10

**Other Authorities**

U.S. Const. Am. 1 ......................................................................................................*passim*

Fed. R. Civ. P. 26(c)(1) ...................................................................................................10

L.R. 105.11 .......................................................................................................................10

Rule 26 .............................................................................................................................13

Rule 26(c)..............................................................................................................10, 12, 13

Rule 72(a).............................................................................................................................9

I.    **INTRODUCTION**

The scope of the present dispute extends far beyond █████████████████
████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████

This is especially so given the exceedingly imprecise ██████████████████
██████████████████████████████████████████████████████
██████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████████
████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████
█████████████████████████████████████████████████████████
█████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████

█████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

█████████████████████████████████████

████████████████████████████████████

████████████████████████████████████

███████████

The Order below should be affirmed.

## II.     <u>**MATERIAL FACTS**</u>

Between February and March of 2025, eight crewmembers of the M/V Dali were deposed in this action. Five of these witnesses, including the Captain, Chief Engineer, Electrician, Fourth Engineer, and Oiler, ████████████████████████████████████ ████████████████████████████████████

███████████████████

Following the depositions, █████████████████████████████ ████████████████████████████████████

████████████████     Specifically:

- ██████████████████████████████████ ███████



- ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

Asserting that these limitless ██████████████████████████████

████████████ Claimants' counsel met and conferred with counsel for the Crewmembers

offering less restrictive alternatives, ██████████████████████████

███████████████████████████████████████

██████████████████████ Every offer to find a middle ground was rejected ████████

███████████████████████████████████████

███████████████████████████████████████

Claimants then submitted a motion to ████████████████████

██ In a detailed written decision granting the motion, Judge Sullivan found that the



Crewmembers failed to show good cause ████████████████████████

████████████████████████████████████████

█████████████████████████████████████████████

███████████    The Magistrate Judge also denied the motions ████████████

███████████████████████████████████████████

██████████████████████████████████████████████████

████

The objecting crew members, now consisting only of those who █████████████

████████ appeal Judge Sullivan's Order and request that the ██████ orders remain in place.

*ECF No.* 630.

## III.    **ARGUMENT**

### A.    **Applicable Legal Standards**

The Crewmembers' Objections address two legal issues. They contend that Judge

Sullivan improperly struck █████████████████. The Crewmembers also argue that

████████████████████. The effect of this is that *anything* referencing ███████████

█████████████████████████████████████████████

██████████████████

### 1.    **The Standard of Review**

Although they argue for *de novo* review, the Crewmembers concede that "the weight of

authority in other jurisdictions" supports Judge Sullivan's Order being non-dispositive and,

---

[3] The Crewmembers' brief (*ECF No*. 630) addresses these issues in the wrong order. The Court should first address whether the confidentiality designations are justified by "good cause." If not, there is no reason remaining to seal the transcripts.

therefore, subject to the "more lenient standard of review under Rule 72(a)." *ECF No.* 630, at 11 n.3. Claimants agree.

A Magistrate Judge's decision may only be set aside if it is "clearly erroneous or is contrary to law." 28 U.S.C. Section 636(b)(1)(A); Fed. R. Civ. P. 72(a). Under this standard, the District Judge does not determine if the "finding is the best or only conclusion permissible based on the evidence." *United States v. Trump*, 356 F. Supp.3d 505, 511 (D. Md. 2018) (internal quotation marks omitted). Rather, the court need only "determine whether the magistrate judge's finds are reasonable and supported by the evidence." *Id.* (internal quotation marks omitted). For discovery issues, this standard is extraordinarily deferential and "the court should only overrule a magistrate judge's determination if [his] discretion is abused." *Id.*, *quoting, Patrick v. PHH Mortg. Corp.*, 298 F.R.D. 333, 336 (N.D. W. Va. 2014). Deference is even owed to the Magistrate Judge's legal determinations: "'[t]hat reasonable minds may differ on the wisdom of a legal conclusion does not mean it is clearly erroneous or contrary to law.'" *Id.*, *quoting*, *Guiden v. Leatt Corp.,* No. 5:10-CV-00175, 2013 WL 4500319, at *3 (W.D. Ky. Aug. 21, 2013).

