# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLNAD
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of | * |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | *   Case No.:  JKB 24-cv-941 |
| | *   **IN ADMIRALTY** |
| and | * |
| SYNGERY MARINE PTE LTD, as Manager Of the M/V DALI , | * |
| For Exoneration from or Limitation of Liability | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO STRIKE AND ENTER APPEARANCE OF COUNSEL

Plaintiffs, Baltimore County, John Condliffe, Lillian Hummel, Rudy Osvaldo Luna Rauda, David Yasir Suazo Posadas and Sara Veraly Luna Rauda, through their undersigned counsel, Paul D. Bekman and Bekman Marder, Hopper, Moore & Quinn, L.L.C., hereby request that this Court Strike and Enter the Appearance of Counsel as stated below:

1. Paul D. Bekman **REMAINS** the lead attorney of record on behalf of Plaintiffs in this matter.

2. In addition to Paul Bekman, Plaintiffs were also represented in this action by Emily C. Malarkey and Ryan S. Perlin.  Ms. Malarkey and Mr. Perlin are no longer associated with the law firm of Bekman, Marder, Hopper, Moore & Quinn, L.L.C. (BMHMQ).

3. Therefore, Plaintiffs respectfully requests that this Court **STRIKE** the appearance of Emily C. Malarkey and Ryan S. Perlin from the above captioned case.

4. Plaintiffs also request that this Court **ENTER** the appearance of Jeffrey S. Quinn as co-counsel with Mr. Bekman on behalf of Plaintiffs in the above captioned case.

1

WHEREFORE, for the foregoing reasons, Plaintiffs request this Court to grant their Motion to Strike Appearance of Counsel.

_____
PAUL D. BEKMAN (Fed. Bar No.:  00019)
bekman@mdtrialfirm.com
Bekman, Marder, Hopper, Moore & Quinn, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland  21208
410-539-6633


_____
Jeffrey S. Quinn (Fed. Bar No,:  19312)
quinn@mdtrialfirm.com
Bekman, Marder, Hopper, Moore & Quinn, LLC
1829 Reisterstown Road, Suite 200
Baltimore, Maryland  21208
410-539-6633

*Counsel for Plaintiffs, Baltimore County, John Condliffe, Lillian Hummel, Rudy Osvaldo Luna Rauda, David Yasir Suazo Posadas and Sara Veraly Luna Rauda*