UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V Dali,<br><br>and<br><br>**SYNERGY MARINE PTE LTD,** as Manager of the M/V DALI,<br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-CV-941<br><br>*IN ADMIRALTY* |

**NOTICE OF APPEAL**

Proposed Claimant United Source One, Inc. ("US1"), by its attorneys and pursuant to 28 U.S.C. § 1292(a)(3) and the collateral order doctrine, hereby notes an appeal to the United States Court of Appeals for the Fourth Circuit of the Memorandum and Order entered by the United States District Court for the District of Maryland on December 12, 2025 (ECF No. 646).

Dated: January 9, 2026                Respectfully submitted,

                    /s/     Pierce C. Murphy
William N. Sinclair, Fed Bar No. 28833
Pierce C. Murphy, Fed Bar No. 30030
Silverman|Thompson|Slutkin|White LLC
400 East Pratt St., Suite 900
Baltimore, MD 21201
bsinclair@silvermanthompson.com
pmurphy@silvermanthompson.com
(410) 385-2225 (p)
(410) 547-2432 (f)

Counsel for United Source One, Inc.