IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * | Civ. No. 24-0941-JKB<br><br>*IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

For the reasons stated in the foregoing Memorandum, it is hereby ORDERED that Claimants' Motion for Summary Judgment to Dismiss Synergy Marine's Petition for Limitation Due to its Lack of Standing (ECF No. 605) is DENIED.

It is FURTHER ORDERED that, within 14 days of the issuance of this Order, CLAIMANTS SHALL FILE a short supplemental brief stating whether they wish to maintain in full, maintain in part, or withdraw in full their Motions to Seal and to Substitute Exhibit (ECF Nos. 607, 608), which concern the confidentiality of Exhibit 5 to their Motion for Summary Judgment (ECF No. 605-6), in light of the Court's Order concerning Claimants' Motion to Strike Confidentiality Designations (ECF Nos. 640 (redacted public version), 641 (sealed version)).

DATED this 21 of January, 2026.

BY THE COURT:

/s/ James K. Bredar
James K. Bredar
United States District Judge