**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER**
**MODIFYING DEADLINE FOR**
**THE SUBMISSION OF A DRAFT PRETRIAL ORDER ONLY**

Petitioners and Claimants (hereinafter collectively, "Parties"), through their respective undersigned counsel, pursuant to Federal Rule of Civil Procedure 16(b), jointly move the Court for entry of the Stipulation and [Proposed] Order attached hereto at **Exhibit A**, modifying the deadline for the submission of a draft pretrial order only, from the current deadline of April 13, 2026 to a new deadline of April 27, 2026, and state as follows:

1.      On November 7, 2024, the Court entered a Scheduling Order (ECF No. 438), which set an April 13, 2026 deadline for the submission of a draft pretrial order to include those items listed in Local Rule 106.2, as well as proposed findings of fact, including stipulated facts, and conclusions of law. *See* ECF No. 438—CASE MANAGEMENT ORDER NO. 3 at p. 8.

2.      On May 2, 2025, the Parties filed a Joint Motion to Modify certain discovery related deadlines in the Scheduling Order, *see* ECF No. 509, which motion the Court granted by Order

dated May 2, 2025 (ECF No. 510) thereby modifying certain deadlines as set forth therein. All other deadlines, including the current April 13, 2026 pretrial order submission deadline, remained as set forth in CASE MANAGEMENT ORDER NO. 3. *See* ECF No. 510—Order.

3. To ensure the Parties have adequate time and a meaningful opportunity to review and provide comment on a draft pretrial order and any proposed revisions and additions thereto in accordance with Local Rule 106 and the Court's Scheduling Order, the Parties jointly move the Court for a modest two-week extension of time to submit a draft pretrial order and jointly request the Court modify that deadline only from April 13, 2026 to a new deadline of April 27, 2026.

4. Trial is set to begin on June 1, 2026. *See* ECF No. 438 at 8. The Parties do not move to amend any other deadlines set forth in ECF No. 438 or ECF No. 510. Moreover, the extension of this deadline will not affect the June 1, 2026 trial start date, or any of the other remaining deadlines set forth by this Court in the current Scheduling Order (ECF No. 438), as modified by its May 2, 2025 Order (ECF No. 510). Thus, there will be no prejudice or undue delay by the extension requested herein.

WHEREFORE, the Parties, through undersigned counsel, respectfully request the Court grant this joint motion and enter the Stipulation and [Proposed] Order Modifying Deadline for the Submission of a Draft Pretrial Order Only attached hereto at **Exhibit A**.

Respectfully submitted,

DUANE MORRIS LLP

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
Rbhopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
tdietrick@duanemorris.com

/s/ *David L. Reisman*
David L. Reisman, T.A.*
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139
dreisman@liskow.com
(504) 581-7979
***Lead Counsel for the State of Maryland***

2

1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra
Noe.Hamra@blankrome.com*
Neil P. McMillan
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

**Counsel for Petitioners**

*Admitted pro hac vice*

/s/ Daniel O. Rose
Daniel O. Rose
Kreindler & Kreindler LLP
485 Lexington Avenue, Ste 28th Floor
New York, NY 10017
drose@kreindler.com
(212) 973-3414

**Lead Counsel for Personal Injury and Wrongful Death Claimants**

/s/ Lawrence F. Walker
Lawrence F. Walker
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
lwalker@cozen.com
(215) 665-2013

**Lead Counsel for Property Damage Claimants**

/s/ Adam J. Levitt
Adam J. Levitt
DiCello Levitt Gutzler LLC
Ten North Dearborn Street, Ste Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
(312) 214-7900

**Lead Counsel for Local Government Claimants**

/s/ Todd D. Lochner
Todd D. Lochner
Lochner Law Firm, P.C.
7076 Bembe Beach Rd, Suite 201, Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
(443) 716-4400

**Lead Counsel for Private Economic Loss Claimants**

3

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 18th day of March, 2026, a copy of the foregoing Joint Motion, along with a Stipulation and [Proposed] Order, was electronically filed and served via the Court's CM/ECF filing system, on all counsel of record.


*/s/ Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com

4