**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Case No.:  1:24-CV-00941 JKB<br><br>**IN ADMIRALTY** |

**RESPONSE OF CARGO CLAIMANT GROUP TO JOINT MOTION FOR ENTRY OF STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE FOR THE SUBMISSION OF A DRAFT PRETRIAL ORDER ONLY**

W.E. Cox Claims Group (USA) LLC and W K Webster & Co. Ltd., on behalf of and with the consent of the Cargo Claimant Group, ("Cargo Claimants"), by its attorneys, James D. Skeen, Terry L. Goddard Jr, and Skeen & Kauffman, L.L.P., herby responds to the Joint Motion for Entry of Stipulation and [Proposed] Order Modifying Deadline for the Submission of a Draft Pretrial Order Only (the "Joint Motion").  See docket no. 670.  In response, the Cargo Claimants state as follows:

The Cargo Claimants have conferred regarding the Joint Motion and are now in a position, as a group, to consent to the relief requested in the Joint Motion.

**WHEREFORE**, Cargo Claimants consent to the relief requested in the Joint Motion.

Respectfully submitted this 18th day of March, 2026.

/s/ Terry L. Goddard Jr.
James D. Skeen (00010)
Terry L. Goddard Jr. (15460)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T: (410) 625-2252
F: (410) 625-2292
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

*Attorneys for several cargo claimants and representative counsel of the Cargo Claimant Group*

## Certificate of Service

I hereby certify that on the 18th day of March, 2026, I uploaded the foregoing to the Court's CM/ECF system for filing and service on all interested parties.

/s/ Terry L. Goddard Jr.
Terry L. Goddard Jr.