UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## STIPULATION AND [PROPOSED] ORDER MODIFYING DEADLINE FOR THE SUBMISSION OF A DRAFT PRETRIAL ORDER ONLY

Petitioners and Claimants (hereinafter collectively, "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree to modify and extend the deadline for the submission of a draft pretrial order set forth in the Court's Scheduling Order (ECF No. 438), as modified by its May 2, 2025 Order (ECF No. 510), by fourteen (14) days, from the current deadline of April 13, 2026 to a new deadline of April 27, 2026. All other deadlines remain the same as set forth in ECF Nos. 438 & 510.

**IT IS SO STIPULATED**, through Counsel of Record.

DUANE MORRIS LLP

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
Lgfurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
Rbhopkins@duanemorris.com

/s/ *David L. Reisman*
David L. Reisman, T.A.*
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139
dreisman@liskow.com

Tristan A. Dietrick (Bar No. 31238)
tdietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

**BLANK ROME LLP**

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra
Noe.Hamra@blankrome.com*
Neil P. McMillan
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

***Counsel for Petitioners***

*\*Admitted pro hac vice*

(504) 581-7979
***Lead Counsel for the State of Maryland***

/s/ Daniel O. Rose
Daniel O. Rose
Kreindler & Kreindler LLP
485 Lexington Avenue, Ste 28th Floor
New York, NY 10017
drose@kreindler.com
(212) 973-3414
***Lead Counsel for Personal Injury and Wrongful Death Claimants***

/s/ Lawrence F. Walker
Lawrence F. Walker
Cozen O'Connor
1650 Market Street, Suite 2800
Philadelphia, PA 19103
lwalker@cozen.com
(215) 665-2013
***Lead Counsel for Property Damage Claimants***

/s/ Adam J. Levitt
Adam J. Levitt
DiCello Levitt Gutzler LLC
Ten North Dearborn Street, Ste Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
(312) 214-7900
***Lead Counsel for Local Government Claimants***

/s/ Todd D. Lochner
Todd D. Lochner
Lochner Law Firm, P.C.
7076 Bembe Beach Rd, Suite 201, Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
(443) 716-4400
***Lead Counsel for Private Economic Loss Claimants***

**SO ORDERED.**

DATED this 19 day of March, 2026.

BY THE COURT:

James K. Bredar, United States District Judge

2