**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

---

In the Matter of the Petition

of

GRACE OCEAN PRIVATE LIMITED, as
Owner of the M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager
of the M/V DALI,

for Exoneration from or Limitation of
Liability

---

Docket No. JKB 24-cv-941

*IN ADMIRALTY*

*[handwritten: ORDER  This motion is certainly, particularly in a case of this scope. Counsel should have made this request weeks ago. Nonetheless, it is GRANTED. The conference will begin at 11:00 A.M. I sincerely doubt that counsel will not arrive before then.  [signature] 4/1/26]*

**THE MAYOR AND CITY COUNCIL OF BALTIMORE'S AGREED MOTION
TO ADJUST TIME OF APRIL 2, 2026 CASE MANAGEMENT CONFERENCE**

Claimant, the Mayor and City Council of Baltimore (the "City"), by its undersigned

counsel and with the agreement of Petitioners and all other Claimants, respectfully moves to adjust

the start time of the upcoming April 2, 2026 Case Management Conference from 10am to 10:30am.

In support of its motion, the City states as follows:

1.      The Court has set a Case Management Conference for April 2, 2026, at 10:00am.

2.      Adam J. Levitt, counsel for the City—and one of the Court-appointed Co-Lead

Counsel in this proceeding (ECF No. 409)—must be in Chicago, Illinois, on the evening of April

1, 2026, in observance of the first night of Passover.

3.      The earliest available flight from Chicago to Baltimore on April 2, 2026 arrives at

9:30am EDT.

4.      A brief adjustment of the Case Management Conference starting time from 10am

to 10:30am would enable Mr. Levitt to appear timely and without disruption.

5.    Counsel respects the Court's time and would not make this request if there was any other alternative that could enable him to be in Court at 10am on April 2, 2026.

6.    Counsel for all Petitioners and all other Claimants consent to this request.

7.    This Motion is made in good faith and not for purposes of delay.

WHEREFORE, the City respectfully requests that the Court adjust the start time of the April 2, 2026 Case Management Conference from 10:00am to 10:30am.  A proposed Order is attached hereto.

Dated:  March 31, 2026

Respectfully submitted,

**THE MAYOR AND CITY COUNCIL OF BALTIMORE, MARYLAND**

Ebony M. Thompson (Bar No. 18968)
Baltimore City Solicitor
Sara Gross (Bar No. 27704)
Chief Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, Maryland  21202
Tel.:  410-396-3947
sara.gross@baltimorecity.gov

/s/ Adam J. Levitt
Adam J. Levitt (Bar. No. 2602271010)
Daniel R. Schwartz
James A. Ulwick
**DiCELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois  60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com
dschwartz@dicellolevitt.com
julwick@dicellolevitt.com

Jeffrey P. Goodman
Andrew R. Duffy
E. Douglas DiSandro, Jr.
**SALTZ MONGELUZZI BENDESKY PC**
1650 Market Street, 52nd Floor
Philadelphia, Pennsylvania  19103
Tel: 215-496-8282
jgoodman@smbb.com
aduffy@smbb.com
ddisandro@smbb.com

Diandra S. Debrosse
Eli J. Hare
**DiCELLO LEVITT LLP**
420 20th Street North, Suite 2525

2

Birmingham, Alabama 35203
Tel.: 205-740-9555
fu@dicellolevitt.com
ehare@dicellolevitt.com

***Counsel for the Mayor and City Council of
Baltimore, Maryland***

## CERTIFICATE OF SERVICE

In compliance with Supplemental Federal Rule F(5), I hereby certify that on the 31st day of March, 2026, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel who are CM/ECF participants.

Sara Gross (Bar No. 27704)
Chief Solicitor
Baltimore City Department of Law

4