## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * <br> * <br> * <br> * <br> * | Civ. No. 24-0941-JKB <br><br> *IN ADMIRALTY* |

*     *     *     *     *     *     *     *     *     *     *     *     *

### NOTICE

On November 17, 2025, the Court issued a Memorandum and Order denying Claimants' Motion to Strike Confidentiality Designations (ECF No. 513) as to five nonparty deponents whose counsel had designated parts of their deposition testimony as confidential. (ECF Nos. 640, 641.) The Court hereby gives notice that it may revisit this Order at the Status Conference set in for April 2, 2026, at 11:00 a.m. in Courtroom 1A. Counsel for the nonparty deponents are invited to attend and be heard.

DATED this __/__ of April, 2026.

BY THE COURT:

James K. Bredar
United States District Judge