**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| IN RE GRACE OCEAN PRIVATE LIMITED, *et al.*,<br><br>Petitioners. | Civil Action No. 24-cv-000941-JKB<br><br>IN ADMIRALTY |

**JOINT UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE ON
MOTION TO STRIKE CONFIDENTIALITY DESIGNATIONS**

Claimants and Petitioners (collectively, Parties), and certain nonparty deponents ("CNPDs")[1] (collectively, "Movants") hereby move to extend the briefing schedule on Claimant's renewed Motion to Strike Confidentiality Designations. No party opposes this motion.

1. Claimants, Petitioners, and CNPDs are nearing an agreement in principle on a stipulation governing the use of their deposition transcripts. The stipulation arises from Claimants' initial motion to strike confidentiality designations that Objectors applied to their deposition transcripts, an issue that was briefed extensively and is the subject of two memorandum opinions.

2. Claimants desire that the stipulation also apply to another witness, Karthik Nair's, confidentiality designations, but Claimants' initial motion to strike did not apply to Mr. Nair and Mr. Nair's counsel, David Gerger, did not represent another party or individual who was within the seal. As a result, Mr. Nair's counsel has not seen the Motion Papers and he cannot fully evaluate the stipulation until he has.

---

[1] The CNPDs are Karthikeyan Deenadayalan; Chandrashekar Sabhapathy; Chaminda Kariyawasam; Ganeshkumar Subramanian; Nishanth Pitchaiah; Antony Goodwin; and Kumararaja Kuppuswamy.

3. Mr. Gerger has informed undersigned counsel that he is willing to state his position on the stipulation within seven days of receiving the Motion Papers.

4. An agreement by all concerned parties on the stipulation would obviate the need to brief a renewed Motion to Strike Confidentiality Designations and would preserve resources for the parties, counsel and the Court.

Wherefore, Movants respectfully request that the Court extend the deadlines on the Motion to Strike Confidentiality Designations set forth in Case Management Order No. 7, ¶ 2, by seven days.

So ordered:

_____

Hon. James K. Bredar,
United States District Judge

Dated:  April 6, 2026

ANTHONY G. BROWN
Attorney General of Maryland
Robert A. Scott (24613)
Howard R. Feldman (05991)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
rscott@oag.state.md.us
T: (410) 576-63214

and

/s/ *Margaret Fonshell Ward*
Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
(410) 584-2800


/s/ *David L. Reisman*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar #
 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com
T: (504) 581-7979

Scott S. Partridge*
PARTRIDGE LLC

Respectfully submitted,

/s/ *Gregg L. Bernstein*
Gregg L. Bernstein (#01340)
John J. Connolly (#09537)
ZUCKERMAN SPAEDER LLP
100 E. Pratt St., Suite 2440
Baltimore, Maryland 21202
Tel: 410 332 0444 / Fax: 410 659 0436
gbernstein@zuckerman.com
jconnolly@zuckerman.com

*Attorneys for Nonparty Objector*
*Karthikeyan Deenadayalan*

Owen F. Duffy (*pro hac vice*)
LAW OFFICE OF OWEN DUFFY
P.O. Box 919
Point Lookout, New York 11569
Tel: 516 721 8793
owen@oduffy-law.com

*Attorneys for Nonparty Objectors*
*Ganeshkumar Subramanian and*
*Nishanth Pitchaiah and for additional*
 *deponents Antony Goodwin and*
 *Kumararaja Kuppuswamy*

s/ *Marshall N. Perkins*
Joseph T. Mallon, Jr. (#22878)
Marshall N. Perkins (#25514)
MALLON LLC
300 E. Lombard St. Suite 815
Baltimore, MD 21202
Tel: 410 727 7887/Fax 410 727 4770
jmallon@mallonllc.com
mperkins@mallonllc.com
*Attorneys for Nonparty Objectors*
 *Chandrashekar Sabhapathy, Chaminda*
 *Kariyawasam, Ganeshkumar*
 *Subramanian, and Nishanth Pitchaiah*

Brian McCarthy (*pro hac vice*)
ABRAMS FENSTERMAN, LLP
3 Dakota Drive Suite 300
Lake Success, New York 11042

3

231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com
mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
THE LANIER LAW FIRM
10940 W. Sam Houston Pkwy N
Suite 100
Houston, Texas 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200
*Admitted Pro hac vice

*Attorneys for State of Maryland*

/s/ *Adam J. Levitt*
Adam J. Levitt
DICELLO LEVITT LLP

Tel: 516 328 2300/Fax: 516 328 6638
bmccarthy@abramslaw.com

*Attorneys for Nonparty Objector
  Chandrashekar Sabhapathy*

Michael K. Twersky (*pro hac vice*)
FOX ROTHSCHILD LLP
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Tel: 215 299 2923/Fax: 267 254 0242
mtwersky@foxrothschild.com

*Attorneys for Nonparty Objector
Chaminda Kariyawasam*

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra
Noe.Hamra@blankrome.com*
Neil P. McMillan
Neil.McMillan@blankrome.com*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020

4

Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
T: (312) 214-7900
*Lead Counsel for Local Government*
 *Claimants*

/s/ *Daniel O. Rose*
Daniel O. Rose
Kevin Mahoney
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, New York 10017
drose@kreindler.com
kmahoney@kreindler.com
T: (212) 973-3414
*Lead Counsel for Personal Injury and*
 *Wrongful Death Claimants*

/s/ *Todd D. Lochner*
Todd D. Lochner
LOCHNER LAW FIRM, P.C.
7076 Bembe Beach Road; Suite 201
Mailbox 6
Annapolis, Maryland 21403
tlochner@lochnerlawfirm.com
T: (443) 716-4400
*Lead Counsel for Private Economic Loss*
 *Claimants*

/s/ *Terry L. Goddard, Jr.*
Terry L Goddard, Jr.
SKEEN & KAUFFMAN LLP
9256 Bendix Road Suite 102
Columbia, Maryland 21045
tgoddard@skaufflaw.com
T: (410) 625-2272
*Lead Counsel for Cargo Claimants*

* Admitted *pro hac vice*

212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Attorneys for Petitioners*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of April, 2026, I caused copies of the foregoing document to be served through the ECF system on all registered counsel of record.

           */s/ Kevin Mahoney*
           Kevin Mahoney (pro hac vice)