**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED,** *et al.*, **for Exoneration from or Limitation of Liability** | * <br> * <br> * <br> * | **Civ. No. 24-0941-JKB** <br><br> *IN ADMIRALTY* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## <u>ORDER</u>

The Joint Unopposed Motion to Extend Briefing Schedule on Motion to Strike Confidentiality Designations (ECF No. 689) is hereby GRANTED.  Case Management Order No. 7 (ECF No. 687) is hereby MODIFIED to extend the deadlines in Paragraph 2 by seven (7) days: Claimants may file a new Motion to Strike Confidentiality Designations of any materials they believe no longer warrant the cover of the Protective Order, by no later than 5:00 p.m. on Monday, April 13, 2026.  Responses to any such Motion shall be filed by no later than 5:00 p.m. on Wednesday, April 20, 2026.  All other dates and deadlines in Case Management Order No. 7 remain unchanged.

DATED this 6th of April, 2026.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge