**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| IN RE GRACE OCEAN PRIVATE LIMITED, *et al.*, <br><br> Petitioners. | Civil Action No. 24-cv-000941-JKB <br><br> IN ADMIRALTY |

## MOTION TO TEMPORARILY SEAL

Claimants respectfully submit this Motion to temporarily seal their Motion for Relief Regarding confidentiality Designations. (ECF NO. 691). Sealing of these materials is necessary because they directly address information that the Court has already ruled is subject to the protective order. (ECF No. 641). However, in the event the Court enters the requested relief, the filings may be unsealed because they will no longer contain confidential information.

Accordingly, Claimants request that the Court temporarily seal ECF No. 691. Redacted filings will be submitted on the public docket.

Respectfully Submitted,

/s/ *Daniel O. Rose*
Daniel O. Rose
Kevin Mahoney
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, New York 10017
drose@kreindler.com
kmahoney@kreindler.com
T: (212) 973-3414
*Lead Counsel for Personal Injury and*
 *Wrongful Death Claimants*

/s/ *Adam J. Levitt*

1

Adam J. Levitt
Diandra "Fu" Debrosse
Daniel O. Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
T: (312) 214-7900
*Lead Counsel for Local Government
 Claimants*


/s/ *Todd D. Lochner*
Todd D. Lochner
LOCHNER LAW FIRM, P.C.
7076 Bembe Beach Road; Suite 201 Mailbox
6
Annapolis, Maryland 21403
tlochner@lochnerlawfirm.com
T: (443) 716-4400
*Lead Counsel for Private Economic Loss
 Claimants*

/s/ *Terry L. Goddard, Jr.*
Terry L Goddard, Jr.
SKEEN & KAUFFMAN LLP
9256 Bendix Road Suite 102
Columbia, Maryland 21045
tgoddard@skaufflaw.com
T: (410) 625-2272
*Lead Counsel for Cargo Claimants*


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of April, 2026, I caused copies of the foregoing document to be served through the ECF system on all registered counsel of record.

/s/ *Kevin Mahoney*
Kevin Mahoney

2