**UNITED STATED DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition:<br><br>    of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>    and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. 24-cv-941 (JKB)<br><br>*In Admiralty* |

**CLAIMANTS' CONSOLIDATED MOTION *IN LIMINE***

NOW COMES, Claimants collectively, and on behalf of the Private Economic Loss, Local Government, Personal Injury and Wrongful Death groups, by and through their undersigned counsel of record, and moves the Court to preclude Petitioners, GRACE OCEAN PRIVATE LIMITED and SYNERGY MARINE PTE LTD. (collectively, "Petitioners"), from introducing testimony, documents, and any other evidence, and from making any argument, at the trial of the above-captioned matter relating to the three witnesses identified in the attached proposed Order. The factual and legal grounds for this Motion are set forth in the accompanying Memorandum of Law, the entirety of which is incorporated herein by reference.

Respectfully submitted this 13th day of April 2026.

/s/ Todd D. Lochner
Todd D. Lochner (25691)
Lochner Law Firm, P.C.
7076 Bembe Beach Rd; Suite 201
Mailbox 6

/s/ Daniel O. Rose
Daniel O. Rose*
Kreindler & Kreindler LLP
485 Lexington Avenue

Annapolis, MD 21403
tlochner@lochnerlawfirm.com
Telephone: (443) 716-4400
**Lead Counsel for Private Economic Loss Claimants**

Ste 28th Floor
New York, NY 10017
drose@kreindler.com
Telephone: (212) 973-3414
**Lead Counsel for Personal Injury and
Wrongful Death Claimants**

/s/ Adam J. Levitt
Adam J. Levitt
DiCello Levitt LLC
Ten North Dearborn Street
Ste Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
Telephone: (312) 214-7900
**Lead Counsel for Local Government Claimants**

## CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2026, I electronically filed the foregoing using the CM/ECF system which will send a notice of electronic filing to those who are on the list to receive e-mail notices for this case, have enrolled in this Court's CM/ECF program, and otherwise consented to receive notice and service via CM/ECF.

/s/ Todd Lochner
Todd Lochner (25691)