**From:** "Jones, Emma" <emma.jones@blankrome.com>
**Date:** April 10, 2026 at 11:34:14 PM GMT+3
**To:** Raymond Waid <RWaid@liskow.com>, David Reisman <dreisman@liskow.com>, "R. Keith Jarrett" <rkjarrett@liskow.com>, Jessie Shifalo <JShifalo@liskow.com>, "Elizabeth A. Strunk" <eastrunk@liskow.com>, alevitt@dicellolevitt.com, Todd Lochner <tlochner@lochnerlawfirm.com>, kmahoney@kreindler.com, "Phelan, Robert W." <RPhelan@cozen.com>, "Walker, Lawrence F." <LWalker@cozen.com>, "Daniel O. Rose" <drose@kreindler.com>, tgoddard@skaufflaw.com, Todd Lochner <tlochner@boatinglaw.com>
**Cc:** "Bennett III, William R." <william.bennett@blankrome.com>, "Belknap, Thomas" <Thomas.belknap@blankrome.com>, "Carlson, Kierstan" <kierstan.carlson@blankrome.com>, "Hamra, Noe" <noe.hamra@blankrome.com>, "Hopkins, Robert B." <rbhopkins@duanemorris.com>, "McMillan, Neil" <Neil.McMillan@blankrome.com>, "Weigel, Alan M." <alan.weigel@blankrome.com>, "Furshman, Laurie G." <lgfurshman@duanemorris.com>
**Subject: RE: In re Grace Ocean Private Limited, et al. - Petitioners' Amended Responses to Claimants' Amended RFA**

All:

Enclosed please find an amended Appendix A to both Synergy's and Grace Ocean's Amended Responses to Claimants' Second Set of Interrogatories (together with a redline from the version sent on August 19, 2025), and Synergy's Further Amended Responses to Claimants' Amended Requests for Admission (together with a redline to our August 28, 2025 Responses). In accordance with Fed. R. Civ. P. 26(e)(1)(A), we have modified RFA Responses No. 2 and 3 in light of clarifying facts that have been developed through review of documents and deposition testimony. No other changes have been made.

Regards,

**Emma C. Jones** | BLANKROME
1825 Eye Street NW | Washington, D.C. 20006
direct: +1.202.420.2285 | mobile: +1.978.609.0246
emma.jones@blankrome.com | bio

*********************************************************************************************
This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.
*********************************************************************************************