**Amended Appendix A to Synergy Marine Pte Ltd's Response to Claimants' Second Set of Interrogatories**

| Name | Subject Matter of Witness' Relevant Knowledge | Will or May Testify at Trial |
|---|---|---|
| Capt. Ajith Kumar P | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Head of DOC from Nov 2022 - Mar 2024 and Marine/QHSE Manager from Oct 2022 - May 2023 | May |
| KS Win | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Head of DOC from Jan 2019 - Nov 2022 | May |
| Balaji Vanmeekesan | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Technical Manager from Jan 2024-Mar 2024 | May |
| Rajesh Inigo K | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Technical Manager from Nov 2019 - Jan 2024 and QHSE Manager from Jan 2024 - Mar 2024 | May |
| Umesh Iyengar | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Technical Manager from Jan 2019-Nov 2019 and Back-up Technical Superintendent | May |
| Capt. Ravi Sekhar BV | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Marine Manager from May 2023 - Mar 2024 | May |
| R. Karthik Nair | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Technical Superintendent from Nov 2019 - Mar 2024 | May |
| S. Angarayan | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Technical Superintendent from Mar 2019 - Nov 2019 and Back-up Technical Superintendent from Jan 2020 - Jun 2022 | May |
| Capt. Joe Francis | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as QHSE Manager from Jan 2019 - Nov 2021 | May |
| Vishal C Prabhu | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as QHSE Superintendent from Feb 2023 - Mar 2024 | May |
| Sandeep Chatterjee | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as QHSE Superintendent from Jan 2020 - Feb 2023 | May |
| Capt. Melroy Dsouza | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Marine Superintendent from Jan 2023 - Mar 2024 and Back-up Marine Superintendent from Aug 2022 - Jan 2023 | May |
| Capt. Sankareswar R | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Marine Superintendent from Jul 2021 - Jan 2023 and Back-up Marine Superintendent from Jan 2019 - Jul 2021 | May |
| Capt. Navdeep Singh Bhalla | Assistance with MV Dali operations from shore as part of Synergy Marine Pte Ltd as Marine Superintendent from May 2019 - Jul 2021 and as Back-up Marine Superintendent from Jul 2021 - Aug 2022 and Jan 2023 - Mar 2024 | May |
| P T Jayesh | Assistance with MV Cezanne and Maersk Saltoro operations from shore as part of Synergy Maritime Pvt Ltd as Technical Superintendent from 2019 - Mar 2024 | May |
| Bruce Jericho Hontomin | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Operation Manager from Sep 2013 - March 2024 | May |
| Lim Wei Sean | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Operation Executive from Jan 2023 - Mar 2024 | May |
| Rosalie Mayo Roxas | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Operation Executive from Feb 2014 - Mar 2024 | May |
| Yoshimasa Abe | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Director from Jan 2014 - Mar 2024 | May |
| Oliver Pabalan Espino | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Director from Mar 2014 - Mar 2024 | May |
| Yoko Nakagawa | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Secretary from Feb 2018 - Mar 2024 | May |
| Watanabe Tsukasa | Assistance with MV Dali operations from shore as part of Grace Ocean Pvt Ltd as Assistant Operation Manager May 2023 - Mar 2024 | May |
| Kentaro Abe | Assistance with MV Dali operations from shore as a Technical Consultant to Grace Ocean Pvt Ltd from 2019 - Mar 2024 | May |
| Senthil kumar | Assistance with sourcing and/or hiring the officers and crew for MV Dali as Manager – Planning from Jan 2019 - Nov 2024 | May |

