**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
|  | * |  |
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * | Civil No. JKB-24-0941 |
|  | * | *IN ADMIRALTY* |
|  | * |  |

\* \* \* \* \* \*

**ORDER**

This case was referred to me for discovery and related scheduling matters. ECF Nos. 477 & 507. Having conferred with Judge Bredar, the parties' Joint Motion to Modify Scheduling Order (ECF No. 509) is **GRANTED**. The scheduling order (ECF No. 438) is modified as follows:

| Old Deadline | Subject | New Deadline |
|---|---|---|
| July 16, 2025 | Fact Discovery | August 29, 2025 |
| July 16, 2025 | Rule 56 Motion Concerning Synergy Marine | August 29, 2025 |
| August 29, 2025 | Claimants' Rule 26(a)(2) Disclosures | October 13, 2025 |
| October 31, 2025 | Petitioners' Rule 26(a)(2) Disclosures | December 12, 2025 |
| November 21, 2025 | Claimants' Rebuttal Rule 26(a)(2) Disclosures | January 16, 2026 |
| February 27, 2026 | Expert Discovery; Supplementation of Disclosures | March 27, 2026 |
| February 27, 2026 | Submission of Joint Status Report | March 27, 2026 |
| March 12, 2026 | **Status Conference** in the J. Frederick Motz Ceremonial Courtroom | April 2, 2026 at 10:00 a.m. |
| March 9, 2026 | Requests for Admission | April 3, 2026 |

All other deadlines remain as set forth in ECF No. 438.

It is so ordered.


Date: May 2, 2025                                    _____/s/_____
                                                    Timothy J. Sullivan
                                                    Chief United States Magistrate Judge