**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**<u>ORDER</u>**

AND NOW, this __ day of _____ 2026, upon consideration of the Consolidated Motion *in Limine* of Claimants, individually and on behalf of all others similarly situated, and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further,

**ORDERED,** that Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd. (collectively, "Petitioners") are precluded from introducing testimony, documents, and any other evidence, and from making any argument, at the trial of the above-captioned matter relating to the three individuals named in Petitioners' "Amended Appendix A to Synergy Marine Pte Ltd's Response to Claimants' Second Set of Interrogatories;" Ramadass Venkatarao, Publio Beltran, and Bartholomew "Bart" Barnum; and it is further

**ORDERED,** that as to Publio Beltran specifically, that Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd. (collectively, "Petitioners") are precluded from introducing

testimony, documents, and any other evidence, and from making any argument, at the trial of the above-captioned matter relating to:

1.  Conditions aboard the M/V Dali, related to whether the Dali does or does not have a barred speed range, sea-trial data from vessels other than the Dali, and any findings, analyses, or conclusions contained in the TSI Vibration Analysis Report.

2.  The TSI Report itself, including but not limited to its contents, conclusions, data, analyses, assumptions, testing procedures, results, or any characterization thereof; and

3.  Any testimony by other TSI personnel, whether characterized as expert or lay testimony, concerning their vibration testing performed on the M/V Dali, the preparation of the TSI Report, or the interpretation, significance, or implications of any testing results.


_____
James K. Bredar, J.