

300 E. LOMBARD STREET > SUITE 815
BALTIMORE, MARYLAND 21202
TEL 410.727.7887 > FAX 410.727.4770

April 14, 2026

**VIA CM/ECF FILING**
Hon. James K. Bredar
United States District Court
 For the District of Maryland
Chambers 5A
101 W. Lombard Street
Baltimore, Maryland  21201

> Re:   *In re Petition of GRACE OCEAN PRIVATE LIMITED, et al.,*
>       *For Exoneration from or Limitation of Liability,*
>       Case No. 24-cv-0941-JKB

Dear Judge Bredar:

This firm, with co-counsel, David Gerger, Esq., represents non-party Karthik Nair. Mr. Nair is the subject of Claimants' Sealed Motion For Relief Regarding Confidentiality Designations, filed by Claimants on April 13. *See* ECF No. 691 (Sealed motion); ECF No. 694 (Redacted motion).  In scheduling Mr. Nair's response, the Court ordered Mr. Nair to respond by "Wednesday, April 20, 2026." *See* ECF No. 690.  We, and Claimants, understand that our response is due "Monday, April 20, 2026."   (In serving us with its sealed motion, Claimants advised that our opposition is due next Monday the 20th.)

Mr. Nair's counsel seeks to clarify that we may respond on or before April 20. Mr. Nair was not involved in the initial briefing on this subject.[1]  Further, we expect that Mr. Nair's response will involve sealed (and publicly-redacted) material, so there is a period of review by Claimants' counsel, before filing can occur.  Absent contrary direction by Your Honor, Mr. Nair plans to file a motion response on or before April 20.

With the time-sensitive nature of this matter, I bring this to the Court's attention by letter.  Should a more formal motion be required on this subject, we look forward to the Court's direction.

---

[1]  ECF No. 689 states: "[C]laimants' initial motion to strike did not apply to Mr. Nair and Mr. Nair's counsel, David Gerger, did not represent another party or individual who was within the seal. As a result, Mr. Nair's counsel [i.e., Mr. Gerger] has not seen the Motion Papers and he cannot fully evaluate the stipulation until he has." *Id.* at 1.

Hon. James K. Bredar
April 14, 2026
Page 2


        Our client appreciates the Court's attention to this matter.  Thank you.

                              Respectfully yours,

                              Marshall N. Perkins

MNP/