**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**MOTION TO SEAL**

Petitioners, by and through their undersigned counsel, respectfully submit this Motion to Seal their Opposition to Claimants' Motion in Limine to Preclude Testimony at Trial (ECF No. 696) pursuant to Local Rule 105.11 and this Court's protective order (ECF No. 641) and, in support thereof, state as follows:

Petitioners' Opposition directly addresses information this Court has deemed confidential and subject to its protective order entered at ECF No. 641. Moreover, there are no suitable alternatives to sealing that would provide sufficient protection for the information addressed in Petitioners' Reply. Nonetheless, a redacted filing will be submitted on the public docket.

Accordingly, Petitioners respectfully request that the Court seal their Opposition at ECF No. 713.

Dated: April 20, 2026

DUANE MORRIS LLP

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900
BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra
Noe.Hamra@blankrome.com*
Neil P. McMillan
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

2

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 20th day of April, 2026, the foregoing Motion to Seal, along with

a proposed order, was filed in the United States District Court for the District of Maryland via the

Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.


*/s/ Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com