IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * | Civ. No. 24-0941-JKB *IN ADMIRALTY* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CASE MANAGEMENT ORDER NO. 8

For the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the

Parties SHALL PRESENT their evidence during the Phase 1 trial in the following four stages:

a.  Claimants' case in chief (7 days),
b.  Petitioners' case in chief (7 days),
c.  Claimants' rebuttal (1 day), and
d.  Petitioners' sur-rebuttal (1 day).

DATED this **21** day of April, 2026.

BY THE COURT:

James K. Bredar
United States District Judge