IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * <br> * <br> * <br> * | Civ. No. 24-0941-JKB <br><br> *IN ADMIRALTY* |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### SETTLEMENT ORDER
### (LOCAL RULE 111)

This Court has been advised by the parties that the above action has been settled AS BETWEEN CLAIMANTS STATE OF MARYLAND and ACE AMERICAN INSURANCE COMPANY and the PETITIONERS, including all counterclaims, cross-claims and third-party claims, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

Claimants STATE OF MARYLAND's and ACE AMERICAN INSURANCE COMPANY's claims are hereby dismissed, and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause, by no later than May 31, 2026, to reopen this action if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice, effective at 12:00 A.M. on June 1, 2026.

THIS CASE WILL CONTINUE WITH RESPECT TO THE REMAINING CLAIMANTS.

Date: April ___, 2026

_____

James K. Bredar
United States District Judge