**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
Northern Division

| | |
|---|---|
| IN RE GRACE OCEAN PRIVATE LIMITED, *et al.*, <br><br> Petitioners. | Civil Action No. 24-cv-000941-JKB <br><br> IN ADMIRALTY |

## <u>JOINT MOTION TO EXTEND DEADLINE TO PRODUCE EXHIBIT LIST AND DEPOSITION DESIGNATIONS</u>

Claimants and Petitioners respectfully submit this joint motion to extend the deadline to serve the Court with a trial exhibit list and deposition designations by two weeks.

The deadline to submit the Joint Pre-Trial Order is Monday, April 27. *See* L.R. 106.4(a). Under the Court's model pre-trial order, the parties must serve an exhibit list and deposition designations. *See* L.R. 106.2(h), (k).

The parties have exchanged drafts of the Pre-Trial Order and conferred on its contents. While the parties are prepared to produce all other contents of the Pre-Trial Order on Monday so that the Court can prepare for the May 5 pre-trial conference, they do need additional time to finalize the exhibit list and deposition designations.

This case involved sixty-two depositions, numerous NTSB interviews, 724 deposition exhibits and nearly a million pages of produced documents. The parties believe all parties and the Court will be aided by well-organized exhibit and deposition submissions. Accordingly, more time is needed to harmonize the parties' respective submissions, eliminate repetitive and overlapping designations, and attempt to reach agreement on the identification and authentication of trial exhibits. The parties also intend to confer further

on an agreed procedure to raise and resolve objections to exhibits and designated testimony.

Therefore, the parties respectfully request that the Court extend the deadline to provide the Court with an Exhibit List and Deposition Designations by two weeks, to May 11, 2026.

Dated:  April 23, 2026

Respectfully submitted,

/s/ *Daniel O. Rose*
Daniel O. Rose
Kevin Mahoney
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, New York 10017
drose@kreindler.com
kmahoney@kreindler.com
T: (212) 973-3414
*Lead Counsel for Personal Injury and*
 *Wrongful Death Claimants*

/s/ *Adam J. Levitt*
Adam J. Levitt
Diandra "Fu" Debrosse
Daniel O. Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
alevitt@dicellolevitt.com
T: (312) 214-7900
*Lead Counsel for Local Government*
 *Claimants*

/s/ *Todd D. Lochner*
Todd D. Lochner
LOCHNER LAW FIRM, P.C.
7076 Bembe Beach Road; Suite 201
Mailbox 6
Annapolis, Maryland 21403
tlochner@lochnerlawfirm.com
T: (443) 716-4400
*Lead Counsel for Private Economic Loss*

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
BLANK ROME LLP
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra
Noe.Hamra@blankrome.com*
Neil P. McMillan
Neil.McMillan@blankrome.com*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

*Claimants*

/s/ *Terry L. Goddard, Jr.*
Terry L Goddard, Jr.
SKEEN & KAUFFMAN LLP
9256 Bendix Road Suite 102
Columbia, Maryland 21045
tgoddard@skaufflaw.com
T: (410) 625-2272
*Lead Counsel for Cargo Claimants*

\* Admitted *pro hac vice*

Kierstan L. Carlson\*
Kierstan.Carlson@blankrome.com
Emma C. Jones\*
Emma.Jones@blankrome.com
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Attorneys for Petitioners*

\* Admitted *pro hac vice*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23th day of April, 2026, I caused copies of the foregoing document to be served through the ECF system on all registered counsel of record.

_/s/ Kevin Mahoney_
Kevin Mahoney