## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE** | * | **Civ. No. 24-0941-JKB** |
| **OCEAN PRIVATE LIMITED,** *et al.***, for** | * | |
| **Exoneration from or Limitation of** | | *IN ADMIRALTY* |
| **Liability** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Parties' Joint Motion to Extend the Deadline to Produce Exhibit List and Deposition Designations (ECF No. 720) is hereby GRANTED. The Parties shall transmit the Pre-Trial Order Exhibit List and Deposition Designations to the Court no later than May 11, 2026. The deadline for submission of the other contents of the Pre-Trial Order (i.e., other than the Exhibit List and Deposition Designations) remains April 27, 2026.

The Court notes that any deposition testimony that is offered into evidence at trial must be played by video recording, or read into the record, and that any time expended introducing evidence in this manner will count against the Parties' total allocated time as described in Case Management Order No. 8.

DATED this 23 day of April, 2026.

BY THE COURT:

_____
James K. Bredar
United States District Judge