**Exhibit C: Claimants' Fact Witness List**

<u>Claimants</u>:  In addition to the experts listed below, and time permitting, the Claimants expect to present as witnesses:

1. **Chandrashekar Sabhapathy (Master)**

   a. Address:

      i. C/O Mallon LLC, 303 E. Lombard St. Suite 81 Baltimore, MD 21202, 410-727-7887

   b. Potential Methods of Testimony

      i. Via Deposition

      ii. Live (if motion *in limine* precluding witness from testifying at trial is denied).

      iii . Via NTSB Interview

2. **Kwinteen Jayakumar (Chief Officer)**

   a. Address:

      i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

   b. Potential Methods of Testimony

      i.      Live

      ii.     Via Deposition if unavailable

      iii.    Via NTSB Interview

3. **Rohit Bisht (Second Officer)**

   a. Address:

      i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

    b. Potential Methods of Testimony

        i. Live

        ii. Via Deposition if unavailable

        iii. Via NTSB Interview

4. **Alan Babu (Second / Third Officer)**

    a. Address:

        i. C/O counsel for Petitioners.

    b. Potential Methods of Testimony

        i. Live

        ii. Via Deposition if unavailable

5. **Charles Vaz (Bosun)**

    a. Address:

        i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

    b. Potential Methods of Testimony

        i. Live

        ii. Via Deposition if unavailable

        iii. Via NTSB Interview

6. **Madathilparambil Shiju (AB)**

    a. Address:

        i. C/O counsel for Petitioners.

    b. Potential Methods of Testimony

        i. Live

    ii.    Via Deposition if unavailable

**7. Karthikeyan Deenadayalan (Chief Engineer)**

  a. Address:

    i. C/O Zuckerman Spaeder LLP 100 E. Pratt., Suite 2440 Baltimore, MD 21202, 410 332 0444

  b. Potential Methods of Testimony

    i.    Via Deposition

    ii.    Via NTSB Interview

    iii.    Live (if motion *in limine* precluding witness from testifying at trial is denied).

**8. Kumararja Kuppuswamy (2nd Engineer)**

  a. Address:

    i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

  b. Potential Methods of Testimony

    i. Via Deposition

    ii.    Via NTSB Interview

    iii.    Live (if motion *in limine* precluding witness from testifying at trial is denied).

**9. Antony Goodwin (3rd Engineer)**

  a. Address:

    i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

  b. Method of Testimony

    i. Via Deposition

ii.    Via NTSB Interview

iii.    Live (if motion *in limine* precluding witness from testifying at trial is denied).

### 10. Nishanth Pitchaiah (4th Engineer)

a.  Address:

i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

b.  Potential Methods of Testimony

i. Via Deposition

ii.    Live (if motion *in limine* precluding witness from testifying at trial is denied).

### 11. Chaminda Kariyawasam (Electrician)

a.  Address:

i. C/O Fox Rothschild LLP 980 Jolly Road Suite 110 Blue Bell, PA 19422, 610 397 6500

b.  Potential Methods of Testimony

i.    Via Deposition

ii.    Via NTSB Interview

### 12. Subramanian Ganeshkumar (Oiler)

a.  Address:

i. C/O Law Office of Own Duffy P.O. Box 919 Point Lookout, New York 11569, 516 721 8793

b.  Potential Methods of Testimony

i.    Via Deposition

ii.    Via NTSB Interview

      iii.    Live (if motion *in limine* precluding witness from testifying at trial is denied).

### 13. Aviral Manihal (Trainee Marine Engineer)

    a.  Address:

        i. C/O counsel for Petitioners.

    b.  Potential Methods of Testimony

        i.    Live

        ii.    Via Deposition if unavailable

### 14. Yoko Nakagawa (Grace Ocean 30(b)(6) Representative)

    a.  Address:

        i. C/O counsel for Petitioners.

    b.  Potential Methods of Testimony

        i.    Via Deposition

### 15. Ajith Kumar (Synergy 30(b)(6) and Individually)

    a.  Address:

        i. C/O counsel for Petitioners.

    b.  Potential Methods of Testimony

        i.    Live

        ii.    Via Depositions if unavailable

### 16. Ravi Sekhar (Synergy Marine Manager and Designated Person Ashore)

    a.  Address:

        i. C/O counsel for Petitioners.

