**<u>Exhibit E: Claimants' Expert Witnesses</u>**

1.  **Nathaniel Dennen**

    a.  Specialties:

        i. Marine Engineering, Shipboard, and related subject addressed in his disclosures.

    b.  Method of Testimony

        i. Live

2.  **Captain Glenn Hibbard**

    a.  Specialties:

        i. Duties of a vessel Captain and Crew, seamanship, and related subjects addressed in his disclosures.

    b.  Method of Testimony

        i. Live

3.  **J. Travis Hunsucker, Ph.D.**

    a.  Specialties:

        i. Ocean engineering and hydrodynamics, and related subject matter addressed in his disclosures.

    b.  Method of Testimony

        i. Live

4.  **John Martino**

    a.  Specialties:

        i. Ship handling, marine, simulation, incident reconstruction, and related subjects addressed in his disclosures.

    b.  Method of Testimony

        i. Live

5. **Steve Mcelhose**

    a. Specialties:

        i. Ship handling, marine, simulation, incident reconstruction, and related subjects addressed in his disclosures.

    b. Method of Testimony

        i. Live

6. **Gerry Nielsen**

    a. Specialties:

        i. Safety management systems, regulatory compliance, shoreside management and related subjects addressed in his disclosures.

    b. Method of Testimony

        i. Live

7. **Daniel Ramsay**

    a. Specialties:

        i. Marine Engineering, shoreside, shoreside management, and related subject matter addressed in his disclosures.

    b. Method of Testimony

        i. Live

*In addition, Claimants may call the following experts:*

8. **John Bloomfield**

    a. Specialties:

        i. Electrical engineering and related areas addressed in his disclosures.

        ii. Method of Testimony

            1. Live

9.    **RADM Melissa Bert**

    a.  Specialties

        **i.**  Compliance with U.S. and International Maritime Laws and Regulations and related subject addressed in his disclosures.

        ii.  Method of Testimony

            1.  Live

10.   **Michael A. Venturella**

    a.  Specialties

        i.  Marine engineering, regulatory analysis and related subject addressed in his disclosures.

        ii.  Method of Testimony

            1.  Live

11.   **RADM John Nadeau, United States Coast Guard (Ret.)**

    a.  Specialties:

        i. Compliance with U.S. and International Maritime Laws and Regulations and related subject addressed in his disclosures.

    b.  Method of Testimony

        i.    Live

        ii.    By Deposition, if unavailable.

9.  **Captain Jeremy Ayling**

    a.  Specialties:

        i. Duties of a vessel Captain and Crew, seamanship, and related subjects addressed in his disclosures.

    b.  Method of Testimony

      i. Live

      ii.    By Deposition, if unavailable.

**10. Gary Rawlings**

    a.  Specialties:

      i. Marine Engineering and related subjects addressed in his disclosures.

    b.  Method of Testimony

      i. Live

      ii.    By Deposition, if unavailable.

**11. Lionel Fernandes**

    a.  Specialties:

      i. Marine Engineering and related subjects addressed in his disclosures.

    b.  Method of Testimony

      i. Live

      ii.    By Deposition, if unavailable.

**12. Harrison Cassidy**

    a.  Specialties:

      i. Marine Electrical Engineering and related subjects addressed in his disclosures.

    b.  Method of Testimony

      i. Live

      ii.    By Deposition, if unavailable.

**13. David Eby**

    a.  Specialties:

      i. Mechanical Engineering and Materials Science

b.   Method of Testimony

i. Live

ii.   By Deposition, if unavailable.

## 14. Vice Admiral Paul F. Thomas, United States Coast Guard (Ret.)

a.   Specialties:

i. Compliance with U.S. and International Maritime Laws and Regulations and related subject addressed in his disclosures.

b.   Method of Testimony

i. Live

ii.   By Deposition, if unavailable.

## 15. Eric Winkel

a.   Specialties:

i. Mechanical Engineering, Vibration Analysis, and Regulations and related subject addressed in his disclosures.

b.   Method of Testimony

i. Live

i.   By Deposition, if unavailable.