**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| |
|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability |

Civ. No. 24-00941-JKB

*IN ADMIRALTY*

**<u>PROPOSED ORDER</u>**

The Court, having considered Claimants' Motion *In Limine* to Preclude Testimony at Trial from Witnesses who Pled the Fifth Amendment or Otherwise Failed to Participate in Discovery, rules as follows.

The motion is GRANTED. The following witnesses are precluded from appearing at trial to testify:

1. Chandrashekar Sabhapathy (DALI crewmember – master)

2. Karthik Nair (Synergy shoreside manager – Technical Superintendent)

3. Karthikeyan Deenadayalan (DALI crewmember – chief engineer)

4. Kumararaja Kuppuswamy (DALI crew member – 2nd engineer)

5. Antony Goodwin (DALI crew member – 3rd engineer)

6. Nishanth Pitchaiah (DALI crew member – 4th engineer)

7. Chaminda Kariyawasam (DALI crewmember – electrician)

8. Subramanian Ganeshkumar (DALI crewmember – oiler)

1

9.  Dhurai Balaji (DALI former chief engineer)

IT IS SO ORDERED

_____

Hon. James K. Bredar, USDJ