## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * <br> * <br> * <br> * | Civ. No. 24-0941-JKB <br><br> *IN ADMIRALTY* |

\*    · \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

The Parties have filed a Draft Pretrial Order in anticipation of the May 5, 2026, Pretrial Conference. (ECF No. 723.) In light of Draft Pretrial Order, it is hereby ORDERED:

1. The Parties SHALL FILE briefing on Petitioners' request for leave to amend Paragraph 7 of their Petition (ECF No. 1). (*See* ECF No. 723 at 2–3.) Each side—Claimants and Petitioners—shall file a single brief, not to exceed eight (8) pages in length, arguing their position as to Petitioners' request BY NO LATER THAN 6:00 p.m. on May 1, 2026. No responsive briefs will be permitted, and the Parties should expect to present their arguments at the May 5, 2026, Pretrial Conference.

2. The Parties SHALL EXPECT to present their arguments on Claimants' pending Motions in Limine (ECF Nos. 695, 696, 697) at the May 5, 2026, Pretrial Conference. Because Claimants' Consolidated Motion in Limine (ECF No. 697) implicates the admissibility of "the TSI Report" (*see* ECF No. 711 at 4), the Parties SHALL EXPECT to present their arguments on the admissibility of that report at the Pretrial Conference as well, including whether it qualifies as a business record under Federal Rule of Evidence 803(6) despite Petitioners' admission that it was prepared "after the Vessel came out of drydock following permanent repairs of damage resulting from the allision" (*id.*).

3.  The Court previously granted the Parties' Joint Motion to Extend the Deadline to Produce Exhibit Lists and Deposition Designations, extending the deadline for submission of these materials to May 11, 2026. (ECF No. 721.) The Court therefore SETS IN a second session of the Pretrial Conference for 2:00 p.m. on May 20, 2026, in Courtroom 1A, to discuss those materials and any other necessary pretrial matters.

DATED this 28 day of April, 2026.

BY THE COURT:

James K. Bredar
United States District Judge

2