**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

IN RE:                                                     Civil Action No.

THE COMPLAINT OF GRACE OCEAN PRIVATE LIMITED,              1:24-cv-00941-JKB

AS OWNER OF THE M/V DALI, AND SYNERGY MARINE

PTE. LTD., AS MANAGER OF THE M/V DALI, FOR                 IN ADMIRALTY

EXONERATION FROM OR LIMITATION OF LIABILITY

## MOTION FOR LEAVE TO FILE LATE CLAIM

(Pro Se - Individual Claimants and Owners of Ocean Cargo Inc)

Claimants Shabir Nabizadah and Mahdi Sultanzadah, appearing pro se as individual claimants and as owners of Ocean Cargo Inc, respectfully move this Court for leave to file a late claim in this limitation proceeding.

Claimants are the owners and operators of a logistics and auto export business operating under the name Ocean Cargo Inc. Claimants, their business, and their operations were directly and materially affected by the March 26, 2024 allision involving the M/V DALI and the Francis Scott Key Bridge, which caused a complete and prolonged disruption of operations at the Port of Baltimore.

As a direct and proximate result of the casualty and port disruption, Claimants suffered substantial financial losses, including demurrage charges, cargo-related payments, ongoing operational expenses, extraordinary trucking and rerouting costs, and lost profits to be proven through business records.

The delay in filing this claim was not intentional. Claimants needed time to gather, audit, verify, and organize financial documentation, invoices, bank records, carrier charges, rent payments, trucking records, and supporting evidence necessary to accurately present the full scope of damages.

Allowing this late claim will not prejudice Petitioners or other claimants. It will permit the fair adjudication of all claims arising from the incident.

WHEREFORE, Claimants respectfully request that the Court grant leave to file the attached claim and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

*NABIZADAH SHABIR*

Shabir Nabizadah
Pro Se Claimant
Owner of Ocean Cargo Inc

*MAHDI SULTANZADAH*

Mahdi Sultanzadah
Pro Se Claimant
Owner of Ocean Cargo Inc

11237 Philadelphia Rd, Whitemarsh, MD 21162
Phone: 404-903-3358 & 410-330-3017
Email: md@oceancargoinc.com
Date: 04/29/2026

## PROPOSED LATE CLAIM OF SHABIR NABIZADAH AND MAHDI SULTANZADAH

(Pro Se - Individual Claimants and Owners of Ocean Cargo Inc)

### 1. Claimants

Claimants Shabir Nabizadah and Mahdi Sultanzadah are individual claimants and the owners/operators of a logistics and vehicle export business operating under the name Ocean Cargo Inc, located at 11237 Philadelphia Rd, Whitemarsh, MD 21162.

### 2. Nature of Claim

This claim arises from the March 26, 2024 allision of the M/V DALI with the Francis Scott Key Bridge and the resulting shutdown and disruption of Port of Baltimore operations.

### 3. Factual Background

Before the incident, Claimants and their business relied directly on the Port of Baltimore for container loading, handling, and export shipping. After the incident, port activity stopped or became materially restricted. Containers and vehicles were delayed, rerouted, or could not move through the normal Baltimore route.

The disruption caused vehicle accumulation, delayed customer payments, increased storage and yard burden, and required rerouting shipments through alternative ports, including New Jersey. These events caused direct and foreseeable financial harm.

### 4. Damages

| Category | Amount |
| --- | --- |
| Demurrage and cargo-related costs | $45,303.25 |
| Operational expenses, April-September 2024 | $690,240.00 |
| Trucking and rerouting costs | $201,950.00 |
| Lost profit calculation | $432,000.00 |
| **Total claim amount presently calculated** | **$1,369,493.25** |

Claimants also reserve the right to seek consequential damages, interest, costs, and any other relief allowed by law. Prior operations supported approximately 180 to 200 containers per month, with lost profits to be proven through business records.

### 5. Supporting Evidence

This claim is supported by the attached exhibits, including the consolidated damage summary, container impact records, Maersk demurrage invoices, bank payment records, trucking and rerouting invoices, operation expense summaries, and rent payment records.

### 6. Opposition to Limitation

Claimants deny that Petitioners are entitled to exoneration from or limitation of liability. Claimants reserve all rights to challenge limitation and to amend or supplement this claim as additional facts and records become available.

**7. Prayer for Relief**

Claimants respectfully request that the Court allow this late claim, award damages presently calculated at $1,369,493.25, allow amendment or supplementation of the claim, award interest and costs as permitted, deny limitation of liability where appropriate, and grant any other relief the Court deems just and proper.

Respectfully submitted,

*NABIZADAH SHABIR*

—————————————————————

Shabir Nabizadah
Pro Se Claimant
Owner of Ocean Cargo Inc

*MAHDI SULTANZADAH*

—————————————————————

Mahdi Sultanzadah
Pro Se Claimant
Owner of Ocean Cargo Inc

Date: 04/29/2026

# EXHIBIT INDEX

| Exhibit | Description |
|---------|-------------|
| A | Consolidated damage summary - cargo value, 55% cargo value paid, demurrage, operational expenses, trucking/rerouting costs, lost profit calculation, and total claim amount |
| A-1 | Container impact summary - cargo value, 55% cargo value paid, and demurrage total |
| B | Proof of 55% cargo value payments to Charles Taylor / DALI related records |
| C | Maersk export demurrage invoices by container and invoice number |
| D | Proof of Maersk demurrage payments / bank card receipts |
| E | Trucking and rerouting invoices in chronological order |
| F | Operations expense summary, April through September 2024 |
| G | Rent / lease payment records in chronological order |

Duplicate versions of the same summary document and the earlier corporation-only draft were not placed into the evidence section to avoid conflicting filings and duplicate records.

# CERTIFICATE OF SERVICE

I, Shabir Nabizadah, certify that on 04/29/2026, I submitted or served the foregoing Motion for Leave to File Late Claim, Proposed Late Claim, and Exhibits in Civil Action No. 1:24-cv-00941-JKB through the Court's Electronic Document Submission System (EDSS) and/or by other method required by the Court upon counsel of record.

I, Mahdi Sultanzadah, certify that on 04/29/2026, I submitted or served the foregoing Motion for Leave to File Late Claim, Proposed Late Claim, and Exhibits in Civil Action No. 1:24-cv-00941-JKB through the Court's Electronic Document Submission System (EDSS) and/or by other method required by the Court upon counsel of record.

We declare under penalty of perjury that the foregoing is true and correct.

*NABIZADAH SHABIR*

_____

Shabir Nabizadah
Pro Se Claimant

*MAHDI SULTANZADAH*

_____

Mahdi Sultanzadah
Pro Se Claimant


Date: 04/29/2026

**EXHIBIT A**

Consolidated damage summary: cargo value, 55% cargo value payments, demurrage charges, operational expenses, trucking and rerouting costs, lost profit calculation, and total claim amount of $1,369,493.25.

Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants and Owners of Ocean Cargo Inc

# Exhibit A - Consolidated Damage Summary

Ocean Cargo Inc.

