

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NORTH JERSEY
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

*FIRM and AFFILIATE OFFICES*

ROBERT B. HOPKINS
DIRECT DIAL: +1 410 949 2937
PERSONAL FAX: +1 410 949 2976
*E-MAIL:* rbhopkins@duanemorris.com

*www.duanemorris.com*

May 1, 2026

*VIA CM/ECF*

The Honorable James K. Bredar
U.S. District Court for the District of Maryland
Edward A. Garmatz Federal Courthouse
101 West Lombard St.
Chambers 5A
Baltimore, Maryland 21201

> **Re:** ***In the Matter of the Petition of Grace Ocean Private Limited et al for Exoneration from or Limitation of Liability***, **Civil Case No. 1:24-cv-00941-JKB**

Dear Judge Bredar:

I am writing in regard to this Court's Order (ECF No. 438) requirement that "all counsel planning to participate in the trial" be present for the pretrial conference set for May 5th.  On Petitioners' side, we expect that the below counsel will be trial counsel for all or part of the trial:

William Bennett - Blank Rome
Tom Belknap - Blank Rome
Alan Weigel - Blank Rome
Neil McMillan - Blank Rome
Robert Hopkins - Duane Morris
Laurie Furshman - Duane Morris
Tristan Dietrick - Duane Morris

Mr. Bennett and Mr. Belknap of Blank Rome are attending the pretrial conference set for May 5, 2026. We respectfully request that both Mr. Weigel and Mr. McMillan of Blank Rome be excused from also attending the pretrial conference set for May 5. All other counsel identified above will be present.

DuaneMorris

May 1, 2026
Page 2

       Thank you in advance for your attention to this matter.

                           Respectfully submitted,

                           Robert B. Hopkins

RBH:reg
cc: All counsel of record (by ECF)