# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
# NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

## DECLARATION OF AJITH KUMAR

I, Ajith Kumar declare under penalty of perjury of the laws of the United States as follows:

1.      I am the Managing Director of Synergy Maine Pte Limited Singapore ("Synergy Marine").

2.      Following the allision, Synergy Marine decided to carry out an analysis of vibrations on DALI to understand the issues that had arisen during the course of the investigation into the cause of the loss of power.  The purpose of the testing was to determine whether there were any areas aboard the vessel where there were vibration issues that might need to be rectified, not in anticipation of litigation.

3.      When DALI left the United States, the hull and forward machinery were still in a damaged condition and had only received temporary repairs.  There was a concern that measurements made with those conditions would not be representative of the vessel's vibrations in an undamaged sailing condition.

4.  Accordingly, Synergy Marine engaged Técnicas y Servicios de Ingeniería, S.L. ("TSI") to carry out tests on DALI when it departed the shipyard following post-allision repairs. TSI regularly performs vibration and noise analysis for vessel operators.

5.  TSI's scope of work included measurements and assessment of vibration levels for the main engines, generator engines, shaft bearings, engine control room, transformers, various locations on the 3rd deck in the vicinity of the main and generator engines, and other locations of interest to be identified by the crew as problematic from the point of view of vibrations.

6.  TSI was not informed about any issues relating to this litigation and was not asked to do any work in connection with this litigation.

7.  TSI conducted tests aboard DALI between January 11 and 13, 2025, following completion of the shipyard repairs in China.

8.  During testing, representatives from ClassNK were present onboard. Synergy Marine's Technical Superintendent, Yogananth Palanichamy , also attended on board DALI during the TSI tests.

9.  The results of these measurements and tests were provided to Synergy Marine in TSI document TB-3689/24, dated February 2025.  This is the report that is the subject of the Claimants' objections.

10.  Synergy Marine relied on the report for the purpose of determining whether DALI needed additional repairs..

Executed on May 11, 2026, at Singapore.

_____
Ajith Kumar