# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as<br>Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of<br>Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## THE STATE OF MARYLAND'S RULE 26 EXPERT DISCLOSURES

The State of Maryland, by and through Anthony G. Brown, Attorney General of Maryland, on its own behalf and on behalf of all its agencies (the "State"), the Maryland Transportation Authority ("MDTA"), the Maryland Port Administration ("MPA"), and the Maryland Department of the Environment ("MDE") (collectively the "State Claimants"), hereby make the following expert witness disclosures in accordance with Rule 26 of the Federal Rules of Civil Procedure.[1]

   1. **RADM John Nadeau, USCG (Ret.)**, 533 Anchor Way, Kure Beach, NC 28449.

---

[1] Petitioners agreed to extend the deadline for the Claimants' expert disclosures by one day from October 13 to October 14.  October 13 was a federal holiday.

Admiral Nadeau is a retired U.S. Coast Guard officer who will offer the opinions set forth in his report relating to violations of both U.S. and international laws and regulations by the DALI and its owner and operator. A copy of his CV and testimony list are attached to his report. His hourly rate for this matter is $650.

2. **Captain Jeremy Ayling**, TMC (Marine Consultants) Ltd, 125 Old Broad St., London, EC2N 1AR, United Kingdom.

Captain Ayling is a Master Mariner who will offer the opinions set forth in his report, including but not limited to opinions relating to vessel management, ship handling, and compliance with industry standards and regulations. A copy of his CV and testimony list are attached to his report. His hourly rate for this matter is $300.

3. **Gary Rawlings**, TMC (Marine Consultants) Ltd, 125 Old Broad St., London, EC2N 1AR, United Kingdom.

Mr. Rawlings is a marine engineer who will offer the opinions set forth in his report, including but not limited to opinions relating to vessel management, vessel maintenance, operation of vessel equipment, and safety practices. A copy of his CV and testimony list are attached to his report. His hourly rate for this matter is $300.

4. **Lionel Fernandes**, TMC (Marine Consultants) Ltd, 125 Old Broad St., London, EC2N 1AR, United Kingdom.

Mr. Fernandes is a marine engineer who will offer the opinions set forth in his report, including but not limited to opinions relating to the operation of engine room and deck equipment, operation of the DALI's main engine, and defects with equipment onboard the DALI. A copy of his CV and testimony list are attached to his report. His hourly rate for this matter is $300.

5. **Harrison Cassidy**, TMC (Marine Consultants) Ltd, 125 Old Broad St., London, EC2N 1AR, United Kingdom.

   Mr. Cassidy is an Electro-Technical Officer and Electrical Superintendent who will offer the opinions set forth in his report, including but not limited to opinions relating to the operation of the DALI's electrical equipment. A copy of his CV and testimony list are attached to his report. His hourly rate for this matter is $300.

6. **Representatives of Maritime Institute of Technology and Graduate Studies ("MITAGS")**, 692 Maritime Boulevard, Linthicum Heights, MD 21090.

   One or more of the following representatives of MITAGS will testify regarding simulations performed of the DALI's allision with the Francis Scott Key Bridge as detailed in their report:

   a. Colleen Schaffer, P.E.
   b. Jeremiah Sheahen
   c. Joshua DuPay
   d. Captain Stephen Thalheimer
   e. Captain Richard Michael

The resumes of the MITAGS representatives are attached to their report. MITAGS's compensation for this matter is detailed in the report.

7. **Eric Winkel, Ph.D.**, Design Research and Engineering, 46475 DeSoto Court, Novi, MI 48377.

   Dr. Winkel is a forensic consultant and mechanical engineer. He will offer the opinions set forth in his reports relating to alarm and equipment logs and transcription of the DALI's VDR audio. A copy of his CV and testimony list are attached to his report. His hourly rate for this matter is $295.

8. **Matthew Schirmann, Ph.D., P.E.**, Design Research and Engineering, 46475 DeSoto Court, Novi, MI 48377.

   Dr. Schirmann is a project engineer, naval architect, and professional engineer. He will offer the opinions set forth in his report relating to the timeline of events onboard the DALI on March 25-26, 2024. A copy of his CV and list of trial testimony are attached to his report. His hourly rate is $305.

9. **David Eby, Ph.D., P.E.**, Design Research and Engineering, 46475 DeSoto Court, Novi, MI 48377.

   Dr. Eby is a senior engineering consultant and professional engineer. He will offer the opinions set forth in his report relating to metallurgy and vibration impacts onboard the vessel. A copy of his CV and list of trial testimony are attached to his report. His hourly rate is $305.

## **RESERVATION OF RIGHTS**

Without waiving any objections and in addition to the experts specifically identified herein, the State Claimants expressly reserve the right to: (a) rely upon, in whole or in part, the opinions, analyses, or reports of any expert witnesses designated or disclosed by any other party in this action; (b) elicit testimony at trial, by deposition, or at hearing from any such experts, including those designated by other parties, whether or not the State Claimants have separately retained or designated them; (c) call as witnesses at trial any experts identified by other parties who are available and competent to testify; (d) supplement or amend these disclosures as permitted under Federal Rule of Civil Procedure 26(e) or by order of the Court; and (e) issue rebuttal expert reports pursuant to the Court's Scheduling Order.

The State Claimants further reserve all rights to object to the admissibility, scope, or qualifications of any such expert or their testimony, and to cross-examine any expert witness designated by another party.

This reservation is made to the fullest extent permitted by Rule 26 and any applicable pretrial scheduling order and shall not be construed as an agreement that any other party's expert testimony is admissible or that the State Claimants adopt the opinions expressed therein.

5

RESPECTFULLY SUBMITTED,


Margaret Fonshell Ward (04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
(410) 584-2800

*/s/ David L. Reisman*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar # 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T: (504) 581-7979
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
(314) 952-4132

William J. Jackson*
Ivan Morales*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
imorales@kelleydrye.com

6

mpimienta@kelleydrye.com
(713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
**Attorneys for the State Claimants**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of October 2025, a copy of the foregoing

was served via email on lead counsel for Petitioners and each Claimant group.

/s/ David L. Reisman
David L. Reisman (La. Bar # 21833)

7