# EXHIBIT 2

Case 1:24-cv-00941-JKB   Document 744-2   Filed 05/11/26   Page 2 of 6

1

                IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
                       NORTHERN DIVISION
    _____
    In the Matter of the        )
    Petition of                 )
                                )
    GRACE OCEAN PRIVATE          )
    LIMITED, AS OWNER OF THE     )
    M/V DALI,                    )
                                ) Civ. No. 24-00941-JKB
              and               )
                                ) IN ADMIRALTY
    SYNERGY MARINE PTE LTD,      )
    AS MANAGER OF THE M/V DALI)
                                )
    for Exoneration from or      )
    Limitation of Liability     )
    _____


                    ORAL VIDEOTAPED DEPOSITION

                      ADMIRAL JOHN NADEAU

                        FEBRUARY 24, 2026


    ORAL VIDEOTAPED DEPOSITION OF ADMIRAL JOHN NADEAU, produced as a witness at the instance of Grace Ocean Private Ltd. and duly sworn, was taken in the above-styled and numbered cause on the 24th day of February, 2026, from 9:31 a.m. to 6:51 p.m., before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Duane Morris LLP, 1201 Mills Street, Suite 330, Baltimore, Baltimore County, Maryland, pursuant to the Federal Rules of Procedure.

April.

Q.  Of 20 --

A.  April/early May of 2024.

Q.  Okay.  And who retained you?  Who reached out to you?

A.  So my initial contact was with Jessie Shifalo with the firm that Mr. Reisman's with, reached out; and that's what I recall.  I'd seen her speak at an event, and she reached out saying, Would you be interested in meeting?

Q.  Okay.  And in your report you indicate that you were retained by the Office of Attorney General.  Did anybody from the Office of Attorney General reach out to you or was it just --

A.  No, no.

Q.  Okay.  And prior to this matter had you worked with Mr. Reisman's firm before?

A.  No.

Q.  Okay.  What is your understanding of what the role of an expert is?

A.  Expert is to help the adjudicator or the judge understand the facts in the case.

Q.  Okay.  Understand the facts of the

Case 1:24-cv-00941-JKB   Document 744-2   Filed 05/11/26   Page 4 of 6

case.  And render opinions?

A.  Yes.

Q.  Okay.  Render opinions on those facts?

A.  Yes, yes.

Q.  Okay.  And do you agree that an objective should be -- do you agree that an object -- an expert should be impartial?

A.  Yes.

Q.  And unbiased?

A.  Yes.

Q.  And do you agree that an expert should consider other reports issued by other experts whose reports address the same issues in that expert's report?

A.  Yes.

Q.  And do you agree that an expert -- as an expert, you should consider reports of investigations performed by manufacturers of equipment and other guidance produced by manufacturers at issue in a matter?

MR. REISMAN:  Object to form.

A.  Yes.

BY MR. REID:

Q.  Do you agree that as an expert, you

375

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

_____

In the Matter of the      )
Petition of               )
                          )
GRACE OCEAN PRIVATE       )
LIMITED, AS OWNER OF THE  )
M/V DALI,                 )
                          ) Civ. No. 24-00941-JKB
       and                )
                          ) IN ADMIRALTY
SYNERGY MARINE PTE LTD,   )
AS MANAGER OF THE M/V DALI)
                          )
for Exoneration from or   )
Limitation of Liability   )
_____


REPORTER'S CERTIFICATE

ORAL DEPOSITION OF ADMIRAL JOHN NADEAU

February 24, 2026


I, Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, ADMIRAL JOHN NADEAU, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

That the original deposition was delivered to Luke Reid.

That a copy of this certificate was served on all

376

parties and/or the witness shown herein

on _____.

I further certify that pursuant to FRCP Rule 30(f)(1), that the signature of the deponent:

____ was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor:

____was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this, the _____ day of _____, 2026.

_____
Melinda Barre
Texas CSR 2192
Expiration:  12/31/27