# EXHIBIT 6

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

_____
In the Matter of the          )
Petition of                   )
                              )
GRACE OCEAN PRIVATE           )
LIMITED, AS OWNER OF THE      )
M/V DALI,                     )
                              ) Civ. No. 24-00941-JKB
          and                 )
                              ) IN ADMIRALTY
SYNERGY MARINE PTE LTD,       )
AS MANAGER OF THE M/V DALI)
                              )
for Exoneration from or       )
Limitation of Liability       )
_____


ORAL VIDEOTAPED DEPOSITION

HARRISON CASSIDY

JANUARY 27, 2026


ORAL VIDEOTAPED DEPOSITION OF HARRISON CASSIDY, produced as a witness at the instance of Grace Ocean Private Ltd. and duly sworn, was taken in the above-styled and numbered cause on the 27th day of January, 2026, from 9:32 a.m. to 6:42 p.m., before Melinda Barre, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Duane Morris LLP, 1201 Mills Street, Suite 330, Baltimore, Baltimore County, Maryland, pursuant to the Federal Rules of Procedure.

167

BRITANNIA.

Q.    Was there a recurring problem with other equipment related to its ability to maintain propulsion?

A.    It's my recollection that there was issues with the alternators on the BRITANNIA, and it was an issue that I dealt with whilst I was working for Carnival.

Q.    And did it ever get resolved before you left?

A.    I don't believe that issue got resolved before I left, no.

Q.    What is your understanding as to what the role of an expert is?

A.    I think the role of an expert is to provide unbiased opinion on the facts put in front of them and to use a scientific method to analyze what is put in front of them to provide opinions.

Q.    Should an expert be impartial?

A.    Yes.  An expert should be impartial.

Q.    Should an expert be independent?

A.    Yes.  An expert should be independent.

Q.    In your work in this case did you

384

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION
_____
In the Matter of the          )
Petition of                   )
                              )
GRACE OCEAN PRIVATE           )
LIMITED, AS OWNER OF THE      )
M/V DALI,                     )
                              )  Civ. No. 24-00941-JKB
         and                  )
                              )  IN ADMIRALTY
SYNERGY MARINE PTE LTD,       )
AS MANAGER OF THE M/V DALI)
                              )
for Exoneration from or       )
Limitation of Liability       )
_____


                REPORTER'S CERTIFICATE

        ORAL DEPOSITION OF HARRISON CASSIDY

                   January 27, 2026


     I, Melinda Barre, Certified Shorthand Reporter in

and for the State of Texas, hereby certify to the

following:

     That the witness, HARRISON CASSIDY, was duly sworn

by the officer and that the transcript of the oral

deposition is a true record of the testimony given by

the witness;

     That the original deposition was delivered to

William R. Bennett.

     That a copy of this certificate was served on all

Harrison Cassidy - January 27, 2026

385

parties and/or the witness shown herein on _____.

I further certify that pursuant to FRCP Rule 30(f)(1), that the signature of the deponent:

_____ was requested by the deponent or a party before the completion of the deposition and that the signature is to be before any notary public and returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor:

_____was not requested by the deponent or a party before the completion of the deposition.

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me on this, the _____ day of _____, 2026.

_____
Melinda Barre
Texas CSR 2192
Expiration:  12/31/27