**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

**ORDER**

Upon consideration of Claimants' Motion *In Limine* for the Admission of Certain Expert Witness Testimony via Video Deposition at Trial, and any opposition and/or reply thereto, it is hereby **ORDERED** that the Motion is **GRANTED.**

Dated this _____ day of May, 2026

BY THE COURT:

_____
The Honorable Jame K. Bredar
United States District Court

cc:     All counsel and parties of record