**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

**JOINT PRETRIAL ORDER: EXHIBITS AND**
**DEPOSITION DESIGNATIONS SUPPLEMENT**

Petitioners and Claimants (hereinafter the "Parties"), by their undersigned counsel and pursuant to Local Rule 106 of the Rules of the United States District Court for the District of Maryland, hereby submit the Parties' Joint Pretrial Order.

**VIII.  EXHIBIT LIST**

Local Rule 106.2(h): *A listing of each document or other exhibit, including summaries of other evidence, other than those expected to be used solely for impeachment, separately identifying those which each party expects to offer and those which each party may offer if the need arises. The listing shall indicate which exhibits the parties agree may be offered in evidence without the usual authentication. This requirement may be met by attaching an exhibit list to the pretrial order.*

Claimants' Exhibit List is attached as Exhibit G.

Petitioners' Exhibit List is attached as Exhibit H.

The parties have agreed they will identify to each other any objections to designated exhibits by May 18, 2026 and will meet and confer by May 22, 2026 to attempt to resolve such objections. To the extent there are any unresolved objections to specific exhibits, the parties will promptly thereafter identify them to the Court so that they can be resolved before or during trial. The parties

1

are also continuing to develop a Joint Exhibit List and will provide that to the Court in advance of trial.

## XI.    DEPOSITION DESIGNATIONS

Local Rule 106.2(k): *A list of the pages and/or lines of any portion of a deposition to be offered in a party's case in chief or any counter-designations under Fed. R. Civ. P. 32(a)(4).*

The parties' deposition designations are attached.

Respectfully submitted this 11th day of May, 2026.

s/ *Daniel O. Rose*
Daniel O. Rose
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017
drose@kreindler.com
Telephone: (212) 973-3414
***Lead Counsel for Personal Injury and Wrongful Death Claimants***

s/ *Adam J. Levitt*
Adam J. Levitt
Diandra "Fu" Debrosse
Daniel Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
Telephone: (312) 214-7900
***Lead Counsel for Local Government Claimants***

s/ *Todd D. Lochner*
Todd D. Lochner
LOCHNER LAW FIRM, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
Telephone: (443) 716-4400
***Lead Counsel for Private Economic Loss Claimants***

s/ *Terry L. Goddard, Jr.*
Terry L. Goddard, Jr.
SKEEN & KAUFFMAN LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
tgoddard@skaufflaw.com
Telephone: (410) 625-2272
Facsimile: (443) 817-0744
***Lead Counsel for Cargo Claimants***

/s/ *Andrew J. Connolly*
Andrew J. Connolly (Bar No. 20882)
Colin E. Burgess, Esquire (Bar No. 20665)
POST & SCHELL, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103
Tel.: 215-587-1000
aconnolly@postschell.com
cburgess@postschell.com
***Counsel for Claimant Brawner Builders, Inc.***

s/ *Robert B. Hopkins*
Robert B. Hopkins (Bar No. 06017)
Laurie G. Furshman (Bar No. 29604)
Tristan A. Dietrick (Bar No. 31238)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
T: (410) 949-2900
RBHopkins@duanemorris.com
LGFurshman@duanemorris.com
TDietrick@duanemorris.com

Luke M. Reid (Bar No. 31228)
William R. Bennett III*
Thomas H. Belknap, Jr.*
Alan Weigel*
Neil P. McMillan*
Noe S. Hamra*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5000
William.Bennett@blankrome.com

3

Thomas.Belknap@blankrome.com
Alan.Weigel@blankrome.com
Neil.McMillan@blankrome.com
Noe.Hamra@blankrome.com

Kierstan L. Carlson*
Emma C. Jones*
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
T: (202) 420-2200
Kierstan.Carlson@blankrome.com
Emma.Jones@blankrome.com

*Admitted *Pro Hac Vice*

**Counsel for Petitioners, Grace Ocean Private Limited
and Synergy Marine Pte Ltd.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of May 2026, a copy of the foregoing Joint Pre-Trial Order was served via the court's CM/ECF system on all counsel of record and on the Court via MDD_JKBChambers@mdd.uscourts.gov.

/s/ Kevin Mahoney
Kevin Mahoney