| Deenadayalan, Karthikeyan Deposition Designations | | | | |
|---|---|---|---|---|
| Claimants' Designation Begins | Claimants' DesignationEnds | Petitioners' Designation Begins | Petitioners' Designation Ends | Claimants' Counter Designations |
| 16:9 | 16:17 | N/A | N/A | N/A |
| 23:11 | 24:2 | | | |
| 25:4 | 25:9 | | | |
| 26:4 | 31:8 | | | |
| 31:11 | 31:16 | | | |
| 31:19 | 31:20 | | | |
| 34:6 | 34:19 | | | |
| 35:1 | 35:5 | | | |
| 35:21 | 38:7 | | | |
| 38:10 | 39:16 | | | |
| 39:19 | 43:1 | | | |
| 44:17 | 45:14 | | | |
| 46:7 | 51:13 | | | |
| 52:1 | 58:21 | | | |
| 63:21 | 64:8 | | | |
| 64:19 | 66:5 | | | |
| 66:8 | 66:9 | | | |
| 66:21 | 67:5 | | | |
| 67:14 | 68:1 | | | |
| 68:6 | 68:16 | | | |
| 71:6 | 71:20 | | | |
| 72:13 | 72:19 | | | |
| 73:10 | 74:1 | | | |

1

| | | | | |
|---|---|---|---|---|
| 75:14 | 75:21 | | | |
| 78:4 | 78:15 | | | |
| 78:18 | 79:13 | | | |
| 79:16 | 79:17 | | | |
| 80:16 | 81:2 | | | |
| 81:5 | 81:6 | | | |
| 82:20 | 83:5 | | | |
| 87:1 | 87:10 | | | |
| 87:13 | 88:6 | | | |
| 88:12 | 88:14 | | | |
| 88:17 | 88:18 | | | |
| 88:20 | 89:16 | | | |
| 89:19 | 89:20 | | | |
| 90:1 | 90:5 | | | |
| 90:8 | 90:9 | | | |
| 91:2 | 91:7 | | | |
| 91:10 | 92:10 | | | |
| 92:21 | 93:14 | | | |
| 93:17 | 93:18 | | | |
| 93:20 | 94:19 | | | |
| 95:7 | 96:6 | | | |
| 96:9 | 96:10 | | | |
| 96:12 | 96:17 | | | |
| 96:20 | 96:21 | | | |
| 97:2 | 97:16 | | | |
| 97:19 | 97:20 | | | |
| 103:8 | 103:19 | | | |
| 104:2 | 104:7 | | | |
| 104:9 | 104:18 | | | |
| 109:7 | 109:18 | | | |
| 110:15 | 111:5 | | | |
| 113:4 | 113:7 | | | |
| 113:10 | 113:11 | | | |
| 113:13 | 113:19 | | | |
| 119:13 | 120:2 | | | |

| | | | | |
|---|---|---|---|---|
| 120:5 | 120:6 | | | |
| 130:3 | 130:7 | | | |
| 130:10 | 130:11 | | | |
| 131:1 | 131:7 | | | |
| 131:10 | 131:11 | | | |
| 131:13 | 131:20 | | | |
| 137:18 | 139:13 | | | |
| 140:4 | 104:8 | | | |
| 140:15 | 141:14 | | | |
| 142:19 | 143:5 | | | |
| 144:13 | 144:20 | | | |
| 145:2 | 145:3 | | | |
| 145:5 | 145:9 | | | |
| 145:12 | 146:7 | | | |
| 146:14 | 146:17 | | | |
| 146:20 | 146:21 | | | |
| 147:17 | 148:7 | | | |
| 148:20 | 150:3 | | | |
| 151:12 | 151:17 | | | |
| 151:20 | 151:21 | | | |
| 152:9 | 152:14 | | | |
| 152:17 | 152:18 | | | |
| 152:20 | 153:4 | | | |
| 153:12 | 153:16 | | | |
| 153:19 | 153:20 | | | |
| 154:3 | 154:9 | | | |
| 163:14 | 163:15 | | | |
| 163:16 | 165:2 | | | |
| 165:5 | 165:6 | | | |
| 165:8 | 165:14 | | | |
| 165:17 | 165:18 | | | |
| 165:20 | 166:5 | | | |
| 166:8 | 166:9 | | | |
| 166:11 | 166:15 | | | |
| 166:18 | 166:19 | | | |

