| ADMIRAL JOHN NADEAU (EXPERT) | | | | |
|---|---|---|---|---|
| Claimants' Designation Begins | Claimants' DesignationEnds | Petitioners' Designation Begins | Petitioners' Designation Ends | Claimants' Counter Designations |
| 10:14 | 10:18 | Pg 14 Ln 4 | Ln 20 | |
| 11:2 | 11:5 | Pg 41 Ln 13 | Ln 21 | |
| 12:6 | 12:16 | Pg 43 Ln 9 | Ln 20 | |
| 14:21 | 15:11 | Pg 57 Ln 5 | Ln 13 | 57:14-21 |
| 16:10 | 16:21 | Pg 102 Ln 20 | Pg 103 Ln 12 | |
| 17:7 | 17:14 | Pg 107 Ln 14 | Ln 21 | |
| 20:5 | 20:22 | Pg 113 Ln 22 | Pg 114 Ln 2 | |
| 25:13 | 25:18 | Pg 119 Ln 15 | Pg 120 Ln 25 | 121:1–8 |
| 38:6 | 36:23 | Pg 122 Ln 12 | Pg 123 Ln 11 | |
| 41:22 | 43:8 | Pg 124 Ln 12 | Ln 16 | |
| 46:17 | 47:5 | Pg 131 Ln 21 | Pg 132 Ln 9 | 131:13–20 |
| 47:12 | 48:3 | Pg 138 Ln 9 | Ln 14 | 138:20–25 |
| 48:15 | 49:20 | Pg 139 Ln 2 | Ln 13 | |
| 49:24 | 50:11 | Pg 140 Ln 13 | Pg 141 Ln 9 | |
| 50:19 | 51:1 | Pg 142 Ln 6 | Pg 143 Ln 18 | |
| 51:10 | 51:21 | Pg 148 Ln 3 | Ln 19 | 147:20 – 148:2 |
| 52:5 | 52:22 | Pg 152 Ln 18 | Ln 20 | 152:21 – 153:12 |
| 54:2 | 54:9 | Pg 153 Ln 13 | Ln 18 | |
| 54:25 | 56:7 | Pg 153 Ln 19 | Pg 154 Ln 9 | |
| 60:17 | 62:10 | Pg 156 Ln 19 | Pg 157 Ln 9 | 157:10 – 158:3 |
| 62:19 | 64:21 | Pg 158 Ln 4 | Ln 24 | |
| 65:20 | 66:19 | Pg 158 Ln 25 | Pg 160 Ln 10 | 160:11–18 |
| 67:1 | 67:25 | Pg 164 Ln 22 | Pg 165 Ln 9 | |
| 68:7 | 68:23 | Pg 165 Ln 19 | Pg 167 Ln 16 | |
| 70:2 | 70:5 | Pg 170 Ln 19 | Pg 171 Ln 1 | |

1

| 70:19 | 71:9 | Pg 180 Ln 21 | Pg 182 Ln 12 | |
|---|---|---|---|---|
| 71:14 | 72:23 | Pg 182 Ln 13 | Pg 184 Ln 23 | |
| 73:21 | 73:22 | Pg 184 Ln 25 | Pg 185 Ln 24 | |
| 74:7 | 75:8 | Pg 193 Ln 9 | Pg 194 Ln 24 | |
| 75:12 | 77:17 | Pg 195 Ln 18 | Ln 22 | |
| 78:5 | 79:3 | Pg 198 Ln 6 | Ln 11 | |
| 80:23 | 81:17 | Pg 199 Ln 4 | Ln 24 | |
| 82:14 | 83:21 | Pg 200 Ln 5 | Ln 9 | |
| 84:3 | 84:7 | Pg 200 Ln 13 | Pg 203 Ln 14 | |
| 84:12 | 84:15 | Pg 203 Ln 24 | Pg 205 Ln 2 | |
| 84:21 | 85:5 | Pg 207 Ln 2 | Ln 19 | |
| 85:9 | 85:14 | Pg 208 Ln 23 | Pg 210 Ln 23 | 210:24 – 211:6 |
| 87:19 | 90:4 | Pg 214 Ln 8 | Pg 215 Ln 18 | |
| 94:13 | 95:6 | Pg 219 Ln 6 | Ln 19 | |
| 97:7 | 97:19 | Pg 220 Ln 10 | Ln 15 | |
| 100:15 | 101:12 | Pg 221 Ln 2 | Ln 8 | |
| 105:16 | 106:19 | Pg 224 Ln 2 | | |
| 107:22 | 109:17 | Pg 227 Ln 23 | Pg 228 Ln 4 | |
| 112:17 | 113:21 | Pg 228 Ln 8 | Ln 12 | |
| 115:1 | 116:3 | Pg 228 Ln 19 | Pg 229 Ln 1 | |
| 116:16 | 118:18 | Pg 231 Ln 5 | Ln 24 | |
| 119:4 | 119:10 | Pg 232 Ln 1 | Pg 233 Ln 1 | |
| 124:17 | 124:25 | Pg 234 Ln 10 | Ln 22 | 234:23 – 235:5 |
| 125:7 | 126:12 | Pg 240 Ln 12 | Pg 241 Ln 4 | |
| 126:20 | 127:21 | Pg 242 Ln 11 | Pg 243 Ln 5 | |
| 129:2 | 129:18 | Pg 247 Ln 7 | Pg 248 Ln 23 | |
| 129:25 | 131:20 | Pg 251 Ln 11 | Pg 252 Ln 25 | |
| 132:18 | 133:2 | Pg 253 Ln 11 | Ln 15 | |
| 134:4 | 135:1 | Pg 255 Ln 9 | Ln 14 | |
| 137:11 | 138:8 | Pg 257 Ln 12 | Pg 258 Ln 6 | |

