**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * | **Civ. No. 24-0941-JKB** |
| | * | *IN ADMIRALTY* |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

<u>**ORDER**</u>

On May 18, 2026, Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd. filed a Motion to Stay Civil Proceedings.  (ECF No. 755.)  That Motion will be heard on May 20, 2026 at 2:00 p.m., before any commencement of a second pretrial conference otherwise scheduled for that time.

Although this Motion was filed in the above-referenced case, it has implications in a pending and related criminal case, JKB-26-0118.  Thus, the Court has docketed a corresponding order in the criminal case directing the Government to attend and potentially participate in the motions hearing.  The Court also directed Defendant Synergy Marine Private Ltd. to have counsel present who is authorized to represent and speak for that Defendant's scheduling interests in the criminal case.  SO ORDERED.


DATED this  <u>18th</u>  day of May, 2026.

BY THE COURT:

/s/ **JAMES K. BREDAR**
_____

James K. Bredar
United States District Judge