**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

## JOINT SUBMISSION OF EXHIBIT LIST

Petitioners and Claimants respectfully submit the final Exhibit List in this matter pursuant to the Court's May 12, 2026 Order (ECF No. 748).

The Parties have met and conferred numerous times regarding the Exhibit Lists and have substantially narrowed any existing disputes. The final Exhibit List is submitted as Attachment 1 to this pleading. The remaining issues are listed below.

### A. Wholesale Admission of Exhibits

Claimants do not believe that the hundreds of exhibits on the list without a pre-trial objection should be automatically admitted into evidence. Except for those explicitly stipulated into evidence, the proposed exhibits should be admitted if presented at trial when the foundation and relevance of the exhibit is established through witness testimony (any issues of authenticity over exhibits have been resolved or explicitly identified). Otherwise, Claimants believe this dispute effectively involves two trials: one on the testimony and one on the papers. Claimants have

1

presented their objections to Petitioners with this caveat. Claimants cannot possibly anticipate every potential use of the more than 400 exhibits identified by Petitioners at trial and cannot be forced to stipulate documents into evidence.

Petitioners' position is consistent with the Court's expected practice, which was discussed at the April 2, 2026 Hearing. (ECF No. 686, Hearing Tr. 42-43). As Claimants state, parties have exchanged draft exhibit lists and noted any objections to those exhibits. Those objections will be handled at the Court's discretion, either pre-trial or during trial. However, for any exhibit in Appendix 1 that has no objection, it should be admitted into evidence by stipulation on the first day of trial. Once admitted into evidence, parties need only refer to the exhibit at trial without additional steps to admission.

### B.  Expert Exhibits

Numerous exhibits that have unresolved objections pertain to documents cited either by: (1) experts retained by Claimants or Petitioners or (2) experts retained by the State of Maryland or its insurer, ACE American. The parties do not believe the Court needs to rule on these objections at this time. Exhibits pertaining to live expert testimony can be addressed during trial with the aid of the expert's testimony regarding the proffered evidence. And the parties can meet and confer over exhibits used by the State of Maryland or Ace's retained experts after the Court's ruling on Claimants Motion *in limine* for the Admission of Certain Expert Witnesses' Testimony and Petitioners' Opposition thereto. (ECF Nos. 744, 752).

### C.  Unresolved Disputes Not Pertaining to Expert Exhibits

Below is a table identifying the unresolved objections to proposed exhibits not already discussed, which includes the Parties' suggestion regarding the most appropriate time for the Court to rule (*i.e.,* at the pre-trial conference or at trial).

1.  **Claimants' Objections / Request for Ruling**

| EXHIBIT | OBJECTION | SUGGESTED TIME OF RULING |
|---|---|---|
| | | |
| Summary Chart showing locations of switchboards (based on drawings FM-13, FE-14, MVSB, LVSB, GSP, ECC) (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Summary Chart and Photographs showing route to purifier room (based on drawing FM-13 and P. Power photographs) (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Summary Chart of ASOS simulation runs and flaws (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Summary Chart of SMARTShip generator usage data. (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Summary Chart of incident timeline. (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Summary Chart of ME and GE FO Service System (based on P. Power figure p. 51 and NTSB figure 45) (Not Produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will | At the pre-trial conference. |

| | | |
|---|---|---|
| | consider objections for use as a visual aid when exchanged. | |
| | | |
| Summary Chart of Electrical System One line diagram (based on MVSB drawing, NTSB figures 8, 10, 11 – 16) (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Summary Chart of ACONIS data (Not produced) | Claimants object to this summary chart for use as evidence as opposed to a visual aid as it has not been produced. Claimants will consider objections for use as a visual aid when exchanged. | At the pre-trial conference. |
| | | |
| Flashback Newsletters – Petitioners 321601, 231617, 339388, 717879<br><br> (Attachment 2) | Claimants assert admission of copies of Synergy's safety newsletter "Flashback" constitutes improper character evidence and the probative value of the documents is substantially outweighed by the risk of undue prejudice, confusion and wasting time. | In the course of trial, if offered. |
| | | |
| USCG Marine Safety Information Bulletin 006-17, May 12, 2017; Maritime and Port Authority of Singapore. (Attachment 3) | Claimants contest the relevance of this document, which addresses only the United States Coast Guard's interpretation of STCW Regulations III/6 and III/7 as applies to American-flagged vessels. The *Dali* is a Singapore-flagged vessel. | In the course of trial, if offered. |
| | | |
| US Coast Guard Exam code ONC02. Endorsement Second Mate Third Mate., *available at* https://www.dco.uscg.mil/nmc/exams/ONC02-second-mate-third-mate-Q114-Q117/ | Claimants contest the relevance of United States Coast Guard exam modules in a dispute involving a Singapore-flagged vessel. | In the course of trial, if offered. |
| | | |
| USCG NVIC 24-14 (Attachment 4) | Claimants contest the relevance of this document, which addresses only the United States Coast Guard's interpretation of STCW | In the course of trial, if offered. |

