Synergy Marine Pte .Ltd

# FLASHBACK

"A Record to revisit the past"

# 2023

-For the month of **December**

QHSE-SMSL

Petitioner_0321601

# Table Of Contents

1. Near miss reports

2. PSC Nil Deficiencies

3. Best Practice

4. Injury

5. Incident Report

6. LARP

7. Internal Audit Findings

8. Maritime News

9. Dry Trade Index

10. Regulations

11. Customer Feedback

Petitioner_0321602

# 1.NEARMISS

*"A situation in which an accident or disaster was narrowly avoided"*

| Near miss KPI -Per Vessel/Month | |
|---|---|
| Near miss Reported on Dec'23 | 40 |
| Average Near misses for Dec'23 | 0.5 |
| Near misses reported till Dec'23 | 522 |
| Average Near misses for the Dec' 2023 | 0.6 |



Montly comparision for Nearmiss



Unsafe condition.    Unsafe act    Near miss    Accident

Petitioner_0321603

**Event –** Whilst vessel enroute to Qingdao, China, a crew member was routinely checking the temperature of the cargo hold which was loaded with Barley when the thermometer suddenly fell from the booby hatch. He immediately went down into the cargo hold to pick it up without knowing the consequences of enclosed space, fumigation, etc. Luckily he returned safely.

**Near Miss –** The crew member could have lost consciousness when inside the cargo hold.

**LFI –** Ships crew must not cut corners when it comes to safety. Due regard to be had to the company's guidelines on Permit to Work system and risk assessment. Possible hazards of the job to be discussed during the toolbox meeting with all the crew presents.

**Event –** While cleaning cargo hold # 6 the vessel was rolling ang pitching. The crew was using the de mucking winch to heave up the cleaning materials used. The wire rope of the mucking winch suddenly jumped off the sheave .The cleaning materials, which were at a height of 6 meters from the tank top jerked and almost fell back into the cargo hold where the crew were working. Luckily the crew noticed this and stepped away.

**Near Miss –** The crew would have got injured.          .

**LFI –** While carrying out lifting operations, due regard to be had to the weather conditions and the ships movement. Preventer ropes to be rigged to the load to prevent the same from swinging excessively.

**Event –** During the taking over of bridge watch at anchor, the incoming duty officer noted that the echo sounder and speed log were not switched off, and the underwater inspection was in progress.

**Near miss –** Divers could have been exposed to electro magnetic radiation.

**LFI –** Underwater PTW to be complied with strictly. Change of watch to include existing critical tasks which are ongoing on/around the vessel.

**Event –** A crew member slipped in the pantry room during dinner time as messman was mopping the floor before dinner.

**Near miss –** the crew almost fell.

**LFI –** Caution signs to be used during any maintenance process especially with those tasks affecting movement.

Petitioner_0321604

# 2.PSC Inspections

**Congratulations to our below vessels for achieving a flawless record with NIL deficiencies this month!**

- Lowlands future
- SDTR Gloria
- AM Ocean Silver
- Xin Xiang Sea
- Ever Greet
- Ocean Cadence
- CL Shanggao
- CL Xiangtan
- Lowlands Dawn
- SDTR faith



PSC - Nil Deficiencies -2 Monthly comparision

| November | December |
|----------|----------|
| 9 | 10 |



In View of the above trend , we appreciate your dedication and outstanding performance in the recent months. We're pleased to inform you that, compared to last month, we have noticed a gradual increase in  PSC inspections with nil deficiencies, showcasing our commitment to safety and operational excellence.

We appreciate your efforts, and let's continue working hard to maintain and build upon our success.

Petitioner_0321605

# 3.BEST PRACTICES

*Best Practices ,which are above and more than the requirements of SMS and are seen as improvement of the SMS.*

## Cl Xuchang

Fresh water tank air vent are kept locked . The locks are covered with Denso tape to prevent it from reusting.

  

"We thank all the vessels who have sent in the entries for the best practices. However, all those processes and procedures mentioned are normal practices and procedures as per SMS. Kindly be guided that Best Practices are those which are above the requirements of the SMS and normal maintenance practices."

*Information :    we'll be completing Flashback before 7th of every month ,so vessels are informed to upload SF-12 two days prior to the date.*

# 4.Injury

*Our aim is to Zero Injury ,Zero Damages and Zero Pollution."*

| Date | Description of Injury | Lesson from Incident |
|---|---|---|
| 14-Dec-2023 | A crew felt sudden pain on Left arm | Crew to declare to Master the medicines he/she is required to take to maintain any medical condition. Also, whilst onboard crew to practice to a healthy lifestyle. |

Petitioner_0321606

# 5. INCIDENTS /DAMAGES

*\*An Occurrence ,Condition or Situation arising in the course of work that resulted in or could have resulted in injuries ,illness ,damage to health or Fatalities\**

| Date | Description of Incident | Lesson from Incident |
|------|------------------------|---------------------|
| 7-Dec-2023 | While carrying out routine cargo hold visual noticed leakage of black fluid near bilges.  On investigating, fluid oozing out of container at Position 551008. Please note planned position of container as per EDI is 531008 but actual loaded at 551008. | Personnel to diligently carry out inspection rounds so that any abnormality can be identified at an earlier stage and defect rectified in time. |
| 25-Dec-2023 | During the vsl manuvering for berthing with Pilot on board our vsl  bulbous touching behind back corner of the vsl M.V. BELMONDO. Incident happened our vsl touching while the moving in parallel to the pushed by fwd tugboat with the command Stop engine and Hard port. | The forward and aft mooring station crew effectively communicate with bridge team during arrival/departure port to avoid such instances.<br>Bridge team to intervene in time and not rely completely on the Pilot's decision. |
| 29-Dec-2023 | While using bilge-ballast pump for cargo hold cleaning,  pump tripped. Upon checking the pump low insulation was found in the motor winding and  suspected substantial damage to motor winding. | The preventive maintenance of motors to be carried out in time, the greasing of bearings if designed to be carried out at regular intervals. The vibration/megger readings to be checked frequently for big motors to avoid recurrence of such instances |

*"Reporting any incidents and situations that may lead to incidents and affects the safe operation of the ship ,present a risk to human life or the risk of pollution."*

Petitioner_0321607

# 6.LARPS

| LARP KPI—7 PER VESSEL/MONTH | |
| --- | --- |
| LARPs reported in Dec'23 | 341 |
| Average LARPs in Dec'23 | 5.0 |
| Total LARPs raised till Dec'23 | 4705 |
| Average LARP till Dec'23 | 5.7 |

## LARP Unsafe Condition

In the Box of emergency generator, the quick closing valve was corroded.

## Action Taken

The Fitter fabricated a new box.

-Zola

## LARP safe Condition

Refrigerant bottle not tied up with proper security clamps.

## Action Taken

Same reported and rectified and all securing clamps kept in place .

-Tianjin Bridge

## LARP Unsafe Act

While securing of rescue boat one of the crew found going to ship side rail without wearing safety harness and life vest.

## Action Taken

Immediately he was warned and informed to wear a safety harness and life vest.

-SDTR Doris

Petitioner_0321608

## LARP Unsafe Act

The Crew was found counting shackles during anchor station without eye protection. Thus, making his eye prone to particles of rusting coming out while the anchor was dropped.

## Action Taken

The duty officer immediately asked the crew member to get his set of eye wear.

*–Protostar N*

## LARP Unsafe Condition

Rescue boat lashing Stenhouse slip arrangement found rusted and hard to unhook.

## Action Taken

The crew instructed Stenhouse slip arrangement overhauled, derusted, painted and greased.

*–CL Xuchang*

## LARP Unsafe Condition

Observed some sparks coming out from funnel.

## Action Taken

The same informed immediately to duty engineer and got it rectified.

*–Rotterdam Bridge*

## LARP Unsafe Act

Found Crew put wedges on the fire door to get more wifi signal.

## Action Taken

Briefed all crew on the same deck, that putting wedges might damage the hinges and will not be effective during fire.

*–Navios Gem*

## LARP safe Act

One of the crew found that expired bath soap was distributed to the crew.

## Action Taken

Reported to HOD

*–Cl Xuchang*

Petitioner_0321609

# INTERNAL AUDIT FINDINGS

ISM/ISPS/MLC

- Firefighting and lifesaving equipment shall be maintained in good working condition as per the ships planned maintenance system, "Solas checklist" and LSA and FFA maintenance manual.
- Lifeboat remote control wire counterweight should be nearly 0.5 meters from the lifeboat. Lifeboat seat belt should not be kept in secure condition.
- EMS seals to be placed at connection flanges as found broken.
- The drill should test the familiarity of the crew with firefighting equipment. Any training needs that are Page 4 of 17 identified should be addressed on board or passed on to the office for further shore-based training.
- Fire drills need improvement.
- Fire hoses seizing wire found rusted and worn-out condition.
- Storeroom entrance requires cleaning and painting as showing signs of fungus, reefer rooms having ice accumulation and food stored underneath evaporator line, rusted tins used for storing spices etc.
- One of the funnel flaps could not be closed remotely during inspection as the link was dislodged.
- Entries to Ballast record book not recorded as per guidelines. Ballast Water Record Book (BWRB) should always be updated accurately and chronologically and ready for inspection.
- All save all trays on deck found not to be marked/stenciled mentioning its capacities.
- The accommodation fire doors self-closing mechanisms at multiple locations found without screws, rusted screws. Some of the closing mechanisms obstructing the smooth opening/closing of the fire door
- The bulkhead penetrations on deck, in accommodation ducts, etc. are covered with sponge used by the yard as dams prior pouring cement for sealing.
- The crew storing food waste inside reefer chamber rooms in portable drums with lids.
- The SCBA compressor was kept in the air con machinery room improperly secured.
- Lube oil drums in fore peak store lashed but not lashed with recommended material. i.e., using wire rope

Petitioner_0321610

# 8.NEWS

### Crew Kidnapped from Tanker in Ongoing Incident in the Gulf of Guinea

The reports are coming from EOS Group and private services unconfirmed by the joint British-French monitoring effort They have not recorded incidents in the Gulf of Guinea since early December when a fisherman was killed in an attack on fishing boats off Nigeria where the pirates also took engines and fishing gear. In November, some material was also stolen off a supply vessel while it was anchored off Angola.

