UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

|  |  |
|---|---|
| In the Matter of the Petition | |
| of | Civ. No. JKB-24-0941 |
| GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI, | *IN ADMIRALTY* |
| and | |
| SYNERGY MARINE PTE LTD, as Manager of the M/V DALI, | |
| for Exoneration from or Limitation of Liability | |

---

ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD

Enter my appearance as counsel in this case for Claimant Ziola Xiomara Guerra, as mother of minor D.G.  I certify that I am admitted to practice in this Court.

May 21, 2026

/s/ *Neal C. Baroody*

Neal C. Baroody (Bar #04536)
nbaroody@baroodyotoole.com
Baroody & O'Toole
201 North Charles Street, Suite 2102
Baltimore, Maryland 21201
(410) 539-8410 (telephone)
(410) 539-8411 (facsimile)