## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * | **Civ. No. 24-0941-JKB** |
| | * | |
| | * | *IN ADMIRALTY* |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

The proposed pretrial order and related attachments (ECF Nos. 723, 723-1–6, 746, 746-3–53,[1] and 764-1) are APPROVED subject to the following modifications:

1. The trial will begin on June 1, 2026, and will be conducted on June 1–4, 8–11, 15–18, 22–25, and 29–30.

   a. The trial shall proceed in six stages: Opening statements of two hours per side (1 day); Claimants' case in chief (7 days); Petitioners' case in chief (7 days); Claimants' rebuttal (1 day); Petitioners' sur-rebuttal (1 day); and Closing arguments of three hours per side (1 day).

   b. The Court will use the "50% rule," as explained to the parties during the May 5, 2026, pretrial conference. Under that rule, provided that cross-examination does not exceed 50% of the time that direct examination took, it does not count against cross-examining party's time. Any time above 50% will count against the party conducting cross-examination and will be subtracted from time allocated to them for subsequent segments of the trial.

---

[1] The Court has excluded ECF Nos. 746-1 and 746-2, which were the parties' separate exhibit lists. The parties supplemented their filings with a joint exhibit list, ECF No. 764-1, which will serve as the exhibit list for purposes of the pretrial order. The Court has also excluded ECF No. 764-2–9, which are documents with respect to which admissibility is disputed and which do not form part of any pretrial order.

c. Trial will start at 9:30 a.m. and conclude at 4:00 p.m. each day. The Court plans to take a fifteen minute recess in the morning, a one hour or one hour and fifteen minute recess for lunch, and a fifteen minute recess in the afternoon.

d. June 1 will be reserved for opening arguments and June 30 will be reserved for closing arguments. As set out above, each side will have two hours for opening arguments and three hours for closing arguments.

2. Petitioners sought to amend Paragraph 7 of the Petitioner for Exoneration from or Limitation of Liability. (ECF No. 723 at 2–3.) The parties briefed this issue (ECF Nos. 731, 733), and the Court denied Petitioners' request to amend the petition (ECF No. 741).

3. The parties provided their witness lists. (ECF Nos. 723-3–6.)

   a. The following witnesses are stricken from the witness lists:

      i. Bartholomew Barnum;

      ii. Ramadass Venkatarao; and

      iii. Publio Beltran.

   b. Further, Petitioners are required to disclose to Claimants any witnesses they plan to call remotely by video by May 26, 2026, at 5:00 p.m.

4. The parties provided their joint exhibit list. (ECF No. 764-1.) The following exhibits are stricken from the exhibit list:

   a. Exhibit No. 3129, "May 12, 2026, Indictment U.S. District Court, Maryland Case 1:26-cr-00118-JKB";

   b. Exhibit No. 3130, "VIR Findings Email and Attachment";

   c. Exhibit No. 3131, "Whatapp message string"; and

   d. Exhibit No. 3132, "Balaji draft email."

DATED this 21 day of May, 2026.

BY THE COURT:

James K. Bredar
United States District Judge