**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. 24-00941-JKB<br><br>*IN ADMIRALTY* |

### ORDER RE: CLAIMANTS' UNOPPOSED MOTION TO APPROVE PROPOSED TRIAL PROCEDURE

The Court, having considered, Claimants' Unopposed Motion to Approve Proposed Trial Procedure (ECF No. 772), rules as follows:

Claimants' motion is granted. Claimants are relieved from the obligation of playing or reading the designated portions of the Fifth Amendment witnesses' transcripts into the record when presented at trial.

DATED this 22nd day of May, 2026

BY THE COURT

/s/ JAMES K. BREDAR

_____
James K. Bredar
United States District Judge

1