## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| **In the Matter of the Petition**<br><br>**Of**<br><br>**GRACE OCEAN PRIVATE LIMITED,** as Owner of the M/V DALI,<br><br>**And**<br><br>**SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,**<br><br>**for Exoneration from or Limitation of Liability** | **Docket No. 24-cv-000941-JKB**<br><br>*IN ADMIRALTY* |

## ORDER

Upon consideration of the motion of Howard R. Feldman to withdraw as counsel of record in this matter on behalf of Claimants, the State of Maryland, on its own behalf and on behalf of all its agencies; the Maryland Transportation Authority; the Maryland Port Administration; and the Maryland Department of the Environment (the "Motion"), it is on this **26** day of May, 2026, by the United States District Court for the District of Maryland hereby ORDERED:

1.      That the Motion is GRANTED; and

2.      That Howard R. Feldman's appearance be and is hereby withdrawn as counsel of record in this matter.

_____
United States District Judge