**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| |
|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. |

Docket No. JKB 24-cv-941

*IN ADMIRALTY*

**JOINT NOTICE OF SETTLEMENT**

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners") and Claimants Lillian Hummel, personal representative of the Estate of Dorlian Ronial Castillo Cabrera; Eban Perez; Jesus Castillo; and Wilder Castillo Cabrera (collectively "Claimants"), by their respective undersigned counsel, hereby notify the Court that they have reached a settlement in this case and that all claims in the Claimants' "Claims for Wrongful Death, Survival, and Punitive Damages" ("Claim") (ECF No. 100) have been settled. Petitioners and Claimants, therefore, respectfully request that the Court dismiss the Claimants' Claim against Petitioners (ECF No. 100) and enter the attached proposed Local Rule 111 Settlement Order.

Dated: May 28, 2026

*(Signature Pages Follow)*

Respectfully Submitted,

*FOR CLAIMANTS, LILLIAN HUMMEL, PERSONAL REPRESENTATIVE OF THE ESTATE OF DORLIAN RONIAL CASTILLO CABRERA; EBAN PEREZ; JESUS CASTILLO; AND WILDER CASTILLO CABRERA*

FRIEDMAN RUBIN PLLC

*/s/ Michael White*
Michael White*
MWhite@friedmanrubin.com
David Roosa*
DRoosa@friedmanrubin.com
1109 1st Avenue, Suite 501
Seattle, WA 98101


GUPTA WESSLER LLP

Matthew W.H. Wessler*
Matt@guptawessler.com
Deepak Gupta*
Deepak@guptawessler.com
Thomas Scott-Railton*
Thomas@guptawessler.com
2001 K. Street NW, Suite 850 North
Washington, DC 20006


CASA, INC.

Ama Frimpong-Houser (Bar No. 30562)
AFrimpong-Houser@wearecasa.org
8151 15th Avenue
Hyattsville, MD 20783

*Admitted *pro hac vice*

*FOR PETITIONERS*

DUANE MORRIS LLP

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900


BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra*
Noe.Hamra@blankrome.com*
Neil P. McMillan*
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

3

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 28th day of May 2026, the foregoing Joint Notice of Settlement, along with a corresponding proposed Settlement Order (Local Rule 111), was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

*/s/ Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com