**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |
|---|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>     and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**<u>SETTLEMENT ORDER</u>**
**<u>(Local Rule 111)</u>**

The Court has been advised by Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners") and Claimants Lillian Hummel, personal representative of the Estate of Dorlian Ronial Castillo Cabrera; Eban Perez; Jesus Castillo; and Wilder Castillo Cabrera (collectively "Claimants") that all claims in the Claimants' "Claims for Wrongful Death, Survival, and Punitive Damages" ("Claim") (ECF No. 100) have been settled. Accordingly, pursuant to Local Rule 111, it is hereby **ORDERED** that:

All claims in the Claimants' Claim against Petitioners are hereby dismissed, with each party to bear its respective costs with respect to the Claimants' Claim. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reinstate the Claimants' Claim against Petitioners if for any reason settlement is not consummated. Should no party move to reinstate the Claimants' Claim against Petitioners within 60 days of the date of this Order, the dismissal shall be with prejudice.

Dated: _____

_____
The Honorable James K. Bredar
United States District Judge