**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as<br>Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of<br>Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**CONSENT MOTION TO MODIFY THE
COURT'S APRIL 21, 2026, SETTLEMENT ORDER**

As the Court is aware, the State of Maryland ("State") and the Petitioners have reached a settlement resolving the State's claims in this action.  Following notice of that agreement, the Court entered a conditional Settlement Order on April 21, 2026 (ECF 719). The Order dismissed the State's claims subject to the parties' right to move to reopen the action on or before May 31, 2026, "if settlement is not consummated."  The Order further provided that, absent such a motion, the dismissal would convert to a dismissal with prejudice on June 1, 2026.

Since entry of the Settlement Order, the settlement process has proceeded smoothly and without dispute.  Because of the size and significance of the settlement, however, the

parties were required to complete multiple layers of internal review and approval before finalizing and executing the Mutual Release and Settlement Agreement.  As a result, the settlement closing and payment date were delayed until June 5, 2026.

Accordingly, although the parties fully expect the settlement to be consummated, the process will not be completed by the June 1 deadline set forth in the Settlement Order. The State therefore moves, with the Petitioners' consent and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to modify the Settlement Order by extending the date on which the dismissal converts to a dismissal with prejudice from June 1, 2026, to June 10, 2026. The requested extension will permit the settlement funds to be received and cleared before the dismissal becomes final with prejudice.

WHEREFORE, the State  respectfully requests that the motion to modify the Court's Settlement Order be granted.

Respectfully submitted this 28th day of May 2026,

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (Bar No. 04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
T: (410) 584-2800

*/s/ R. Keith Jarrett*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar No. 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*

Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T: (504) 581-7979
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
T: (314) 952-4132

William J. Jackson*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
mpimienta@kelleydrye.com
T: (713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037

ahomer@kelleydrye.com
T: (858) 795-0426

Melissa E. Byroade (Bar No. 31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
mbyroade@kelleydrye.com
T: (202) 342-8400

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
***Attorneys for State of Maryland***

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that, pursuant to Local Rule 105.9, counsel for the State conferred with counsel for Petitioners on May 27, 2026, regarding the relief requested in this motion and obtained their consent to both the filing of the motion and the relief sought therein.

/s/ R. Keith Jarrett

R. Keith Jarrett (La. Bar No. 16984)

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 28th day of May 2026, a copy of the foregoing

pleading was served via the court's CM/ECF system on all counsel of record.


*<u>/s/ Margaret Fonshell Ward</u>*
Margaret Fonshell Ward
