**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| |
|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>      and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. |

Docket No. JKB 24-cv-941

*IN ADMIRALTY*

<u>**JOINT NOTICE OF SETTLEMENT**</u>

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners") and Claimants Jeffrey D. Katz, personal representative of the Estate of Maynor Yasir Suazo Sandoval; Bertalia Verenice Martinez Funez, both individually and as mother and next friend of Alexa Michelle Suazo Martinez; David Yasir Suazo Posadas; and Rosa Emerita Sandoval Paz (collectively "Claimants"), by their respective undersigned counsel, hereby notify the Court that they have reached a settlement in this case and that all claims in the Claimants' "Claims for Wrongful Death, Survival, and Punitive Damages" ("Claim") (ECF No. 103) have been settled. Petitioners and Claimants, therefore, respectfully request that the Court dismiss the Claimants' Claim against Petitioners (ECF No. 103) and enter the attached proposed Local Rule 111 Settlement Order.

Dated: May 29, 2026

*(Signature Pages Follow)*

Respectfully Submitted,

*FOR CLAIMANTS, JEFFREY D. KATZ, PERSONAL REPRESENTATIVE OF THE ESTATE OF MAYNOR YASIR SUAZO SANDOVAL; AND BERTALIA VERENICE MARTINEZ FUNEZ, BOTH INDIVIDUALLY AND AS MOTHER AND NEXT FRIEND OF ALEXA MICHELLE SUAZO MARTINEZ*

SICO LAW GROUP

/s/ Craig M. Sico
Craig M. Sico*
CSico@shhlaw.com
802 N. Carancahua Street, Suite 900
Corpus Christi, Texas 78401

CESAR ORNELAS LAW, PLLC

Cesar Ornelas II*
Cesar@oinjurylaw.com
Angela Tabares*
ATabares@oinjurylaw.com
JonCarlo Serna*
JCSerna@oinjurylaw.com
14607 San Pedro Avenue
San Antonio, Texas 78232

LAW OFFICES OF MATT SIMMONS, ESQ.

Matt Simmons (Bar No. 14700)
Matt@hoyalaw.com
401 E. Jefferson Street, Suite 208
Rockville, Maryland 20850

*Admitted *pro hac vice*

*FOR CLAIMANT, DAVID YASIR SUAZO POSADAS*

BEKMAN, MARDER, HOPPER, MOORE &
QUINN, LLC

*/s/ Paul D. Bekman*
Paul D. Bekman (Bar No. 00019)
Bekman@mdtrialfirm.com
1829 Reisterstown Road, Suite 200
Baltimore, MD 21208


JEZIC & MOYSE, LLC

James R. Hoffman, Jr. (Bar No. 13482)
JHoffman@jezicfirm.com
2730 University Boulevard, West, Suite 604
Wheaton, MD 20902

*FOR CLAIMANT, ROSA EMERITA SANDOVAL PAZ*

AZRAEL, FRANZ, SCHWAB, LIPOWITZ & SOLTER, LLC

*/s/ Judson H. Lipowitz*
Judson H. Lipowitz (Bar No. 05138)
JLipowitz@azraelfranz.com
John R. Solter (Bar No. 27483)
JSolter@azraelfranz.com
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286

4

*FOR PETITIONERS*

DUANE MORRIS LLP

*/s/ Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900


BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra*
Noe.Hamra@blankrome.com*
Neil P. McMillan*
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 29th day of May 2026, the foregoing Joint Notice of Settlement, along with a corresponding proposed Settlement Order (Local Rule 111), was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

<u>*/s/ Laurie G. Furshman*</u>
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com