**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| |
|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. |

Docket No. JKB 24-cv-941

*IN ADMIRALTY*

**JOINT NOTICE OF SETTLEMENT**

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners") and Claimant, Baltimore Gas and Electric Company (the "Claimant"), by their respective undersigned counsel, hereby notify the Court that they have reached a settlement in this case and that all claims in Claimant's "Claim and Answer to Petition for Exoneration from or Limitation of Liability" ("Claim") (ECF No. 213) have been settled. Petitioners and Claimant, therefore, respectfully request that the Court dismiss the Claimant's Claim against Petitioners (ECF No. 213) and enter the attached proposed Local Rule 111 Settlement Order.

Dated: May 29, 2026

*(Signature Pages Follow)*

Respectfully Submitted,

*FOR CLAIMANT, BALTIMORE GAS AND ELECTRIC COMPANY*

OFFIT KURMAN, P.A.

*/s/ Mark J. Dimenna*
Mark J. Dimenna (Bar No. 07247)
Mark.Dimenna@offitkurman.com
1954 Greenspring Drive, Suite 605
Timonium, Maryland 21093

Ted G. Semaya*
TSemaya@offitkurman.com
590 Madison Avenue, 6th Floor
New York, New York 10022


VENTKER HENDERSON STANCLIFF, PLLC

David N. Ventker*
DVentker@ventkerlaw.com
Marissa M. Henderson*
MHenderson@ventkerlaw.com
256 West Freemason Street
Norfolk, Virginia 23510


*Admitted *pro hac vice*

*FOR PETITIONERS*

DUANE MORRIS LLP

*/s/ Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900


BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra*
Noe.Hamra@blankrome.com*
Neil P. McMillan*
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

3

**<u>CERTIFICATE OF SERVICE</u>**

I CERTIFY that on this 29th day of May 2026, the foregoing Joint Notice of Settlement, along with a corresponding proposed Settlement Order (Local Rule 111), was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com