| CATEGORY OF CLAIM | DOCKET NO. | CLAIMANT(S) | STATUS OF SETTLEMENT | NOTICE OF SETTLEMENT FILED (Y/N)? |
|---|---|---|---|---|
| **Property Damage** | | | | |
| | 87 | Brawner Builders, Inc. | Settled (subject to finalizing agreement) | No |
| | 121 | Ace American Insurance Company | Fully settled (agreement finalized and signed by all parties) | Yes |
| | 157 & 567 | State of Maryland, Maryland Transporation Authority (MTA), The Maryland Port Administration (MPA), and the Maryland Departmnet of the Environment (MDE) | Fully settled (agreement finalized and signed by all parties) | Yes |
| | 191 | State Farm Insurance Companies as Subrogee of Maria Hunter | Settled (subject to finalizing agreement) | No |
| | 213 | Baltimore Gas and Electric Company | Settled (subject to finalizing agreement) | Yes |
| **Public Economic Damages** | | | | |
| | 17 & 142 | Mayor and City Council of Baltimore | Not settled | No |
| | 171 | Baltimore County | Not settled | No |
| **Private Economic Damages** | | | | |
| | 78 | Underwood Energy Inc. | Not settled | No |
| | 145 & 222 | - R.E. West, Inc. <br> - E. Marine Motor Yachy Sales PTY Ltd. <br> - Captain Logistics LLC <br> - American Publishing LLC <br> - B&R Construction Services, Inc <br> - International Trade Solutions, Inc <br> - Penn Manufacturing Industries LLC <br> - PMI Eng Exports Private TLD <br> - PMI Global Technologies PVT LTD | Not settled | No |
| | 171 | Baltimore County | Not settled | No |
| | 183 | Navision Shipping DK A/S | Voluntary Dismissal (Order at Dkt. 499) | No |
| | 186 & 395 | Consol Energy Inc. | Not settled | No |
| | 188 | Star Bulk (Singapore) Pte. LTD | Not settled | No |
| | 189 & 142 | American Sugar Refining, Inc and Florida Sugar & Molasses Exchange, Inc. | Not settled | No |
| | 239 | - Gerald Barney <br> - Thomas Crawley <br> - Ryan Hale <br> - Tulani Hasan <br> - Donny Jackson <br> - Alonzo Key <br> - Charles Peacock <br> - Douglas Ramos | Not settled | No |
| | 241 | Assignees and Subrogees of Ports America Chesapeake, LLC <br><br> Including: Markel Syndicate Management Limited; Liberty Mutual Insurance Europe SE; QBE Corporate Limited; Munich RE Syndicate Limited; AXA XL Underwriting Agencies Limited; Evanston Insurance Company; Canopius Corporate Capital LTD.; as Subrogees of Ports America Chesapeake and as assignee of PAC | Not settled | No |
| **Clean Up Costs** | | | | |
| | 82 | United States of America | Fully settled (agreement finalized and signed by all parties) | Yes |
| **Personal Injury** | | | | |
| | 318 | Damon Davis | Not settled | No |
| | 90 | Julio Cervantes Suarez and his spouse, Marisela Hernandez Salgado | Settled (subject to finalizing agreement) | Yes |
| **Wrongful Death** | | | | |
| | 93 | (1) Mark Binstock, personal representative of the Estate of Carlos Daniel Hernandez Estrella; <br> (2) Emilio Hernandez Salgado, surviving father of the decedent; and <br> (3) Lucia Estrella Zambrano, surviving mother of the decedent. | Settled (subject to finalizing agreement) | Yes |

| | | | |
|---|---|---|---|
| | 96 | (1) Matthew Bogin, personal representative of the Estate of Alejandro Hernandez Fuentes; and (2) Mariela Hernandez, as the surviving spouse of the decedent; and (3) Mariela Hernandez, as next friend/mother of J.A.H., W.A.H., C.M.H., and J.N.H, four surviving minor children of the decedent | Settled (subject to finalizing agreement) | Yes |
| | 99 | (1) John Condliffe and Lillian Hummel, co-personal representatives of the Estate of Miguel Angel Luna; (2) Maria del Carmen Castellon Quintana, surviving spouse of the decedent; (3) Miguel Leonardo Luna Lemus, surviving son of the decedent; (4) Karina Elizabeth Luna Lemus, surviving daughter of the decedent; (5) Rudy Osvaldo Luna Rauda, surviving son of the decedent; (6) Sara Veraly Luna Rauda, surviving daughter of the decedent; and (7) Marvin Yubini Luna Lemus, surviving son of the decedent. | Settled (subject to finalizing agreement) | Yes |
| | 100 | (1) Lillian Hummel, personal representatives of the Estate of Dorlian Ronial Castillo Cabrera; (2) Eban Perez, surviving mother of the decedent; (3) Jesus Castillo, surviving father of the decedent; and (4) Wilder Castillo Cabrera, surviving older brother of the decedent. | Settled (subject to finalizing agreement) | Yes |
