**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| |
|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. |

Docket No. JKB 24-cv-941

*IN ADMIRALTY*

**JOINT NOTICE OF SETTLEMENT**

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners") and Claimant Brawner Builders, Inc. (the "Claimant"), by their respective undersigned counsel, hereby notify the Court that they have reached a settlement in this case and that all claims in Claimant's "Claim Pursuant to Supplemental Federal Rule F(5) in Relation to the Key Bridge Allision" ("Claim") (ECF No. 87) have been settled. Petitioners and the Claimant, therefore, respectfully request that the Court dismiss the Claimant's Claim against Petitioners (ECF No. 87) and enter the attached proposed Local Rule 111 Settlement Order.

Dated: May 29, 2026

*(Signature Pages Follow)*

Respectfully Submitted,

*FOR CLAIMANT, BRAWNER BUILDERS, INC.*

POST & SCHELL, P.C.

*/s/ Andrew J. Connolly*
Andrew J. Connolly (Bar No. 20882)
AConnolly@postschell.com
Colin E. Burgess (Bar No. 20665)
CBurgess@postschell.com
Mary Casper*
MCasper@postschell.com
Jesse Plaksa*
JPlaksa@postschell.com
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103


*Admitted *pro hac vice*

*FOR PETITIONERS*

DUANE MORRIS LLP

*/s/ Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900


BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra*
Noe.Hamra@blankrome.com*
Neil P. McMillan*
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

3

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 29th day of May 2026, the foregoing Joint Notice of Settlement, along with a corresponding proposed Settlement Order (Local Rule 111), was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

<u>/s/ *Laurie G. Furshman*  </u>
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com