## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| In the Matter of the Petition of GRACE | * | Civ. No. 24-0941-JKB |
| OCEAN PRIVATE LIMITED, *et al.*, for | * | |
| Exoneration from or Limitation of | | *IN ADMIRALTY* |
| Liability | * | |
| | * | |

\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*　　\*

### ORDER

On May 30, 2026, Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd. filed a Second Motion to Stay Civil Proceedings. (ECF No. 827.) The remaining Claimants have filed a Response. (ECF No. 829.) The Motion will be heard on June 1, 2026, at 9:30 a.m. before any commencement of the trial otherwise scheduled to begin at that time. SO ORDERED.

DATED this  31st  day of May, 2026.

BY THE COURT:

/s/ JAMES K. BREDAR

James K. Bredar
United States District Judge