## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability | * * * * * | Civ. No. 24-0941-JKB<br><br>*IN ADMIRALTY* |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

For the reasons stated in open court, it is ORDERED that:

1.  Petitioners' Second Motion to Stay Civil Proceedings (ECF No. 827) is GRANTED. The Court grants a stay to permit the parties to brief and to permit the Court to consider the applicability of *Robins Dry Dock & Repair Company v. Flint*, 275 U.S. 303 (1927) to the remaining claims. The trial that was set to begin today and all related dates are VACATED.

2.  Petitioners SHALL FILE a motion for judgment on the pleadings by June 15, 2026. Remaining Claimants SHALL FILE their response in opposition by June 29, 2026. Petitioners SHALL FILE their reply by July 13, 2026.

DATED this __1__ day of ~~May~~ June, 2026.

BY THE COURT:

_____
James K. Bredar
United States District Judge