**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

|  |  |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## SETTLEMENT ORDER
## REGARDING CONTAINER SHELL CLAIM

The Court has been advised that Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners") and Claimants MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company Holding S.A. with respect to the property onboard the M/V DALI insured by TT Club Mutual Insurance Ltd. (collectively "Claimants") have settled the claim for damage to or destruction of certain Shipping Container Shells asserted against Petitioners in ECF No. 227. Accordingly, pursuant to Local Rule 111, it is hereby **ORDERED** that:

The claim for damage to or destruction of certain Shipping Container Shells asserted against Petitioners in ECF No. 227 is hereby dismissed, with each party to bear its respective costs with respect to that claim. The entry of this Order is without prejudice to the right of any party to move for good cause within 90 days to reinstate that claim against Petitioners

if for any reason settlement is not consummated. Should no party move to reinstate that claim within 90 days of the date of this Order, the dismissal of that claim shall be with prejudice.

This Order is limited to the claim for damage to or destruction of certain Shipping Container Shells asserted by Claimants against Petitioners in ECF No. 227. Claimants' separate General Average claims asserted in ECF No. 227 are addressed by a separate notice of settlement and Local Rule 111 Settlement Order. Together, this Order and the separate order regarding Claimants' General Average claims address all claims asserted by Claimants against Petitioners in ECF No. 227, subject to the terms of each order.

Dated: June 1, 2026

The Honorable James K. Bredar
United States District Judge