**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>***IN ADMIRALTY*** |

**JOINT SUPPLEMENTAL NOTICE OF SETTLEMENT**

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd ("Petitioners") and Claimants AXA XL London, et al., listed on the attached Schedules A-1, A-2, A-3, A-4 and A-5, (the "Claimants"), by their respective undersigned counsel—and in accordance with this Court's Order (ECF No. 851)—hereby notify the Court that they have reached a settlement in this case. Petitioners and Claimant, therefore, respectfully request that the Court dismiss the Claimant's Claim against Petitioners (ECF No. 392 and 449) and enter the attached proposed Local Rule 111 Settlement Order.

Dated: June 5, 2026

***(Signature Pages Follow)***

Respectfully Submitted,

*FOR CARGO CLAIMANTS AXA XL London, et al.,*
*listed on the attached Schedules*
*A-1, A-2, A-3, A-4 and A-5*

*/s/ Terry L. Goddard*
James D. Skeen (00010)
Terry L. Goddard Jr. (15460)
Skeen & Kauffman, LLP
9256 Bendix Road, Suite 102
Columbia, MD 21045
T: (410) 625-2252
F: (410) 625-2292
jskeen@skaufflaw.com
tgoddard@skaufflaw.com

- And-

John J. Sullivan (*pro hac vice*)
HILL RIVKINS LLP
45 Broadway, Suite 2110
New York, NY 10006
jsullivan@hillrivkins.com
T: (212) 669-0609
F: (212) 669-0698

*FOR PETITIONERS*

DUANE MORRIS LLP

*/s/ Laurie G. Furshman*
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra
Noe.Hamra@blankrome.com*
Neil P. McMillan
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I CERTIFY that on this 5th day of June 2026, the foregoing Joint Supplemental Notice of Settlement, along with a corresponding proposed Settlement Order (Local Rule 111), was filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com