**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**SECOND CONSENT MOTION TO MODIFY THE**
**COURT'S APRIL 21, 2026, SETTLEMENT ORDER**

As the Court is aware, following notice that the State of Maryland ("State") and the Petitioners reached a settlement, the Court entered a conditional Settlement Order on April 21, 2026 (ECF 719). The Order dismissed the State's claims subject to the parties' right to move to reopen the action on or before May 31 "if settlement is not consummated." The Order further provided that, absent such a motion, the dismissal would convert to a dismissal with prejudice on June 1, 2026.

On May 28, 2026, the State filed a consent motion to extend the date on which the dismissal converts to a dismissal with prejudice from June 1 to June 10 (ECF 784), which the Court granted (ECF 789). Since then, some unexpected delays have caused the

settlement process to slow down. Accordingly, the parties doubt that the settlement will be fully consummated by the current June 10 deadline.

The State therefore moves, with the Petitioners' consent and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to modify the Court's prior Settlement Orders (ECF 719 and 789) by extending the date on which the dismissal converts to a dismissal with prejudice from June 10, 2026, to June 17, 2026.

WHEREFORE, the State respectfully requests that the motion to modify the Court's Settlement Order be granted.

Respectfully submitted this 9th day of June 2026,

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (Bar No. 04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
T: (410) 584-2800

*/s/ R. Keith Jarrett*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar No. 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T: (504) 581-7979
dreisman@liskow.com
rkjarrett@liskow.com

rwaid@liskow.com
ebmcintosh@liskow.com
jshifalo@liskow.com
eastrunk@liskow.com

Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
T: (314) 952-4132

William J. Jackson*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
mpimienta@kelleydrye.com
T: (713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

*/s/ Melissa E. Byroade*
Melissa E. Byroade (Bar No. 31335)
KELLEY DRYE & WARREN LLP
670 Maine Ave SW
Suite 600

Washington, DC 20024
mbyroade@kelleydrye.com
T: (202) 342-8400

Mark Lanier\*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

\*Admitted *Pro hac vice*
***Attorneys for State of Maryland***

**CERTIFICATE OF COMPLIANCE**

Undersigned counsel certifies that, pursuant to Local Rule 105.9, counsel for the State conferred with counsel for Petitioners on June 9, 2026, regarding the relief requested in this motion and obtained their consent to both the filing of the motion and the relief sought therein.

/s/ R. Keith Jarrett

R. Keith Jarrett (La. Bar No. 16984)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 9th day of June 2026, a copy of the foregoing pleading was served via the court's CM/ECF system on all counsel of record.

/s/ Melissa E. Byroade

Melissa E. Byroade