## UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND
### NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as<br>Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of<br>Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

## ORDER

Considering the State of Maryland's Consent Motion to Modify the Court's April 21, 2026, the Court's prior Settlement Order (ECF 719 and 789), IT IS HEREBY ORDERED that the Motion is GRANTED, and the date for the dismissal of the State of Maryland's claims to convert to a dismissal with prejudice is modified from June 10, 2026, to June 17, 2026.

DATED this ___9___ day of June 2026.

BY THE COURT:

James K. Bredar
United States District Judge