UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

In the Matter of the Petition

of

GRACE OCEAN PTE LTD., as Owner of the
M/V DALI,

and

SYNERGY MARINE PTE LTD, as Manager
of the M/V DALI,

for Exoneration from or Limitation of
Liability.

Docket No. JKB 24-cv-941

*IN ADMIRALTY*

## SETTLEMENT ORDER
### (Local Rule 111)

The Court has been advised by Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd ("Petitioners") and Claimants AXA XL London, et al., listed on the attached Schedules A-1, A-2, A-3, A-4 and A-5 (the "Claimants") that the Claimants' Claims (ECF Nos. 392 and 449) have been settled. Accordingly, pursuant to Local Rule 111, it is hereby **ORDERED** that:

The Claimants' Claims against Petitioners are hereby dismissed, with each party to bear its respective costs with respect to the Claimants' Claim. The entry of this Order is without prejudice to the right of a party to move for good cause within 60 days to reinstate the Claimants' Claim against Petitioners if for any reason settlement is not consummated. Should no party move to reinstate the Claimants' Claim against Petitioners within 60 days of the date of this Order, the dismissal shall be with prejudice.

Dated: June 9, 2026

The Honorable James K. Bredar
United States District Judge