**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**PETITIONERS' MOTION TO DISMISS THE CLAIM FILED BY**
**TIMOTHY MARK WILSON FOR FAILURE TO PROSECUTE**

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd (collectively "Petitioners"), through undersigned counsel BLANK ROME LLP and DUANE MORRIS LLP, hereby move under Fed. R. Civ. P. 41(b) to dismiss with prejudice the Claim filed by Timothy Mark Wilson (ECF No. 206) in its entirety. The reasoning and authorities in support of this Motion are set forth in the attached Memorandum of Law, along with the Declaration of Noe S. Hamra and Exhibits A-F attached thereto, all of which are incorporated herein.

Dated: June 15, 2026

DUANE MORRIS LLP

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com

Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

BLANK ROME LLP

Luke M. Reid (Bar No. 31228)
Luke.Reid@blankrome.com
125 High Street, 3rd Floor
Boston, MA 02110
617-415-1200

William R. Bennett, III*
William.Bennett@blankrome.com
Thomas H. Belknap, Jr.*
Thomas.Belknap@blankrome.com
Noe S. Hamra*
Noe.Hamra@blankrome.com*
Neil P. McMillan*
Neil.McMillan@blankrome.com*
1271 Avenue of the Americas
New York, NY 10020
212-885-5000

Kierstan L. Carlson*
Kierstan.Carlson@blankrome.com
Emma C. Jones*
Emma.Jones@blankrome.com
1825 Eye St. NW
Washington, DC 20006
202-420-2200

*Admitted *pro hac vice*

2

## **CERTIFICATE OF SERVICE**

I CERTIFY that on this 15th day of June 2026, the Petitioners' Motion to Dismiss the Claim Filed by Timothy Mark Wilson for Failure to Prosecute and the Memorandum of Law in support thereof and its Exhibits and Declaration attached thereto, along with a proposed order, were filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com