## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### ORDER

Considering the State of Maryland's Third Consent Motion to Modify the Court's April 21, 2026, Settlement Order, IT IS HEREBY ORDERED that the Motion is GRANTED, and the date for the dismissal of the State of Maryland's claims to convert to a dismissal with prejudice is modified from June 17, 2026, to July 1, 2026.

DATED this _17_ day of June 2026.

BY THE COURT:

James K. Bredar
United States District Judge