## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * <br> * <br> * <br> * <br> * | **Civ. No. 24-0941-JKB** <br><br> *IN ADMIRALTY* |

\* \* \* \* \* \* \* \* \* \* \*

### ORDER

Timothy Mark Wilson, proceeding pro se, filed a claim in this case. (ECF No. 206.) Petitioners have filed a motion to dismiss his claim for lack of prosecution. (ECF No. 857.) Mr. Wilson is ADVISED that he must file any response in opposition to Petitioners' motion on or before June 29, 2026. He is FOREWARNED that his failure to file a response in opposition may result in the dismissal of his claim without further notice by the Court. Although Mr. Wilson has consented to electronic service via EDSS, the Clerk SHALL MAIL a copy of this order and Petitioners' motion (ECF No. 857) to Mr. Wilson.

DATED this 17 day of June, 2026.

BY THE COURT:

James K. Bredar
United States District Judge