**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability, | Docket No.  JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**CLAIMANTS' MOTION TO SHORTEN TIME FOR RESPONSE TO THE**
**MOTION FOR EXTENSION OF TIME TO RESPOND**

The Private Economic Loss Claimants ("Claimants") pursuant to Local Rule 105, respectfully move for this Court to enter an order shortening time within which Petitioners or other parties may file a response to Claimants Motion for Extension of Time, and in support state as follows:

1.      Immediately prior to the filing of this Motion, Claimants have filed a Motion for Extension of Time to Respond to Motion for Judgment on the Pleadings as to all Purely Economic Loss Claims.

2.      The current deadline for Claimants to respond is June 29, 2026.

3.      Unless the Court shortens the time for any responses none will be due to the Court before the current deadline.

1

4.      Pursuant to Local Rule 105.2(a), the Court has the discretion to shorten the time within which a party may respond to a motion.

5.      The Court should exercise its discretion and shorten the time for the filing of responses to Claimants' Motion for Extension of Time to two (2) days so that, if the Court is inclined to grant Claimants' Motion for Extension of Time, it may enter an order and inform the parties before the current deadline.

6.      Shortening the time as requested is in the interests of the expedient resolution of Claimants' Motion for Extension of Time and will not unfairly prejudice any other party.

7.      For the foregoing reasons, the Claimants respectfully request that this Court shorten the time for the filing of responses to Claimants' Motion for Extension of Time to two (2) days.

Dated: June 23, 2026                    Respectfully submitted,

**LOCHNER LAW FIRM, P.C.**

*/s/ Todd D. Lochner*
Todd D. Lochner (25691)
7076 Bembe Beach Rd, Suite 201 Mailbox 6
Annapolis, Maryland 21403
Tel.: 410-716-4400
Fax: 443-716-4405
tlochner@lochnerlawfirm.com
***Lead Counsel for Private Economic Loss Claimants***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify on June 23, 2026, I filed and served the foregoing motion on counsel of record through this Court's CM/ECF system.

By: *ted*/s/ Todd D. Lochner
Todd D. Lochner (25691)