**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| |
|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as<br>Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager<br>of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability |

Civ. No. 24-00941-JKB

*IN ADMIRALTY*

**THE MAYOR AND CITY COUNCIL**
**OF BALTIMORE'S RESPONSE TO OTHER CLAIMANTS'**
**MOTION FOR EXTENSION OF TIME TO RESPOND**

The Mayor and City Council of Baltimore (the "City"), by their undersigned counsel, respectfully advise the Court that the City neither joins nor opposes the Motion for Extension of Time to Respond filed by other Claimants (ECF No. 862).  In the event that the Court grants that extension motion, however, the City requests that its opposition brief be due on that same day.

Dated:  June 24, 2026

Respectfully submitted,

/s/ *Adam J. Levitt*
Adam J. Levitt
Diandra "Fu" Debrosse
**DICELLO LEVITT LLP**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Tel.:  312-214-7900
alevitt@dicellolevitt.com
fu@dicellolevitt.com

*Lead Counsel for the Local*
*Government Claimants and*
*Counsel for the City of Baltimore*

Jeffrey P. Goodman
Javier Puga
**SALTZ MONGELUZZI &**
**BENDESKY P.C.**
One Liberty Place – 52nd Floor
1650 Market Street
Philadelphia, Pennsylvania 19103
Tel.:  215-575-2970
jgoodman@smbb.com
jpuga@smbb.com

*Counsel for the City of Baltimore*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of June, 2026, a copy of the foregoing Response was served via the court's CM/ECF system on all counsel of record.

/s/ *Adam J. Levitt*
Adam J. Levitt