## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |  |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * | **Civ. No. 24-0941-JKB** |
| | * | |
| | * | *IN ADMIRALTY* |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

On June 24, 2026, Private Economic Loss Claimants filed three motions (ECF Nos. 861–863) seeking to extend the deadline and the page limit for their response in opposition to Petitioners' Motion for Judgment on the Pleadings as to All Purely Economic Loss Claims (ECF No. 856). Petitioners take no position on Claimants' request to extend the page limit from thirty pages to fifty, but oppose the request to extend the deadline from June 29, 2026, to July 13, 2026. (ECF Nos. 861, 862.) Private Economic Loss Claimants move the Court to order Petitioners to file their opposition to the extension of the deadline within twenty-four hours. (ECF No. 863.) Claimant City of Baltimore neither joins nor opposes the request to extend the deadline, but requests that if the Court does extend the deadline for Private Economic Loss Claimants that it grant the same extension to the City. (ECF No. 864.)

In consideration of Claimants' motions, it is hereby ORDERED:

1. Claimants' Motion for Leave to File Excess Pages (ECF No. 861) is GRANTED IN PART and DENIED IN PART. Private Economic Loss Claimants' response in opposition to Petitioners' Motion for Judgment on the Pleadings as to All Purely Economic Loss Claims (ECF No. 856) SHALL NOT exceed forty (40) pages in length.

2. Claimants' Motion for Extension of Time to File Response/Reply (ECF No. 862) is GRANTED IN PART and DENIED IN PART. All Claimants' responses in opposition to Petitioners' Motion for Judgment on the Pleadings as to All Purely Economic Loss Claims (ECF No. 856) SHALL BE FILED on or before July 6, 2026, and Petitioners' reply in support of their Motion SHALL BE FILED on or before July 20, 2026.

3. Claimants' Motion to Shorten Time (ECF No. 863) is DENIED as moot.

DATED this 24th day of June, 2026.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge