**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 24-cv-00941 (JKB)<br><br>IN ADMIRALTY |

**JOINT CONSENT MOTION TO MODIFY CERTAIN**
**LOCAL RULE 111 ORDERS REGARDING GENERAL AVERAGE CLAIMS**

Petitioners Grace Ocean Private Limited and Synergy Marine Pte Ltd. ("Petitioners"), together with the undersigned Cargo Interests and Container Shell Interests, as defined in the fully executed Stipulation Between Petitioners and Cargo Claimants on General Average Claims dated May 29, 2026, a copy of which is attached hereto as Exhibit A (the "GA Stipulation"), respectfully submit this Joint Consent Motion to modify certain Local Rule 111 Orders dismissing GA Claims (as defined in the GA Stipulation) to conform those Orders to the parties' agreement in the GA Stipulation.

Following extensive negotiations, Petitioners, Cargo Interests, and Container Shell Interests entered into the GA Stipulation to provide for the dismissal without prejudice of the GA Claims asserted in the Limitation Proceedings (as defined in the GA Stipulation), while preserving the parties' rights and defenses. The GA Stipulation does not settle or resolve the GA Claims. The

GA Stipulation reflects Petitioners' position that any claims Petitioners may have against Cargo Interests and Container Shell Interests for general average contributions are affirmative claims that Petitioners must bring, have not been asserted in the Limitation Proceedings, and will not be adjudicated or resolved by the Limitation Proceedings.  The parties agreed that Cargo Interests and Container Shell Interests would promptly take the necessary steps to have their respective GA Claims voluntarily dismissed without prejudice and without costs. Separately, the GA Stipulation addresses the forum and timing for any future action by Petitioners  against any Cargo Interest or Container Shell Interest claimed to owe general average contributions in connection with the Casualty, which action would be brought pursuant to the GA Stipulation in the United States District Court for the Southern District of New York if no amicable resolution is reached.

Consistent with the GA Stipulation, the parties submitted Notices of Settlement and proposed Local Rule 111 orders requesting dismissal of the GA Claims without prejudice. The proposed orders requested that the GA Claims remain dismissed without prejudice after expiration of the applicable reinstatement period in line with the parties' agreement in the GA Stipulation.

The Court thereafter entered Local Rule 111 Orders dismissing GA Claims. The Orders at issue are:

(i)    **ECF 823**, which dismissed the GA Claims asserted by New York Marine and General Insurance Company, Certain Underwriters at Lloyd's of London Axis Syndicate 1686, NAJ Logistics Express Inc., Nejoum Al Jazeera Used Cars LLC, and Liberty Mutual Insurance Company in ECF 128, 159, 229 and 516;

(ii)   **ECF 841**, which dismissed the GA Claims asserted by Wisconsin Spice, Inc. in ECF 230.

(iii)  **ECF 843**, which dismissed the GA Claims asserted by ZIM Integrated Shipping Services, Ltd., with respect to the property onboard the M/V DALI insured by TT Club Mutual Insurance Ltd., in ECF 208; and

(iv)    **ECF 845**, which dismissed the GA Claims asserted by MSC Mediterranean Shipping Company S.A. and MSC Mediterranean Shipping Company Holding S.A., with respect to the property onboard the M/V DALI insured by TT Club Mutual Insurance Ltd., in ECF 227

(collectively, referred to herein as the "Affected Orders").

In entering the Affected Orders, the Court applied the ordinary Local Rule 111 procedure and ordered that, absent a timely motion to reinstate, the dismissals "shall be with prejudice."

The parties respectfully submit that modification of the Affected Orders, effective as of their respective dates of entry, is necessary and appropriate to conform those Orders to the GA Stipulation and to avoid any unintended inconsistency between the Orders and the parties' agreement.

The dismissals of the GA Claims are not ordinary post-settlement dismissals resolving the merits of those claims. Rather, the parties agreed in the GA Stipulation that the GA Claims addressed in the Affected Orders would be dismissed without prejudice, while preserving the parties' rights and defenses. The parties, therefore, jointly and respectfully request that the Court modify the Affected Orders *nunc pro tunc* solely to provide that the GA Claims addressed therein are dismissed without prejudice and without costs pursuant to, and subject to the terms of, the GA Stipulation, and that such dismissals shall remain without prejudice even after expiration of the 60-day reinstatement period.

The requested modification is limited to GA Claims subject to the GA Stipulation and addressed in the Affected Orders. It does not affect the dismissal of any other claims, and does not expand, waive, or alter any party's rights, defenses, claims, contentions, forum or ripeness positions, or deadlines under the GA Stipulation, except as expressly provided in the GA Stipulation or in the Court's order granting the limited relief requested herein.

