**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **In the Matter of the Petition of GRACE OCEAN PRIVATE LIMITED, *et al.*, for Exoneration from or Limitation of Liability** | * <br> * <br> * | **Civ. No. 24-0941-JKB** <br><br> *IN ADMIRALTY* |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

On June 24, 2026, the Mayor and City Council of Baltimore (the "City") moved for an extension of the page limit for their response in opposition to Petitioners' Motion for Judgment on the Pleadings as to All Purely Economic Loss Claims (ECF No. 856). (ECF No. 865.) Petitioners do not oppose. (*Id.*)

The City's motion is hereby GRANTED IN PART and DENIED IN PART. The City's response in opposition to Petitioners' Motion for Judgment on the Pleadings as to All Purely Economic Loss Claims (ECF No. 856) SHALL NOT exceed forty (40) pages in length.

DATED this 25th day of June, 2026.

BY THE COURT:

/s/ JAMES K. BREDAR
James K. Bredar
United States District Judge