**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as<br>Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of<br>Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**FOURTH CONSENT MOTION TO MODIFY THE**
**COURT'S APRIL 21, 2026, SETTLEMENT ORDER**

As the Court knows, the State of Maryland ("State") and the Petitioners have settled. Unfortunately, given the size of the settlement, the process of finalizing the transaction is taking longer than the parties anticipated.

The Court's conditional Settlement Order of April 21, 2026 (ECF 719), dismissed the State's claims subject to the parties' right to move to reopen the action on or before May 31. Absent such a motion, the dismissal was to convert to a dismissal with prejudice on June 1. Three times since then, the State has filed consent motions to extend the deadline, which this Court granted (ECF 789, 854, and 859). The current "with-prejudice"

dismissal date is July 1, 2026.  The parties believe it is unlikely the settlement will be fully

consummated by this date.

Accordingly, the State hereby moves, with the Petitioners' consent and pursuant to

Federal Rule of Civil Procedure 6(b)(1)(A), to modify the Court's prior Settlement Orders

(ECF 719, 789, 854, and 859) to extend to July 10, 2026 the date on which the dismissal

of the State's claims converts to a dismissal with prejudice.

WHEREFORE, the State respectfully requests that this motion be granted.

Respectfully submitted on this 1st day of July 2026,

*/s/ Margaret Fonshell Ward*
Margaret Fonshell Ward (Bar No. 04586)
DOWNS WARD BENDER HERZOG
& KINTIGH, P.A.
1350 McCormick Road
Executive Plaza 3, Suite 400
Hunt Valley, Maryland 21031
mward@downs-ward.com
T: (410) 584-2800

*/s/ R. Keith Jarrett*
R. Keith Jarrett, T.A. *
David L. Reisman, T.A. (La. Bar No. 21833)*
Raymond T. Waid*
Elizabeth B. McIntosh*
Jessie E. Shifalo*
Elizabeth A. Strunk*
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
T: (504) 581-7979
dreisman@liskow.com
rkjarrett@liskow.com
rwaid@liskow.com
ebmcintosh@liskow.com

jshifalo@liskow.com
eastrunk@liskow.com


Scott S. Partridge*
PARTRIDGE LLC
231 Glendale Drive
Metairie, Louisiana 70001
scott@partridgellc.com
T: (314) 952-4132

William J. Jackson*
Maria F. Pimienta*
KELLEY DRYE & WARREN LLP
515 Post Oak Blvd, Suite 900
Houston, Texas 77027
bjackson@kelleydrye.com
mpimienta@kelleydrye.com
T: (713) 355-5000

Philip D. Robben*
Julia Schuurman*
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
probben@kelleydrye.com
jschuurman@kelleydrye.com
T: (212) 808-7800

Andrew W. Homer*
KELLEY DRYE & WARREN LLP
888 Prospect Street, Suite 200
La Jolla, California 92037
ahomer@kelleydrye.com
T: (858) 795-0426

Melissa E. Byroade (Bar No. 31335)
KELLEY DRYE & WARREN LLP
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
mbyroade@kelleydrye.com

T: (202) 342-8400

Mark Lanier*
The Lanier Law Firm
10940 W. Sam Houston Pkwy N
Suite 100
Houston, TX 77064
mark.lanier@lanierlawfirm.com
T: (713) 659-5200

*Admitted *Pro hac vice*
**Attorneys for State of Maryland**

## CERTIFICATE OF COMPLIANCE

Undersigned counsel certifies that, pursuant to Local Rule 105.9, counsel for the State conferred with counsel for Petitioners on July 1, 2026, regarding the relief requested in this motion and obtained their consent to both the filing of the motion and the relief sought therein.

/s/ R. Keith Jarrett
R. Keith Jarrett (La. Bar No. 16984)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 1st day of July 2026, a copy of the foregoing pleading was served via the court's CM/ECF system on all counsel of record.

/s/ R. Keith Jarrett
R. Keith Jarrett (La. Bar No. 16984)