**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>Of<br><br>GRACE OCEAN PRIVATE LIMITED,<br>as Owner of the M/V DALI,<br><br>And<br><br>SYNERGY MARINE PTE LTD, as<br>Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of<br>Liability | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

### ORDER

Considering the State of Maryland's Consent Motion to Modify the Court's April 21, 2026 Settlement Order, IT IS HEREBY ORDERED that the Motion is GRANTED, and the date for the dismissal of the State of Maryland's claims to convert to a dismissal with prejudice is modified from July 1, 2026 to July 10, 2026.

DATED this _____ day of July 2026.

BY THE COURT:

_____
James K. Bredar
United States District Judge