## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. 24-cv-00941 (JKB)<br><br>IN ADMIRALTY |

### ORDER

Considering the Joint Consent Motion to Modify Certain Local Rule 111 Orders Regarding General Average Claims, IT IS HEREBY ORDERED that the Motion is GRANTED. ECF Nos. 823, 841, 843 and 845 (the "Affected Orders") are modified, effective as of their respective original entry dates, solely as to the provisions stating that the dismissals shall be with prejudice if no party moves to reinstate within the applicable reinstatement period, and solely as applied to the General Average claims addressed in the Affected Orders and subject to the Stipulation Between Petitioners and Cargo Claimants on General Average Claims dated May 29, 2026 (the "GA Stipulation") (the "GA Claims").

As modified, the GA Claims shall remain dismissed without prejudice and without costs pursuant to, and subject to the terms of, the GA Stipulation after expiration of any reinstatement period in the Affected Orders.

Except as expressly provided herein, this Order does not modify, vacate, extend, stay, or otherwise affect the Affected Orders, any other order, the dismissal or status of any claim other than the GA Claims, or any party's claims, rights, defenses, positions, or deadlines; nor does this Order create or expand any claim, right, defense, position, obligation, or deadline beyond the terms of the GA Stipulation.

DATED this __1__ day of _July_ 2026.

BY THE COURT:

James K. Bredar
United States District Judge