**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**CONSENT MOTION TO MODIFY THE**
**COURT'S MAY 29, 2026, SETTLEMENT ORDER**

Claimants Lilliam Hummel, Personal Representative of the Estate of Dorlian Ronial Castillo Cabrera; Eban Perez; Jesus Castillo; and Wilder Castillo Cabrera settled their claims against the Petitioners on May 28, 2026. *See* Doc No. 781. On May 29, 2026, the Court entered a conditional Settlement Order (Doc. No. 791) (the "Settlement Order"). The Settlement Order dismissed Claimants' claims without prejudice subject to the parties' right to move to reopen the action on or before July 28, 2026. Absent such a motion, the dismissal converts to a dismissal with prejudice on that date.

While the parties have been actively finalizing the terms of the settlement agreement, the parties believe it is unlikely the settlement will be fully consummated by July 28, 2026. Accordingly, Claimants hereby move, with the Petitioners' consent and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to modify the Settlement Order to extend to September 26, 2026, the date of which the dismissal of Claimants' claims convert to a dismissal with prejudice.

WHEREFORE, Claimants respectfully request that this motion be granted.

Respectfully submitted on this 27th day of July, 2026.

CASA, INC.

*/s/ Ama Frimpong-Houser*
Ama Frimpong-Houser
8151 - 15th Avenue
Hyattsville, MD 20783
Afrimpong-houser@wearecasa.org
*Attorneys for Lillian Hummel, Personal Representative of the Estate of Dorlian Ronial Castillo Cabrera; Eban Perez; Jesus Castillo; and Wilder Castillo Cabrera*

*Notice of Filing to:*

DUANE MORRIS LLP

*/s/ Robert B. Hopkins*
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of July, 2026, the foregoing document and proposed Order were filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

DATED this 28th day of July, 2026.

Alexandria Gust, Paralegal
FRIEDMAN|RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446
agust@friedmanarubin.com