**UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. JKB-24-0941<br><br>*IN ADMIRALTY* |

**CONSENT MOTION TO MODIFY THE
COURT'S MAY 29, 2026, SETTLEMENT ORDER**

Claimants Jeffrey D. Katz, as personal representative of The Estate of Maynor Suazo Sandoval, Bertalia Verenice Martinez Funez, surviving wife of Maynor Yasir Suazo Sandoval, Bertalia Verenice Martinez Funez as next friend of Alexa Michelle Suazo Martinez, surviving minor daughter of Maynor Yasir Suazo Sandoval, David Yasir Suazo Posadas, surviving son of Maynor Yasir Suazo Sandoval, and Rosa Emerita Sandoval Paz, surviving mother of Maynor Yasir Suazo Sandoval settled their claims against the Petitioners on May 29, 2026. *See* Doc. No. 793. Later that day, the Court entered a conditional Settlement Order [Doc. No. 804] (the "Settlement Order"). The Settlement Order dismissed Claimants' claims without prejudice subject to the parties' right to move to reopen the action on or before July 28, 2026. Absent such a motion, the dismissal converts to a dismissal with prejudice on that date.

While the parties have been actively finalizing the terms of the settlement agreement, the parties believe it is unlikely the settlement will be fully consummated by July 28, 2026.

Accordingly, Claimants hereby moves, with Petitioners' consent and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to modify the Settlement Order to extend to September 26, 2026, the date on which the dismissal of Claimants' claims convert to a dismissal with prejudice.

WHEREFORE, Claimants respectfully request that this motion be granted.

Respectfully submitted on this 28th day of July, 2026.

Respectfully Submitted:

/s/ Matt Simmons
Matt Simmons
Federal Bar ID 14700
**LAW OFFICES OF MATT SIMMONS, ESQ.**
401 E. Jefferson St., Ste. 208
Rockville, Maryland 20850
Phone: (240) 671-4058
Email: Matt@Hoyalaw.com
**Attorneys for Jeff Katz as personal representative of the Estate of Maynor Suazo Sandoval, Bertalia Verenice Martinez Funez, and Bertalia Verenice Martinez Funez as next friend of Alexa Michelle Suazo Martinez**

/s/ Craig M. Sico
Craig M. Sico
**SICO LAW GROUP**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Phone: (361) 653-3300
Fax: (361) 653-3333
Email: csico@shhlaw.com
**Attorneys for Jeff Katz as personal representative of the Estate of Maynor Suazo Sandoval, Bertalia Verenice Martinez Funez, and Bertalia Verenice Martinez Funez as next friend of Alexa Michelle Suazo Martinez**
*Admitted pro-hac vice*

/s/ Cesar Ornelas II
Cesar Ornelas II
Angela Tabares
JonCarlo Serna
**CESAR ORNELAS LAW, PLLC**
14607 San Pedro Ave.
San Antonio, Texas 78232
Phone: (210) 957- 2103
Fax: (888) 342-8033
Email: cesar@oinjurylaw.com
**Attorneys for Jeff Katz as personal representative of the Estate of Maynor Suazo Sandoval, Bertalia Verenice Martinez Funez, and Bertalia Verenice Martinez Funez as next friend of Alexa Michelle Suazo Martinez**
*\*Admitted pro-hac vice*

/s/ Paul D. Bekman
Paul D. Bekman
Federal Bar ID 00019
**Bekman, Marder, Hopper, Malarkey & Perlin, L.L.C.**
1829 Reisterstown Road, Suite 200
Baltimore, Maryland 21208
Phone: (410) 539-6633
Fax: (410) 625-9554
Email: bekman@mdtrialfirm.com
**Attorney for David Yasir Suazo Posadas**

/s/ Judson H. Lipowitz
Judson H. Lipowitz
Federal Bar ID 05138
John R. Solter, Jr.
Federal Bar ID 27483
**Azrael, Franz, Schwab, Lipowitz & Solter, LLC**
101 E. Chesapeake Avenue, 5th Floor
Baltimore, Maryland 21286
Phone: (410) 821-6800
Email: jlipowitz@azraelfranz.com
Email: jsolter@azraelfranz.com
**Attorney for Rosa Emerita Sandoval Paz**

*Notice of Filing to:*

DUANE MORRIS LLP

/s/ Robert B. Hopkins
Robert B. Hopkins (Bar No. 06017)
RBHopkins@duanemorris.com
Laurie G. Furshman (Bar No. 29604)
LGFurshman@duanemorris.com
Tristan A. Dietrick (Bar No. 31238)
TDietrick@duanemorris.com
1201 Wills Street, Suite 330
Baltimore, MD 21321
(410) 949-2900

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 28th day of July, 2026, the foregoing document and proposed Order were filed in the United States District Court for the District of Maryland via the Court's CM/ECF filing system, which will provide notice of this filing to all counsel of record.

DATED this 28th day of July, 2026.

/s/ Craig M. Sico
Craig M. Sico
**SICO LAW GROUP**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Phone: (361) 653-3300
Fax: (361) 653-3333
Email: csico@shhlaw.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. JKB-24-0941<br><br>*IN ADMIRALTY* |

**ORDER RE CONSENT MOTION TO MODIFY THE COURT'S MAY 29, 2026, SETTLEMENT ORDER**

Considering Claimants Jeffrey D. Katz, as personal representative of The Estate of Maynor Suazo Sandoval, Bertalia Verenice Martinez Funez, surviving wife of Maynor Yasir Suazo Sandoval, Bertalia Verenice Martinez Funez as next friend of Alexa Michelle Suazo Martinez, surviving minor daughter of Maynor Yasir Suazo Sandoval, David Yasir Suazo Posadas, surviving son of Maynor Yasir Suazo Sandoval, and Rosa Emerita Sandoval Paz, surviving mother of Maynor Yasir Suazo Sandoval's Consent Motion to Modify the Court's May 29, 2026 Settlement Order, IT IS HEREBY ORDERED that the Motion is GRANTED, and the date for the dismissal of the Claimants' claims to convert to a dismissal with prejudice is modified from July 28, 2026 to September 26, 2026.

DATED this _____ day of July, 2026.

_____
Hon. James K. Bredar