**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | |
|---|---|
| In the Matter of the Petition of<br><br>GRACE OCEAN PTE LTD., as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability. | Docket No. JKB 24-cv-941<br><br>*IN ADMIRALTY* |

**ORDER**

Considering Claimant Baltimore Gas and Electric Company's Consent Motion to Modify the Court's Settlement Order (ECF No. 800), IT IS HEREBY ORDERED that the Motion is GRANTED, and the date for the dismissal of Claimant's claims to convert to a dismissal with prejudice is modified to September 26, 2026.

DATED this _____ day of July 2026.

BY THE COURT:

_____
Hon. James K. Bredar
United States District Judge