UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
NORTHERN DIVISION

| | |
|---|---|
| In the Matter of the Petition<br><br>of<br><br>GRACE OCEAN PRIVATE LIMITED, as Owner of the M/V DALI,<br><br>and<br><br>SYNERGY MARINE PTE LTD, as Manager of the M/V DALI,<br><br>for Exoneration from or Limitation of Liability | Civ. No. JKB-24-0941<br><br>*IN ADMIRALTY* |

### ORDER RE CONSENT MOTION TO MODIFY THE COURT'S MAY 29, 2026, SETTLEMENT ORDER

Considering Claimants Jeffrey D. Katz, as personal representative of The Estate of Maynor Suazo Sandoval, Bertalia Verenice Martinez Funez, surviving wife of Maynor Yasir Suazo Sandoval, Bertalia Verenice Martinez Funez as next friend of Alexa Michelle Suazo Martinez, surviving minor daughter of Maynor Yasir Suazo Sandoval, David Yasir Suazo Posadas, surviving son of Maynor Yasir Suazo Sandoval, and Rosa Emerita Sandoval Paz, surviving mother of Maynor Yasir Suazo Sandoval's Consent Motion to Modify the Court's May 29, 2026 Settlement Order, IT IS HEREBY ORDERED that the Motion is GRANTED, and the date for the dismissal of the Claimants' claims to convert to a dismissal with prejudice is modified from July 28, 2026 to September 26, 2026.

DATED this _____29_____ day of July, 2026.

_____
Hon. James K. Bredar