In support of *de novo* review, the Crewmembers cite *United States v. Applebaum*, 707 F.3d 283, 289 (4th Cir. 2013). But *Applebaum* is clearly distinguishable. That case involved the public's right to access orders issued during an ongoing criminal investigation. The Fourth Circuit held that a Magistrate Judge's decision regarding access to such materials during the pre-grand-jury phase of prosecution fell "within the "additional duties" provision of Section 636(b)(3), and are reviewable *de novo*." *Id*. The procedural posture of this civil case is very different from *Applebaum* because, in this case, all discovery matters have been specifically assigned to Magistrate Judge Sullivan. *See, ECF No.* 624 at 1 (*"This case is referred to me for all discovery matters."*). Therefore, this Motion does not fall under 28 U.S.C. 636(b)(3) relating to

"additional Duties."  Rather, the proper standard of review is under 28 U.S.C. 636(b)(1) where "a judge may designate a magistrate judge to hear and determine and pretrial matter pending before the court ...."  Under 28 U.S.C. 636(b)(1) the standard of review is therefore "clearly erroneous or contrary to the law."

### 2.    "Good Cause" for Confidentiality Designations Under Rule 26(c)



**B.**    <u>The Crewmembers Have Not Met Their Burden to</u> ███████████████
███████████

    **1.**    **Judge Sullivan's Conclusions Were Not "Clearly Erroneous or Contrary to Law"**



---

[4] ███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████



████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████████████

**2.      Judge Sullivan Did Not Conflate Legal Standards.**

███████████████████████████████████████

██████████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████



███████████████████████████████████████████████

████████████████████████████████████████████

██

████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████

Judge Sullivan also correctly distinguished the bulk of authority relied on by the

Crewmembers, ██████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████████

██████████████████████████████████████████████

█████████████████████████████████████



**C.**    **Judge Sullivan Properly Treated the Materials as Judicial Records and Correctly Denied the Motions to Seal**



IV.    **<u>CONCLUSION</u>**

Claimants respectfully request that the Court affirm the Magistrate Judge Sullivan's

Order ███████████████████████████ and denying ████████████ .

Respectfully submitted,

COZEN O'CONNOR

By:_____
    Robert Phelan
    D. Md. Bar. ID 31070
    Lawrence F. Walker
    D. Md. Bar ID 31059
    *Proctor in Admiralty*
    Daniel J. Luccaro
    D. Md. Bar ID 31079
    One Liberty Place
    1650 Market Street, Suite 2800
    Philadelphia, Pennsylvania  19103
    T: (800) 523-2900
    rphelan@cozen.com
    lwalker@cozen.com
    dluccaro@cozen.com
    **Counsel for Claimant Ace American Insurance Company**

ANTHONY G. BROWN
Attorney General of Maryland
Robert A. Scott (24613)
Howard R. Feldman (05991)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
T: (410)576-63214

and

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
19

mward@downs-ward.com
(410) 584-2800

/s/ *David L. Reisman*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar # 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com
T: (504) 581-7979

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

20

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N
Suite 100
Houston, Texas 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200
*Admitted *Pro hac vice*
**Attorneys for State of Maryland**

/s/ *Adam J. Levitt*
Adam J. Levitt
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
T: (312) 214-7900
**Lead Counsel for Local Government Claimants**

/s/ *Daniel O. Rose*
Daniel O. Rose
Kevin Mahoney
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, New York 10017
drose@kreindler.com
kmahoney@kreindler.com
T: (212) 973-3414
**Lead Counsel for Personal Injury and Wrongful Death Claimants**

/s/ *Todd D. Lochner*
Todd D. Lochner
LOCHNER LAW FIRM, P.C.
7076 Bembe Beach Road; Suite 201 Mailbox 6
Annapolis, Maryland 21403
tlochner@lochnerlawfirm.com
T: (443) 716-4400
**Lead Counsel for Private Economic Loss Claimants**

21

<u>/s/ *Terry L. Goddard, Jr.*</u>
Terry L Goddard, Jr.
SKEEN & KAUFFMAN LLP
9256 Bendix Road Suite 102
Columbia, Maryland 21045
tgoddard@skaufflaw.com
T: (410) 625-2272
***Lead Counsel for Cargo Claimants***