| | | |
|---|---|---|
| Kalpana Uniyal | Assisted with sourcing and/or hiring the officers and crew for MV Dali as Sr. Executive – Planning from Jul 2021 - Jul 2024 | May |
| Arushi Massey | Assisted with sourcing and/or hiring the officers and crew for MV Dali as Assistant Manager - Planning from Jan 2020 - Jul 2024 | May |
| Ranjan Sham Shetty | Assisted with sourcing and/or hiring the officers and crew for MV Dali as Fleet Manager for Container Vessels from Jan 2024 - Mar 2024 | May |
| R Balasubramanian | Management of training program and training of officers and crew, including classroom and simulator courses | May |
| Chandrashekar Sabhapathy | Service aboard the vessel on and during the time leading up to March 26, 2024 as Master | May |
| Stephen Fernando Kwinteen Jayakumar | Service aboard the vessel on and during the time leading up to March 26, 2024 as Chief Officer | May |
| Bisht  Rohit Singh | Service aboard the vessel on and during the time leading up to March 26, 2024 as Second Officer | May |
| Babu Alan | Service aboard the vessel on and during the time leading up to March 26, 2024 as Second Officer | May |
| Deenadayalan Karthikeyan | Service aboard the vessel on and during the time leading up to March 26, 2024 as Chief Engineer | May |
| Kuppuswamy  Kumararaja | Service aboard the vessel on and during the time leading up to March 26, 2024 as Second Engineer | May |
| Xavier Fernando  Antony Goodwin | Service aboard the vessel on and during the time leading up to March 26, 2024 as Third Engineer | May |
| Pitchaiah  Nishanth | Service aboard the vessel on and during the time leading up to March 26, 2024 as Fourth Engineer | May |
| Manihal Aviral | Service aboard the vessel on and during the time leading up to March 26, 2024 as Trainee Marine Engineer | May |
| Kariyawasam Chaminda | Service aboard the vessel on and during the time leading up to March 26, 2024 as Electrician | May |
| Charles Vaz | Service aboard the vessel on and during the time leading up to March 26, 2024 as Bosun | May |
| Madathilparambil Chandrasekharan Shiju | Service aboard the vessel on and during the time leading up to March 26, 2024 as AB-1 | May |
| Subramanian Ganeshkumar | Service aboard the vessel on and during the time leading up to March 26, 2024 as Oiler-2 | May |
| Balaji Dhurai | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 03 Sept 2023 to 29 January 2024 | May |
| Maksim Nagornov | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 19 Jun 2023 to 04 Sept 2023 | May |
| Dileep Kumar | Prior to March 26, 2024 — sailed aboard MV Dali as Master from 22 May 2023 to 18 Oct 2023 | May |
| Pradeeb Madhuri | Prior to March 26, 2024 — sailed aboard MV Dali as Electro Technical Rating from 02 Mar 2023 to 18 Oct 2023 | May |
| Yapa Hetti Pathirannehelage Suranga Sanjeewa Yapa | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 31 Jan 2023 to 20 Jun 2023 | May |
| Koppula Parameswara Rao | Prior to March 26, 2024 — sailed aboard MV Dali as Master from 23 Jan 2023 to 23 May 2023 | May |
| Arockiajoy William Patchak | Prior to March 26, 2024 — sailed aboard MV Dali as Electro Technical Officer from 19 Oct 2022 to 03 Mar 2023 | May |
| Senraya Ganesh Ayyanar | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 06 Sept 2022 to 31 Jan 2023 | May |
| Ajay Lazar | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 28 Mar 2022 - 06 Sep 2022 | May |
| Shankar Ayyar Padmakar | Prior to March 26, 2024 — sailed aboard MV Dali as Master from 22 Aug 2022 to 31 Jan 2023 | May |
| Dinesh Sai Ram Tolam | Prior to March 26, 2024 — sailed aboard MV Dali as Electro Technical Officer from 28 March 2022 - 19 Oct 2022 | May |
| Vivekanandan Perumal | Prior to March 26, 2024 — sailed aboard MV Dali as Master from 29 Mar 2022 - 22 Aug 2022 | May |
| Alok Yadav | Prior to March 26, 2024 — sailed aboard MV Dali as Master from 01 Nov 2021 - 29 Mar 2022 | May |
| Rajesh Dinagaran | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 03 Jun 2021 - 02 Nov 2021 | May |

| | | |
|---|---|---|
| Xavier Blesides Vinosh Prinston | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 31 Dec 2020 - 04 Jun 2021 and 02 Nov 2021 - 28 Mar 2022 | May |
| Vinoth Kumar Rengaraj | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 12 Jun 2020 - 31 Dec 2020 | May |
| Shamba Laxmikant Bandodkar | Prior to March 26, 2024 — sailed aboard MV Dali as Chief Engineer from 15 Aug 2019 - 12 Jun 2020 | May |
| Kenneth Riffle, Jr | Pilot assigned to MV Dali on depature on March 26, 2024 | May |
| Lukas Sunkler | Pilot Apprentice assigned to MV Dali on departure on March 26, 2024 | May |
| Ramadass Venkatarao | Assistance with MV Dali operations from shore as part of Synergy Group as COO (marine Standards and QHSE) | May |
| Publio Beltran | Vibration tests conducted aboard the Vessel by TSI | May |
| Bart Barnum | Participation in and supervision of the investigation by the National Transportation Safety Board | May |