    b.   Potential Methods of Testimony

         i.    Live

         ii.    Via Depositions if unavailable

**17. Rajesh Inigo (Technical Manager and Quality Health Safety and Environment ("QHSE") Manager)**

    a.   Address:

         i. C/O counsel for Petitioners.

    b.   Potential Methods of Testimony

         i.    Live

         ii.    Via Depositions if unavailable

**18. Balaji Vanmeekesan (Fleet Manager/Technical Manager)**

    a.   Address:

         i. C/O counsel for Petitioners.

    b.   Potential Methods of Testimony

         i.    Live

         ii.    Via Depositions if unavailable

19. **Melroy D'Souza (Marine Superintendent)**

    a.   Address:

         i. C/O counsel for Petitioners.

    b.   Potential Methods of Testimony

         i. Live

         ii.    Via Depositions if unavailable

**20. Navdeep Singh Bhalla (Backup Marine Superintendent)**

  a.  Address:

   i. C/O counsel for Petitioners.

  b.  Potential Methods of Testimony

   i. Live

   ii.    Via Depositions if unavailable

21. **Karthik Nair (Technical Superintendent)**

  a.  Address:

   i. C/O Gerger Hennessy Martin & Peterson LLP, 700 Lousiana, Suite 2300, Houston, Texas 77002

  b.  Potential Methods of Testimony

   i.    Via Deposition

   ii.    Via NTSB Interview

   iii.    Live (if motion *in limine* precluding witness from testifying at trial is denied).

22. **Jayesh Panayanthatta (Technical Superintendent – Sister Ships)**

  a.  Address:

   i. C/O counsel for Petitioners.

  b.  Potential Methods of Testimony

   i.    Live

   ii.    Via Depositions if unavailable

23. **Sivakumar Angaryan (Backup Technical Superintendent)**

  a.  Address:

   i. C/O counsel for Petitioners.

b. Potential Methods of Testimony

  i. Live

  ii. Via Depositions if unavailable

24. **Vishal Prabhu (QHSE Superintendent)**

a. Address:

  i. C/O counsel for Petitioners.

b. Potential Methods of Testimony

  i. Live

  ii. Via Depositions if unavailable

25. **Ranjan Shetty (Fleet Manager – Synergy Maritime Recruitment) (*via* Deposition)**

a. Address:

  i. C/O counsel for Petitioners.

b. Potential Methods of Testimony

  i. Live

  ii. Via Depositions if unavailable

26. **Dhurai Balaji (former Chief Engineer)**

a. Address:

  i. Unknown.

b. Potential Methods of Testimony

  i. Via NTSB Interview

27. **Kenneth Riffle (Senior Pilot)**

a. Address:

  i. C/O Woods Rogers Vandeventer Black PLC, 101 West Main St., 500 World Trade Center Norfolk, Virginia 23510, 757-446-8614

b. Potential Methods of Testimony

  i. Live

  ii. Via Depositions if unavailable

## 29. Yukihisa Shibata (Class NK Representative)

a. Address:

  i. C/O Woods Rogers Vandeventer Black PLC, 101 West Main St., 500 World Trade Center Norfolk, Virginia 23510, 757-446-8614

b. Potential Methods of Testimony

  i. Live

  ii. Via Deposition by Written Question if unavailable

## 30. Suman Paik (HHI) (*via* Deposition by Written Question)

a. Address:

  i. C/O Woods Rogers Vandeventer Black PLC, 101 West Main St., 500 World Trade Center Norfolk, Virginia 23510, 757-446-8614

b. Potential Methods of Testimony

  i. Live

  ii. Via Deposition by Written Question if unavailable

**Claimants may call:**

## 1. Lukas Sunkler (Apprentice Pilot) (If need arises)

a. Address:

  i. C/O Woods Rogers Vandeventer Black PLC, 101 West Main St., 500 World Trade Center Norfolk, Virginia 23510, 757-446-8614

b. Potential Methods of Testimony

i. Live.

**In the event that the Personal Injury / Wrongful Death Claimants and Petitioners cannot reach a stipulation that they are Personal Injury /Wrongful Death Claimants under 46 U.S. Code § 30524 for purposes of trial, the following witnesses may testify live:**

1. Julio Cervantes Suarez

2. Marisela Hernandez Salgado

3. Damon Davis

4. Lillian Hummel

5. John Condliffe

6. Mark Binstock

7. Matthew Bogin

8. Jeffrey Goldstein

9. Jeffrey Katz

*All of the above may be contacted through their respective counsel.*