Key Bridge Incident - Consolidated Damage Summary

## Container Details and Payments

1. BMOU4838267 (6 Auto Parts) - Umm Qasr, Iraq - Cargo Value: $3,525
2. GCXU5566360 (4 Used Autos) - Jebel Ali - Cargo Value: $25,950
3. MRKU4273861 (4 Used Autos) - Jebel Ali - Cargo Value: $15,515
4. HASU4954786 (4 Used Autos) - Jebel Ali - Cargo Value: $7,525

Subtotal Cargo Value: $52,515.00

55% of Cargo Value Paid to Carrier: $28,883.25

## Demurrage Charges

HASU4954786: $5,050.00
MRKU4273861: $5,050.00
GCXU5566360: $1,690.00
BMOU4838267: $4,630.00
Total Demurrage: $16,420.00
Total Demurrage and Cargo Payments: $45,303.25

## Additional Damages

Operational Expenses (April - September 2024): $690,240.00
Trucking and Rerouting Costs: $201,950.00

## Lost Profit Calculation

Average Monthly Volume: 180 Containers
Average Net Profit per Container: $400
Estimated Monthly Profit: $72,000
Estimated 6-Month Loss: $432,000

## TOTAL CLAIM SUMMARY

Demurrage and Cargo Payments: $45,303.25
Operational Expenses: $690,240.00
Trucking and Rerouting Costs: $201,950.00
Lost Profit: $432,000.00
TOTAL CLAIM AMOUNT: $1,369,493.25

All losses resulted directly from the March 26, 2024 Key Bridge incident and the shutdown of the Port of Baltimore.

**Ocean Cargo Inc. Containers Impacted by Key Bridge Collapse**

Container Details and Payments

1. BMOU4838267 (6 Auto Parts) - Umm Qasr, Iraq- Cargo Value: $3,525

2. GCXU5566360 (4 Used Autos) - Jebel Ali- Cargo Value: $25,950

3. MRKU4273861 (4 Used Autos) - Jebel Ali- Cargo Value: $15,515

4. HASU4954786 (4 Used Autos) - Jebel Ali- Cargo Value: $7,525

Subtotal: $3,525 + $25,950+ $15,515+ $7,525= Total Cargo Value: $52,515.00

55% of Total Cargo Value Paid to Maersk Line= $28,883.25

Demurrage Charges

• HASU4954786: $5,050.00 (Invoice 7518269591)

• MRKU4273861: $5,050.00 (Invoice 7518269590)

• GCXU5566360: $1,690.00 (Invoice 7518269588)

• BMOU4838267: $4,630.00 (Invoice 7518269583)

Total Demurrage Paid to Maersk Line: $5,050 + $5,050 + $1,690 + $4,630 = $16,420.00

Grand Total Summary

• Total Value of Cargo: $52,515.00

• Total of 55% Total Cargo Value Paid to Maersk Line: $28,883.25

• Total Demurrage Charges Paid to Maersk Line: $16,420.00

• Total Expenses Demurrage & 55% of Total Cargo Paid to Maersk Line $45,303.25

# EXHIBIT B

Proof of 55% cargo value payments to Charles Taylor / DALI. Ordered by payment date and container.

*Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants.*

**Bank of America** | **Online Banking**

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 08/16/2024 |
| **Amount:** | -14,272.50 |
| **Type:** | Withdrawal |
| **Description:** | WIRE TYPE:INTL OUT DATE:240816 TIME:1452 ET TRN:2024081600455378 SERVICE REF:921996 BNF:CHARLES TAYLOR ADJUSTING L ID:GB73NWBK60730127 BNF BK:NATIONAL WESTMINSTER BA ID:NWBKGB2L PMT DET:506778738 DALI 236418148 GCXU5566360 POP O |
| **Merchant name:** | CHARLES TAYLOR ADJUSTING L |
| **Merchant information:** | |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

Chat

**Bank of America** ❖   *Online Banking*

---

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Post date:** | 08/22/2024 |
| **Amount:** | -1,938.75 |
| **Type:** | Withdrawal |
| **Description:** | WIRE TYPE:INTL OUT DATE:240822 TIME:1049 ET TRN:2024082200348992 SERVICE REF:341402 BNF:CHARLES TAYLOR ADJUSTING L ID:GB73NWBK60730127 BNF BK:NATIONAL WESTMINSTER BA ID:NWBKGB2L PMT DET:507500252 DALI BMOU4838267 236417859 POP O |
| **Merchant name:** [?] | CHARLES TAYLOR ADJUSTING L |
| **Merchant information:** | |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

1

Chat

**Bank of America** 🇺🇸    **Online Banking**

---

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

---

| | |
|---|---|
| **Post date:** | 09/05/2024 |
| **Amount:** | -12,672.00 |
| **Type:** | Withdrawal |
| **Description:** | WIRE TYPE:INTL OUT DATE:240905 TIME:1117 ET TRN:2024090500373372 SERVICE REF:220122 BNF:CHARLES TAYLOR ADJUSTING L ID:GB73NWBK60730127 BNF BK:NATIONAL WESTMINSTER BA ID:NWBKGB2L PMT DET:509868416 MRKU4273861 AND HASU4954786 DALI |
| **Merchant name:** [?] | CHARLES TAYLOR ADJUSTING L |
| **Merchant information:** | |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

1

Chat

# EXHIBIT C

Maersk export demurrage invoices. Ordered by container and invoice number.

_____

*Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants.*

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| Page | 1 of 3 |
|---|---|
| Invoice Number | 7518269583 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE      7518269583 /20632199

PLEASE PAY WITHOUT DEDUCTION

| Vessel/Voyage Direction | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DALI/410W | | | | | | | Reference 236417859 | | | |
| Sailing Date | Mar 25, 2024 | | Arrival Date | Apr 22, 2024 | | | | | | |
| Place of Receipt Norfolk,US | Port of Loading Norfolk,US | | Port of Discharge Umm Qasr,IQ | | Place of Delivery Umm Qasr,IQ | | | | | |

| Bill of Lading | 236417859 | | Activity Location | | USNFK | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Description of Charges | Container | Start Date | End Date | QTY | UOM | Rate | Currency | Taxtype/Rate/Tax clause | Tax Amount | Net Amount (USD) |
| FREETIME | | 04. Aug. 2024 | 11. Aug. 2024 | 7 | | | | | | 0.00 |
| EXPORT DEMURRAGE | BMOU4838267 | 12. Aug. 2024 | 15. Aug. 2024 | 4 | DAY | 160.00 | USD | DK VAT 0% | 0.00 | 640.00 |
| EXPORT DEMURRAGE | BMOU4838267 | 16. Aug. 2024 | 03. Sep. 2024 | 19 | DAY | 210.00 | USD | DK VAT 0% | 0.00 | 3,990.00 |

| | | | |
|---|---|---|---|
| Total Net Amount | USD | | 4,630.00 |
| Total Taxes (see tax specification) | USD | | 0.00 |
| **Total Payable Amount** | **USD** | | **4,630.00** |

Rate Applicability Date      02. Oct. 2024

| No | Container No | Size/Hgt./Type | Service | ERD | Service Contract No. |
|---|---|---|---|---|---|
| 1 | BMOU4838267 | 40//DRY | | 11AUG2024 | TARIFF |

BMOU4838267: Rolled for next available vessel due to mandatory details missing. Load Date: 11.09.2024

Other Terms

*Pay, View, Print, Dispute your invoices in the MyFinance section of Https://www.maersk.com
*SmartPay (bank payment) and Credit Card (Visa & MasterCard) accepted in MyFinance
*Contact: MyFinance@Maersk.com for assistance
*Disputes can be emailed to disputes@maersk.com

*Electronic Payments:
Remittance Advice must be emailed to NAMFRCSVCACH@Maersk.com

*Check payments & remittance ONLY:
Any OBLS sent to one of the below addresses WILL NOT get processed

Overnight Mail Address: (FEDEX, UPS, DHL)                    Post Office Address:(USPS)
Maersk A/S                                                                                              Maersk A/S
Atlanta Lockbox (College Park/Southside)
Bank of America Lockbox Services                    P.O. Box 744448
Lockbox 744448                                                    Atlanta, GA 30384-4448
6000 Feldwood Road
College Park, GA 30349

| Service provider Maersk A/S Esplanaden 50 1263 Copenhagen K Denmark Commercial Register no.: 32345794 VAT number DK53139655 | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S Maersk Agency U.S.A., Inc. 9300 Arrowpoint Boulevard Charlotte NC 28273-8136 Our Contact : Enrique A Abejo Jr | USD Payments:Bank of America. Account No.:4426928403 SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 USD Payments:BANK OF AMERICA Account No.:4426928403 SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: 111000012 |
|---|---|---|

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| | |
|---|---|
| Page | 2 of 3 |
| Invoice Number | 7518269583 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE    7518269583 /20632199

PLEASE PAY WITHOUT DEDUCTION

Original Bills of Lading - ONLY:
Maersk A/S
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

For proper application of your payment, include a copy of your Maersk invoice(s) with your remittance & payment.