| 168:2 | 168:15 | | | |
|---|---|---|---|---|
| 169:4 | 171:2 | | | |
| 172:18 | 176:16 | | | |
| 176:18 | 176:19 | | | |
| 178:7 | 178:9 | | | |
| 178:20 | 180:16 | | | |
| 180:19 | 181:15 | | | |
| 181:18 | 181:19 | | | |
| 182:5 | 182:7 | | | |
| 182:10 | 182:19 | | | |
| 183:17 | 185:9 | | | |
| 186:19 | 187:1 | | | |
| 187:4 | 187:11 | | | |
| 187:14 | 188:1 | | | |
| 188:6 | 189:2 | | | |
| 189:5 | 189:10 | | | |
| 189:13 | 190:7 | | | |
| 190:10 | 190:17 | | | |
| 190:20 | 191:13 | | | |
| 191:16 | 192:1 | | | |
| 192:4 | 192:12 | | | |
| 192:15 | 192:16 | | | |
| 194:1 | 195:2 | | | |
| 195:5 | 196:2 | | | |
| 196:5 | 196:12 | | | |
| 196:15 | 197:3 | | | |
| 197:6 | 197:7 | | | |
| 197:17 | 198:1 | | | |
| 198:4 | 198:5 | | | |
| 200:15 | 201:1 | | | |
| 202:6 | 202:10 | | | |
| 202:13 | 202:14 | | | |
| 203:3 | 203:6 | | | |
| 203:9 | 204:8 | | | |
| 207:18 | 207:20 | | | |

| | | | | |
|---|---|---|---|---|
| 208:3 | 208:15 | | | |
| 213:16 | 215:3 | | | |
| 215:12 | 215:21 | | | |
| 216:20 | 217:6 | | | |
| 218:13 | 218:16 | | | |
| 218:19 | 219:3 | | | |
| 219:6 | 219:13 | | | |
| 223:2 | 223:5 | | | |
| 223:8 | 223:14 | | | |
| 223:18 | 223:19 | | | |
| 224:1 | 225:3 | | | |
| 225:6 | 226:1 | | | |
| 226:7 | 226:11 | | | |
| 226:16 | 226:20 | | | |
| 227:7 | 227:10 | | | |
| 227:13 | 227:14 | | | |
| 228:6 | 228:9 | | | |
| 228:12 | 228:13 | | | |
| 229:3 | 229:9 | | | |
| 229:19 | 230:4 | | | |
| 231:5 | 231:9 | | | |
| 231:19 | 233:9 | | | |
| 233:12 | 233:13 | | | |
| 233:21 | 234:3 | | | |
| 234:7 | 234:21 | | | |
| 235:9 | 236:11 | | | |
| 236:14 | 238:9 | | | |
| 238:12 | 240:9 | | | |
| 240:12 | 241:9 | | | |
| 241:12 | 242:13 | | | |
| 243:16 | 243:6 | | | |
| 243:9 | 244:4 | | | |
| 244:7 | 244:8 | | | |
| 248:6 | 248:19 | | | |
| 249:1 | 249:7 | | | |

| | | | | |
|---|---|---|---|---|
| 249:10 | 249:11 | | | |
| 253:3 | 253:14 | | | |
| 255:2 | 255:21 | | | |
| 256:3 | 256:4 | | | |
| 256:7 | 256:15 | | | |
| 257:15 | 258:1 | | | |
| 260:11 | 260:14 | | | |
| 260:17 | 261:18 | | | |
| 261:21 | 262:1 | | | |
| 262:8 | 262:14 | | | |
| 264:5 | 264:7 | | | |
| 264:10 | 264:18 | | | |
| 264:21 | 265:1 | | | |