| | | | | |
|---|---|---|---|---|
| 138:15 | 138:25 | Pg 258 Ln 14 | Pg 260 Ln 2 | |
| 139:15 | 140:12 | Pg 268 Ln 12 | Pg 269 Ln 15 | |
| 144:6 | 145:9 | Pg 271 Ln 13 | Pg 272 Ln 9 | |
| 146:5 | 148:2 | Pg 274 Ln 3 | Ln 24 | |
| 149:1 | 151:5 | Pg 274 Ln 25 | Pg 276 Ln 11 | |
| 152:10 | 152:17 | Pg 278 Ln 20 | Pg 279 Ln 12 | |
| 152:21 | 153:11 | Pg 280 Ln 1 | Pg 283 Ln 12 | |
| 155:4 | 156:4 | Pg 288 Ln 5 | Pg 289 Ln 6 | |
| 156:14 | 156:18 | Pg 292 Ln 16 | Pg 293 Ln 1 | |
| 157:10 | 158:2 | Pg 299 Ln 1 | Ln 10 | |
| 160:11 | 162:13 | Pg 299 Ln 11 | Pg 301 Ln 1 | |
| 163:2 | 163:19 | Pg 311 Ln 3 | Pg 312 Ln 15 | |
| 163:23 | 164:21 | Pg 312 Ln 16 | Pg 314 Ln 8 | |
| 165:11 | 165:17 | Pg 315 Ln 14 | Pg 316 Ln 13 | |
| 168:13 | 170:18 | Pg 316 Ln 21 | Pg 317 Ln 10 | |
| 176: 7 | 177:24 | Pg 317 Ln 15 | Pg 321 Ln 2 | |
| 178:6 | 179:8 | Pg 321 Ln 3 | Pg 323 Ln 24 | |
| 179:21 | 180:20 | Pg 328 Ln 17 | Ln 25 | |
| 185:25 | 186:12 | Pg 329 Ln 1 | Ln 25 | |
| 190:3 | 191:20 | Pg 330 Ln 1 | Ln 25 | |
| 192:5 | 192:13 | Pg 331 Ln 1 | Ln 25 | |
| 193:3 | 193:8 | Pg 332 Ln 1 | Ln 25 | |
| 203:5 | 203:12 | Pg 333 Ln 1 | Ln 25 | 334:1–24 |
| 2015:11 | 206:16 | Pg 334 Ln 25 | Pg 337 Ln 12 | |
| 210:24 | 212:9 | Pg 337 Ln 16 | Pg 338 Ln 18 | |
| 213:2 | 213:12 | Pg 339 Ln 4 | Ln 17 | |
| 213:17 | 213:22 | Pg 339 Ln 21 | Pg 341 Ln 23 | |
| 215:3 | 215:18 | Pg 342 Ln 1 | Pg 343 Ln 5 | |
| 216:4 | 217:15 | Pg 343 Ln 8 | Ln 9 | |
| 217:23 | 219:4 | Pg 343 Ln 11 | Pg 345 Ln 19 | |

| | | | | |
|---|---|---|---|---|
| 219:20 | 220:5 | Pg 346 Ln 15 | Pg 348 Ln 3 | |
| 225:23 | 227:22 | Pg 350 Ln 3 | Ln 8 | 350:9–16 |
| 229:5 | 229:19 | Pg 351 Ln 5 | Ln 8 | |
| 230:1 | 230:23 | Pg 366 Ln 19 | Ln 20 | |
| 233:2 | 234:8 | | | |
| 234:23 | 236:8 | | | |
| 237:17 | 239:16 | | | |
| 241:6 | 242:10 | | | |
| 243:6 | 245:1 | | | |
| 253:17 | 254:11 | | | |
| 256:1 | 257:11 | | | |
| 260:7 | 262:6 | | | |
| 262:23 | 263:19 | | | |
| 264:13 | 267:1 | | | |
| 269:16 | 270:1 | | | |
| 272:10 | 272:20 | | | |
| 283:13 | 286:7 | | | |
| 292:4 | 292:15 | | | |
| 293:2 | 296:25 | | | |
| 298:1 | 298:25 | | | |
| 303:2 | 305:14 | | | |
| 306:25 | 307:14 | | | |
| 307:24 | 310:15 | | | |
| 323:25 | 326:21 | | | |
| 327:1 | 327:18 | | | |
| 353:8 | 356:19 | | | |
| 356:23 | 359:4 | | | |