4

| | | |
|---|---|---|
| | Regulations as applied to American-flagged vessels. The *Dali* is a Singapore-flagged vessel. | |
| | | |
| Petitioners 717 – NTSB Anchor Study (Attachment 5) | Claimants assert use of certain portions of the NTSB Anchor Study report would violate the Safety Act, and those portions lack foundation and contain improper opinion testimony. The parties have presented dueling proposed redactions for the Court's consideration. | The parties are still meeting and conferring on redactions and propose this document be addressed during the course of trial if offered. |

## 2. Petitioners' Objections

| EXHIBIT | OBJECTION | SUGGESTED TIME OF RULING |
|---|---|---|
| Indictment and additional documents identified after the 5/11/2026 filing (ECF 746) (Attachment 6-9) | Petitioners contend that the indictment and additional documents identified by Claimants after the May 11, 2026 filing are untimely and unfairly prejudicial. Specifically, to the indictment, Petitioners contend the document is hearsay | At the pre-trial conference |
| | | |
| Claimants 2026 – Hyundai Sample Inspection Report (Redacted) (Marked as confidential under the Protective Order, Claimants will have copy at the Pre-Trial Conference if the Court would like to review) | Petitioners contend that Claimants lack foundation to move this document into evidence and that the document is hearsay | At the pre-trial conference |
| | | |
| Claimants 2313 / 2314 – Dock crash videos.[1] | Petitioners contend that both of these videos cannot be authenticated at trial, lack foundation and are irrelevant to the case at hand. Even if found | In the course of trial, if offered. |

---

[1] *Available at* https://www.youtube.com/watch?v=4pL8CO1uyAE and https://www.youtube.com/watch?v=Xz9vVeGqONY.

| | relevant, the unfair prejudice substantially outweighs the probative value | |
|---|---|---|
| | | |

Respectfully submitted,


s/ *Daniel O. Rose*
Daniel O. Rose
KREINDLER & KREINDLER LLP
485 Lexington Avenue, 28th Floor
New York, NY 10017
drose@kreindler.com
Telephone: (212) 973-3414
***Lead Counsel for Personal Injury and Wrongful Death Claimants***


s/ *Adam J. Levitt*
Adam J. Levitt
Diandra "Fu" Debrosse
Daniel Schwartz
DICELLO LEVITT LLP
Ten North Dearborn Street, Sixth Floor
Chicago, IL 60602
alevitt@dicellolevitt.com
Telephone: (312) 214-7900
***Lead Counsel for Local Government Claimants***


s/ *Todd D. Lochner*
Todd D. Lochner
LOCHNER LAW FIRM, P.C.
7076 Bembe Beach Road
Suite 201, Mailbox 6
Annapolis, MD 21403
tlochner@lochnerlawfirm.com
Telephone: (443) 716-4400
***Lead Counsel for Private Economic Loss Claimants***


s/ *Terry L. Goddard, Jr.*
Terry L. Goddard, Jr.
SKEEN & KAUFFMAN LLP

6

9256 Bendix Road, Suite 102
Columbia, MD 21045
tgoddard@skaufflaw.com
Telephone: (410) 625-2272
Facsimile: (443) 817-0744
***Lead Counsel for Cargo Claimants***

/s/ *Andrew J. Connolly*
Andrew J. Connolly (Bar No. 20882)
Colin E. Burgess, Esquire (Bar No. 20665)
POST & SCHELL, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103
Tel.: 215-587-1000
aconnolly@postschell.com
cburgess@postschell.com
***Counsel for Claimant Brawner Builders, Inc.***

/s/ *Laurie G. Furshman*
Robert B. Hopkins (Bar No. 06017)
Laurie G. Furshman (Bar No. 29604)
Tristan A. Dietrick (Bar No. 31238)
DUANE MORRIS LLP
1201 Wills Street, Suite 330
Baltimore, MD 21231
T: (410) 949-2900
RBHopkins@duanemorris.com
LGFurshman@duanemorris.com
TDietrick@duanemorris.com

Luke M. Reid (Bar No. 31228)
William R. Bennett III*
Thomas H. Belknap, Jr.*
Alan Weigel*
Neil P. McMillan*
Noe S. Hamra*
BLANK ROME LLP
1271 Avenue of the Americas
New York, NY 10020
T: (212) 885-5000
William.Bennett@blankrome.com
Thomas.Belknap@blankrome.com
Alan.Weigel@blankrome.com
Neil.McMillan@blankrome.com

7

Noe.Hamra@blankrome.com

Kierstan L. Carlson*
Emma C. Jones*
BLANK ROME LLP
1825 Eye St. NW
Washington, DC 20006
T: (202) 420-2200
Kierstan.Carlson@blankrome.com
Emma.Jones@blankrome.com

*Admitted *Pro Hac Vice*

***Counsel for Petitioners, Grace Ocean Private Limited and Synergy Marine Pte Ltd.***

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 20th day of May, 2026, a copy of the foregoing Joint Submission of Exhibit List was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record, and also provided to the Court by email via MDD_JKBChambers@mdd.uscourts.gov.

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com