**For more Information** https://www.maritime-executive.com/article/crew-kidnapped-from-tanker-in-ongoing-incident-in-the-gulf-of-guinea

### USS Carney's Crew Receives Medals for Shooting Down Houthi Drones



Carney and other U.S. warships have destroyed dozens of Houthi airborne munitions since November, when the Yemeni militant group began attacking merchant shipping in protest of the Israeli operation in Gaza. On December 16 alone, the crew of USS Carney shot down 14 Houthi drones using the ship's Aegis combat system.

**For more Information** : https://www.maritime-executive.com/article/uss-carney-s-crew-receive-medals-for-shooting-down-houthi-drones

### Maersk Signs MoU with Yokohama City for Establishing Methanol Bunkering Infrastructure.



PORT OF YOKOHAMA

The city of Yokohama has the PORT OF YOKOHAMA which includes the Minami-Honmoku container terminal that is operated by APM Terminals Japan. The terminal has Japan's deepest water berth, which has a total length of 1,600m and a draft of 18m. Equipped with STS Cranes capable of reaching up to 24 rows, it is currently the sole terminal in Japan capable of accommodating ships exceeding 14,000 TEU. As part of its commitment to methanol-powered shipping, Maersk is in the process of establishing global methanol bunkering hubs. The company revealed that its 16,000-TEU class UCLVs (Ultra-Large Container Vessels) are set to be delivered starting next year,

**For more Information :** https://www.fleetmon.com/maritime-news/2023/44141/maersk-signs-mou-yokohama-city-establishing-methan/

### Cargo Ship Fire From Lithium Ion Battery Extinguished, Crew And Cargo Unharmed



A lithium-ion battery fire that had been burning for many days on board the cargo ship Genius Star XI has been effectively put out, the U.S. Coast Guard reported on Saturday. It has been claimed that none of the 19 crew members were hurt, and the ship has been ordered to anchor close to Dutch Harbor, Alaska.

Petitioner_0321611

For more Information : https://www.marineinsight.com/shipping-news/cargo-ship-fire-from-lithium-ion-battery-extinguished-crew-and-cargo-unharmed/

## Red Sea attacks disrupt global trade, experts weigh in on potential impact on freight costs

NEW DELHI: In the aftermath of attacks by Houthi rebels in the Red Sea, global trade is grappling with heightened freight costs. The situation escalated when Houthi rebels targeted a Singapore-flagged Maersk container, prompting the US military to sink three Houthi boats. However, the major concern for global trade arises from Maersk's decision to withdraw its ships from the Red Sea for at least the next 48 hours.

For more Information : https://indiashippingnews.com/red-sea-attacks-disrupt-global-trade-experts-weigh-in-on-potential-impact-on-freight-costs/

## U.S. Navy helicopters fire at Yemen's Houthi rebels and kill several in latest Red Sea shipping attack

The U.S. military said Sunday that its forces opened fire on Houthi rebels after they attacked a cargo ship in the Red Sea, killing several of them in an escalation of the maritime conflict linked to the war in Gaza. In a series of statements, the U.S. Central Command said the crew of the USS Gravely destroyer first shot down two anti-ship ballistic missiles fired at the Singapore-flagged Maersk Hangzhou late Saturday, after the vessel reported getting hit by a missile earlier that evening as it sailed through the Southern Red Sea. Four small boats then attacked the same cargo ship with small arms fire early Sunday and rebels tried to board the vessel, the U.S. Navy said.

Next, the USS Gravely and helicopters from the USS Dwight D. Eisenhower aircraft carrier responded to the Maersk Hangzhou's distress call and issued verbal warnings to the attackers, who responded by firing on the helicopters.

For more Information : https://www.cnbc.com/2023/12/31/us-navy-helicopters-fire-at-yemens-houthi-rebels-and-kill-several-in-latest-red-sea-shipping-attack.html

Petitioner_0321612

# !!Did you Know ? !!

*Maritime version*

Maritime comes from the Latin word **maritimus**, which means "**of the sea**," (from PIE root *mori ) so the meaning hasn't evolved much. This nautical number was also borne by Prince Pericles and Thaisa's daughter in Shakespeare's play Pericles. Yet 'marine' too, is defined as 'of or relating to the sea' with ties to navigation and commerce.

## *mori-

Proto-Indo-European root meaning "body of water."

Whales and dolphins are maritime animals, and according to maritime law, the captain of a ship can marry two people at sea. It's very similar to nautical, except nautical refers to ships, and maritime covers ships and other ocean-related stuff.

- The longest ocean voyage in history was made by the New York artist and traveler Reid Stowe. He spent 1152 days on his 70-ft gaff-rigged schooner Anne with no stops and without re-supplying his ship. His aim was to test human abilities to cope with elements unaided for 1 000 days (an estimated length of a voyage to Mars).

Petitioner_0321613

# 9.DRY TRADE INDEX

*-As on 08 Dec*



| Commodity | Actual | Chg | %Chg |
|---|---|---|---|
| Crude Oil | 70.093 | ▼ 0.287 | -0.41% |
| Brent | 75.902 | ▲ 0.012 | 0.02% |
| Natural gas | 2.5805 | ▲ 0.0125 | 0.49% |
| Gasoline | 2.0862 | ▼ 0.0087 | -0.42% |
| Heating Oil | 2.5256 | ▼ 0.0002 | -0.01% |
| Gold | 2064.97 | ▲ 6.09 | 0.30% |
| Silver | 23.667 | ▲ 0.023 | 0.10% |
| Copper | 3.8540 | ▲ 0.0015 | 0.04% |
| Soybeans | 1271.25 | ▼ 2.75 | -0.22% |
| Wheat | 608.69 | ▲ 1.94 | 0.32% |
| Coal | 131.90 | ▼ 14.50 | -9.90% |
| Steel | 3931.00 | ▼ 18.00 | -0.46% |
| Iron Ore | 144.50 | ▲ 2.00 | 1.40% |
| TTF Gas | 30.57 | ▼ 1.78 | -5.50% |
| Lumber | 549.00 | ▲ 6.11 | 1.13% |

For more information : https://tradingeconomics.com/commodity/baltic

## World Container Index

Drewry's World Container Index increased by 9% to $1,661 per 40ft container this week.





For more information : https://www.drewry.co.uk/supply-chain-advisors/supply-chain-expertise/world-container-index-assessed-by-drewry

Petitioner_0321614

# 10.REGULATIONS

**Safe mooring operations**

New SOLAS requirements intend to improve mooring safety by introducing additional requirements to selection, arrangement, inspection, maintenance, and replacement of mooring equipment, including lines. Documentation regarding the design of mooring arrangements and the selection of mooring equipment will be required to be provided and kept on board.

The design requirements will apply to new cargo and passenger ships constructed on or after 1 January 2024 that are above 3000 GT and should also apply to ships of 3000 GT and below as far as reasonably practicable. The maintenance and inspection requirements will be applied retroactively for all ships.

**Modernization of the Global Maritime Distress and Safety System**

The requirements to the Global Maritime Distress and Safety System (GMDSS) have been modernized to contain more generic requirements, independent of specific service providers, and to remove carriage requirements for obsolete systems. Furthermore, the requirements for communication equipment have been moved from SOLAS Chapter III on life-saving appliances to Chapter IV on radio communications. The definitions of the sea areas A1 to A4 have been amended to reflect that the geographical area of coverage may vary between various satellite service providers.

The amendments will enter into force on 1 January 2024. Existing SOLAS certificates do not have to be reissued before they expire because of the reorganization of SOLAS Chapters III and IV.

**Watertight doors on cargo ships**

The requirements to watertight doors in MARPOL Annex I, the Load Lines Convention, the IBC Code and the IGC Code have been amended to harmonize the consideration of watertight doors in damage stability calculations with the same in SOLAS. The inconsistencies were related to the type of watertight doors (sliding, hinged), to the technical/operational requirements and to the terminology for the frequency of use of watertight doors.

The amendments to the Load Lines Convention and the IBC Code will enter into force on 1 January 2024, and the amendments to MARPOL Annex I and the IGC Code will enter into force on 1 July 2024. The amendments will apply to cargo ships and will not have any impact on existing ships.

Petitioner_0321615

# 11.FEEDBACK

**Terminal Feedback**

Nil

**Charterer Feedback**

Nil

**Owners Feedback**

Nil

**Vendor feedback**

Nil

**Flag Feedback**

Nil



Wishing you and Your family a very happy and a prosperous New year ,
we thank you all for your continuous support .

Petitioner_0321616

Synergy Marine Pte .Ltd

# FLASHBACK

"A Record to revisit the past"

## 2023

-For the month of October

QHSE-SMSL

Petitioner_0321617

# Table Of Contents

1.  Near miss reports

2. PSC Nil Deficiencies

3. Best Practice

4. Injury

5. Incident Report

6. LARP

7. Internal Audit Findings

8. Maritime News

9. Dry Trade Index

10. Regulations

11. Customer Feedback

Petitioner_0321618

# 1.NEARMISS

*"A situation in which an accident or disaster was narrowly avoided"*

| Near miss KPI -Per Vessel/Month | |
| --- | --- |
| Near miss Reported on Nov'23 | 62 |
| Average Near misses for Nov'23 | 0.9 |
| Near misses reported till Nov'23 | 462 |
| Average Near misses for the Nov' 2023 | 0.6 |



**Montly comparision for Nearmiss**



Unsafe con- ∘ Unsafe act ∘ Near miss ∘ Accident
dition.