| | 103 | (1) Jeffrey D. Katz, as personal representative of The Estate of Maynor Suazo Sandoval; (2) Bertalia Verenice Martinez Funez, surviving wife of the decedent; (3) Bertalia Verenice Martinez Funez as next friend/mother of Alexa Michelle Suazo Martinez, surviving minor daughter of the decedent; (4) David Yasir Suazo Posadas, surviving son of the decedent; and (5) Rosa Emerita Sandoval Paz, surviving mother of the decedent. | Settled (subject to finalizing agreement) | Yes |
| | 104 | (1) Jeffrey Goldstein, personal representatives of the Estate of Jose Mynor Lopez; (2) Eduar Yoel Flores Lopez, surviving son of Mr. Lopez; (3) Yeslin Yamileth Lopez Flores, surviving daughter of Mr. Lopez; (4) Dilia Flores, as mother of minor A.L., surviving minor son of Mr. Lopez; (5) Zoila Xiomara Guerra, as mother of D.G., surviving minor daughter of Mr. Lopez; (6) Nora Hilda de Jesus Lopez Orellana de Guerra, mother of Mr. Lopez; and (7) Mackon Mahomed Guerra Lopez, younger brother of Mr. Lopez. | Settled (subject to finalizing agreement) | Yes |
| **Worker's Comp Reimbursement** | | | |
| | 114 | Brawner Builders, Inc. and Zurich American Insurance Company (Payments to Julio Cervantes Suarez) | Will be dismissed as part of the settlement of Dkt. 90 | No |
| | 115 | Brawner Builders, Inc. and Zurich American Insurance Company (Payments to Maynor Sandoval) | Will be dismissed as part of the settlement of Dkt. 103 | No |
| | 116 | Brawner Builders, Inc. and Zurich American Insurance Company (Miguel Luna, Sr.) | Will be dismissed as part of the settlement of Dkt. 99 | No |
| | 117 | Brawner Builders, Inc. and Zurich American Insurance Company (Payments to Jose Lopez) | Will be dismissed as part of the settlement of Dkt. 104 | No |
| | 118 | Brawner Builders, Inc. and Zurich American Insurance Company (Payments to Alejandro Fuentes) | Will be dismissed as part of the settlement of Dkt. 96 | No |
| | 119 | Brawner Builders, Inc. and Zurich American Insurance Company (Payments to Carlos Estrella) | Will be dismissed as part of the settlement of Dkt. 93 | No |
| | 120 | Brawner Builders, Inc. and Zurich American Insurance Company (Payments to Dorlian Cabrera) | Voluntary Dismissal (Order at Dkt. 634) | N/A |
| **Cargo and GA Claims** | | | |

| | | | |
|---|---|---|---|
| | 128 | Liberty Mutual Insurance Company | Settled (subject to finalizing agreement) | No |
| | 135 | Fornazor International, Inc. | Settled (subject to finalizing agreement) | Yes |
| | 159 | New York Marine and General Insurance Company and Certain Underwriters at Lloyd's of London, Axis Syndicate 1686 | Settled (subject to finalizing agreement) | No |
| | 180 | Hussain Ali Saeed Al Dosariy | Not settled | No |
| | 206 | Timothy Mark Wilson | Not settled | No |
| | 208 | Zim Integrated Shipping Services, LTD. | Not settled | No |
| | 215 | MSC Mediterranean Shipping Company S.A. | Settled (subject to finalizing agreement) | No |
| | 227 | MSC Mediterranean Shipping Company S.A. with respect to Property Insured by TT Club Mutual Insurance Ltd. | Settled (subject to finalizing agreement) | No |
| | 516 | Naj Logistics Express Inc and Nejoum Al Jazeera Used Cars LLC | Settled (subject to finalizing agreement) | No |
| | 230 | Wisconsin Spice, Inc. | **Cargo Claim** - Not Settled<br>**GA Claim** - Settled (subject to finalizing agreement) | No |
| | 232 | JLJ International Holdings, LLC and Atlantic Specialty Insurance Company | Settled (subject to finalizing agreement) | No |
| | 235 | ALTS USA, LLC and Atlantic Specialty Insurance Company | Settled (subject to finalizing agreement) | No |
| | 237 | Skyline International Corporation and Atlantic Specialty Insurance Company | Settled (subject to finalizing agreement) | No |
| | 344 | Mukesh Desai, on Behalf of R.M. Metals, a Division of R.M. Creations, Inc. | **Cargo Claim** - Not Settled<br>**GA Claim** - Settled (subject to finalizing agreement) | No |
| | 392 & 449 | Cargo Claimants: W.E.Cox, W.K. Webster, Roose, Great American, Kennedys, Clyde | Settled (subject to finalizing agreement) | No |