**WHEREFORE**, the parties respectfully request that the Court grant this Joint Consent Motion and enter the attached proposed order modifying the Affected Orders *nunc pro tunc*, effective as of their respective dates of entry, solely as to the GA Claims and subject to the limitations set forth above.

Respectfully submitted this 24th day of June 2026.

**DUANE MORRIS LLP**
*Attorneys for Petitioners Grace Ocean Private Limited
and Synergy Marine Pte Ltd.*

By:     */s/ Laurie Furshman*
        Laurie G. Furshman (Bar No. 29604)
        Robert B. Hopkins (Bar No. 06017)
        Tristan A. Dietrick (Bar No. 31238
        **DUANE MORRIS LLP**
        1201 Wills Street, Suite 330
        Baltimore, MD 21231
        (410) 949-2900
        RBHopkins@duanemorris.com
        LGFurshman@duanemorris.com
        tdietrick@duanemorris.com

        - and -

        William R. Bennett III*
        Thomas H. Belknap, Jr.*
        Alan Weigel*
        Neil P. McMillan*
        Noe S. Hamra*
        **BLANK ROME LLP**
        1271 Avenue of the Americas
        New York, NY 10020
        (212) 885-5000
        William.Bennett@blankrome.com
        Thomas.Belknap@blankrome.com
        Alan.Weigel@BlankRome.com
        Neil.McMillan@BlankRome.com
        noe.hamra@blankrome.com

        - and -

        Kierstan L. Carlson*

4

Emma C. Jones\*
**BLANK ROME LLP**
1825 Eye St. NW
Washington, DC 20006
(202) 420-2200
Kierstan.Carlson@blankrome.com
Emma.Jones@BlankRome.com
\*Admitted *Pro Hac Vice*

**NICOLETTI HORNIG NAMAZI ECKERT & SHEEHAN**
*Attorneys for Claimants New York Marine and General Insurance*
*Company, Certain Underwriters at Lloyd's*
*of London Axis Syndicate 1686, NAJ Logistics*
*Express Inc, and Nejoum Al Jazeera Used Cars LLC*

By:     */s/ Kevin J.B. O'Malley*
        Kevin J.B. O'Malley\*
        Wall Street Plaza
        88 Pine Street, Seventh Floor
        New York, NY 10005
        (212) 220-3830
        komalley@nicolettihornig.com

**NICOLETTI HORNIG NAMAZI ECKERT & SHEEHAN**
*Attorneys for Claimant Liberty Mutual Insurance Company*

By:     */s/ Samuel C. Coluzzi*
        Samuel C. Coluzzi\*
        4555 Mansell Road, Suite 300
        Alpharetta, GA 30022
        (770) 521-4234
        scoluzzi@nicolettihornig.com

5

**SILVERMAN THOMPSON SLUTKIN & WHITE**
*Attorneys for Claimant Wisconsin Spice, Inc.*

By:  */s/ Kurt E. Nachtman*
Kurt E. Nachtman, Esq. (Bar. No. 29838)
400 E. Pratt Street, 9th Floor
Baltimore, MD 21202
(410) 385-2225
kurt@silvermanthompson.com

**PALMER BIEZUP and HENDERSON, LLP**
*Attorneys for Claimant ZIM Integrated Shipping Services, Ltd.*

By:  */s/ Kevin G. O'Donovan*
Kevin G. O'Donovan*
190 North Independence Mall West
Suite 190
Philadelphia, PA 19106
(215) 625-7810
odonovan@pbh.com

**BROWN GAVALAS & FROMM LLP**
*Attorneys for Claimants MSC Mediterranean Shipping Company S.A.*
*and MSC Mediterranean Shipping Company Holding S.A.*
*with respect to the property onboard the M/V DALI insured*
*by TT Club Mutual Insurance Ltd.*

By:  */s/ Peter Skoufalos*
Peter Skoufalos*
Michael P. Naughton*
60 East 42nd St., Suite 4600
New York, New York 10165
(212) 983-8500
pskoufalos@browngavalas.com
mpn@browngavalas.com

6

## <u>CERTIFICATE OF SERVICE</u>

I CERTIFY that on this 24th day of June 2026, the foregoing Joint Consent Motion to Modify Certain Local Rule 111 Orders Regarding General Average Claims and Exhibit A attached thereto, along with a proposed order, were filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

/s/ *Laurie G. Furshman*
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