OSRA Requirements :
The applicable demurrage & detention rule on which the daily rate is based can be found in rule 8-1 of the Maersk tariff on maersk.com.
For questions about this invoice or to request the mitigation of these charges, please contact us by logging your dispute via MyFinance on maersk.com or by e-mailing disputes@maersk.com.
Requests for mitigation, refund or waiver must be submitted within 60 days of the invoice date and be accompanied by supporting evidence, a description of which can be found at the Maersk local country page: https://www.maersk.com/local-information/north-america/united-states-of- america . Carrier will work to resolve disputes within 30 days of receipt.

Based on the information available to Maersk as of the date of this invoice, these charges are consistent with Federal Maritime Commission rules with respect to detention and demurrage, including, but not limited to, this part and 46 CFR 545.5.
Based on the information available to Maersk as of the date of this invoice, Maersk's performance did not cause or contribute to the underlying invoiced charges.
You are receiving this invoice as:
(1) The person for whose account the billing party provided ocean transportation or storage of cargo and who contracted with the billing party for the ocean transportation or storage of cargo;  (2) The consignee; or (3) an agent of a party mentioned in (1) or (2).Please refer to the below additional notes for OSRA requirements
(A) Date that container is made available.- For Import Demurrage/ Detention, refer to Free Time Start Date. Not applicable for Export Demurrage/Detention
(B) For exported shipments, the earliest return date. Refer to free text in the Description section for Earliest Return Date
(C) The allowed free time in days. : Refer to Freetime Start and End dates or refer to free text in the Description section for allowed free time
(D) The applicable rate or rates per the applicable rule. : Refer to the breakdown of Rates in the Description section or refer to the free text
(E) The specific dates for which demurrage and/or detention is applied. Refer to the Fee Start & End Date. Please note days the terminal is closed are not included as chargeable days.
(F) Where service contracted demurrage or detention conditions apply, please refer to the service contract number on the invoice and the service contract terms within the service contract.

Inquiries for non-invoiced Demurrage and/or Detention:
Maersk Release Services Department
CA Customers: # 1-877-338-0165, Option 2, then Option 1
US Customers: # 1-800-321-8807, Option 5, then Option 1
View & pay your Import Demurrage charges & view tariff freetime information at www.maersk.com

Inquires for invoiced Demurrage and/or Detention:
Maersk Finance Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 3
Truckers: # 1-800-321-8807, Option 5, then Option 4
View & pay your Import Demurrage & Detention invoices at www.maersk.com/myfinance

Inquiries to Dispute an invoiced Demurrage and/or Detention:
Maersk Dispute Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 2
Raise & Manage your disputed invoices at www.maersk.com/myfinance

 Payment ref: by bank transfer, please include invoice no. 007518269583

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

## INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| | |
|---|---|
| Page | 3 of 3 |
| Invoice Number | 7518269583 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE      7518269583 /20632199

PLEASE PAY WITHOUT DEDUCTION

**Tax specification - only for tax reporting**

| Tax Specification | Invoice Currency(USD) | | Tax Reporting Currency | | | |
|---|---|---|---|---|---|---|
| Tax type/description | Base Amount | Tax Amount | Currency | Base Amount | Tax Amount | Total |
| DK 0% VAT/Export of services | 4,630.00 | 0.00 | DKK | 31,146.00 | 0.00 | 31,146.00 |
| **Total invoice net and tax amount** | | | Currency | Net Amount | Tax Amount | Total |
| | | | DKK | 31,146.00 | 0.00 | 31,146.00 |

*Above specify the tax (-es) applying on this invoice reported by Maersk.Tax across multiple countries can apply to the same supply.*

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/ | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | S | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC
11235 PHILADELPHIA ROAD
WHITE MARSH 21162 USA

**Federal ID no.:**

| Page | 1 of 3 |
|---|---|
| Invoice Number | 7518269588 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE        7518269588 /20632199

PLEASE PAY WITHOUT DEDUCTION

| Vessel/Voyage Direction | | | | Reference | |
|---|---|---|---|---|---|
| DALI/410W | | | | 236418148 | |
| Sailing Date | Mar 25, 2024 | Arrival Date | Apr 20, 2024 | | |
| Place of Receipt | Port of Loading | Port of Discharge | Place of Delivery | | |
| Norfolk,US | Norfolk,US | Jebel Ali,AE | Jebel Ali,AE | | |

Bill of Lading        236418148        Activity Location        USNFK

| Description of Charges | Container | Start Date | End Date | QTY | UOM | Rate | Currency | Taxtype/Rate/Tax clause | Tax Amount | Net Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| FREETIME | | 04. Aug. 2024 | 11. Aug. 2024 | 7 | | | | | | 0.00 |
| EXPORT DEMURRAGE | GCXU5566360 | 12. Aug. 2024 | 15. Aug. 2024 | 4 | DAY | 160.00 | USD | DK VAT 0% | 0.00 | 640.00 |
| EXPORT DEMURRAGE | GCXU5566360 | 16. Aug. 2024 | 20. Aug. 2024 | 5 | DAY | 210.00 | USD | DK VAT 0% | 0.00 | 1,050.00 |

| | | |
|---|---|---|
| **Total Net Amount** | **USD** | **1,690.00** |
| **Total Taxes (see tax specification)** | **USD** | **0.00** |
| **Total Payable Amount** | **USD** | **1,690.00** |

Rate Applicability Date        02. Oct. 2024

| No | Container No | Size/Hgt./Type | Service | ERD | Service Contract No. |
|---|---|---|---|---|---|
| 1 | GCXU5566360 | 40//DRY | | 11AUG2024 | TARIFF |

GCXU5566360: Rolled for next available vessel due to mandatory details missing. Load Date: 28.08.2024

Other Terms

*Pay, View, Print, Dispute your invoices in the MyFinance section of Https://www.maersk.com
*SmartPay (bank payment) and Credit Card (Visa & MasterCard) accepted in MyFinance
*Contact: MyFinance@Maersk.com for assistance
*Disputes can be emailed to disputes@maersk.com

*Electronic Payments:
Remittance Advice must be emailed to NAMFRCSVCACH@Maersk.com

*Check payments & remittance ONLY:
Any OBLS sent to one of the below addresses WILL NOT get processed

Overnight Mail Address: (FEDEX, UPS, DHL)                Post Office Address:(USPS)
Maersk A/S                                                                                        Maersk A/S
Atlanta Lockbox (College Park/Southside)                    P.O. Box 744448
Bank of America Lockbox Services                              Atlanta, GA 30384-4448
Lockbox 744448
6000 Feldwood Road
College Park, GA 30349

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| | |
|---|---|
| Page | 2 of 3 |
| Invoice Number | 7518269588 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE      7518269588 /20632199

PLEASE PAY WITHOUT DEDUCTION

Original Bills of Lading - ONLY:
Maersk A/S
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

For proper application of your payment, include a copy of your Maersk invoice(s) with your remittance & payment.