Petitioner_0321619

**Event –** On 20th of October 2023 at 2000hrs LT, while removing ram neck on the cargo hold hatch cover the AB slipped and almost fell off the cargo hold..

**Near Miss –** The AB would have seriously injured himself

**LFI –** When working aloft crew must follow all guidelines as per the working aloft permit. Fall arrestors must be work..

---

**Event –** One of the crew member(trainee) was using thinner to clean his hands from paint . He was stopped from using it ,after that he was told not to bring his hands close to face or to his eyes, further to that light irritations was noted in external surface of the hand . Immediately hands were washed with fresh water and further to that coconut oil was applied over the hands to avoid being dry.

**Near Miss –** Prevention of contact dermatitis caused due to chemical reaction

**LFI –** Trainees to be included in the tool box meetings and briefed on the safety precautions when handing chemicals amongst other safety advice for all the planned jobs.

---

**Event –** Whilst vessel at Rotterdam 4W anchorage, one of the deck crew nearly hit by damage cutting disk while cutting of lifeboat lashing ring due to sudden break of cutting disk.

**Near miss –** The crew member almost got injured.

**LFI –** When using power tools crew members must be aware of the limitations of the equipment and also the guidelines for usage (holding the equipment, applying pressure, etc).

Petitioner_0321620

# 2.PSC Inspections

**Congratulations to our exceptional vessels for achieving a flawless record with nil deficiencies this month!**

- Lowlands Horizon
- Incheon Voyager
- Tianjin Bridge
- SDTR Hera
- CL Shanggao
- Navios Gem
- Lowlands Opal
- CL Xiangtan
- CL Ganjiang



PSC-Nil Defeciencies -2 Monthly Comparision

| October | November |



In View of the above trend , we appreciate your dedication and outstanding performance in the recent months.

We are delighted to report that the NIL deficiencies for this month have remained consistent with last month's figures. While this may not represent a significant improvement but still we appreciate your efforts, and let's continue working hard to maintain and build upon our success.

Petitioner_0321621

# 3.BEST PRACTICES

*Best Practices ,which are above and more than the requirements of SMS and are seen as improvement of the SMS*

*"No Best practice for the month of November "*

"We thank all the vessels who have sent in the entries for the best practices. However, all those processes and procedures mentioned are normal practices and procedures as per SMS. Kindly be guided that Best Practices are those which are above the requirements of the SMS and normal maintenance practices."

*Information :    we'll be completing Flashback before 7th of every month ,so vessels are informed to upload SF-12 two days prior to the aforementioned date.*

# 4.Injury

*Our aim is to Zero Injury ,Zero Damages and Zero Pollution."*

| Date | Description of Injury | Lesson from Incident |
|------|----------------------|---------------------|
| 26-Nov-2023 | 2/Engineer had a  lower left side abdomen pain, moderate to severe at times. Pain is intermittent. | Crew to maintain as much as possible a stress free work life balance, good personal hygiene and nutritional diet onboard. |
| 26-Nov-2023 | Chief Engineer has suffered blunt force injury on left forehead above eyebrow . | Crew to carry out maintenance/any onboard tasks after carrying out a proper risk assessment, tool box meeting, recommended procedures by makers, ppe to avoid occurrence of similar instances. |

Petitioner_0321622

# 5. INCIDENTS /DAMAGES

*An Occurrence ,Condition or Situation arising in the course of work that resulted in or could have resulted in injuries ,illness ,damage to health or Fatalities*

| Date | Description of Incident | Lesson from Incident |
|------|------------------------|----------------------|
| NIL  |                        |                      |

"Reporting any incidents and situations that may lead to incidents and affects the safe operation of the ship ,present a risk to human life or the risk of pollution."

Petitioner_0321623

# 6.LARPS

## Best LARPS for the Month

### LARP Unsafe Act

Found one of the crew handling chemicals without proper ppe.

### Action Taken

Stopped the work and explained the hazards also informed hod.

–AM Ocean Silver

### LARP safe Act

While navigating at West Philippine Sea it was observed that there are many fishing markers along the way . OOW immediately marked it on the ECDIS and brought it up to Bridge Team Meeting during voyage evaluation. Amended passage plan will be drawn to avoid this fishing marker in future..

### Action Taken

Continuous monitoring will be implemented, and frequent voyage evaluation will be conducted to enhance more the safety of navigation

–Pacific Assurance

### LARP Unsafe Condition

GE FO supply module auto-filter changeover valve leakage from spindle after HFO change to DO.

### Action Taken

Start emergency DO pump and supply DO, stop supply pump and booster pump. De-pressure and overhaul changeover valve spindle found O-RING defective, replaced O-RING and test in order.

–Atlantic Lion

### LARP Unsafe Act

Found Crew members climbing steps carrying water bottles on both hands. Crew member failed to maintain 3 point contact while climbing steps. Vessel was rolling.

### Action Taken

Explained to the crew member about importance of maintaining 3 point contact while climbing steps.

–Hyundai Hongkong

Petitioner_0321624

## LARP Unsafe Act

The AB do not wear the protection suit when test the high pressure water blasters

## Action Taken

Stopped the AB from testing the high pressure water blasters until he donned the protect suit properly

-Pacific Anouk

## LARP Unsafe Act

While departure from Damietta, tug was made fast & one of the crew members was found standing near tug's line which was a snapback zone.

## Action Taken

Instructed the crew member to keep clear of the tug's line during mooring operations. after finishing with stations, he was explained the  possible hazards in snapback zone.

-Hyundai Busan

## LARP safe Act

All Fire hydrants in underdeck passage was drained out to clear off the mud in the Fire line as a part of the quarterly routine.

-Ever Greet

## LARP safe Act

Sounding pipe was observed not closed with the cap at sea.

## Action Taken

Sounding pipe was immediately closed with the cap.

-Cl Xuchang

Petitioner_0321625

# VESSEL LARPS

| LARP KPI—7 PER VESSEL/MONTH | |
|---|---|
| LARPs reported in Nov'23 | **439** |
| Average LARPs in Nov'23 | 6.5 |
| Total LARPs raised till Nov'23 | **4373** |
| Average LARP till Nov'23 | 5.9 |

Petitioner_0321626

## LARPS raised till November

| Vessel | Value |
|---|---|
| EVER GREET | 335 |
| EVER GRADE | 244 |
| EVER GIFTED | 222 |
| EVER GLOBE | 218 |
| AM OCEAN STAR | 145 |
| SDTR GLORIA | 139 |
| DALI | 123 |
| TEXAS TRIUMPH | 116 |
| SDTR HERA | 100 |
| SHANDONG FU XIN | 95 |
| SDTR ALICE | 93 |
| AM OCEAN SILVER | 92 |
| HYUNDAI HONGKONG | 91 |
| PACIFIC NINGBO | 86 |
| NAVIOS GEM | 84 |
| NAVIOS FELIX | 83 |
| CL XUCHANG | 82 |
| PACIFIC ASSURANCE | 81 |
| PACIFIC WEST | 79 |
| PACIFIC ANOUK | 76 |
| PACIFIC EAST | 75 |
| ZOLA | 75 |
| NAVIOS CORALI | 75 |
| LAMPARD | 73 |
| LOWLANDS DAWN | 73 |
| ATLANTIC LION | 71 |
| LOWLANDS SAGE | 71 |
| TIANJIN BRIDGE | 68 |
| LOWLANDS FUTURE | 68 |
| ATLANTIC TIGER | 65 |
| LOWLANDS RISE | 65 |
| SHANDONG FU YI | 63 |
| HYUNDAI TOKYO | 62 |
| LOWLANDS HORIZON | 60 |
| PACIFIC NORTH | 57 |
| SHANDONG FU REN | 56 |
| SDTR FAITH | 55 |
| CL LUZHOU | 54 |
| GLOBAL BONANZA | 52 |
| ATLANTIC DRAGON | 49 |
| LOWLANDS BLUE | 49 |
| KM HAKATA | 49 |
| UNITY N | 46 |
| LOWLANDS YELLOW | 43 |
| PACIFIC SOUTH | 42 |
| XIN XIANG SEA | 38 |
| SDTR DORIS | 37 |
| HYUNDAI BUSAN | 29 |
| PROTOSTAR N | 27 |
| N BONANZA | 24 |
| N AMALTHIA | 24 |
| LOWLANDS OPAL | 21 |
| GIA AMBITION | 14 |
| ROTTERDAM BRIDGE | 11 |
| CL CHANGSHA | 10 |
| PACIFIC BUSAN | 10 |
| SDTR CELESTE | 10 |
| BALTIC WEST | 6 |
| CL XIANGTAN | 6 |
| CL GANJIANG | 4 |
| SDTR ERICA | 1 |



Petitioner_0321627

# 7.INTERNAL AUDIT FINDINGS

ISM/ISPS/MLC

- Bridge checklist OP-09 old forms used and filled onboard.
- No:5 Hatch Cover Stopper has a crack and bent. Most of the Hatch Cover Ventilator Butterfly nuts/Hinges need freeing and greasing. Many of the booby hatch cover safety Pins rusted, not fitted with chains.
- Anchor Lashing Turn Buckles frozen and unable to adjust.
- One of the Crew Common WC Flush is not working FFLB Securing Hook Ring rusted .
- Steering Gear Room entrance bulkhead is rust stained and giving poor appearance.
- Gangway Lashing Screws Thread completely worn out and cannot be tightened for securing. Provision Room lobby gratings to be removed and cleaned.
- Frying Pans used in Galley have heavy carbon deposits both inside and outside. Same to be buffed and cleaned.
- Cutting Board for Bakery/Diary not available onboard.
- Garbage Management Plan posters are Old 2018 Edition. To replace
- Galley Bulkheads found sticky with oil in few places and lot of dust in the bulkheads.
- When arrival and departure time is received from the bridge, the engine watch officer must enter the following in the movement book and engine logbook - The time of arrival or departure. -Revolution counters reading -Fuel oil meter reading
- Identification of Compartments/pipelines to be marked/stenciled appropriately.
- Sufficient storage receptacles shall be provided, taking into account that some garbage (e.g. plastics) requires long-term storage before it can be disposed off.
- Rescue boat compass found faded out and unable to read the heading.
- Various company posters not available onboard (Cybersecurity etc)
- Various IMO symbols found faded on deck / accommodation exteriors.
- Crew not familiar with VDR backup procedure and playback procedures
- Aldis lamp battery expired on 05-Sep-23
- Fire extinguishers on deck / holding strap badly rusted - No monthly maintenance record for July.
- Frozen pressure gauge isolation valve.
- The intention of the isolation procedure is to effectively safeguard personnel against accidents or potential accidents which may occur.
- The deviation plan (From Anchorage to Berth) was missing in Passage plan.
- The load line marks on both sides are not clear.