OSRA Requirements :
The applicable demurrage & detention rule on which the daily rate is based can be found in rule 8-1 of the Maersk tariff on maersk.com.
For questions about this invoice or to request the mitigation of these charges, please contact us by logging your dispute via MyFinance on maersk.com or by e-mailing disputes@maersk.com.
Requests for mitigation, refund or waiver must be submitted within 60 days of the invoice date and be accompanied by supporting evidence, a description of which can be found at the Maersk local country page: https://www.maersk.com/local-information/north-america/united-states-of- america . Carrier will work to resolve disputes within 30 days of receipt.

Based on the information available to Maersk as of the date of this invoice, these charges are consistent with Federal Maritime Commission rules with respect to detention and demurrage, including, but not limited to, this part and 46 CFR 545.5.
Based on the information available to Maersk as of the date of this invoice, Maersk's performance did not cause or contribute to the underlying invoiced charges.
You are receiving this invoice as:
(1) The person for whose account the billing party provided ocean transportation or storage of cargo and who contracted with the billing party for the ocean transportation or storage of cargo;  (2) The consignee; or (3) an agent of a party mentioned in (1) or (2).Please refer to the below additional notes for OSRA requirements
(A) Date that container is made available.- For Import Demurrage/ Detention, refer to Free Time Start Date. Not applicable for Export Demurrage/Detention
(B) For exported shipments, the earliest return date. Refer to free text in the Description section for Earliest Return Date
(C) The allowed free time in days. : Refer to Freetime Start and End dates or refer to free text in the Description section for allowed free time
(D) The applicable rate or rates per the applicable rule. : Refer to the breakdown of Rates in the Description section or refer to the free text
(E) The specific dates for which demurrage and/or detention is applied. Refer to the Fee Start & End Date. Please note days the terminal is closed are not included as chargeable days.
(F) Where service contracted demurrage or detention conditions apply, please refer to the service contract number on the invoice and the service contract terms within the service contract.

Inquiries for non-invoiced Demurrage and/or Detention:
Maersk Release Services Department
CA Customers: # 1-877-338-0165, Option 2, then Option 1
US Customers: # 1-800-321-8807, Option 5, then Option 1
View & pay your Import Demurrage charges & view tariff freetime information at www.maersk.com

Inquires for invoiced Demurrage and/or Detention:
Maersk Finance Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 3
Truckers: # 1-800-321-8807, Option 5, then Option 4
View & pay your Import Demurrage & Detention invoices at www.maersk.com/myfinance

Inquiries to Dispute an invoiced Demurrage and/or Detention:
Maersk Dispute Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 2
Raise & Manage your disputed invoices at www.maersk.com/myfinance

Payment ref: by bank transfer, please include invoice no. 007518269588

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| Page | 3 of 3 |
|---|---|
| Invoice Number | 7518269588 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE      7518269588  /20632199

PLEASE PAY WITHOUT DEDUCTION

**Tax specification - only for tax reporting**

| Tax Specification | Invoice Currency(USD) | | Tax Reporting Currency | | | |
|---|---|---|---|---|---|---|
| Tax type/description | Base Amount | Tax Amount | Currency | Base Amount | Tax Amount | Total |
| DK 0% VAT/Export of services | 1,690.00 | 0.00 | DKK | 11,368.63 | 0.00 | 11,368.63 |
| **Total invoice net and tax amount** | | | Currency | Net Amount | Tax Amount | Total |
| | | | DKK | 11,368.63 | 0.00 | 11,368.63 |

*Above specify the tax (-es) applying on this invoice reported by Maersk.Tax across multiple countries can apply to the same supply.*

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/ | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | S | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

INVOICE

**Customer**

OCEAN CARGO INC
11235 PHILADELPHIA ROAD
WHITE MARSH 21162 USA

**Federal ID no.:**

| Page | 1 of 3 |
|---|---|
| Invoice Number | 7518269591 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE      7518269591 /20632199

PLEASE PAY WITHOUT DEDUCTION

| Vessel/Voyage Direction | | | | Reference | |
|---|---|---|---|---|---|
| DALI/410W | | | | 236519129 | |
| Sailing Date | Mar 25, 2024 | Arrival Date | Apr 22, 2024 | | |
| Place of Receipt | Port of Loading | Port of Discharge | Place of Delivery | | |
| Norfolk,US | Norfolk,US | Jebel Ali,AE | Jebel Ali,AE | | |

Bill of Lading     236519129     Activity Location     USNFK

| Description of Charges | Container | Start Date | End Date | QTY | UOM | Rate | Currency | Taxtype/Rate/Tax clause | Tax Amount | Net Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| FREETIME | | 04. Aug. 2024 | 11. Aug. 2024 | 7 | | | | | | 0.00 |
| EXPORT DEMURRAGE | HASU4954786 | 12. Aug. 2024 | 15. Aug. 2024 | 4 | DAY | 160.00 | USD | DK VAT 0% | 0.00 | 640.00 |
| EXPORT DEMURRAGE | HASU4954786 | 16. Aug. 2024 | 05. Sep. 2024 | 21 | DAY | 210.00 | USD | DK VAT 0% | 0.00 | 4,410.00 |

| | | |
|---|---|---|
| **Total Net Amount** | **USD** | **5,050.00** |
| **Total Taxes (see tax specification)** | **USD** | **0.00** |
| **Total Payable Amount** | **USD** | **5,050.00** |

Rate Applicability Date     02. Oct. 2024

| No | Container No | Size/Hgt./Type | Service | ERD | Service Contract No. |
|---|---|---|---|---|---|
| 1 | HASU4954786 | 40//DRY | | 11AUG2024 | TARIFF |

HASU4954786: Rolled for next available vessel due to mandatory details missing. Load Date: 13.09.2024

Other Terms

*Pay, View, Print, Dispute your invoices in the MyFinance section of Https://www.maersk.com
*SmartPay (bank payment) and Credit Card (Visa & MasterCard) accepted in MyFinance
*Contact: MyFinance@Maersk.com for assistance
*Disputes can be emailed to disputes@maersk.com

*Electronic Payments:
Remittance Advice must be emailed to NAMFRCSVCACH@Maersk.com

*Check payments & remittance ONLY:
Any OBLS sent to one of the below addresses WILL NOT get processed

Overnight Mail Address: (FEDEX, UPS, DHL)                    Post Office Address:(USPS)
Maersk A/S                                                                                                      Maersk A/S
Atlanta Lockbox (College Park/Southside)                     P.O. Box 744448
Bank of America Lockbox Services                                 Atlanta, GA 30384-4448
Lockbox 744448
6000 Feldwood Road
College Park, GA 30349

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| | |
|---|---|
| Page | 2 of 3 |
| Invoice Number | 7518269591 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE      7518269591  /20632199

PLEASE PAY WITHOUT DEDUCTION

---

Original Bills of Lading - ONLY:
Maersk A/S
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

For proper application of your payment, include a copy of your Maersk invoice(s) with your remittance & payment.

OSRA Requirements :
The applicable demurrage & detention rule on which the daily rate is based can be found in rule 8-1 of the Maersk tariff on maersk.com.
For questions about this invoice or to request the mitigation of these charges, please contact us by logging your dispute via MyFinance on maersk.com or by e-mailing disputes@maersk.com.
Requests for mitigation, refund or waiver must be submitted within 60 days of the invoice date and be accompanied by supporting evidence, a description of which can be found at the Maersk local country page: https://www.maersk.com/local-information/north-america/united-states-of- america . Carrier will work to resolve disputes within 30 days of receipt.