Petitioner_0321628

- Although the garbage bin is color marked according to the garbage management plan, but the corresponding capacity is not marked on the garbage bin (including the garbage bin in the accommodation area)
- Hand steering & NFU not tested each watch during takeover of navigation watch. Time and position of this test not logged in the deck logbook.
- No test of all alarm systems for the steering gear and indicators in wheelhouse and ECR.

Petitioner_0321629

# 8.NEWS

### Report Zero-Emission Fuels Could Add 50% to Container Shipping Costs

UMAS used a variety of models to estimate the costs that will be incurred concluding that they could add as much as half to the current price of moving boxes on some routes. Initially, the report predicts there will be a significant cost gap between conventional fossil fuels and scalable zero-emission fuels.

**For more Information :** https://www.maritime-executive.com/article/report-zero-emission-fuels-could-add-50-to-container-shipping-costs

### U.S. Coast Guard Offloads $240M Worth of Cocaine in San Diego

On Wednesday, the crew of the cutter USCGC Waesche delivered more than eight tons of cocaine to the pier in San Diego, removing about $240 million worth of the lucrative drug from circulation. The street value of the haul is equal to about one third of Waesche's purchase price.

**For more Information** : https://www.maritime-executive.com/article/u-s-coast-guard-offloads-240m-worth-of-cocaine-in-san-diego

### Chinese bulk carrier hit &run, crew watching not responding.

Bulk carrier TAI HANG 8 is suspect in hit and run accident which took place on Dec 5 in South China sea some 33 nm off western coast of Mindoro, Philippines. Bulk carrier, ballasting from China to Indonesia, struck fishing boat RUEL J in broad daylight and sailed away, with reportedly, Chinese crew just watching wrecked boat and distressed fishermen, showing no signs of respond. Philippines Coast Guard already investigating. 5 crew of fishing boat rescued, they're safe.



**For more Information :** https://www.fleetmon.com/maritime-news/2023/43885/chinese-bulk-carrier-hitrun-crew-watching-not-resp/

### Bulk carrier cargo hold fire, Tilbury UK



Bulk carrier STAR APUS suffered fire in cargo hold at Tilbury Docks, UK, in the evening Dec 6, while loading metal scrap. Some 5 fire teams responded, fire was contained and loaded scrap has been offloaded, in order to get to smoldering hotspots. Fire was reportedly, extinguished. STAR APUS was berthed at Tilbury Docks on Dec 4 from Netherlands.

Petitioner_0321630

**For more Information :** https://www.fleetmon.com/maritime-news/2023/43893/bulk-carrier-cargo-hold-fire-tilbury-uk/

## 2 bulk carriers and 1 container ship attacked, minor or no damages

Three cargo ship, two bulk carriers and one container ship, were attacked by Houthis in southern Red sea near Bab al-Mandab Strait, on Dec 3. All three ships sustained minor or no damages. The Arleigh-Burke Class destroyer of US Navy USS CARNEY was also unsuccessfully attacked, and after this first attack, was engaged in assisting and defending cargo ships.



**For more Information :** https://www.fleetmon.com/maritime-news/2023/43853/2-bulk-carriers-and-1-container-ship-attacked-mino/

Petitioner_0321631

# !! Interesting Marine Update !!

**World's Busiest Ports:**

The Port of Shanghai in China is the world's busiest container port, handling a significant portion of global trade.

**Longest Continuous Trade Route:**

The Maritime Silk Road, established during ancient times, was one of the longest continuous trade routes in history, connecting Asia, Africa, and Europe.

**Seaborne Trade Dominance**:

Approximately 80% of global trade by volume and 70% by value is transported by sea, making maritime transport crucial for the world economy.

**Largest Ship:**

The largest container ship in the world, as of my last knowledge update in 2022, is the HMM Algeciras, capable of carrying over 23,000 TEUs (twenty-foot equivalent units).

**International Maritime Organization (IMO):**

The IMO is a specialized agency of the United Nations responsible for regulating shipping. It sets global standards for the safety, security, and environmental performance of international shipping.

**Piracy Concerns:**

Piracy remains a concern in certain maritime regions, particularly the waters off the coast of Somalia and the Gulf of Aden. International efforts, including naval patrols, have been undertaken to combat piracy.

**Flags of Convenience:**

Some ships register under "flags of convenience" in countries with lenient regulations and lower taxes. This practice can lead to concerns about safety standards and labor conditions.

**Global Fishing Industry:**

The global fishing industry provides a significant source of food and employment. However, overfishing and illegal, unreported, and unregulated (IUU) fishing are pressing challenges.

**Ship Recycling:**

Alang in India, Chittagong in Bangladesh, and Gadani in Pakistan are among the largest shipbreaking yards in the world where old ships are dismantled for recycling.

**Longest Serving Ship:**

The USS Constitution, a wooden-hulled, three-masted heavy frigate of the United States Navy, is the world's oldest commissioned naval vessel still afloat. Launched in 1797, it is nicknamed "Old Ironsides."

Petitioner_0321632

**Sea Lanes of Communication (SLOC):**

Strategic maritime routes, known as Sea Lanes of Communication, are crucial for the transportation of oil, goods, and raw materials. Examples include the Strait of Hormuz and the Strait of Malacca.

**Global Submarine Cables:**

The majority of international data transfers occur through undersea fiber-optic cables that span the world's oceans, forming the backbone of global communication networks.

# 9.DRY TRADE INDEX

For more information : https://tradingeconomics.com/commodity/baltic



World Container Index - 08 Nov

Drewry's World Container Index increased by 6% to $1,461 per 40ft container this week





For more information : https://www.drewry.co.uk/supply-chain-advisors/supply-chain-expertise/world-container-index-assessed-by-drewry

Petitioner_0321633

# 10.REGULATIONS

**GMDSS Modernization - January 1, 2024:**

Following a comprehensive review, amendments to the Global Maritime Distress and Safety System (GMDSS) will enter into force, enabling the use of modern communication systems while removing obsolete requirements. The amendments cover SOLAS chapters II-1, III, IV, and V, along with related protocols and codes.

**SOLAS Amendments - January 1, 2024:**

Various amendments to the International Convention for the Safety of Life at Sea (SOLAS) will be implemented, including updates to SOLAS records of equipment, the FSS code, the IGF code, and the LSA code. These amendments focus on areas such as fire safety systems, low-flashpoint fuels, mooring equipment, watertight integrity, and life-saving appliances

**Revised FAL Convention - January 1, 2024**:

 Amendments to the Facilitation (FAL) Convention will make the single window for data exchange mandatory in ports worldwide, accelerating digitalization in shipping. The amendments also address lessons learned from the COVID-19 pandemic and introduce measures to prevent corruption and illicit activities in the maritime sector.

**MARPOL Amendments - January 1, 2024**:

Amendments to MARPOL Annex I will come into effect, specifically related to watertight doors. These amendments aim to enhance ship safety in this aspect.

**Mediterranean Sea Emission Control Area - May 1, 2024:**

 Designation of the Mediterranean Sea as an Emission Control Area (ECA) will enforce stricter limits for sulfur content in fuel oil, reducing air pollution and promoting sustainable shipping practices.

**Mandatory Garbage Record Books - May 1, 2024:**

 The requirement for recording garbage handling operations will be extended to smaller ships, ensuring improved waste management practices and environmental stewardship across the maritime industry.

**Protecting Seas in the Arctic - May 1, 2024:**

Amendments to several MARPOL Annexes (I, II, IV, V, and VI) will be introduced to strengthen environmental protection measures in the Arctic region. These amendments will address issues such as discharges from ships, garbage management, sewage systems, and the prevention of oil pollution.

**EEXI, CII, and Rating Values - May 1, 2024:**

Ships will be required to report mandatory values for Energy Efficiency Existing Ship Index (EEXI), Carbon Intensity Indicator (CII), and the corresponding performance rating to the IMO Ship Fuel Oil Consumption Database. This step aims to enhance transparency and accountability regarding greenhouse gas reduction efforts.

Petitioner_0321634

**MARPOL HFO Prohibition in Arctic Waters - July 1, 2024:**

To mitigate environmental risks, a prohibition on the use and carriage of heavy fuel oil (HFO) will be enforced in Arctic waters. However, exemptions and compliance deadlines will be granted for certain types of ships.

**IBC Code Amendments - July 1, 2024:**

Updates to the International Code for the Construction and Equipment of Ships Carrying Dangerous Chemicals in Bulk (IBC Code) will be implemented, addressing requirements related to watertight doors.