Based on the information available to Maersk as of the date of this invoice, these charges are consistent with Federal Maritime Commission rules with respect to detention and demurrage, including, but not limited to, this part and 46 CFR 545.5.
Based on the information available to Maersk as of the date of this invoice, Maersk's performance did not cause or contribute to the underlying invoiced charges.
You are receiving this invoice as:
(1) The person for whose account the billing party provided ocean transportation or storage of cargo and who contracted with the billing party for the ocean transportation or storage of cargo;  (2) The consignee; or (3) an agent of a party mentioned in (1) or (2).Please refer to the below additional notes for OSRA requirements
(A) Date that container is made available.- For Import Demurrage/ Detention, refer to Free Time Start Date. Not applicable for Export Demurrage/Detention
(B) For exported shipments, the earliest return date. Refer to free text in the Description section for Earliest Return Date
(C) The allowed free time in days. : Refer to Freetime Start and End dates or refer to free text in the Description section for allowed free time
(D) The applicable rate or rates per the applicable rule. : Refer to the breakdown of Rates in the Description section or refer to the free text
(E) The specific dates for which demurrage and/or detention is applied. Refer to the Fee Start & End Date. Please note days the terminal is closed are not included as chargeable days.
(F) Where service contracted demurrage or detention conditions apply, please refer to the service contract number on the invoice and the service contract terms within the service contract.

Inquiries for non-invoiced Demurrage and/or Detention:
Maersk Release Services Department
CA Customers: # 1-877-338-0165, Option 2, then Option 1
US Customers: # 1-800-321-8807, Option 5, then Option 1
View & pay your Import Demurrage charges & view tariff freetime information at www.maersk.com

Inquires for invoiced Demurrage and/or Detention:
Maersk Finance Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 3
Truckers: # 1-800-321-8807, Option 5, then Option 4
View & pay your Import Demurrage & Detention invoices at www.maersk.com/myfinance

Inquiries to Dispute an invoiced Demurrage and/or Detention:
Maersk Dispute Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 2
Raise & Manage your disputed invoices at www.maersk.com/myfinance

 Payment ref: by bank transfer, please include invoice no. 007518269591

---

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

## INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

| | |
|---|---|
| Page | 3 of 3 |
| Invoice Number | 7518269591 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

**Federal ID no.:**

PAYMENT REFERENCE     7518269591 /20632199

PLEASE PAY WITHOUT DEDUCTION

| Tax specification - only for tax reporting | | | | | | |
|---|---|---|---|---|---|---|
| *Tax Specification* | *Invoice Currency(USD)* | | *Tax Reporting Currency* | | | |
| Tax type/description | Base Amount | Tax Amount | Currency | Base Amount | Tax Amount | Total |
| DK 0% VAT/Export of services | 5,050.00 | 0.00 | DKK | 33,971.34 | 0.00 | 33,971.34 |
| **Total invoice net and tax amount** | | | Currency | Net Amount | Tax Amount | Total |
| | | | DKK | 33,971.34 | 0.00 | 33,971.34 |

*Above specify the tax (-es) applying on this invoice reported by Maersk.Tax across multiple countries can apply to the same supply.*

| | | |
|---|---|---|
| Service provider<br>Maersk A/S<br>Esplanaden 50<br>1263 Copenhagen K<br>Denmark<br>Commercial Register no.: 32345794<br>VAT number DK53139655 | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S<br>Maersk Agency U.S.A., Inc.<br>9300 Arrowpoint Boulevard<br>Charlotte NC 28273-8136<br><br>Our Contact : Enrique A Abejo Jr | USD Payments:Bank of America. Account No.:4426928403<br>SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593<br>USD Payments:BANK OF AMERICA Account No.:4426928403<br>SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: 111000012 |

 **MAERSK**

INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| Page | 1 of 3 |
|---|---|
| Invoice Number | 7518269590 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE    7518269590 /20632199

PLEASE PAY WITHOUT DEDUCTION

| Vessel/Voyage Direction | | | | Reference | | |
|---|---|---|---|---|---|---|
| DALI/410W | | | | 236519097 | | |
| Sailing Date | Mar 25, 2024 | Arrival Date | Apr 22, 2024 | | | |
| Place of Receipt | Port of Loading | Port of Discharge | Place of Delivery | | | |
| Norfolk,US | Norfolk,US | Baltimore,US | Baltimore,US | | | |

Bill of Lading    236519097    Activity Location    USNFK

| Description of Charges | Container | Start Date | End Date | QTY | UOM | Rate | Currency | Taxtype/Rate/Tax clause | Tax Amount | Net Amount (USD) |
|---|---|---|---|---|---|---|---|---|---|---|
| FREETIME | | 04. Aug. 2024 | 11. Aug. 2024 | 7 | | | | | | 0.00 |
| EXPORT DEMURRAGE | MRKU4273861 | 12. Aug. 2024 | 15. Aug. 2024 | 4 | DAY | 160.00 | USD | DK VAT 0% | 0.00 | 640.00 |
| EXPORT DEMURRAGE | MRKU4273861 | 16. Aug. 2024 | 05. Sep. 2024 | 21 | DAY | 210.00 | USD | DK VAT 0% | 0.00 | 4,410.00 |

| | | |
|---|---|---|
| **Total Net Amount** | **USD** | **5,050.00** |
| **Total Taxes (see tax specification)** | **USD** | **0.00** |
| **Total Payable Amount** | **USD** | **5,050.00** |

Rate Applicability Date    02. Oct. 2024

| No | Container No | Size/Hgt./Type | Service | ERD | Service Contract No. |
|---|---|---|---|---|---|
| 1 | MRKU4273861 | 40//DRY | | 11AUG2024 | TARIFF |

MRKU4273861: Rolled for next available vessel due to mandatory details missing. Load Date: 13.09.2024

Other Terms

*Pay, View, Print, Dispute your invoices in the MyFinance section of Https://www.maersk.com
*SmartPay (bank payment) and Credit Card (Visa & MasterCard) accepted in MyFinance
*Contact: MyFinance@Maersk.com for assistance
*Disputes can be emailed to disputes@maersk.com

*Electronic Payments:
Remittance Advice must be emailed to NAMFRCSVCACH@Maersk.com

*Check payments & remittance ONLY:
Any OBLS sent to one of the below addresses WILL NOT get processed

Overnight Mail Address: (FEDEX, UPS, DHL)          Post Office Address:(USPS)
Maersk A/S                                                                                      Maersk A/S
Atlanta Lockbox (College Park/Southside)
Bank of America Lockbox Services                         P.O. Box 744448
Lockbox 744448                                                      Atlanta, GA 30384-4448
6000 Feldwood Road
College Park, GA 30349

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

## INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA


**Federal ID no.:**

| | |
|---|---|
| Page | 2 of 3 |
| Invoice Number | 7518269590 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE        7518269590 /20632199

PLEASE PAY WITHOUT DEDUCTION

---

Original Bills of Lading - ONLY:
Maersk A/S
Attention: Payment Services - 3rd Floor South
9300 Arrowpoint Blvd
Charlotte, NC 28273-8136

For proper application of your payment, include a copy of your Maersk invoice(s) with your remittance & payment.

OSRA Requirements :
The applicable demurrage & detention rule on which the daily rate is based can be found in rule 8-1 of the Maersk tariff on maersk.com.
For questions about this invoice or to request the mitigation of these charges, please contact us by logging your dispute via MyFinance on maersk.com or by e-mailing disputes@maersk.com.
Requests for mitigation, refund or waiver must be submitted within 60 days of the invoice date and be accompanied by supporting evidence, a description of which can be found at the Maersk local country page: https://www.maersk.com/local-information/north-america/united-states-of- america . Carrier will work to resolve disputes within 30 days of receipt.