**SOLAS Chapter XV and IP Code - July 1, 2024:** The introduction of a new SOLAS chapter XV will focus on ensuring the safety of industrial personnel working on board ships. This chapter will be complemented by the mandatory Code for Industrial Personnel (IP Code) that establishes guidelines and requirements for their safety and well-being.

# 11.FEEDBACKS

**Terminal Feedback**

Nil

**Charterer Feedback**

"The TML appreciated for the crews for their good safety concerns on the vessels"

**Owners Feedback**

Nil

**Vendor feedback**

Nil

Petitioner_0321635



SYNERGY MARINE PTE. LTD

# FLASHBACK

## JUL'23

QHSE-SMSL

PREPARED BY QHSE-SMSL

Petitioner_0339388

# TABLE OF CONTENTS

1. Near miss Reports

2. Injury Report

3. Best Practice

4. Damage report

5. LARP

6. Internal Audit Findings

7. News

8. Dry Trade Index

9. New Regulations

10. Customer Feedbacks

Petitioner_0339389

# 1.NEARMISS

| Near miss KPI -Per Vessel/Month | |
| --- | --- |
| Near miss Reported on Jul'23 | 55 |
| Average Near misses for Jul'23 | 0.9 |
| Near misses reported till Jul'23 | 229 |
| Average Near misses for the year 2023 | 0.6 |

**Event :** While picking up the forward tug line, before putting the tug line eye on the bollard the tug started pulling the line which resulted in a disbalance of crews handling the line.

**Near miss :** The sudden and unexpected pull on the tug line could cause crew members to lose their balance and potentially lead to falls or other injuries.

**LFI :** Clear communication among station crew members is essential during mooring operation. Agreed signal or verbal confirmation to be used before the tug line is pulled, ensuring everyone is ready and aware of the action

**Event:** Deck staff forget to open the ventilation of the no.6 hold when preparing for ballasting in no.6 cargo hold on 21-jul-2023.

**Near Miss:** Could have led to structural Failure.

**LFI:** Follow the RA checklist procedure to ensure all necessary ventilation openings are properly attended to during cargo hold ballasting preparations to prevent hazardous situations.

**Event:** During pilotage at Ningbo China, the pilot asks the officer to change the VHF channel to CH 14. Officer immediately reaches the VHF No. 2 and the telegraph was accidentally caught by officer's arm while reaching the VHF Radio and the Pitch increases to 90% unnoticed which is not recommended.

**Near Miss:** May have led to M/E damage or accident.

**LFI:** Prioritize safeguard procedures and avoid distractions while operating critical equipment to prevent unintentional changes that could compromise vessel safety.

**Event:** During cargo hold cleaning operation inside cargo hold No.1, 1 deck crew lowering water hose using a rope and accidentally the rope parted the water hose falls directly on the cargo hold tank top very near 3 crew members cleaning inside the cargo hold.

**Near Miss:** Serious Injury, may also lead to fatality.

**LFI:** Ensure proper securing and handling of equipment during cargo hold cleaning operations to prevent accidental releases and potential harm to crew members.

Petitioner_0339390

**Event:**       While lifting a motor using E/R overhead crane ,a person was standing at unsafe position, directly below the motor, in case of failure crane brakes/belt ,person may sustain injury.

**Near Miss:**   Serious Injury, may also leads to fatality

**LFI:**          Always maintain a safe distance and avoid standing directly below suspended loads during crane operations to prevent potential injuries in case of equipment failure.



**Remarks :** *we thank the vessel for reporting the Near misses which have a high learning Potential .The near misses are a value addition to our continuous learning from incidents and will be benefitted across the fleet .Kindly note that any unsafe ACT and CONDITION or LARP. A NEARMISS is only when an incident (involving life ,property ,vessels and or Environment )would have resulted ,but in the end ,did not.*

Petitioner_0339391



Nearmiss till July'23

Petitioner_0339392

# 2.INJURY

*An Injury is damage to body*

*It is a general term that refers to harm caused by incidents ,falls, hits, weapons and more.*

| Date | Description of Injury |
|---|---|
| 21-Jul-2023 | The Tr. Ordinary Seaman (OS)  was assigned with the duty of painting Lashing Bridge Aft of No 2 bay. At around 1500 SMT, he was going for tea break and when climbing down the vertical ladder from Bay 02 Aft lashing bridge 2nd platform, The OS reported to have slipped and fallen on to the 1st Platform. When landing the impact of his body weight came onto his left elbow, thereby resulting to his dislocation of left elbow. First aid was provided onboard immediately by ship staff and boat was arranged at Hamburg Anchorage to take him ashore. He was then taken to shore doctor. He was diagnosed with dislocation of left elbow and declared unfit/ recommended to be signed off. |

*"Our aim is to Zero Injury ,Zero Damages and Zero Pollution."*



Petitioner_0339393

# 3.BEST PRACTICES

*Best Practices ,which are above and more than the requirements of SMS and are seen as improvement of the SMS*

### Ever Gifted

**Best Practice** : Bridge Equipment edges highlighted with retro tapes to prevent tripping or getting injured by coming in contact with them at night while using the access space between the window area and equipment installed space .



### Hyundai Tokyo

**Best Practice** :

  

*Information :   we'll be completing Flashback before 10th of every month ,so vessels are informed to upload SF-12 before 6th of every month.*

Petitioner_0339394

# 4.INCIDENTS /DAMAGES

*An Occurrence ,Condition or Situation arising in the course of work that resulted in or could have resulted in injuries ,illness ,damage to health or Fatalities*

| Date | Description of Incident |
|------|------------------------|
| Nil | |

"*Reporting any incidents and situations that may lead to incidents and affects the safe operation of the ship ,present a risk to human life or the risk of pollution*"

Petitioner_0339395

# 5.LARPS
Best LARPS for the Month

LARP Unsafe Condition

While vessel is underway at nighttime in eastbound lane of the Singapore Strait Traffic Separation Scheme (TSS), noticed that aluminum ladder has been left on deck that was used on the previous day of maintenance. This ladder can be used by perpetrators or robbers in the area which has a reported incident of piracy attack.

Action Taken

Immediately secure the aluminum ladder inside the appropriate mast house and lock the weathertight doors afterwards.

-Vincent Mallo Banquillo (Able Bodied Seamen)

LARP Safe Act

During cargo hold cleaning operation deck crew installing lashing tightly with chain block to prevent any massive movement of cargo hold hatch cover while vessel is underway.

-Garry Ordona Resuta (Able Bodied Seamen)

Petitioner_0339396

# VESSEL LARPS

VESSEL WITH MOST LARPS FOR THE MONTH OF JULY

"**EVER GIFTED -33**"



| LARP KPI—7 PER VESSEL/MONTH | |
|---|---|
| LARPs reported in July'23 | 424 |
| Average LARPs in July'23 | 7.9 |
| Total LARPs raised till July'23 | 2403 |
| Average LARP till July'23 | 7.1 |

Petitioner_0339397



LARPS raised till June'23

Petitioner_0339398

# 6.INTERNAL AUDIT FINDINGS

ISM/ISPS/MLC

- ❖ One of the air duct dampers in purifier area found to be hard during operation (Opening / closing operation)
- ❖ Starboard side navigation light cable penetration cover observed wasted.
- ❖ The Freefall lifeboat glass (aft) observed to be hazy/not clear.
- ❖ The ENC for present voyage found not up to date.
- ❖ The Battery Room Restricted area/Authorized Personnel only and No Smoking IMO Symbol faded.
- ❖ The IMO Symbol missing near Lifeboat release gear location.
- ❖ The Air pipe near funnel area port side wasted.
- ❖ The Milk room pipe-Got heavy ice accumulation.
- ❖ The Loadine marks/Midship Draft are rusted.
- ❖ Two crew washing machines are not working.
- ❖ The Treadmill and cycle stored in cabin.
- ❖ The Cargo hold bilge suction to GS pump not painted as per EEMS requirements.
- ❖ The Enclosed spaces entry permits. Observed missing Master's approval on 03/04/2023. Missing date and time of approval on 11/04/2023. Missing Master, AB and Bosun signatures on 14/07/2023. Fail to comply with procedures for enclosed space entry
- ❖ The Bunkering / Transfer plan and checklist. Part H receiving ship repetitive checks during bunkering, not completed during bunkering operations on 19/04/2023 and on 12/07/2023. Fail to follow bunkering checklist procedures
- ❖ The High level alarm not working during the test.
- ❖ The Pilot ladder side ropes found damaged in few points in both Pilot ladders.
- ❖ The Sighted electrical socket box Support corroded / damaged / hanging loose
- ❖ Other catwalks sighted with support handrails.
- ❖ Additional light fitted over Power tool in E/R workshop.
- ❖ Frozen windlass inspection gear on port side and stbd side windlass
- ❖ The Vessel Starboard side have two Load line marking.
- ❖ No Safety Warning Stencil on battery room door

Petitioner_0339399

# 7.NEWS

## Hull Breach Causes Oil Spill from Great Lakes Freighter off Michigan.

The U.S. Coast Guard along with state and local agencies was responding to a Great Lakes freighter that was leaking oil in Lake Michigan while anchored approximately 1.5 miles off the coast. Residents were briefly warned to stay away from the beaches, but in coordination with NOAA, the Coast Guard later said it was mapping the projected movement of the spill and that it was safe to go to the beaches. People were cautioned to remain on the lookout for possible diesel oil contamination.



The current estimate is that the maximum fuel aboard is 45,175 gallons of diesel. They are currently working to determine how much was released into Lake Michigan. The vessel's operators have retained a salvage company to aid in the recovery.