Based on the information available to Maersk as of the date of this invoice, these charges are consistent with Federal Maritime Commission rules with respect to detention and demurrage, including, but not limited to, this part and 46 CFR 545.5.
Based on the information available to Maersk as of the date of this invoice, Maersk's performance did not cause or contribute to the underlying invoiced charges.
You are receiving this invoice as:
(1) The person for whose account the billing party provided ocean transportation or storage of cargo and who contracted with the billing party for the ocean transportation or storage of cargo;  (2) The consignee; or (3) an agent of a party mentioned in (1) or (2).Please refer to the below additional notes for OSRA requirements
(A) Date that container is made available.- For Import Demurrage/ Detention, refer to Free Time Start Date. Not applicable for Export Demurrage/Detention
(B) For exported shipments, the earliest return date. Refer to free text in the Description section for Earliest Return Date
(C) The allowed free time in days. : Refer to Freetime Start and End dates or refer to free text in the Description section for allowed free time
(D) The applicable rate or rates per the applicable rule. : Refer to the breakdown of Rates in the Description section or refer to the free text
(E) The specific dates for which demurrage and/or detention is applied. Refer to the Fee Start & End Date. Please note days the terminal is closed are not included as chargeable days.
(F) Where service contracted demurrage or detention conditions apply, please refer to the service contract number on the invoice and the service contract terms within the service contract.

Inquiries for non-invoiced Demurrage and/or Detention:
Maersk Release Services Department
CA Customers: # 1-877-338-0165, Option 2, then Option 1
US Customers: # 1-800-321-8807, Option 5, then Option 1
View & pay your Import Demurrage charges & view tariff freetime information at www.maersk.com

Inquires for invoiced Demurrage and/or Detention:
Maersk Finance Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 3
Truckers: # 1-800-321-8807, Option 5, then Option 4
View & pay your Import Demurrage & Detention invoices at www.maersk.com/myfinance

Inquiries to Dispute an invoiced Demurrage and/or Detention:
Maersk Dispute Department
CA/US Customers: #1-800-321-8807, Option 5, then Option 2
Raise & Manage your disputed invoices at www.maersk.com/myfinance


 Payment ref: by bank transfer, please include invoice no. 007518269590

---

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/S | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

 **MAERSK**

# INVOICE

**Customer**

OCEAN CARGO INC

11235 PHILADELPHIA ROAD

WHITE MARSH 21162 USA

**Federal ID no.:**

| Page | 3 of 3 |
|---|---|
| Invoice Number | 7518269590 |
| Customer Code | 20632199 |
| Invoice Date | Oct 2, 2024 |
| Due Date | Oct 2, 2024 |
| Payment Terms | Payable immediately |

PAYMENT REFERENCE     7518269590 /20632199

PLEASE PAY WITHOUT DEDUCTION

**Tax specification - only for tax reporting**

| Tax Specification | Invoice Currency(USD) | | Tax Reporting Currency | | | |
|---|---|---|---|---|---|---|
| Tax type/description | Base Amount | Tax Amount | Currency | Base Amount | Tax Amount | Total |
| DK 0% VAT/Export of services | 5,050.00 | 0.00 | DKK | 33,971.34 | 0.00 | 33,971.34 |
| **Total invoice net and tax amount** | | | Currency | Net Amount | Tax Amount | Total |
| | | | DKK | 33,971.34 | 0.00 | 33,971.34 |

*Above specify the tax (-es) applying on this invoice reported by Maersk.Tax across multiple countries can apply to the same supply.*

| Service provider | Maersk Agency U.S.A., Inc. as agent for carrier Maersk A/ | USD Payments:Bank of America. Account No.:4426928403 |
|---|---|---|
| Maersk A/S | S | SWIFT/BIC Code: BOFAUS3N Wire Only ABA: 026009593 |
| Esplanaden 50 | Maersk Agency U.S.A., Inc. | USD Payments:BANK OF AMERICA Account No.:4426928403 |
| 1263 Copenhagen K | 9300 Arrowpoint Boulevard | SWIFT/BIC Code: BOFAUS3NXXX ACH Only ABA: |
| Denmark | | 111000012 |
| Commercial Register no.: 32345794 | Charlotte NC 28273-8136 | |
| VAT number DK53139655 | | |
| | Our Contact : Enrique A Abejo Jr | |

# EXHIBIT D

Proof of Maersk demurrage payments / bank card receipts. Ordered by payment date and amount.

*Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants.*

Bank of America

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 10/24/2024 |
| **Amount:** | -1,690.00 |
| **Type:** | Virtual Card |
| **Description:** | MAERSK A/S 10/23 PURCHASE HTTPSWWW.MAER NJ DEBIT CARD *5443 |
| **Merchant category:** | Motor Freight Carriers, Trucking - Local/Long Distance, Moving and Storage Companies, Local Delivery |
| **Merchant name:** | MAERSK |
| **Merchant information:** | HTTPSWWW.MAER,NJ |
| **Online purchase:** | Y |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

If you need assistance, select the chat button

3
Chat

**Bank of America**                                                    **Online Banking**

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---:|---|
| **Post date:** | 11/13/2024 |
| **Amount:** | -4,630.00 |
| **Type:** | Virtual Card |
| **Description:** | MAERSK A/S 11/12 PURCHASE<br>MAERSK.COM/FI NJ DEBIT CARD *5443 |
| **Merchant category:** | Motor Freight Carriers, Trucking - Local/Long Distance, Moving and Storage Companies, Local Delivery |
| **Merchant name:** | MAERSK |
| **Merchant information:** | MAERSK.COM/FI,NJ |
| **Online purchase:** | Y |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

2

Chat

**Bank of America** 🇺🇸

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 01/10/2025 |
| **Amount:** | -5,050.00 |
| **Type:** | Virtual Card |
| **Description:** | MAERSK A/S 01/10 PURCHASE MAERSK.COM/FI NJ DEBIT CARD *5443 |
| **Merchant category:** | Motor Freight Carriers, Trucking - Local/Long Distance, Moving and Storage Companies, Local Delivery |
| **Merchant name:** | MAERSK |
| **Merchant information:** | MAERSK.COM/FI,NJ |
| **Online purchase:** | Y |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

2

Chat

**Bank of America** 🇺🇸                                    Online Banking

---

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

---

| | |
|---:|:---|
| **Post date:** | 01/10/2025 |
| **Amount:** | -5,050.00 |
| **Type:** | Virtual Card |
| **Description:** | MAERSK A/S 01/10 PURCHASE MAERSK.COM/FI NJ DEBIT CARD *5443 |
| **Merchant category:** | Motor Freight Carriers, Trucking - Local/Long Distance, Moving and Storage Companies, Local Delivery |
| **Merchant name:** | MAERSK |
| **Merchant information:** | MAERSK.COM/FI,NJ |
| **Online purchase:** | Y |
| **Transaction category:** | Business Expenses: Business Miscellaneous |

2
Chat

# EXHIBIT E

Trucking and rerouting invoices. Ordered chronologically by invoice date.

_____

*Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants.*

# INVOICE

## Ayyad LLC
d.b.a.
## 410 Transport

619 N. Fountain Green Rd.

Bel Air, MD 21015

Tel: (443) 622-4731   Fax: (410) 929-8313

email: ayyadllc@yahoo.com



| Invoice Date: | 4/12/2024 | Invoice # | 1092 |
|---|---|---|---|

| Customer Name: | Ocean Cargo Inc. | |
|---|---|---|
| Description | Container # | COST |
| Port of Baltimore | BMOU4828192 | 350.00 |
| Port of New Jersey | MSMU4400980 | 2450.00 |
| | TCNU7864577 | 2450.00 |
| | CARU9973190 | 2450.00 |
| | FSCU8846041 | 2450.00 |
| | MSMU8982528 | 2450.00 |
| | TGBU7816901 | 2450.00 |
| | CARU9904917 | 2450.00 |
| | FFAU2630681 | 2450.00 |
| | CAIU4909503 | 2450.00 |
| | DRYU9713561 | 2450.00 |
| | CXDU2156185 | 2450.00 |
| | BMOU5246935 | 2450.00 |
| | CIPU5168416 | 2450.00 |
| | EISU9375857 | 2450.00 |
| | EITU9263568 | 2450.00 |
| | EITU9263887 | 2450.00 |
| | EMCU8890783 | 2450.00 |
| | EMCU9931275 | 2450.00 |
| | FFAU2093319 | 2450.00 |
| | MAGU5376910 | 2450.00 |
| | TCLU8902822 | 2450.00 |
| | TGBU6280706 | 2450.00 |

| | TGBU6622331 | 2450.00 | |
| --- | --- | --- | --- |
| | | **$56,700.00** | **TOTAL** |

# INVOICE

## Ayyad LLC

d.b.a.