For More Information : https://www.maritime-executive.com/article/hull-breach-causes-oil-spill-from-great-lakes-freighter-off-michigan

## MOL Moves Forward with Wind Hunter Sail-Powered Ship that Produces Hydrogen

Mitsui O.S.K. Lines working with its partners at Kyushu University and Taiyo Sangyo Co. is moving forward with the next phase of their Wind Hunter Project, a concept to create a zero-emission ship using wind power and producing hydrogen from seawater. The project will move forward on the development of technology to purify water for the production of hydrogen with the support of a Japanese subsidy program.



MOL reports it will assess the effects of differences in water quality and establish a versatile pure water production technology by comparing seawater with fresh water from Lake Biwa.

For More Information : https://www.maritime-executive.com/article/mol-moves-forward-with-wind-hunter-sail-powered-ship-that-produces-hydrogen

Petitioner_0339400

## Bulk carrier and all 20 crew detained in ongoing cocaine bust investigation, Nigeria



24 kilos of cocaine were found on board of bulk carrier COOPER ISLAND at Lagos, Nigeria, on Jul 6. The ship is detained or arrested, all 20 crew including Master are also detained, understood they have to remain on board, something like home arrest. The ship arrived from Brazil on Jul 4, and will be kept under detention until completion of investigation.

For More Information : https://www.fleetmon.com/maritime-news/2023/42601/bulk-carrier-and-all-20-crew-detained-ongoing-coca/

## Ukrainian sea drone hits sanctioned Russian tanker off Crimea



Russian product tanker Sig has been damaged in a Ukrainian sea drone attack in the Kerch Strait near the bridge that connects the Russian mainland with the Crimean Peninsula. Tugboats were deployed to assist the vessel with 11 crew onboard after the attack rendered it incapable of operating on its own, Russia's Tass news agency reported. According to preliminary information, the ship's engine room was flooded and its cargo tanks were empty.

For More Information : https://splash247.com/ukrainian-sea-drone-hits-sanctioned-russian-tanker-off-crimea/

## Piracy Incidents In Singapore Strait Hit-High Levels In 2023

Three incidents of armed robbery against ReCAAP ISC said the Straits of Malacca and Singapore (SOMS) continues to be an area of concern, with 41 incidents reported during Jan – Jun 2023 compared to 27 incidents during the same period in 2022 ships, and one attempted incident in Asia were reported to ReCAAP ISC from 18-24 of July.

n most incidents, the criminals board ships that are ill-prepared, have low freeboard, and manoeuvre at slow speed in restricted areas of the Straits of Malacca and Singapore (SOMS). The most stolen items are ship stores, scrap metal and machinery spares.

"Ships transiting the SOMS are strongly advised to enhance vigilance, maintain all round look-out and report all incidents immediately to the nearest coastal State authorities," added Krishnaswamy Natarajan

For More Information : https://shippingtelegraph.com/piracy-news/piracy-incidents-in-singapore-strait-hit-high-levels-in-2023/#:~:text=ReCAAP%20ISC%20said%20the%20Straits,the%20same%20period%20in%202022.

Petitioner_0339401

# 8.DRY TRADE INDEX

### Baltic Dry trade Index



### Drewy world Container Index



Petitioner_0339402

# 8.NEW REGULATIONS

**Australian Maritime safety Authority (AMSA)** has released a **Marine Notice-03/23 on Access to shore leave to seafarers"**

This Marine notice drawn attention to the importance of providing shore leave to seafarer for ships visiting Australian ports .Companies owners and Master of ships are reminded of the requirement under the maritime labor convention 2006(MLC,2006) for approval of shore leave ,which states that:

- Seafarers shall be granted shore leave to benefit their health and well being and consistent with the operational requirements of their positions"
- Companies are responsible for seafarers health ,safety ,wellbeing .Shore leave and access to shore based welfare facilities is the key to seafarers physical and mental health recovery and reduces risks and fatigue .
- AMSA expects that companies strongly consider the benefit of seafarer wellbeing and recovery when assessing the risk of allowing shore leave .AMSA reminds companies that the decision to grant shore leave should not be based on financial implications.
- AMSA port state control officers may take action when they are clear grounds to believe te masters or officer in charge of sips have not compiled with the requirements as set out in the MLC 2006 ,for seafarers to access shore leave .
- Should a company be advised that shore leave is not possible by a shore side authority ,this information should be provided to AMSA to investigate the Competent authority.
- Whilst it is recognized that the risk associated with COVID  are still highly relevant and cannot be eliminated entirely there ae suitable and acceptable means of allowing seafarers to access shore leave safely.

**Australian Maritim safety Authority (AMSA)** has released a **Marine Notice -05/2023 on " Receiving Maritime safety Information(MSI)**

- AMSA as joint Rescue coordination center (JRCC) Australia and the Australian bureau of Meteorology (BoM) Broadcast MSI through the international Enhanced group call service ,using the international safety NET service (Inmarsat ) and the international safety cast service  (Iridium).These services are supplement by HF radiotelephone broadcasts
- Navigational warnings are made of NAVAREA X and coastal warning areas A to H .Meteorological warning and forecast are made of METAREA X ,the high seas (Noth eastern ,south eastern, Western , Northern , Sothern ) and coastal waters (Bass Strait ,Torres strait ,Northern Territory ,western Australia ,Northern Australia )
- Further details the limits of these areas and broadcast times are provided on the AMSA website marine safety information and BoM website .
- Autralia does not provide a NAVTEX Service .MSI Broadcast for NAVAREA X And METAREA X ,the high seas and coastal waters are available through the Pacific Ocean Region (POR) and Indian Ocean Region (IOR) satellites .
- MSI broadcast for costal warning areas is only available through the POR satellites .MSI Broadcast for NAVAREA  X, METAREA X the high seas and coastal warnings areas is available via the iridium safety cast service .

Petitioner_0339403

# 9.FEEDBACKS

Terminal Feedback

The Terminal Authority appreciates the master, crew  and the team of synergy marine for rectifying an issue prior to berthing.

Owners  Feedback

Nil

Charter Feedback

Nil

Petitioner_0339404

**Arsha S**

| | |
|---|---|
| **From:** | QHSE Synergy Marine |
| **Sent:** | Monday, February 12, 2024 2:52 PM |
| **Cc:** | QHSE Synergy Marine |
| **Subject:** | Bulletin/Flashback/12/24 - Flashback 'Jan |
| **Attachments:** | Flashback - January.pdf |

[ BCC: To All Synergy Marine vessels, Vessels Management and Training Groups ]

Dear Captains and Chief Engineers,

Good day!

Please find attached the January'24 edition of the company's newsletter - Flashback. We thank all the ships staff for their valuable contributions to this newsletter.  There were many high learning potentials Near misses and LARP's which have been captured. All these reporting's serves as a good learning potential and a base for controlling incidents from developing into a critical one. Please keep up the good reporting of the LARP's and Near Misses.

**Kindly note, our KPI for LARP is 7 LARPs per vessel / per month and KPI for Near Miss is 1 Near Miss per vessel / per month.**

There are many vessels who have not reported any LARP or Near miss for the past few months. We request those vessels to kindly make their valuable contributions. If there is any issue faced in reporting the same, please reach out to your SMT. We thank the ships team for reporting these near misses. We urge all vessels to ensure that these near misses are identified on board and ensure that the same does not occur on board your vessels.

Kindly discuss this newsletter with all ships staff on board. Please contact the undersigned for any clarifications.

Thanking you for your kind attention.


Kind Regards,
Rajesh Inigo
Manager (QHSE)
_____
Synergy Marine Pte. Ltd.
#1, Kim Seng Promenade,
#10-11/12, West Tower | Great World City,
Singapore 237994
Ph: +91 44 4321 5555 | Fax: +91 44 4321 5500
Dir: +91 44 6621 5641 | Mobile: +91 9840642199

Petitioner_0717879

# SYNERGYMARINE PTE LTD

# FLASHBACK

### A Record to revisit the past

**January 2024**



Petitioner_0717880

# Table Of Contents

1. Near miss reports

2. PSC Nil Deficiencies

3. Best Practice

4. Injury

5. Incident Report

6. LARP

7. Internal Audit Findings

8. Maritime News

9. Dry Trade Index

10. Regulations

11. Customer Feedback

Petitioner_0717881

# 1.NEARMISS

*"A situation in which an accident or disaster was narrowly avoided."*

| Near miss KPI -Per Vessel/Month | |
|---|---|
| Near miss Reported on Jan'24 | 64 |
| Average Near misses for Jan'24 | 0.3 |
| Near misses reported till Jan'24 | 586 |
| Average Near misses for the Jan' 24 | 0.2 |

### MONTHLY COMPARISION OF NEARMISS

■ Dec (2023)   ■ Jan (2024)



40, 38%

64, 62%



Unsafe condition.  ∘  Unsafe act  ∘  Near miss  ∘  Accident

Petitioner_0717882

**Event** – While rigging Pillot ladder for picking up pilot at Elizabeth Anchorage, Crew members working close to shipside with open railing and without lifejacket and fall arrestor.

**LFI** – Crew to practice safe working practices and ensure the fall arrester and life vest is donned whilst rigging pilot/combi/accommodation ladders.

**Event** – When STBD side gangway is deployed till deck level, it automatically comes to stowed position without operating the gangway switch.

**LFI** –It is advisable to try out the operation of the gangway prior to putting it in actual use for good order. Any malfunction to be immediately notified.

**Event** – Spare magnetic compass had been removed by responsible officer for inspection but not placed back in designated location afterwards. The vessel was rolling and there was possibility of it falling and breaking as it was kept on an elevated table. But luckily it was spotted by a relief officer and secured in a proper location.

**LFI** – The maintenance tasks of critical equipment/component to be completed as soon as possible. Personnel should refrain from keeping the components lying open, not assembled/fitted back.