## 410 Transport

619 N. Fountain Green Rd.

Bel Air, MD 21015

Tel: (443) 622-4731   Fax: (410) 929-8313

email: ayyadllc@yahoo.com



| Invoice Date: | 4/26/2024 | Invoice # | 1095 |
|---|---|---|---|

| Customer Name: | Ocean Cargo Inc. | | |
|---|---|---|---|
| Description | Container # | COST | |
| **Port of New Jersey** | CAAU5347326 | 2450.00 | |
| | EGHU8297990 | 2450.00 | |
| | EGHU8410278 | 2450.00 | |
| | EGHU9670135 | 2450.00 | |
| | EITU1877364 | 2450.00 | |
| | EMCU1779510 | 2450.00 | |
| | EMCU8458070 | 2450.00 | |
| | EMCU8509075 | 2450.00 | |
| | TCNU2105834 | 2450.00 | |
| | TGBU5999233 | 2450.00 | |
| | TGBU6595597 | 2450.00 | |
| | TGHU8493077 | 2450.00 | |
| | TXGU5800555 | 2450.00 | |
| | | $31,850.00 | **TOTAL** |

# INVOICE

## Ayyad LLC
d.b.a.

## 410 Transport
619 N. Fountain Green Rd.

Bel Air, MD 21015

Tel: (443) 622-4731    Fax: (410) 929-8313

email: ayyadllc@yahoo.com



| Invoice Date: | 5/9/2024 | Invoice # | 1097 |
|---|---|---|---|

| Customer Name: | Ocean Cargo Inc. | |
|---|---|---|
| **Description** | **Container #** | **COST** |
| **Port of New Jersey** | MRSU3633035 | 2450.00 |
| | MRSU3758161 | 2450.00 |
| | MRSU3987424 | 2450.00 |
| | MRSU5112400 | 2450.00 |
| | MRSU5432620 | 2450.00 |
| | MRSU6380218 | 2450.00 |
| | MSCU5096207 | 2450.00 |
| | MSDU5191147 | 2450.00 |
| | MSKU4826320 | 2450.00 |
| | MSMU4167604 | 2450.00 |
| | MSMU4178126 | 2450.00 |
| | MSMU7401110 | 2450.00 |
| | MSMU8295558 | 2450.00 |
| | MSNU7497500 | 2450.00 |
| | TCKU7006608 | 2450.00 |
| | TCNU3586014 | 2450.00 |
| | TLLU8572415 | 2450.00 |
| | TRLU7634154 | 2450.00 |
| | $44,100.00 | **TOTAL** |



# Invoice

Nello Enterprise LLC
3649 Kirk Lane
Windsor Mill, MD  21244
443-844-3446 | info@nellotrucking.com

| Date | Invoice # |
|---|---|
| 05/10/2024 | SI508441 |

| Bill To |
|---|
| Ocean Cargo & Ocean Auto |
| 11237 Philadelphia Rd |
| White Marsh, MD 21162 |

| JO | Gate Out-In | In-Booking | Container | Description/Notes | Amt |
|---|---|---|---|---|---|
| NT424433 | 04/25/2024-05/02/2024 | EBKG08721355 | MEDU4427837 40' GP 9'6" | Line Haul=2450.00 | 2450.00 |
| NT501436 | 05/02/2024-05/03/2024 | EBKG08772119 | MSMU5565161 40' GP 9'6" | Line Haul=2450.00 | 2450.00 |
| NT501437 | 05/03/2024-05/06/2024 | EBKG08679827 | MSMU5510298 40' GP 9'6" | Line Haul=2450.00 | 2450.00 |
| NT503438 | 05/06/2024-05/07/2024 | EBKG08679834 | MSMU7088474 40' GP 9'6" | Line Haul=2450.00 | 2450.00 |
| NT506439 | 05/07/2024-05/09/2024 | EBKG08679832 | MSDU5945479 40' GP 9'6" | Line Haul=2450.00 | 2450.00 |

Terms and Conditions for Drayage:  Additional Costs that Exceed any Quote May Be Added to The Invoice Under the Certain Conditions:
*Any event that creates an unforseen cost and is not the sole responsibility of Nello Enterprise LLC may be invoiced.
*All containers are subject to inspection by US Customs. Any charges incurred due to delays/inspection by customs are a customer responsibility.
*All containers are allowed a given amount of free time before they must be returned to port.  Container detention charges caused by customer are a customer responsibility.
*Chassis Fees are billed for each day from day a container is pulled from port until the day it is returned
*Containers that must be help outside of port due to ship line receiving window changes are charged for yard storage
*Nello Enterprise LLC is not responsible for any changes implemented by the shipping lines.

| | Bank Details<br>Bank Name:  Wells Fargo<br>Account No. 1096560493<br>Routing No. 055003201 | **Balance Due:**    **$12,250.00** |
|---|---|---|
| | | Add $39.00 for all international wires |



# Invoice

Nello Enterprise LLC
3649 Kirk Lane
Windsor Mill, MD  21244
443-844-3446 | info@nellotrucking.com

| Date | Invoice # |
| --- | --- |
| 05/20/2024 | NT506440 |

| Bill To | Pickup/Return Dray Export | Load At |
| --- | --- | --- |
| Ocean Cargo & Ocean Auto<br>11237 Philadelphia Rd<br>White Marsh, MD 21162 | Maher Terminal<br>1210 Corbin St<br>Elizabeth, NJ 07201 | Ocean Cargo & Ocean Auto<br>11237 Philadelphia Rd<br>White Marsh, MD 21162 |

| Order # | Job Type | Booking # | Container # | Chassis | Pulled | Returned |
| --- | --- | --- | --- | --- | --- | --- |
| 14-M9 | Dray Export | EBKG08849774 | FSCU9612958 | | 05/08/2024 | 05/07/2024 |

| Quantity | Item Code | Description | Price Each | Amount |
| --- | --- | --- | --- | --- |
| 1.0 | Line Haul | New Jersey to White Marsh, MD 21162 and return | $2450.00 | $2450.00 |

Terms and Conditions for Drayage:  Additional Costs that Exceed any Quote May Be Added to The Invoice Under the Certain Conditions:
*Any event that creates an unforseen cost and is not the sole responsibility of Nello Enterprise LLC may be invoiced.
*All containers are subject to inspection by US Customs. Any charges incurred due to delays/inspection by customs are a customer responsibility.
*All containers are allowed a given amount of free time before they must be returned to port.  Container detention charges caused by customer are a customer responsibility.
*Chassis Fees are billed for each day from day a container is pulled from port until the day it is returned
*Containers that must be help outside of port due to ship line receiving window changes are charged for yard storage
*Nello Enterprise LLC is not responsible for any changes implemented by the shipping lines.

| | Bank Details<br>Bank Name:  Wells Fargo<br>Account No. 1096560493<br>Routing No. 055003201 | **Balance Due:** | $2450.00 |
| --- | --- | --- | --- |
| | | Add $39.00 for all international wires | |

# INVOICE

## Ayyad LLC

d.b.a.