**Event** –After bunkering, sampling valve was kept open with cubitainer in place. The manifold valve was closed to prepare for air blow. The barge started filling up the hose with air, as pressure built up in hose, oil and air sprayed out from cubitainer.

**LFI** – Bunkering team should ensure the sample collecting cubitainer should be shut once the bunker is over, prior to blowing the lines.

**Event** –There is a passing of un-confirmed / wrong information among crew members.

**LFI** – Such gossip/inaccurate information can lead to confusion/ unpleasant atmosphere onboard.

Petitioner_0717883

# 2.PSC Inspections

**Congratulations to our below vessels for achieving a flawless record with NIL deficiencies this month!**

- Protostar N
- Unity N
- Lampard
- SDTR Erica
- Tianjin Bridge
- Lowlands future



**PSC-NIL DEFECIENCIES -2 MONTHLY COMPARISION**

10 — DEC
6 — JAN



In View of the above trend , we appreciate your dedication and outstanding performance in the recent months.

However, we have noticed a decline in the PSC inspections resulting in zero deficiencies when compared to the previous month. Therefore, we kindly request all the vessels to exert extra effort to ensure PSC inspections yield nil deficiencies in the forthcoming months.

Petitioner_0717884

# 3.BEST PRACTICES

*Best Practices ,which are above and more than the requirements of SMS and are seen as improvement of the SMS.*

*"No Best Practices for the month of January "*

*Information: Starting on the 5th of each month, we want to give vessels a heads-up to share their SF-12 forms a couple of days before that date.*

# 4.Injury

*Our aim is to Zero Injury ,Zero Damages and Zero Pollution."*

| Date | Description of Injury | Lesson from Incident |
|------|----------------------|---------------------|
| 12-Jan-24 | While working in the E/R the fitter's hand struck with a  sharp metal plate during work resulting in a deep cut of approx. 3cm X 1cm on the Back of his hand. The wound has been cleaned and applied dressing with Povidone Iodine. | While handling metal items care to be taken and it should be borne in mind that these objects have sharp/rusted surfaces, ends which can cause cut injuries when touched with naked hands. It is advisable to wear leather gloves while handling metal objects/plates. |
| 14-Jan-24 | Oiler got injured on nose and suspect nose broken inside. Visible cut mark on nose and heavily bleeding initially pain around Nose and Forehead area. | Whilst working in engine room, carrying out preventive/breakdown maintenance tasks personnel to wear proper PPE which will avoid occurrence of such instances. |
| 21-Jan-24 | While working in hold no.7 in lower hoppers and side frames the crew accidentally slipped from ladder and was complaining pain in right side back shoulder. | While carrying out critical tasks on deck, crew should administer and take all precautions to avoid slip/trips and fall. |
| 22-Jan-24 | While bunker sounding , The chief engineer been reported as fallen on deck and felt pain on his lower back . | While carrying out critical tasks on deck, crew should administer care and take all precautions to avoid slip/trips and fall. |

Petitioner_0717885

# 5. INCIDENTS /DAMAGES

*\*An Occurrence ,Condition or Situation arising in the course of work that resulted in or could have resulted in injuries ,illness ,damage to health or Fatalities\**

| Date | Description of Incident | Lesson from Incident |
|------|------------------------|----------------------|
| **12-Jan-24** | A Crewmember been arrested for  Alcohol Violation ((Shore Leave) in Hamburg, Germany | Whilst on shore leave refrain from intake of too much alcohol. Totally avoid consuming hard liquor. |

*"Reporting any incidents and situations that may lead to incidents and affects the safe operation of the ship ,present a risk to human life or the risk of pollution."*

Petitioner_0717886

# 6.LARPS

| LARP KPI—7 PER VESSEL/MONTH | |
|---|---|
| LARPs reported in Jan'24 | 230 |
| Average LARPs in Jan'24 | 3.4 |
| Total LARPs raised till Jan'24 | 4930 |
| Average LARP till Jan'24 | 6.1 |

## Best LARPS for the month of January is raised by

*" Ever Grade."*



Petitioner_0717887



LARPS raised for the month of January

## LARP Unsafe Act

Found one of the deck crew keeping cargo watch on shore side.

## Action Taken

Advised him to use the seaside, as it is safe for movement.

-Ever Grade

## LARP Unsafe Act

A crew member was seen operating the incinerator loading door without securing it to a strongpoint.

This could have caused the heavy door to fall and cause serious injury.

## Action Taken

The crew was asked to secure the loading door and wear appropriate PPE before operating the incinerator.

AM Ocean Star

## LARP Safe Act.

One of the crew members found the underdeck passageway in wet condition due to condensation same was mopped & dried.

## Action Taken

The crew has been appraised for the Act.

-Ever Greet

## LARP Unsafe Act

A crew member found climbing of vertical ladder with tools in the hand.

## Action Taken

Immediately stopped him and told him to go down without the tools and later lowered it with the rope.

-AM Ocean Silver

## LARP safe Act

While in port of Zhenjiang during Sludge Disposal, crew that opening the floor gratings to the BSOT.

## Action Taken

Placed ropes and warning notices to prevent someone from falling in the open floor grating.

-Navios Corali

## LARP Unsafe Condition

During the referee, it was noticed that one of the hinges of flap of lashing bridge at bay 58 (A)(P) is broken and needed to be repaired .

## Action Taken

The same has been reported to the chief Officer.

-Hyundai Tokyo

## LARP Unsafe Act

Found duty engineer taking bunker sounding on main deck at nighttime in the dark, without informing duty officer on the bridge.

## Action Taken

The duty engineer was informed immediately not to go on deck at dark without informing duty officer as it is not safe. Also, a second engineer was informed to discuss this with all E/R staff.

-Pacific West

Petitioner_0717890

# INTERNAL AUDIT FINDINGS

ISM/ISPS/MLC

- Bridge equipment antenna is not marked on monkey island as per antenna plan.

- MSDS for OSD stored in SOPEP locker and eye wash were found missing.

- Safety depth contour setting in ECDIS was not in effect in compliance with the stipulated UKC policy.

- Formal training is required to OOW to understand the practical application of UKC policy requirements – Safety

- Operating procedures for Emergency Generator, Emergency steering in Training manual were not ship specific.

- Sulphur record book entries to be made for every fuel change over in ECA.

- Sky light not closed for security measures.

- The extinguisher was found to be badly rusted, and the discharge hose is kinked.

- Lube oil leak observed from running generators.

- Too many gas bottles onboard and the bottles are not secured properly.

- Firefighting and lifesaving equipment shall be maintained in good working condition as per the ships planned maintenance system, "solas checklist" and LSA and FFA maintenance manual

- Good Practice of Line management plan has not been effectively followed.

- The IMO Symbols do not comply with the fire control plan.

- The Fire doors week check not effectively followed.

- According to the Requirements of Navigation Manual CH-7.7, the Navigation watch level of pilotage, Entering /Leaving port need to be followed the Water Lever III.

- There is  no fire hydrant on main deck found and some was damaged, and the water was  leaking.

- MS box housing the emergency generator quick closing valve remote operating lever found severely corroded/wasted.

- The OOW did not follow the instructions of the Navigation Manual for effective Position Fixing during the pilotage in Fengcheng Port. The positioning frequency is 15 minutes.

- Stbd side ISC box cover was rusted and broken and the port side ISC did not have the required equipment. (Spanners, bolts).

- Rescue boat painter rope frayed and needed to be renewed.

- TRO unit reagent found empty in both ballast TRO unit.

- Lifeboat launching instructions smudged and torn and no seating arrangement posted for sequential boarding.

- SI lights and lifelines of all lifebuoys were found incorrectly connected. All found connected to grab line instead of lifebuoy body.

- Galley Exhaust trunk not cleaned and properly inspected as per schedule.

- OWS tested tank to tank recirculation and OWS to overboard line solenoid valve found defective.

- The ship did not take measures to block/lock the USB/RJ-45 port the lock the computer with only a password. Antivirus Policy has not been properly implemented.

- The RCU Fan is running 21959Hours, which is more than 20000Hours, which need to be replaced.

- Upon completion of internal transfer of bunker, it is only recorded in the oil record book and not in the Engine Logbook.

- The OOW did not follow the instructions of the Navigation Manual for effective Position and fixing during the pilotage in Fang cheng Port. The positioning frequency is 15 minutes.

- Only GPS No. 1 is recorded in the ship's position logbook.

- Pilot station informed to increase the speed duty officer acknowledged same not conveyed to master.

- POB not informed to engine room.

- Master and pilot communication on bridge during pilotage was very low tone which might not be recorded in VDR.

Petitioner_0717892

# 8.NEWS

### Distinguished Turkish Pilot Dies in Boarding Accident

The shipping community in Turkey is mourning the death of a distinguished member of its pilot's association who was killed in a boarding accident yesterday, February 4. It again highlights the dangers that pilots face when boarding vessels. Kok reportedly fell from the pilot's ladder into the water.  Another crewmember aboard the pilot boat jumped into the water and was able to retrieve him. The pilot was unconscious and was taken first to the pier and then transferred to the local hospital where he died. They are also investigating hypothermia due to the cold temperate of the sea.

**For more Information** https://www.maritime-executive.com/article/distinguished-turkish-pilot-dies-in-boarding-accident

### Coastguardsmen Rescue a Very Lucky Dog After Eight Days in a Container



As PO2 Ryan McMahon and his team were walking through a container terminal at Port of Houston, they heard barking and scratching from a container stacked high above them. They got the terminal's longshoremen to bring the container to the ground, and when they opened it up, a shaggy dog came out through the door.

A team of Coast Guard marine inspectors rescued a dog that had been trapped inside a shipping container, saving it from an export voyage and an uncertain fate.