## 410 Transport

619 N. Fountain Green Rd.

Bel Air, MD 21015

Tel: (443) 622-4731   Fax: (410) 929-8313

email: ayyadllc@yahoo.com



| Invoice Date: | 6/6/2024 | Invoice # | 1101 |
|---|---|---|---|

| Customer Name: | Ocean Cargo Inc. | |
|---|---|---|
| **Description** | **Container #** | **COST** |
| **Port of New Jersey** | TRHU8395610 | 2450.00 |
| | MSMU4882644 | 2450.00 |
| | BMOU5584758 | 2450.00 |
| | CAIU8849640 | 2450.00 |
| | CAIU9817307 | 2450.00 |
| | CIPU5040533 | 2450.00 |
| | DFSU6466514 | 2450.00 |
| | DFSU7633581 | 2450.00 |
| | FDCU0204597 | 2450.00 |
| | FFAU2527591 | 2450.00 |
| | FFAU3787588 | 2450.00 |
| | FSCU9814120 | 2450.00 |
| | GLDU7376747 | 2450.00 |
| | MEDU4940454 | 2450.00 |
| | MEDU7501408 | 2450.00 |
| | MEDU7892365 | 2450.00 |
| **Port of Baltimore** | MEDU8701150 | 350.00 |
| | MRSU3849929 | 350.00 |
| | MRSU4256527 | 350.00 |
| | MRSU4825238 | 350.00 |
| | MSDU5156613 | 350.00 |
| | MSDU5326860 | 350.00 |
| | MSDU5963997 | 350.00 |

| | | |
|---|---|---|
| | MSDU6154636 | **350.00** |
| | MSDU6400025 | **350.00** |
| | MSDU7361920 | **350.00** |
| | MSDU7655313 | **350.00** |
| | MSDU7695954 | **350.00** |
| | MSDU7919648 | **350.00** |
| | MSDU8404930 | **350.00** |
| | MSDU8619809 | **350.00** |
| | MSDU8658282 | **350.00** |
| | MSKU4814696 | **350.00** |
| | MSMU4434188 | **350.00** |
| | MSMU4704529 | **350.00** |
| | MSMU5162802 | **350.00** |
| | MSMU5391809 | **350.00** |
| | MSMU6547162 | **350.00** |
| | MSMU6619093 | **350.00** |
| | MSMU6735004 | **350.00** |
| | MSMU7484294 | **350.00** |
| | MSMU7558095 | **350.00** |
| | MSMU7647510 | **350.00** |
| | MSNU7058196 | **350.00** |
| | MSNU7448810 | **350.00** |
| | SEGU4719157 | **350.00** |
| | SEGU4753594 | **350.00** |
| | TCKU7190958 | **350.00** |
| | TCLU9802113 | **350.00** |
| | TCNU1366068 | **350.00** |
| | TCNU1607503 | **350.00** |
| | TCNU2916370 | **350.00** |
| | TCNU8738357 | **350.00** |
| | TGCU5114812 | **350.00** |
| | TGHU6486936 | **350.00** |
| | TLLU8610304 | **350.00** |
| | TRHU4243420 | **350.00** |
| | TRHU5723315 | **350.00** |
| | TRHU7116727 | **350.00** |

| | UESU4637741 | 350.00 | |
|---|---|---|---|
| | | $54,600.00 | TOTAL |

# EXHIBIT F

Operations expense summary for April through September 2024.

_Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants._

**Ocean Cargo Inc. Operations Expenses (April–September 2024) Impacted by Key Bridge Collapse**

1. April 2024

- Lease: $46,390.00
- Employees: $38,500.00
- Equipment: $21,650.00
- Maintenance: $2,500.00
- Traveling: $2,500.00
- Utility: $3,500.00
- Total: $115,040.00

2. May 2024

- Lease: $46,390.00
- Employees: $38,500.00
- Equipment: $21,650.00
- Maintenance: $2,500.00
- Traveling: $2,500.00
- Utility: $3,500.00
- Total: $115,040.00

3. June 2024

- Lease: $46,390.00
- Employees: $38,500.00
- Equipment: $21,650.00
- Maintenance: $2,500.00
- Traveling: $2,500.00
- Utility: $3,500.00
- Total: $115,040.00

4. July 2024

- Lease: $46,390.00

- Employees: $38,500.00

- Equipment: $21,650.00

- Maintenance: $2,500.00

- Traveling: $2,500.00

- Utility: $3,500.00

- Total: $115,040.00

5. August 2024

- Lease: $46,390.00

- Employees: $38,500.00

- Equipment: $21,650.00

- Maintenance: $2,500.00

- Traveling: $2,500.00

- Utility: $3,500.00

- Total: $115,040.00

6. September 2024

- Lease: $46,390.00

- Employees: $38,500.00

- Equipment: $21,650.00

- Maintenance: $2,500.00

- Traveling: $2,500.00

- Utility: $3,500.00

- Total: $115,040.00

Summary of Expenses (April – September 2024)

- Total Lease Costs: $278,340.00

- Total Employee Costs: $231,000.00

- Total Equipment Costs: $129,900.00

- Total Maintenance Costs: $15,000.00

- Total Traveling Costs: $15,000.00

- Total Utility Costs: $21,000.00

- Grand Total: $690,240.00

# EXHIBIT G

Rent / lease payment records. Ordered chronologically by rent month.

---

*Filed by Shabir Nabizadah and Mahdi Sultanzadah, Pro Se Claimants.*

**Bank of America**

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 05/10/2024 |
| **Amount:** | -46,390.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER OCEAN CARGO INC.:AG_TREP South River Confirmation# 1337867139 |
| **Merchant name:** | OCEAN CARGO INC.:AG_TREP SOUTH RIVER |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |

2

Chat

**Bank of America** | Online Banking

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 06/05/2024 |
| **Amount:** | -33,425.73 |
| **Type:** | Transfer |
| **Description:** | TRANSFER OCEAN CARGO INC.:AG_TREP South River Confirmation# 1562321820 |
| **Merchant name:** [?] | OCEAN CARGO INC.:AG_TREP SOUTH RIVER |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |

3

Chat

**Bank of America**

Online Banking

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---:|:---|
| **Post date:** | 06/12/2024 |
| **Amount:** | -46,390.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER OCEAN CARGO INC.:AG_TREP South River Confirmation# 1521368280 |
| **Merchant name:** | OCEAN CARGO INC.:AG_TREP SOUTH RIVER |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |

2

Chat

**Bank of America**     Online Banking

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

|  |  |
|---|---|
| **Post date:** | 07/11/2024 |
| **Amount:** | -46,390.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER OCEAN CARGO INC.:AG_TREP South River Confirmation# 0172823380 |
| **Merchant name:** | OCEAN CARGO INC.:AG_TREP SOUTH RIVER |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |

3
Chat

**Bank of America**  *Online Banking*

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---:|---|
| **Post date:** | 09/27/2024 |
| **Amount:** | -46,390.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER OCEAN CARGO INC.:AG_TREP South River Confirmation# 1345992473 |
| **Merchant name:** | OCEAN CARGO INC.:AG_TREP SOUTH RIVER |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |

3

Chat

**Bank of America** 🇺🇸

*Online Banking*

**B Ocean Cargo Inc 1806: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 10/10/2024 |
| **Amount:** | -46,390.00 |
| **Type:** | Transfer |
| **Description:** | TRANSFER OCEAN CARGO INC.:AG_TREP South River Confirmation# 0158515951 |
| **Merchant name:** ❓ | OCEAN CARGO INC.:AG_TREP SOUTH RIVER |
| **Merchant information:** | |
| **Transaction category:** | Uncategorized: Uncategorized |

3

Chat