**For more Information :** https://www.maritime-executive.com/article/coastguardsmen-rescue-a-very-lucky-dog-after-eight-days-in-a-container

### Australia Refuses Livestock Carrier to Sail Around Africa to Avoid Houthis.

The saga of a shipload of sheep continues as Australian officials have now decided to deny a new export permit for the livestock carrier Bahijah to start a second voyage to Israel this time going around Africa to avoid the danger of a Houthi attack in the Red Sea. The ship has been loaded for more than a month with animal rights groups decrying the fate of the animals and slow decisions by the authorities saying it is further evidence why live export must be discontinued.

**For more Information :** https://www.maritime-executive.com/article/australia-refuses-livestock-carrier-to-sail-around-africa-to-avoid-houthis

### Fatal Sea Collision in Philippines Takes Lives of Two Crew Members



On 31st Jan, two Filipino crew members lost their lives in a sea collision involving a passenger ferry off the coast of Batangas, Philippines. The Philippine Coast Guard confirmed that at 12:30 pm local time, two passenger vessels collided near Matoco Point in Batangas City.

**For more Information :** https://www.fleetmon.com/maritime-news/2024/44341/fatal-sea-collision-philippines-takes-lives-two-cr/

Petitioner_0717893

## Bulk Carrier Hits River Bridge in Argentina, Parana Waterway Closed

A bulk carrier vessel, the "EN MAY" hit a support pillar for a vital road bridge that connects Buenos Aires with Argentina's northern Entre Rios province. The accident resulted in the Parana River Waterway being closed.

The vessel allided with the southwestern pylon of the bridge on the Zarate side of the river. The bridge pylons have protruding defensive buttresses on the side that faces the river upstream, however, there were no defenses on the side where the pylon was hit.

For more Information : **https://www.fleetmon.com/maritime-news/2024/44313/bulk-carrier-hits-river-bridge-in-argentina-parana/**

## Crew Member Attempts Suicide Amidst Ongoing Cocaine Smuggling Investigation

The third engineer of a bulker vessel, which has been detained in India for the past 45 days in India allegedly jumped overboard after slitting his wrist on Sunday, January 14th, in what is being construed as a possible suicide attempt.



The bulker vessel in question is the "MV DEBI", is currently being held three miles off the port of Paradip in India in relation to suspected smuggling activities after 22 kg's of cocaine was found hidden on the vessel. The engineer was rescued by a fellow crewmember and was taken to the Paradip Port Authority Hospital, later being transferred to a private hospital for advanced treatment. The engineer is reported to be in a stable condition.

For more Information : **https://www.cnbc.com/2023/12/31/us-navy-helicopters-fire-at-yemens-houthi-rebels-and-kill-several-in-latest-red-sea-shipping-attack.html**

Petitioner_0717894

# !!Let's think ? !!

*Maritime version*

## Switching to ammonia as marine fuel may create more problems than it solves.

**Switching to ammonia as a marine fuel, with the goal of** decarbonization**, can instead create entirely new problems, a recent study found.** As part of the study from Chalmers University of Technology in Sweden, researchers carried out life cycle analyses for batteries and for three electro fuels including ammonia.

Eutrophication and acidification are some of the environmental problems that can be traced to the use of ammonia – as well as emissions of laughing gas, which is a very potent greenhouse gas.

In the search for viable fossil-free marine fuels, ammonia has been on the agenda for several years as one of the strongest alternatives. Ammonia (NH3) is a carbon-free fuel and has the advantage of a higher energy density than, for example, hydrogen. It can also be liquefied fairly easily although it is a gas at standard conditions.

However, a significant disadvantage is that the production of **electro-ammonia – which requires electricity** – is very energy intensive. Moreover, the new study shows that an eagerness to rid the shipping sector of carbon emissions, by using ammonia, might create entirely new problems instead.

*"Although ammonia is carbon-free, its combustion in engines is not free from greenhouse gas emissions", Selma Brynolf, Chalmers researcher and co-author of the paper, explained ".*

"The energy carriers examined included electricity via batteries, and three electro fuels: hydrogen, methanol, and ammonia. The energy carriers were in turn used in combination with both engines and fuel cells. The study shows "The market is usually drawn by costs, and since electro-ammonia has the lowest cost, the market is aiming towards it. There is a hype around this fuel in shipping today. But if, and when, we make a shift to ammonia, it is to solve the problem of using fossil fuels, and at the moment it seems like we might end up creating more problems instead," Fayas Malik Kanchiralla added.

This is because ammonia comes with a set of environmental disadvantages. Its use as a fuel can affect air and water quality due to ammonia leakage and emissions of nitrogen oxides (NOx), such as laughing gas (N2O).hat ammonia and methanol have the lowest cost of the alternatives studied"

**To study more about the causes and impacts** : https://www.offshore-energy.biz/switching-to-ammonia-as-marine-fuel-may-create-more-problems-than-it-solves/

Petitioner_0717895

# 9.DRY TRADE INDEX

*-As on 08 Dec*



For more information : https://tradingeconomics.com/commodity/baltic

## World Container Index

Drewry's World Container Index decreased by 4% to $3,824 per 40ft container  this week





For more information : https://www.drewry.co.uk/supply-chain-advisors/supply-chain-expertise/world-container-index-assessed-by-drewry

Petitioner_0717896

# 10.REGULATIONS

**1 January 2024 - SOLAS amendments  - modernized GMDSS**

**Adopted by MSC 105:**

Following a comprehensive review of the Global Maritime Distress and Safety System (GMDSS), the MSC adopted a set of amendments to complete the work on modernization of the GMDSS and to enable the future use of modern communication systems in the GMDSS whilst removing obsolete requirements. The amendments are expected to enter into force on 1 January 2024. They include amendments to SOLAS chapters II-1, III, IV and V, and the appendix (Certificates); the 1988 SOLAS Protocol; the 1994 and 2000 HSC Codes; the 1983 and 2008 SPS Codes; and the 1979, 1989 and 2009 MODU Codes.  Also substantial number of amendments or revisions to existing related resolutions and guidelines, including performance standards for relevant equipment.

**1 January 2024 - Revised  FAL Convention**

**Adopted by FAL 46**

Amendments to the Facilitation (FAL) Convention which will make the single window for data exchange mandatory in ports around the world, marking a significant step in the acceleration of digitalization in shipping.

Other amendments adopted include lessons learnt from the COVID-19 pandemic and add new and amended Recommended Practices to prevent corruption and illicit activities in the maritime sector.

**Mandatory Single Window** - The amendments update the provisions of the FAL Convention on mandatory electronic data exchange in ports for ship clearance. The amendments to the annex of the Convention will make it mandatory for public authorities to establish, maintain and use single window (SW) systems for the electronic exchange of information required on arrival, stay and departure of ships in ports. In addition, public authorities will have to combine or coordinate the electronic transmission of the data to ensure that information is submitted or provided only once and re-used to the maximum extent possible.

**Provisions derived from lessons learned during the course of the COVID-19 pandemic** - Contracting Governments and their relevant public authorities are required to allow ships and ports to remain fully operational during a public health emergency of international concern (PHEIC), in order to maintain complete functionality of global supply chains to the greatest extent possible. Public authorities are also required to designate port workers and ships' crew as key workers (or equivalent), regardless of their nationality or the flag of their ship, when in their territory. Best practice recommendations aim to prevent obstacles to crew movement for repatriation, crew change and travel, and encourage dissemination of information about public health matters and expected protection measures by ship operators.

The amendments concerning arrival and departure of persons require public authorities to inform passengers about vaccination requirements sufficiently in advance of departure and vaccinators to use the International Certificate of Vaccination or Prophylaxis in order to assure uniform acceptance.

**Tackling maritime corruption** - Updates to the FAL Convention take a systemic approach to addressing the issue of corruption associated with the ship-shore interface in ports. Contracting Governments are now required to encourage public authorities to assess the risks of corruption and address them by developing and implementing preventive measures to strengthen integrity, transparency and accountability. Public authorities are required to coordinate efforts to detect, investigate and sanction corruption related to ships' calls in the port, including through national and international cooperation.

Petitioner_0717897

**Updated definitions** - The amendments bring in updated definitions and general provisions for various terms used in the Convention, establishing agreed terminology. This means that all stakeholders, whether at a port, onboard a ship or a third party (such as a public authority, etc.) will now have a clear consensus on the meaning of terms such as 'actual time of arrival', 'estimated time of arrival', 'authenticate', etc.

**Watertight doors on cargo ships**

The requirements to watertight doors in MARPOL Annex I, the Load Lines Convention, the IBC Code and the IGC Code have been amended to harmonize the consideration of watertight doors in damage stability calculations with the same in SOLAS. The inconsistencies were related to the type of watertight doors (sliding, hinged), to the technical/operational requirements and to the terminology for the frequency of use of watertight doors.

The amendments to the Load Lines Convention and the IBC Code will enter into force on 1 January 2024, and the amendments to MARPOL Annex I and the IGC Code will enter into force on 1 July 2024. The amendments will apply to cargo ships and will not have any impact on existing ships.

**1 May 2024**

**Adopted by MEPC 79:**

Mediterranean Sea Emission Control Area for Sulphur Oxides and particular matter - designation of Mediterranean Sea, as a whole, as an Emission Control Area for Sulphur Oxides and Particular Matter, under MARPOL Annex VI. In such an Emission Control Area, the limit for sulphur in fuel oil used on board ships is 0.10% mass by mass (m/m), while outside these areas the limit is 0.50% m/m.

Petitioner_0717898

# 11.FEEDBACK

**Terminal Feedback**

Nil

**Charterer Feedback**

Nil

**Owners Feedback**

Nil

**Vendor feedback**

Nil

**Flag Feedback**

Nil

Petitioner_0717899